AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Association for Molecular Pathology, et al. <br> _Plaintiffs_ <br> v. <br> United States Patent and Trademark Office, et al. <br> _Defendants_ | ) ) ) ) ) ) ) ) Civil Action No. 09-CV 4515 |

## SUMMONS IN A CIVIL ACTION

JUDGE SWEET

To: *(Defendant's name and address)*

United States Patent and Trademark Office
600 Dulany Street
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher A Hansen
American Civil Liberties Union
125 Broad Street - 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
*CLERK OF COURT*

Date: MAY 12 2009

_Catherine Lapsley_
*Signature of Clerk or Deputy Clerk*

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al — Doc. 8

Dockets.Justia.com

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Patent and Trademark Office
was received by me on *(date)* 05/12/2009 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Fed. R. Civ. P. 4(i), I served the summons and complaint by sending true and accurate copies on May 13, 2009 by certified, first class mail to:
General Counsel, United States Patent and Trademark Office
P.O. Box 15667; Arlington, VA 22215
(see below)

My fees are $ 0.00 for travel and $ 23.55 for services, for a total of $ 23.55 .
($7.85 per item)

I declare under penalty of perjury that this information is true.

Date: 05/21/2009

*Aliya Hussain* (signature)
*Server's signature*

Aliya Hussain, Legal Assistant
*Printed name and title*

ACLU, 125 Broad St. 18th Fl., New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc:

Copies were also sent by certified, first class mail to:
Attorney General of the United States c/o Office of General Counsel, Justice Management Division, Department of Justice; National Place Building; 1331 Pennsylvania Ave. NW, Room 520; Washington, DC 20530

Civil Clerk's Unit - U.S. Attorney's Office for the Southern District of New York; 86 Chambers Street, 3rd Floor; New York, NY 10007