UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,<br><br>       Plaintiffs,<br> v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>       Defendants. | Civil Action No. 09-4515 (RWS)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

  Defendant Myriad Genetics, Inc., named herein as Myriad Genetics, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
May 28, 2009

By: /s/ Barry R. Satine
Brian M. Poissant (BP-2350)
Barry R. Satine (BS-8785)
Laura M. Coruzzi (LC-0931)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939

*Attorneys for Defendant
Myriad Genetics, Inc.*

NYI-4187044v1

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.


Dated May 28, 2009                                   s/ Barry R. Satine
                                                             Barry R. Satine