Association For Molecular Pathology et al v. United States Patent and Trademark Office et al — Doc. 10

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,<br><br>      Plaintiffs,<br>  v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>      Defendants. | Civil Action No. 09-4515 (RWS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Barry R. Satine enters his appearance in this matter as counsel for defendant Myriad Genetics, Inc., named herein as Myriad Genetics, and for defendants Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young.

NYI-4187503v1

Dockets.Justia.com

Dated: New York, New York  
       May 28, 2009

Respectfully submitted,

By:   */s/* Barry R. Satine
     Barry R. Satine (BS-8785)
     JONES DAY
     222 East 41st Street
     New York, NY 10017-6702
     (212) 326-3939
     BarryRSatine@jonesday.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.


Dated May 28, 2009             s/ Barry R. Satine
                      Barry R. Satine