## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, <br><br> Defendants. | Civil Action No. 09-4515 (RWS) <br><br> **AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Defendant Myriad Genetics, Inc., named herein as Myriad Genetics, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and that FMR LLC beneficially owns 10% or more of its stock.

Dated: New York, New York
June 1, 2009

By:     */s/* Barry R. Satine
       Brian M. Poissant (BP-2350)
       Barry R. Satine (BS-8785)
       Laura M. Coruzzi (LC-0931)
       JONES DAY
       222 East 41st Street
       New York, NY 10017-6702
       (212) 326-3939

       *Attorneys for Defendant*
       *Myriad Genetics, Inc.*

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.


Dated June 1, 2009                                    s/ Barry R. Satine
                                                                                    Barry R. Satine