UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CV 4515

ASSOCIATION FOR MOLECULAR PATHOLOGY, ET AL

, Plaintiff(s)

- against -

UNITED STATES PATENT AND TRADEMARK OFFICE

, Defendant(s)

State of Utah )
) SS.:
County of SALT LAKE )

## AFFIDAVIT OF SERVICE

Adam Robins being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Utah. That on 05/13/2009 at 3:15 PM at:

    205 PARK BUILDING
    UNIVERSITY OF UTAH
    SALT LAKE CITY UT 84112

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET
upon JACK BRITTAIN,
by delivering true copies to:
Kathy Hajeh, Secretary to Jack Brittain
who stated that they were authorized to accept service on behalf of:
JACK BRITTAIN.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    JACK BRITTAIN

    205 PARK BUILDING
    UNIVERSITY OF UTAH
    SALT LAKE CITY UT 84112

and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within Utah State. The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Utah. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 42 HEIGHT: 5'10'' WEIGHT: 140 HAIR: BROWN RACE: WHITE SEX: MALE

                        Adam Robins     License #

SWORN TO BEFORE ME                  OUR DOC# 23334
                                                        Public Patent Foundation

Notary Public
JASON JACOBSON
Commission Number 578203
My Commission Expires
April 12, 2013
State of Utah