UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CV 4515

ASSOCIATION FOR MOLECULAR PATHOLOGY, ET AL
, Plaintiff(s)

- against -

UNITED STATES PATENT AND TRADEMARK OFFICE
, Defendant(s)

State of Utah )
) SS.:
County of SALT LAKE )

APPIDAVIT OF SERVICE

Adam Robins being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Utah. That on 05/14/2009 at 4:05 PM at:

    301 PARK BUILDING
    UNIVERSITY OF UTAH
    SALT LAKE CITY UT 84112

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET
upon JOHN KENDALL MORRIS, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Utah. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 60 HEIGHT: 5'6'' WEIGHT: 140 HAIR: GREY RACE: WHITE SEX: MALE

Adam Robins    Lic. #

SWORN TO BEFORE ME

Notary Public
JASON JACOBSON
Commission Number 578203
My Commission Expires
April 12, 2013
State of Utah

OUR DOC# 23337
Public Patent Foundation
55 Fifth Ave.
New York NY 10003
212-790-0442