UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CV 4515

---

ASSOCIATION FOR MOLECULAR PATHOLOGY, ET AL

, Plaintiff(s)

- against -

UNITED STATES PATENT AND TRADEMARK OFFICE

, Defendant(s)

---

State of Utah )
) SS.:
County of Salt Lake )

## AFFIDAVIT OF SERVICE

Burke Sever being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Utah. That on 05/13/2009 at 1:35 PM at:

    MYRIAD GENETICS, INC.
    320 WAKARA WAY
    SALT LAKE CITY UT 84108

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET

on MYRIAD GENETICS, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Mark Capone
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Chief Operating Officer and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45 HEIGHT: 6'0'' WEIGHT: 185 HAIR: BLACK RACE: WHITE SEX: MALE
OTHER: Glasses

Burke Sever    Lic. #N/A

SWORN TO BEFORE ME

OUR DOC# 23331
Public Patent Foundation
55 Fifth Ave.
New York NY 10003
212-790-0442

Notary Public
JASON JACOBSON
Commission Number 578203
My Commission Expires
April 12, 2013
State of Utah