UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 09 CV 4515

ASSOCIATION FOR MOLECULAR PATHOLOGY, ET AL

, Plaintiff(s)

- against -

UNITED STATES PATENT AND TRADEMARK OFFICE

, Defendant(s)

State of Utah )
) ss.:
County of Salt Lake )

AFFIDAVIT OF SERVICE

Burke Sever being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Utah. That on 05/13/2009 at 1:35 PM at:

210 PARK BUILDING
UNIVERSITY OF UTAH
SALT LAKE CITY UT 84112

Deponent served that:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET
upon THOMAS PARKS, by delivering true copies to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States of Utah. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 50  HEIGHT: 6'2"  WEIGHT: 185  HAIR: GREY  RACE: WHITE  SEX: MALE
OTHER: Glasses

SWORN TO BEFORE ME

Burke Sever
Lic. #N/A

Notary Public
JASON JACOBSON
Commission Number 575293
My Commission Expires
April 12, 2013
State of Utah

ODR DOC# 23333
Public Patent Foundation
55 Fifth Ave.
New York NY 10003
212-790-0442