UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CV 4515

ASSOCIATION FOR MOLECULAR PATHOLOGY, ET AL
, Plaintiff(s)

- against -

UNITED STATES PATENT AND TRADEMARK OFFICE
, Defendant(s)

State of Utah }
} SS.:
County of Salt Lake }

### AFFIDAVIT OF SERVICE

Burke Sever being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Utah. That on 05/13/2009 at 2:39 PM at:

205 PARK BUILDING
UNIVERSITY OF UTAH
SALT LAKE CITY UT 84112

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
PROCEDURES FOR ELECTRONIC CASE FILING
INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET
upon DAVID W. PERSHING,
by delivering true copies to:
Natasha Hansen, Executive Secretary to David Pershing
who stated that they were authorized to accept service on behalf of:
DAVID W. PERSHING.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
DAVID W. PERSHING
205 PARK BUILDING
UNIVERSITY OF UTAH
SALT LAKE CITY UT 84112
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within Utah State. The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Utah. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 24   HEIGHT: 5'4''   WEIGHT: 120   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

Burke Sever   License #N/A

SWORN TO BEFORE ME 5/19/09

OUR DOC# 23340
Public Patent Foundation

Notary Public
JASON JACOBSON
Commission Number 578203
My Commission Expires
April 12, 2013
State of Utah

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al    Doc. 2