UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ASSOCIATION FOR MOLECULAR
PATHOLOGY, et al.,                              :

                                                :   NOTICE OF MOTION
                Plaintiffs,

                                                :   09 Civ. 4515 (RWS)
        v.
                                                :
UNITED STATES PATENT AND TRADEMARK
OFFICE, et al.,                                 :

                Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        PLEASE TAKE NOTICE that, upon the pleadings, and the accompanying memorandum of law, defendant United States Patent and Trademark Office ("USPTO") will move this Court before the Honorable Robert E. Sweet, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, on August 12, 2009, at 12:00 noon, for an order pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiffs' complaint as against the USPTO and for such other relief against as is just and proper.

Dated:  New York, New York
        July 13, 2009

                                        LEV L. DASSIN
                                        Acting United States Attorney for the
                                        Southern District of New York
                                        Attorney for Defendant U.S. Patent and
                                        Trademark Office

                                By:     /s/ *Beth E. Goldman*
                                        BETH E. GOLDMAN
                                        Assistant United States Attorney
                                        86 Chambers Street -- 3rd Floor
                                        New York, New York 10007
                                        Tel. No.: (212) 637-2732

beth.goldman@usdoj.gov

To: Christopher A. Hansen
American Civil Liberties Union
125 Broad Street
18th Floor
New York, New York 10004

Barry R. Satine
Jones Day
222 East 41st Street
New York, NY 10017