# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, <br><br>         Plaintiffs, <br>    v. <br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, <br><br>         Defendants. | Civil Action No. 09-4515 (RWS) <br><br><br><br><br><br> ECF Case <br><br> **DECLARATION OF BARRY R. SATINE** |

1.   I am a member of the bar of this Court and a member of the law firm of Jones Day. Jones Day is counsel in this action to defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing and Michael K. Young.

2. I offer this declaration in support of the foregoing defendants' motion to dismiss.

3. Annexed hereto as Exhibit A is a copy of a letter from George A. Riley of O'Melveny & Myers LLP, to Haig H. Kazazian, Jr., M.D., dated August 26, 1998. Upon information and belief, this letter was sent to Dr. Kazazian on or about August 26, 1998.

4. Annexed hereto as Exhibit B is a copy of the Order of Dismissal in Myriad Genetics v. University of Pennsylvania, No. 2:98-cv-0829-S (D. Utah Apr. 20, 1999).

5. Annexed hereto as Exhibit C is the Declaration of Defendant Betz.

6. Annexed hereto as Exhibit D is the Declaration of Defendant Boyer.

7. Annexed hereto as Exhibit E is the Declaration of Defendant Brittain.

8. Annexed hereto as Exhibit F is the Declaration of Defendant Combe.

9. Annexed hereto as Exhibit G is the Declaration of Defendant Gesteland.

10. Annexed hereto as Exhibit H is the Declaration of Defendant Jensen.

11. Annexed hereto as Exhibit I is the Declaration of Defendant Morris.

12. Annexed hereto as Exhibit J is the Declaration of Defendant Parks.

13. Annexed hereto as Exhibit K is the Declaration of Defendant Pershing.

14. Annexed hereto as Exhibit L is the Declaration of Defendant Young.

                        I declare under penalty of perjury
                        that the foregoing is true and correct.


                        /s/     Barry R. Satine
                               Barry R. Satine

Executed on July 13, 2009

# CERTIFICATE OF SERVICE

        The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.


Dated: July 13, 2009					/s/ Barry R. Satine
							Barry R. Satine