UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

ASSOCIATION FOR MOLECULAR
    PATHOLOGY, et al.,

            Plaintiffs,

    - against -

UNITED STATES PATENT AND TRADEMARK
    OFFICE, et al.,

            Defendants.

----------------------------------------X

09 Civ. 4515 (RWS)

O R D E R

**Sweet, D.J.,**

      Defendants' Motions to Dismiss will be heard at noon on Wednesday, August 26, 2009, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**July 15, 2009**

ROBERT W. SWEET
U.S.D.J.