# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, <br><br>Plaintiffs,<br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>Defendants. | Civil Action No. 09-4515 (RWS)<br><br>ECF Case<br><br>**STIPULATION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7-28-09 |

IT HEREBY IS STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court that:

1. The time for plaintiffs to file their oppositions to defendants' motions to dismiss shall be extended from July 27, 2009 to August 26, 2009.

2.     The time for defendants to file their replies in support of their motions to dismiss shall be extended from August 3, 2009 to September 23, 2009.

3.     The time for the hearing on defendants' motions to dismiss set by Court order of July 15, 2009 shall be adjourned from noon on August 26, 2009 to noon on September 30, 2009.

4.     The pretrial conference scheduled for 4:30 p.m. on August 26, 2009 shall be rescheduled for a date following the determination of the motions to dismiss.

Dated: New York, New York
        July 17, 2009

*[signature]*

Christopher A. Hansen (CH 6776)
Aden Fine (AF 5421)
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2606

By: Lenora M. Lapidus (LL 6592)
Sandra S. Park (SP 6817)
Women's Rights Project
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2668

Daniel B. Ravicher (DR 1498)
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Ave., Suite 928
New York, NY 10003
212-790-0442

Attorneys for Plaintiffs

_[signature]_
Lev L. Dassin
Acting United States Attorney
By: Beth E. Goldman
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York 10007
212-637-2732

Attorneys for Defendant
U.S. Patent and Trademark Office


_[signature]_
Brian M. Poissant (BP2350)
Barry R. Satine (BS8785)
Laura A. Coruzzi (LC0931)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

Attorneys for Defendants
Myriad Genetics, Lorris Betz,
Roger Boyer, Jack Brittain,
Arnold B. Combe, Raymond Gesteland,
James U. Jensen, John Kendall Morris,
Thomas Parks, David W. Pershing,
Michael K. Young


SO ORDERED:
_[signature]_
U.S.D.J.
7-22-09