UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; EL WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, MS.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, | : : : : : : : : : : : : : : : 09-CV-4515 (RWS) : : **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| vs. | |
| UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

To the clerk of the court and all parties of record:

Please enter my appearance as counsel in this case for Amici Curiae, March of Dimes, Claire Altman Heine Foundation, Inc., Massachusetts Breast Cancer Coalition, National Organization for Rare Disorders, National Tay-Sachs & Allied Diseases Association and other persons and organizations who may join them as *Amici*.

I certify that I am admitted to practice in this court.

Dated: August 20, 2009   DEWEY & LEBOEUF LLP

By: /s/ Mark D. Shtilerman
Mark D. Shtilerman
Dewey & LeBoeuf LLP
1301 Avenue of Americas
New York, NY 10019-6092
212-259-8000 (phone)
212-2596333 (fax)
mshtilerman@dl.com

*Counsel for Amici Curiae, March of Dimes,
Claire Altman Heine Foundation, Inc.,
Massachusetts Breast Cancer Coalition,
National Organization for Rare Disorders,
National Tay-Sachs & Allied Diseases
Association and other persons or organizations
who may join them as Amici*

To: Christopher A. Hansen
Aden Fine
American Civil Liberties Union
125 Broad Street - 18Ih floor
New York, NY 10004
212-549-2606
chansen@aclu.org
afine@aclu.org

Lenora M. Lapidus
Sandra S. Park
Women's Rights Project
American Civil Liberties Union
125 Broad Street – 18th floor
New York, NY 10004
212-549-2668
llapidus@aclu.org
spark@aclu.org

Daniel B. Ravicher
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Ave., Suite 928
New York, NY 10003
212-790-0442
ravicher@pubpat.org
Attorneys for Plaintiffs

Brian M. Poissant
Barry R. Satine
Laura A. Coruzzi
Jones Day
222 East 41st Street
New York, NY 10017
(212) 326-3939
bmpoissant@jonesday.com
barryrsatine@jonesday.com
lacoruzzi@jonesday.com

Beth E. Goldman
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2732
beth.goldman@usdoj.gov
Attorneys for Defendants