UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | | |
|---|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY et al., | : : : : | |
| Plaintiffs, | : | 09-CV-4515 (RWS) |
| vs. | : : | ECF |
| UNITED STATES PATENT AND TRADEMARK OFFICE; et al., | : : : | **MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*** |
| Defendants. | : : | |

PLEASE TAKE NOTICE that proposed *Amici Curiae* March of Dimes Foundation, Canavan Foundation, Claire Altman Heine Foundation, Massachusetts Breast Cancer Coalition, National Organization for Rare Disorders, and National Tay-Sachs & Allied Diseases Association shall move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for leave to file a brief *amicus curiae*.

Attached hereto are: (1) Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amicus curiae*, (2) proposed Order granting leave to file the proposed brief *amicus curiae*, and (3) the proposed brief *amicus curiae*.

Dated: August 26, 2009

*Attorneys for Amici Curiae, March of Dimes Foundation, Canavan Foundation, Claire Altman Heine Foundation, Massachusetts Breast Cancer Coalition, National Organization for Rare Disorders, National Tay-Sachs & Allied Diseases Association*

DEWEY & LEBOEUF LLP

By: /s/ Mark D. Shtilerman
Barbara A. Caulfield (pending *pro hac vice*)
Michael J. Malecek (pending *pro hac vice*)
Stephen C. Holmes (pending *pro hac vice*)
Mark D. Shtilerman
Dewey & LeBoeuf LLP
1301 Avenue of Americas
New York, NY 10019-6092
212-259-8000 (phone)
212-259-6333 (fax)
bcaulfield@dl.com
mmalecek@dl.com
sholmes@dl.com
mshtilerman@dl.com