# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et at., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | 09 Civ. 4515 (RWS) <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Amy L. Katz enters her appearance in this matter as counsel for *Amici Curiae* American Medical Association, American Society of Human Genetics, American College of Obstetricians and Gynecologists, American College of Embryology, and Medical Society of the State of New York.

Respectfully submitted,

Dated: August 26, 2009           s/Amy L. Katz

Amy L. Katz (AK2854)
Law Office of Amy L. Katz
145 Central Park West
New York, NY  10023
(212)580-5338
AmyLKatz@gmail.com