# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al.<br><br>-v-<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al. | Plaintiff,<br><br><br><br><br>Defendant. |

Case No. 09 Civ. 4515 (RWS)

ECF

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American Medical Association                 (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al          Doc. 101

**Date:** August 27, 2009

Signature of Attorney

Amy L. Katz

**Attorney Bar Code:** AK2854

Form Rule7_1.pdf SDNY Web 10/2007

Dockets.Justia.com