# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Plaintiff,<br><br>ASSOCIATION FOR MOLECULAR<br>PATHOLOGY, et al.<br><br>-v-<br><br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE, et al.<br>Defendant. | Case No. 09 Civ. 4515 (RWS)<br><br>ECF<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American Society of Human Genetics                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al          Doc. 102

**Date:** August 27, 2009

Signature of Attorney

Amy L. Katz

**Attorney Bar Code:** AK2854

Form Rule7_1.pdf  SDNY Web 10/2007

Dockets.Justia.com