# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|                                                    |                              |
|----------------------------------------------------|------------------------------|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al.   Plaintiff, | Case No. 09 Civ. 4515 (RWS) ECF |
| -v-                                                | **Rule 7.1 Statement**       |
| UNITED STATES PATENT AND TRADEMARK OFFICE, et al.  Defendant. |                 |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American College of Embryology (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al    Doc. 104

**Date:** August 27, 2009

Signature of Attorney
Amy L. Katz
**Attorney Bar Code:** AK2854

Form Rule7_1.pdf SDNY Web 10/2007

Dockets.Justia.com