# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al. Plaintiff, -v- UNITED STATES PATENT AND TRADEMARK OFFICE, et al. Defendant. | Case No. 09 Civ. 4515 (RWS) ECF **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Medical Society of the State of New York (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al    Doc. 105

Date: August 27, 2009

Signature of Attorney
Amy L. Katz
Attorney Bar Code: AK2854

Form Rule7_1.pdf  SDNY Web 10/2007

Dockets.Justia.com