UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASSOCIATION FOR MOLECULAR               :
PATHOLOGY et al.,                       :
                                        :    09-CV-4515 (RWS)
                Plaintiffs,             :
        vs.                             :    ECF
                                        :
UNITED STATES PATENT AND TRADEMARK      :    **DISCLOSURE STATEMENT**
OFFICE; et al.,                         :    **PURSUANT TO FED. R. CIV. P. 7.1**
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*Amicus Curiae* National Organization for Rare Disorders, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: August 27, 2009           DEWEY & LEBOEUF LLP

                                 By:  /s/ Mark D. Shtilerman
                                      Barbara A. Caulfield (pending *pro hac vice*)
                                      Michael J. Malecek (pending *pro hac vice*)
                                      Stephen C. Holmes (pending *pro hac vice*)
                                      Mark D. Shtilerman
                                      Dewey & LeBoeuf LLP
                                      1301 Avenue of Americas
                                      New York, NY 10019-6092
                                      212-259-8000 (phone)
                                      212-259-6333 (fax)
                                      bcaulfield@dl.com
*Attorneys for Amicus Curiae*         mmalecek@dl.com
*National Organization for Rare*      sholmes@dl.com
*Disorders*                           mshtilerman@dl.com