UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASSOCIATION FOR MOLECULAR :
PATHOLOGY et al., :
: 09-CV-4515 (RWS)
              Plaintiffs, :
  vs. : ECF
:
UNITED STATES PATENT AND TRADEMARK : **DISCLOSURE STATEMENT**
OFFICE; et al., : **PURSUANT TO FED. R. CIV. P. 7.1**
:
              Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*Amicus Curiae* Canavan Foundation, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: August 27, 2009        DEWEY & LEBOEUF LLP

                                        By: /s/ Mark D. Shtilerman
                                            Barbara A. Caulfield (pending *pro hac vice*)
                                            Michael J. Malecek (pending *pro hac vice*)
                                            Stephen C. Holmes (pending *pro hac vice*)
                                            Mark D. Shtilerman
                                            Dewey & LeBoeuf LLP
                                            1301 Avenue of Americas
                                            New York, NY 10019-6092
                                            212-259-8000 (phone)
                                            212-259-6333 (fax)
                                            bcaulfield@dl.com
                                            mmalecek@dl.com
*Attorneys for Amicus Curiae*       sholmes@dl.com
*Canavan Foundation*                    mshtilerman@dl.com