UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY et al., | : <br> : <br> : |
| | : 09-CV-4515 (RWS) |
| Plaintiffs, | : |
| vs. | : ECF <br> : |
| UNITED STATES PATENT AND TRADEMARK OFFICE; et al., | : **DISCLOSURE STATEMENT** <br> : **PURSUANT TO FED. R. CIV. P. 7.1** <br> : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*Amicus Curiae* Massachusetts Breast Cancer Coalition, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: August 27, 2009         DEWEY & LEBOEUF LLP

                               By:  /s/ Mark D. Shtilerman
                                    Barbara A. Caulfield (pending *pro hac vice*)
                                    Michael J. Malecek (pending *pro hac vice*)
                                    Stephen C. Holmes (pending *pro hac vice*)
                                    Mark D. Shtilerman
                                    Dewey & LeBoeuf LLP
                                    1301 Avenue of Americas
                                    New York, NY 10019-6092
                                    212-259-8000 (phone)
                                    212-259-6333 (fax)
                                    bcaulfield@dl.com
                                    mmalecek@dl.com
*Attorneys for Amicus Curiae*       sholmes@dl.com
*Massachusetts Breast Cancer Coalition*   mshtilerman@dl.com