UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASSOCIATION FOR MOLECULAR : 
PATHOLOGY et al., :
: 09-CV-4515 (RWS)
                 Plaintiffs, :
vs. : ECF
:
UNITED STATES PATENT AND TRADEMARK : **DISCLOSURE STATEMENT**
OFFICE; et al., : **PURSUANT TO FED. R. CIV. P. 7.1**
:
                 Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*Amicus Curiae* National Tay-Sachs & Allied Diseases Association, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: August 27, 2009      DEWEY & LEBOEUF LLP

By: /s/ Mark D. Shtilerman
      Barbara A. Caulfield (pending *pro hac vice*)
      Michael J. Malecek (pending *pro hac vice*)
      Stephen C. Holmes (pending *pro hac vice*)
      Mark D. Shtilerman
      Dewey & LeBoeuf LLP
      1301 Avenue of Americas
      New York, NY 10019-6092
      212-259-8000 (phone)
      212-259-6333 (fax)
      bcaulfield@dl.com

*Attorneys for Amicus Curiae*     mmalecek@dl.com
*National Tay-Sachs & Allied Diseases*   sholmes@dl.com
*Association*                         mshtilerman@dl.com