USDC S[DNY]
DOCUME[NT]
ELECTRON[ICALLY FILED]
DOC #: _____
DATE FILED: _____

(JAB 8/21/09)
SCANNED
RECEIVED
AUG 25 2009
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------X

ASSOCIATION FOR MOLECULAR
PATHOLOGY; AMERICAN COLLEGE OF
MEDICAL GENETICS; AMERICAN SOCIETY
FOR CLINICAL PATHOLOGY; COLLEGE OF
AMERICAN PATHOLOGISTS; HAIG
KAZAZIAN, MD; ARUPA GANGULY, PhD;
EL WENDY CHUNG, MD, PhD; HARRY
OSTRER, MD; DAVID LEDBETTER, PhD;
STEPHEN WARREN, PhD; ELLEN MATLOFF,
M.S.; ELSA REICH, MS.; BREAST CANCER
ACTION; BOSTON WOMEN'S HEALTH BOOK
COLLECTIVE; LISBETH CERIANI; RUNI
LIMARY; GENAE GIRARD; PATRICE
FORTUNE; VICKY THOMASON; KATHLEEN
RAKER,

               Plaintiffs,

    vs.

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ,
ROGER BOYER, JACK BRITTAIN, ARNOLD B.
COMBE, RAYMOND GESTELAND, JAMES U.
JENSEN, JOHN KENDALL MORRIS, THOMAS
PARKS, DAVID W. PERSHING, and MICHAEL
K. YOUNG, in their official capacity as Directors of
the University of Utah Research Foundation,

               Defendants.

--------------------------------------X

09-CV-4515 (RWS)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mark D. Shtilerman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:



So ordered
Sweet USDJ
8.25.09

Applicant's Name: Barbara A Caulfield

Firm Name: Dewey & LeBoeuf LLP

Address: 1950 University Avenue, Suite 500

City/State: East Palo Alto, CA 94303

Phone No.: 650-845-7000

Fax No.: 650-845-7333

E-Mail: bcaulfield@dl.com

    -and-

Applicant's Name: Michael J. Malecek

Firm Name: Dewey & LeBoeuf LLP

Address: 1950 University Avenue, Suite 500

City/State: East Palo Alto, CA 94303

Phone No.: 650-845-7000

Fax No.: 650-845-7333

E-Mail: mmalecek@dl.com

    -and-

Applicant's Name: Stephen C. Holmes

Firm Name: Dewey & LeBoeuf LLP

Address: 1950 University Avenue, Suite 500

City/State: East Palo Alto, CA 94303

Phone No.: 650-845-7000

Fax No.: 650-845-7333

E-Mail: sholmes@dll.com

Barbara A Caulfield is a member in good standing of the State Bars of Alaska, California and Illinois, Michael J. Malecek and Stephen C. Holmes are members in good standing of the



State Bar of California. There are no pending disciplinary proceedings against Barbara A. Caulfield, Michael J. Malecek or Stephen C. Holmes in any State or Federal Court.

Dated: August 20, 2009

DEWEY & LEBOEUF LLP

By: *M. Shtilerman*

Mark D. Shtilerman
Dewey & LeBoeuf LLP
1301 Avenue of Americas
New York, NY 10019-6092
212-259-8000 (phone)
212-2596333 (fax)
mshtilerman@dl.com

*Counsel for Amici Curiae, March of Dimes, Claire Altman Heine Foundation, Inc., Massachusetts Breast Cancer Coalition, National Organization for Rare Disorders, National Tay-Sachs & Allied Diseases Association and other persons and organizations who may join them as Amici*