UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN PARKER, | : | Civil Action No. 09 Civ. 4515 (RWS) |
| | : | |
| | : | ECF Case |
| | : | **NOTICE OF APPEARANCE** |
| Plaintiffs, | : | |
| v. | : | |
| UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDAL MORRIS; THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al    Doc. 114

PLEASE TAKE NOTICE that Jennifer L. Rubin enters her appearance in this matter as counsel for non-parties (*Amici Curiae*), National Women's Health Network, Asian Communities for Reproductive Justice, Center for Genetics and Society, Generations Ahead and Pro-Choice Alliance for Responsible Research.

Dockets.Justia.com

I certify that I am admitted to practice in this court.

Dated: New York, New York  Respectfully submitted,
       August 28, 2009

                                      /s/ Jennifer Rubin
                                      Jennifer Rubin (JR7938)
                                      **AKERMAN SENTERFITT LLP**
                                        335 Madison Avenue
                                        Suite 2600
                                        New York, New York 10017
                                        Telephone: (212) 880-3800
                                        Facsimile: (212) 905-6448
                                        email: jennifer.rubin@akerman.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.

Dated:   August 28, 2009                       /s/ Jennifer Rubin
                                                        Jennifer Rubin