UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ASSOCIATION FOR MOLECULAR PATHOLOGY;     : Civil Action No. 09 Civ. 4515 (RWS)
AMERICAN COLLEGE OF MEDICAL GENETICS;
AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; :
COLLEGE OF AMERICAN PATHOLOGISTS;
HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD;   :
WENDY CHUNG, MD, PhD; HARRY OSTRER, MD;
DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; :
ELLEN MATLOFF, M.S.; ELSA REICH, M.S.;
BREAST CANCER ACTION; BOSTON WOMEN'S     :
HEALTH BOOK COLLECTIVE; LISBETH CERIANI;
RUNI LIMARY; GENAE GIRARD;               :
PATRICE FORTUNE; VICKY THOMASON;
KATHLEEN PARKER,                         :
      Plaintiffs,
                :

v.
                :

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ,     :
ROGER BOYER, JACK BRITTAIN, ARNOLD B.
COMBE, RAYMOND GESTELAND, JAMES U.        :
JENSEN, JOHN KENDAL MORRIS; THOMAS PARKS,
DAVID W. PERSHING, and MICHAEL K. YOUNG,  :
in their official capacity as Directors of the University
of Utah Research Foundation,              :

      Defendants.            :
-----------------------------------------------------------------x

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al  Doc. 118

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Dockets.Justia.com

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparties National Women's Health Network, Asian Communities for Reproductive Justice (ACJR), Center for Genetics and Society (CGS), Generations Ahead, , and Pro-Choice Alliance for Responsible Research (PCARR) (collectively, *"Amici"*) state that none of *Amici* have a parent corporation and that no publicly held corporation owns 10% of more of stock of any of *Amici*.

Dated: New York, New York
August 28, 2009

s/Jennifer L. Rubin
Susan Berke Fogel JD (*pro hac application pending*)
**Pro-Choice Alliance for Responsible Research**
5521 Murietta Avenue
Van Nuys, CA 91401
818.785.7220 (ph)/818.997.9320 (fax)
email: sbf ogel@pacbell.net

- and -

Jennifer L. Rubin (JR 7938)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue
Suite 2600
New York, New York 10017
212-880-3821(ph)/212-905-6448 (fax)
email: jennif er.rubin@akerman.com

*Attorneys for Amici Curiae, National Women's Health Network, Asian Communities for Reproductive Justice , Center for Genetics and Society, Generations Ahead and Pro-Choice Alliance for Responsible Research*