SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY et al., | : | |
| | : | 09-CV-4515 (RWS) |
| Plaintiffs, | : | |
| vs. | : | ECF |
| | : | |
| UNITED STATES PATENT AND TRADEMARK OFFICE; et al., | : | **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*Amicus Curiae* Claire Altman Heine Foundation, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: August 31, 2009                    DEWEY & LEBOEUF LLP

By:   /s/ Mark D. Shtilerman
      Barbara A. Caulfield (admitted *pro hac vice*)
      Michael J. Malecek (admitted *pro hac vice*)
      Stephen C. Holmes (admitted *pro hac vice*)
      Mark D. Shtilerman
      Dewey & LeBoeuf LLP
      1301 Avenue of Americas
      New York, NY 10019-6092
      212-259-8000 (phone)
      212-259-6333 (fax)
      bcaulfield@dl.com
      mmalecek@dl.com
*Attorneys for Amicus Curiae*          sholmes@dl.com
*Claire Altman Heine Foundation*       mshtilerman@dl.com