USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/09

RECEIVED
AUG 2 7 2009
JUDGE SWEET CHAMBERS
COURTESY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
ASSOCIATION FOR MOLECULAR : 
PATHOLOGY et al., :
: 09-CV-4515 (RWS)
    Plaintiffs, :
vs. : ECF
:
UNITED STATES PATENT AND TRADEMARK : **MOTION FOR LEAVE TO FILE**
OFFICE; et al., : **BRIEF** *AMICUS CURIAE*
:
    Defendants. :
------------------------------------X

    PLEASE TAKE NOTICE that proposed *Amici Curiae* March of Dimes Foundation, Canavan Foundation, Claire Altman Heine Foundation, Massachusetts Breast Cancer Coalition, National Organization for Rare Disorders, and National Tay-Sachs & Allied Diseases Association shall move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for leave to file a brief *amicus curiae*.

    Attached hereto are: (1) Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amicus curiae*, (2) proposed Order granting leave to file the proposed brief *amicus curiae*, and (3) the proposed brief *amicus curiae*.

Dated: August 26, 2009      DEWEY & LEBOEUF LLP

              By: /s/ Mark D. Shtilerman
                Barbara A. Caulfield (pending *pro hac vice*)
                Michael J. Malecek (pending *pro hac vice*)
                Stephen C. Holmes (pending *pro hac vice*)
                Mark D. Shtilerman

*Attorneys for Amici Curiae, March of*   Dewey & LeBoeuf LLP
*Dimes Foundation, Canavan*       1301 Avenue of Americas
*Foundation, Claire Altman Heine*     New York, NY 10019-6092
*Foundation, Massachusetts Breast*     212-259-8000 (phone)
*Cancer Coalition, National*        212-259-6333 (fax)
*Organization for Rare Disorders,*      bcaulfield@dl.com
*National Tay-Sachs & Allied Diseases*   mmalecek@dl.com
*Association*               sholmes@dl.com
                 mshtilerman@dl.com

*So ordered.*
*[signature] / USDJ*
*8/31/09*