UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ASSOCIATION FOR MOLECULAR
    PATHOLOGY, et al.,

        Plaintiffs,

  - against -

UNITED STATES PATENT AND TRADEMARK
    OFFICE, et al.,

        Defendants.

------------------------------------------X

09 Civ. 4515 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

**Sweet, D.J.,**

    Plaintiffs' motions for summary judgment and jurisdictional discovery will be heard at noon on Wednesday, September 30, 2009, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**August 27, 2009**

                    **ROBERT W. SWEET**
                         U.S.D.J.