UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASSOCIATION FOR MOLECULAR  :
PATHOLOGY et al.,          :
                           :  09-CV-4515 (RWS)
            Plaintiffs,    :
     vs.                   :  ECF
                           :
UNITED STATES PATENT AND TRADEMARK : **DISCLOSURE STATEMENT**
OFFICE; et al.,            :  **PURSUANT TO FED. R. CIV. P. 7.1**
                           :
            Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*Amicus Curiae* March of Dimes Foundation, pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: September 2, 2009         DEWEY & LEBOEUF LLP

                                 By:  /s/ Mark D. Shtilerman
                                     Barbara A. Caulfield (admitted *pro hac vice*)
                                     Michael J. Malecek (admitted *pro hac vice*)
                                     Stephen C. Holmes (admitted *pro hac vice*)
                                     Mark D. Shtilerman
                                     Dewey & LeBoeuf LLP
                                     1301 Avenue of Americas
                                     New York, NY 10019-6092
                                     212-259-8000 (phone)
                                     212-259-6333 (fax)
                                     bcaulfield@dl.com
                                     mmalecek@dl.com
*Attorneys for Amicus Curiae*        sholmes@dl.com
*March of Dimes Foundation*          mshtilerman@dl.com