| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>Defendants. | Civil Action No. 09-4515 (RWS)<br><br>ECF Case<br><br>**STIPULATION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/3/09 |

IT HEREBY IS STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court that:

1. The time for defendants, Myriad Genetics, Betz, Boyer, Brittain, Combe, Gesteland, Jensen, Morris, Parks, Pershing, and Young, to file their opposition to

plaintiffs' motion for jurisdictional discovery shall be extended from September 10, 2009 to and including September 16, 2009.

2. The time for plaintiffs to file their reply in support of their motion for jurisdictional discovery shall be extended from September 17, 2009 to and including September 23, 2009.

Dated: New York, New York
September 2, 2009

*[signature]*

Christopher A. Hansen (CH 6776)
Aden Fine (AF 5421)
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2606

Lenora M. Lapidus (LL 6592)
Sandra S. Park (SP 6817)
Women's Rights Project
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2668

Daniel B. Ravicher (DR 1498)
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Ave., Suite 928
New York, NY 10003
212-790-0442

Attorneys for Plaintiffs

*[signature]*

Brian M. Poissant (BP2350)
Barry R. Satine (BS8785)
Laura A. Coruzzi (LC0931)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

Attorneys for Defendants
Myriad Genetics, Lorris Betz,
Roger Boyer, Jack Brittain,
Arnold B. Combe, Raymond Gesteland,
James U. Jensen, John Kendall Morris,
Thomas Parks, David W. Pershing,
Michael K. Young

SO ORDERED:

*[signature]*
U.S.D.J.    8·2·09