UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, *et al.*, <br><br> Defendants. | 09-CV-4515 (RWS) <br> ECF <br><br><br> **MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*** |

      PLEASE TAKE NOTICE that proposed *Amici Curiae* the International Center for Technology Assessment, the Indigenous Peoples Council on Bicolonialism, Greenpeace, and the Council for Responsible Genetics shall move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the court, for leave to file a brief *amicus curiae*.

      Attached hereto are: (1) Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amicus curiae*, (2) proposed Order granting leave to file the proposed brief *amicus curiae*, and (3) the proposed brief *amicus curiae*.

      Respectfully submitted,

Dated: September 10, 2009    /s/Andrew Kimbrell
                                       Andrew Kimbrell
                                       George Kimbrell (pending *pro hac vice*)
                                       Zelig Golden
                                       The International Center for Technology Assessment
                                       660 Pennsylvania Ave., Suite 302
                                       Washington, D.C. 20003
                                       202-547-9359 (phone)
                                       202-547-9429 (fax)
                                       kimbrell@icta.org
                                       gkimbrell@icta.org
                                       zeliggolden@icta.org

/s/ Mark D. Risk
Mark Risk, P.C. (mdr 5823)
*Local Counsel for Amicus Curiae*
60 East 42nd Street, 47th Floor
New York, New York 10165
(212) 682-4100

*Counsel for Amicus Curiae the International Center for Technology Assessment, Indigenous Peoples Council on Bicolonialism, Greenpeace, and the Council for Responsible Genetics*