UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY et al., | |
| Plaintiffs, | 09-CV-4515 (RWS) |
| vs. | ECF |
| UNITED STATES PATENT AND TRADEMARK OFFICE; et al., | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparties the International Center for Technology Assessment ("ICTA"), Indigenous Peoples Council on Bicolonialism ("IPCB"), Council for Responsible Genetics ("CRG"), and Greenpeace (collectively "*Amici Curiae*") state that none of the *Amici Curiae* have a parent corporation and that no publicly held corporation owns 10% of more of stock of any of the *Amici Curiae*.

Respectfully submitted,

Dated: September 10, 2009

/s/Andrew Kimbrell
Andrew Kimbrell
George Kimbrell (pending *pro hac vice*)
Zelig Golden
The International Center for Technology Assessment
660 Pennsylvania Ave., Suite 302
Washington, D.C. 20003
202-547-9359 (phone)
202-547-9429 (fax)
kimbrell@icta.org
gkimbrell@icta.org
zeliggolden@icta.org

/s/ Mark D. Risk
Mark Risk, P.C. (mdr 5823)
*Local Counsel for Amicus Curiae*
60 East 42nd Street, 47th Floor
New York, New York 10165
(212) 682-4100

*Counsel for Amicus Curiae the International Center for Technology Assessment, the Indigenous Peoples Council on Bicolonialism, Greenpeace, and Council for Responsible Genetics*