# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE; et al., <br><br> Defendants. | 09-CV-4515 (RWS) <br><br> ECF <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mark D. Risk enters his appearance in this matter as local counsel for *Amici Curiae* the International Center for Technology Assessment ("ICTA"), Indigenous Peoples Council on Bicolonialism ("IPCB"), Council for Responsible Genetics ("CRG"), and Greenpeace.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 10, 2009 | /s/ Mark D. Risk <br> Mark Risk, P.C. (mdr 5823) <br> *Local Counsel for Amicus Curiae* <br> 60 East 42nd Street, 47th Floor <br> New York, New York 10165 <br> (212) 682-4100 <br><br> *Counsel for Amicus Curiae the International Center for Technology Assessment, the Indigenous Peoples Council on Bicolonialism, Greenpeace, and Council for Responsible Genetics* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.


Dated: September 10, 2009                /s/ Mark D. Risk
                                         Mark Risk