UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION FOR MOLECULAR PATHOLOGY, *et al.*,

    Plaintiffs,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE, *et al.*,

    Defendants.

09-CV-4515 (RWS)
ECF

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Sara E. Solfanelli, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Association For Molecular Pathology et al v. United States Patent and Trademark Office et al     Doc. 131

| | |
|---|---|
| Applicant's Name: | George Kimbrell |
| Firm Name: | International Center for Technology Assessment |
| Address: | 660 Pennsylvania Avenue SE, Suite 302 |
| City/State/Zip: | Washington, DC 20003 |
| Phone Number: | (202) 547-9359 |
| Fax Number: | (202) 547-9429 |

George Kimbrell is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceedings against George Kimbrell in any State or Federal court.

DOC ID-10961070.1

Dated: September 11, 2009

New York, NY

Respectfully Submitted,

_/s/ Sara E. Solfanelli_
SARA E. SOLFANELLI
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone 212-756-2426
Facsimile 212-593-5955
sara.solfanelli@srz.com

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION )
) BAR NO. 36050
)
OF ) **CERTIFICATE OF GOOD**
)
GEORGE A. KIMBRELL ) **STANDING**
)
TO PRACTICE IN THE COURTS OF THIS STATE )
)

I, Susan L. Carlson, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

GEORGE A. KIMBRELL

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on March 14, 2005, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 8th day of September, 2009.

Susan L. Carlson
Supreme Court Deputy Clerk
Washington State Supreme Court

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION FOR MOLECULAR : x
PATHOLOGY, *et al.*, : 09-CV-4515 (RWS)
: ECF
              Plaintiffs, :
:
v. : **AFFIDAVIT OF SARA E. SOLFANELLI**
: **IN SUPPORT OF MOTION TO ADMIT**
UNITED STATES PATENT AND : **COUNSEL PRO HAC VICE**
TRADEMARK OFFICE, *et al.*, :
:
              Defendants. :
: x

State of New York  )
                     ) ss:
County of New York )

Sara E. Solfanelli, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Schulte Roth & Zabel LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of George Kimbrell's motion to appear as counsel pro hac vice to represent the International Center for Technology Assessment et al. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 25, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known George Kimbrell since 1997.

4. Mr. Kimbrell is of counsel at the International Center for Technology Assessment in Washington, DC.

5. I have found Mr. Kimbrell to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of George Kimbrell, pro hac vice.

7. I respectfully submit a proposed order granting the admission of George Kimbrell, pro hac vice, which is attached hereto as Exhibit A.

DOC ID-10961072.1

WHEREFORE it is respectfully requested that the motion to admit George Kimbrell, pro hac vice, to represent the International Center for Technology Assessment in the above captioned matter, be granted.

Dated: September 11, 2009

New York, NY

Respectfully Submitted,

SARA E. SOLFANELLI
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone 212-756-2426
Facsimile 212-593-5955
sara.solfanelli@srz.com

Sworn to before me
The 11th day of Sept, 2009

Notary Public

SCOTT A. GOLD
Notary Public, State of New York
No. 02GO6036707
Qualified in Westchester County
Commission Expires Dec. 5, 20__

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, *et al.*, | x : : | 09-CV-4515 (RWS) |
| Plaintiffs, | : : | ECF |
| v. | : : : | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN** |
| UNITED STATES PATENT AND TRADEMARK OFFICE, *et al.*, | : : : | **MOTION** |
| Defendants. | x | |

Upon the motion of Sara E. Solfanelli and said sponsoring attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | George Kimbrell |
| Firm Name: | International Center for Technology Assessment |
| Address: | 660 Pennsylvania Avenue SE, Suite 302 |
| City/State/Zip: | Washington, DC 20003 |
| Phone Number: | (202) 547-9359 |
| Fax Number: | (202) 547-9429 |

is admitted to practice pro hac vice as counsel for International Center for Technology Assessment *et al.* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2009

New York, NY

_____

United States District/Magistrate Judge

DOC ID-10961074.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by electronic and first class mail pursuant to the rules of this court.

Christopher A. Hansen
Aden Fine
American Civil Liberties Union
125 Broad Street – 18th floor
New York, NY 10004
chanson@aclu.org
affine@aclu.org

Lenora M. Lapidus
Sandra S. Park
Women's Rights Project
American Civil Liberties Union
125 Broad Street – 18th floor
New York, NY 10004
llapidus@aclu.org
spark@aclu.org

Daniel B. Ravicher
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Ave., Suite 928
New York, NY 10003
ravicher@pubpat.org

Brian M. Poissant
Barry R. Satine
Laura A. Coruzzi
Jones Day
222 East 41st Street
New York, NY 10017
bmpossant@jonesday.com
barryrsatine@jonesday.com
lacorruzzi@jonesday.com

Beth E. Goldman
Assistant U.S. Attorney
86 Chambers Street – 3rd Floor
New York, NY 10007
Beth.goldman@usdoj.gov

Dated: September 11, 2009

Sara E. Solfanelli