**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Sep 15, 09
SCANNED

SEP 17 2009

ASSOCIATION FOR MOLECULAR
PATHOLOGY, *et al.*,

        Plaintiffs,

v.

UNITED STATES PATENT AND
TRADEMARK OFFICE, *et al.*,

        Defendants.

09-CV-4515 (RWS)
ECF

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Sara E. Solfanelli, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: George Kimbrell
    Firm Name: International Center for Technology Assessment
    Address: 660 Pennsylvania Avenue SE, Suite 302
    City/State/Zip: Washington, DC 20003
    Phone Number: (202) 547-9359
    Fax Number: (202) 547-9429

George Kimbrell is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceedings against George Kimbrell in any State or Federal court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/09



Motion granted.
So ordered.
[signature] USDJ
9·22·09

DOC ID-10961070.1

Dated: September 11, 2009

New York, NY

Respectfully Submitted,

SARA E. SOLFANELLI
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone 212-756-2426
Facsimile 212-593-5955
sara.solfanelli@srz.com