**EXHIBIT 1**

Dockets.Justia.com

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702

TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3904
barryrsatine@jonesday.com

JP761862
625065-999001

August 18, 2009

<u>VIA EMAIL AND US MAIL</u>

Daniel B. Ravicher
Executive Director
Public Patent Foundation
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Suite 928
New York, NY 10003

Dear Mr. Ravicher:

I am in receipt of your August 11, 2009 letter (the "Letter"). Let me begin by noting that your Letter erroneously states that Myriad Genetics Laboratories, Inc. is a client of my firm. It is not. If you wish to correspond with Myriad Genetics Laboratories, Inc., I suggest that you correspond with its General Counsel.

My firm does represent Myriad Genetics, Inc., which was named as a defendant in the litigation you commenced in the U.S. District Court for the Southern District of New York on behalf of the same 20 clients you identify in your Letter. As you know, my firm filed a motion to dismiss the complaint in that litigation because of your clients' lack of standing. If you have any opposition to that motion, it is due to be filed on August 26. Your Letter and your insistence on a pre-August 26 response to that Letter is a blatant and transparent attempt to create standing where none exists. As we pointed out in the memorandum of law in support of our motion, there is no standing because, among other things, there has been no action by any of the defendants that gives rise to a case or controversy with the plaintiffs. Your unilaterally sending the Letter to me changes nothing. Your clients still lack standing.

In order to ensure that this acknowledgment of your Letter is not misconstrued, let me explicitly state that we reject your attempt to force our client to choose between the options identified in your Letter, on the timetable set forth in your Letter. The Letter does little more than reiterate the allegations set forth in the complaint you filed in the above referenced litigation. We nonetheless will forward your Letter to our client.

Yours very truly,

Barry R. Satine

NYI-4209253v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON