# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,<br><br>         Plaintiffs,<br><br>   v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>         Defendants. | No. 09 Civ. 4515 (RWS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lynda Q. Nguyen of the law firm of Jones Day, an attorney admitted to the bar of this Court, hereby appears as counsel on behalf of Defendants Myriad Genetics; and Lorris Betz, Roger Boyer, Jack Brittan, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and

Michael K. Young, in their official capacity as Directors of the University of Utah Research Foundation, and further requests that copies of all papers in this action be served as follows:

>Lynda Q. Nguyen, Esq.
>Jones Day
>222 East 41st Street
>New York, New York 10017
>Telephone: (212) 326-3939
>Facsimile: (212) 755-7306
>Email: lqnguyen@jonesday.com

Dated: November 2, 2009

>By: ____/s/ Lynda Q. Nguyen____
>Lynda N. Nguyen (LN-3296)
>222 East 41st Street
>New York, New York 10017-6702
>Telephone: (212) 326-3939
>Facsimile: (212) 755-7306
>
>Attorney for Defendants Myriad Genetics; and Lorris Betz, Roger Boyer, Jack Brittan, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young, in their official capacity as Directors of the University of Utah Research Foundation.

## **CERTIFICATE OF SERVICE**

This is to certify that on November 2, 2009 a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

Dated: November 2, 2009

                                               *s/Lynda Q. Nguyen*
                                                Lynda Q. Nguyen