USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/09

Sweet, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, <br><br> Defendants. | Civil Action No. 09-4515 (RWS) <br><br><br> ECF Case <br><br> STIPULATION <br><br>  RECEIVED NOV 16 2009 JUDGE SWEET CHAMBERS |

IT HEREBY IS STIPULATED AND AGREED by the undersigned counsel,

subject to the approval of the Court that:

1. The time for defendants, United States Patent and Trademark Office,

Myriad Genetics, Betz, Boyer, Brittain, Combe, Gesteland, Jensen, Morris, Parks,

Pershing, and Young, to answer, move, or otherwise respond to the Complaint shall be and hereby is extended from November 17, 2009, to and including November 20, 2009.

Dated: New York, New York
November 13, 2009

*Christopher A. Hansen*
Christopher A. Hansen
Aden Fine
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2606

Lenora M. Lapidus
Sandra S. Park
Women's Rights Project
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2668

Daniel B. Ravicher
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Ave., Suite 928
New York, NY 10003
212-790-0442

Attorneys for Plaintiffs

Preet Bharara
United States Attorney for the Southern District of New York

By: _____
Ross E. Morrison
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2691
Facsimile: (212) 637-2786


Attorneys for Defendant
U.S. Patent and Trademark Office


_____
Brian M. Poissant
Barry R. Satine
Laura A. Coruzzi
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

Attorneys for Defendants
Myriad Genetics, Lorris Betz,
Roger Boyer, Jack Brittain,
Arnold B. Combe, Raymond Gesteland,
James U. Jensen, John Kendall Morris,
Thomas Parks, David W. Pershing,
Michael K. Young



SO ORDERED:

_____
U.S.D.J.

NYI-4230050v1