UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

ASSOCIATION FOR MOLECULAR
    PATHOLOGY, et al.,

              Plaintiffs,

    - against -

UNITED STATES PATENT AND TRADEMARK
    OFFICE, et al.,

              Defendants.

-----------------------------------------X

09 Civ. 4515 (RWS)

O R D E R

**Sweet, D.J.**

      Good cause having been shown, the deadlines for the parties' motions for summary judgment are now as follows:

      Defendants' oppositions to Plaintiffs' motion for summary judgment as well as any cross-motions for summary judgment will be filed no later than December 23, 2009.

      Plaintiffs' reply for their motion for summary judgment and opposition to Defendants' cross-motions for summary judgment will be filed no later than January 8, 2010.

Defendants' reply for their cross-motion for summary judgment will be filed no later than January 15, 2010.

Oral argument on the parties' motions for summary judgment will be held at 9:00 a.m., on Thursday, January 21, 2010, in Courtroom 18C.

It is so ordered.

**New York, NY**
**November 20, 2009**

ROBERT W. SWEET
U.S.D.J.