PREET BHARARA
United States Attorney for the
Southern District of New York
By: ROSS E. MORRISON
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York 10007
Telephone: (212) 637-2691
Facsimile:  (212) 637-2786

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x     **ECF CASE**
ASSOCIATION FOR MOLECULAR            :
PATHOLOGY, et al.,
                                                              :
               Plaintiffs,            **09 Civ. 4515 (RWS)**
                                                              :
     - against -                                        **NOTICE OF APPEARANCE AND REQUEST**
                                                              :   **FOR ELECTRONIC NOTIFICATION**
UNITED STATES PATENT AND
TRADEMARK OFFICE, et al.,           :

               Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:     Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User and Lead Attorney for defendant United States Patent and Trademark Office, to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
November 23, 2009

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant United States
                                      Patent and Trademark Office

By: /s/   Ross E. Morrison
      ROSS E. MORRISON
      Assistant United States Attorney
      86 Chambers Street -- 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2691
      Facsimile:  (212) 637-2786
      ross.morrison@usdoj.gov