UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ASSOCIATION FOR MOLECULAR PATHOLOGY;   :     09 CV 4515 (RWS)
AMERICAN COLLEGE OF MEDICAL GENETICS;
AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; :
COLLEGE OF AMERICAN PATHOLOGISTS;
HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD;   :     ECF Case
WENDY CHUNG, MD, PhD; HARRY OSTRER, MD;
DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; :     **MOTION TO ADMIT COUNSEL**
ELLEN MATLOFF, M.S.; ELSA REICH, M.S.;        *PRO HAC VICE*
BREAST CANCER ACTION; BOSTON WOMEN'S   :
HEALTH BOOK COLLECTIVE; LISBETH CERIANI;
RUNI LIMARY; GENAE GIRARD;           :
PATRICE FORTUNE; VICKY THOMASON;
KATHLEEN PARKER,              :
                   Plaintiffs,

                            :

v.                          :

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ,   :
ROGER BOYER, JACK BRITTAIN, ARNOLD B.
COMBE, RAYMOND GESTELAND, JAMES U.   :
JENSEN, JOHN KENDAL MORRIS; THOMAS PARKS,
DAVID W. PERSHING, and MICHAEL K. YOUNG,   :
in their official capacity as Directors of the University
of Utah Research Foundation,          :

                  Defendants.    :

------------------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Jennifer L. Rubin, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Susan Berke Fogel
    Pro-Choice Alliance for Responsible Research
    5521 Murietta Avenue
    Van Nuys, CA 91401
    Telephone: (818) 785-7220
    Fax: (818) 997-9320
    E-Mail: sbfogel@pacbell.net

FILED
U.S. DISTRICT COURT
S.D. OF N.Y.
2009 NOV 19 PH 2: 24

Susan Berke Fogel is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Susan Berke Fogel in any State or Federal Court.

Dated: New York, New York
November 19, 2009

AKERMAN SENTERFITT LLP

Jennifer Rubin (JR7938)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue
Suite 2600
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 905-6448
email: jennifer.rubin@akerman.com

*Attorneys for Amici Curiae, National Women's Health Network, Asian Communities for Reproductive Justice, Center for Genetics and Society, Generations Ahead, and Pro-Choice Alliance for Responsible Research*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ASSOCIATION FOR MOLECULAR PATHOLOGY;   :   09 CV 4515 (RWS)
AMERICAN COLLEGE OF MEDICAL GENETICS;
AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; :
COLLEGE OF AMERICAN PATHOLOGISTS;
HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD;   :
WENDY CHUNG, MD, PhD; HARRY OSTRER, MD;
DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; :   **DECLARATION OF**
ELLEN MATLOFF, M.S.; ELSA REICH, M.S.;   **JENNIFER L. RUBIN IN**
BREAST CANCER ACTION; BOSTON WOMEN'S   :   **SUPPORT OF MOTION TO**
HEALTH BOOK COLLECTIVE; LISBETH CERIANI;   **ADMIT COUNSEL**
RUNI LIMARY; GENAE GIRARD;   :   *PRO HAC VICE*
PATRICE FORTUNE; VICKY THOMASON;
KATHLEEN PARKER,   :
                  Plaintiffs,

                               :

v.

                               :

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ,   :
ROGER BOYER, JACK BRITTAIN, ARNOLD B.
COMBE, RAYMOND GESTELAND, JAMES U.   :
JENSEN, JOHN KENDAL MORRIS; THOMAS PARKS,
DAVID W. PERSHING, and MICHAEL K. YOUNG,   :
in their official capacity as Directors of the University
of Utah Research Foundation,   :

                Defendants.   :

-------------------------------------------------------------------x

I, Jennifer L. Rubin, declare under penalty of perjury as follows:

1.      I am an associate with the law firm of Akerman Senterfitt LLP, counsel for *Amici Curiae,* National Women's Health Network, Asian Communities for Reproductive Justice, Center for Genetics and Society, Generations Ahead, and Pro-Choice Alliance for Responsible Research and other persons and organizations who may join them as Amici. I make this declaration based on information and belief of the facts set forth herein and in support of the motion to admit Susan Berke Fogel *pro hac vice* to represent *Amici Curiae,* National Women's

Health Network, Asian Communities for Reproductive Justice, Center for Genetics and Society, Generations Ahead, and Pro-Choice Alliance for Responsible Research and other persons and organizations who may join them as *Amici*, in this matter.

2.      I am a member in good standing of the bar of the State of New York and the bar of the State of Illinois. I am also admitted to the bar of the United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of Illinois. I am in good standing with this Court.

3.      Ms. Fogel is the coordinator for the Pro-Choice Alliance for Responsible Research.

4.      Ms. Fogel is a skilled attorney and person of integrity. She is a member in good standing of the bar of the State of California. She is also admitted to the bar of the United States District Court for the Eastern District of California and for the Central District of California. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.      Ms. Fogel's Certificate of Standing from The State Bar of California is attached hereto as Exhibit A.

6.      Accordingly, I am pleased to move for the admission of Susan Berke Fogel, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Susan Berke

Fogel, *pro hac vice*, which is attached hereto as Exhibit B.


Dated:  New York, New York
        November 19, 2009

Jennifer Rubin (JR7938)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue
Suite 2600
New York, New York 10017
Telephone:  (212) 880-3800
Facsimile:  (212) 905-6448
email:  jennifer.rubin@akerman.com

*Attorneys for Amici Curiae, National Women's Health Network, Asian Communities for Reproductive Justice , Center for Genetics and Society, Generations Ahead and Pro-Choice Alliance for Responsible Research*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ASSOCIATION FOR MOLECULAR PATHOLOGY;    :    09 CV 4515 (RWS)
AMERICAN COLLEGE OF MEDICAL GENETICS;
AMERICAN SOCIETY FOR CLINICAL PATHOLOGY;  :
COLLEGE OF AMERICAN PATHOLOGISTS;
HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD;    :    ECF Case
WENDY CHUNG, MD, PhD; HARRY OSTRER, MD;
DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD;  :    **ORDER FOR ADMISSION**
ELLEN MATLOFF, M.S.; ELSA REICH, M.S.;         *PRO HAC VICE* **ON**
BREAST CANCER ACTION; BOSTON WOMEN'S     :    **WRITTEN MOTION**
HEALTH BOOK COLLECTIVE; LISBETH CERIANI;
RUNI LIMARY; GENAE GIRARD;               :
PATRICE FORTUNE; VICKY THOMASON;
KATHLEEN PARKER,                    :
                Plaintiffs,

                        :

v.

                        :

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ,      :
ROGER BOYER, JACK BRITTAIN, ARNOLD B.
COMBE, RAYMOND GESTELAND, JAMES U.      :
JENSEN, JOHN KENDAL MORRIS; THOMAS PARKS,
DAVID W. PERSHING, and MICHAEL K. YOUNG,  :
in their official capacity as Directors of the University
of Utah Research Foundation,              :

                Defendants.      :

-------------------------------------------------------------------x

      Upon motion of Jennifer L. Rubin, attorney for Attorneys for *Amici Curiae*, National

Women's Health Network, Asian Communities for Reproductive Justice, Center for Genetics

and Society, Generations Ahead, and Pro-Choice Alliance for Responsible Research and other

organizations who may join them as *Amici*, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

      Applicant's Name:    Susan Berke Fogel

      Firm Name:          Pro-Choice Alliance for Responsible Research

      Address:             5521 Murietta Avenue

| | |
|---|---|
| City/State: | Van Nuys, CA  91401 |
| Telephone: | (818) 785-7220 |
| Fax: | (818) 997-9320 |
| E-Mail: | sbfogel@pacbell.net |

is admitted to practice *pro hac vice* as counsel for *Amici Curiae,* National Women's Health Network, Asian Communities for Reproductive Justice, Center for Genetics and Society, Generations Ahead, and Pro-Choice Alliance for Responsible Research and other persons and organizations who may join them as *Amici,* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  New York, New York

_____
Judge Robert W. Sweet
United States District Judge

# CERTIFICATE OF STANDING

November 16, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SUSAN BERKE FOGEL, #162481 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1992; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by first class mail on those parties listed below.

Dated:   October 19, 2009

Jennifer Rubin

To:  Christopher A. Hansen
Aden Fine
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY  10004
(212) 549-2606
chansen@aclu.org
afine@aclu.org

Lenora M. Lapidus
Sandra S. Park
Women's Rights Project
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY  10004
(212) 549-2668
llapidus@aclu.org
spark@aclu.org

Daniel B. Ravicher
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Suite 928
New York, NY  10003
(212) 790-0442
ravicher@pubpat.org
Attorneys for Plaintiffs

Brian M. Poissant
Barry R. Satine
Laura A. Coruzzi
Jones Day
222 East 41st Street
New York, NY  10017
(212) 326-3939
bmpoissant@jonesday.com
barryrsatine@jonesday.com
lacoruzzi@jonesday.com

Beth E. Goldman
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, NY 10007
(212) 637-2732
beth.goldman@usdoj.gov
Attorneys for Defendants
Mark D. Shtilerman
Dewey & LeBoeuf, L.L.P.
1301 Avenue of the Americas
New York, NY 10019
(212) 259-6333
mshtilerman@dl.com

Amy Lynn Katz, Esq.
145 Central Park West
New York, NY 10023
(917) 825-7254
amylkatz@gmail.com
Attorneys for Amicus Curiae