UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              )
ASSOCIATION FOR MOLECULAR                                     )
PATHOLOGY, et al.,                                            )   No. 09 Civ. 4515 (RWS)
                                         Plaintiffs,          )
           -against-                                          )   **MOTION TO ADMIT COUNSEL**
                                                              )   **PRO HAC VICE**
UNITED STATES PATENT AND TRADEMARK                            )
OFFICE, et al.,                                               )
                                         Defendants.          )
------------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, Barry R. Satine, a member in good standing of

the bar of this Court, and attorney for defendants Myriad Genetics, Lorris Betz, Roger Boyer,

Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris,

Thomas Parks, David W. Pershing, and Michael K. Young, hereby moves for an Order allowing

the admission pro hac vice of:

   Gregory A. Castanias
   Jones Day
   51 Louisiana Avenue, N.W.
   Washington, D.C. 20001-2113
   (202) 879-3639
   (202) 626-1700 (fax)

Gregory A. Castanias is a member in good standing of the Bars of the State of Indiana, of

the Commonwealth of Virginia and of the District of Columbia. There are no pending

disciplinary proceedings against Gregory A. Castanias in any State or Federal Court.

Dated: New York, New York
November 20, 2009

                                 /s/ Barry R. Satine

Barry R. Satine (BS-8785)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Counsel for Defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ASSIGNMENT FOR MOLECULAR ) No. 09 Civ. 4515 (RWS)
PATHOLOGY, et al., )
                                Plaintiffs, ) **DECLARATION OF**
                  -against- ) **BARRY R. SATINE**
) **IN SUPPORT OF**
) **MOTION TO ADMIT**
UNITED STATES PATENT AND TRADEMARK ) **COUNSEL PRO HAC VICE**
OFFICE, et al., )
                              Defendants. )
-----------------------------------------------------------x

I, Barry R. Satine, do hereby declare under penalty of perjury:

1. I am a member of Jones Day, counsel for Defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young in the above captioned action. I make this declaration based on my personal knowledge of the facts set forth herein and in support of the motion to admit Gregory A. Castanias as counsel pro hac vice to represent the aforesaid defendants in this matter.

2. I have been a member in good standing of the bar of the United States District Court for the Southern District of New York since my admission in 1978.

3. I have known Gregory A. Castanias since 1992.

4. Mr. Castanias is one of my partners. He practices out of my firm's offices in Washington, D.C.

5. Mr. Castanias is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. I am pleased to move the admission of Gregory A. Castanias, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Gregory A. Castanias, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, I respectfully request that the motion to admit Gregory A. Castanias, pro hac vice, to represent Defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young in the above captioned matter, be granted.

Dated: New York, New York
       November 20, 2009

                         Barry R. Sathe (BS-8785)
                         JONES DAY
                         222 East 41st Street
                         New York, NY 10017
                         (212) 326-3939

*Counsel for Defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young*

# EXHIBIT A

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

     I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*GREGORY ANDREW CASTANIAS*

is a member of the bar of said Court since admission on *June 15th, 1990*, and is in good standing therein.

     GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this _6th_ day of _November_, 20 _09_.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT GREGORY ANDREW CASTANIAS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. CASTANIAS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 22, 1993**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued November 6, 2009

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GREGORY A. CASTANIAS

was on the 7TH day of MARCH, 1994 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 4, 2009.

GARLAND PINKSTON, JR., CLERK

By: /s/ M. Charles
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ASSOCIATION FOR MOLECULAR PATHOLOGY, ) No. 09 Civ. 4515 (RWS)
et al., )
                                   Plaintiffs, ) **ORDER FOR ADMISSION**
        -against- ) **PRO HAC VICE**
) **ON WRITTEN MOTION**
UNITED STATES PATENT AND TRADEMARK )
OFFICE, et al., )
                                   Defendants. )
---------------------------------------------------------------- x

Upon the motion of Barry R. Satine, an attorney for defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

Gregory A. Castanias
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3639
(202) 626-1700 (fax)
gcastanias@jonesday.com

is admitted to practice pro hac vice as one of the counsel defendants for Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

NYI-4231410v1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ASSOKIATION FOR MOLECULAR PATHOLOGY, et al.,

    Plaintiffs,

-against-

UNITED STATES PATENT AND TRADEMARK OFFICE, et al.,

    Defendants.
------------------------------------------------------------ x

No. 09 Civ. 4515 (RWS)

**CERTIFICATION OF SERVICE**

I, Barry R. Satine, hereby certify that on November 20, 2009, a true and correct copy of the attached Motion to Admit Counsel *Pro Hac Vice* was sent by U.S. mail to all counsel of record.

Dated: November 20, 2009
    New York, New York

                              _____
                              Barry R. Satine (BS-8785)