#147
SCANNED
NOV 20 2009
09 CV 525 7099SW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ASSOCIATION FOR MOLECULAR )
PATHOLOGY, et al., )
) No. 09 Civ. 4515 (RWS)
Plaintiffs, )
-against- ) **MOTION TO ADMIT COUNSEL**
) **PRO HAC VICE**
UNITED STATES PATENT AND TRADEMARK )
OFFICE, et al., )
Defendants. )
------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Barry R. Satine, a member in good standing of the bar of this Court, and attorney for defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young, hereby moves for an Order allowing the admission pro hac vice of:

Gregory A. Castanias
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3639
(202) 626-1700 (fax)

Gregory A. Castanias is a member in good standing of the Bars of the State of Indiana, of the Commonwealth of Virginia and of the District of Columbia. There are no pending disciplinary proceedings against Gregory A. Castanias in any State or Federal Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/09

So Ordered

/s/ Sweet USDJ

12.3.09

NYI-4231401v1