UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASSOCIATION FOR MOLECULAR PATHOLOGY;  :  09 CV 4515 (RWS)
AMERICAN COLLEGE OF MEDICAL GENETICS;
AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; :
COLLEGE OF AMERICAN PATHOLOGISTS;
HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD;  :  ECF Case
WENDY CHUNG, MD, PhD; HARRY OSTRER, MD;
DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; :  **MOTION TO ADMIT COUNSEL**
ELLEN MATLOFF, M.S.; ELSA REICH, M.S.;  *PRO HAC VICE*
BREAST CANCER ACTION; BOSTON WOMEN'S  :
HEALTH BOOK COLLECTIVE; LISBETH CERIANI;
RUNI LIMARY; GENAE GIRARD;  :
PATRICE FORTUNE; VICKY THOMASON;
KATHLEEN PARKER,  :
            Plaintiffs,

v.

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ,  :
ROGER BOYER, JACK BRITTAIN, ARNOLD B.
COMBE, RAYMOND GESTELAND, JAMES U.  :
JENSEN, JOHN KENDAL MORRIS; THOMAS PARKS,
DAVID W. PERSHING, and MICHAEL K. YOUNG,  :
in their official capacity as Directors of the University
of Utah Research Foundation,  :

            Defendants.  :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Jennifer L. Rubin, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Susan Berke Fogel
Pro-Choice Alliance for Responsible Research
5521 Murietta Avenue
Van Nuys, CA 91401
Telephone: (818) 785-7220
Fax: (818) 997-9320
E-Mail: sbfogel@pacbell.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/09