# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>　　　　　　　　　Defendants. | Civil Action No. 09-4515 (RWS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Brian M. Poissant enters his appearance in this matter as counsel for defendant Myriad Genetics, Inc., named herein as Myriad Genetics, and for defendants Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young.

NYI-4240751v1

Dated: New York, New York　　　　　　　　　Respectfully submitted,
　　　　　December 22, 2009

　　　　　　　　　　　　　　　　　　By:　　/s/ Brian M. Poissant
　　　　　　　　　　　　　　　　　　　　　Brian M. Poissant (BP2350)
　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　222 East 41st Street
　　　　　　　　　　　　　　　　　　　　　New York, NY 10017-6702
　　　　　　　　　　　　　　　　　　　　　(212) 326-33838
　　　　　　　　　　　　　　　　　　　　　bmpoissant@jonesday.com