**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,<br><br>                    Plaintiffs,<br>     v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>                    Defendants. | Civil Action No. 09-4515 (RWS)<br><br><br>ECF Case<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the accompanying Myriad Defendants' Memorandum of Law (1) In Support of their Motion For Summary Judgment and (2) In Opposition To Plaintiffs' Motion For Summary Judgment; Defendants' Rule 56.1 Statement of Material Facts; the relevant Declarations (and exhibits) submitted in support thereof, as referenced in the Statement of Material Facts; and on all the prior proceedings and matters of record in this case, Defendants Myriad Genetics, and the

individuals, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young, in their official capacity, or alleged to have been named in their official capacity, as directors of the University of Utah Research Foundation (collectively, the "Myriad Defendants"), will move the Court before the Honorable Robert W. Sweet, United States District Court Judge, in Courtroom 18C, at the United States Courthouse, 500 Pearl Street, New York, New York, at 9 a.m. on Thursday, January 21, 2010, or as soon thereafter as counsel can be heard, for an order granting summary judgment in favor of the Myriad Defendants pursuant to Federal Rule of Civil Procedure 56.

PLEASE TAKE NOTICE that pursuant to an Order of the Court entered November 20, 2009, any opposing papers or answering memoranda are to be filed and served no later than January 8, 2010.

| | |
|---|---|
| Dated: New York, New York<br>December 23, 2009 | JONES DAY<br><br>By: /s/ Brian M. Poissant<br>　　Brian M. Poissant<br>　　Barry R. Satine<br>　　Laura A. Coruzzi<br>　　222 East 41st Street<br>　　New York, NY  10017<br>　　(212) 326-3939<br><br>　　Gregory A. Castanias (admitted pro hac vice)<br>　　Jones Day<br>　　51 Louisiana Avenue, N.W.<br>　　Washington, DC 20001-2113<br>　　(202) 879-3939<br><br>　　*Attorneys for Defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young* |

## CERTIFICATE OF SERVICE

This is to certify that on December 23, 2009, a true and correct copy of the foregoing document has been served on all counsel of record via the court's ECF system.

    /s/ Brian M. Poissant
    Brian M. Poissant