# EXHIBIT 2

Dockets.Justia.com

# BAER DECLARATION
# EXHIBIT 2

## LIST OF PUBLICATIONS RELATING TO BRCA1/BRCA2

1. Reid LJ, Shakya R, Modi AP, Lokshin M, Cheng JT, Jasin M, **Baer R**, Ludwig T. Proc Natl Acad Sci U S A. 2008 Dec 30;105(52):20876-81. Epub 2008 Dec 16. E3 ligase activity of BRCA1 is not essential for mammalian cell viability or homology-directed repair of double-strand DNA breaks..

2. Shakya R, Szabolcs M, McCarthy E, Ospina E, Basso K, Nandula S, Murty V, **Baer R**, Ludwig T. Proc Natl Acad Sci U S A. 2008 May 13;105(19):7040-5. Epub 2008 Apr 28. The basal-like mammary carcinomas induced by Brca1 or Bard1 inactivation implicate the BRCA1/BARD1 heterodimer in tumor suppression.

3. Wu M, Soler DR, Abba MC, Nunez MI, **Baer R**, Hatzis C, Llombart-Cussac A, Llombart-Bosch A, Aldaz CM. Mol Cancer Res. 2007 Dec;5(12):1285-95. CtIP silencing as a novel mechanism of tamoxifen resistance in breast cancer.

4. Laufer M, Nandula SV, Modi AP, Wang S, Jasin M, Murty VV, Ludwig T, **Baer R**. J Biol Chem. 2007 Nov 23;282(47):34325-33. Epub 2007 Sep 11. Structural requirements for the BARD1 tumor suppressor in chromosomal stability and homology-directed DNA repair.

5. Lu Y, Amleh A, Sun J, Jin X, McCullough SD, **Baer R**, Ren D, Li R, Hu Y. Mol Endocrinol. 2007 Mar;21(3):651-63. Epub 2006 Dec 21. Ubiquitination and proteasome-mediated degradation of BRCA1 and BARD1 during steroidogenesis in human ovarian granulosa cells.

6. Yu X, Fu S, Lai M, **Baer R**, Chen J. Genes Dev. 2006 Jul 1;20(13):1721-6. BRCA1 ubiquitinates its phosphorylation-dependent binding partner CtIP.

7. Choudhury AD, Xu H, Modi AP, Zhang W, Ludwig T, **Baer R**. J Biol Chem. 2005 Jul 1;280(26):24669-79. Epub 2005 Apr 26. Hyperphosphorylation of the BARD1 tumor suppressor in mitotic cells.

8. Kleiman FE, Wu-Baer F, Fonseca D, Kaneko S, **Baer R**, Manley JL. Genes Dev. 2005 May 15;19(10):1227-37. BRCA1/BARD1 inhibition of mRNA 3' processing involves targeted degradation of RNA polymerase II.

9. Choudhury AD, Xu H, **Baer R**. J Biol Chem. 2004 Aug 6;279(32):33909-18. Epub 2004 May 27. Ubiquitination and proteasomal degradation of the BRCA1 tumor suppressor is regulated during cell cycle progression.

10. Westermark UK, Reyngold M, Olshen AB, **Baer R**, Jasin M, Moynahan ME. Mol Cell Biol. 2003 Nov;23(21):7926-36. BARD1 participates with BRCA1 in homology-directed repair of chromosome breaks.

11. Wu-Baer F, Lagrazon K, Yuan W, **Baer R**. J Biol Chem. 2003 Sep 12;278(37):34743-6. Epub 2003 Jul 30. The BRCA1/BARD1 heterodimer assembles polyubiquitin chains through an unconventional linkage involving lysine residue K6 of ubiquitin.

12. McCarthy EE, Celebi JT, **Baer R**, Ludwig T. Mol Cell Biol. 2003 Jul;23(14):5056-63. Loss of Bard1, the heterodimeric partner of the Brca1 tumor suppressor, results in early embryonic lethality and chromosomal instability.

13. Fabbro M, Rodriguez JA, **Baer R**, Henderson BR. J Biol Chem. 2002 Jun 14;277(24):21315-24. Epub 2002 Mar 29. BARD1 induces BRCA1 intranuclear foci formation by increasing RING-dependent BRCA1 nuclear import and inhibiting BRCA1 nuclear export.

14. **Baer R**, Ludwig T. Curr Opin Genet Dev. 2002 Feb;12(1):86-91. Review. The BRCA1/BARD1 heterodimer, a tumor suppressor complex with ubiquitin E3 ligase activity.

15. Xu XL, Wu LC, Du F, Davis A, Peyton M, Tomizawa Y, Maitra A, Tomlinson G, Gazdar AF, Weissman BE, Bowcock AM, **Baer R**, Minna JD. Cancer Res. 2001 Nov 1;61(21):7943-9. Inactivation of human SRBC, located within the 11p15.5-p15.4 tumor suppressor region, in breast and lung cancers.

16. Wu-Baer F, **Baer R**. Nature. 2001 Nov 1;414(6859):36. Effect of DNA damage on a BRCA1 complex.

17. **Baer R**. Nat Struct Biol. 2001 Oct;8(10):822-4. Review. With the ends in sight: images from the BRCA1 tumor suppressor.

18. Yoshikawa K, Ogawa T, **Baer R**, Hemmi H, Honda K, Yamauchi A, Inamoto T, Ko K, Yazumi S, Motoda H, Kodama H, Noguchi S, Gazdar AF, Yamaoka Y, Takahashi R. Int J Cancer. 2000 Oct 1;88(1):28-36. Abnormal expression of BRCA1 and BRCA1-interactive DNA-repair proteins in breast carcinomas.

19. Yu X, **Baer R**. J Biol Chem. 2000 Jun 16;275(24):18541-9. Nuclear localization and cell cycle-specific expression of CtIP, a protein that associates with the BRCA1 tumor suppressor.

20. Ayi TC, Tsan JT, Hwang LY, Bowcock AM, **Baer R**. Oncogene. 1998 Oct 22;17(16):2143-8. Conservation of function and primary structure in the BRCA1-associated RING domain (BARD1) protein.

21. **Baer R**, Lee WH. J Mammary Gland Biol Neoplasia. 1998 Oct;3(4):403-12. Review. Functional domains of the BRCA1 and BRCA2 proteins.

22. Yu X, Wu LC, Bowcock AM, Aronheim A, **Baer R**. J Biol Chem. 1998 Sep 25;273(39):25388-92. The C-terminal (BRCT) domains of BRCA1 interact in vivo with CtIP, a protein implicated in the CtBP pathway of transcriptional repression.

23. **Baer R**. Breast Dis. 1998 Apr;10(1-2):23-32. Protein partners of the BRCA1 tumor suppressor.

24. Thai TH, Du F, Tsan JT, Jin Y, Phung A, Spillman MA, Massa HF, Muller CY, Ashfaq R, Mathis JM, Miller DS, Trask BJ, **Baer R**, Bowcock AM. Hum Mol Genet. 1998

Feb;7(2):195-202. Mutations in the BRCA1-associated RING domain (BARD1) gene in primary breast, ovarian and uterine cancers.

25. Jin Y, Xu XL, Yang MC, Wei F, Ayi TC, Bowcock AM, **Baer R**. Proc Natl Acad Sci U S A. 1997 Oct 28;94(22):12075-80. Cell cycle-dependent colocalization of BARD1 and BRCA1 proteins in discrete nuclear domains.

26. Wu LC, Wang ZW, Tsan JT, Spillman MA, Phung A, Xu XL, Yang MC, Hwang LY, Bowcock AM, **Baer R**. Nat Genet. 1996 Dec;14(4):430-40. Identification of a RING protein that can interact in vivo with the BRCA1 gene product.

27. Sartori AA, Lukas C, Coates J, Fu S, **Baer R**, Lukas J, Jackson SP. Nature 2007 450:509-514. CtIP cooperates with the MRE11 complex to promote DNA end resection.