# EXHIBIT 1

Dockets.Justia.com

# CRITCHFIELD DECLARATION
# EXHIBIT 1

# CURRICULUM VITAE

## *Gregory C. Critchfield, M.D., M.S.*

PROFESSIONAL ADDRESS

    Myriad Genetic Laboratories, Inc.
    320 Wakara Way
    Salt Lake City, UT 84108
    voice: (801) 584-3501
    fax:    (801) 584-3640
    e-mail: gcritch@myriad.com

EDUCATION

| | |
|---|---|
| 1985: | M.S., Biophysical Sciences, University of Minnesota |
| 1980: | M.D., University of Utah College of Medicine |
| 1976: | B.S., Microbiology, Brigham Young University |

MILITARY SERVICE

| | |
|---|---|
| 1970–74: | United States Army National Guard, Honorable Discharge |

BOARD CERTIFICATION

| | |
|---|---|
| 1981: | Diplomat of National Board of Medical Examiners |
| 1986: | Diplomat of American Board of Pathology , Clinical Pathology |

HONORS, AWARDS, AND FELLOWSHIPS

| | |
|---|---|
| 2004: | vSpring Capital Top 100 Venture Entrepreneurs |
| 2002: | Lazarow Lecturer, University of Minnesota, Department of Laboratory Medicine, April 25, 2002, Minneapolis, MN |
| 1985: | Young Investigator Award, Academy of Clinical Laboratory Physicians and Scientists |
| 1984: | Young Investigator Award, Academy of Clinical Laboratory Physicians and Scientists |
| 1981-83: | National Library of Medicine Training Grant in Health Computer Sciences |
| 1980: | Dean's Award for graduating class in medical school |
| 1979: | Special honors in Internal Medicine, Surgery, Obstetrics/Gynecology, and Pediatrics, junior year in medical school |
| 1979: | Alpha Omega Alpha, junior year in medical school |
| 1976: | Phi Kappa Phi |
| 1973-76: | Academic Scholarships, Brigham Young University |
| 1973: | Leadership Scholarship, Brigham Young University |

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1998-: | President, Myriad Genetic Laboratories, Inc. |
| 1996-98: | Senior Vice President, Chief Medical & Science Officer, Quest Diagnostics Incorporated (formerly Corning Clinical Laboratories), Teterboro, NJ/San Juan Capistrano, CA. Responsible for all Science, Medicine and Innovation for Quest Diagnostics, reporting to Chairman/CEO, Quest Diagnostics |
| 1995-96: | Corporate Vice President, Clinical Pathology; Chief Laboratory Officer, Corning Clinical Laboratories/Corning Nichols Institute. Member of Strategic Leadership Team. Responsibilities: medical, technical, scientific and business direction. |

| | |
|---|---|
| 1995: | Director of Clinical Pathology, IHC Laboratory Services, Salt Lake City, Utah. |
| 1993–95: | Member, Laboratory Management Guidance Team, IHC Laboratory Services, Salt Lake City, Utah. Executive committee charged with management of all laboratory services and coordination with managed care, physician and hospital divisions of Intermountain Health Care. |
| 1994: | Faculty, American Society of Clinical Pathologists/College of American Pathologists Workshop, "Oral Anticoagulant Management and the International Normalized Ratio Reporting System," October 26, 1994, Washington D.C. |
| 1994–95: | Chairman, Multidisciplinary Review Study Section, SBIR (R43/R44), STTR (R41), R01 Grant Reviews, National Institutes of Health, November 14, 1994; March 30-31, 1995; October 25-26, 1995; April 11-12, 1996. |
| 1994–95: | Member, Technical Advisory Group on Quality Improvement, Governor's Commission on Health Care, State of Utah |
| 1994–95: | Chairman, Chemistry Guidance Team, IHC Laboratory Services, Salt Lake City, Utah |
| 1992–95: | Creator and Grant Writer for 3 NIH-funded projects: Intelligent Refrigerated Automatic Storage System (IRASS), a robotic storage/retrieval system for laboratories, 1991-SBIR Phase I, 1992-SBIR Phase II; COAGS: Computerized Oral Anticoagulation Guidance System, an expert probabilistic modeling system for standardization, interpretation and understanding the International Normalized Ratio for laboratories and clinicians, 1995-SBIR Phase I. |
| 1992–95: | Chairman, Laboratory Information Systems Committee, IHC Laboratory Services, Salt Lake City, Utah |
| 1992–95: | Chairman, Department of Pathology, Utah Valley Regional Medical Center, Provo, Utah. |
| 1992: | Consultant, Intermountain Health Care Information Systems. Laboratory information system, Intermountain Health Care, Salt Lake City, Utah. |
| 1992—: | Reviewer, *Clinical Chemistry* journal. |

1992–93:      Substance Abuse Mental Health Services Administration (formerly NIDA, now SAMHSA/HHS)-certified Laboratory—Responsible Person for certified forensic urine drug testing laboratory according to *Mandatory Guidelines for Federal Workplace Testing Programs*.

1991–95:      Consultant, Automated Control Systems, Inc., Provo, Utah. Robotics and medical informatics.

1990–92:      Collaborative toxicology analytical methods research with Center for Human Toxicology, University of Utah.

1990–95:      College of American Pathologists (CAP) Inspector in toxicology, general laboratory laboratory, nuclear medicine, and chemistry.

1988–93:      Director, IHC Laboratory Services Forensic Toxicology (a NIDA-certified laboratory), Utah Valley Regional Medical Center. Duties: scientific, technical and administrative responsibility for development and operation of the laboratory, including application for and completion of the NIDA certification process.

1987–95:      Clinical Pathologist, Utah Valley Regional Medical Center, Provo, Utah. Primary Duties: Toxicology, Clinical Chemistry, Blood Banking, Computer.

1985-96:      National Institutes of Health Reviewer for Small Business Innovation Research Grants (R43, R44), Shared Instrument Grants (S10), Research Grant Applications (R01), Biomedical Research Resource Grants. Member of numerous special study sections SSS-9 over last twelve years (frequency ranging from 3-5 times/year), reviewing computer applications in biomedical research and medicine.

1986–87:      Associate Director for Health Studies, Center for Health Policy Research and Education, Duke University, Durham, North Carolina. Development of quantitative policy models for health care various health care entities.

1985–86:      Chief of Laboratory Medicine, Hutzel Hospital, 4707 St. Antoine Blvd, Detroit, Michigan 48201.

1984–85:      Chemistry Fellow, Department of Laboratory Medicine and Pathology, University of Minnesota, Minneapolis, Minnesota. Primary duties: toxicology, clinical chemistry.

| | |
|---|---|
| 1981–84: | Medical Fellow, Department of Laboratory Medicine and Pathology, University of Minnesota, 198 Mayo, 420 Delaware St. SE, Minneapolis, Minnesota 55455. |
| 1980–81: | Resident, Department of Pathology, University of Michigan. |

APPOINTMENTS

| | |
|---|---|
| 2003—: | Board of Directors, American Clinical Laboratory Association |
| 2001—: | Member, Utah Governor's Science Advisory Committee |
| 1996—: | Member, Informatics Committee, College of American Pathologists |
| 1997: | Corporate Recruit Chair, Bergen County Juvenile Diabetes Foundation, Bergen County, NJ |
| 1996—: | Adjunct Professor of Microbiology, Brigham Young University, Provo, Utah. |
| 1995—: | Senior Leadership Team, Corning Clinical Laboratories/Corning Nichols Institute, Teterboro, NJ. |
| 1992–95: | Chairman, Department of Pathology, Utah Valley Regional Medical Center, Provo, Utah. |
| 1993–94: | Member, Board of Directors, Central Utah Health Care Foundation |
| 1992–95: | Member, Board of Directors, Automated Control Systems, Inc. Orem, Utah |
| 1992–95: | Member, Parent Advisory Commitee, The Waterford School, Sandy, Utah |
| 1987—: | Adjunct Associate Professor of Microbiology, Brigham Young University, Provo, Utah. |
| 1986–87: | Assistant Professor, Center for Health Policy Research and Education, Duke University, Durham, North Carolina. |
| 1985–86: 1985: | Assistant Professor of Pathology, Wayne State University, Detroit, Michigan. Organization Management User Task Force Committee for Computerization, Detroit Medical Center. |

| | |
|---|---|
| 1983-84: | Chief Resident, Department of Laboratory Medicine and Pathology, University of Minnesota, Minneapolis, Minnesota |
| 1981-85: | Medical Fellow, Department of Laboratory Medicine and Pathology, University of Minnesota, Minneapolis, Minnesota. |

RESEARCH

| | |
|---|---|
| 2002: | Clinical characteristics of hereditary breast/ovarian cancer syndrome. |
| 1999: | Predictive value of genetic testing. |
| 1996: | Predictive models for prostatic carcinoma. |
| 1993-96: | Mathematical models for oral anticoagulation management. |
| 1993-94: | Seroprevalence of chronic viral infections in emergency department patients. |
| 1992-93: | Statistical validation of drug identification using gas chromatography/mass spectrometry. |
| 1990-91: | Antibody-mediated interference of homogeneous immunoassays. Bayesian and nonparametric statistical models for assessing linearity of GC/MS assays. |
| 1988-89: | Principal Investigator, Grant from Association of Western Regional Hospitals, "A Computerized Information Network for Rural Hospitals in Southern Utah." Effective algorithms for screening blood donors for infectious diseases. |
| 1987: | Effectiveness of screening for osteoporosis by photon absorptiometry and computer tomography, success rates of percutaneous transluminal angioplasty in femoral-popliteal athlerosclerotic peripheral vascular disease, the effectiveness of screening neonates for maple syrup urine disease. |
| 1986: | Effectiveness of chemical treatment of alcoholism, analysis of uncertainty in decision models based upon quantitative laboratory data, pharmacokinetics of intravenous induction anesthetics in follicular fluid. |
| 1985: | Decision analysis: Probabilistic modeling of decision trees using Monte Carlo simulation and symbolic algebra. |
| 1985: | Variance estimation of compartmental analysis parameters. |
| 1984: | Time series analysis model of platelet requirements in a large hospital. |

    1983–84:    Improved methods of reference range estimation in laboratory data.

TEACHING EXPERIENCE

    1988–89:    Lecturer, Clinical Microbiology 503, Brigham Young University.

    1987:    Course Director, Medical Decision Analysis, Duke University.
    1986:    Laboratory Lecturer, Wayne State University.

LICENSURE

    1987—:    Utah

    1985–91:    Michigan

    1981–85:    Minnesota

PROFESSIONAL SOCIETIES (PAST AND CURRENT)

    American Medical Association

    American Society of Clinical Pathologists

    Association for Molecular Pathology

    Society for Medical Decision Making

    College of American Pathologists

    Utah State Medical Association

    American Association for Clinical Chemistry

    Utah Association of Pathologists

    American Association of Blood Banks

PRESENTATIONS (selected)

"Bioinformatics for the Practicing Pathologist", College of American Pathologists Annual Meeting, September 21, 2004, Phoenix, AZ.

"The Growth of Predictive Medicine", June 8, 2004, Bio Industry/FDA Panel, San Francisco, CA.

"Genomics, Pharmacogenomics & Proteomics in 21st Century Medicine," Lazarow Lecture, University of Minnesota, April 25, 2002, Minneapolis, MN

"Are Pharmacogenomics, Genomics, and Proteomics Fast-tracking to Clinical Diagnostics?", 2001 Executive War College, May 10, 2001, Cincinnati, OH.

"The Emerging Role of Information Technology in the Commercial Laboratory", Automated Information Management in Clinical Laboratories, May 5, 1997, Ann Arbor, MI.
"Calibration verification of the International Normalized Ratio," Corning Life Sciences, Inc. Science Expo, May 9, 1996, Chicago, IL.

"Prothrombin Time Reporting and the International Normalized Ratio (INR) System," American Society of Clinical Pathologists National Meeting, April 22, 1996, Boston, MA.

"Prothrombin Time Reporting and the International Normalized Ratio (INR) System," American Society of Clinical Pathologists National Meeting, September 19, 1995, New Orleans, LA.

"Predictive Value and Laboratory Testing," Family Practice Seminar, Cottonwood Hospital, February 14, 1995, Salt Lake City, UT.

"Robotic Storage and Retrieval Systems," Emerging Technologies in Informatics Conference, Tucson, AZ, January 22, 1995.

"Infectious Disease Testing," Small Hospitals Seminar, November 4, 1994, Provo, UT.

"Oral Anticoagulant Management and the International Normalized Ratio Reporting System," October 26, 1994, Washington D.C.

"Using Quality Management in the Selection of a Laboratory Information System." Utah State Medical Technologists Society Annual Meeting, March 1994.

"The International Normalized Ratio and Uncertainty,", Department of Pathology, Wayne State University, Detroit, Michigan, February 19, 1993.

"Emergency and Forensic Toxicology", Brigham Young University McDonald Health Center, October 16, 1991.

"Medical Decision Analysis", Brigham Young University McDonald Health Center, April, 1991.

"Viral Hepatitis", Utah Society of Medical Technologists, March 8, 1991, Salt Lake City, Utah.

"Computer Networks and Robotics", Symposium on Computer Applications in Medical Care, Washington, D.C., November 4, 1990.

"Emergency and Forensic Toxicology", McKay-Dee Hospital, Ogden, Utah, August 2, 1990.
"The Hepatitis C Virus", Utah Society of Medical Technologists, Salt Lake City, May 17, 1990.

"An Analysis of Sequential Testing for Infectious Diseases in Blood Donors, "American Association of Blood Banks, Annual Meeting, October 12, 1988, Kansas City, Missouri.

"A Confidence Profile Analysis of the Effectiveness of Disulfiram in the Treatment of Chronic Alcoholism." Invitational Conference on Applications of Quantitative Analytic Methods to Mental Health, Boston, Massachusetts, April 2, 1987.

"Medical Decision Analysis." Department of Family Practice Faculty Development Seminar, Wayne State University School of Medicine January 23, 1986.

"Improved Sensitivity Analysis Using Monte Carlo Simulation." Society for Medical Decision Making Meeting, Asilomar, California, October 22, 1985.

"Automatic Prediction of Platelet Utilization by Time Series Analysis." Academy of Clinical Laboratory Physicians and Scientists Annual Meeting, Charleston, South Carolina, June 7, 1985.

"Improved Reference Range Estimation by Smoothed Splines." Academy of Clinical Laboratory Physicians and Scientists Annual Meeting, Salt Lake City, Utah, June 1984.

"Anatomy and Physiology of Microcomputers." Minnesota Medical Society September 1982.