# EXHIBIT 2

Dockets.Justia.com

# CRITCHFIELD DECLARATION
# EXHIBIT 2

# LIST OF PUBLICATIONS

*Gregory C. Critchfield, M.D., M.S.*

<u>Articles</u>

Frank TS, Critchfield GC: Hereditary risk of women's cancers. *Best Pract Res Clin Obstet Gynaecol.* 2002 Oct; 16(5):703-13. Review.

Frank TS, Critchfield GC: Inherited risk of women's cancers: what's changed for the practicing physician? *Clin Obstet Gynecol.* 2002 Sep; 45(3):671-83; discussion 730-2. Review. No abstract available.

Frank TS, Deffenbaugh AM, Reid JE, Hulick M, Ward BE, Lingenfelter B, Gumpper, KL, Scholl T, Tavtigian SV, Pruss DR, Critchfield GC: Clinical characteristics of individuals with germline mutations in BRCA1 and BRCA2: Analysis of 10,000 individuals. *J Clin Oncol* 2002 Mar 15; 20(6):1480-90.

Critchfield GC, Frank TS: Identifying and managing hereditary risk of breast and ovarian cancer. *Clinics in Perinatol.* 2001 Jun; 28(2):395-406. Review.

Bansal A, Critchfield GC, Frank TS, Reid JE, Thomas A, Deffenbaugh AM, Neuhausen SL: The predictive value of BRCA1 and BRCA2 mutation testing. *Genetic Testing* 2000; 4:45-48.

Critchfield GC. The future of DNA diagnsotics. *Dis Markers* 1999 Oct ; 15(1-3):108-11.

Feldman B, Yaron Y, Critchfield GC, Leon J, O'Brien JE, Johnson MP, Evans MI. Distribution of neural tube defects as a function of maternal weight: no apparent correlation. *Fetal Diagn Ther* 1999 May-Jun; 14 (3):185-9.

Evans MI, O'Brien JE, Critchfield GC. Detection of anomalies: alternatives to ultrasound. *Ann N Y Acad Sci* 1998 Jun 18; 847:191-9. Review

Bazzett LB, Yaron Y, O'Brien JE, Critchfield GC, Kramer RL, Ayoub M, Johnson MP, Evans MI. Fetal gender impact on multiple-marker screening results. *Am J Med Genet* 1998 Apr 13; 76(5):369-71.

Yaron Y, Hamby DD, O'Brien JE, Critchfield G, Leon J, Ayoub, M, Johnson, MP, Evans, MI. Combination of elevated maternal serum alpha-fetoprotein (MSAFP) and low estriol is highly predictive of anencephaly. *Am J Med Genet* 1998 Jan 23; 75(3):297-9.

Kramer RL, Yaron Y, O'Brien JE, Critchfield GC, Ayoub M, Johnson MP, Qualls CR, Evans MI. Effect of adjustment of maternal serum alpha-fetoprotein levels in insulin-dependent diabetes mellitus. *Amer J Med Genet* 1998 Jan 13; 75(2):176-8.
Critchfield GC, Bennett ST, Swaim, WR. Calibration verification of the international normalized ratio. *Am J Clin Pathol* 1996 Dec; 106(6):786-94. Erratum in: *Am J Clin Pathol* 1997 Mar; 107(3):379.

Critchfield GC, Bennett ST. The influence of the reference mean prothrombin time on the International Normalized Ratio. *Am J. Clin Pathol* 1994 Dec; 102(6): 806-11.

Bennett ST, Critchfield GC. Examination of International Normalized Ratio imprecision by comparison of exact and approximate formulas. *J Clin Pathol* 1994 July; 47(7):635-8.

Critchfield GC, Bennett S. The International Normalized Ratio and uncertainty: validation of a probabilistic model. *Am J Clin Pathol* 1994; 102(1):115-22.

Critchfield GC, Urie PM, Bennett ST, Cox C, Nelson L, Shields L, Clark EC, Grandia LD. Using quality management techniques to select an LIS. *Healthcare Informatics* 1993 Sept; 10(9):46-54.

Critchfield GC, Wilkins DG, Loughmiller DL, Davis, BW, Rollins DE. Antibody-mediated interference of a homogeneous immunoassay. *J Anal Toxicol* 1993 Mar-Apr; 17(2):69-72.

Critchfield GC, Wilkins DG, Loughmiller DL, Rollins DE. Nonparametric assessment of toxicologic assay linearity by bootstrap analysis. *J Anal Toxicol* 1992 Mar-Apr; 16(2): 125-131.

Evans MI, Bottoms SF, Critchfield GC, Greb A, LaFerla JJ. Parental perceptions of genetic risk: correlation with choice of prenatal diagnostic procedures. *Int J Gynaecol Obstet* 1990 Jan; 31(1): 25-8.

Adar R, Critchfield GC, Eddy DM. A confidence profile analysis of the results of femoropopliteal percutaneous transluminal angioplasty in the treatment of lower-extremity ischemia. *J Vasc Surg* 1989 Jul; 10(1):57-67.

Critchfield GC, Eddy DM. A confidence profile analysis of the effectiveness of disulfiram in the treatment of chronic alcoholism. *Med Care* 1987 Dec; 25(12), supp: 66-75.

Critchfield GC, Willard KE, Connelly DP. Probabilistic sensitivity analysis methods for general decision models. *Comput in Biomed Res* 1986 Jun; 19(3):254-65.

Critchfield GC, Willard KE. Probabilistic analysis of decision trees using Monte Carlo simulation. *Med Decis Making* 1986 Apr-Jun; 6(2):85-92.

Willard KE, Critchfield GC. Probabilistic analysis of decision trees using symbolic algebra. *Med Decis Making* 1986 Apr-Jun; 6(2):93-100.

Shultz EK, Willard KE, Rich SS, Connelly DP, Critchfield GC. Improved reference interval estimation. *Clin Chem* 1985 Dec; 31(12):1974-8.

Critchfield GC, Connelly DC, Ziehwein M, Olesen L, Nelson C, Scott E. Automatic prediction of platelet utilization by time series analysis in a large tertiary care hospital, *Am J Clin Pathol* 1985 Nov; 84(5):627-31.
Anderson MW, Haug P, Critchfield G. Dermatoglyphic features in myocardial infarction patients, *American Journal of Physical Anthropology* 1981 Aug; 55(4):523-7.

## Reports

Gerber KA, Critchfield, GC, Bennett ST, Udall MR. Low Seroprevalence of Human Immunodeficiency, Hepatitis B and Hepatitis C Viruses in a Suburban Emergency Department. Report to the Central Utah Health Care Foundation, August 1994.

Critchfield GC, Urie PM. A Computerized Information System for Rural Hospitals in Southern Utah. Report to Association of Western Regional Hospitals/The Health Care Forum, April 1989.

Hasselblad V, Critchfield GC. An Analysis of Neonatal Screening for Maple Syrup Urine Disease. Working Paper TR #87-005. Center for Health Policy Research and Education, Duke University.

Eddy DM, Critchfield GC, Eddy JF: Screening for Osteoporosis. Report to Blue Cross Blue Shield Association, May 1987.

Critchfield GC, Eddy DM: A Confidence Profile Analysis of the Effectiveness of Disulfiram Treatment for Alcoholism. Report to the North Carolina Hospitals Foundation, August 1987.

## Chapters

Critchfield GC: Data entry for computer-based patient records. In *Aspects of the Computer-based Patient Record*, Ball MJ Cohen MF, (eds), Springer-Verlag, New York, pp. 140-5, 1992.

Critchfield GC: Perinatal and Pediatric Changes. Neonatal and Pediatric Laboratory Assessment, Chapter 37, In *Clinical Chemistry: Concepts and Application*, S. Anderson and S. Cockayne, Eds. W.B. Saunders, New York, (1992). Chapter discusses toxicology (including forensic toxicology) of the newborn.

## Invited Contributions

Critchfield GC, Loughmiller DL: Drug war. *Medical Bulletin* Utah Valley Regional Medical Center. 1990; 5(1): 11.

Critchfield GC, Johnson EV: Blood supply. *Medical Bulletin* Utah Valley Regional Medical Center. 1990; 5(1): 10-11.

Critchfield GC: Interpretation of tests: What if any are the indications for a two-hour oral glucose tolerance test (OGTT): three-hour OGTT? or five-hour OGTT? Peter JB, Solloway H, eds. *Diagnostic Medicine* 1985; 8:11-2.

## Selected Abstracts

Critchfield GC, Laub M: An Analysis of sequential testing for infectious diseases in blood donors. American Association of Blood Banks, Annual Meeting, October 12, 1988, Kansas City, Missouri.

Critchfield GC, Eddy DM: A confidence profile analysis of the effectiveness of disulfiram in the treatment of chronic alcoholism. Invitation Conference on Quantitative Methods in Mental Health, Boston, Massachusetts, April 1987.

Endler GC, Stout M, Magyar DM, Hayes MF, Moghissi KS, Sacco A, Critchfield G: Follicular fluid levels of sodium thiamylal during laparoscopy for oocyte retrieval. Society of Anesthesiologists, Salt Lake City, Utah, April 1986.

Critchfield GC, Willard KW: Improved sensitivity analysis using symbolic algebra. Society for Medical Decision Making Annual Meeting, Asilomar, California, October 1985. Willard KW, Critchfield GC: Improved sensitivity analysis using Monte Carlo simulation. Society for Medical Decision Making Annual Meeting, Asilomar, California, October 1985. Academy of Clinical Laboratory.

Oleson L, Ziehwein M, Ward N, Nelson C, Critchfield G, Scott E: A computer model to predict daily platelet usage and inventory levels. American Association of Blood Banks Annual Meeting, Miami, Florida, October 1985.
Critchfield, GC, Connelly DC, Ziehwein MS, Olesen L, Nelson CE, Scott EP: Automatic prection of platelet utilization by time series analysis. Academy of Clinical Laboratory Physicians and Scientists Annual Meeting, Charleston, South Carolina, June 1985.

Critchfield GC, Shultz ES, Willard KW, Rich SS, Connelly DP: Improved reference range estimation of smoothed splines. Academy of Clinical Laboratory Physicians and Scientists Annual Meeting, Salt Lake City, Utah, June 1984.

## Letters

Critchfield GC. Letter to the Editor. *Mol Diagn* 1996 Dec; 1(4):357.

Critchfield GC, Connelly DP: Re: Predictive Value of a Positive Test. *JAMA* 1986; 255-1438.

Critchfield G, Shultz E, Willard K; Prevalence and predictive value, *Am J Clin Pathol* 1984 Mar; 81(3):408.

Critchfield GC. Xenotransplantation. *Molecular Diagnostics* 1996; 1(4): 357.