# EXHIBIT 4

Dockets.Justia.com

**Research Papers on *BRCA* by Plaintiffs and Plaintiff's Declarants**

| Name | Plaintiff/Declarant | Affiliation | Number of Published Research Papers |
|---|---|---|---|
| Arupa Ganguly | Plaintiff/Declarant | University of Pennsylvania School of Medicine | 5 |
| Ellen T. Matloff | Plaintiff/Declarant | Yale University School of Medicine | 17 |
| Wendy Chung | Plaintiff/Declarant | Columbia University | 2 |
| Harry Ostrer | Plaintiff/Declarant | New York University School of Medicine | 1 |
| Elizabeth Swisher | Declarant | University of Washington School of Medicine | 16 |
| Wayne W. Grody | Declarant | UCLA School of Medicine | 2 |
| Mark Sobel | Declarant | Association for Molecular Pathology | 2 |
| Jeffery A. Kant | Declarant | University of Pittsburgh | 3 |
| | **Total:** | | **48** |