# EXHIBIT 5

Dockets.Justia.com

| Name of Test | Turnaround Time | Cost | Billing (CPT) Codes |
|---|---|---|---|
| Familial Adenomatous Polyposis (FAP):APC gene Full Sequencing | 10 weeks | $1,360 | 83891, 83894x10, 83898x27, 83904x24, 83909x2, 83912 |
| FAP: MYH Full Sequencing | 6 weeks | $600 | 83891, 83894x8, 83898x15, 83909x2, 83912 |
| FAP: APC or MYH Familial Mutation | 3 weeks | $340 | 83891, 83898x6, 83904x6, 83912 |
| FAP: APC or MYH Prenatal Diagnosis of Known Familial Mutation | 1-3 weeks | $340 | 83891x2, 83898x4, 83904x5, 83912 |
| Fibrodysplasia Ossificans Progressiva (FOP) | 3 weeks | $380 | 83891, 83898x7, 83904x5, 83909x2, 83912 |
| Hemophilia A: Inversion Analysis | 3-4 weeks | $260 | 83891, 83892x2, 83894, 83896, 83897, 83912 |
| Hemophilia A: Full Sequencing | 6-8 weeks | $1,240 | 83891, 83894x14 83898x17, 83904x24, 83909x2, 83912 |
| Hemophilia A: Deletion/Duplication | 2-3 weeks | $500 | 83891, 83900, 83901x5, 83909x2, 83912 |
| Hemophilia A: Familial Seq. Mutation | 2-3 weeks | $340 | 83891, 83898x6 83904x6, 83912 |
| Hemophilia A: Prenatal Diagnosis of Inversion | 1-3 weeks | $340 | 83891x3, 83892x2, 83909, 83896, 83897, 83912 |
| Hemophilia A: Prenatal Diagnosis of Known Sequencing Mutation | 1-3 weeks | $340 | 83891x2, 83898x4, 80904x5, 83912 |
| Hemophilia A: Linkage Analysis | 3-4 weeks | $640 | 83891x3, 83894x10, 83898x11, 83912 |
| Hereditary Hemorrhagic Telangiectasia (HHT): Full Sequencing with automatic reflex to Deletion/Duplication Analysis | 10-16 weeks | $1,720 | 83891, 83894x21, 83898x21, 83904x21, 83900, 83901x4, 83909, 83912x2 |
| HHT: Deletion/Duplication Analysis | 4-6 weeks | $500 | 83891, 83900, 83901x5, 83909x2, 83912 |
| HHT: Known Familial Mutation | 2-3 weeks | $340 | 83891, 83898x6, 83904x6, 83912 |

1

| Test | Time | Price | Codes |
|---|---|---|---|
| HHT: Prenatal Diagnosis of Known Familial Mutation | 1-3 weeks | $340 | 83891x2, 83898x4, 83904x5, 83912 |
| HNPCC: MLH1, MSH2 Known Familial Mutation | 2-3 weeks | $340 | 83891, 83898x6, 83904x6, 83912 |
| HNPCC: Prenatal Diagnosis of MLH1 or MSH2 Known Familial Mutation | 1-3 weeks | $340 | 83891x2, 83898x4, 83904x5, 83912 |
| Li-Fraumeni Syndrome (TP53): Sequencing of exons 3-9 | 5-6 weeks | $560 | 83891, 83894x5, 83898x8, 83904x8, 83909x2, 83912 |
| Li-Fraumeni Syndrome: Sequencing of exons 2,10, and 11 | 2-3 weeks | $320 | 83894x2, 83898x5, 83904x5, 83909x2, 83912 |
| Li-Fraumeni Syndrome: Known Familial Mutation | 2-3 weeks | $340 | 83891, 83898x6, 83904x6, 83912 |
| Li-Fraumeni Syndrome: Prenatal Diagnosis of Known Familial Mutation | 1-3 weeks | $340 | 83891x2, 83898x4, 80904x5, 83912 |
| Retinoblastoma: Full Sequencing of DNA from Frozen Tumor and/or Blood with automatic reflex to deletion/duplication analysis | 8-12 weeks | $1,720 | 83891, 83894x21, 83898x21, 83904x21, 83900, 83901x4, 83909, 83912x2 |
| Retinoblastoma: Full Sequencing of DNA from Paraffin-embedded Tumor and Blood with automatic reflex to deletion/duplication analysis | 12-15 weeks | $1,840 | 83891x3, 83894x21, 83898x21, 83904x21, 83900, 83901x4, 83909, 83912x2 |
| Retinoblastoma: Deletion/Duplication Analysis of DNA from blood | 4-6 weeks | $500 | 83891x3, 83894x21, 83898x21, 83904x21, 83900, 83901x4, 83909, 83912x2 |
| Retinoblastoma: Known Familial Mutation sequencing mutation or deletion/duplication | 2-3 weeks | $340 | 83891, 83898x6, 83904x6, 83912 |
| Retinoblastoma: Prenatal Diagnosis of Known Familial Mutation – sequencing mutation or deletion/duplication | 1-3 weeks | $340 | 83891x2, 83898x4, 83904x5, 83912 |
| SMAD4: Full Sequencing | 8-10 weeks | $560 | 83891, 83894x5, 83898x8, 83904x8, 83909x2, 83912 |
| SMAD4: Known Familial Mutation | 2-3 weeks | $340 | 83891, 83898x6, 83904x6, 83912 |
| SMAD4: Prenatal Diagnosis for Known Familial Mutation | 1-3 weeks | $340 | 83891x2, 83898x4, 83904x5, 83912 |
| Uveal Melanoma: Micro-satellite Analysis of Chromosome 3 | 8-10 weeks | $1,000 | 83891, 83900x4, 83901x9, 83907, 83909x3, 83912 |
| X-Inactivation Studies: Individual | 3-4 weeks | $360 | 83891, 83900x2, 83901, 83907, 83909, 83912 |
| X-Inactivation Studies: Individual and Parent(s) | 3-4 weeks | $520 | 83891x3, 83900x2, 83901, 83907, 83909x3, 83912 |