# EXHIBIT 1

Dockets.Justia.com

John Doll
3780 Waterfield Court
Huntingtown, MD  20639
Email: johnjdoll@comcast.net
Phone:  410 535 3508
Mobile: 410 610 1252

**Acting Under Secretary of Commerce for Intellectual Property and**
**Acting Director of the United States Patent and Trademark Office**
**January 2009 to August 2009**
Served as the Acting Under Secretary and Acting Director of the United States Patent and Trademark Office during the change of Administration.  As the Acting Under Secretary, advised the President, the Secretary of Commerce, and the Administration about all intellectual property matters.  As Acting Director, administered the laws of granting Patents and Trademarks, and the day-to-day management of the $2.1 billion Agency for over 9,600 employees.  Developed and articulated Administration positions on all Patent, Trademark and Copyright issues, both domestic and foreign while promoting strong Intellectual Property policy globally, including strategies to thwart the theft of U.S. Intellectual Property around the world.

**Deputy Under Secretary of Commerce for Intellectual Property and**
**Deputy Director of the United States Patent and Trademark Office**
**November 2008 to September 2009**
Assisted the Under Secretary in developing and promoting Administration positions on all Patent, Trademark and Copyright issues domestically and internationally.  Served as the Chief Operating Officer in planning, measuring and improving the mission performance and achievement of the Agency.  Responsible for maintaining and growing domestic and international leadership roles in Intellectual Property Rights policy by strengthening Intellectual Property protection.  Also responsible for providing customers with the highest levels of quality and service in all aspects of Agency operations.

**Commissioner for Patents**
**August 2005 to October 2009**
Appointed by the Secretary of Commerce and served as the Chief Operating Officer for all aspects of patent related operations, planning and policy with the mission of properly applying the patent laws and regulations of the United States in the examination of patent applications.  Oversaw a budget of $1.3 billion and a staff of over 7000 employees.  Responsible for Patent's strategic planning and execution, budget formulation and execution, information technology systems, staffing, employee development, labor management relations, customer outreach, congressional relations, public advisory committee relations, and patent policy formulation.

**Deputy Commissioner for Patent Resources and Planning**
**January 2005 to August 2005**
Responsible for the formulation and execution of the $900K budget as well as strategic planning for the Patent Office

**Special Assistant to the Director of the United States Patent and Trademark Office**
**March 2004 to January 2005**
Provided technical, examination and legal advice on all Patent related issues

**Director of Patent Examination Technology Center**
**August 1992 to August 2005**
Responsible for all patent examination issues in the chemistry, pharmaceutical, biotechnology and design art areas

**Patent Examiner, Supervisory Patent Examiner, Quality Assurance Examiner**
**September 1974 to August 1992**
Examined and supervised the examination of patent applications encompassing pharmaceuticals, herbicides, pesticides, dyestuffs inorganic chemistry, hydrometallurgy, zeolite catalysts, buckministerfullerenes, proteins, and peptides

**Awards**
Department of Commerce Bronze Medal for examination and supervisory accomplishments; a second Bronze Medal for the implementation of Patent Application Location and Monitoring (PALM) system; a Department of Commerce Silver Medal for the development of automated examiner office action tools; the Vice Presidential Hammer Award for establishing the Biotechnology Customer Partnership; a Department of Commerce Gold Medal for implementation of the Image File Wrapper system.

**Education:**
MS    Physical Chemistry    The Pennsylvania State University   1974
BS    Chemistry / Physics   Bowling Green State University      1971

.