# EXHIBIT 10

Dockets.Justia.com

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Next List | Bottom | View Cart |
|-----------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1** through **50** out of **2645***

[ Next 50 Hits ]

[ Jump To ]  [            ]

[ Refine Search ]  [ ACLM/"isolated DNA"                    ]

| | PAT. NO. | | Title |
|---|---------|---|-------|
| 1 | 7,632,935 | T | DNA encoding a mast cell-derived membrane protein |
| 2 | 7,622,631 | T | Methods for enhancing plant resistance to pathogens |
| 3 | 7,622,565 | T | Nucleic acids encoding B7-H4, a T cell immunoregulatory molecule |
| 4 | 7,619,135 | T | Seed-specific promoter from the rice glutelin GluB-4 gene and uses thereof |
| 5 | 7,618,773 | T | Headloop DNA amplification |
| 6 | 7,615,678 | T | Methods for using artificial polynucleotides and compositions thereof to reduce transgene silencing |
| 7 | 7,611,837 | T | Kit for detecting non-pathogenic or pathogenic influenza a subtype h5 virus |
| 8 | 7,605,303 | T | Stress-responsive root-specific genes |
| 9 | 7,605,248 | T | Recombinant constructs of Borrelia burgdorferi |
| 10 | 7,598,368 | T | COX5c-1 gene intron for increasing expression level in cassettes, plant cells and transgenic plants |
| 11 | 7,598,366 | T | TaBV transcriptional control elements, chimeric constructs and uses therefor |
| 12 | 7,598,365 | T | Targeted DNA insertion in plants |
| 13 | 7,598,066 | T | Gene encoding vitamin b.sub.6 phosphate phosphatase and use thereof |
| 14 | 7,595,384 | T | Seed-specific gene promoter from the rice 10 KDa prolaminin gene and uses thereof |
| 15 | 7,595,383 | T | Secreted proteins of Mycobacterium tuberculosis and their use as vaccines and diagnostic reagents |
| 16 | 7,592,509 | T | Isolated DNA sequences and polypeptides inducing multiple resistance of plants to phytopathogens and pests |
| 17 | 7,592,438 | T | Human gene |

18 7,589,186 **T** Isolated hOAT polynucleotide
19 7,586,023 **T** Methods of conferring ppo-inhibiting herbicide resistance to plants by gene manipulation
20 7,585,969 **T** MicroRNA and methods for inhibiting same
21 7,585,495 **T** Method for identifying shampoo-resistant hair-binding peptides and hair benefit agents therefrom
22 7,582,809 **T** Sorghum aluminum tolerance gene, SbMATE
23 7,582,447 **T** DNA encoding a testicular carnitine transporter
24 7,582,437 **T** Adaptor protein that binds to mammalian toll-like receptor 3, and gene thereof
25 7,569,351 **T** P53 dependent apoptosis-associated gene and protein
26 7,563,945 **T** Plant regulatory sequences for selective control of gene expression
27 7,557,264 **T** Gossypium hirsutum tissue-specific promoters and their use
28 7,557,197 **T** Human soluble neuropilin-1 primary polyadenylation signal and uses thereof
29 7,556,921 **T** Methods for mapping signal transduction pathways to gene expression programs
30 7,553,946 **T** Promoters
31 7,553,638 **T** Candida utilis containing .gamma.-glutamylcysteine
32 7,547,528 **T** Fluorescent protein and chromoprotein
33 7,544,795 **T** Recombinant hexose oxidase, a method of producing same and use of such enzyme
34 7,544,483 **T** Method for the production of protamine
35 7,541,491 **T** Gene involved in growth-promoting function of acetic acid bacteria and uses thereof
36 7,541,451 **T** Fluorescent proteins from Fungia
37 7,541,449 **T** Human kunitz-type inhibitors and methods relating thereto
38 7,541,172 **T** Transgenic amorpha-4, 11-diene synthesis
39 7,534,938 **T** Synthetic nucleic acid molecule for imparting multiple traits
40 7,527,946 **T** Interferon-beta-1a-immunoglobulin fusion proteins and uses
41 7,524,669 **T** Transgenic Saccharomyces cerevisiae and method for bioremediation
42 7,521,222 **T** Farnesyl dibenzodiazepinone and processes for its production
43 7,521,182 **T** Selection system containing non-antibiotic resistance selection marker
44 7,517,969 **T** Process for isolating nucleic acid with chaotrope agents and ammonium compounds
45 7,517,677 **T** Recombinant D-amino acid oxidases
46 7,514,544 **T** Corn event TC1507 and methods for detection thereof
47 7,514,211 **T** Genomic DNAs participating in rheumatoid arthritis, method of diagnosing the same, method of judging onset risk and diagnostic kit for detecting the same
48 7,511,126 **T** Position-independent and tissue specific expression of a transgene in milk of transgenic animals
49 7,504,491 **T** Pigment protein from Cnidopus japonicus
50 7,501,559 **T** Prevention of Bt resistance development

Next List     Top     View Cart

Home     Quick     Advanced     Pat Num     Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **51** through **100** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

|  | PAT. NO. | | Title |
|---|---|---|---|
| 51 | 7,501,555 | T | Method for obtaining a plant with a lasting resistance to a pathogen |
| 52 | 7,501,262 | T | Promoters and gene expression method by using the promoters |
| 53 | 7,501,123 | T | Human G-protein chemokine receptor (CCR5) HDGNR10 |
| 54 | 7,498,429 | T | AHAS small subunit promoter |
| 55 | 7,498,150 | T | Materials and methods to increase peptide chain expression |
| 56 | 7,498,149 | T | Proteins having effects of controlling cell migration and cell death |
| 57 | 7,485,714 | T | Transcription factor having zinc finger domain |
| 58 | 7,485,463 | T | Nucleic acids encoding mirafiori lettuce virus proteins and utilization thereof |
| 59 | 7,485,456 | T | Modulators of TNF receptor associated factor (TRAF), their preparation and use |
| 60 | 7,482,509 | T | Transgenic plants carrying neoxanthin cleavage enzyme gene |
| 61 | 7,482,157 | T | Monacolin K biosynthesis genes |
| 62 | 7,479,386 | T | HXHV virus, nucleic material, peptide material and uses |
| 63 | 7,476,730 | T | Sulfotransferase and DNA encoding the enzyme |
| 64 | 7,476,539 | T | DNA containing variant FRT sequences |
| 65 | 7,470,528 | T | DNA encoding hydroxylase |
| 66 | 7,465,792 | T | Fungi non-LTR retrotransposons and methods related thereto |
| 67 | 7,465,541 | T | Vitamin D.sub.3-responsive sequences located 5'-upstream of p27/.sup.kip 1 gene and methods of screening for pharmaceutical agents using the sequences |

68  7,462,466  **T** Porcine CD59 nucleic acids and cells containing the same
69  7,459,308  **T** Nucleic acid molecule encoding a CLASP-2 transmembrane protein
70  7,459,153  **T** Viral vectors for gene therapy
71  7,456,271  **T** Glutamate 2,3-aminomutases and methods of use thereof
72  7,449,568  **T** Alga-origin promoter, intron and terminator
73  7,446,192  **T** Gene participating in acetic acid tolerance, acetic acid bacteria bred using the gene, and process for producing vinegar with the use of the acetic acid bacteria
74  7,446,187  **T** Plasmids and utilization thereof
75  7,446,099  **T** Compositions and methods for biodegradable polymer-peptide mediated transfection
76  7,445,915  **T** Mutant isopropylmalate isomerase
77  7,442,530  **T** Process for the production of L-amino acids using strains of the Enterobacteriaceae family which contain an enhanced fadR or iclR gene
78  7,442,510  **T** Method of identifying hairpin DNA probes by partial fold analysis
79  7,439,038  **T** Method for producing L-amino acid using methylotroph
80  7,435,807  **T** Corn event TC1507 and methods for detection thereof
81  7,435,584  **T** L-lysine-producing corynebacteria and process for the preparation of L-lysine
82  7,435,571  **T** Microbial production of COQ10
83  7,432,365  **T** DNA molecules encoding beta clamp proteins of gram positive bacteria
84  7,432,089  **T** DNA encoding favin-adenine-dinucleotide-dependent-D-erythronate-4-phosphate-de-hydroge- nase, pdxR, and microbial production of vitamin B.sub.6
85  7,432,078  **T** Estrogen receptor genes and utilization thereof
86  7,429,657  **T** DNA molecules encoding enzymes involved in starch synthesis, vectors, bacteria, transgenic plant cells and plants containing these molecules
87  7,429,648  **T** IREN protein, its preparation and use
88  7,427,677  **T** Expression of zebrafish bone morphogenetic protein 4
89  7,427,604  **T** DNA encoding an antigenic protein of Eimeria apical membrane antigen 1 and use thereof
90  7,420,101  **T** Nucleic acid sequences to proteins involved in tocopherol synthesis
91  7,419,800  **T** Estrogen receptor genes
92  7,417,180  **T** Genes for increasing grain yield and uses thereof
93  7,417,132  **T** Corn event TC1507 and methods for detection thereof
94  7,416,877  **T** Receptor that causes cell death and recombinant production thereof
95  7,416,871  **T** Thermo-stable lactate oxidase
96  7,413,895  **T** DNA encoding neutral amino acid transporter
97  7,413,887  **T** Trichoderma reesei glucoamylase and homologs thereof
98  7,413,873  **T** Method of detection and treatment of colon cancer
99  7,410,776  **T** Polypeptides, their production and use
100  7,408,055  **T** Promoter molecules for use in plants



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits* **101** *through* **150** *out of* **2645**

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [          ]

[ Refine Search ]  ACLM/"isolated DNA"

| | PAT. NO. | Title |
|---|---|---|
| 101 | 7,407,804 | **T** Human genes relating to respiratory diseases and obesity |
| 102 | 7,405,345 | **T** Plant seed specific promoters |
| 103 | 7,405,287 | **T** Method of treating a cancer |
| 104 | 7,402,412 | **T** Mutated D-aminotransferase and method for producing optically active glutamic acid derivatives using the same |
| 105 | 7,402,391 | **T** Method for detecting target plant genus |
| 106 | 7,396,977 | **T** Method of elevating photosynthesis speed of plant by improving pyruvate phosphate dikinase |
| 107 | 7,396,915 | **T** Monoclonal antibody and gene encoding the same, hybridoma, pharmaceutical composition, and diagnostic reagent |
| 108 | 7,390,655 | **T** Promoter molecules for use in plants |
| 109 | 7,388,127 | **T** Multiple stress-inducible peroxidase promoter derived from Ipomoea batatas |
| 110 | 7,385,048 | **T** Promoters and utilization thereof |
| 111 | 7,375,204 | **T** Fungal cell wall synthesis gene |
| 112 | 7,375,201 | **T** Fluorescent protein |
| 113 | 7,375,199 | **T** Cancer-associated genes |
| 114 | 7,374,918 | **T** Modified sarcosine oxidases, genes and recombinant DNAs thereof, and methods for preparing the same |
| 115 | 7,374,911 | **T** Interleukin-1 related gene and protein |
| | | **T** |

116 7,374,910 DNA encoding galanin receptor activating peptide
117 7,374,909 **T** Modulators of intracellular inflammation, cell death and cell survival pathways
118 7,371,835 **T** p53-dependent apoptosis-inducing protein and method of screening for apoptosis regulator
119 7,371,548 **T** Avermectin aglycon synthase genes
120 7,371,546 **T** Glucoamylase variants
121 7,368,556 **T** DNA and proteins or peptides specific of bacteria of the Neisseria meningitidis species, methods for obtaining them and biological applications thereof
122 7,361,808 **T** DNA encoding insecticidal Cry9Fa Bacillus thuringiensis proteins and recombinant hosts expressing same
123 7,361,805 **T** Ehd1 gene promoting plant flowering, and utilization thereof
124 7,361,751 **T** Bacillus thuringiensis strains and their insecticidal proteins
125 7,361,748 **T** von Willebrand factor (vWF)--cleaving protease
126 7,361,486 **T** Polynucleotide, vector, host cell and method for producing human hepatoma-derived growth factor 5 polypeptide
127 7,358,355 **T** Antibodies against human parathyroid hormone related protein
128 7,358,348 **T** .beta.-catenin nuclear localized protein
129 7,355,025 **T** Marker molecules associated with lung tumors
130 7,354,751 **T** Alcohol dehydrogenase gene of acetic acid bacterium
131 7,354,736 **T** Caspase-8 binding protein, its preparation and use
132 7,354,390 **T** Seed coat specific nucleotide sequence encoding peroxidase
133 7,351,815 **T** Canine pre-proGHRH and mature GHRH genes
134 7,348,171 **T** N-acetylglucosaminyltransferase Vb coding sequences, recombinant cells and methods
135 7,348,170 **T** Fungus-origin lysyl oxidases
136 7,348,145 **T** Clinical assays for the detection and typing of human herpesviruses
137 7,345,157 **T** Fluorescent protein and chromoprotein
138 7,342,106 **T** Human antihuman MCP-1 antibody and antibody fragment thereof
139 7,339,047 **T** Caspase-8 interacting proteins
140 7,335,812 **T** Method of increasing plant organ and seed size in a plant
141 7,335,757 **T** Carbonyl reductase, gene encoding the same, and process for producing optically active alcohols using the same
142 7,335,756 **T** Retinoic acid metabolizing cytochrome P450
143 7,332,595 **T** DNA sequences encoding peptide sequences specific for the hepatic stages of P. falciparum bearing epitopes capable of stimulating the T lymphocytes
144 7,332,310 **T** Mutant of homoserine dehydrogenase from Corynebacterium and DNA encoding thereof
145 7,332,301 **T** Insulin-like growth factor binding protein
146 7,332,171 **T** Ehrlichia chaffeensis 28 kDa outer membrane protein multigene family
147 7,329,544 **T** Plant lesion formation suppressing gene, Sp17 and use thereof
148 7,329,510 **T** Full length human HCN1I.sub.h channel subunit and variants

149 [7,326,827](#)  Sodium/proton antiporter gene
150 [7,323,616](#) Genetically altered mice deficient in functional caspase-9

Prev. List  Next List  Top  View Cart
Home  Quick  Advanced  Pat Num  Help

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]

[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **151** through **200** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [_____]

[ Refine Search ] [ ACLM/"isolated DNA" ]

| | PAT. NO. | | Title |
|---|---|---|---|
| 151 | 7,323,556 | T | Corn event DAS-59122-7 and methods for detection thereof |
| 152 | 7,320,883 | T | Process for producing coenzyme Q.sub.10 |
| 153 | 7,320,880 | T | Polypeptide having an activity to support proliferation or survival of hematopoietic stem cell and hematopoietic progenitor cell, and DNA coding for the same |
| 154 | 7,319,019 | T | Glial mitogenic factors lacking an N-terminal signal sequence |
| 155 | 7,316,916 | T | DNA for encoding D-hydantoin hydrolases, DNA for encoding N-carbamyl-D-amino acid hydrolases, recombinant DNA containing the genes, cells transformed with the recombinant DNA, methods for producing proteins utilizing the transformed cells and methods for producing D-amino acids |
| 156 | 7,314,864 | T | Humanin, a polypeptide suppressing neuronal death |
| 157 | 7,314,738 | T | DNA for encoding D-hydantoin hydrolases, DNA for encoding N-carbamyl-D-amino acid hydrolases, recombinant DNA containing the genes, cells transformed with the recombinant DNA, methods for producing proteins utilizing the transformed cells and methods for producing D-amino acids |
| 158 | 7,309,595 | T | Protein hydrolysates enriched in peptides having a carboxy terminal proline residue |
| 159 | 7,307,160 | T | OtsA gene encoding trehalose-6-phosphate synthase from a coryneform bacterium |
| 160 | 7,307,145 | T | Sodium-independent transporter transporting small-sized neutral amino acid, gene thereof and method of analyzing transporter function by constructing |

fused proteins enabling the specification of the function

161 7,307,142 **T** Leptin antagonists

162 7,306,909 **T** Canola event pv-bngt04(rt73) and compositions and methods for detection thereof

163 7,303,918 **T** Alteration of flowering time in plants

164 7,300,791 **T** Production of vascular endothelial cell growth factor and DNA encoding same

165 7,297,774 **T** Use of inhibitors for the treatment of RTK-hyperfunction-induced disorders, particularly cancer

166 7,297,773 **T** Presynaptic protein cast

167 7,297,513 **T** Gene encoding glutathione synthetase from Candida utilis

168 7,291,491 **T** Polypeptides

169 7,288,643 **T** Corn event TC1507 and methods for detection thereof

170 7,288,389 **T** Peptide-forming enzyme gene

171 7,288,388 **T** Peptide-forming enzyme gene, peptide-forming enzyme, and peptide producing method

172 7,285,656 **T** Root-specific conifer gene promoter and its use

173 7,285,654 **T** Stimulus-inducible protein kinase complex and methods of use therefor

174 7,282,622 **T** Flower morphology of plants by targeting mads-box gene

175 7,282,580 **T** Protein molecule useful for inhibition of anthrax toxin

176 7,279,335 **T** Nucleic acids encoding lettuce big-vein viral proteins and utilization thereof

177 7,279,293 **T** Constitutively active histamine H3 receptor mutants and uses thereof

178 7,271,257 **T** Glutamate receptors and utilization thereof

179 7,271,003 **T** Rice-derived high expression polypeptide chain elongation factor promoter and method of using the same

180 7,268,225 **T** Selected nucleotide sequences isolated from pathogenic strains of Haemophilus influenzae

181 7,265,280 **T** Polynucleotides encoding carnation senescence-induced DHS

182 7,265,269 **T** Nucleic acids encoding a novel Cry2Ae bacillus thuringiensis insecticidal protein

183 7,265,268 **T** Insecticidal proteins derived from Bacillus thuringiensis

184 7,265,216 **T** Transmembrane serine protease overexpressed in ovarian carcinoma and uses thereof

185 7,256,278 **T** Sialyltransferase and DNA encoding the same

186 7,256,276 **T** AtRSp gene promoters

187 7,256,265 **T** Streptococcal C5a peptidase vaccine

188 7,253,339 **T** Plant photoperiod sensitivity gene Hd1 and use of the same

189 7,253,268 **T** Light-driven energy generation using proteorhodopsin

190 7,252,968 **T** Chromatin regulator genes

191 7,250,272 **T** G protein-coupled receptor protein and DNA thereof

192 7,250,161 **T** Equine GM-CSF

193 7,247,466 **T** Amino acid racemase having low substrate specificity and process for producing racemic amino acid

194 7,247,449 **T** Fluorescent protein

195 [7,244,880](#)  Nucleic acid molecules encoding novel Bacillus thuringiensis Cry2Ae insecticidal proteins, plant cells, plant or seeds comprising the nucleic acid molecules and methods of using same

196 [7,244,435](#) DNA vaccine expressing HA1 of equine-2 influenza virus

197 [7,241,605](#) Polypeptide

198 [7,232,674](#) Process for producing .alpha.1,4-galactosyltransferase and galactose-containing complex sugar

199 [7,229,817](#) Recombinant porcine liver esterases, their use and a method for the production thereof

200 [7,229,755](#) Method for detection of alterations in the DNA mismatch repair pathway

**Prev. List**     **Next List**     **Top**     **View Cart**

**Home**     **Quick**     **Advanced**     **Pat Num**     **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **201** through **250** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]

[ Refine Search ]  ACLM/"isolated DNA"

| | PAT. NO. | Title |
|---|---|---|
| 201 | RE39,685 | Method for shortening internode of inflorescence by introducing gene for petunia transcription factor petSPL2 |
| 202 | 7,226,993 | Fluorescent protein |
| 203 | 7,226,784 | Isolated nucleotides encoding arabidopsis senescence-induced eIF-5A |
| 204 | 7,223,852 | Nucleic acids encoding TRAIN-R: a cysteine rich member of the TNF-receptor family |
| 205 | 7,223,581 | F.sub.0F.sub.1-ATPase and DNA encoding the same |
| 206 | 7,223,572 | Methylophilus methylotrophus having enhanced dihydrodipicolinate synthase and/or aspartokinase activity for L-amino acid production |
| 207 | 7,220,558 | Cartilage-derived morphogenetic proteins |
| 208 | 7,220,556 | Preparation of factor XIIIa by gene manipulation |
| 209 | 7,217,866 | DNA encoding a plant deoxyhypusine synthase, a plant eukaryotic initiation factor 5A, transgenic plants and a method for controlling senescence programmed and cell death in plants |
| 210 | 7,217,865 | Transgenic high tryptophan plants |
| 211 | 7,217,686 | DNA sequence encoding oncofetal ferritin protein |
| 212 | 7,217,559 | Gene encoding cyclododecanone monooxygenase |
| 213 | 7,214,859 | Brassica pyruvate dehydrogenase kinase gene |
| 214 | 7,214,522 | Thermophilic DNA polymerases from Thermoactinomyces vulgaris |
| 215 | 7,214,520 | Cloning, sequencing and expression of a comamonas cyclopentanone 1,2- |

monooxygenase-encoding gene in Escherichia coli

216 7,214,517 **T** .alpha.1,2-fucosyltransferase and DNA encoding the same

217 7,211,422 **T** Polypeptide having .alpha.-isomaltosylglucosaccharide synthase activity

218 7,211,421 **T** Gene encoding dihydrodipicolinate reductase from Bacillus methanolicus

219 7,211,259 **T** 4-1BB polypeptides and DNA encoding 4-1BB polypeptides

220 7,208,654 **T** Plant regulatory sequences for selective control of gene expression

221 7,208,273 **T** Common polymorphism in scn5a implicated in drug-induced cardiac arrhythmia

222 7,205,149 **T** Gene of enzyme reactivating DNA damaged by ultraviolet light using visible light

223 7,205,137 **T** .beta.1,2-xylosyltransferase-gene from arabidopsis

224 7,199,282 **T** Floral induction gene

225 7,199,235 **T** Plant promoters

226 7,198,932 **T** Gdp-4-keto-6-deoxy-d-mannose-3,5-epimerase-4-reductase gene derived from arabidopsis thaliana

227 7,198,914 **T** Guanosine triphosphate (GTP)-binding protein-coupled receptor protein, BG37

228 7,196,246 **T** HD3a Gene inducing flowering of plant and utilization thereof

229 7,193,072 **T** Compositions to identify swine genetically resistant to F18 E. coli associated diseases

230 7,192,774 **T** Seed-specific promoter from the rice glutelin GluB-1 gene and uses thereof

231 7,192,754 **T** Nomuraeae rileyi-origin ecdysteroid 22-oxidase and molt hormone inactivation system with the use of the same

232 7,189,890 **T** Gene related to regeneration ability of plants and uses thereof

233 7,189,840 **T** Oncosuppressive gene

234 7,189,835 **T** Pichia methanolica secretory signal

235 7,189,570 **T** Putrescine-n-methyltransferase promoter

236 7,189,535 **T** Modulators of the function of receptors of the TNF/NGF receptor family and other proteins

237 7,186,821 **T** Rice sucrose transporter gene promoter

238 7,186,820 **T** Production of humanised antibodies to TNF.alpha.

239 7,186,819 **T** Glutamate receptor and utilization thereof

240 7,186,818 **T** DNA encoding soluble variants of human OX2 receptors

241 7,186,815 **T** Method of isolating secretion signals in lactic acid bacteria and novel secretion signals isolated from Lactococcus lactis

242 7,186,538 **T** Type II restriction endonuclease, CstMI, obtainable from Corynebacterium striatum M82B and a process for producing the same

243 7,186,534 **T** Potent inhibitors of human 9-cis retinol dehydrogenase

244 7,186,526 **T** Recombinant fibroblast growth factor analogs

245 7,183,403 **T** Genes for heat resistant enzymes of amino acid biosynthetic pathway derived from thermophilic coryneform bacteria

246 7,183,077 **T** Promoters and gene expression method by using the promoters

247 7,179,902 **T** Use of regulatory sequences in transgenic plants

248 <u>7,179,901</u>  <u>Renal regulatory elements and methods of use thereof</u>
249 <u>7,176,347</u> **T** <u>Vegetative growth specific promoter and transgenic plant obtained with the same</u>
250 <u>7,176,300</u> **T** <u>Avian lysozyme promoter</u>

**Prev. List**    **Next List**    **Top**    **View Cart**

**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Next List | Bottom | View Cart |
|------------|-----------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **251** through **300** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [                    ]

[ Refine Search ]  [ ACLM/"isolated DNA"                            ]

| | PAT. NO. | | Title |
|--|----------|--|-------|
| 251 | 7,176,294 | T | Transcription factor, BP1 |
| 252 | 7,175,997 | T | BMP-11 compositions |
| 253 | 7,175,984 | T | Identification and applications of porcine reproductive and respiratory syndrome virus host susceptibility factor(s) for improved swine breeding and development of a non-simian recombinant cell line for propagation of the virus and a target for a novel class of antiviral compounds |
| 254 | 7,169,971 | T | DNA encoding insecticidal Cry1Bf Bacillus thuringiensis proteins and recombinant hosts expressing same |
| 255 | 7,166,770 | T | Cestrum yellow leaf curling virus promoters |
| 256 | 7,163,807 | T | Nucleic acid sequences encoding modified prepro peptides of an alkaline protease |
| 257 | 7,163,791 | T | .alpha.,2,8-sialyltransferase |
| 258 | 7,160,995 | T | DNA encoding anti-TNF antibodies and peptides |
| 259 | 7,160,722 | T | Master bone formation transcription factor: compositions and methods of use |
| 260 | 7,160,696 | T | Bovine lymphocyte-derived antibacterial protein |
| 261 | 7,157,265 | T | Ubiquitin-specific protease occurring in the brain and DNA encoding the same |
| 262 | 7,157,250 | T | Glutamic acid receptor and utilization thereof |
| 263 | 7,157,249 | T | Delta subunit of human GABAA receptor |
| 264 | 7,154,028 | T | Gibberellin 2-oxidase gene, functions and uses thereof |
| 265 | 7,154,023 | T | Transgenic plants with altered levels of phenolic compounds |

266 7,151,202 **T** Environmental stress resistance gene

267 7,151,170 **T** Use of the BNM3 transcriptional activator to control plant embryogenesis and regeneration processes

268 7,151,164 **T** Anti-CD20 antibodies and fusion proteins thereof and methods of use

269 7,148,399 **T** Coffee mannanase

270 7,148,339 **T** Temperature sensitive mutant of bacteriophage T4 endonuclease VII

271 7,148,036 **T** DNA molecules encoding cartilage-derived morphogenetic proteins

272 7,144,720 **T** Protein and DNA thereof

273 7,144,702 **T** Method for detecting target plant genus

274 7,141,389 **T** Chromosome DNA coding for human hepatocyte growth factor

275 7,135,625 **T** Gene concerning brassinosteroid-sensitivity of plants and utilization thereof

276 7,135,561 **T** Infectious bovine viral diarrhea virus clone

277 7,132,525 **T** Hypersensitive response elicitor fragments eliciting a hypersensitive response and uses thereof

278 7,132,292 **T** Anther-specific promoter from the rice TUB8 gene and uses thereof

279 7,132,276 **T** Human p51 genes and gene products thereof

280 7,132,260 **T** DNA encoding parathyroid hormone receptor

281 7,132,106 **T** Infectious cDNA clone of North American porcine reproductive and respiratory syndrome (PRRS) virus and uses thereof

282 7,129,065 **T** bHLH-PAS proteins, genes thereof and utilization of the same

283 7,129,064 **T** Canine hepatocyte growth factor

284 7,129,063 **T** Exocrine gland tight junction-constituting protein jeap family

285 7,125,977 **T** Genes for heat resistant enzymes of amino acid biosynthetic pathway derived from thermophilic coryneform bacteria

286 7,125,971 **T** Full-length genomic RNA of papaya leaf-distortion mosaic virus

287 7,125,690 **T** Promoters showing stationary phase-specific activity in gram-positive bacteria

288 7,125,688 **T** Feline hepatocyte growth factor

289 7,125,679 **T** Methods to screen peptide libraries using minicell display

290 7,122,727 **T** Nucleic acid molecules from wheat encoding an R1-protein, and transgenic plant cells and plants comprising the nucleic acid molecules

291 7,122,657 **T** UDP-glucose aglycon-glucosytransferase

292 7,119,253 **T** DNAs coding for flavone synthase, methods of using flavone synthase DNAs, and plants, flowers, and vectors containing flavone synthase DNAs

293 7,119,252 **T** DNAs coding for flavone synthesis, methods of using flavone synthase DNAS, and plants, flowers, and vectors containing flavone synthase DNAs

294 7,115,732 **T** Selected nucleotide sequences isolated from pathogenic strains of Haemophilus influenzae

295 7,115,420 **T** Promoters and utilization thereof

296 7,115,407 **T** Recombinant type II restriction endonucleases, MmeI and related endonucleases and methods for producing the same

297 7,115,367 **T** Method for the specific detection and identification of retroviral nucleic acids/retroviruses in a specimen

298 7,112,666 **T** Von Willebrand Factor (Vwf)-cleaving protease

299 7,112,665  Genetically engineered plant cells and plants exhibiting resistance to glutamine synthetase inhibitors, DNA fragments and recombinants for use in the production of said cells and plants

300 7,112,428 Chlorohydrin and hydroxycarboxylic ester asymmetric hydrolase gene

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA":** 2645 patents.
*Hits **301** through **350** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 301 | 7,109,397 | T | Pseudomonas syringae harpins, HopPtoP and HopPmaH.sub.Pto, and their uses |
| 302 | 7,109,395 | T | Dehiscence gene and methods for regulating dehiscence |
| 303 | 7,109,321 | T | DNA fragment directing gene expression predominant in flower organ |
| 304 | 7,109,012 | T | Recombinant lysophosphatidic acid phosphatase |
| 305 | 7,108,999 | T | Modulators of the function of FAS/AP01 receptors |
| 306 | 7,105,650 | T | T2R taste receptors and genes encoding same |
| 307 | 7,101,985 | T | Methods and compositions in checkpoint signaling |
| 308 | 7,101,556 | T | Preparation and usage of plasmodium fusion antigen |
| 309 | 7,098,324 | T | Chitinase encoding DNA molecules from cotton expressed preferentially in secondary walled cells during secondary wall deposition and a corresponding promoter |
| 310 | 7,098,026 | T | Human desert hedgehog protein |
| 311 | 7,098,020 | T | DNA encoding hydantoinase, DNA encoding N-carbamyl-L-amino acid hydrolase, recombinant DNA, transformed cell, method of producing protein, and method of producing optically active amino acid |
| 312 | 7,098,019 | T | DNA for encoding D-hydantoin hydrolases, DNA for encoding N-carbamyl-D-amino acid hydrolases, recombinant DNA containing the genes, cells transformed with the recombinant DNA, methods for producing proteins utilizing the transformed cells and methods for producing D-amino acids |

313 7,098,013 **T** Polypeptide having .alpha.-isomaltosyl-transferase activity

314 RE39,247 **T** Glyphosate-tolerant 5-enolpyruvylshikimate-3-phosphate synthases

315 7,094,950 **T** Poly ADP-ribose polymerase gene and it uses

316 7,094,890 **T** Arthritis-associated protein

317 7,094,889 **T** AGE-1 polypeptides and related molecules and methods

318 7,091,027 **T** Transgenic amorpha-4,11-diene synthesis

319 7,091,007 **T** DNA molecules encoding BMP receptor proteins

320 7,090,989 **T** Recombinant human SM-11044-binding receptor proteins exhibiting ligand-binding activities, and their uses

321 7,087,406 **T** Human-derived bradeion proteins, DNA coding for the proteins, and uses thereof

322 RE39,219 **T** Growth arrest homebox gene

323 7,083,976 **T** Tyrosine recombinase for genetic engineering

324 7,081,565 **T** Plant seed specific promoters

325 7,078,592 **T** Nucleic acids encoding coleopteran-toxic polypeptides and insect-resistant transgenic plants comprising them

326 7,078,234 **T** Maize embryo-specific promoter compositions and methods for use thereof

327 7,078,206 **T** UDP-N-acetylglucosamine: galactose-.beta.1,3-N-acetylgalactosamine-.alpha.-R/ (GlcNAc to GalNAc) .beta.1,6N-acetylglucosaminyltransferase, C2GnT3

328 7,074,611 **T** Method for the stable inversion of DNA sequence by site-specific recombination and DNA vectors and transgenic cells thereof

329 7,071,376 **T** Genes encoding p-coumarate 3-hydroxylase (C3H) and methods of use

330 7,071,325 **T** DNA molecule for detecting glyphosate tolerant wheat plant 33391 and progeny thereof

331 7,071,318 **T** Methods and compositions for stabilizing microtubules and intermediate filaments in striated muscle cells

332 7,071,317 **T** Tissue inhibitor of metalloproteinase type three (TIMP-3) composition and methods

333 7,071,171 **T** Unique dendritic cell-associated c-type lectins, dectin-1 and dectin-2 compositions and uses thereof

334 7,070,997 **T** Isolated nucleotides encoding tomato senescence-induced eIF-5A

335 7,070,783 **T** Small molecular weight TNF receptor multimeric molecule

336 7,067,647 **T** Nucleic acid sequences to proteins involved in isoprenoid synthesis

337 7,067,630 **T** Transmembrane serine protease overexpressed in ovarian carcinoma and uses thereof

338 7,067,265 **T** Sodium ion-driven chloride/bi-carbonate exchanger

339 7,063,958 **T** Nucleic acids db, the receptor for leptin

340 7,060,499 **T** DNA containing variant FRT sequences

341 7,060,490 **T** DNA encoding novel estrogen receptor

342 7,060,485 **T** DNA for encoding D-hydantoin hydrolases, DNA for encoding N-carbamyl-D-amino acid hydrolases, recombinant DNA containing the genes, cells transformed with the recombinant DNA, methods for producing proteins utilizing the transformed cells and methods for producing D-amino acids

343 <u>7,060,483</u>  <u>DNA encoding endo-.beta.-galactosidase</u>
344 <u>7,060,266</u> <u>Human brain carboxypeptidase B</u>
345 <u>7,057,088</u> <u>Gibberellin 2.beta.-hydroxylase genes of rice and uses thereof</u>
346 <u>7,052,876</u> <u>Combinatorial method for producing nucleic acids</u>
347 <u>7,049,490</u> <u>Gibberellin 3.beta.-hydroxylase genes of rice and uses thereof</u>
348 <u>7,049,487</u> <u>Transgenic plants carrying neoxanthin cleavage enzyme gene</u>
349 <u>7,049,429</u> <u>Mutations of the 5' region of the human 5-HT1A gene</u>
350 <u>7,049,131</u> <u>Methods and deoxyribonucleic acid for the preparation of tissue factor protein</u>

**Prev. List**    **Next List**    **Top**    **View Cart**

**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits* **351** *through* **400** *out of* **2645**

| Prev. 50 Hits |

| Next 50 Hits |

| Jump To | [        ] |

| Refine Search | ACLM/"isolated DNA" |

| | PAT. NO. | Title |
|---|---|---|
| 351 | 7,049,123 | **T** Deoxyribonuclease, gene encoding same and use thereof |
| 352 | 7,049,111 | **T** Process for producing HMG-CoA reductase inhibitor |
| 353 | 7,045,324 | **T** Tocopherol associated protein and uses thereof |
| 354 | 7,045,123 | **T** DNA encoding Pseudomonas syringae hypersensitive response elicitor and its use |
| 355 | 7,038,110 | **T** Photosensitivity gene of plant and utilization thereof |
| 356 | 7,037,712 | **T** DNA encoding ovine adenovirus (OAV287) and its use as a viral vector |
| 357 | 7,037,686 | **T** Human cytoplasmic polyadenylation element binding protein and uses thereof |
| 358 | 7,034,204 | **T** Plant regulatory sequences for selective control of gene expression |
| 359 | 7,034,142 | **T** Method to improve translation of polypeptides by using untranslated regions from heat-shock proteins |
| 360 | 7,033,833 | **T** Polynucleotides encoding carnation senescense-induced EIF-5A |
| 361 | 7,033,808 | **T** Carbonyl reductase, gene thereof and method of using the same |
| 362 | 7,033,802 | **T** Penicillin binding protein gene and process for producing L-glutamic acid |
| 363 | 7,029,845 | **T** DNAs and proteins or peptides specific to bacteria of the species Neisseria meningitidis, processes for obtaining them and their biological uses |
| 364 | 7,029,667 | **T** DNA encoding Erwinia amylovora hypersensitive response elicitor and its use |
| 365 | RE39,062 | **T** INGAP protein involved in pancreatic islet neogenesis |
| 366 | 7,026,148 | **T** DAP-kinase related protein |

| 367 | 7,025,969 | T | Protein kinase deficient, immunologically active CMVpp65 mutants |
| 368 | 7,022,896 | T | Methods and materials for making and using transgenic dicamba-degrading organisms |
| 369 | 7,022,827 | T | Xylanase, microorganisms producing it, DNA molecules, methods for preparing this xylanase and uses of the latter |
| 370 | 7,022,499 | T | Nucleic acids encoding differentiation inhibitor delta 2 |
| 371 | 7,015,001 | T | DNA encoding SPNF of the spinosyn cluster |
| 372 | 7,014,993 | T | Extracellular serine protease |
| 373 | 7,011,966 | T | Method for cloning and expression of AcuI restriction endonuclease and AcuI methylase in E. coli |
| 374 | 7,005,512 | T | Methods and compositions for stabilizing microtubules and intermediate filaments in striated muscle cells |
| 375 | 7,005,290 | T | Best's macular dystrophy gene |
| 376 | 7,005,284 | T | Transaldolase gene |
| 377 | 7,002,001 | T | Down-regulation resistant C3 convertase |
| 378 | 7,001,997 | T | Proteins, their production and use |
| 379 | 7,001,751 | T | PyrF gene and the utilization thereof |
| 380 | 7,001,734 | T | Process for identifying para cation channel modulators |
| 381 | RE38,981 | T | DNA sequence coding for protein C |
| 382 | 6,998,255 | T | Human G-protein coupled receptor |
| 383 | 6,995,250 | T | Thermophilic amino acid biosynthesis system enzyme gene of thermotolerant coryneform bacterium |
| 384 | 6,995,003 | T | Method to localize expandase in the cytosol |
| 385 | 6,994,999 | T | Isolated DNA molecule comprising the promoter sequence of a bovine myostatin gene |
| 386 | RE38,966 | T | Gene for transcription factor capable of altering characters of a plant and use thereof |
| 387 | 6,987,088 | T | Compounds that bind HER2 |
| 388 | 6,987,021 | T | Methods and compositions for identifying morphogenic protein analogs using morphogenic protein responsive inhibitory elements |
| 389 | 6,982,364 | T | Manipulation of a MinD gene in plants to alter plastid size, shape and/or number |
| 390 | 6,979,731 | T | Gene encoding alkaline liquefying .alpha.-amylase |
| 391 | 6,977,157 | T | Clock gene promoter |
| 392 | 6,974,687 | T | .beta.1,3-galactosyltransferase and DNA encoding the enzyme |
| 393 | 6,974,669 | T | Bio-barcodes based on oligonucleotide-modified nanoparticles |
| 394 | 6,969,762 | T | Selected nucleotide sequences isolated from pathogenic strains of Haemophilus influenzae |
| 395 | 6,969,760 | T | Jak kinases and regulation of cytokine signal transduction |
| 396 | 6,967,246 | T | Microbial swollenin protein, DNA sequences encoding such swollenins and method of producing such swollenins |
| 397 | 6,965,024 | T | Process for producing humanized chimera antibody |
| 398 | 6,962,984 | T | IgA nephropathy-related DNA |

399  6,960,705     Nucleic acid encoding a hypersensitive response elicitor from Xanthomonas campestris

400  6,960,458   Erythrose reductase, its cDNA and cell which the cDNA express

[Prev. List]  [Next List]  [Top]  [View Cart]

[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Next List | Bottom | View Cart |
|------------|-----------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **401** through **450** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [        ]

[ Refine Search ] | ACLM/"isolated DNA" |

| PAT. NO. | Title |
|----------|-------|
| 401 6,958,392 **T** | Methods for the isolation of nucleic acids and for quantitative DNA extraction and detection for leukocyte evaluation in blood products |
| 402 6,958,230 **T** | Method for cloning and expression of SbfI restriction endonuclease and SbfI methylase in E. coli |
| 403 6,956,112 **T** | Rapidly degrading GFP-fusion proteins and methods of use |
| 404 6,956,110 **T** | Genes involved in the molecular paths of tumor suppression and/or resistance to viruses |
| 405 6,955,910 **T** | Method for large scale production of recombinant DNA-derived TPA or K2S molecules |
| 406 6,955,906 **T** | Biotin biosynthetic genes having biotin synthase activity |
| 407 RE38,825 **T** | Glyphosate tolerant plants |
| 408 6,953,848 **T** | Gene promoter sequences and uses thereof |
| 409 6,953,847 **T** | Fas antigen derivative |
| 410 6,951,929 **T** | Methods and kits for identifying elite event GAT-ZM1 in biological samples |
| 411 6,951,919 **T** | Fas ligand derivative |
| 412 6,951,653 **T** | Streptococcal C5a peptidase vaccine |
| 413 6,949,636 **T** | Intron/exon structure of the human and mouse .beta.3-adrenergic receptor genes |
| 414 6,949,364 **T** | Testis-specific differentiation-regulatory factor |
| 415 6,949,360 **T** | DNA coding for human cell surface antigen |

416 6,949,359 **T** Human IL-1 epsilon DNA and polypeptides

417 6,946,264 **T** Metalloproteinase inhibitor

418 6,943,013 **T** Human checkpoint kinase, hCDS1, compositions and methods

419 6,939,692 **T** Nucleotide sequences coding for the pknB gene

420 6,936,748 **T** Polyphenol oxidase genes from potato tuber, grape, apple and broad bean

421 6,936,707 **T** Modified DNA molecule, recombinant containing the same, and uses thereof

422 6,936,458 **T** Isolated DNA comprising one or more genes specific for 5S clavam biosynthesis, vectors comprising such DNA and streptomyces hosts capable of improved clavulanic acid production

423 6,936,439 **T** OB fusion protein compositions and methods

424 6,933,136 **T** Method for making recombinant proteins

425 6,933,132 **T** Regulation of immune responses by attractin

426 6,930,227 **T** CAMELLIA SINENSIS GENE ENCODING A CAFFEINE SYNTHESIS ASSOCIATED N-METHYL TRANSFERASE WITH 7-METHYLXANTHINE N3 METHYL TRANSFERASE, THEOBROMINE N1 METHYL TRANSFERASE, AND PARAXANTHINE N3 METHYL TRANSFERASE ACTIVITIES AND USE THEREOF

427 6,930,182 **T** Composition and methods of using the Mirabilis mosaic caulimovirus sub-genomic transcript (Sgt) promoter for plant genetic engineering

428 6,929,931 **T** Expression contructs using Lactobacillus delbrueckii subsp. lactis lac repressor protein and its lac repressor binding site, microorganisms and methods thereof

429 6,924,366 **T** Recombinant hexose oxidase, a method of producing same and use of such enzyme

430 6,924,135 **T** DNA encoding Eimeria glyceroaldehyde-3-phosphate dehydrogenase and uses thereof

431 6,924,131 **T** Xylitol dehydrogenase of acetic acid bacteria and gene thereof

432 6,924,106 **T** Rifamycin biosynthesis gene cluster

433 6,924,097 **T** Plant promoter and method for gene expression using said promoter

434 6,921,649 **T** Polynucleotide encoding adipocyte complement related protein homolog zacrp2

435 6,919,194 **T** Method for cloning and expression of Tth111II restriction endonuclease-methylase in E. coli

436 6,903,247 **T** Constitutive .alpha.-Tubulin promoter from coffee plants and uses thereof

437 6,902,922 **T** Subtilisin variants

438 6,897,062 **T** DNA encoding the prostate-specific membrane antigen-like gene and uses thereof

439 6,897,053 **T** Enzymes derived from thermophilic organisms that function as a chromosomal replicase, preparation and use thereof

440 6,893,852 **T** Dna encoding sucrose pts enzyme II

441 6,893,848 **T** Desensitized aspartokinase

442 6,893,844 **T** DNA encoding a new human hepatoma derived growth factor and producing method thereof

443 6,891,084 **T** DNA encoding raffinose synthase from soybean

444 6,891,030 **T** T-cell immunoregulatory molecule

445 6,888,047 **T** Transgenic animals as urinary bioreactors for the production of polypeptide in the urine, recombinant DNA construct for kidney-specific expression, and method of using same

446 6,887,694 **T** DNA encoding a polypeptide required for biosynthesis of TA antibiotic

447 6,881,566 **T** Carbamoyl-phosphate synthetase gene of coryneform bacteria and method for producing L-arginine

448 6,881,565 **T** Protein having glutaminase activity and gene encoding the same

449 6,878,818 **T** Modified ubiquitin regulatory system

450 6,878,533 **T** Gene encoding dihydrodipicolinate synthase from Bacillus methanolicus and methods of making lysine wing said gene



[ Prev. List ]  [ Next List ]  [ Top ]  [ View Cart ]

[ Home ]  [ Quick ]  [ Advanced ]  [ Pat Num ]  [ Help ]

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **451** through **500** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [_____]

[ Refine Search ] | ACLM/"isolated DNA" |

| | PAT. NO. | Title |
|---|---|---|
| 451 | 6,878,525 | Peptide leukotriene receptor |
| 452 | 6,875,852 | DNA polymerase III holoenzyme |
| 453 | 6,875,436 | Method for producing cell-fushion type morbillivirus mutants |
| 454 | 6,872,556 | Isoprenoid production |
| 455 | 6,869,933 | HIV-specific CTL inducing peptides and medicaments for preventing or treating AIDS comprising the peptides |
| 456 | 6,869,790 | Preparation of DNA encoding factor XIIIA |
| 457 | 6,869,786 | Method for cloning and expression of BsrGI restriction endonuclease and BsrGI methyltransferase in E. coli |
| 458 | 6,864,074 | DNA FRAGMENT CARRYING TOLUENE MONOOXYGENASE GENE, RECOMBINANT PLASMID, TRANSFORMED MICROORGANISM, METHOD FOR DEGRADING CHLORINATED ALIPHATIC HYDROCARBON COMPOUNDS AND AROMATIC COMPOUNDS, AND METHOD FOR ENVIRONMENTAL REMEDIATION |
| 459 | 6,864,073 | Avermectin aglycon synthase genes |
| 460 | 6,864,068 | Antifungal proteins |
| 461 | 6,861,574 | Sodium/proton antiporter gene |
| 462 | 6,861,246 | L-lysine-producing corynebacteria and process for the preparation of lysine |
| 463 | 6,861,239 | Genes and polynucleotides associated with ultraviolet radiation-mediated skin damage and uses thereof |

464 6,858,719 ⓣ Rh(D)-binding proteins and magnetically activated cell sorting method for production thereof

465 6,858,417 ⓣ DNA FRAGMENT CARRYING TOLUENE MONOOXYGENASE, GENE, RECOMBINANT PLASMID, TRANSFORMED MICROORGANISM, METHOD FOR DEGRADING CHLORINATED ALIPHATIC HYDROCARBON COMPOUNDS AND AROMATIC COMPOUNDS, AND METHOD FOR ENVIRONMENTAL REMEDIATION

466 6,855,873 ⓣ Recombinant plant expressing non-competitively binding Bt insecticidal crystal proteins

467 6,855,862 ⓣ Isolated DNA sequences encoding a flavonoid 5-glucosytransferase and methods of use thereof

468 6,855,814 ⓣ Sequences of E. coli O157

469 6,855,516 ⓣ Gene conferring lysozyme insensitivity to corynebacterium

470 6,852,498 ⓣ Oomycete FtsZ-mt as a target for oomycete-specific antimicrobials

471 6,846,658 ⓣ Method for cloning and producing the MseI restriction endonuclease

472 6,844,432 ⓣ Polymorphic DNAs and their use for diagnosis of susceptibility to panic disorder

473 6,844,422 ⓣ Inhibitor protein of the wnt signal pathway

474 6,841,720 ⓣ Inducible promoters

475 6,841,370 ⓣ Site-directed mutagenesis of Escherichia coli phytase

476 6,838,262 ⓣ Isolated DNA molecule encoding rank ligand

477 6,835,823 ⓣ Anti-TNF antibodies and peptides of human tumor necrosis factor

478 6,833,135 ⓣ DNA integration into "Mycobacterium spp." genome by trans-complementation using a site-specific integration system

479 6,830,926 ⓣ Method for evaluating the ability of a compound to inhibit the protoporphyrinogen oxidase activity

480 6,830,919 ⓣ Ceramidase gene

481 6,830,905 ⓣ Glutaminase, its gene and a method of producing it

482 6,828,433 ⓣ DNA encoding mutated collagen X

483 6,828,428 ⓣ IGA nephropathy-related genes

484 6,825,399 ⓣ Genes and vectors for conferring herbicide resistance in plants

485 6,825,024 ⓣ Metalloproteinase and encoding DNA therefor

486 6,818,756 ⓣ Gene which exhibits induced expression by stress

487 6,815,581 ⓣ Plants which synthesize a modified starch, process for the production thereof and modified starch

488 6,815,537 ⓣ Method for construction of Thermus-E, coli shuttle vectors and identification of two thermus plasmid replication origins

489 6,815,426 ⓣ Angiogenesis-inhibitory tripeptides, compositions and their methods of use

490 6,815,189 ⓣ Gene from acremonium chrysogenum encoding a protein with cephalosporin C acetylhydrolase activity and methods of use of such gene

491 6,809,233 ⓣ DNA sequences for an amino acid transporter plasmids, bacteria, yeasts and plants containing a transporter and their use

492 6,808,913 ⓣ Useful mutations of bacterial alkaline protease

493 6,806,359 ⓣ Hormone receptor compositions and methods

494 6,803,501 **T** Methods for making plants tolerant to glyphosate and compositions thereof using a DNA encoding an EPSPS enzyme from Eleusine indica

495 6,803,192 **T** B7-H1, a novel immunoregulatory molecule

496 6,800,468 **T** UDP-galactose: .beta.-N-acetyl-glucosamine .beta.1,3galactosyltransferases, .beta.3Gal-T5

497 6,797,861 **T** Seed shattering

498 6,797,509 **T** Nucleotide sequences which code for the tal gene

499 6,797,265 **T** Deleted adenovirus vectors and methods of making and administering the same

500 6,794,186 **T** pCAR and its uses



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|---|---|---|---|---|

| Prev. List | Next List | Bottom | View Cart |
|---|---|---|---|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **501** through **550** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search | ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 501 | 6,794,177 | T | Modified DNA-polymerase from carboxydothermus hydrogenoformans and its use for coupled reverse transcription and polymerase chain reaction |
| 502 | 6,794,172 | T | Method for cloning and expression of PpuMI restriction endonuclease and PpuMI methylase in E. coli |
| 503 | 6,794,169 | T | UDP-N-acetylglucosamine: galactose-.beta.1,3-N-acetylgalactosamine-.alpha.-R / (GlcNAc to GalNAc) .beta.1,6-N-acetylglucosaminyltransferase, C2GnT3 |
| 504 | 6,794,146 | T | Modifications of the VEGF receptor-2 protein and methods of use |
| 505 | 6,793,488 | T | Flavivirus detection and quantification assay |
| 506 | 6,790,944 | T | DNA encoding IGA nephropathy indicating protein |
| 507 | 6,790,442 | T | Genomic DNA encoding a polypeptide capable of inducing the production of interferon-.gamma. |
| 508 | 6,787,309 | T | Alterations in the long QT syndrome genes KVLQT1 and SCN5A and methods for detecting same |
| 509 | 6,784,285 | T | Modifications of the VEGF Receptor-2 Protein and methods of use |
| 510 | 6,783,978 | T | Isolation and characterization of the genomic DNA clones of ribosomal protein gene L25 in tobacco |
| 511 | 6,783,966 | T | Alpha1, 4-galactosyltransferase and DNA encoding thereof |
| 512 | 6,780,629 | T | Subtilase enzymes |
| 513 | 6,780,408 | T | Genes encoding hybrid bacillus thuringiensis toxins |

514 6,777,537 **T** Osteoclast proton pump subunit
515 6,777,229 **T** Plasmids from Corynebacterium glutamicum and use thereof
516 6,777,204 **T** Receptor protein and method for diagnosing inflammatory diseases by using the same
517 6,774,284 **T** DNA encoding a plant lipase, transgenic plants and a method for controlling senescence in plants
518 6,773,919 **T** Expression vector for production of recombinant proteins
519 6,773,908 **T** Proteins encoded by polynucleic acids of porcine reproductive and respiratory syndrome virus (PRRSV)
520 6,773,907 **T** Subtilase enzymes
521 6,768,001 **T** Xylanase from trichoderma reesei, method for production thereof, and methods employing this enzyme
522 6,764,994 **T** Growth/differential factor of the TGF-B family
523 6,764,843 **T** Method of cloning and expression of BsmBI restriction endonuclease and BsmBI methylase in E. coli and purification of BsmBI endonuclease
524 6,764,836 **T** Interleukin-15 receptors
525 6,764,824 **T** Primers for screening schizophrenia and a method thereof
526 6,762,293 **T** Diagnostics and therapeutics for autosomal dominant hemochromatosis
527 6,762,052 **T** DNA sequence encoding flavin-containing monooxygenase
528 6,762,046 **T** Polypeptide having .beta.-fructofuranosidase activity
529 6,759,229 **T** Toxin-phage bacteriocide antibiotic and uses thereof
530 6,759,212 **T** Cell cycle-regulating proteins
531 6,756,211 **T** Neutropohil inhibitors
532 6,753,166 **T** IL-1 eta DNA and polypeptides
533 6,750,378 **T** Maize H3C4 promoter combined with the first intron of rice actin, chimeric gene comprising it and transformed plant
534 6,746,866 **T** Preparation of factor XIIIa by gene manipulation
535 6,746,860 **T** Paramyxovirus vectors used for transfer of foreign genes
536 6,743,617 **T** Human lysozyme gene, its encoded polypeptide and the method for preparing them
537 6,743,607 **T** Production of complex carbohydrates
538 6,740,751 **T** Methods and compositions for stabilizing microtubules and intermediate filaments in striated muscle cells
539 6,740,742 **T** Nucleotide sequences encoding the dapC gene and process for the production of L-lysine
540 6,737,519 **T** Human genes relating to respiratory diseases and obesity
541 6,737,255 **T** Mutant ilvH gene and method for producing L-valine
542 6,733,995 **T** Cathepsin L, its prepro form and the corresponding propeptide from ciliates
543 6,733,994 **T** Highly expressible genes
544 6,733,974 **T** Methods and compositions for detection of specific genetic constructs in plant transformation events
545 6,727,409 **T** Bacillus thuringiensis strains and their insecticidal proteins
546 6,727,083 **T** Protein capable of catalyzing transamination stereoselectively, gene encoding

said protein and use thereof

547 6,723,839 **T** Partial gene sequence from pelargonium to control ethylene levels in geraniums

548 6,723,546 **T** Method for cloning and expression of BsaI restriction endonuclease and BsaI methylase in E. coli

549 6,723,544 **T** Biotin biosynthetic genes

550 6,717,033 **T** Poly ADP-ribose polymerase gene and its uses



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|---|---|---|---|---|

| Prev. List | Next List | Bottom | View Cart |
|---|---|---|---|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **551** through **600** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search     ACLM/"isolated DNA"

|  | PAT. NO. | | Title |
|---|---|---|---|
| 551 | 6,716,612 | T | DNA molecules coding for debranching enzymes derived from plants |
| 552 | 6,713,618 | T | DNA which encodes trehalase and uses thereof |
| 553 | 6,713,270 | T | Method for identifying ligand of estrogen receptor beta |
| 554 | 6,710,227 | T | Cyclin-dependent kinase inhibitors and uses thereof |
| 555 | 6,710,171 | T | Physiologically active protein originating in mammals |
| 556 | 6,709,865 | T | Sunflower LOX polynucleotides and related compositions |
| 557 | 6,709,859 | T | Chromosomal DNA Fragments Encoding Enzymes for Encoding B-Lactam Biosynthesis Enzymes, and Vector and Transformants for Their Expression |
| 558 | 6,709,842 | T | DNA encoding a growth factor specific for epithelial cells |
| 559 | 6,706,688 | T | Methods for regulating bud-hypha transitions and cAMP levels by the adenylate cyclase-associated protein gene, CAP1 |
| 560 | 6,706,493 | T | DNA encoding a cholecystokinin receptor |
| 561 | 6,703,541 | T | Nematode-upregulated peroxidase gene promoter from nematode-resistant maize line Mp307 |
| 562 | 6,703,225 | T | Interferon-.alpha. |
| 563 | 6,703,222 | T | Soluble LDL receptor, its production and use |
| 564 | 6,699,981 | T | Method and compositions for improved polynucleotide synthesis |
| 565 | RE38,446 | T | Sucrose phosphate synthase (SPS), its process for preparation its cDNA, and utilization of cDNA to modify the expression of SPS in plant cells |
|  |  | T |  |

566 6,696,556 DNA molecule encoding a variant .alpha.2B-adrenoceptor protein, and uses thereof

567 6,696,256 **T** Method, array and kit for detecting activated transcription factors by hybridization array

568 6,693,228 **T** Alteration of flowering time in plants

569 6,693,185 **T** Methods and means to modulate programmed cell death in eukaryotic cells

570 6,692,950 **T** Clavulanic acid dehydrogenase, preparation and use for the production of clavulanic acid

571 6,692,926 **T** Recombinant human SM-11044-binding receptor proteins exhibiting ligand-binding activities, and their use

572 6,689,880 **T** DNA molecule for detecting glyphosate tolerant wheat plant 33391 and progeny thereof

573 6,689,876 **T** Cloning and sequencing of allergens of dermatophagoides

574 6,689,874 **T** Gene for enzyme having both alkaline pullulanase and alkaline alpha-amylase activities

575 6,689,583 **T** Chromatin regulator genes

576 6,686,174 **T** Method and constructs for inhibiting protein expression in bacteria

577 6,686,149 **T** Methods for obtaining nucleotide sequences coding for polypeptides specifically active for larvae of S. littoralis

578 6,683,165 **T** Human gene relating to respiratory diseases and obesity

579 6,680,424 **T** Modified proteinase inhibitors

580 6,680,368 **T** Estrogen receptor beta

581 6,680,060 **T** Hepatitus A virus vaccines

582 6,677,444 **T** Melanoma antigens and methods of use

583 6,673,914 **T** Human tumor-associated gene

584 6,673,631 **T** Simultaneous isolation and quantitation of DNA

585 6,673,588 **T** Method for cloning and expression of MspA1l restriction endonuclease and MspA1l methylase in E. coli

586 6,673,567 **T** Method of determination of gene function

587 6,670,466 **T** Human endogenous retrovirus in breast cancer

588 6,670,465 **T** Retinal calcium channel (alpha)1F-subunit gene

589 6,670,130 **T** Oligonucleotide for detection and identification of Mycobacteria

590 6,667,170 **T** Sequences of Xylanase and Xylanase expression vectors

591 6,664,385 **T** Kidney injury-related molecules

592 6,663,872 **T** Hemorrhagic enteritis virus DNA sequences, proteins encoded thereby and various uses thereof

593 6,660,851 **T** DNA fragment elevating gene expression dose

594 6,660,848 **T** Allelic variant of human STAT3

595 6,660,846 **T** Vesicular amino acid transporter composition and method

596 6,660,512 **T** Human lysozyme gene, it's encoded polypeptide and the method of preparing them

597 6,657,056 **T** Compounds for immunotherapy of prostate cancer and methods for their use

598 6,656,708 **T** Human growth differentiation factor encoding sequence and polypeptide

encoded by such DNA sequence and producing method thereof

599 6,653,118  Deoxyribonuclease, gene encoding same and use thereof

600 6,649,748 Peroxidase genomic gene derived from ipomoea batatas and a promoter thereof

**Prev. List**  **Next List**  **Top**  **View Cart**

**Home**  **Quick**  **Advanced**  **Pat Num**  **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **601** through **650** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| | PAT. NO. | Title |
|---|---|---|
| 601 | 6,649,387 T | Enzymatic oxidative deamination process |
| 602 | 6,645,765 T | Plant regulatory sequences for control of gene expression |
| 603 | 6,645,740 T | Nucleic acids encodings equine GM-CSF |
| 604 | 6,642,434 T | Transgenic plants with .gamma.-tocopherol methyltransferase |
| 605 | 6,642,028 T | Vectors and genes exhibiting increased expression |
| 606 | 6,638,748 T | Gene encoding alkaline liquifying alpha-amylase |
| 607 | 6,638,746 T | Phytase from bacillus subtilis, gene encoding said phytase, method for its production and use |
| 608 | 6,638,741 T | Differentiation-suppressive polypeptide serrate-2 |
| 609 | 6,635,477 T | Human cytomegalovirus DNA sequences |
| 610 | 6,635,445 T | Nucleic acid molecules encoding human luteinizing hormone-human chorionic gonadotropin receptor protein and transformants thereof |
| 611 | 6,632,981 T | DNA sequences encoding polypeptides having beta-1,3-glucanase activity |
| 612 | 6,632,645 T | Thermophilic DNA polymerases from Thermoactinomyces vulgaris |
| 613 | 6,630,616 T | Arabidopsis MPC1 gene and methods for controlling flowering time |
| 614 | 6,630,345 T | Nucleic acids encoding a calcium independent receptor of .alpha.-latrotoxin, characterization and uses thereof |
| 615 | 6,630,331 T | Herbicides test method |
| 616 | 6,627,793 T | Low temperature-inducible wheat WCS120 gene promoter |

617 6,620,924 **T** Thermostable glucoamylase
618 6,620,594 **T** Uncoupling protein homologue: UCP 3
619 6,613,960 **T** Phloem-loading-specific promoter
620 6,613,890 **T** Protease inhibitor peptides
621 6,613,547 **T** Pichia methanolica glyceraldehyde-3-phosphate dehydrogenase 1 promoter and terminator
622 RE38,240 **T** DNA encoding human endothelial cell growth factors and plasmids comprising said DNA
623 6,610,908 **T** Manipulation of lignin composition in plants using a tissue-specific promoter
624 6,610,520 **T** Gene encoding human manganese superoxide dismutase and recombinant polypeptide encoded thereby
625 6,610,513 **T** Receptor proteins
626 6,605,458 **T** Protease variants and compositions
627 6,600,029 **T** Metabolic engineering of polyhydroxyalkanoate monomer synthases
628 6,599,738 **T** Reporter gene system for use in cell-based assessment of inhibitors of the hepatitis C virus protease
629 6,599,732 **T** Regulation of carbon assimilation
630 6,599,730 **T** Subtilisin 309 variants having decreased adsorption and increased hydrolysis
631 6,596,853 **T** DNA encoding peptides of IL-2
632 6,596,524 **T** Method for cloning and expression of BsmAi restriction endonuclease and BsmAI methylase in E. coli
633 6,596,513 **T** Kluyveromyces lactis maltase/maltose permease bi-directional promoter and use thereof
634 6,596,512 **T** Nucleic acid encoding Nematode dopamine transporter and the protein encoded thereby
635 6,596,509 **T** Recombinant constructs and systems for secretion of proteins via type III secretion systems
636 6,593,462 **T** Purified .beta.1,2-xylosyltransferase and uses thereof
637 6,593,305 **T** Antitumor antisense sequences directed against R1 and R2 components of ribonucleotide reductase
638 6,593,304 **T** RECOMBINANT DNA COMPRISING DNA CODING FOR MYOSIN HEAVY CHAIN SM1 ISO-FORM PROTEIN INSERTED INTO VECTOR DNA MICROORGANISM CARRYING THE RECOMBINANT DNA, AND AN AGENT FOR TREATMENT OF ARTERIOSCLEROSIS COMPRISING THE RECOMBINANT DNA
639 6,593,122 **T** Method for cloning and expression of BseRI restriction endonuclease and BseRI methylase in E. coli
640 6,593,105 **T** Prion propagation inhibition by dominant-negative prion protein mutants
641 6,590,090 **T** Fas ligand-like protein, its production and use
642 6,590,086 **T** Mutants of the Rb and p53 genes and uses thereof
643 6,589,775 **T** DNA sequence encoding enzymes of clavulanic acid biosynthesis
644 6,589,769 **T** Method for cloning and expression of TspRI restriction endonuclease and TspRI methylase in E. coli
645 6,589,752 **T** Recombinant antigen of Taenia solium metacestodes

646 6,586,661 **T** Regulation of quinolate phosphoribosyl transferase expression by transformation with a tobacco quinolate phosphoribosyl transferase nucleic acid

647 6,586,580 **T** Protein rib, a cell surface protein that confers immunity to many strains of the group B Streptococcus: process for purification of the protein, reagent kit and pharmaceutical composition

648 6,586,389 **T** Cubilin protein, DNA sequences encoding cubilin and uses thereof

649 6,586,220 **T** Method for cloning and expression of BsaWI restriction endonuclease and BsaWI methylase in E. coli

650 6,586,202 **T** Isoprenoid production



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Next List | Bottom | View Cart |
|------------|-----------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **651** through **700** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [          ]

[ Refine Search ]  [ ACLM/"isolated DNA" ]

| | PAT. NO. | Title |
|----|----------|-------|
| 651 | 6,583,340 | DNA sequence encoding plant 2-acyltransferase |
| 652 | 6,582,956 | Tumor suppressor gene |
| 653 | 6,579,716 | Better emergence characteristics and improved seedling growth under low-light environments |
| 654 | 6,579,697 | Modulator of TNF/NGF superfamily receptors and soluble oligomeric TNF/NGF superfamily receptors |
| 655 | 6,573,371 | Cell growth inhibiting and cell differentiation specific SYG972 gene, genomic DNA and promoter thereof |
| 656 | 6,570,002 | Inhibitor of programmed cell death |
| 657 | 6,569,665 | Calpaines, production and use thereof |
| 658 | 6,569,650 | Process for the fermentative preparation of metabolic products and for the nucleotide sequences encoding for the sod gene |
| 659 | 6,569,643 | Mammalian artificial chromosomes |
| 660 | 6,569,642 | Receptor that binds trail |
| 661 | 6,569,430 | Antibodies to the antigen Campath-1 |
| 662 | 6,566,586 | Cotton expansin promoter sequence |
| 663 | 6,566,511 | MAP kinase phosphatase mutant |
| 664 | 6,563,025 | Nucleotide sequences encoding anthranilate synthase |
| 665 | 6,562,957 | Genomic sequence encoding endoglin and fragments thereof |

666 6,562,589    AIB1, a novel steroid receptor co-activator

667 6,559,298 **T** Polypeptides that bind interleukin-18 (IL-18)

668 6,558,953 **T** Grapevine leafroll virus proteins and their uses

669 6,558,938 **T** Protease variants and compositions

670 6,558,921 **T** Promoters of the genes glutamate deshydrogenase, .beta.-N-acetylhexosaminidase and .gamma.-actin and their use in filamentous fungi expression, secretion and antisense systems

671 6,558,728 **T** .alpha.-glucuronidases of aspergillus, production thereof and their uses

672 6,555,733 **T** Genes coding for amino acid deacetylases with specificity for N-acetyl-L-phosphinothricin, their isolation and use

673 6,555,371 **T** Sialyltransferase and DNA encoding the same

674 6,555,366 **T** Nucleotide sequences for the control of the expression of DNA sequences in a cell host

675 6,555,355 **T** Protease variants and compositions

676 6,552,179 **T** Mutant luciferases

677 6,548,655 **T** Interleukin-4 receptors

678 6,548,306 **T** Placental protein 13

679 6,541,610 **T** Fusion proteins comprising tumor necrosis factor receptor

680 6,541,459 **T** Soluble herpesvirus glycoprotein complex vaccine

681 6,541,238 **T** Recombinant cellulose synthase

682 6,538,182 **T** DNA encoding a plant deoxyhypusine synthase, a plant eukaryotic initiation factor 5A, transgenic plants and a method for controlling senescence programmed and cell death in plants

683 6,537,791 **T** Mammalian DNA-dependent ATPase a polypeptides and fusions thereof

684 6,534,268 **T** Human BMP-7 promoter and method for exploring bone-related substance by using the same

685 6,534,061 **T** Tumor necrosis factor receptor homologs and nucleic acids encoding the same

686 6,531,296 **T** Nuclear tyrosine kinase Rak

687 6,531,133 **T** Pseudomonas exotoxin-myelin basic protein chimeric proteins

688 6,528,480 **T** Protein with plant protecting properties

689 6,528,303 **T** Neuropeptide Y-Y5 receptor

690 6,528,296 **T** Endonuclease

691 6,528,265 **T** DNA markers for assessing seed purity and method of using DNA sequences for assessing seed purity

692 6,528,256 **T** Methods for identification and isolation of specific nucleotide sequences in cDNA and genomic DNA

693 6,528,038 **T** Porphyromonas gingivalis antigens for the diagnosis and treatment of periodontitis

694 6,524,831 **T** Synthetic enzymes for the production of coniferyl alcohol, coniferylaldehyde, ferulic acid, vanillin and vanillic acid and their use

695 6,524,817 **T** DNA encoding a receptor subunit for oncostatin M

696 6,521,816 **T** Nucleic acid molecules from rice and their use for the production of modified starch

697 6,521,438 **T** Chemoreceptors in plant parasitic nematodes

698 6,521,410  Mutant of tissue factor pathway inhibitor, DNA sequence and use for detecting thrombotic disorders

699 6,521,406 SpnG, a gene for spinosyn insecticide biosynthesis

700 6,515,205 Genes from chromatium vinosum for the production of polyhydroxyalkanoate

**Prev. List** | **Next List** | **Top** | **View Cart**

**Home** | **Quick** | **Advanced** | **Pat Num** | **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **701** through **750** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| | PAT. NO. | Title |
|---|---|---|
| 701 | 6,514,755 | SCA7 gene and methods of use |
| 702 | 6,514,737 | Method for cloning and expression of AsiSI restriction endonuclease and AsiSI methylase in E. coli |
| 703 | 6,514,725 | STAT function-regulatory protein |
| 704 | 6,509,183 | DNA fragment containing gene for alkaline pullulanase |
| 705 | 6,509,151 | DNA molecule encoding for cellular uptake of Mycobacterium tuberculosis and uses thereof |
| 706 | 6,506,595 | DNAs encoding new fusion proteins and processes for preparing useful polypeptides through expression of the DNAs |
| 707 | 6,506,565 | Plant regulatory sequences for selective control of gene expression |
| 708 | RE37,958 | DNA sequence coding for protein C |
| 709 | 6,504,023 | DNA encoding type II IL-1 receptors |
| 710 | 6,503,706 | Method for identifying human and animal cells having an unlimited proliferation or tumor-formation potential |
| 711 | 6,503,502 | Nucleotide sequences, proteins, drugs and diagnostic agents of use in treating cancer |
| 712 | 6,500,943 | Promoter |
| 713 | 6,500,635 | Insulin-like growth factor binding protein (IGFBF-5) |
| 714 | 6,498,239 | Sterol glycosyl transferases |
| 715 | 6,498,019 | Lecithin-cholesterol acyltransferase protein |

716 6,497,883 **T** Porcine circovirus recombinant poxvirus vaccine

717 6,495,739 **T** Plant phosphatidic acid phosphatases

718 6,495,344 **T** Phenylalanine-free protein and DNA coding therefor

719 6,492,167 **T** Ubiquitous potassium-channel proteins and their genes

720 6,492,106 **T** Mammalian proteins that bind to FKBP12 in a rapamycin-dependent fashion

721 6,489,461 **T** Nucleic acid sequences encoding proteins involved in fatty acid beta-oxidation and methods of use

722 6,489,460 **T** Cloned DNA encoding mammalian occludins

723 6,489,150 **T** Purified thermostable Pyrococcus furiosus DNA polymerase I

724 6,486,382 **T** Use of the green fluorescent protein as a screenable marker for plant transformation

725 6,485,967 **T** Human neuronal nicotinic acetylcholine receptor .alpha.6 and .beta.3 nucleic acid

726 6,485,936 **T** Heat shock transcription factor-binding protein

727 6,485,907 **T** PCR-based detection of Rhizoctonia cerealis

728 6,479,734 **T** DNA fragment responsive to low temperatures and a plant transformed with the DNA fragment

729 6,479,655 **T** TNF receptor promoter

730 6,479,628 **T** Methods and materials relating to IMPDH and GMP production

731 6,476,294 **T** Plant phosphatidic acid phosphatases

732 6,475,983 **T** Water-soluble polypeptides having a high affinity for .alpha. and .beta. interferons

733 6,475,761 **T** Glycosyltransferase and DNA encoding the same

734 6,475,735 **T** Human BMP-2 promoter and method for exploring bone-related substance by using the same

735 6,472,519 **T** Plasmodium falciparum antigens inducing protective antibodies

736 6,472,516 **T** Progestin-regulated gene

737 6,472,191 **T** DNA FRAGMENT CARRYING TOLUENE MONOOXYGENASE GENE, RECOMBINANT PLASMID, TRANSFORMED MICROORGANISM, METHOD FOR DEGRADING CHLORINATED ALIPHATIC HYDROCARBON COMPOUNDS AND AROMATIC COMPOUNDS, AND METHOD FOR ENVIRONMENTAL REMEDIATION

738 6,472,174 **T** DNA encoding cytokine designated LERK-6

739 6,469,231 **T** Starch branching enzyme II of potato

740 6,469,155 **T** HIgR and related domain which binds glycoprotein D of herpes simplex virus

741 6,469,153 **T** EIP-1 and EIP-3 genes, envelope-interacting proteins, EIP-1 and EIP-3

742 6,468,789 **T** Oxygen sensing and hypoxic selection for tumors

743 6,468,775 **T** Thermostable DNA polymerase from carboxydothermus hydrogenoformans

744 6,465,636 **T** Pathogen-inducible promoter

745 6,465,618 **T** Mitogen activated protein kinase (MAPK) kinase

746 6,465,254 **T** Mutant loxP site and applications thereof

747 6,462,185 **T** Floral organ-specific gene and its promoter sequence

748 6,458,944 **T** Human BMP-4 promoter and method for exploring bone-related substance by

using the same

749  6,458,942    28-kDa immunoreactive protein gene of Ehrlichia canis and uses thereof

750  6,458,563  **T**  Modified factor VIII

Prev. List   Next List   Top   View Cart

Home   Quick   Advanced   Pat Num   Help

# USPTO Patent Full-Text and Image Database

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

**Prev. List**   **Next List**   **Bottom**   **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits* **751** *through* **800** *out of* **2645**

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    | ACLM/"isolated DNA" |

| PAT. NO. | Title |
|---|---|
| 751 | 6,458,551 Estrogen receptor |
| 752 | 6,455,687 Human lactoferrin |
| 753 | 6,455,681 DNA molecules encoding single strand gap response proteins involved in activation of a DNA repair/cell cycle checkpoint pathway |
| 754 | 6,455,276 Human .alpha.4 receptor subunit of the GABA-A receptor |
| 755 | 6,455,274 Human DNA Ligase IV |
| 756 | 6,451,583 Pharmacological targeting of mRNA cap formation for treatment of parasitic infections |
| 757 | 6,451,570 Mutants of monoamine oxidase B |
| 758 | 6,451,568 Cloning of human choline ethanolaminephospho transferases synthesis of phosphatidyl choline phosphatidyle thanolamine and platelet activating factor |
| 759 | 6,451,558 Genes in the control of hematopoiesis |
| 760 | 6,451,537 Gene of rice dihydrodipicolinate synthase and DNA relating to the same |
| 761 | 6,448,381 DNA encoding heparin-binding growth factor |
| 762 | 6,448,072 Transcription factors related to TFIIA |
| 763 | 6,448,042 Human tissue inhibitor of metalloproteinase-4 |
| 764 | 6,448,035 Family of immunoregulators designated leukocyte immunoglobulin-like receptor (LIR) |
| 765 | 6,444,877 Liquidambar styraciflua AGAMOUS (LSAG) gene |

766 6,444,876    Acyl CoA: cholesterol acyltransferase related nucleic acid sequences
767 6,444,455 **T** Mitogen-activated protein kinase P38-2 and methods of use therefor
768 6,444,426 **T** Production and use of normalized DNA libraries
769 6,441,273 **T** Constitutive and inducible promoters from coffee plants
770 6,440,714 **T** Tyr393 and Tyr398 mutants of monoamine oxidase B
771 6,440,693 **T** TNF receptors, TNF binding proteins and DNAS coding for them
772 6,437,112 **T** Materials for the production of nanometer structures and use thereof
773 6,437,111 **T** Bone morphogenetic protein-11 (BMP-11) compositions
774 6,436,688 **T** Human lysozyme gene, its encoding polypeptide and the method preparing for them
775 6,432,702 **T** Mammalian growth factor nucleic acids, vectors, and host cells
776 6,428,979 **T** Receptor protein for human B cell stimulatory factor-2
777 6,423,837 **T** Cloning and sequencing of allergens of dermatophagoides house dust mite
778 6,423,835 **T** Nucleotide deduced amino acid sequence, isolation and purification of heat-shock chlamydial proteins
779 6,423,525 **T** Isolation and composition of a novel glycosidase from chryseobacterium
780 6,423,523 **T** Xylanase derived from a bacillus species, expression vectors for such xylanase and other proteins, host organisms therefor and use thereof
781 6,423,520 **T** Regulation of quinolate phosphoribosyl transferase expression
782 6,423,496 **T** Compositions and methods for the treatment and diagnosis of breast cancer
783 6,420,628 **T** Seed shattering
784 6,420,138 **T** Expression control sequences
785 6,420,134 **T** Vaccines for nontypable haemophilus influenzae
786 6,413,758 **T** Method for cloning and expression of Bpml restriction endonuclease in E. coli
787 6,413,751 **T** DNA adenine methyltransferases and uses thereof
788 6,410,828 **T** Regulatory sequences useful for gene expression in plant embryo tissue
789 6,410,722 **T** Human and mammalian data replication origin consensus sequences
790 6,410,717 **T** Gene encoding a host factor protein indispensable for multiplication of a plant virus
791 6,410,705 **T** Nucleotide sequences coding for the thrE gene and process for the enzymatic production of L-threonine using coryneform bacteria
792 6,410,293 **T** DNA fragments containing biotin biosynthetase gene and use of the same
793 6,406,886 **T** DNA encoding SPA-1protein
794 6,403,785 **T** Isolated DNA molecule encoding human TSC403
795 6,403,780 **T** Homologous 28-kilodalton immunodominant protein genes of ehrlichia canis and uses thereof
796 6,403,354 **T** Method for cloning and expression of BstYI restriction endonuclease and BstYI methylase in E. coli and purification of BstYI and M.BstYI enzymes
797 6,403,342 **T** DNA coding for mutant isopropylmalate synthase L-leucine-producing microorganism and method for producing L-leucine
798 6,399,348 **T** DNA sequences for matrix metalloproteases, their production and use
799 6,399,325 **T** DNA encoding a galanin receptor
800 6,399,324 **T** Genes encoding branched-chain alpha-ketoacid dehydrogenase complex from

Streptomyces avermitilis



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **801** through **850** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ] | ACLM/"isolated DNA" |

| PAT. NO. | Title |
|---|---|
| 801 | 6,395,531 **T** Method for cloning and expression of MlyI restriction endonuclease and MlyI methylase and BstNBII methylase in E. coli |
| 802 | 6,395,528 **T** Phosphoserine phosphatase gene of coryneform bacteria |
| 803 | 6,395,526 **T** DNA polymerase |
| 804 | 6,395,477 **T** Human potassium channel polynucleotide and polypeptides and uses thereof |
| 805 | 6,392,030 **T** Strawberry promoters and genes |
| 806 | 6,392,023 **T** Homologous 28-kilodalton immunodominant protein genes of Ehrlicha canis and uses thereof |
| 807 | 6,392,022 **T** Gene originating in human chondrocyte |
| 808 | 6,391,639 **T** Plant and viral promoters |
| 809 | 6,391,631 **T** Bacterial plasmids |
| 810 | 6,391,608 **T** Method for cloning and expression of PleI restriction endonuclease and PleI and BstNBII methylases in E. coli |
| 811 | 6,391,581 **T** DNA encoding interleukin-4 receptors |
| 812 | 6,388,174 **T** Gene encoding .alpha.-subunit of rice anthranilate synthase and DNA relating thereto |
| 813 | 6,387,696 **T** Human calcium channel compositions and methods |
| 814 | 6,387,688 **T** DNA fragments having basidiomycete-derived promoter activity and expression of foreign genes under control of the promoter activity |
| 815 | 6,387,681 **T** Method for cloning and expression of NHEI restriction endonuclease in E. |

coli.

816 6,384,207 **T** Regulatory sequences for transgenic plants

817 6,384,191 **T** Receptors for fibroblast growth factors

818 6,379,951 **T** Compounds for immunotherapy of breast cancer and methods for their use

819 6,376,753 **T** PURIFIED CYTOCHROME P450 POLYPEPTIDE CYP76B1 FROM HELIANTHUS TUBEROSUS AND ITS APPLICATIONS AS BIOCATALYST IN PARTICULAR FOR THE DEGRADATION OF ENVIRONMENTAL POLLUTANTS AND FOR ALTERING THE RESISTANCE OF PLANTS SENSITIVE TO PHENYLUREA FAMILY OF HERBICIDES

820 6,376,658 **T** Proteins related to encapsulation and genes encoding the same

821 6,376,239 **T** DNA molecules comprising a promoter capable of conferring expression of a heterologous DNA sequence

822 6,376,222 **T** Riboflavin production

823 6,376,216 **T** Promoter from Ashbya gossypii

824 6,368,845 **T** Polypeptides having L-asparaginase activity

825 6,368,833 **T** Esterases, DNA encoding therefor and vectors and host incorporating same

826 6,368,790 **T** cDNA encoding P2P proteins and use of P2P cDNA derived antibodies and antisense reagents in determining the proliferative potential of normal, abnormal, and cancer cells in animals and humans

827 6,368,601 **T** Porcine circovirus vaccine and diagnostics reagents

828 6,365,723 **T** Sequences of E. coli O157

829 6,365,388 **T** Biotin biosynthetic genes

830 6,362,327 **T** High level expression of human cyclooxygenase-2

831 6,362,325 **T** Murine 4-1BB gene

832 6,361,987 **T** Gene encoding a protein having asymmetric hydrolase activity for 4-substituted 1,4-dihydropyridine derivatives and its expression product

833 6,361,986 **T** Process for the preparation of L-amino acids by fermentation and nucleotide sequences coding for the accDA gene

834 6,361,982 **T** Regulatory gene for clavulanic acid biosynthesis

835 6,358,724 **T** Isolation and composition of novel glycosidases

836 6,358,680 **T** Detection of wheat and barley fungal pathogens using the polymerase chain reaction

837 6,355,777 **T** P43 antigen for the immunodiagnosis of canine ehrlichiosis and uses thereof

838 6,355,480 **T** Methods and compositions for modulating spermatogenesis

839 6,355,255 **T** Streptococcal C5a peptidase vaccine

840 6,352,973 **T** Bone stimulating factor

841 6,350,602 **T** Cloning and expression of phytase from aspergillus

842 6,348,643 **T** DNA sequences encoding the arabidopsis acetohydroxy-acid synthase small subunit and methods of use

843 6,348,334 **T** DNA encoding Fas ligand

844 6,348,331 **T** Pichia methanolica glyceraldehyde-3-phosphate dehydrogenase 2 promoter

845 6,346,394 **T** Recombinant thermostable enzyme which releases trehalose from non-reducing saccharide

846 [RE37,543](#)  DNA sequence useful for the production of polyhydroxyalkanoates

847 [6,344,552](#) Compositions and methods comprising DNA sequences encoding B. burgdorferi polypeptides

848 [6,344,550](#) Compositions and methods for the treatment and diagnosis of breast cancer

849 [6,344,341](#) Increased production of secreted proteins by recombinant yeast cells

850 [6,344,337](#) Antigen test to detect equine protozoal myeloencephalitis in horse serum and cerebrospinal fluid

---

[Prev. List]  [Next List]  [Top]  [View Cart]

[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **851** through **900** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [            ]

[ Refine Search ]  [ ACLM/"isolated DNA"                    ]

| PAT. NO. | Title |
|---|---|
| 851 | 6,342,375 **T** Modified methylotrophic Pichia pastoris yeast which secretes human growth hormone |
| 852 | 6,342,357 **T** Alterations in the long QT syndrome genes KVLQT1 and SCN5A and methods for detecting same |
| 853 | 6,342,215 **T** Identification of genes |
| 854 | 6,338,959 **T** Gene for enzyme having both alkaline pullulanase and alkaline .alpha.-amylase activities |
| 855 | 6,337,430 **T** Plant promoters |
| 856 | 6,335,190 **T** Method for cloning and producing the BsmI restriction endonuclease in E. coli |
| 857 | 6,333,448 **T** Plant enzyme and use thereof |
| 858 | 6,333,406 **T** Gene encoding protein antigens of Plasmodium falciparum and uses therefor |
| 859 | 6,333,191 **T** Nucleic acids sequence, stress-induced proteins and uses thereof |
| 860 | 6,333,158 **T** DNA polymerase-related factors |
| 861 | 6,331,664 **T** Acyl-ACP thioesterase nucleic acids from maize and methods of altering palmitic acid levels in transgenic plants therewith |
| 862 | 6,331,616 **T** Nucleic acids obtained from the envelope coding region of feline immunodeficiency virus molecular clone designated JSY3 |
| 863 | 6,331,428 **T** Hexulose phosphate isomerase gene |
| 864 | 6,329,574 **T** High lysine fertile transgenic corn plants |
| 865 | 6,329,568 **T** Tospovirus resistance in plants |

866 6,329,141 **T** Methods for transforming Phaffia strains, transformed Phaffia strains so obtained and recombinant DNA in said methods

867 6,326,165 **T** Recombinant BHLH-PAS/JHR polypeptide and its use to screen potential insecticides

868 6,323,395 **T** Nucleotide sequences of maize and soybean .beta.-Ketoacyl-Acyl Carrier Protein Synthase II and their use in the regulation of fatty acid content of oil

869 6,323,330 **T** Protein C16 and C16N or genes encoding the same

870 6,323,026 **T** Mutations in the KCNE1 gene encoding human mink which cause arrhythmia susceptibility thereby establishing KCNE1 as an LQT gene

871 6,323,020 **T** Neutralization-sensitive epitopes of Cryptosporidium parvum

872 6,322,998 **T** Recombinant DNA compounds that encode ACV synthetase activity of Cephalosporium acremonium

873 6,320,027 **T** Nucleotide sequence of the nucleocapsid gene of oropouche virus

874 6,320,026 **T** Cell growth inhibitor factor

875 6,316,604 **T** Human C3b/C4b receptor (CR1)

876 6,316,238 **T** Process for producing activated human ALT

877 6,316,224 **T** Chlorella virus promoters

878 6,313,281 **T** Nucleic acid encoding OMP26 antigen from Haemophilus influenzae

879 6,313,279 **T** Human glutamate receptor and related DNA compounds

880 6,312,696 **T** Antigenic protein originating in infectious laryngotracheitis virus

881 6,312,688 **T** Tyrosine-phosphatase-related protein

882 6,309,868 **T** Cloning of the prolyl-dipeptidyl-peptidase from Aspergillus oryzae

883 6,307,038 **T** Expression systems utilizing autolyzing fusion proteins and a novel reducing polypeptide

884 6,307,036 **T** Tumour suppressor gene

885 6,306,624 **T** Retinoid metabolizing protein

886 6,306,622 **T** cDNA encoding a BMP type II receptor

887 6,303,769 **T** LERK-5 DNA

888 6,303,365 **T** Method of determining activity of 1-deoxy-D-xylulose-5-phosphate reductoisomerase and 1-deoxy-D-xylulose-5-phosphate synthase

889 6,303,359 **T** DNA molecule encoding new aminopeptidase, and method of producing the aminopeptidase

890 6,303,339 **T** DNA segments encoding autoimmune polypeptide epitopes of Ro/ss-A antigen

891 6,300,114 **T** Sequences of xylanase and xylanase expression vectors

892 6,300,103 **T** Anti-microbial proteins

893 6,300,095 **T** Promoters of the genes glutamate dehydrogenase .beta.-N-acetylhexosaminidase and .gamma.-actin and their use in filamentous fungi expression, secretion and antisense systems

894 6,297,032 **T** Recombinant cephalosporin C amidohydrolase in cephalosporin biosynthesis

895 6,294,663 **T** Transmembrane serine protease overexpressed in ovarian carcinoma and uses thereof

896 6,294,359 **T** Human basic fibroblast growth factor analog

897 6,294,358 **T** Thermus promoters for gene expression

898 6,294,352  TNF receptors, TNF binding proteins and DNAs coding for them
899 6,294,334 Genetic test for equine severe combined immunodeficiency disease
900 6,291,663 TADG-12: a novel transmembrane serine protease overexpressed in a ovarian carcinoma

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

**Home**  **Quick**  **Advanced**  **Pat Num**  **Help**

**Prev. List**  **Next List**  **Bottom**  **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits* **901** *through* **950** *out of* **2645**

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search | ACLM/"isolated DNA"

| | PAT. NO. | Title |
|---|---|---|
| 901 | 6,291,221 **T** | Heat tolerant phytases |
| 902 | 6,291,210 **T** | Differentiation inhibitor |
| 903 | 6,291,206 **T** | BMP receptor proteins |
| 904 | 6,291,168 **T** | Nucleic acid sequences diagnostic for pathogenic E.coli O157:H7, methods of identification and kit therefore |
| 905 | 6,291,156 **T** | Plant pest control |
| 906 | 6,290,965 **T** | DNA encoding human papillomavirus type 6A |
| 907 | 6,287,866 **T** | .beta.-casein expressing constructs |
| 908 | 6,287,858 **T** | DeUBiquitinating enzymes that regulate cell growth |
| 909 | 6,287,816 **T** | BMP-9 compositions |
| 910 | 6,284,948 **T** | Genes and methods for control of nematodes in plants |
| 911 | 6,284,946 **T** | Banana DNA associated with fruit development |
| 912 | 6,284,516 **T** | DNA segments and methods for increasing polysaccharide production |
| 913 | 6,284,508 **T** | Glucuronoxylomannan (GXM)-O-acetylhydrolase of Cryptococcus neoformans and uses thereof |
| 914 | 6,284,506 **T** | 3-Hydroxy-3-methylglutaryl-CoA reductase polynucleotides in isoprenoid production |
| 915 | 6,281,409 **T** | Blackcurrant promoters and genes |
| 916 | 6,281,347 **T** | Human origin of replication complex genes and uses thereof |

917 6,281,346 **T** Rat ob-receptors and nucleotides encoding them
918 6,280,999 **T** Sorangium polyketide synthases and encoding DNA therefor
919 6,280,993 **T** Gene encoding class I collagenase
920 6,280,974 **T** Recombinant feline coronavirus S proteins
921 6,277,978 **T** KVLQT1--a long QT syndrome gene
922 6,277,973 **T** Cloning and expression of a DNA sequence encoding a 41 kDa cryptosporidium parvum oocyst wall protein
923 6,277,968 **T** Human uroplakin II gene and methods for detecting and classifying bladder cancer via human uroplakin genes
924 6,277,822 **T** Family of peptides known as xenoxins
925 6,277,598 **T** DNA molecule encoding interferon-gamma (IFN-.lambda.) inducing factor (IGIF, IL-18) and DNA fragment thereof
926 6,277,591 **T** Dopamine receptors and genes
927 6,274,789 **T** Rice gene resistant to blast disease
928 6,274,367 **T** DNA coding for mammalian L-asparaginase
929 6,274,350 **T** Biosynthetic genes for spinosyn insecticide production
930 6,274,340 **T** DNA sequences enhancing promoter activity
931 6,274,330 **T** L-AP4 sensitive glutamate receptors
932 6,271,443 **T** Cotton and rice cellulose synthase DNA sequences
933 6,271,442 **T** Method of producing pathogen-resistant plants
934 6,271,438 **T** Transgenic pathogen-resistant plant
935 6,271,367 **T** Protein Z-dependent protease inhibitor
936 6,271,364 **T** Analogs of NT-3
937 6,271,362 **T** Gene encoding IGG FC region-binding protein
938 6,271,016 **T** Anthranilate synthase gene and method of use thereof for conferring tryptophan overproduction
939 6,270,998 **T** DNA coding for human cell surface antigen
940 6,270,989 **T** Protein production and delivery
941 6,268,180 **T** Recombinant human recombinant human interleukin-1.alpha.
942 6,268,171 **T** Recombinant PilC proteins, methods for producing them and their use
943 6,265,635 **T** DNA sequences coding for enzymes capable of facilitating the synthesis of linear .alpha.-1,4 glucans in plants, fungi and microorganisms
944 6,265,634 **T** Polyribozyme capable of conferring on plants resistance to cucumber mosaic virus and resistant plants producing this polyribozyme
945 6,265,194 **T** Serine-threonine kinase gene
946 6,265,187 **T** Recombinant endotoxin-neutralizing proteins
947 6,262,344 **T** Nematode-inducible plant gene promoter
948 6,262,342 **T** DNA sequences encoding polypeptides having .beta.-1,3-glucanase activity
949 6,262,338 **T** Resistance genes
950 6,262,336 **T** Expression of a heterologous protein C in mammary tissue of transgenic animals using a long whey acidic protein promoter



# USPTO Patent Full-Text and Image Database

Home | Quick | Advanced | Pat Num | Help

Prev. List | Next List | Bottom | View Cart

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA": 2645 patents.**
*Hits **951** through **1000** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    | ACLM/"isolated DNA" |

| | PAT. NO. | | Title |
|---|---|---|---|
| 951 | 6,262,245 | T | Compounds for immunotherapy of prostate cancer and methods for their use |
| 952 | 6,262,244 | T | DNA and amino acid sequence specific for natural killer cells |
| 953 | 6,262,242 | T | Tumor suppressor designated TS10Q23.3 |
| 954 | 6,258,942 | T | TADG7: a novel gene expressed in ovarian tumor and uses thereof |
| 955 | 6,258,583 | T | Type II restriction endonuclease, Hpy188I, obtainable from helicobacter pylori J188 and a process for producing the same |
| 956 | 6,258,557 | T | Smooth muscle cell LIM promoter |
| 957 | 6,258,556 | T | cDNA and genomic clones encoding human .mu. opiate receptor and the purified gene product |
| 958 | 6,258,555 | T | DNA encoding ACV synthetase |
| 959 | 6,255,474 | T | Promoters for swine complement inhibitors |
| 960 | 6,255,473 | T | Presenilin-1 gene promoter |
| 961 | 6,255,467 | T | Human blood bacterium |
| 962 | 6,255,092 | T | Stereospecific alcohol dehydrogenase isolated from Candida parapsilosis, amino acid and DNA sequences therefor, and method of preparation thereof |
| 963 | 6,255,078 | T | Pseudorabies virus protein cross reference to related applications |
| 964 | 6,255,072 | T | spsA polynucleotides |
| 965 | 6,255,070 | T | Folding protein complexes |
| 966 | 6,254,868 | T | Glycosylated humanized B-cell specific antibodies |

| 967 | 6,252,138 | **T** | Pathogen-induced plant promoters |
| 968 | 6,251,655 | **T** | Process for increasing the production of penicillin G (benzylpenicillin) in Penicillium chrysogenum by expression of the PCL gene |
| 969 | 6,248,937 | **T** | Transcription factor and method for regulation of seed development, quality and stress-tolerance |
| 970 | 6,248,874 | **T** | DNA molecules encoding bacterial lysine 2,3-aminomutase |
| 971 | 6,248,583 | **T** | Chromosomally-encoded membrane protein of borrelia burgdorferi |
| 972 | 6,248,577 | **T** | Hypoxanthine-guanine phosphoribosyl transferase |
| 973 | 6,248,554 | **T** | DNA sequence coding for a BMP receptor |
| 974 | 6,245,974 | **T** | Matrix attachment regions |
| 975 | 6,245,970 | **T** | DNA sequences for an arabidopsis amino acid transporter, plasmids, bacteria, yeasts and plants containing a transporter and their use |
| 976 | 6,245,562 | **T** | Identification of genes altered in multiple myeloma |
| 977 | 6,245,545 | **T** | Method for cloning and producing the SwaI restriction endonuclease |
| 978 | 6,245,524 | **T** | Phenylacetyl-CoA ligase from penicillium chrysogenum |
| 979 | RE37,206 | **T** | Gene encoding glycosyltransferase and its uses |
| 980 | 6,242,587 | **T** | DNA molecules encoding a calcium-integrin binding protein |
| 981 | 6,242,218 | **T** | Genomic sequences for protein production and delivery |
| 982 | 6,242,216 | **T** | Nucleic acids encoding a functional human purinoreceptor P2X2 and P2X4, and methods of production and use thereof |
| 983 | 6,242,213 | **T** | Isolated DNA molecules encoding RANK-L |
| 984 | 6,239,264 | **T** | Genomic DNA sequences of ashbya gossypii and uses thereof |
| 985 | 6,239,100 | **T** | Synthetic polypeptide having fish growth hormone-like activity, nucleic acid encoding for the polypeptide and method using same |
| 986 | 6,238,916 | **T** | DNA encoding turkey hypothalamic vasoactive intestinal peptide |
| 987 | 6,238,901 | **T** | Type II restriction endonuclease, HPY 188 III, obtainable from Helicobacter pylori J188 and a process for producing the same |
| 988 | 6,238,864 | **T** | Analyte detection assay and methods of use |
| 989 | 6,238,861 | **T** | Neurofibromatosis gene |
| 990 | 6,235,515 | **T** | Malathion carboxylesterase |
| 991 | 6,235,501 | **T** | Method for isolation DNA |
| 992 | 6,235,500 | **T** | Oxygen-binding heme proteins incorporating circularly-permuted globins |
| 993 | 6,232,530 | **T** | Marigold DNA encoding beta-cyclase |
| 994 | 6,232,453 | **T** | Gene encoding a polypeptide having pre-B cell growth-supporting ability |
| 995 | 6,229,005 | **T** | DNA sequences of enterically transmitted non-A/non-B hepatitis viral agent |
| 996 | 6,229,003 | **T** | Production of bovine growth hormone by microorganisms |
| 997 | 6,228,984 | **T** | Polypeptides their production and use |
| 998 | 6,228,644 | **T** | Hypersensitive response elicitor from Erwinia amylovora, its use, and encoding gene |
| 999 | 6,228,643 | **T** | Promoter |
| 1000 | 6,228,632 | **T** | Leucine aminopeptidases produced recombinantly from Aspergillus soyae |



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1001** through **1050** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [        ]

[ Refine Search ]  ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 1001 | 6,228,630 | T | Enzymes with xylanase activity from aspergillus aculeatus |
| 1002 | 6,228,628 | T | Mutant chimeric DNA polymerase |
| 1003 | 6,225,531 | T | Glucan elicitor receptor, DNA molecule coding therefor, fungus-resistant plants transformed with the DNA molecule and method for creating the plants |
| 1004 | 6,225,454 | T | Sialidase localized in plasma membrane and DNA coding for the same |
| 1005 | 6,225,112 | T | Human p27Kip1 gene promoter |
| 1006 | 6,225,097 | T | Decaprenyl diphosphate synthetase gene |
| 1007 | 6,225,081 | T | Protein, DNA coding for same and method of producing the protein |
| 1008 | 6,225,075 | T | DNA encoding sterol methyltransferase |
| 1009 | 6,225,054 | T | Compositions and methods for the treatment and diagnosis of breast cancer |
| 1010 | 6,222,096 | T | Promoter and construct for plant transformation |
| 1011 | 6,218,179 | T | Tissue specific hypoxia regulated constructs |
| 1012 | 6,218,161 | T | Sugar-chain synthetase and process for producing the same |
| 1013 | 6,218,148 | T | DNS encoding stem cell factor |
| 1014 | 6,215,048 | T | Nucleic acid sequences encoding an antifungal polypeptide, aly AFP from alyssum and methods for their use |
| 1015 | 6,215,043 | T | Method for shortening internode of inflorescence by introducing gene for petunia transcription factor PetSPL2 |
| | | T | |

1016 6,215,042 Plasmids containing DNA-sequences that cause changes in the carbohydrate concentration and carbohydrate composition in plants, as well as plant cells and plants containing these plasmids

1017 6,214,981 **T** Moraxella catarrhalis outer membrane protein-106 polypeptide, gene sequence and uses thereof

1018 6,214,797 **T** Urocortin peptides, nucleic acid encoding same methods for using same

1019 6,214,603 **T** Method for producing amide compounds using a nitrile hydratase from a thermophilic bacillus

1020 6,214,599 **T** Protease

1021 6,214,590 **T** 2-aminothiazoline-4-carboxylate racemase and gene encoding therefor

1022 6,214,584 **T** Human Interferon-.gamma.inducing factor

1023 6,214,577 **T** Yeast vectors conferring antibiotic resistance

1024 6,214,550 **T** Methods of differentiating metastatic and non-metastatic tumors

1025 6,211,432 **T** DNA sequences coding for a cinnamoyl COA reductase, and applications thereof in the control of lignin contents in plants

1026 6,211,150 **T** Analogs of cationic proteins

1027 6,210,951 **T** GMP synthetase and gene coding for the same

1028 6,210,949 **T** Mouse MTS2 gene

1029 6,210,945 **T** Method for cloning and producing the RsaI restriction endonuclease in E. coli and purification of the recombinant RsaI restriction endonuclease

1030 6,210,943 **T** Sucrose phosphate synthase from citrus and DNA encoding the same

1031 6,210,935 **T** Staurosporin biosynthesis gene clusters

1032 6,210,923 **T** Mammalian circadian regulator M-RIGUI2 (MPER2)

1033 6,207,881 **T** Control of fruit ripening through genetic control of ACC synthase synthesis

1034 6,207,813 **T** BMP-6 proteins

1035 6,207,431 **T** Glutamine:fructose-6-phosphate amidotransferase, its production and use

1036 6,207,419 **T** Thrombin inhibitory agents and methods of using same

1037 6,207,417 **T** DNA encoding stem cell factor

1038 6,207,383 **T** Mutations in and genomic structure of HERG--a long QT syndrome gene

1039 6,204,035 **T** Methods and compositions to alter the cell surface expression of phosphatidylserine and other clot-promoting plasma membrane phospholipids

1040 6,204,026 **T** Detection of M. tuberculosis complex via reverse transcriptase SDA

1041 6,204,018 **T** 66 kDa antigen from Borrelia

1042 6,204,009 **T** Nucleic acids encoding mutant recombinant hemoglobins containing heme pocket mutations

1043 6,200,785 **T** L-lysine-producing corynebacteria and process for the preparation of l-lysine

1044 6,200,576 **T** Swine vesicular disease virus and mutant strains and preparation process and use thereof

1045 6,197,948 **T** Grapevine leafroll virus (type 2) proteins and their uses

1046 6,197,946 **T** Peptide production as fusion protein in transgenic mammal milk

1047 6,197,939 **T** Placental-derived prostate growth factors

1048 6,197,564 **T** Enzymes with xylanase activity from Aspergillus aculeatus

1049  6,197,500   DNA sequences related to fragile X syndrome

1050  6,194,637  Maize DNA ligase I orthologue and uses thereof

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

**Home**  **Quick**  **Advanced**  **Pat Num**  **Help**

**Prev. List**  **Next List**  **Bottom**  **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1051** through **1100** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search   | ACLM/"isolated DNA" |

| PAT. NO. | Title |
|---|---|
| 1051 | 6,194,558 **T** DNA encoding human monocyte-macrophage apolipoprotein B receptor gene and protein |
| 1052 | 6,194,177 **T** DNA encoding a hybrid heterodimeric protein |
| 1053 | 6,194,172 **T** Cytokine designated lerk-6 |
| 1054 | 6,194,168 **T** Expression control sequences |
| 1055 | 6,194,166 **T** Gene regulating aureobasidin sensitivity |
| 1056 | 6,191,268 **T** Compositions and methods relating to DNA mismatch repair genes |
| 1057 | 6,191,267 **T** Cloning and producing the N.BstNBI nicking endonuclease |
| 1058 | 6,190,892 **T** Microbial production of indigo |
| 1059 | 6,190,882 **T** Mammalian circadian rhythm-like gene |
| 1060 | 6,187,574 **T** Process for producing the enzyme D-amino acid oxidase of Rhodotorula gracilis in host cells |
| 1061 | 6,187,573 **T** DNA encoding a thermostable DNA polymerase |
| 1062 | 6,187,311 **T** Engineered acarid allergen and process for producing the same |
| 1063 | 6,184,449 **T** 1-Aminocyclopropane-1-carboxylate synthase genes from rosa to control ethylene levels in roses |
| 1064 | 6,183,986 **T** OspA DNA and lyme disease vaccine |
| 1065 | 6,180,776 **T** MTS2 gene |
| 1066 | 6,180,388 **T** Enzymes and micro organisms with amidase activity which hydrolyze |

polyamides

1067  6,180,364  **T**  Protein called epil/placentin, process for the preparation of this protein and pharmaceutical composition containing such, DNA coding for said protein

1068  6,180,344  **T**  5' Upstream region sequences of the MyoD1 gene and uses thereof

1069  6,180,334  **T**  Artificial recombinant substrate (rAGG 1) and native aggrecan to determine the proteolytic activity of `aggrecanase` in cell culture systems

1070  6,177,616  **T**  Genes coding for amino acid deacetylases with specificity for N-acetyl-L-phosphinothricin, their isolation and their use

1071  6,177,614  **T**  Control of floral induction in plants and uses therefor

1072  6,177,242  **T**  Genomic DNA fragments containing regulatory and coding sequences for the .beta.2-subunit of the neuronal nicotinic acetylcholine receptor and transgenic animals made using these fragments or mutated fragments

1073  6,175,060  **T**  Phosphate-deficiency inducible promoter

1074  6,174,717  **T**  Elicitor of the hypersensitive response in plants

1075  6,174,715  **T**  Prenyl diphosphate synthetase genes

1076  6,171,841  **T**  DNA coding for serine/threonine kinase

1077  6,171,808  **T**  Mutant luciferases

1078  6,171,589  **T**  Mycoplasma recombinant polypeptides and vaccines

1079  6,169,226  **T**  Starch branching enzyme II of potato

1080  6,169,173  **T**  Cloning and functional expression of cholecystokinin/gastrin receptor-encoding DNA

1081  6,169,171  **T**  Hybrid protein between CS from plasmodium and HBSAG

1082  6,168,940  **T**  Protein having ethylenediamine-N,N'-disuccinic acid:ethylenediamine lyase acitivity and gene encoding the same

1083  6,166,294  **T**  Cotton fiber tissue-specific genes

1084  6,166,292  **T**  Raffinose synthetase gene, method of producing raffinose and transgenic plant

1085  6,166,290  **T**  Glutathione-S-conjugate transport in plants

1086  6,166,194  **T**  TMPRSS2 is a tumor suppressor

1087  6,165,748  **T**  Frazzled nucleotide sequences and expression products

1088  6,165,738  **T**  Expression in yeast of antigenically active, recombinant hybrid glutamic acid decarboxylase

1089  6,162,908  **T**  Polypeptide of human-origin hyaluronate synthetase and DNA encoding the same

1090  6,160,106  **T**  Tumor suppressor genes, proteins encoded thereby and use of said genes and proteins

1091  6,159,720  **T**  Enzyme endoglucanase and cellulase preparations containing the same

1092  6,159,718  **T**  Enzyme with polygalacturonase activity

1093  6,159,711  **T**  DNA encoding rantes peptide fragments and methods of treatment with the fragments

1094  6,156,536  **T**  Toxins from the wasp Bracon hebetor

1095  6,156,319  **T**  Soluble herpesvirus glycoprotein complex vaccine

1096  6,153,815  **T**  DNA sequences from brassicaceae encoding squalene epoxidase and process of raising squalene levels in plants therewith

1097 6,150,586  Plant gene encoding acetyl coenzyme a carboxylase biotin carboxyl carrier protein

1098 6,150,136 Nucleotide sequence encoding oligodendrocyte-specific protein

1099 6,150,104 Homozygous mutation in KVLQT1 which causes Jervell and Lange Nielsen syndrome

1100 6,147,281 Antipathogenic peptides and compositions containing same

---

**Prev. List**   **Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

# USPTO Patent Full-Text and Image Database

Home | Quick | Advanced | Pat Num | Help

Prev. List | Next List | Bottom | View Cart

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1101** through **1150** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search | ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 1101 | 6,147,201 | T | Cloning and sequencing of allergens of dermatophagoides (house dust mite) |
| 1102 | 6,146,871 | T | Process for modifying the enzyme 7.beta.-(4-carboxybutanamide) cephalosporinacylase and purifying said enzyme in a single chromatographic step |
| 1103 | 6,146,868 | T | Glucuronoxylomannan (GXM)-O-acetylhydrolase of cryptococcus neoformans and uses thereof |
| 1104 | 6,143,878 | T | Sox-9 gene and protein and use in the regeneration of bone or cartilage |
| 1105 | 6,143,872 | T | Borrelia burdorferi Osp A and B proteins and immunogenic peptides |
| 1106 | 6,143,561 | T | DNA encoding plastid pyruvate dehydrogenase and branched chain oxoacid dehydrogenase components |
| 1107 | 6,143,550 | T | Bacillus thuringiensis strains and their insecticidal proteins |
| 1108 | 6,143,546 | T | Enzymes with aminopeptidase activity |
| 1109 | 6,143,526 | T | Biosynthetic genes for spinosyn insecticide production |
| 1110 | 6,143,524 | T | Peptide and protein fusions to thioredoxin, thioredoxin-like molecules, and modified thioredoxin-like molecules |
| 1111 | 6,140,488 | T | Ras-binding protein (PRE1) |
| 1112 | 6,140,115 | T | Canine .beta.-galactosidase gene and GM1-gangliosidosis |
| 1113 | 6,140,101 | T | Polypeptides having L-asparaginase activity |
| 1114 | 6,140,096 | T | Enzyme with endo-1,3(4)-.beta.-glucanase activity |
| 1115 | 6,140,095 | T | Alkalitolerant xylanases |

1116   6,140,074   **T**   SH3 protein, gene, chimeric cells, vectors and expression method for producing the novel protein, and uses

1117   6,136,595   **T**   Jak kinases and regulations of cytokine signal transduction

1118   6,136,579   **T**   Method of producing .alpha.2,3-sialyltransferase

1119   6,136,572   **T**   Recombinant KAT enzyme and process for its preparation

1120   6,136,536   **T**   Rapid generation of stable mammalian cell lines producing high levels of recombinant proteins

1121   6,136,309   **T**   Antibodies against the interferon (IFN) .alpha./.beta. receptor (IFNAR2) that preferentially block the activity of IFN-.alpha.

1122   6,133,009   **T**   Type II Restriction endonuclease, HpyCH4V, obtainable from helicobacter pylori CH4 and a process for producing the same

1123   6,133,008   **T**   Method for cloning and producing the TfiI Restriction endonuclease in E. coli

1124   6,132,990   **T**   Recombinant methods for production of serine protease inhibitors and DNA sequences useful for same

1125   6,132,983   **T**   Luciferases

1126   6,130,367   **T**   DNA molecules that code for enzymes involved in starch synthesis, vectors, bacteria, transgenic plant cells and plants containing said molecules

1127   6,130,078   **T**   Method for cloning the NSPHI restriction-modification system in E. coli and producing the recombinant NSPHI restriction endonuclease

1128   6,130,070   **T**   Induction promoter gene and secretory signal gene usable in Schizosaccharomyces pombe, expression vectors having the same, and use thereof

1129   6,130,068   **T**   Viral encoded semaphorin protein receptor DNA and polypeptides

1130   6,130,060   **T**   Gene encoding for adseverin

1131   6,127,165   **T**   Rat glutathione synthetase gene

1132   6,127,160   **T**   Protein having cellulase activities and process for producing the same

1133   6,127,148   **T**   Isolation and production of a cyclophilin-like protein endogenous to brugia malayi

1134   6,127,113   **T**   Viral obesity methods and compositions

1135   6,124,524   **T**   FAE1 genes and their uses

1136   6,124,447   **T**   Enzyme catalyzing dephosphorylation

1137   6,121,521   **T**   Chimeric insecticidal protein and DNA coding therefor

1138   6,121,512   **T**   Cytochrome P-450 constructs and method of producing herbicide-resistant transgenic plants

1139   6,121,016   **T**   DNA encoding human follicle stimulating hormone receptor, vectors and cells containing such DNA, and methods of use thereof

1140   6,121,000   **T**   Antitumor antisense sequences directed against R1 and R2 components of ribonucleotide reductase

1141   6,120,765   **T**   Urokinase plasminogen activator fragments

1142   6,117,669   **T**   Biotin biosynthetic genes

1143   6,114,601   **T**   Plant genes encoding flavonoid-3', 5'-hydroxylase

1144   6,114,514   **T**   Mycobacterium tuberculosis specific DNA fragment

1145   6,114,159   **T**   DNA sequences for matrix metalloproteases, their production and use

1146 [6,114,140](#)  DNA encoding density enhanced protein tyrosine phosphatases
1147 6,114,139 T G-protein coupled receptor protein and a DNA encoding the receptor
1148 6,111,255 T Methods of screening for a tumor or tumor progression to the metastatic state
1149 6,111,091 T Human N-methyl-D-aspartate receptor subunits, nucleic acids encoding same and uses therefore
1150 6,110,737 T Human platelet-derived growth factor receptor, type A

**Prev. List**   **Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

# USPTO Patent Full-Text and Image Database

**Home**  **Quick**  **Advanced**  **Pat Num**  **Help**

**Prev. List**  **Next List**  **Bottom**  **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1151** through **1200** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 1151 | 6,110,734 | T | Nucleotide sequences coding for polypeptides endowed with a larvicidal activity towards lepidoptera |
| 1152 | 6,110,701 | T | DNA encoding precursor of interleukin-1.beta. converting enzyme--related cysteine proteinase II (ICE.sub.rel -II) |
| 1153 | 6,110,700 | T | PRAD1 cyclin and its cDNA |
| 1154 | 6,110,670 | T | Nucleotide sequences, probes and a process for the in vitro diagnosis of chromosomal anomalies correlated with CMT1A disease |
| 1155 | 6,107,548 | T | DNA sequences from muskmelon (Cucumis melo) related to fruit ripening |
| 1156 | 6,107,475 | T | Seven transmembrane receptors |
| 1157 | 6,107,072 | T | Thermostable geranylgeranyl diphosphate synthase |
| 1158 | 6,107,063 | T | Production of L-isoleucine by means of recombinant microorganisms with deregulated threonine dehydratase |
| 1159 | 6,107,023 | T | DNA amplification and subtraction techniques |
| 1160 | 6,103,887 | T | Nucleotide sequence encoding human cyclin A |
| 1161 | 6,103,488 | T | Method of forming ubiquinone-10 |
| 1162 | 6,103,466 | T | Double-muscling in mammals |
| 1163 | 6,100,449 | T | Transgenic tomato plants containing a fusarium resistance gene |
| 1164 | 6,100,446 | T | Microorganisms and plasmids for 2,4-dichlorophenoxyacetic acid (2,4-D) monooxygenase formation and process for the production of these plasmids and strains |

1165 6,100,386 **T** Human gene/protein involved in chronic myelogenous leukemia
1166 6,100,055 **T** DNA encoding f.alpha.-2m-binding protein and protein encoded thereby
1167 6,100,025 **T** Cloning by complementation and related processes
1168 6,096,545 **T** Phosphate starvation-inducible proteins
1169 6,096,514 **T** Human calcium channel compositions and methods
1170 6,093,808 **T** I.kappa.BEGFP constructs, cell lines and methods of use
1171 6,091,004 **T** Gene encoding a protein involved in the signal transduction cascade leading to systemic acquired resistance in plants
1172 6,090,627 **T** Octopine T-DNA structural genes
1173 6,090,623 **T** Recombinant human calcium channel .beta..sub.4 subunits
1174 6,090,601 **T** Sorangium polyketide synthase
1175 6,090,586 **T** 66 kDa antigen from Borrelia
1176 6,090,576 **T** DNA encoding a transferrin receptor of Moraxella
1177 6,090,544 **T** Methods and compositions for identifying morphogen analogs
1178 6,087,563 **T** Cloned arabidopsis p-hydroxyphenyl pyruvic acid dioxygenase DNA
1179 6,087,163 **T** Mycobacterium tuberculosis specific proteins and genes, mixtures of anitgens and uses thereof
1180 6,087,160 **T** Programmed cell death genes and proteins
1181 6,087,151 **T** DNA coding for mammalian L-asparaginase
1182 6,087,116 **T** Interleukin-18 (IL-18) receptor polypeptides and their uses
1183 6,087,097 **T** PCR detection of Borrelia burgdorferi
1184 6,084,087 **T** DNA encoding conserved T-cell receptor sequences
1185 6,083,749 **T** DNA encoding a human serotonin receptor (5-HT.sub.4B) and uses thereof
1186 6,083,715 **T** Methods for producing heterologous disulfide bond-containing polypeptides in bacterial cells
1187 6,083,712 **T** Biotechnological method of producing biotin
1188 6,083,698 **T** Cancer susceptibility mutations of BRCA1
1189 6,083,690 **T** Methods and compositions for identifying osteogenic agents
1190 6,083,688 **T** Platelet glycoprotein V gene and uses
1191 RE36,755 **T** DNA encoding tumor necrosis factor-.alpha. and -.beta. receptors
1192 6,080,567 **T** Enzymes with xylanase activity from Aspergillus aculeatus
1193 6,080,545 **T** Oligonucleotides for the detection of salmonella
1194 6,077,995 **T** Fungal gene encoding resistance to the phytotoxin cercosporin
1195 6,077,948 **T** Mediators of chronic allograft rejection (AIF-1) and DNA encoding them
1196 6,077,690 **T** Cloning and expression of a protein antigen of Toxoplasma gondii
1197 6,074,839 **T** Transforming growth factor .alpha.HI
1198 6,074,649 **T** Recombinant composition containing feline herpes virus type 1, particularly for treating feline infectious peritonitis
1199 6,072,103 **T** Pathogen and stress-responsive promoter for gene expression
1200 6,072,048 **T** DNA molecule encoding for cellular uptake of Mycobacterium tuberculosis and uses thereof



# USPTO Patent Full-Text and Image Database

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1201** through **1250** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ] [ ACLM/"isolated DNA"                          ]

| PAT. NO. | | Title |
|---|---|---|
| 1201 | 6,072,047 **T** | Receptor that binds trail |
| 1202 | 6,071,715 **T** | Nucleic acids encoding novel proteins which bind to retinoblastoma protein |
| 1203 | 6,069,299 **T** | Fungus and insect control with chitinolytic enzymes |
| 1204 | 6,069,296 **T** | Regulators of G-protein signalling |
| 1205 | 6,069,241 **T** | Cytochrome P450 gene |
| 1206 | 6,069,240 **T** | Cloning by complementation and related processes |
| 1207 | 6,068,990 **T** | Proteins, their production and use |
| 1208 | RE36,713 **T** | APC gene and nucleic acid probes derived therefrom |
| 1209 | 6,066,782 **T** | Combination of DNA sequences which enable the formation of modified starch in plant cells and plants, processes for the production of these plants and the modified starch obtainable therefrom |
| 1210 | 6,066,726 **T** | Neuron-specific transcriptional promoter |
| 1211 | 6,066,502 **T** | Endothelin converting enzyme (ECE) |
| 1212 | 6,066,487 **T** | Method for cloning and expression of BsrFI restriction endonuclease in E. coli |
| 1213 | 6,066,482 **T** | Acyltransferase and gene encoding acyltransferase |
| 1214 | 6,066,468 **T** | Chromosomal DNA fragments encoding enzymes for encoding .beta.-lactam biosynthetic enzymes, and vectors and transformants for their expression |
| 1215 | 6,066,451 **T** | Neural cell protein marker RR/B and DNA encoding the same |
| | **T** | |

1216 6,063,623    Transport protein which effects the transport of cationic xenobiotics and/or pharmaceuticals, DNA sequences encoding it and their use

1217 6,063,608 **T** Cloned genes encoding reverse transcriptase lacking RNase H activity

1218 6,063,606 **T** Retinoid metabolizing protein

1219 6,063,605 **T** Bacillus thuringiensis endotoxin genes and methods of use

1220 6,063,600 **T** DNA encoding canine interleukin-1 receptor antagonist

1221 6,060,595 **T** Inhibition of viral replication

1222 6,060,301 **T** Vector containing MTS1E1.beta. gene

1223 6,060,283 **T** Genomic DNA encoding human interleukin-18 (IL-18, interferon-.gamma. inducing factor)

1224 6,057,494 **T** DNA sequences encoding carbohydrate polymer synthesizing enzymes and method for producing transgenic plants

1225 6,057,436 **T** Canine coronavirus S gene and uses therefor

1226 6,057,434 **T** Mammary transforming protein

1227 6,057,433 **T** Nucleic acid encoding human EP3 prostaglandin receptor

1228 6,057,146 **T** Microorganisms for the stabilization of plasmids

1229 6,057,136 **T** Biotin biosynthesis in Bacillus subtilis

1230 6,056,957 **T** Humanized monoclonal antibodies against human interleukin-5

1231 6,054,635 **T** Raspberry promoter and methods for expression of transgenes in plants

1232 6,054,572 **T** Fibronectin binding protein; monoclonal antibody and their use in preventing bacterial adhesion

1233 6,054,571 **T** dft-A gene, diagnostic and therapeutic uses thereof

1234 6,054,438 **T** Nucleic acid fragments encoding portions of the core protein of the human mammary epithelial mucin

1235 6,054,306 **T** Peniophora phytase

1236 6,054,298 **T** Fringe proteins and pattern formation

1237 6,054,296 **T** 66 kDa antigen from Borrelia

1238 6,051,424 **T** Human cDNAs and proteins encoded thereby

1239 6,051,402 **T** Compositions and methods for treating sickle cell disease

1240 6,051,379 **T** Cancer susceptibility mutations of BRCA2

1241 6,048,731 **T** Method for cloning and producing the SgrAI restriction endonuclease

1242 6,048,719 **T** Method for cloning and producing the DraIII restriction endonuclease

1243 6,046,042 **T** (S)-hydroxynitrilelyase from Hevea brasiliensis

1244 6,046,030 **T** Human LIG-1 homolog (HLIG-1)

1245 6,046,026 **T** cDNAs encoding proteins closely related to opioid receptors

1246 6,043,415 **T** Synthetic Bacillus thuringiensis cryic gene encoding insect toxin

1247 6,043,351 **T** Epstein Barr virus induced genes

1248 6,043,073 **T** Phospholipase D polypeptide and DNA sequences

1249 6,043,051 **T** Yeast promoter

1250 6,040,504 **T** Cotton promoter



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Next List | Bottom | View Cart |
|------------|-----------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1251** through **1300** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search | ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|------|----------|---|-------|
| 1251 | 6,040,427 | T | Vaccine |
| 1252 | 6,040,185 | T | Genetic stabilizing elements |
| 1253 | 6,040,170 | T | Human cytomegalovirus DNA sequences |
| 1254 | 6,040,165 | T | Mutant prenyl diphosphate synthase |
| 1255 | 6,040,160 | T | Method of producing L-lysine by fermentation |
| 1256 | 6,040,156 | T | DNA encoding glucuronyltransferase |
| 1257 | 6,037,462 | T | MTS1 gene mutations |
| 1258 | 6,037,162 | T | DNA segments encoding a domain of HO-endonuclease |
| 1259 | 6,037,161 | T | Enzyme with acetyl esterase activity |
| 1260 | 6,037,156 | T | DNA molecules and vectors encoding clavulanic acid biosynthesis enzymes |
| 1261 | 6,037,149 | T | DNA encoding human asthma associated factor 1 |
| 1262 | 6,034,231 | T | Human CNP gene and precursor protein |
| 1263 | 6,034,229 | T | BMP-15 compositions |
| 1264 | 6,034,227 | T | DNA molecule encoding a mast cell function-associated antigen (MAFA) |
| 1265 | 6,033,889 | T | Gene sequence of Aquifex pyrophilus superoxide dismutase and protein expressed in Escherichia coli |
| 1266 | 6,033,872 | T | Polynucleotides encoding a novel human 11cb splice variant |
| 1267 | 6,033,871 | T | DNA molecules encoding imidazoline receptive polypeptides and polypeptides encoded thereby |

1268 6,031,151 **T** Callus-specific promoters
1269 6,030,832 **T** Carboxy-terminal BRCA1 interacting protein
1270 6,030,806 **T** Human chromosome 16 genes, compositions, methods of making and using same
1271 6,030,804 **T** Polynucleotides encoding G-protein parathyroid hormone receptor HLTDG74 polypeptides
1272 6,028,250 **T** Plant promoter and method for gene expression using said promoter
1273 6,028,249 **T** DNA sequences which lead to the formation of levans, plasmids containing these sequences as well as a process for preparing transgenic plants
1274 6,027,929 **T** Method for cloning and producing the NspI restriction endonuclease in E. coli and purification of the recombinant NspI restriction endonuclease
1275 6,027,919 **T** BMP-12 and BMP-13 proteins and DNA encoding them
1276 6,027,918 **T** Recombinant thermostable enzyme which releases trehalose from non-reducing saccharide
1277 6,027,917 **T** Bone morphogenetic protein (BMP)-17 and BMP-18 compositions
1278 6,025,185 **T** Fungus wherein the areA gene has been modified and an areA gene from Aspergillus oryzae
1279 6,025,183 **T** Transgenic animal assay system for anti-cholinesterase substances
1280 6,025,180 **T** ASP1
1281 6,025,179 **T** Method for cloning and producing the SnaBI restriction endonuclease and purification of the recombinant SnaBI restriction endonuclease
1282 6,025,163 **T** DNA coding for a peptide of a papilloma virus main capside protein and use thereof
1283 6,025,137 **T** Compositions and methods for the diagnosis, prevention and treatment of tumor progression
1284 6,023,012 **T** DNA molecules encoding plant protoporphyrinogen oxidase
1285 6,022,958 **T** cDNAs coding for members of the carcinoembryonic antigen family
1286 6,022,863 **T** Regulation of gene expression
1287 6,022,741 **T** Regulatory genetic DNA that regulates the Class II transactivator (CIITA)
1288 6,022,729 **T** Granule-associated proteins and methods for their use in polyhydroxyalkanoate biosynthesis
1289 6,020,540 **T** Gene encoding endochitinase
1290 6,020,477 **T** DNA sequences coding for the human proteins Tx and Ty related to the interleukin-1.beta. converting enzyme
1291 6,020,176 **T** Kaurene synthase
1292 6,020,161 **T** PIGR-1, a member of immunoglobulin gene superfamily
1293 6,020,128 **T** DNA polymerase from Treponema pallidum
1294 6,018,105 **T** Promoters from plant protoporphyrinogen oxidase genes
1295 6,018,037 **T** DNA coding for (Leu.sup.13) motilin
1296 6,017,747 **T** Nucleic acids encoding a collagenase
1297 6,017,743 **T** Sia.alpha. 2,3, Gal.beta. 1, 4Glc NAc.alpha. 2,8-sialyltransferase
1298 6,017,729 **T** Receptor activator of NF-.kappa.B
1299 6,017,699 **T** PCR identification and quantification of important Candida species
**T**

1300  6,017,535    cDNA sequence of Dengue virus serotype 1 (Singapore strain)

**Prev. List**    **Next List**    **Top**    **View Cart**

**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1301** through **1350** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [          ]

[ Refine Search ]  [ ACLM/"isolated DNA"                    ]

| | PAT. NO. | Title |
|---|---|---|
| 1301 | 6,015,940 | Virus resistant potato plants |
| 1302 | 6,015,939 | Plant VDE genes and methods related thereto |
| 1303 | 6,015,705 | Method of modifying the DNA of an organism, DNA sequence, method of detection and isolation of a gene capable of modifying the DNA of an organism and organisms comprising modified DNA |
| 1304 | 6,015,690 | DNA sequence encoding a human imidazoline receptor and method for cloning the same |
| 1305 | 6,015,689 | Regulation of aureobasidin sensitivity |
| 1306 | 6,013,862 | Wheat aleurone regulatory elements |
| 1307 | 6,013,515 | Cofactors for HIV-1 protein Tat and methods of use therefor |
| 1308 | 6,013,500 | PAK4, a novel gene encoding a serine/threonine kinase |
| 1309 | 6,013,476 | DNA encoding tumor necrosis related receptor TR7 |
| 1310 | 6,013,474 | Calcium channel compositions and methods |
| 1311 | 6,013,468 | RNA component of telomerase |
| 1312 | 6,013,451 | Bacillus stearothermophilus DNA Polymerase I (klenow) clones including those with reduced 3'- to -5' exonuclease activity |
| 1313 | 6,011,201 | .beta.-Ketoacyl ACP reductase genes from Brassica napus |
| 1314 | 6,011,199 | Method for producing fruiting plants with improved fruit flavour |
| 1315 | 6,011,145 | Chain length specific UDP-GLC: fatty acid glucosyltransferases |

1316  6,011,144  PHA E and PHA C components of poly(hydroxy fatty acid) synthase from thiocapsa pfennigii

1317  6,010,886  **T**  Receptor for oncostatin M

1318  6,010,873  **T**  Modified complement system regulators

1319  6,008,436  **T**  Nematode-resistant transgenic plants

1320  6,008,342  **T**  DNA encoding eimeria antigen

1321  6,008,341  **T**  S. aureus fibrinogen binding protein gene

1322  6,008,045  **T**  Nucleic acid encoding human DNA polymerase .alpha.

1323  6,008,019  **T**  Plasminogen activator from saliva of the vampire bat

1324  6,008,013  **T**  Chondrocyte proteins

1325  6,004,805  **T**  Transcriptional enhancer from milk protein genes

1326  6,004,775  **T**  DNA encoding IGFBP-4

1327  6,004,773  **T**  Method for producing L-lysine

1328  6,004,754  **T**  DNA sequence, related probes and primers for the detection of Streptococcus agalactiae

1329  6,001,986  **T**  Antiviral proteins, amarandin 1 and 2, from Amaranthus viridis, DNAs encoding therefrom

1330  6,001,628  **T**  Debranching enzymes and DNA sequences coding them, suitable for changing the degree of branching of amylopectin starch in plants

1331  6,001,599  **T**  DNAs encoding mammalian ZPBs

1332  5,998,601  **T**  VR-2332 viral nucleotide sequence and methods of use

1333  5,998,599  **T**  Growth arrest gene compositions and methods

1334  5,998,383  **T**  Antitumor antisense sequences directed against ribonucleotide reductase

1335  5,998,166  **T**  CD16-II variants

1336  5,994,627  **T**  Genetic sequences conferring nematode resistance in plants and uses therefor

1337  5,994,526  **T**  Gene expression in plants

1338  5,994,521  **T**  Full length transcript (FLt) promoter from figwort mosaic caulimovirus (FMV) and use to express chimeric genes in plant cells

1339  5,994,100  **T**  HAS2 splicing variant HOEFC11: a target in chronic renal failure, inflammatory diseases and myocardial ischemia

1340  5,994,098  **T**  Human 7-TM receptor similar to murine frizzled-6 gene

1341  5,994,095  **T**  MTS2 gene

1342  5,994,094  **T**  Growth/differentiation factor of the TGF-.beta. family

1343  5,990,297  **T**  Human monoclonal antibody specifically binding to surface antigen of cancer cell membrane

1344  5,990,295  **T**  Conotoxin peptides

1345  5,989,894  **T**  Isolated DNA coding for spider silk protein, a replicable vector and a transformed cell containing the DNA

1346  5,989,887  **T**  Cloning and expression of DNA molecules incoding arabinan-degrading enzymes of fungal origin

1347  5,989,885  **T**  Specific mutations of map kinase 4 (MKK4) in human tumor cell lines identify it as a tumor suppressor in various types of cancer

1348  5,989,882  **T**  Processes for preparing acarviosyl transferase and for using it in the

conversion of acarbose homologues into acarbose, for the preparation of acarbose homologues

1349 5,989,862  Tab1 protein and DNA coding therefor

1350 5,986,176 Transgenic plants expressing biocidal proteins

**Prev. List**   **Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|---|---|---|---|---|

| Prev. List | Next List | Bottom | View Cart |
|---|---|---|---|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1351** through **1400** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 1351 | 5,986,174 | T | Maize promoter sequence for leaf- and stalk-preferred gene expression |
| 1352 | 5,986,172 | T | Rice NADH-dependent reductase, gene therefor, and use thereof |
| 1353 | 5,986,082 | T | Altered forms of the NIM1 gene conferring disease resistance in plants |
| 1354 | 5,986,080 | T | Cloned nucleotide pyrophosphohydrolase and uses thereof |
| 1355 | 5,985,657 | T | Recombinant DNA which codes for interleukin-1 |
| 1356 | 5,985,637 | T | Gene encoding endo-.beta.-N-acetylglucosaminidase A |
| 1357 | 5,985,623 | T | DNA segments and methods for increasing polysaccharide production |
| 1358 | 5,985,605 | T | DNA sequences encoding phytases of ruminal microorganisms |
| 1359 | 5,985,603 | T | P.sub.2x receptor DNA and protein sequence |
| 1360 | 5,985,600 | T | Nucleic acid encoding delta opioid receptor |
| 1361 | 5,985,562 | T | Method of detecting thrombotic disease risk associated with plasma carboxypeptidase B polymorphisms |
| 1362 | 5,981,841 | T | Early seed 5' regulatory sequence |
| 1363 | 5,981,838 | T | Genetic manipulation of plants to increase stored carbohydrates |
| 1364 | 5,981,724 | T | DNA encoding CD40 ligand, a cytokine that binds CD40 |
| 1365 | 5,981,723 | T | Retinoblastoma-associated protein 1 CDNA |
| 1366 | 5,981,280 | T | Method and constructs for inhibiting protein expression in bacteria |
| 1367 | 5,981,235 | T | Methods for isolating nucleic acids using alkaline protease |
| 1368 | 5,981,230 | T | Polynucleotide encoding chemokine .beta.-4 |

1369 5,981,228 **T** Mammalian ZPAs
1370 5,981,219 **T** DNA molecules which code for a plastid 2-oxoglutarate/malate translocator
1371 5,981,217 **T** DNA encoding TGF-.beta. inducible early factor-1 (TIEF-1), a gene expressed by osteoblasts
1372 5,981,184 **T** Screening kit and process for determining action of substances inhibiting the P-type ATPase activity of Helicobacter pylori
1373 5,977,440 **T** DNA molecule encoding a 33kD cysteine proteinase and its use in transforming plants to provide insect resistance
1374 5,977,333 **T** DNA sequence encoding the myotonic dystrophy gene and uses thereof
1375 5,976,869 **T** DNA sequences and plasmids for the preparation of plants with changed sucrose concentration
1376 5,976,839 **T** Immunopotentiation through covalent linkage between immunogen and immunopotentiating molecules
1377 5,976,805 **T** Neisseria gonorrhoeae specific DNA fragment--GC3
1378 5,976,803 **T** Genetic test for equine severe combined immunodeficiency disease
1379 5,973,134 **T** Rat CNP complementary DNA and precursor protein
1380 5,972,902 **T** DNA encoding human IL-6 receptor antagonist and protein encoded thereby
1381 5,972,690 **T** DNA strands useful for the synthesis of xanthophylls and the process for producing the xanthophylls
1382 5,972,616 **T** TADG-15: an extracellular serine protease overexpressed in breast and ovarian carcinomas
1383 5,969,124 **T** Nucleotide sequence of L1CAM
1384 5,969,120 **T** Mutants of the RB and P53 genes
1385 5,968,828 **T** Virus-resistant transgenic plants comprising cells transformed with a polynucleotide encoding a potyviridae P1 protein or P1 protein fragment
1386 5,968,817 **T** DNA encoding serotonin receptors
1387 5,968,816 **T** Tumor suppressor genes, proteins encoded thereby and use of said genes and proteins
1388 5,968,772 **T** Pearl protein (nacrein) and process for producing the same
1389 5,968,771 **T** Global ischemia induced gene
1390 5,968,734 **T** Nucleic acid corresponding to a gene of chromosome 22 involved in recurrent chromosomal translocations associated with the development of cancerous tumors, and nucleic acids of fusion resulting from said translocations
1391 5,965,795 **T** Polynucleotide molecule from Haematococcus pluvialis encoding a polypeptide having a beta-C-4-oxygenase activity for biotechnological production of (3S, 3'S) astaxanthin and its specific expression in chromoplasts of higher plants
1392 5,965,424 **T** Methods for making neisseria or hemophilus IgA protease and DNA encoding the proteases
1393 5,965,403 **T** Nucleic acids encoding bone morphogenic protein-16 (BMP-16)
1394 5,965,400 **T** DNA encoding a truncated pneumogoccal surface protein (PspA)
1395 5,965,390 **T** Protein L and hybrid proteins thereof
1396 5,965,387 **T** Promoter

1397 [5,965,382](#)  [Nucleic acid encoding secreted Mac-2 binding glycoprotein](#)
1398 [5,962,769](#) [Induction of male sterility in plants by expression of high levels of avidin](#)
1399 [5,962,327](#) [Nucleotide sequence encoding the enzyme I-SceI and the uses thereof](#)
1400 [5,962,326](#) [Hyperthermostable .beta.-galactosidase gene, enzyme encoded thereby, and process for production](#)

---

[**Prev. List**] [**Next List**] [**Top**] [**View Cart**]

[**Home**] [**Quick**] [**Advanced**] [**Pat Num**] [**Help**]

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1401** through **1450** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ] | ACLM/"isolated DNA" |

| PAT. NO. | Title |
|---|---|
| 1401 | 5,962,296 **T** Method for cloning and producing Thermomicrobium roseum DNA polymerase I in E. coli |
| 1402 | 5,962,266 **T** Protease inhibitor peptides |
| 1403 | 5,962,260 **T** Recombinant production of human and bovine receptors for modified low-density lipoprotein |
| 1404 | 5,959,178 **T** Modification of lignin synthesis in plants |
| 1405 | 5,959,174 **T** Plant glutamate receptors |
| 1406 | 5,959,091 **T** Truncated gene of Bacillus thuringiensis encoding a polypeptide toxin |
| 1407 | 5,958,893 **T** Genes and proteins for treating cystic fibrosis |
| 1408 | 5,958,749 **T** DNA encoding a polypeptide possessing maltotetraose-forming amylase activity |
| 1409 | 5,958,735 **T** Polynucleotides encoding urogenital sinus derived growth inhibitory factor and vectors |
| 1410 | 5,958,713 **T** Method of detecting biologically active substances by using green fluorescent protein |
| 1411 | 5,955,653 **T** Callase-related DNAs and their use in artificial male sterility |
| 1412 | 5,955,652 **T** Plant genes for sensitivity to ethylene and pathogens |
| 1413 | 5,955,354 **T** RAS P21-interacting protein (RGL) and its RAS interacting domain (RID) |
| 1414 | 5,955,347 **T** Methods and products for the synthesis of oligosaccharide structures on glycoproteins, glycolipids, or as free molecules, and for the isolation of |

cloned genetic sequences that determine these structures
1415 5,952,548 **T** Soybean glucanases, compounds which encode therefor and related methods
1416 5,952,488 **T** Androgen regulation with DNA sequences of rat probasin gene
1417 5,952,486 **T** Materials and methods for the modification of plant lignin content
1418 5,952,483 **T** Human I.kappa.B-.beta.
1419 5,952,211 **T** Method for producing active human alanine aminotransferase
1420 5,952,195 **T** Promoters for expressing proteins of interest in yeast
1421 5,948,676 **T** Immediate early protein from Kaposi's sarcoma-associated herpesvirus, DNA encoding same and uses thereof
1422 5,948,669 **T** Rat cathepsin K polynucleotide and polypeptide sequence
1423 5,948,667 **T** Xylanase obtained from an anaerobic fungus
1424 5,948,662 **T** Bacillus-derived transglutaminase
1425 5,948,660 **T** DNA fragment encoding D-amino acid oxidase
1426 5,948,659 **T** Recombinant fructosyl amino acid oxidase
1427 5,948,636 **T** DNA and host cells encoding a cell surface protein of porphyromonas gingivalis
1428 5,948,622 **T** System for in vitro transposition
1429 5,945,675 **T** Methods of screening for a tumor or tumor progression to the metastatic state
1430 5,945,328 **T** Process for producing trypsin (trypsinogen)
1431 5,945,327 **T** DNA constructs and methods of producing cellulytic enzymes
1432 5,945,326 **T** Method for cloning and producing the SpeI restriction endonuclease
1433 5,945,324 **T** Multiple drug resistance gene ATRC of aspergillus nidulans
1434 5,945,320 **T** Platenolide synthase gene
1435 5,945,301 **T** Kinase in TGF-.beta. family signal transduction system
1436 5,945,300 **T** Connective tissue growth factor-2
1437 5,945,288 **T** Method for cloning and producing the PmeI restriction endonuclease
1438 5,942,660 **T** Methods of optimizing substrate pools and biosynthesis of poly-.beta.-hydroxybutyrate-co-poly-.beta.-hydroxyvalerate in bacteria and plants
1439 5,942,434 **T** Nucleic acid constructs comprising hypoxia response elements
1440 5,942,433 **T** Extension of a protein-protein interaction surface to inactivate the function of a cellular protein
1441 5,942,431 **T** DNA sequences encoding lipases and method for producing lipases
1442 5,942,429 **T** DEAH-box proteins
1443 5,942,416 **T** CDNA clone HNFDY20 that encodes a human 7-transmembrane receptor
1444 5,939,540 **T** Platelet secretory transport protein
1445 5,939,539 **T** GA 20-oxidase gene sequences
1446 5,939,301 **T** Cloned DNA polymerases from Thermotoga neapolitana and mutants thereof
1447 5,939,289 **T** DNA compounds comprising sequences encoding mannuronan C-5-epimerase
1448 5,939,287 **T** Method for production of proteins in yeast
1449 5,939,263 **T** Neuropeptide Y receptor
1450 5,936,078 **T** DNA and protein for the diagnosis and treatment of Alzheimer's disease



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1451** through **1500** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [            ]

[ Refine Search ]  [ ACLM/"isolated DNA"                    ]

| | PAT. NO. | Title |
|---|---|---|
| 1451 | 5,935,852 | DNA molecules encoding mammalian cerberus-like proteins |
| 1452 | 5,932,781 | Ectoine synthase gene |
| 1453 | 5,932,449 | Detection of botulinum toxin |
| 1454 | 5,932,415 | Processes and agents for detecting listerias |
| 1455 | 5,932,216 | Antibodies to bone morphogenetic protein-10 (BMP-10) |
| 1456 | 5,929,224 | Leukocyte cell--derived chemotaxin 2b (LECT2b) |
| 1457 | 5,929,223 | Cloning and characterizing of genes associated with long-term memory |
| 1458 | 5,929,221 | Gene derived from coryneform bacteria and use thereof |
| 1459 | 5,928,941 | Repressor kruppel-like factor |
| 1460 | 5,928,937 | Structure-based designed herbicide resistant products |
| 1461 | 5,928,931 | Isolation, purification and cloning of retinol dehydratase |
| 1462 | 5,928,927 | Enzymatic detoxification of organophosphorus compounds |
| 1463 | 5,928,926 | Isolation and cloning of the human ARSA-I gene and uses thereof |
| 1464 | 5,928,925 | Rice ornithine carbamyltransferase gene, and a vector containing said gene and a transformant |
| 1465 | 5,928,915 | CHO cell sialidase by recombinant DNA technology |
| 1466 | 5,928,898 | Multiple drug resistance gene atrD of Aspergillus nidulans |
| 1467 | 5,928,897 | Expression of a gram-positive bacteria replicon |
| 1468 | 5,925,807 | GA4 DNA, protein and method of use |

1469 5,925,804 **T** Production of trehalose in plants
1470 5,925,751 **T** Human cytomegalovirus DNA sequences
1471 5,925,733 **T** DNA polymerase of gamma herpes viruses associated with Kaposi's sarcoma and retroperitoneal fibromatosis
1472 5,925,360 **T** Hog cholera virus vaccine and diagnostic
1473 5,922,596 **T** Promoter of the retinoic acid receptor gene for directing gene expression
1474 5,922,586 **T** DNA constructs and methods of producing cellulytic enzymes
1475 5,922,585 **T** RNA polymerase II holoenzyme from Saccharomyces cerevisiae
1476 5,922,570 **T** Cytoplasmic Modulators of Integrin Binding/Signalling
1477 5,922,564 **T** Phosphate-deficiency inducible promoter
1478 5,922,546 **T** Human disintegrin metalloprotease KUZ gene
1479 5,922,542 **T** Diagnosis of predisposition to osteoporosis
1480 5,919,918 **T** Transformed plants expressing antimicrobial proteins
1481 5,919,694 **T** Mutant phosphoenolpyruvate carboxylase, its gene, and production method of amino acid
1482 5,919,692 **T** Ubiquitous ATP-sensitive potassium-channel genes
1483 5,919,690 **T** .alpha.-galactosidase enzyme
1484 5,919,649 **T** Camp-responsive transcriptional enhancer binding protein
1485 5,919,618 **T** Genes determining cellular senescence in yeast
1486 5,917,029 **T** Sugar-responsive enhancers in .alpha.-amylase genes
1487 5,917,019 **T** Altered telomere repeat binding factor 2
1488 5,916,796 **T** Enzyme exhibiting cellulase activity
1489 5,916,769 **T** Polynucleotides encoding extra cellular/epidermal growth factor HCABA58X polypepides
1490 5,916,768 **T** Contraceptive vaccine based on alloimmunization with zona pellucida polypeptides
1491 5,916,752 **T** Telomerase screening methods
1492 5,916,744 **T** Testing for infestation of rapeseed and other cruciferae by the fungus Leptosphaeria maculans (blackleg infestation)
1493 5,914,258 **T** Human deoxycytidine kinase 2
1494 5,914,257 **T** Structural gene for membrane-bound aldehyde dehydrogenase
1495 5,914,253 **T** Recombinant production of murine interferon--.gamma. (IFN-.gamma.) inducing factor (IGIF, IL-18)
1496 5,914,252 **T** DNA encoding membrane protein having PRE-B cell growth-supporting ability and protein encoded thereby
1497 5,914,251 **T** Nucleic acid molecules encoding placental-derived growth factors
1498 5,910,581 **T** Polypeptides of glycosaminoglycan sulfotransferase originating from human and DNA coding for the polypeptides
1499 5,910,436 **T** Trehalose phosphorylase, its preparation and uses
1500 5,910,412 **T** Method for identifying the sex of spinach by DNA markers

**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1501** through **1550** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ] | ACLM/"isolated DNA" |

[ Prev. List ] [ Next List ]

| PAT. NO. | Title |
|---|---|
| 1501 | 5,908,925 **T** Genetically engineered immunoglobulins with specificity for glycated albumin |
| 1502 | 5,908,827 **T** Protein from urine named component B |
| 1503 | 5,908,810 **T** Method of improving the growth of crop plants which are resistant to glutamine synthetase inhibitors |
| 1504 | 5,908,772 **T** Gene encoding lacto-N-biosidase |
| 1505 | 5,908,761 **T** Galectin-8 and galectin-8-like proteins and DNA molecules coding therefor |
| 1506 | 5,905,146 **T** DNA binding protein S1-3 |
| 1507 | 5,905,024 **T** Method for performing site-specific affinity fractionation for use in DNA sequencing |
| 1508 | 5,898,096 **T** Plant promoter |
| 1509 | 5,892,018 **T** DNA sequences encoding a brain sodium channel protein |
| 1510 | 5,891,688 **T** DNA encoding lemA-independent GacA and its use in activating gene expression |
| 1511 | 5,891,665 **T** Untranslated leader sequences from RNA viruses as enhancers of translation |
| 1512 | 5,889,172 **T** DNA sequences for immunologically active peptides of pertussis toxin |
| 1513 | 5,888,818 **T** Herbicide resistant plants |
| 1514 | 5,886,164 **T** DNA encoding enzymes related to ethylene biosynthesis and ripening from |

banana

1515  5,885,836  **T**  FLP-mediated gene modification in mammalian cells, and compositions and cells useful therefor

1516  5,885,819  **T**  Enzyme with xylanase activity

1517  5,885,818  **T**  Method for cloning and producing ageI restriction endonuclease in E. coli

1518  5,885,571  **T**  Bacillus thuringiensis strains and their insecticidal proteins

1519  5,883,244  **T**  Lytic .beta.-1,3-glucanase gene

1520  5,883,241  **T**  DNA sequences coding for a human metalloproteinase and variants thereof

1521  5,882,911  **T**  Enzyme with rhamnogalacturonase activity

1522  5,882,880  **T**  Human checkpoint gene and gene for antisense RNA thereof

1523  5,882,879  **T**  Method for influencing .beta.-lactam antibiotic production and for isolation of large quantities of ACV synthetase

1524  5,882,869  **T**  Plant adenylosuccinate synthetase and DNA coding therefor

1525  5,882,851  **T**  Cytochrome P-450 monooxygenases

1526  5,880,332  **T**  DNA constructs related to capsanthin capsorubin synthase, cells and plants derived therefrom

1527  5,880,328  **T**  DNA encoding plant chitinases

1528  5,879,950  **T**  Materials and methods for digestion of DNA or RNA using restriction endonucleases

1529  5,879,909  **T**  Human transaldolase: an autoantigen with a function in metabolism

1530  5,879,908  **T**  CRFG-1a, a target and marker for chronic renal failure

1531  5,879,883  **T**  Method for screening for alzheimer's disease

1532  5,879,879  **T**  CIS-acting element in the human LDL receptor promoter and uses thereof

1533  5,877,020  **T**  Promoter for the receptor tyrosine kinase, Tie

1534  5,876,999  **T**  Preparation of novel streptokinase mutants as improved thrombolytic agents

1535  5,876,991  **T**  Polyketide synthase genes

1536  5,876,985  **T**  Methods and compositions for the preparation of recombinant Trichomonas vaginalis proteins and peptides

1537  5,876,979  **T**  RNA component of mouse, rat, Chinese hamster and bovine telomerase

1538  5,876,974  **T**  Method for producing DNA encoding cystic fibrosis transmembrane conductance regulator (CFTR) protein in E. coli

1539  5,876,722  **T**  DNA encoding Derf II, the major mite allergen, host cells containing such DNA and methods for producing Derf II

1540  5,874,626  **T**  Osmotin gene promoter and use thereof

1541  5,874,561  **T**  DNA, host cell and vector encoding a protein with cytokine inhibitory activity

1542  5,874,300  **T**  Campylobacter jejuni antigens and methods for their production and use

1543  5,874,274  **T**  Processing plant material with xylanase

1544  5,874,271  **T**  Human glycosyltransferase gene, compounds and method for inhibiting cancerous metastasis

1545  5,874,253  **T**  DNA encoding megakaryocyte differentiation factor

1546  5,874,252  **T**  Splicing variant of the Epstein-Barr virus-induced G-protein coupled receptor

# USPTO Patent Full-Text and Image Database

**Home**  **Quick**  **Advanced**  **Pat Num**  **Help**

**Prev. List**  **Next List**  **Bottom**  **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1551** through **1600** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ]  [ ACLM/"isolated DNA" ]

| | PAT. NO. | | Title |
|---|---|---|---|
| 1551 | 5,872,225 | T | Method for characterizing the nucleotide sequence of L1CAM and the nucleotide sequence characterized thereby |
| 1552 | 5,872,000 | T | Nitrilase gene |
| 1553 | 5,871,993 | T | DNA encoding enzyme, recombinant DNA and enzyme, transformant, and their preparations and uses |
| 1554 | 5,871,990 | T | UDP-N-acetyl-.alpha.-D-galactosamine: polypeptide N-acetylgalactosaminyltransferase, gAlnAc-T3 |
| 1555 | 5,871,917 | T | Identification of differentially methylated and mutated nucleic acids |
| 1556 | 5,871,742 | T | Recombinant Avipox virus encoding polypeptide of mycoplasma gallisepticum, and utilized a live vaccine |
| 1557 | 5,869,640 | T | Nucleic acids encoding D-type cyclins and hybridization probes |
| 1558 | 5,869,638 | T | Bone-related cadherin-like protein and process for its production |
| 1559 | 5,869,608 | T | Nucleotide and amino acid sequences of the four variable domains of the major outer membrane proteins of Chlamydia trachomatis |
| 1560 | 5,869,320 | T | Cloning and expression of the gene for bacteriophage T7 RNA polymerase |
| 1561 | 5,869,318 | T | Gene sequence of the Down syndrome critical region of human chromosome 21, identified by a new "Alu-splicing PCR" technique, coding for a proline-rich protein (DSCR1) highly expressed in foetal brain and in heart and method for characterizing it |
| 1562 | 5,869,309 | T | Cephalosporin esterase gene from Rhodosporidium toruloides |

1563 5,869,304 **T** Technique for specifying the fatty acid at the sn2 position of acylglycerol lipids

1564 5,869,299 **T** Process for producing clavulanic acid

1565 5,869,293 **T** DNA encoding human interferon IFN -.alpha.001

1566 5,869,286 **T** Receptor that binds IL-17

1567 5,869,235 **T** Gene of the hop latent virus and methods for detecting the same

1568 5,869,064 **T** Protein rib, a cell surface protein that confers immunity to many strains of the group B Streptococcus: process for purification of the protein, reagent kit and pharmaceutical composition

1569 5,866,790 **T** DNA sequences and plasmids for the preparation of sugar beet with changed sucrose concentration

1570 5,866,782 **T** Gene which determines cytoplasmic sterility and a method of producing hybrid plants using said gene

1571 5,866,780 **T** Maize chlorotic dwarf virus genome and uses therefor

1572 5,866,779 **T** Recombinant gibberellin DNA and uses thereof

1573 5,866,695 **T** Soybean peroxydase gene family and an assay for detecting soybean peroxidase activity

1574 5,866,422 **T** Method for cloning and producing the Tsp45I restriction endonuclease in E. coli

1575 5,866,398 **T** Method for cloning and producing the BS1I restriction endonuclease in E. coli

1576 5,866,395 **T** Purified thermostable pyrococcus furiosus DNA polymerase I

1577 5,866,374 **T** Gene conferring flocculating property on yeast and gene product thereof

1578 5,866,333 **T** Screening methods to detect mRNA targets of editing enzymes

1579 5,863,797 **T** Gene fusion encoding a hypersecretor protein

1580 5,863,783 **T** Cloning and expression of DNA molecules encoding arabinan-degrading enzymes of fungal origin

1581 5,863,758 **T** Nucleic acids encoding osteogenic proteins

1582 5,861,307 **T** Human s-myc-like polypeptide and a gene coding for said polypeptide

1583 5,861,296 **T** Purified thermostable inorganic pyprophosphatase obtainable from thermococcus litoralis

1584 5,861,293 **T** Gene encoding glycosyltransferase and its uses

1585 5,861,278 **T** HNF3.delta. compositions

1586 5,861,240 **T** Isolated human herpesvirus type 8 sequences and uses thereof

1587 5,859,347 **T** Enhanced expression in plants

1588 5,859,343 **T** Recombinant sweet protein mabinlin

1589 5,859,334 **T** Genetic sequences encoding glycosyltransferase enzymes and uses therefor

1590 5,859,329 **T** Genetic sequences encoding flavonol synthase enzymes and uses therefor

1591 5,859,328 **T** Isolated DNA elements that direct pistil-specific and anther-specific gene expression and methods of using same

1592 5,859,309 **T** Vector for integration site independent gene expression in mammalian host cells

1593 5,859,183 **T** Altered telomere repeat binding factor

1594 5,858,787 **T** DNA encoding PACAP receptor protein and method for preparing said

protein
1595 5,858,759  D-N-carbamoyl-amino acid amidohydrolase and hydantoinase
1596 5,858,729  Expression of porcine reproductive respiratory syndrome virus polypeptides in the same cell
1597 5,858,702  Isolation, cloning and expression of transmembrane water channel Aquaporin 5 (AQP5)
1598 5,858,353  Insect viruses, sequences, insecticidal compositions and methods
1599 5,856,296  DNA encoding interleukin-4 receptors
1600 5,856,177  Promoters derived from the maize phosphoenolpyruvate carboxylase gene involved in C.sub.4 photosynthesis

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

## USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|---|---|---|---|---|

| Prev. List | Next List | Bottom | View Cart |
|---|---|---|---|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1601** through **1650** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 1601 | 5,856,137 | T | Nucleic acids encoding and recombinant production of the .beta. subunit of lutenizing hormone |
| 1602 | 5,856,125 | T | ETS2 repressor factor (ERF) genetic locus and its products |
| 1603 | 5,856,124 | T | DNA encoding high-affinity melatonin receptors |
| 1604 | 5,856,121 | T | Growth arrest homebox gene |
| 1605 | 5,854,420 | T | Maize acetyl CoA carboxylase encoding DNA clones |
| 1606 | 5,854,417 | T | Borna disease virus-specific DNA and proteins |
| 1607 | 5,854,412 | T | Chemokine N-terminal deletion mutations |
| 1608 | 5,854,034 | T | DNA segments and methods for increasing polysaccharide production |
| 1609 | 5,854,028 | T | Compositions comprising IL-11 and methods of making and using IL-11 |
| 1610 | 5,854,021 | T | Enhance protein production method |
| 1611 | 5,852,186 | T | Reactive neutralizing human anti-GP120 recombinant antibody, DNA coding the same and use thereof |
| 1612 | 5,851,827 | T | DNA encoding clostridium perfringens alpha-toxin peptides |
| 1613 | 5,851,824 | T | Human calcium channel .alpha.-1C/.alpha.-1D, .alpha.-2, .beta.-1, and .gamma.subunits and cells expressing the DNA |
| 1614 | 5,851,821 | T | DNA Replication-regulating genes |
| 1615 | 5,851,805 | T | Method for producing DNA from mRNA |
| 1616 | 5,851,794 | T | Collagen binding protein as well as its preparation |

1617 5,850,023 **T** Modified plant viral replicase genes

1618 5,850,020 **T** Materials and method for the modification of plant lignin content

1619 5,850,018 **T** Expression control sequence for general and effective expression of genes in plants

1620 5,850,016 **T** Alteration of amino acid compositions in seeds

1621 5,850,015 **T** Hypersensitive response elicitor from Erwinia chrysanthemi

1622 5,849,999 **T** Transgenic non-human mice expressing Flag-APP-C100 protein develop alzheimer's disease brain morphology and behavior

1623 5,849,995 **T** Mouse model for Huntington's Disease and related DNA sequences

1624 5,849,895 **T** Human N-methyl-D-aspartate receptor subunits, nucleic acids encoding same and uses therefor

1625 5,849,894 **T** Rhodospirillum rubrum poly-.beta.-hydroxyalkanoate synthase

1626 5,849,558 **T** Discovery of and method for cloning and producing the PspGI restriction endonuclease

1627 5,849,541 **T** DNA encoding triol polyketide synthase

1628 5,849,538 **T** DNA encoding human endothelial cell growth factors and plasmids comprising said DNA

1629 5,849,522 **T** Enhancer for eukaryotic expression systems

1630 5,847,258 **T** DNA encoding .beta.-1,3-glucanases

1631 5,847,102 **T** Cold induced promoter from winter Brassica napus

1632 5,846,784 **T** Fatty acid modifying enzymes from developing seeds of Vernonia galamenensis

1633 5,846,770 **T** DNA molecules encoding human chordin

1634 5,846,766 **T** Oxytocin receptor and DNA coding therefor

1635 5,846,705 **T** Nucleotide sequence of two circular SSDNA associated with banana bunchy top virus and method for detection of banana bunchy top virus

1636 5,843,758 **T** Enzyme based bioremediation

1637 5,843,756 **T** Mouse MTSI gene

1638 5,843,707 **T** Nucleic acid encoding a novel P-selectin ligand protein

1639 5,843,646 **T** DNA molecules encoding murine son of sevenless (mSOS) gene and mSOS polypeptides

1640 5,840,869 **T** DNA encoding interleukin-4 receptors

1641 5,840,865 **T** Eukaryotic transposable element

1642 5,840,558 **T** Soybean peroxidase gene family and an assay for detecting soybean peroxidase activity

1643 5,840,555 **T** Transcriptional regulatory regions derived from the K18 gene

1644 5,840,533 **T** Tissue plasminogen activator

1645 5,840,531 **T** Ingap protein involved in pancreatic islet neogenesis

1646 5,840,530 **T** DNA encoding receptors for the beta-2 chain of human IL-12

1647 5,840,522 **T** Recombinant lectins

1648 5,840,518 **T** DNA fragment, vector containing the DNA fragment, transformant transformed with the vector and process for producing protein using the vector

**T**



1649 5,840,486    Mutant DNA encoding protein phosphatase 1 G-subunit
1650 5,840,300 **T** Methods and compositions comprising single chain recombinant antibodies

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|---|---|---|---|---|

| Prev. List | Next List | Bottom | View Cart |
|---|---|---|---|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1651** through **1700** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search | ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 1651 | 5,837,876 | T | Root cortex specific gene promoter |
| 1652 | 5,837,850 | T | Regulatory element conferring tapetum specificity |
| 1653 | 5,837,849 | T | OCS element |
| 1654 | 5,837,848 | T | Root-specific promoter |
| 1655 | 5,837,845 | T | Human monoclonal antibody specifically binding to surface antigen of cancer cell membrane |
| 1656 | 5,837,842 | T | Vascular anticoagulant proteins DNA which codes them, processer for preparing them and their use |
| 1657 | 5,837,839 | T | DNA coding sequences for mevalonate Pyrophosphate decarboxylase |
| 1658 | 5,837,545 | T | Genes, polypeptides, and compositions for cold tolerance in plants |
| 1659 | 5,837,536 | T | Expression of human multidrug resistance genes and improved selection of cells transduced with such genes |
| 1660 | 5,837,534 | T | Smooth muscle 22.alpha. promoter, gene transfer vectors containing the same, and method of use of the same to target gene expression in arterial smooth muscle cells |
| 1661 | 5,837,509 | T | Recombinant lactic acid bacterium containing an inserted promoter and method of constructing same |
| 1662 | 5,837,497 | T | DNAs encoding mammalian ZPC and uses thereof |
| 1663 | 5,837,495 | T | DNA encoding interleukin-1 antagonist |
| 1664 | 5,837,492 | T | Chromosome 13-linked breast cancer susceptibility gene |

| 1665 | 5,837,489 | **T** | Human neuronal nicotinic acetylcholine receptor and cells transformed with same DNA and mRNA encoding an--subunit of |
| 1666 | 5,834,284 | **T** | N-acetylglucosaminyl transferase gene coding therefor and process for production thereof |
| 1667 | 5,834,265 | **T** | Multifunctional RNA having self-processing activity, the preparation thereof and the use thereof |
| 1668 | 5,834,253 | **T** | Bacillus stearothermophilus DNA polymerase with proof-reading 3'-5' exonuclease activity |
| 1669 | 5,834,245 | **T** | PRLTS proteins and DNA's encoding the same |
| 1670 | 5,834,244 | **T** | Factor VIIa inhibitors from Kunitz domain proteins |
| 1671 | 5,831,141 | **T** | Expression of a heterologous polypeptide in mammary tissue of transgenic non-human mammals using a long whey acidic protein promoter |
| 1672 | 5,831,061 | **T** | Nucleic acid encoding ecdysis-triggering hormone |
| 1673 | 5,831,057 | **T** | Associative learning and the linotte gene |
| 1674 | 5,831,053 | **T** | Genes which influence pichia proteolytic activity, and uses therefor |
| 1675 | 5,830,849 | **T** | Vampire bat salivary plasminogen activators |
| 1676 | 5,830,759 | **T** | Unique associated Kaposi's sarcoma virus sequences and uses thereof |
| 1677 | 5,830,756 | **T** | DNA and expression vector encoding I.kappa.B Protein |
| 1678 | 5,830,734 | **T** | Enzyme with acetyl esterase activity |
| 1679 | 5,830,714 | **T** | Biologically active fragment of bacillus stearothermophilus DNA polymerase |
| 1680 | 5,830,703 | **T** | DNA encoding adrenomedullin |
| 1681 | 5,830,700 | **T** | Hybrid proteins having cross-linking and tissue-binding activities |
| 1682 | 5,830,688 | **T** | DNA sequences, vectors, recombinant viruses and method which employs recombinant vaccinia viruses capable of muliplying in CHO cells |
| 1683 | 5,827,739 | **T** | Recombinant DNA sequences, vectors containing them and method for the use thereof |
| 1684 | 5,827,731 | **T** | Thrombin-inhibitory protein from ticks |
| 1685 | 5,827,730 | **T** | Mutant DNA encoding insulin receptor substrate 1 |
| 1686 | 5,827,726 | **T** | DNA coding protein kinase |
| 1687 | 5,827,721 | **T** | BH55 hyaluronidase |
| 1688 | 5,827,719 | **T** | Enzyme with lipolytic activity |
| 1689 | 5,827,706 | **T** | Cyclosporin synthetase |
| 1690 | 5,827,687 | **T** | Promoter and method of gene expression using the same |
| 1691 | 5,824,875 | **T** | 1-aminocyclopropane-1-carboxylate synthase genes from pelargonium |
| 1692 | 5,824,870 | **T** | Commercial production of aprotinin in plants |
| 1693 | 5,824,867 | **T** | Plant glutamate receptors |
| 1694 | 5,824,864 | **T** | Maize gene and protein for insect control |
| 1695 | 5,824,863 | **T** | Seed coat-specific cryptic promoter in tobacco |
| 1696 | 5,824,862 | **T** | DNA encoding ATP-dependent fructose 6-phosphate 1-phosphotransferase originating from plant, recombinant vector containing the same and method for changing sugar content in plant cells under low temperature |
| 1697 | 5,824,795 | **T** | Oligonucleotides for the detection of salmonella |
| 1698 | 5,824,529 | **T** | Method for cloning and producing the PshAI restriction endonuclease |

1699 [5,824,523](#)  Isolated DNA encoding enzyme for phage resistance
1700 [5,824,509](#) Recombinant lymphotoxin cDNA and variants

**Prev. List**   **Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

# USPTO Patent Full-Text and Image Database

| **Home** | **Quick** | **Advanced** | **Pat Num** | **Help** |

| **Prev. List** | **Next List** | **Bottom** | **View Cart** |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1701** through **1750** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ] [ ACLM/"isolated DNA"                    ]

| PAT. NO. | | Title |
|---|---|---|
| 1701 | 5,824,508 **T** | Non-splicing variants of gp350/220 |
| 1702 | 5,824,503 **T** | Gene encoding endoglycoceramidase activator |
| 1703 | 5,824,302 **T** | Method of controlling insect larvae comprising feeding an insecticidal amount of a transgenic maize plant expressing a polypeptide having Bt-crystal protein toxic properties |
| 1704 | 5,821,398 **T** | DNA molecules encoding inducible plant promoters and tomato ADH2 enzyme |
| 1705 | 5,821,104 **T** | Tripeptidyl aminopeptidase |
| 1706 | 5,821,103 **T** | Deoxyribonuclease |
| 1707 | 5,821,094 **T** | S-locus receptor kinase gene in a self-incompatible brassica napus line |
| 1708 | 5,821,090 **T** | Riboflavin-biosynthesis in fungi |
| 1709 | 5,821,078 **T** | Nucleic acid encoding interferon-.alpha./.beta. binding protein |
| 1710 | 5,821,077 **T** | Process for activating gene expression in bacteria |
| 1711 | 5,817,794 **T** | Isolated DNA sequence comprising DNA encoding human cytoplasmic Cu-Zn superoxide dismutase |
| 1712 | 5,817,790 **T** | Reshaped human antibody to human interleukin-6 receptor |
| 1713 | 5,817,502 **T** | Genes for the synthesis of pyrrolnitrin |
| 1714 | 5,817,501 **T** | DNA encoding suppressin protein and uses thereof |
| 1715 | 5,817,499 **T** | DNA encoding an enzyme with endoglucanase activity from Trichoderma harzianum |

1716  5,817,496  **T**  Recombinant kat enzyme from rat

1717  5,814,509  **T**  Prostacyclin synthase derived from human

1718  5,814,506  **T**  Over-expression and purification of a truncated thermostable DNA polymerase by protein fusion

1719  5,814,499  **T**  DNA encodoing phage abortive infection protein from lactococcus lactis and method of use thereof

1720  5,814,456  **T**  Sperm antigen corresponding to a sperm zone binding protein autoantigenic epitope

1721  5,811,291  **T**  Enzyme with rhamnogalacturonase activity

1722  5,811,285  **T**  DSZD utilization in desulfurization of DBT by rhodococcus sp. IGTS8

1723  5,811,233  **T**  Compositions and uses thereof in the diagnosis of psoriasis

1724  5,811,103  **T**  Hog cholera virus vaccine and diagnostic

1725  5,808,026  **T**  Sequence of AF1q cDNA

1726  5,807,712  **T**  DNA encoding lymphocyte chemoattractant factor (LCF) and uses thereof

1727  5,807,711  **T**  Parenchymal hepatocyte growth factors

1728  5,804,558  **T**  Protegrins

1729  5,804,429  **T**  Cephalosporin C acylase

1730  5,804,418  **T**  Methods for preparing nucleotide integrases

1731  5,804,415  **T**  Prostaglandin E receptors, their DNA and production

1732  5,804,411  **T**  Polypeptide of protein P140 and DNAS encoding it

1733  5,801,236  **T**  Probes for MTS1 gene and polynucleotides encoding mutant MTS1 genes

1734  5,801,233  **T**  Nucleic acid compositions encoding acetyl-coa carboxylase and uses therefor

1735  5,801,043  **T**  Amylase variants

1736  5,798,259  **T**  Gene coding for eicosapentaenoic acid synthesizing enzymes and process for production of eicosapentaenoic acid

1737  5,798,105  **T**  DNA encoding a plasmodium 16kD protein

1738  5,798,099  **T**  DNA encoding Derf II, the major mite allergen, host cells containing such DNA and method for producing Derf II

1739  5,795,767  **T**  Epimerase

1740  5,795,766  **T**  Protein having .alpha.-glucosidase activity, DNA having genetic information thereof, and production of .alpha.-glucosidase

1741  5,795,765  **T**  Gene encoding endoglycoceramidase

1742  5,792,933  **T**  Fiber-specific protein expression in the cotton plant

1743  5,792,926  **T**  Virus/herbicide resistance genes, processes for producing same and their use

1744  5,792,923  **T**  DNA sequences which lead to the formation of levans plasmids containing these sequences as well as a process for preparing transgenic plants

1745  5,792,846  **T**  Human calcium channel compositions and methods

1746  5,792,638  **T**  Human ras-related oncogenes unmasked by expression cDNA cloning

1747  5,792,629  **T**  Isolated DNA encoding novel protease inhibitory polypeptide

1748  5,792,612  **T**  Use of lipids to improve the polymerse chain reaction

1749  5,789,566  **T**  DNA sequence imparting cytoplasmic male sterility, mitochondrial genome, nuclear genome, mitochondria and plant containing said sequence and process for the preparation of hybrids

1750 5,789,559  DNA sequences of enterically transmitted non-A/non-B hepatitis viral agent

Prev. List   Next List   Top   View Cart

Home   Quick   Advanced   Pat Num   Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1751** through **1800** out of **2645***

| Prev. 50 Hits |

| Next 50 Hits |

| Jump To |

| Refine Search | ACLM/"isolated DNA" |

| | PAT. NO. | | Title |
|---|---|---|---|
| 1751 | 5,789,233 | T | DNA encoding an Eimekia 50 KD antigen |
| 1752 | 5,789,211 | T | Gene encoding a polypeptide having nitrile hydratase activity, a transformant containing the gene and a process for the production of amides using the transformant |
| 1753 | 5,789,193 | T | Increased production of secreted proteins by recombinant eukaryotic cells |
| 1754 | 5,789,170 | T | Specific co-activator for human androgen receptor |
| 1755 | 5,786,466 | T | Method for screening an expression cDNA clone bank for the detection of polynucleotides |
| 1756 | 5,786,463 | T | Multiple drug resistance gene of Cryptococcus neoformans |
| 1757 | 5,786,206 | T | DNA encoding recombinant lipoprotein antigens |
| 1758 | 5,786,195 | T | Method for cloning and producing the bssHII restriction endonuclease in E. coli |
| 1759 | 5,786,192 | T | Farnesyl pyrophosphate synthetase and DNA sequence encoding the same |
| 1760 | 5,786,189 | T | Vaccine |
| 1761 | 5,786,140 | T | DNA's encoding sucrose isomerase and palatinase |
| 1762 | 5,783,686 | T | Method for purifying nucleic acids from heterogenous mixtures |
| 1763 | 5,783,681 | T | Androgen regulation with DNA sequences of rat probasin gene |
| 1764 | 5,783,442 | T | Cloning vector plasmid, vector-primer derived therefrom and preparation method of CDNA bank using the same |
| 1765 | 5,783,417 | T | Human-derived tumor cell growth inhibitors |

1766 5,783,398 T High throughput assay using fusion proteins

1767 5,783,394 T Raspberry promoters for expression of transgenes in plants

1768 5,783,385 T Method for homologous-recombination screening of recombinant-DNA clones in yeast host libraries

1769 5,780,708 T Fertile transgenic corn plants

1770 5,780,271 T PCR assays for phytophthora species

1771 5,780,223 T Molecular diagnosis of autosomal dominant Charcot-Marie-Tooth disease

1772 5,777,095 T Osp A and B Sequence of Borrelia burgdonferi strains ACA1 and IP90

1773 5,776,771 T Kanamycin resistance gene derived from microorganisms of the genus rhodococcus

1774 5,776,731 T DNA encoding type-I interleukin-I receptor-like protein designated 2F1

1775 5,773,695 T Plant nuclear scaffold attachment region and method for increasing gene expression in transgenic cells

1776 5,773,290 T Mammary gland-specific promoters

1777 5,773,288 T Plant genes affecting gibberellic acid biosynthesis

1778 5,773,274 T Gene encoding sulfotransferase

1779 5,773,273 T Geranylgeranyl diphosphate synthase and DNA coding therefor

1780 5,773,265 T DNA encoding heptaprenyl diphosphate synthetase

1781 5,773,251 T DNA clone of human tissue factor inhibitor

1782 5,770,402 T DNA encoding macrophage inflammatory protein-1.gamma.

1783 5,770,398 T Vector for integration site independent gene expression in mammalian host cells

1784 5,770,372 T Detection of mutations in the human ATM gene

1785 5,767,375 T Plant genes affecting gibberellic acid biosynthesis

1786 5,767,373 T Manipulation of protoporphyrinogen oxidase enzyme activity in eukaryotic organisms

1787 5,767,371 T Deacetylase genes for the production of phosphinothricin or phosphin-othricyl-alanyl-alanine, process for their isolation, and their use

1788 5,767,370 T Deacetylase genes for the production of phosphinothricin or phosphinothricyl-alanyl-alanine, processes for their isolation, and their use

1789 5,767,369 T DNA sequences encoding SAR8.2 proteins and uses thereof

1790 5,767,262 T Smooth muscle cell LIM protein

1791 5,766,923 T Isolated nucleic acid encoding ligands for FGFR

1792 5,766,913 T Cloning, expression and nucleotide sequence of an alkaline lipase gene from pseudomonas pseudoalcaligenes F-111

1793 5,766,608 T DNA molecules which encode the fimbrin protein of Haemophilus influenzae

1794 5,766,586 T Gram-positive bacteria replicon

1795 5,763,590 T Isolation of an M.sub.r 52,000 FK506 binding protein and molecular cloning of a corresponding human cDNA

1796 5,763,244 T Method for cloning and expression of phosphorylation-dependent protein kinase

1797 5,763,228 T Recombinant enzyme for converting maltose into trehalose from pimelobacter sp.

1798 5,763,223 **T** DNA encoding a cytokine that induces apoptosis
1799 5,763,216 **T** Gene encoding a human reduced folate carrier (RFC)
1800 5,763,210 **T** Recombinant production of interferon-gamma binding proteins

---

**Prev. List**   **Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA":** 2645 patents.
*Hits **1801** through **1850** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [        ]

[ Refine Search ] | ACLM/"isolated DNA" |

| | PAT. NO. | Title |
|---|---|---|
| 1801 | 5,763,183 | Allelic variation of the serotonin 5HT7 receptor |
| 1802 | 5,762,924 | Recombinant entomopoxvirus |
| 1803 | 5,760,204 | DNA encoding murine interleukin-5 receptor |
| 1804 | 5,760,203 | Gap gene sequences |
| 1805 | 5,760,180 | DNA encoding precursor of interleukin-1.beta. converting enzyme-related cysteine proteinase III (ICE.sub.rel -III) |
| 1806 | 5,759,839 | Cloned SstI/SacI restriction-modification system |
| 1807 | 5,759,831 | DNA molecules and vectors regarding clavulanic acid biosynthesis enzymes |
| 1808 | 5,759,824 | Genes for butyrobetaine/crotonobetaine-l-carnitine metabolism and their use for the microbiological production of l-carnitine |
| 1809 | 5,759,807 | Process for producing relaxin |
| 1810 | 5,759,804 | Isolated nucleic acid encoding seven transmembrane receptors |
| 1811 | 5,756,708 | DNA sequences of banana bunchy top virus |
| 1812 | 5,756,348 | DNA encoding a glycine transporter and uses thereof |
| 1813 | 5,756,334 | Thermostable DNA polymerase from 9.degree.N-7 and methods for producing the same |
| 1814 | 5,756,328 | Acyltransferase and cDNA encoding acyltransferase |
| 1815 | 5,756,105 | Opacity associated proteins, DNA encoding the same, and methods of use thereof |

| | | |
|---|---|---|
| 1816 | 5,753,507 | Plant geraniol/nerol 10-hydroxylase and DNA coding therefor |
| 1817 | 5,753,502 | **T** Neuron-specific ICAM-4 promoter |
| 1818 | 5,753,464 | **T** DNA encoding a polypeptide having pre-B cell growth-supporting ability |
| 1819 | 5,753,435 | **T** Oxido reductase enzyme system obtainable from P. chrysogenum, the set of genes encoding the same and the use of oxido reductase enzyme systems or genes encoding the same for increasing antibiotic production |
| 1820 | 5,750,876 | **T** Isoamylase gene, compositions containing it, and methods of using isoamylases |
| 1821 | 5,750,848 | **T** DNA sequence useful for the production of polyhydroxyalkanoates |
| 1822 | 5,750,399 | **T** Isoflavone reductase promoter |
| 1823 | 5,750,365 | **T** Isolated nucleic acid encoding a newt acidic fibroblast growth factor (AFGF) |
| 1824 | 5,747,336 | **T** Cloned human genes for muscarinic acetylcholine receptors and cells lines expressing same |
| 1825 | 5,747,323 | **T** Retroviral vectors comprising a VL30-derived psi region |
| 1826 | 5,747,285 | **T** DNA comprising regulatory regions from gene y of penicillium chrysogenum |
| 1827 | 5,747,282 | **T** 17Q-linked breast and ovarian cancer susceptibility gene |
| 1828 | 5,744,692 | **T** Nucleotide sequences coding an endopolygalacturonase inhibitor |
| 1829 | 5,744,345 | **T** Hyperthermostable .beta.-galactosidase gene, enzyme encoded thereby, and process for production |
| 1830 | 5,744,341 | **T** Genes of carotenoid biosynthesis and metabolism and a system for screening for such genes |
| 1831 | 5,741,704 | **T** Hexokinase promoter and assay method |
| 1832 | 5,741,697 | **T** Bacteriophage of chlamydia psittaci |
| 1833 | 5,741,671 | **T** Isolation cloning and expression of transmembrane water channel aquaporin 1(AQP1) |
| 1834 | 5,741,645 | **T** Gene sequence for spinocerebellar ataxia type 1 and method for diagnosis |
| 1835 | 5,739,082 | **T** Method of improving the yield of herbicide-resistant crop plants |
| 1836 | 5,739,027 | **T** MTS1E1.beta. gene |
| 1837 | 5,739,008 | **T** DNA encoding a protein comprising calmodulin-and actin-binding human caldesmon peptide fragment |
| 1838 | 5,738,854 | **T** Pseudorabies virus vaccine |
| 1839 | 5,736,375 | **T** Expression system for novel pullulanase |
| 1840 | 5,736,373 | **T** Thermostable DNA polymerase from Bacillus pallidus |
| 1841 | 5,736,364 | **T** Factor viia inhibitors |
| 1842 | 5,736,359 | **T** Isolated DNA molecules for integration site independent gene expression in mammalian host cells |
| 1843 | 5,736,358 | **T** Dictyostelid expression vector and method for expressing a desired protein |
| 1844 | 5,736,131 | **T** Hybrid toxin |
| 1845 | 5,734,086 | **T** Cytochrome P450.sub.lpr gene and its uses |
| 1846 | 5,734,035 | **T** Nematode vaccine |
| 1847 | 5,733,771 | **T** cDNAs encoding minor ampullate spider silk proteins |
| 1848 | 5,731,412 | **T** Protein, DNA coding for same and method of producing the protein |
| 1849 | 5,731,185 | **T** Isolated DNA encoding the hphi restriction endonuclease and related |

methods for producing the same

1850 5,731,176  DNA fragment encoding a polypeptide having nitrile hydratase activity, a transformant containing the gene and a process for the production of amides using the transformant

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits 1851 through 1900 out of 2645*

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search | ACLM/"isolated DNA" |

| PAT. NO. | | Title |
|---|---|---|
| 1851 | 5,731,170 T | DNA encoding a growth factor specific for epithelial cells |
| 1852 | 5,731,169 T | cDNA fragment coding the alpha interferon receptor gene and process for the preparation of a corresponding protein |
| 1853 | 5,731,167 T | Autotaxin: motility stimulating protein useful in cancer diagnosis and therapy |
| 1854 | 5,731,166 T | Recombinant production of chemotactic CP-10 polypeptides and therapeutic methods using them |
| 1855 | 5,731,150 T | IS6110 based molecular detection of mycobacterium tuberculosis |
| 1856 | 5,728,579 T | DNA encoding Mat-8 |
| 1857 | 5,728,567 T | Tissue plasminogen activator having zymogenic or fibrin specific properties |
| 1858 | 5,726,299 T | Promoter DNA fragment from coryneform bacteria |
| 1859 | 5,726,298 T | Epimorphin and its encoding nucleic acids |
| 1860 | 5,726,035 T | Recombinant production of mammalian calcium channel gamma subunits |
| 1861 | 5,723,759 T | Pyrrolnitrin biosynthesis genes |
| 1862 | 5,723,756 T | Bacillus thuringiensis strains and their genes encoding insecticidal toxins |
| 1863 | 5,723,754 T | Tapetum-specific promoters from Brassicaceae spp |
| 1864 | 5,723,596 T | European corn borer resistance genetic markers |
| 1865 | 5,723,332 T | Translational enhancer DNA |
| 1866 | 5,723,328 T | Enzyme with endoglucanase activity |

1867 5,723,318 **T** DNA coding for megakaryocyte potentiator

1868 5,723,314 **T** Recombinant antigen for diagnosing rheumatoid arthritis

1869 5,723,293 **T** Diagnostic method and kit for determining Rh blood group genotype

1870 5,721,354 **T** Human cytomegalovirus DNA sequences

1871 5,721,348 **T** DNA encoding PH-20 proteins

1872 5,721,127 **T** Pullanase

1873 5,721,126 **T** Method for cloning and producing the SCaI restriction endonuclease in E. coli

1874 5,721,115 **T** DNA encoding a novel Haemophilus influenzae protein

1875 5,719,043 **T** DNA sequences for an amino acid transporter, plasmids, bacteria, yeasts and plants containing a transporter and their use

1876 5,719,042 **T** Nucleic acids encoding transcription factor APRF (acute phase response factor)

1877 5,719,041 **T** DNA encoding ecotin homologs

1878 5,717,069 **T** DNA sequence coding for enhancin polypeptide which enhances virus infection of host insects

1879 5,716,849 **T** Genes for the biosynthesis of soraphen

1880 5,716,835 **T** Nucleic acid encoding a novel human EP prostaglandin receptor

1881 5,716,834 **T** Cloned factor C cDNA of the Singapore horseshoe crab, Carcinoscorpius rotundicauda and purification of factor C proenzyme

1882 5,716,823 **T** Human respiratory virus preparahons and processess

1883 5,714,382 **T** Synthetic plasmids and transformants comprising a feline interferon cDNA

1884 5,714,377 **T** Modified fungal cells and method for producing recombinant products

1885 5,712,382 **T** Plant adenylosuccinate lyase and DNA coding therefor

1886 5,712,155 **T** DNA encoding tumor necrosis factor-.alpha. and -.beta. receptors

1887 5,712,147 **T** DNA encoding Bacillus licheniformis PWD-1 keratinase

1888 5,712,139 **T** Pyranose oxidase, pyranose oxidase gene, novel recombinant DNA and process for producing pyranose oxidase

1889 5,712,121 **T** Chimeric interleukin 5-receptor/immunoglobulin polypeptides

1890 5,712,092 **T** Papillomavirus probe and process for in vitro diagnosis of papillomavirus infections

1891 5,712,091 **T** Method of selecting genetically superior shrimp

1892 5,712,090 **T** PCR-based assay for Mycoplasma hyopneumoniae

1893 5,710,018 **T** Mammalian influx peptide transporter

1894 5,708,156 **T** Epidermal growth factor receptor-like gene product and its uses

1895 5,707,863 **T** Tumor suppressor gene merlin

1896 5,707,840 **T** Multifunctional RNA having self-processing activity, the preparation thereof and the use thereof

1897 5,707,803 **T** DNA regulatory elements responsive to cytokines and methods for their use

1898 5,702,920 **T** DNAS encoding human macrophage migration inhibition factor related peptides

1899 5,702,919 **T** DNA encoding canine granulocyte macrophage colony stimulating factor

1900 5,702,895 **T** Method and kit for detecting methicillin-resistant Staphylococcus aureus

[Prev. List] [Next List] [Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1901** through **1950** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| PAT. NO. | Title |
|---|---|
| 1901 5,700,678 **T** | Protein disulfide-isomerase and production thereof |
| 1902 5,700,667 **T** | Strategy for the production of RNA from immobilized templates |
| 1903 5,700,664 **T** | Mammalian cytokine, IL-11 |
| 1904 5,700,658 **T** | ICAM-4 materials and methods |
| 1905 5,698,204 **T** | Recombinant allergenic proteins from ragweed pollen |
| 1906 5,696,250 **T** | DNA encoding megakaryocyte growth and development factor analogs |
| 1907 5,695,966 **T** | DNA encoding daunorubicin 14-hyroxylase and method for preparing doxorubicin |
| 1908 5,695,965 **T** | Neurospora expression system |
| 1909 5,695,957 **T** | Polypeptides and DNA encoding same, associated with human malaria parasites |
| 1910 5,695,956 **T** | Clostridium perfingens type a enterotoxin toxoid and methods of preparation and use as a vaccine and therapeutic agent |
| 1911 5,695,939 **T** | Plant defense genes and plant defense regulatory elements |
| 1912 5,693,781 **T** | Promoter DNA fragment from coryneform bacteria |
| 1913 5,693,774 **T** | DNA sequences involved in soraphen biosynthesis by myxobacteria |
| 1914 5,693,518 **T** | Enzymes with xylanase activity from Aspergillus aculeatus |
| 1915 5,693,506 **T** | Process for protein production in plants |
| 1916 5,693,501 **T** | Compounds and methods to determine presence of Histoplasma capsulatum |

1917 5,693,500 **T** Diagnosis of Mycobacterium bovis infection
1918 5,693,498 **T** DNA encoding a plerocerciod growth factor
1919 5,693,487 **T** Nucleic acids encoding max: a helix-loop-helix zipper protein that forms a sequence-specific DNA-binding complex with Myc and Mad
1920 5,693,486 **T** DNA sequences encoding protegrins and protegrin analogs and their use in recombinant methods of producing protegrins
1921 5,693,473 **T** Linked breast and ovarian cancer susceptibility gene
1922 5,693,472 **T** Detection of cryptosporidium parvum
1923 5,691,199 **T** DNA encoding biocidal proteins
1924 5,691,197 **T** Isolated DNA sequence for a novel macrophage receptor with a collagenous domain
1925 5,691,181 **T** DNA encoding lipase from human gastric mucosal tissue
1926 5,691,168 **T** DNA sequences encoding AlaGlu-IGF-1 and vectors and microorganisms comprising said sequences
1927 5,691,156 **T** Method of inhibiting cell growth with the P.sub.2U receptor
1928 5,691,155 **T** Nucleotide sequences encoding the murine .beta.3-adrenergic receptor and their applications
1929 5,689,051 **T** Transgenic plants and DNA comprising anther specific promoter 5126 and gene to achieve male sterility
1930 5,689,050 **T** Production of gamma linolenic acid by a .DELTA.6-desaturase
1931 5,689,045 **T** Transgenic pathogen-resistant plant
1932 5,689,044 **T** Chemically inducible promoter of a plant PR-1 gene
1933 5,688,939 **T** Plant adenylosuccinate synthetase and DNA coding therefor
1934 5,688,936 **T** Vesicle membrane transport proteins
1935 5,688,691 **T** Insect retinoid-like receptor compositions and methods
1936 5,688,678 **T** DNA encoding and methods for producing BMP-8 proteins
1937 5,686,575 **T** Toxoplasma gondii P28 polypeptides
1938 5,686,294 **T** Protein having heat-resistant malate dehydrogenase activity
1939 5,686,285 **T** Norbornane type ester hydrolase
1940 5,686,283 **T** Genomic DNA encoding the pseudomonas fluorescens alternative sigma factor, RpoS, capable of activating gene expression
1941 5,686,268 **T** Fused proteins
1942 5,684,241 **T** Purified tobacco protein involved in nicotine synthesis, DNA encoding, and use of sense and antisense DNAs corresponding thereto to affect nicotine content in tobacco plants
1943 5,684,238 **T** Biosynthesis of zeaxanthin and glycosylated zeaxanthin in genetically engineered hosts
1944 5,684,146 **T** DNA coding for variable region to human influenza A type virus
1945 5,683,904 **T** Ubiquitin-specific proteases
1946 5,683,898 **T** Gene coding for eicosapentaenoic acid synthesizing enzymes and process for production of eicosapentaenoic acid
1947 5,681,942 **T** Fanconi Anemia Type C gene
1948 5,681,737 **T** Detection system for mutagens that also identifies mutagenic changes **T**

1949 5,681,735    Transcription control element for increasing gene expression in myoblasts
1950 5,681,717 **T** DNA encoding novel cell surface protein



# USPTO Patent Full-Text and Image Database

**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**

**Prev. List**    **Next List**    **Bottom**    **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **1951** through **2000** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [          ]

[ Refine Search ]  [ ACLM/"isolated DNA"                    ]

| PAT. NO. | Title |
|---|---|
| 1951 5,679,783 | DNA encoding a tissue differentiation affecting factor |
| 1952 5,679,635 | Aspartoacylase gene, protein, and methods of screening for mutatons associated with canavan disease |
| 1953 5,679,540 | Cloning and identification of a two component signal transducing regulatory system from bacteroides fragilis |
| 1954 5,679,511 | CDNA clones for a regulatory protein in the melanin-production pathway |
| 1955 5,677,172 | Method for production of proteins in yeast |
| 1956 5,674,735 | DNA encoding the EHV-4 gH or gC glycoprotein |
| 1957 5,674,734 | Cell death protein |
| 1958 5,674,733 | Method and materials for introducing DNA into Prevotella ruminicola |
| 1959 5,674,728 | Aspergillus niger vacuolar aspartyl protease |
| 1960 5,674,709 | Pseudorabies virus protein |
| 1961 5,674,704 | Cytokine designated 4-IBB ligand |
| 1962 5,672,509 | hPDE IV-C: a human phosphodiesterase IV isozyme |
| 1963 5,670,635 | Seed storage protein with nutritionally balanced amino acid composition |
| 1964 5,670,360 | Mammalian receptors for glucagon-like-peptide-1 (GLP-1), corresponding DNA and recombinant expression systems, and screening assays for GLP-1 agonists and enhancers |
| 1965 5,670,350 | Genomic DNA encoding a pseudomonas global transcriptional activation element and its use in activating gene expression |

1966 5,670,338 **T** DNA encoding bone morphogenetic proteins, host cells transformed there by, and uses thereof

1967 5,668,295 **T** Protein involved in nicotine synthesis, DNA encoding, and use of sense and antisense DNAs corresponding thereto to affect nicotine content in transgenic tobacco cells and plants

1968 5,668,263 **T** Conserved yeast nucleic acid sequences

1969 5,668,012 **T** Platelet endothelial cell adhesion molecule-1 promoters and uses thereof

1970 5,668,005 **T** Cloned genes encoding reverse transcriptase lacking RNASE H activity

1971 5,668,004 **T** DNA polymerase III holoenzyme from Escherichia coli

1972 5,665,892 **T** Sucrose phosphate synthase (SPS), its process for preparation its cDNA, and utilization of cDNA to modify the expression of SPS in plant cells

1973 5,665,592 **T** Feline immunodeficiency virus isolate NCSU.sub.1

1974 5,665,579 **T** Invertase genes and uses thereof

1975 5,665,566 **T** Cloning of enterokinase and method of use

1976 5,665,564 **T** Isolation and characterisation of genes resistant to anthracycline antibiotics

1977 5,665,551 **T** Purified nucleic acid encoding a thermostable pyrophosphatase

1978 5,665,542 **T** Toxoplasma gondii P28 gene and methods for its use

1979 5,665,349 **T** Recombinant baculovirus with insecticidal activity

1980 5,663,315 **T** Isolated DNA encoding human GP2

1981 5,663,067 **T** Method for cloning and producing the SapI restriction endonuclease in E. coli

1982 5,663,065 **T** DNA encoding infectious Rubella virus

1983 5,663,048 **T** Y-chromosome specific polynucleotide probes for prenatal sexing

1984 5,663,047 **T** HLA-DR antigen gene and its nucleotide sequence and its use

1985 5,661,026 **T** Gene encoding bacterial beta-ketothiolase

1986 5,661,011 **T** Sexing method of bovine embryos

1987 5,661,007 **T** Bone morphogenetic protein-9 compositions

1988 5,661,004 **T** Lymphotoxin-.beta., lymphotoxin-.beta. complexes, pharmaceutical preparations and therapeutic uses thereof

1989 5,661,003 **T** Water channel

1990 5,660,983 **T** Maize cytoplasmic male sterility type T (cms-T) mitochondria DNA

1991 5,659,026 **T** ALS3 promoter

1992 5,658,792 **T** Antiproliferative protein

1993 5,658,733 **T** Detection of isoniazid resistant strains of M. tuberculosis

1994 5,656,472 **T** Beta-carotene biosynthesis in genetically engineered hosts

1995 5,656,457 **T** DNA sequence for the unique sequence herpes simplex virus type 2-glycoprotein G protein and method of expressing said unique sequence of HSV-2gG

1996 5,656,452 **T** NF-AT.sub.p, ' a T lymphocyte DNA-binding protein

1997 5,656,451 **T** OspE, OspF, and S1 polypeptides in borrelia burgdorferi

1998 5,654,414 **T** Chemically inducible promoter of a cucumber chitinase/lysozyme gene

1999 5,654,180 **T** Hybrid plasmid vectors, recombinant plasmids containing genes encoding nitrile degrading enzymes, transformants containing the recombinant

plasmids and methods of producing amides and acids using the transformants

2000 5,654,139  Allelic variation of the serotonin 5HT.sub.2c receptor

**Prev. List**   **Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2001** through **2050** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [_____]

[ Refine Search ]  [ ACLM/"isolated DNA" ]

| | PAT. NO. | Title |
|---|---|---|
| 2001 | 5,652,357 | Nucleic acids for the detection of the Bak polymorphism in human platelet membrane glycoprotein IIb |
| 2002 | 5,652,353 | DNAs encoding tumor necrosis factor-.alpha. muteins |
| 2003 | 5,652,132 | Oxido reductase enzyme system obtainable from P. chrysogenum, the set of genes encoding the same and the use of oxido reductase enzyme systems or genes encoding the same for increasing antibiotic production |
| 2004 | 5,652,125 | Process for preparing daunorubicin |
| 2005 | 5,650,505 | Chemically regulatable and anti-pathogenic DNA sequences and uses thereof |
| 2006 | 5,650,504 | Nucleic acids encoding eck receptor ligands |
| 2007 | 5,650,320 | Lanthionine antibiotic compositions and methods |
| 2008 | 5,650,314 | Recombinant agents affection thrombosis |
| 2009 | 5,650,298 | Tight control of gene expression in eucaryotic cells by tetracycline-responsive promoters |
| 2010 | 5,648,478 | Tissue-specific enhancer active in prostate |
| 2011 | 5,648,260 | DNA encoding antibodies with altered effector functions |
| 2012 | 5,648,256 | Gene encoding a polypeptide having nitrile hydratase activity, a transformant containing the gene and a process for the production of amides using the transformant |
| 2013 | 5,648,250 | Tissue plasminogen activator |
| 2014 | 5,646,026 | Ribosome-inactivating proteins, inactive precursor forms thereof, a process |

for making and a method of using

2015 5,646,016 **T** Peptide and protein fusions to thioredoxin, thioredoxin-like molecules, and modified thioredoxin-like molecules

2016 5,644,045 **T** X-linked adrenoleukodystrophy gene and corresponding protein

2017 5,643,791 **T** Characterization and structure of an endodglucanase gene of Cellulomonas fimi

2018 5,643,749 **T** Soluble interferon .alpha.-receptor, its preparation and use

2019 5,643,747 **T** Genes for the export of pertussis holotoxin

2020 5,643,746 **T** Human epidermal gene promoter

2021 5,643,725 **T** Sequence and analysis of LKP pilin structural genes and the LKP pili operon of nontypable haemophilus influenzae

2022 5,641,874 **T** DNA encoding bactericidal/permeability increasing proteins

2023 5,641,660 **T** Glutamicum threonine biosynthetic pathway

2024 5,641,654 **T** Non-A non-B hepatitis specific antigen and its use in hepatitis

2025 5,641,653 **T** DNA encoding Actinobacillus pleuropneumoniae hemolysin

2026 5,639,949 **T** Genes for the synthesis of antipathogenic substances

2027 5,639,863 **T** Human monoclonal antibodies specific to cell cycle independent glioma surface antigen

2028 5,639,652 **T** DNA encoding a human 5-HT.sub.1F receptor and uses thereof

2029 5,639,640 **T** DNA encoding the beta subunit of human follide stimulating hormone and expression vectors and cells containing same

2030 5,639,638 **T** DNA molecules encoding bone morpogenetic protein-11

2031 5,639,616 **T** Isolated nucleic acid encoding a ubiquitous nuclear receptor

2032 5,637,480 **T** DNA molecules encoding bone morphogenetic protein-10

2033 5,637,476 **T** Method for cloning and producing the SFII restriction endonuclease and methylase

2034 5,635,374 **T** Bone calcification factor and recombinant production of the factor nucleic acid encoding

2035 5,635,373 **T** Bone morphogenic protein-5(BMP-5) and DNA encoding same

2036 5,635,372 **T** BMP-15 compositions

2037 5,635,370 **T** DNA encoding BEHAB, a brain hyaluronan-binding protein, and recombinant expression systems for production of BEHAB polypeptides

2038 5,633,449 **T** Induction of resistance to viral diseases in plants

2039 5,633,438 **T** Microspore-specific regulatory element

2040 5,633,435 **T** Glyphosate-tolerant 5-enolpyruvylshikimate-3-phosphate synthases

2041 5,633,434 **T** Transgenic plants displaying virus and phosphinothricin resistance

2042 5,633,363 **T** Root preferential promoter

2043 5,633,158 **T** Bacterial nitroreductase for the reduction of CB 1954 and analogues thereof to a cytotoxic form

2044 5,633,150 **T** Preparation of functional human factor VIII

2045 5,633,139 **T** Toxoplasma gondii P28 gene and methods for its use

2046 5,633,137 **T** Method for measuring specific gene expression: transcriptional activity per gene dose

2047 5,633,129  Electrophoretic detection and separation of mutant DNA using replaceable polymer matrices

2048 5,631,358 **T** Enod2 gene regulatory region

2049 5,631,144 **T** Application of novel DNA fragments as a coding sequence for a signal peptide for the secretion of mature proteins by recombinant yeast, expression cassettes, transformed yeast and corresponding process for the preparation of proteins

2050 5,629,414 **T** Diagnostic genes for toxoplasmosis

| Prev. List | Next List | Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2051** through **2100** out of **2645***

| Prev. 50 Hits |

| Next 50 Hits |

| Jump To |

| Refine Search | ACLM/"isolated DNA" |

| PAT. NO. | Title |
|---|---|
| 2051 5,629,204 | Peptide related to human programmed cell death and DNA encoding it |
| 2052 5,629,196 | DNA encoding peptide hormone that inhibits digestion in insects |
| 2053 5,629,182 | DNA fragments coding for a bacteriophage-resistant mechanism |
| 2054 5,627,065 | DNA fragment containing a gene encoding creatinine amidohydrolase |
| 2055 5,627,049 | K. lactis RP28 ribosomal protein gene promoter and use thereof |
| 2056 5,624,835 | Endo-.beta.-1,4-glucanase and a DNA sequence |
| 2057 5,624,819 | Germline mutations in the MTS gene |
| 2058 5,624,817 | Mutations in the gene encoding the alpha chain of platelet glycoprotein Ib |
| 2059 5,624,816 | Transmembrane glycoprotein ASGP-2: nucleotide sequences and recombinant production of proteins |
| 2060 5,623,067 | Seed-specific promoter region |
| 2061 5,622,866 | Expression cassettes useful in construction of integrative and replicative expression vectors for Streptomyces |
| 2062 5,622,851 | Human deoxycytidylate deaminase gene |
| 2063 5,620,867 | Bone morphogenetic protein expression and DNA |
| 2064 5,618,722 | Photuris firefly luciferase gene |
| 2065 5,618,712 | Human lysozyme |
| 2066 5,618,698 | Production of erythropoietin |
| 2067 5,618,692 | Zwittermicin resistance gene and biocontrol bacteria with the gene |

| | | | |
|---|---|---|---|
| 2068 | 5,616,699 | T | Coding, promoter and regulator sequences of IRF-1 |
| 2069 | 5,616,486 | T | Tissue plasminogen activator having zymogenic or fibrin specific properties |
| 2070 | 5,616,484 | T | Cloning and expression of the ApaLI restriction endonuclease |
| 2071 | 5,616,473 | T | Cloning and expression of ligninases |
| 2072 | 5,616,322 | T | Sperm antigen corresponding to a sperm zona binding protein autoantigenic epitope |
| 2073 | 5,614,400 | T | Methods and compositions relating to plant palmitoyl-acyl carrier protein desaturase |
| 2074 | 5,614,190 | T | Tissue plasminogen activator having zymogenic or fibrin specific properties |
| 2075 | 5,612,191 | T | Plant genes affecting gibberellic acid biosynthesis |
| 2076 | 5,612,190 | T | DNA molecule encoding bovine group I phospholipase A.sub.2 receptor |
| 2077 | 5,610,282 | T | cDNA encoding a rat D.sub.1 dopamine receptor linked to adenylyl cyclase activation and expression of the receptor protein in plasmid-transfected cell lines |
| 2078 | 5,610,053 | T | DNA sequence which acts as a chromatin insulator element to protect expressed genes from cis-acting regulatory sequences in mammalian cells |
| 2079 | 5,610,048 | T | Xylanase, DNA sequences, coding for the xylanases and methods of use thereof |
| 2080 | 5,610,010 | T | Process and apparatus for fragmenting biomaterials |
| 2081 | 5,608,151 | T | Anti-microbial proteins |
| 2082 | 5,608,150 | T | Fruit specific promoters |
| 2083 | 5,608,146 | T | DNA sequences with oligosaccharide transporter, plasmids, bacteria and plants containing a transporter as well as a process for the preparation and transformation of yeast strains for identification of the transporter |
| 2084 | 5,607,844 | T | Mammalian augmenter of liver regeneration and variants thereof |
| 2085 | 5,607,836 | T | Methods of detecting compounds which bind to the P.sub.2U receptor |
| 2086 | 5,605,815 | T | Nucleic acids encoding and expression of parathyroid hormone-like peptide |
| 2087 | 5,604,123 | T | Luciferase, gene encoding the same and production process of the same |
| 2088 | 5,604,115 | T | Liver enriched transcription factor |
| 2089 | 5,602,300 | T | Process for detecting mutations, transgenic mammal transgenic mammalian cell, and process for testing agents or conditioning for mutagenic properties |
| 2090 | 5,602,031 | T | DNA encoding molecules containing at least one peptide sequence carrying one or several epitopes characteristic of a liver stage antigen produced by p. falciparum in hepatocytes and compositions containing them |
| 2091 | 5,602,024 | T | DNA encoding a hypothalamic atypical neuropeptide Y/peptide YY receptor (Y5) and uses thereof |
| 2092 | 5,602,016 | T | D-amino acid oxidase from F. solani and DNA therefor |
| 2093 | 5,602,010 | T | DNA encoding equine-gamma interferon and recombinant production of equine IFN-.gamma. polypeptides |
| 2094 | 5,602,007 | T | Recombinant DNA molecules |
| 2095 | 5,602,003 | T | N-acetylglucosaminyltransferase V gene |
| 2096 | 5,599,709 | T | Recombinant DNA encoding neuronal .alpha.-bungarotoxin-binding proteins |
| 2097 | 5,599,692 | T | Antigenic polypeptides of Taenia ovis |
| 2098 | 5,597,911 | T | Mycobacterial nucleic acid hybridization probes and methods of use |

2099 5,596,132  Induction of resistance to virus diseases by transformation of plants with a portion of a plant virus genome involving a read-through replicase gene

2100 5,596,088  DNA Encoding the human P.sub.2U receptor and null cells expressing P.sub.2U receptors

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2101** through **2150** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]   [          ]

[ Refine Search ]  [ ACLM/"isolated DNA"                    ]

| PAT. NO. | Title |
|---|---|
| 2101 | 5,595,911 **T** Isolation of a cDNA encoding a protein tyrosine phosphatase which localizes to focal adhesions |
| 2102 | 5,595,902 **T** DNA encoding human protein kinase C (iota) |
| 2103 | 5,595,871 **T** Detection and prevention of mycoplasma hominis infection |
| 2104 | 5,595,733 **T** Methods for protecting ZEA mays plants against pest damage |
| 2105 | 5,593,882 **T** Selectin variants |
| 2106 | 5,593,881 **T** Bacillus thuringiensis delta-endotoxin |
| 2107 | 5,593,862 **T** Nucleic acids encoding drosophila tipE cation channel proteins and recombinant expression of the same |
| 2108 | 5,593,861 **T** Dog-mouse heterohybridoma and gene fragment coding for constant region of canine immunoglobulins |
| 2109 | 5,593,837 **T** Clinical disorders associated with carboxypeptidase E mutation |
| 2110 | 5,591,574 **T** Probes, diagnostic method and immunization method based on papillomavirus types HPV 49 and HPV 50 |
| 2111 | 5,591,434 **T** DNA sequence encoding surface protein of cryptosporidium parvum |
| 2112 | 5,589,584 **T** Angiotensinogen gene variants and predisposition to hypertension |
| 2113 | 5,589,583 **T** Plant promoter |
| 2114 | 5,589,380 **T** Isolated DNA molecule encoding SHET1 of Shigella flexneri 2a and mutant Shigella flexneri 2a |
| 2115 | 5,589,373 **T** Thermostable alkaline metalloprotease produced by a hyphomonas and |

|      |        |   | preparation thereof |
|------|--------|---|---------------------|
| 2116 | 5,589,372 | **T** | Squalene synthetase |
| 2117 | 5,589,360 | **T** | Polypeptide, DNA fragment encoding the same, drug composition containing the same and process for producing the same |
| 2118 | 5,589,358 | **T** | Ileal bile acid transporter compositions and methods |
| 2119 | 5,589,355 | **T** | Process for producing riboflavin |
| 2120 | 5,589,338 | **T** | Nucleic acids encoding a mutant form of human serum albumin involved in familial dysalbuminemic hyperthyroxinemia |
| 2121 | 5,587,359 | **T** | Human derived glycoprotein, biologically active factor which includes glycoprotein and pharmaceutical product |
| 2122 | 5,587,310 | **T** | Chimeric blood coagulation proteins |
| 2123 | 5,587,307 | **T** | FemA gene of staphylococcus epidermidis, femA protein, and vectors and microorganisms comprising the femA gene |
| 2124 | 5,587,306 | **T** | Phospholipase C homolog |
| 2125 | 5,587,301 | **T** | DNA encoding a hyaluronan receptor expressed in human umbilical vein endothelial cells |
| 2126 | 5,585,542 | **T** | DNA sequences encoding at least part of the tomato enzyme endopolygalacturonase PG1 .beta.-subunit |
| 2127 | 5,585,269 | **T** | Isolated DNA encoding c-mer protooncogene |
| 2128 | 5,585,268 | **T** | Malaria-specific DNA sequences, expression products thereof, and the use thereof |
| 2129 | 5,585,256 | **T** | Aspergillus aculeatus rhamnogalacturon acetyl esterases, DNA sequences encoding the enzymes and methods of use thereof |
| 2130 | 5,585,253 | **T** | Extracellular serine protease and a Bacillus subtilis alkaline neutral an serine protease mutant strain |
| 2131 | 5,582,990 | **T** | DNA encoding borrelia burgdorferi OspA and a method for diagnosing borrelia burgdorferi infection |
| 2132 | 5,580,775 | **T** | High affinity, brain-specific nucleic acids encoding a L-proline transporter, and vectors, and host cells comprising the same |
| 2133 | 5,580,753 | **T** | DNA encoding the human cytokine, interleukin-9 |
| 2134 | 5,580,715 | **T** | Diagnosis of cancer having clonal macrophage involvement |
| 2135 | 5,576,428 | **T** | Invertase gene(s) and uses thereof |
| 2136 | 5,576,195 | **T** | Vectors with pectate lyase signal sequence |
| 2137 | 5,576,191 | **T** | Cytokine that binds ST2 |
| 2138 | 5,574,136 | **T** | DNA encoding granulocyte colony-stimulating factor receptor and protein thereof |
| 2139 | 5,573,930 | **T** | DNA encoding various forms of colony stimulating factor-1 |
| 2140 | 5,573,928 | **T** | Porcine vasoactive intestinal peptide receptor and DNA |
| 2141 | 5,573,924 | **T** | CD27 ligand |
| 2142 | 5,571,693 | **T** | DNA sequences and amino acid sequences of class B beta lactamase enzymes from bacteroides fragilis |
| 2143 | 5,571,674 | **T** | DNA oligomers for use in detection of campylobacter pylori and methods of using such DNA oligomers |
| 2144 | 5,569,830 | **T** | Plant inhibitors of fungal polygalacturonases and their use to control fungal |

disease

2145 5,569,823  DNA comprising plum pox virus and tomato spotted wilt virus cDNAS for disease resistance

2146 5,567,611  Multifunctional M-CSF proteins and genes encoding therefor

2147 5,565,358  Enhancer and silencer sequences isolated from the GPIIB promoter

2148 5,565,334  Enhancer sequence for modulating expression in epithelial cells

2149 5,563,048  Human stromal derived factor 1.alpha. and 1.beta., and DNAs encoding the same

2150 5,559,034  Synergistic antifungal protein and compositions containing same

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|---|---|---|---|---|

| Prev. List | Next List | Bottom | View Cart |
|---|---|---|---|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits 2151 through 2200 out of 2645*

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [ ]

[ Refine Search ] | ACLM/"isolated DNA" |

| | PAT. NO. | | Title |
|---|---|---|---|
| 2151 | 5,559,023 | T | Tumor suppressor gene |
| 2152 | 5,559,021 | T | DNA encoding a novel mammalian transporter homologous to neurotransmitter transporters and uses thereof |
| 2153 | 5,559,016 | T | Process for producing alanine |
| 2154 | 5,559,009 | T | Voltage-gated potassium channel gene, KV1.7, vectors and host cells comprising the same, and recombinant methods of making potassium channel proteins |
| 2155 | 5,559,008 | T | Leukotoxin gene from Pasteurella suis |
| 2156 | 5,556,786 | T | Anhidrotic ectodermal dysplasia gene and method of detecting same |
| 2157 | 5,554,538 | T | DNA sequences derived from papillomavirus HPV-33 genome |
| 2158 | 5,554,526 | T | Human parainfluenza virus type 4A fusion protein and gene coding for the same |
| 2159 | 5,554,512 | T | Ligands for flt3 receptors |
| 2160 | 5,552,537 | T | IgE isoforms and methods of use |
| 2161 | 5,552,536 | T | DNA encoding precursor of interleukin-1 beta converting enzyme - related cysteine proteinase III (ice rel-III) |
| 2162 | 5,552,308 | T | CDNA clone of a rat serotonin transporter and protein encoded thereby |
| 2163 | 5,552,303 | T | DNA encoding epithelium-derived T-cell factor |
| 2164 | 5,550,223 | T | Lipoprotein I (ompi) of pseudomonas aeruginosa |
| 2165 | 5,550,037 | T | Mammalian augmenter of liver regeneration (ALR): human and rat |

2166 5,547,933 **T** Production of erythropoietin

2167 5,547,854 **T** DNA encoding a receptor for Mullerian inhibitory substance, misr1, and corresponding vectors, cells, probes, and recombinant methods

2168 5,547,853 **T** CD2-binding domain of lymphocyte function associated antigen 3

2169 5,547,845 **T** Aqueous solution containing D.sub.1 dopamine receptor

2170 5,545,816 **T** Phytoene biosynthesis in genetically engineered hosts

2171 5,545,563 **T** Human C/EBP gene and vectors for its expression

2172 5,545,549 **T** DNA encoding a human neuropeptide Y/peptide YY (Y2) receptor and uses thereof

2173 5,545,546 **T** Pollen-specific promoter from maize

2174 5,545,545 **T** Lysine-insensitive maize dihydrodipicolinic acid synthase

2175 5,545,525 **T** Detection of candida albicans

2176 5,543,323 **T** Plasmodium merozoite rhoptries antigenic polypeptides

2177 5,543,308 **T** Isolated DNA encoding the FSEI restriction endonuclease and related methods for producing the same

2178 5,541,112 **T** Genes which influence pichia proteolytic activity, and uses therefor

2179 5,541,109 **T** Expression cloning of c-src SH3-domain binding proteins

2180 5,541,095 **T** Glycosaminoglycan specific sulfotransferases

2181 5,538,892 **T** Nucleic acids encoding a TGF-.beta. type 1 receptor

2182 5,538,869 **T** In-situ hybridization probes for identification and banding of specific human chromosomes and regions

2183 5,538,866 **T** Prostate-specific membrane antigen

2184 5,538,861 **T** DNA encoding a stimulating factor for the axl receptor

2185 5,536,657 **T** Recombinant DNA encoding human receptor for interleukin-12

2186 5,534,660 **T** Ph genes and their uses

2187 5,534,409 **T** Cytokine regulated transcription factor

2188 5,532,347 **T** DNA encoding .alpha. melanocyte stimulating hormone receptor

2189 5,532,153 **T** Method for cloning and producing the SacI restriction endonuclease

2190 5,532,152 **T** Platelet-activating factor acetylhydrolase

2191 5,532,143 **T** Isolated DNA molecules for intergration site independent gene expression in mammalian host cells

2192 5,530,195 **T** Bacillus thuringiensis gene encoding a toxin active against insects

2193 5,530,189 **T** Lycopene biosynthesis in genetically engineered hosts

2194 5,530,177 **T** Transgenic mice producing bovine .alpha.-lactalbumin in their milk

2195 5,529,919 **T** Method of making endoglucanase I

2196 5,527,896 **T** Cloning by complementation and related processes

2197 5,527,884 **T** Mediators of chronic allograft rejection and DNA molecules encoding them

2198 5,527,682 **T** DNA sequences encoding proteins used to elicit and detect programmed cell death

2199 5,527,679 **T** .beta..sub.5 protein and DNA encoding the same

2200 5,525,712 **T** DNA encoding the human neurokinin-1 receptor



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
| --- | --- | --- | --- | --- |

| Prev. List | Next List | Bottom | View Cart |
| --- | --- | --- | --- |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2201** through **2250** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search   ACLM/"isolated DNA"

| | PAT. NO. | | Title |
| --- | --- | --- | --- |
| 2201 | 5,525,504 | T | Cytolysin gene and gene product |
| 2202 | 5,525,502 | T | DNA encoding chitin deacetylase |
| 2203 | 5,523,227 | T | DNA encoding calcium-signal modulating cyclophilin ligand |
| 2204 | 5,523,225 | T | DNA sequence encoding human cystathionine .beta.-synthase |
| 2205 | 5,521,088 | T | Alcohol acetyltransferase genes and use thereof |
| 2206 | 5,521,069 | T | Genomic DNA exons having exons encoding human pituitary adenylate cyclase activity peptide with 38 amino acids residues(PACAP38) and a promoter thereof |
| 2207 | RE35,248 | T | Method for producing the Hinc II restriction endonuclease and methylase |
| 2208 | 5,519,125 | T | Plant adenylosuccinate synthetase and DNA coding therefor |
| 2209 | 5,518,916 | T | Cloned Babesia DNA |
| 2210 | 5,516,685 | T | Isolation and characterization of a novel protease from Streptomyces lividans |
| 2211 | 5,516,679 | T | Penicillin V amidohydrolase gene from Fusarium oxysporum |
| 2212 | 5,516,678 | T | Method for producing the SSPI restriction endonuclease and methylase |
| 2213 | 5,516,658 | T | DNA encoding cytokines that bind the cell surface receptor hek |
| 2214 | 5,516,653 | T | DNA encoding a human neuropeptide Y/peptide YY/pancreatic polypeptide receptor (Y4) and uses thereof |
| 2215 | 5,516,650 | T | Production of activated protein C |
| 2216 | 5,514,787 | T | DNA sequences encoding human membrane cofactor protein (MCP) |

2217 5,514,544 **T** Activator gene for macrolide biosynthesis

2218 5,512,669 **T** Gene encoding bacterial acetoacetyl-COA reductase

2219 5,512,478 **T** Genes and enzymes involved in the microbial degradation of pentachlorophenol

2220 5,512,472 **T** DNA sequence encoding sterol .DELTA.14 reductase

2221 5,512,457 **T** Cytokine designated elk ligand

2222 5,512,456 **T** Method for the improved production and recovery of poly-.beta.-hydroxybutyrate from transformed Escherichia coli

2223 5,512,440 **T** Process for lysing Mycobacteria

2224 5,510,474 **T** Plant ubiquitin promoter system

2225 5,510,473 **T** Cloning of the recA gene from thermus aquaticus YT-1

2226 5,510,472 **T** Production of recombinant human interferon-beta2

2227 5,510,466 **T** Scavenger receptor protein and antibody thereto

2228 5,506,137 **T** Purified thermostable Pyrococcus furiosus DNA ligase

2229 5,506,119 **T** DNA encoding variant CD44 surface proteins associated with metastatic tumors

2230 5,504,200 **T** Plant gene expression

2231 5,504,197 **T** DNA encoding neurotrophic growth factors

2232 5,501,976 **T** Methods and compositions for the control of the flesh fly

2233 5,500,370 **T** Thermostable ribonuclease H and genetic constructs therefore

2234 5,500,363 **T** Recombinant thermostable DNA polymerase from archaebacteria

2235 5,494,806 **T** DNA and vectors encoding the parathyroid hormone receptor, transformed cells, and recombinant production of PTHR proteins and peptides

2236 5,492,825 **T** Mammalian inward rectifier potassium channel cDNA, IRK1, corresponding vectors, and transformed cells

2237 5,492,823 **T** Method for direct cloning and producing the BsoBI restriction endonuclease in E. coli

2238 5,492,811 **T** Bacterial diagnostic probe

2239 5,492,809 **T** Mutations rendering platelet glycoprotein Ib-.alpha. less reactive

2240 5,489,529 **T** DNA for expression of bovine growth hormone

2241 5,489,430 **T** Poultry mycoplasma antigen, gene thereof and recombinant vectors containing the gene as well as vaccines utilizing the same

2242 5,487,990 **T** Glucose-regulated promoter of yeast acetyl-CoA hydrolase

2243 5,487,976 **T** DNA encoding an insect gamma-aminobutyric acid (GABA) receptor subunit cells expressing it, and pesticide screening methods using such cells

2244 5,484,905 **T** Receptor protein kinase gene encoded at the self-incompatibility locus

2245 5,484,728 **T** Parathion hydrolase analogs and methods for production and purification

2246 5,484,724 **T** DNA encoding GLSI

2247 5,480,981 **T** CD30 ligand

2248 5,480,805 **T** Composition for modulating sterols in yeast

2249 5,480,799 **T** Sperm antigen corresponding to a sperm zona binding protein autoantigenic epitope

2250 5,480,797 **T** Augmenter of liver regeneration (ALR)

**Prev. List**    **Next List**    **Top**    **View Cart**

**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**

# USPTO Patent Full-Text and Image Database

**Home**  **Quick**  **Advanced**  **Pat Num**  **Help**

**Prev. List**  **Next List**  **Bottom**  **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2251** through **2300** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search   ACLM/"isolated DNA"

| | PAT. NO. | Title |
|---|---|---|
| 2251 | 5,478,369 | Nucleotide sequences mediating male fertility and method of using same |
| 2252 | 5,476,785 | Recombinant DNA clone containing a genomic fragment of PfHRP-II gene from Plasmodium falciparum |
| 2253 | 5,476,779 | DNA encoding insulin-like growth factor II isolated from rainbow trout |
| 2254 | 5,475,101 | DNA sequence encoding endoglucanase III cellulase |
| 2255 | 5,475,100 | Artificial antibody |
| 2256 | 5,475,098 | Distinctive DNA sequence of E. coli 0157:H7 and its use for the rapid, sensitive and specific detection of 0157:H7 and other enterohemorrhagic E. coli |
| 2257 | 5,472,872 | Recombinant CviJI restriction endonuclease |
| 2258 | 5,472,871 | Isolation and characterization of the nematode HER-1 Gene and protein product |
| 2259 | 5,472,857 | DNA encoding canine granulocyte colony stimulating factor (G-CSF) |
| 2260 | 5,470,970 | Maspin, a serpin with tumor supresing activity |
| 2261 | 5,470,740 | Cloned NsiI restriction-modification system |
| 2262 | 5,470,706 | Process for the rescue of DNA and for detecting mutations in marker genes |
| 2263 | 5,470,359 | Regulatory element conferring tapetum specificity |
| 2264 | 5,468,639 | Isolated DNA molecule encoding ShET2 of Shigella flexneri 2a |
| 2265 | 5,468,634 | Axl oncogene |

2266 5,468,632  Recombinant DNA compounds and expression vectors encoding para-nitrobenzyl esterase activity from bacillus

2267 5,468,630 **T** cDNA clone for human inducible nitric oxide synthase and process for preparing same

2268 5,466,598 **T** Deacetylcephalosporin C acetyltransferase from Acremonium chrysogenum

2269 5,466,597 **T** Bacillus thuringiensis strains and their genes encoding insecticidal toxins

2270 5,466,584 **T** Oxytocin receptor and DNA coding therefor

2271 5,464,774 **T** Bovine basic fibroblast growth factor

2272 5,464,770 **T** DNA encoding (ASP 113) and (LYS 46, ASP 113) thaumatin I

2273 5,461,145 **T** Sexing method of bovine embryos

2274 5,460,965 **T** DNA and RNA encoding proteins useful in the regulation of KB-containing genes, and cells containing same

2275 5,459,252 **T** Root specific gene promoter

2276 5,459,250 **T** Truncated mammalian growth factor DNA sequence

2277 5,459,064 **T** Protease

2278 5,459,048 **T** DNA encoding 85kd polypeptide useful in diagnosis of Mycoplasma infections in animals

2279 5,459,038 **T** Determination of genetic sex in ruminants using Y-chromosome specific polynucleotides

2280 5,457,049 **T** Tumor suppressor protein pRb2, related gene products, and DNA encoding therefor

2281 5,457,035 **T** Cytokine which is a ligand for OX40

2282 5,455,338 **T** DNA encoding novel human kunitz-type inhibitors and methods relating thereto

2283 5,455,337 **T** DNA encoding chimeric polypeptides comprising the interleukin-5 receptor .alpha.-chain fused to immunoglobulin heavy chain constant regions

2284 5,453,361 **T** Method for producing biologically active human brain derived neurotrophic factor

2285 5,451,516 **T** Bifunctional protein from carrots (Daucus carota) with aspartokinase and homoserine dehydrogenase activities

2286 5,449,764 **T** Isolated DNA derived from peach which codes for an ethylene-forming enzyme

2287 5,449,605 **T** Method of detecting a predisposition to cancer by detecting a deletion polymorphism in the gene for human poly (ADP-ribose) polymerase

2288 5,447,851 **T** DNA encoding a chimeric polypeptide comprising the extracellular domain of TNF receptor fused to IgG, vectors, and host cells

2289 5,445,956 **T** Recombinant soluble epoxide hydrolase

2290 5,444,167 **T** Variant luteinizing hormone encoding DNA

2291 5,442,050 **T** Molecular cloning of antigens shared by rat- and human-derived Pneumocystis carinii

2292 5,441,881 **T** NSP7524V restriction-modification genes

2293 5,441,868 **T** Production of recombinant erythropoietin

2294 5,439,824 **T** Increased expression of .alpha.-1-antitrypsin in expression vectors through the inclusion of intron II

2295 [5,439,822](#)  Gene expression regulatory DNA
2296 5,439,821 DNA encoding peptide hormone that inhibits digestion in insects
2297 5,439,814 DNA encoding infectious rubella virus
2298 5,436,157 Human intra-acrosomal sperm antigen
2299 5,436,156 Cloning and expression of phytase from aspergillus
2300 5,436,155 Isolated DNA encoding a somatostatin receptor

[ Prev. List ]  [ Next List ]  [ Top ]  [ View Cart ]
[ Home ]  [ Quick ]  [ Advanced ]  [ Pat Num ]  [ Help ]

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2301** through **2350** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ] | ACLM/"isolated DNA" |

| | PAT. NO. | Title |
|---|---|---|
| 2301 | 5,436,153 **T** | Human amyloid protein precursor homolog and Kunitz-type inhibitor |
| 2302 | 5,434,068 **T** | Method for cloning and producing the BglII restriction endonuclease and modification methylase |
| 2303 | 5,430,134 **T** | Method for production of petroselinic acid and OMEGA12 hexadecanoic acid in transgenic plants |
| 2304 | 5,428,146 **T** | Wound-stimulated DNA-sequence from solanum tuberosum and its use |
| 2305 | 5,427,936 **T** | Alkaline bacillus lipases, coding DNA sequences therefor and bacilli, which produce these lipases |
| 2306 | 5,427,934 **T** | Genetic engineering process for the production of S-(+)-2,2-dimethylcyclopropanecarboxamide by microorganisms |
| 2307 | 5,427,922 **T** | DNA encoding a new angiotensin II type 1 receptor subtype and its expression |
| 2308 | 5,426,181 **T** | DNA encoding cytokine-induced protein, TSG-14 |
| 2309 | 5,426,052 **T** | Bacillus MGA3 diaminopimelate decarboxylase gene |
| 2310 | 5,426,049 **T** | PS176 gene encoding nematode-active toxin cloned from a bacillus thuringiensis isolate |
| 2311 | 5,426,048 **T** | DNA encoding a fusion receptor for oncostatin M and leukemia inhibitory factor |
| 2312 | 5,424,410 **T** | Bacillus thuringiensis isolates for controlling acarides |
| 2313 | 5,422,263 **T** | DNA encoding the Trichinella spirals 53kD excretory/secretory antigen for |

use as immunodiagnostic reagents

2314 5,422,248 **T** DNA sequences encoding granulocyte-colony stimulating factor receptors

2315 5,420,030 **T** Molecular clones of HIV-1 viral strains MN-ST1 and BA-L and uses thereof

2316 5,418,162 **T** Serotonin transporter CDNA

2317 5,418,155 **T** Isolated Renilla luciferase and method of use thereof

2318 5,418,133 **T** Sex determination in cattle, sheep and goats using y-chromosome polynucleotides

2319 5,416,013 **T** Interleukin 1.beta. protease and interleukin 1.beta. protease inhibitors

2320 5,414,076 **T** DNA encoding gibbon ape leukemia virus receptor

2321 5,413,907 **T** Diagnosis for malignant hyperthermia

2322 5,411,857 **T** Probes for papillomaviruses and an in vitro diagnostic procedure for papilloma infections

2323 5,409,815 **T** DNA's encoding signal peptides

2324 5,407,820 **T** Calcium channel .alpha.-2 subunit DNAs and cells expressing them

2325 5,407,819 **T** Human plasminogen activator variants having amino acids 37-42 substituted and a method for their manufacture

2326 5,405,943 **T** Tourette syndrom, autism and associated behaviors

2327 5,405,776 **T** Cloned genes encoding reverse transcriptase lacking RNase H activity

2328 5,405,768 **T** Method for cloning and producing the AATII and ALUI restriction endonuclease and methylase and related method for overexpressing restriction endonucleases

2329 5,405,760 **T** Process for producing recombinant McrBC endonuclease and cleavage of methylated DNA

2330 5,405,758 **T** DNA encoding the recombinant 40 kDA Dermatophagoides farinae allergen

2331 5,403,926 **T** Hepatocellular carcinoma oncogene

2332 5,403,925 **T** Nucleic acids encoding mammalian H-2RIIBP or RXR.sub..beta. and uses thereof

2333 5,401,651 **T** DNA encoding ENA-78, a neutrophil activating factor

2334 5,399,680 **T** Rice chitinase promoter

2335 5,397,702 **T** Assay for and treatment of autoimmune diseases

2336 5,395,760 **T** DNA encoding tumor necrosis factor-.alpha. and -.beta. receptors

2337 5,391,485 **T** DNAs encoding analog GM-CSF molecules displaying resistance to proteases which cleave at adjacent dibasic residues

2338 5,389,543 **T** Cloned genes encoding the D.sub.1 dopamine receptor

2339 5,389,528 **T** Hepatitis .delta. diagnostics and vaccines

2340 5,389,525 **T** DNA-molecules coding for FMDH control regions and structural gene for a protein having FMDH-activity and their use thereof

2341 5,386,025 **T** Calcium channel compositions and methods

2342 5,384,259 **T** Construct and method for expression of tetracycline resistance genes in E. Coli

2343 5,382,519 **T** Periplasmic 3':5'-cyclic nucleotide phosphodiesterase and related methods for producing and using the same

2344 5,380,836 **T** Nucleic acid encoding sodium channel protein
        **T**

2345  [5,378,820](#)    [Gene encoding cytadhesin protein of mycoplasma gallisepticum and its use](#)
2346  [5,378,620](#)   [Streptolysin O derivatives](#)
2347  [5,378,619](#)  **T** [Promoter for transgenic plants](#)
2348  [5,376,527](#)  **T** [Process for lysing mycobacteria](#)
2349  [5,374,558](#)  **T** [Fowlpox virus promoter](#)
2350  [5,374,543](#)  **T** [Enhanced indole biosynthesis](#)

[**Prev. List**] [**Next List**] [**Top**] [**View Cart**]

[**Home**] [**Quick**] [**Advanced**] [**Pat Num**] [**Help**]

# USPTO Patent Full-Text and Image Database

Home   Quick   Advanced   Pat Num   Help

Prev. List   Next List   Bottom   View Cart

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2351** through **2400** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| PAT. NO. | | Title |
|---|---|---|
| 2351 | 5,371,206 | DNA encoding chimeric fibroblast growth factors |
| 2352 | 5,371,205 | PDGF .alpha. receptor |
| 2353 | 5,371,009 | Enhancers |
| 2354 | 5,371,006 | Isolated DNA encoding the NotI restriction endonuclease and related methods for producing the same |
| 2355 | 5,370,995 | L-phenylalanyl-tRNA synthetase mutants, a process for the preparation thereof and the use thereof for the in vivo incorporation of non-proteinogenous amino acids into peptides or proteins |
| 2356 | 5,366,889 | DNA encoding a protein-coupled receptor kinase |
| 2357 | 5,366,882 | Method for producing the BGLI restriction endonuclease and methylase |
| 2358 | 5,364,787 | Genes and enzymes involved in the microbial degradation of pentachlorophenol |
| 2359 | 5,364,779 | Process for transforming cells |
| 2360 | 5,364,772 | DNA molecule encoding the .beta..sub.3 -adrenergic receptor |
| 2361 | 5,362,640 | Ornithine carbamoyl transferase gene and utilization of the DNA |
| 2362 | 5,360,894 | C/EBP2 gene and recombinant C/EBP |
| 2363 | 5,360,714 | Hepadnavirus polymerase gene product having RNA-dependent DNA priming and reverse transcriptase activities and methods of measuring the activities thereof |
| 2364 | 5,359,047 | Nucleic acids encoding DNA structure-specific recognition protein and uses |

    therefor

2365 5,358,867 **T** DNA cloning and expression of an L7 protein which modulates the 2'-5' oligosynthetase and H2-K*K response to type-I interferon

2366 5,356,802 **T** Functional domains in flavobacterium okeanokoites (FokI) restriction endonuclease

2367 5,356,797 **T** Membrane expression of heterologous genes

2368 5,354,680 **T** Method for producing the DdeI restriction endonuclease and methylase

2369 5,354,670 **T** Site-directed mutagenesis of DNA

2370 5,352,778 **T** Recombinant thermostable DNA polymerase from archaebacteria

2371 5,352,775 **T** APC gene and nucleic acid probes derived therefrom

2372 5,352,595 **T** Myod regulatory region

2373 5,352,588 **T** Streptococcal immunoglobulin a binding protein encoded by emmL2.2

2374 5,350,840 **T** Localization and characterization of the Wilms' tumor gene

2375 5,350,683 **T** DNA encoding type II interleukin-1 receptors

2376 5,350,673 **T** Detection of a unique Chlamydia strain associated with acute respiratory disease

2377 5,348,874 **T** Eukaryotic transposable element

2378 5,346,823 **T** Subtilisin modifications to enhance oxidative stability

2379 5,346,815 **T** Sodium ion binding proteins

2380 5,344,923 **T** Nucleotide sequence encoding for bifunctional enzyme for proline production

2381 5,344,776 **T** DNA encoding an insect octopamine receptor

2382 5,342,764 **T** Recombinant expression system for human anti-inflammatory phospholipase inhibitor protein

2383 5,340,935 **T** DNAS encoding proteins active in lymphocyte-medicated cytotoxicity

2384 5,340,739 **T** Hematopoietic cell specific transcriptional regulatory elements of serglycin and uses thereof

2385 5,340,733 **T** MboI restriction-modification genes

2386 5,338,841 **T** DNA segments controlling production of xanthan gum

2387 5,338,840 **T** DNA encoding glioma-derived growth factor having vascular endothelial cell growth promoting activity

2388 5,338,839 **T** DNA encoding nestin protein

2389 5,334,525 **T** Hepadnavirus polymerase gene product having RNA-dependent DNA priming and reverse transcriptase activities and methods of measuring the activities thereof

2390 5,332,808 **T** DNA encoding a ribosome inactivating protein

2391 5,332,676 **T** Avipox virus promoter

2392 5,332,671 **T** Production of vascular endothelial cell growth factor and DNA encoding same

2393 5,328,996 **T** Bacterial plasmin receptors as fibrinolytic agents

2394 5,328,987 **T** IgA Fc receptors

2395 5,326,857 **T** ABO genotyping

2396 5,324,830 **T** Chimeric protein that has a human RHo Motif and deoxyribonuclease

activity

2397  5,324,663   Methods and products for the synthesis of oligosaccharide structures on glycoproteins, glycolipids, or as free molecules, and for the isolation of cloned genetic sequences that determine these structures

2398  5,324,653  T Recombinant genetic means for the production of serine protease muteins

2399  5,324,651  T DNA encoding rat and human protein kinase C

2400  5,324,638  T Brain transcription factor, nucleic acids encoding same and uses thereof

---

Prev. List   Next List   Top   View Cart

Home   Quick   Advanced   Pat Num   Help

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2401** through **2450** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ]  ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|---|---|---|---|
| 2401 | 5,322,937 | T | Genes encoding a 3-acylation enzyme for macrolide antibiotics |
| 2402 | 5,322,785 | T | Purified thermostable DNA polymerase obtainable from thermococcus litoralis |
| 2403 | 5,320,962 | T | DNA encoding the human A1 adenosine receptor |
| 2404 | 5,317,096 | T | Transformation vectors allowing expression of foreign polypeptide endotoxins from Bacillus thuringiensis in plants |
| 2405 | 5,317,094 | T | Protein PP 15 preprared by genetic manipulation |
| 2406 | 5,316,935 | T | Subtilisin variants suitable for hydrolysis and synthesis in organic media |
| 2407 | 5,316,923 | T | Synthetic yeast leader peptides |
| 2408 | 5,315,001 | T | Acyl carrier protein - DNA sequence and synthesis |
| 2409 | 5,315,000 | T | Gene encoding for a L5/3 growth factor and its CDNA |
| 2410 | 5,308,770 | T | Cloning and overexpression of glucose-6-phosphate dehydrogenase from Leuconostoc dextranicus |
| 2411 | 5,308,760 | T | Crystal proteins of Bacillus thuringiensis, genes encoding them, and host expressing them |
| 2412 | 5,306,863 | T | Transformed plant which expresses an insecticidally effective amount of a Bowman-Birk tryspin inhibitor from Vigna unguiculata in leaves, stems or roots, and a method for the production thereof |
| 2413 | 5,306,616 | T | Molecular diagnosis of autosomal dominant charcot-marie-tooth disease |
| 2414 | 5,302,698 | T | DNA coding for protein binds to enhancer of .alpha.-fetoprotein gene |

2415 5,302,519 **T** Method of producing a Mad polypeptide

2416 5,298,407 **T** DNA encoding a protein active in lymphocyte-mediated cytotoxicity

2417 5,298,404 **T** Method for producing the Hpa I restriction endonuclease and methylase

2418 5,296,371 **T** DNA encoding spiroplasma sp. dna methylase

2419 5,294,543 **T** Inhibitor of platelet aggregation

2420 5,292,658 **T** Cloning and expressions of Renilla luciferase

2421 5,292,651 **T** Method for cloning and producing the NaeI restriction endonuclease and methylase

2422 5,290,926 **T** Isolated DNA Encoding plant histidinol dehydrogenase

2423 5,290,694 **T** Recombinant DNA, bacterium of the genus Pseudomonas containing it, and process for preparing lipase by using it

2424 5,288,846 **T** Cell specific gene regulators

2425 5,288,696 **T** Method for producing and cloning SacII restriction endonuclease and methylase

2426 5,288,639 **T** Fungal stress proteins

2427 5,288,622 **T** Human nerve growth factor by recombinant technology

2428 5,284,999 **T** DNA encoding a pituitary-specific thyroid hormone receptor

2429 5,284,755 **T** DNA encoding leukemia inhibitory factor receptors

2430 5,281,525 **T** Cephalosporin acetylhydrolase gene from Bacillus subtilis

2431 5,281,520 **T** Method for producing acyloxyacyl hydrolase

2432 5,281,518 **T** Detection of a unique chlamydia strain associated with acute respiratory disease

2433 5,280,112 **T** DNA sequence encoding bovine and human adrenocorticotropic hormone receptors

2434 5,279,938 **T** Sensitive diagnostic test for lyme disease

2435 5,278,065 **T** Recombinant DNA endoding an erythropoietin receptor

2436 5,278,060 **T** Method for producing the Nla III restriction endonuclease and methylase

2437 5,278,049 **T** Recombinant molecule encoding human protease nexin

2438 5,273,884 **T** Polypetides, antigens or vaccines protective against babesiosis

2439 5,272,263 **T** DNA sequences encoding vascular cell adhesion molecules (VCAMS)

2440 5,272,078 **T** CDNA encoding the type I iodothyronine 5'deiodinase

2441 5,270,204 **T** Covalent angiogenin/RNase hybrids

2442 5,268,290 **T** Process for producing neuraminidase

2443 5,268,275 **T** Vitamin K-dependent carboxylase

2444 5,268,273 **T** Pichia pastoris acid phosphatase gene, gene regions, signal sequence and expression vectors comprising same

2445 5,268,270 **T** Process for producing proteins using gram negative host cells

2446 5,264,416 **T** Interleukin-7 receptors

2447 5,264,350 **T** DNA sequence performing a function which is expressed in an over-production of extracellular proteins by various strains of bacillus, and vectors containing this sequence

2448 5,262,528 **T** cDNA probe differentiating normal and cancer tissues

2449 5,262,318 **T** Isolated DNA encoding the SPHI restriction endonuclease and related

methods for producing the same

2450 5,260,208  Enantioselective amidases, DNA sequences encoding them, method of preparation and utilization

**Prev. List** | **Next List** | **Top** | **View Cart**

**Home** | **Quick** | **Advanced** | **Pat Num** | **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2451** through **2500** out of **2645***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]  [        ]

[ Refine Search ]  [ ACLM/"isolated DNA" ]

| | PAT. NO. | | Title |
|---|---|---|---|
| 2451 | 5,258,502 | T | Immobilization and purification of fusion proteins using chitin-binding ability |
| 2452 | 5,258,287 | T | DNA encoding and methods of production of insulin-like growth factor binding protein BP53 |
| 2453 | 5,254,671 | T | Extracellular segments of human e immunoglobulin anchoring peptides and antibodies specific therefor |
| 2454 | 5,250,425 | T | Process for producing ascorbic acid-2-phosphate |
| 2455 | 5,248,599 | T | Achromobacter protease I gene and gene product thereof |
| 2456 | 5,246,852 | T | Bacillus thuringiensis isolate active against lepidopteran pests, and genes encoding novel lepidopteran-active toxins |
| 2457 | 5,246,845 | T | Heterospecific modification as a means to clone restriction genes |
| 2458 | 5,246,838 | T | Processing of proteins |
| 2459 | 5,245,023 | T | Method for producing novel polyester biopolymers |
| 2460 | 5,244,796 | T | Cloned Leuconostoc mesenteroides glucose-6-phosphate dehydrogenase genes and method of making glucose-6-phospate dehydrogenase |
| 2461 | 5,244,793 | T | TGF-.beta.1/.beta.2: a novel chimeric transforming growth factor-beta |
| 2462 | 5,243,039 | T | Bacillus MGA3 aspartokinase II gene |
| 2463 | 5,240,849 | T | DNA coding for enzyme capable of acylating the 4"-position of macrolide antibiotic |
| 2464 | 5,240,831 | T | Methods and compositions for the expression of biologically active |

eukaryotic cytochrome P45OS in bacteria

2465 5,238,839 **T** Nucleic Acids Encoding proteins which induce immunological effector cell activation and chemattraction, vectors, and recombinant cells

2466 5,238,836 **T** Plasmodium falciparum merozoite antigen peptides

2467 5,237,056 **T** DNA encoding a protein which copurifies with acetylcholine receptor inducing activity and uses therefor

2468 5,236,843 **T** Gene encoding a nematode-active toxin cloned from a Bacillus thuringiensis isolate

2469 5,236,834 **T** Allergenic molecules from lepidoglyphus destructor

2470 5,235,049 **T** Nucleic acid sequences encoding a soluble molecule (SICAM-1) related to but distinct from ICAM-1

2471 5,227,292 **T** Neurofibromatosis type 1 gene

2472 5,227,289 **T** Method for identifying mutagenic agents which induce large, multilocus deletions in DNA

2473 5,221,624 **T** DNA encoding (Lys.sup.46, Asp.sup.97, Asp.sup.113) and (Lys.sup.46, Asp.sup . .sup.137) thaumatin I polypeptides

2474 5,219,739 **T** DNA sequences encoding bVEGF120 and hVEGF121 and methods for the production of bovine and human vascular endothelial cell growth factors, bVEGF.sub.120 and hVEGF.sub.121

2475 5,217,902 **T** Method of introducing spectinomycin resistance into plants

2476 5,215,917 **T** Nucleotide sequence encoding the Toxoplasma gondii P22 gene

2477 5,215,915 **T** Cloned gene encoding rat D.sub.1B dopamine receptor

2478 5,215,906 **T** Cloning the HinFI restriction and modification genes

2479 5,215,895 **T** DNA encoding a mammalian cytokine, interleukin-11

2480 5,215,892 **T** C/EBP2 gene and recombinant C/EBP2

2481 5,213,969 **T** Cloned N-methylhydantoinase

2482 5,212,296 **T** Expression of herbicide metabolizing cytochromes

2483 5,212,058 **T** Nucleic acid encoding ubiquitin-specific proteases

2484 5,210,189 **T** DNA sequence encoding glycerol 3-phosphate acyltransferase

2485 5,208,157 **T** Cloning the TaqI restriction and modification genes

2486 5,206,354 **T** DNA sequence encoding active fragment of fibroblast growth factor, HBF-2

2487 5,206,166 **T** Genes encoding lepidopteran-active toxins and transformed hosts

2488 5,206,152 **T** Cloning and expression of early growth regulatory protein genes

2489 5,202,430 **T** Transmissible gastroenteritis virus genes

2490 5,202,248 **T** Method for cloning and producing the NCO I restriction endonuclease and methylase

2491 5,200,337 **T** Type II restriction endonuclease, APO I, obtainable from arthrobacter protophormiae and a process for producing the same

2492 5,200,333 **T** Cloning restriction and modification genes

2493 5,198,542 **T** DNA encoding a pitvitary adenylate cyclase activating protein and use thereof

2494 5,198,541 **T** DNA encoding bactericidal/permeability-increasing proteins

2495 5,198,354 **T** Cloning the Ban I restriction and modification genes
**T**

2496 [5,198,347](#)     DNA encoding Plasmodium vivax and Plasmodium knowlesi Duffy receptor
2497 [5,198,342](#) **T** DNA encoding IgA Fc receptors
2498 [5,196,332](#) **T** Cloning the Hae II restriction and modification genes
2499 [5,196,331](#) **T** Cloning the MspI restriction and modification genes
2500 [5,196,329](#) **T** 780 T-DNA gene transcription activator

---



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Next List | Bottom | View Cart |
|------------|-----------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2501** through **2550** out of **2645***

Prev. 50 Hits

Next 50 Hits

Jump To

Refine Search    ACLM/"isolated DNA"

| | PAT. NO. | | Title |
|------|----------|---|-------|
| 2501 | 5,196,319 | T | Primary biliary cirrhosis autoantigen |
| 2502 | 5,194,600 | T | Genes which participate in .beta.-glucan assembly and use thereof |
| 2503 | 5,194,375 | T | DNA encoding interleukin-7 receptors and methods of use |
| 2504 | 5,188,960 | T | Bacillus thuringiensis isolate active against lepidopteran pests, and genes encoding novel lepidopteran-active toxins |
| 2505 | 5,188,933 | T | Protein PP15 prepared by genetic manipulation |
| 2506 | 5,187,078 | T | Plasma-type glutathione peroxidase gene and application of the same |
| 2507 | 5,187,076 | T | DNA sequences encoding BMP-6 proteins |
| 2508 | 5,185,441 | T | DNA sequences, recombinant DNA molecules and processes for producing PI-linked lymphocyte function associated antigen-3 |
| 2509 | 5,185,242 | T | Method for lysing Mycobacteria using achromopeptidase |
| 2510 | 5,182,210 | T | Fowlpox virus promoters |
| 2511 | 5,180,819 | T | Purified myeloblastin, nucleic acid molecule encoding same, and uses thereof |
| 2512 | 5,180,673 | T | Cloning restriction and modification genes |
| 2513 | 5,176,997 | T | DNA probe for male infertility |
| 2514 | 5,173,403 | T | Thermostable acid protease from sulfolobus acidocaldarius and gene |
| 2515 | 5,171,850 | T | Intestinal oncofetal gene |
| 2516 | 5,171,685 | T | Cloning of the Babesia bovis 60 KD antigen |
| 2517 | 5,171,675 | T | Macrophage colony stimulating factor-.gamma. |

2518  5,171,674  **T**  Polynucleotides that encode the human proteoglycan peptide core of the effector cells of the immune response

2519  5,169,762  **T**  Human nerve growth factor by recombinant technology

2520  5,168,062  **T**  Transfer vectors and microorganisms containing human cytomegalovirus immediate-early promoter-regulatory DNA sequence

2521  5,168,049  **T**  Production of streptavidin-like polypeptides

2522  5,166,329  **T**  DNA encoding the alcohol oxidase 2 gene of yeast of the genus Pichia

2523  5,164,490  **T**  Pneumocystis carinii dihydrofolate reductase gene and methods for its use

2524  5,162,516  **T**  Cloning and sequencing of the alcohol dehydrogenase II gene from Zymomonas mobilis

2525  5,162,227  **T**  Recombinant DNA vectors capable of expressing apoaequorin in E. coli

2526  5,159,066  **T**  Recombination activating gene (RAG-1)

2527  5,158,891  **T**  Plasmid containing a gene for tetracycline resistance and DNA fragments derived therefrom

2528  5,155,218  **T**  DNA encoding human 5-HT.sub.1D receptors

2529  5,153,138  **T**  Pyruvate oxidase mutants, DNA expressing pyruvate oxidase and methods of use thereof

2530  5,151,511  **T**  DNA encoding avian growth hormones

2531  5,149,638  **T**  Tylosin biosynthetic genes tylA, tylB and tylI

2532  5,147,643  **T**  DNA sequences encoding human t-PA substituted at position 275 or at positions 275 and 277 and pharmaceutical compositions

2533  5,145,777  **T**  Plant cells resistant to herbicidal glutamine synthetase inhibitors

2534  5,139,942  **T**  Method for producing the Nde I restriction endonuclease and methylase

2535  5,137,823  **T**  Method for producing the Bamhi restriction endonuclease and methylase

2536  5,137,821  **T**  Gene and process of making glucose-6-phosphate dehydrogenase

2537  5,130,253  **T**  DNAs Encoding mosquito oostatic hormones

2538  5,128,254  **T**  cDNA encoding the long isoform of the D.sub.2 dopamine receptor

2539  5,126,260  **T**  Human erythroid-specific transcriptional enhancer

2540  5,122,459  **T**  Gene encoding biologically active human interleukin 1

2541  5,120,658  **T**  Thermostable tryptophan synthetase gene and extremely thermophilic plasmid vector incorporating said gene

2542  5,116,738  **T**  DNA sequences encoding

2543  5,114,853  **T**  Recombinant DNA, transformant containing said DNA, and process for preparing heat-stable glucose dehydrogenase by use of said transformant

2544  5,110,730  **T**  Human tissue factor related DNA segments

2545  5,108,922  **T**  DNA sequences encoding BMP-1 products

2546  5,106,748  **T**  DNA sequences encoding 5 proteins

2547  5,106,733  **T**  Bovine granulocyte-macrophage colony stimulating factor

2548  5,102,995  **T**  DNA encoding modified heparin cofactor II

2549  5,100,793  **T**  Method for producing the AseI restriction endonuclease and methylase

2550  5,097,025  **T**  Plant promoters



# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2551** through **2600** out of **2645***

| Prev. 50 Hits |

| Final 45 Hits |

| Jump To | |

| Refine Search | ACLM/"isolated DNA" |

| | PAT. NO. | Title |
|---|---|---|
| 2551 | 5,086,169 | Isolated pollen-specific promoter of corn |
| 2552 | 5,075,431 | Chimeric anti-CEA antibody |
| 2553 | 5,075,232 | Method for producing the NLAVI restriction endonuclease and methylase |
| 2554 | 5,075,222 | Interleukin-1 inhibitors |
| 2555 | 5,073,609 | DNA sequence coding for protein C |
| 2556 | 5,071,972 | DNA sequences encoding novel thrombolytic proteins |
| 2557 | 5,064,757 | T4 DNA fragment as a stabilizer for proteins expressed by cloned DNA |
| 2558 | 5,063,154 | Pheromone - inducible yeast promoter |
| 2559 | 5,059,519 | Oligonucleotide probes for the determination of the proclivity for development of autoimmune diseases |
| 2560 | 5,053,330 | Method for producing the MwoI restriction endonuclease and methylase |
| 2561 | 5,049,655 | Melanin-concentrating hormones |
| 2562 | 5,049,504 | Bioadhesive coding sequences |
| 2563 | 5,045,450 | Determination of a mutational spectrum |
| 2564 | 5,043,276 | DNA strand coding for alpha-acetolactate decarboxylase and yeast transformed with the DNA strand |
| 2565 | 5,037,756 | Recombinant DNA molecules for producing terminal transferase-like polypeptides |
| 2566 | 5,032,520 | DNA sequences encoding infectious bronchitis virus spike protein |

2567 5,032,511 **T** DNA fragments coding for antigens specific to non-A non-B hepatitis, expression vectors containing said DNA fragments, transformants and process for producing said antigens

2568 5,030,569 **T** Method for producing the AFL II restriction endonuclease and methylase

2569 5,026,839 **T** DNA encoding a basic fibroblast growth factor

2570 5,023,328 **T** Lepidopteran AKH signal sequence

2571 5,019,509 **T** Method and compositions for the production of l-alanine and derivatives thereof

2572 5,015,581 **T** Method for producing the Hinc II restriction endonuclease and methylase

2573 5,013,649 **T** DNA sequences encoding osteoinductive products

2574 5,004,691 **T** Method for producing the ACCI restriction endonuclease and methylase

2575 5,002,882 **T** Method for producing the XmaI restriction endonuclease and methylase

2576 5,002,873 **T** DNA sequence encoding a lymphocyte adhesion receptor for high endothelium

2577 4,999,294 **T** Method for producing the FokI restriction endonuclease and methylase

2578 4,999,293 **T** Method for producing the HhaI restriction endonuclease and methylase

2579 4,999,291 **T** Production of human pluripotent granulocyte colony-stimulating factor

2580 4,997,930 **T** Cloning of complementary DNA encoding maize nitrite reductase

2581 4,996,297 **T** Recombinantly expressed rabbit zona pellucida polypeptides

2582 4,996,151 **T** Method for producing the Eag I restriction endonuclease and methylase

2583 4,994,371 **T** DNA preparation of Christmas factor and use of DNA sequences

2584 4,992,378 **T** C-DNA encoding human prolactin receptor

2585 4,988,620 **T** Method for producing the FnuDI restriction endonuclease and methylase

2586 4,987,074 **T** Method for producing the HgiAI restriction endonuclease and methylase

2587 4,987,066 **T** Process for the detection of restriction fragment length polymorphisms in eukaryotic genomes

2588 4,985,352 **T** DNA encoding serotonin 1C (5HT1c) receptor, isolated 5HT1c receptor, mammalian cells expressing same and uses thereof

2589 4,983,542 **T** Method for producing the XbaI restriction endonuclease and methylase

2590 4,983,522 **T** Method for producing the HinPI restriction endonuclease and methylase

2591 4,983,044 **T** Quantitative analysis of biological materials and photogrtaphic film and apparatus therefor

2592 4,968,626 **T** DNA sequence coding for protein C

2593 4,968,607 **T** Interleukin-1 receptors

2594 4,966,841 **T** Enhanced vector production and expression of recombinant DNA products

2595 4,965,189 **T** Probes for the determination of the proclivity for development of autoimmune diseases

2596 4,963,488 **T** DNA sequences, recombinant DNA molecules and process for the preparation of the enzyme mutarotase from acinetobacter calcoaceticus

2597 4,963,487 **T** Method for deletion of a gene from a bacteria

2598 4,960,877 **T** DNA having genetic information of L-.alpha.-glycerophosphate oxidase and application thereof

2599 4,956,280 **T** Biphasic shuttle vectors

2600 4,952,502  Carbomycin biosynthetic gene, designated carG, for use in streptomyces and other organisms

**Prev. List**    **Next List**    **Top**    **View Cart**

**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Bottom | View Cart |
|------------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"isolated DNA"**: 2645 patents.
*Hits **2601** through **2645** out of **2645***

| Prev. 50 Hits |
|---------------|

| Jump To | |
|---------|--|

| Refine Search | ACLM/"isolated DNA" |
|---------------|---------------------|

| | PAT. NO. | | Title |
|---|----------|---|-------|
| 2601 | 4,950,603 | T | Recombinant DNA expression vectors and DNA compounds that encode isopenicillin N synthetase from Streptomyces lipmanii |
| 2602 | 4,945,052 | T | Production of a Vitamin C precursor using genetically modified organisms |
| 2603 | 4,945,051 | T | Production of human lysozyme |
| 2604 | 4,940,661 | T | Metallothionein transcription control sequences and use thereof |
| 2605 | 4,937,189 | T | Expression and secretion of heterologous proteins by Yarrowia lipolytica transformants |
| 2606 | 4,935,361 | T | Cloning and expression of T4 DNA polymerase |
| 2607 | 4,929,547 | T | Antitumor protein gene of streptococcus pyogenes Su, plasmids containing the gene, transformant cells harboring the plasmids, and process for producing the antitumor protein |
| 2608 | 4,912,044 | T | Preparation of mesophilic microorganisms which contain a D-hydantoinase which is active at elevated temperature |
| 2609 | 4,908,312 | T | Process for producing phenylananine |
| 2610 | 4,906,742 | T | Encoding antigens of M. Leprae |
| 2611 | 4,900,673 | T | Mutant human angiogenin (angiogenesis factor with superior angiogenin activity) genes therefor and methods of expression |
| 2612 | 4,895,802 | T | DNA strand coding for .alpha.-acetolactate decarboxylase and yeast transformed with the DNA strand |
| 2613 | 4,895,800 | T | Yeast production of hepatitis B surface antigen |
| 2614 | 4,894,333 | T | Bovine interleukin-1.alpha. |
| 2615 | 4,892,819 | T | Recombinant DNA expression vectors and DNA compounds that encode |

isopenicillin N synthetase from penicillium chrysogenum

2616 4,885,252 **T** Recombinant DNA expression vectors and DNA compounds that encode isopenicillin N synthetase from aspergillus nidulans

2617 4,885,251 **T** Recombinant DNA expression vectors and DNA compounds which encode isopenicillin N synthetase

2618 4,885,242 **T** Genes from pichia histidine pathway and uses thereof

2619 4,882,282 **T** DNA sequences encoding bovine interleukin-2

2620 4,879,374 **T** Bovine interleukin-1.beta. DNA sequence

2621 4,877,729 **T** Recombinant DNA encoding novel family of primate hematopoietic growth factors

2622 4,876,186 **T** Detection and differentiation of coxiella burnetii in biological fluids

2623 4,871,670 **T** Molecular cloning and characterization of a gene sequence coding for human relaxin

2624 4,868,113 **T** Recombinant DNA vector encoding human endothelial cell growth factor

2625 4,855,231 **T** Regulatory region for heterologous gene expression in yeast

2626 4,847,201 **T** DNA encoding for CSF-1 and accompanying recombinant systems

2627 4,839,293 **T** DNA encoding streptavidin, streptavidin produced therefrom, fused polypeptides which include amino acid sequences present in streptavidin and uses thereof

2628 4,837,148 **T** Autonomous replication sequences for yeast strains of the genus pichia

2629 4,820,639 **T** Process for enhancing translational efficiency of eukaryotic mRNA

2630 4,810,643 **T** Production of pluripotent granulocyte colony-stimulating factor

2631 4,786,592 **T** Neisseria gonorrhoeae lectin useful as a vaccine and diagnostic marker and means for producing this lectin

2632 4,761,371 **T** Insulin receptor

2633 4,758,516 **T** Molecular cloning and characterization of a further gene sequence coding for human relaxin

2634 4,753,879 **T** Modified tissue plasminogen activators

2635 4,752,574 **T** Chimeric cloning vectors for use in streptomyces and E. Coli

2636 4,732,847 **T** Monoclonal antibodies for DNA-RNA hybrid complexes and their uses

2637 4,721,672 **T** CDNA and gene for human angiogenin (angiogenesis factor) and methods of expression

2638 4,717,666 **T** Cloned streptomycete lividans excretable .beta.-galactosidase gene

2639 4,703,008 **T** DNA sequences encoding erythropoietin

2640 4,680,264 **T** Class II mobilizable gram-negative plasmid

2641 4,631,259 **T** Transposon in cloning DNA

2642 4,613,572 **T** Yeast BAR1 gene plasmid

2643 4,594,318 **T** Isolation and localization of DNA segments

2644 4,535,058 **T** Characterization of oncogenes and assays based thereon

2645 4,237,224 **T** Process for producing biologically functional molecular chimeras

Prev. List     Top     View Cart

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**