# EXHIBIT 12

Dockets.Justia.com



# United States Patent [19]
## Caskey et al.

[11] Patent Number: 6,107,025
[45] Date of Patent: *Aug. 22, 2000

[54] **DIAGNOSIS OF THE FRAGILE X SYNDROME**

[75] Inventors: **C. Thomas Caskey; David L. Nelson; Maura Pieretti**, all of Houston, Tex.; **Stephen T. Warren**, Clarkston, Ga.; **Ben A. Oostra**, Rotterdam, Netherlands

[73] Assignee: **Baylor College of Medicine**, Houston, Tex.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **07/705,490**

[22] Filed: **May 24, 1991**

[51] Int. Cl.$^7$ .......................... **C07H 21/02**; C07H 21/04; C12Q 1/68; C12P 19/34
[52] U.S. Cl. .......................... **435/6**; 435/91.2; 536/23.1; 536/24.33; 536/24.1
[58] Field of Search .......................... 435/91.2, 6; 536/27, 536/23.1, 24.1, 24.33; 935/77, 78

[56] **References Cited**

## PUBLICATIONS

M. Pieretti, et al., "Absence of Expression of the FMR–1 Gene in Fragile X Syndrome" *Cell* 66:817–822 (1991).
J.S. Sutcliffe, et al., "DNA methylation represses FMR–1 transcription in fragile X syndrome" *Human Molecular Genetics* 1:397–400 (1992).
D. Devys, et al., "The FMR–1 protein is cytoplasmic, most abundant in neurons and appears normal in carriers of a fragile X premutation" *Nature Genetics* 4:335–340 (1993).
H. Siomi, et al., "The Protein Product of the Fragile X Gene, FMR1, Has Characteristics of an RNA–Binding Protein" *Cell* 74:291–298 (1993).
C. Verheij, et al., "Characterization and localization of the FMR–1 gene product associated with fragile X syndrome" *Nature* 363:722–724 (1993).
D.P.A. Kuhl, et al., "Fragile X Syndrome Protein FMRP Associates with the Microfilament Fraction of the Cellular Cytoskeleton" Submission to *Cell*.
Heitz etal. Science vol. 251 pp 1236–1239. Mar. 8, 1991.
Suthers, et al., "Physical mapping of new DNA probes near the Fragile X mutation (FRAXA) by using a panel of cell lines" *American Journal of Human Genetics* 47:187–195 (1990). This paper provides order for a number of cloned DNAs using a panel of somatic cell hybrid breakpoints near the Fragile X site. The order of the breakpoints is likewise established by the probes.
Warren, et al., "Isolation of the human chromosomal band Xq28 within somatic cell hybrids by Fragile X site breakage" *Proceedings of the National Academy of Sciences* 87:3856–3860 (1990). This paper describes a panel of hybrid cell lines with chromosome breakpoints at or near the Fragile X site, and its use as a mapping reagent.
Warren, et al., "The Fragile X site in somatic cell hybrids; An approach for molecular cloning of Fragile sites" *Science* 237:420–423 (1987). This paper describes the first hybrid cell lines with chromosome breakpoints at or near the Fragile X site, and the potential for using these to identify the site.
Warren, et al., "Strategy for molecular cloning of the Fragile X site DNA" *American Journal of Medical Genetics* 30:613–623 (1988). This paper describes the strategy of using somatic cell hybrids with Fragile X breakpoints for identifying the Fragile X site.
Warren and Davidson, "Expression of Fragile X chromosome in human–rodent somatic cell hybrids" *Somatic Cell and Molecular Genetics* 10:409–413 (1984). This paper demonstrates that the Fragile X site is expressed in rodent cell backgrounds.
Warren, "Molecular and somatic cell genetic approaches to the Fragile X syndrome" in: Brosius, J and Fremeau, RT (eds.) *Molecular Genetic Approaches to Neuropsychiatric Disease* (Academic Press, San Diego) 1991. A review of state of art.
Brown, "Invited editorial: The Fragile X" Progress toward solving the puzzle *American Journal of Human Genetics* 47:175–180 (1990). A review of the status of the physical map as of one year prior to the Fragile X site identification.
Nussbaum and Ledbetter, "The Fragile X syndrome" Chapter 8 of *The Metabolic Basis of Inherited Disease*, 6th edition, McGraw–Hill, 1989. A comprehensive review of Fragile X syndrome.
Nussbaum and Ledbetter, "Fragile X syndrome: A unique mutation in man" *Annual Reveiw of Genetics* 20:109–145 (1986). Review of the genetic aspects of Fragile X syndrome.
Heitz, et al., "Isolation of sequences that span the Fragile X and identification of a Fragile X–related CpG island" *Science* 251:1236–1239 (1991). This paper describes localization of the Fragile X site on a large fragment of DNA and the positions of somatic cell hybrid chromosome breakpoints within the region. It also localizes a CpG island showing Fragile X specific methylation patterns.
Craig, "Methylation and the Fragile X" *Nature* 349:742–743 (1991). This news article reviews papers L & M where Fragile X specific methylation was reported.
Bell, et al., "Physical mapping across the Fragile X" Hypermethylation and clinical expression of the Fragile X syndrome *Cell* 64:851–866 (1991). This paper describes long-range restriction mapping experiments that determined Fragile X specific hypermethylation of a CpG island in numerous patients.
Vincent, et al., "Abnormal pattern detected in Fragile–X patients by pulsed–field gel electrophoresis" *Nature* 349:624–626 (1991). This paper describes long–range restriction mapping experiments that determined Fragile X specific hypermethylation of a CpG island in numerous patients.

*Primary Examiner*—Stephanie Zitomer
*Attorney, Agent, or Firm*—Fulbright & Jaworski LLP

[57] **ABSTRACT**

A sequence of the FMR-1 gene is disclosed. This sequence and related probes, cosmids and unique repeats are used to detect X-linked diseases and especially the fragile X syndrome.

**4 Claims, 10 Drawing Sheets**



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8



Figure 9



Figure 10