# EXHIBIT 13

Dockets.Justia.com



US006180337B1

(12) **United States Patent**
Caskey et al.

(10) Patent No.: **US 6,180,337 B1**
(45) Date of Patent: *Jan. 30, 2001

(54) **DIAGNOSIS OF THE FRAGILE X SYNDROME**

(75) Inventors: **C. Thomas Caskey; David L. Nelson; Maura Pieretti**, all of Houston, TX (US); **Stephen T. Warren**, Clarkston, GA (US); **Ben A. Oostra**, Rotterdam (NL); **Ying-hui Fu**, Houston, TX (US)

(73) Assignee: **Baylor College of Medicine**, Houston, TX (US)

( * ) Notice: Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **07/751,891**

(22) Filed: **Aug. 29, 1991**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 07/705,490, filed on May 24, 1991.

(51) **Int. Cl.**[7] ............................ **C12Q 1/68**; G01N 33/53; C07H 21/02; C07K 14/435

(52) **U.S. Cl.** .............................. **435/6**; 435/7.1; 435/91.2; 536/23.5; 536/24.33; 530/350

(58) **Field of Search** ........................ 435/6, 91.2; 536/27, 536/23.1, 23.5, 24.33; 530/350; 935/77, 78

(56) **References Cited**

PUBLICATIONS

Vincent et al. Nature vol 349 pp 624–626 Issued Feb. 14, 1991.*
D. Heitz et al Science vol 251 pp 1236–1239 Issued Mar. 8, 1991.*
Ludecke et al. Nature vol 338 pp 348–350 Issued Mar. 23, 1989.*

M. Pieretti, et al., "Absence of Expression of the FMR–1 Gene in Fragile X Syndrome" *Cell* 66:817–822 (1991).*

J.S. Sutcliffe, et al., "DNA methylation represses FMR–1 transcription in fragile X syndrome" *Human Molecular Genetics* 1:397–400 (1992).*

D. Devys, et al., "The FMR–1 protein is cytoplasmic, most abundant in neurons and appears normal in carriers of a fragile X premutation" *Nature Genetics* 4:335–340 (1993).*

H. Siomi, et al., "The Protein Product of the Fragile X Gene, FMR1, Has Characteristics of an RNA–Binding Protein" *Cell* 74:291–298 (1993).*

C. Verheij, et al., "Characterization and localization of the FMR–1 gene product associated with fragile X syndrome" *Nature* 363:722–724 (1993).*

D.P.A. Kuhl, et al., "Fragile X Syndrome Protein FMRP Associates with the Microfilament Fraction of the Cellular Cytoskeleton" Submission to Cell.*

* cited by examiner

*Primary Examiner*—Stephanie Zitomer
(74) *Attorney, Agent, or Firm*—Fulbright & Jaworski LLP

(57) **ABSTRACT**

A sequence of the FMR-1 gene is disclosed. This sequence and related probes, cosmids and unique repeats are used to detect X-linked diseases and especially the fragile X syndrome. Also, methods using methylation-sensitive restriction endonuclease and PCR primer probes were used to detect X-linked disease.

**9 Claims, 15 Drawing Sheets**



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8

1        2




28s -

18s -

Figure 9



Figure 10

```
      CTGCAGAAATGGGCGTTCTGGCCCTCGCGAGGCAGTGCGACCTGTCACCGCCCTTCAGCC
                                       primer g▶
 61   TTCCCGCCCTCCACCAAGCCCGCGCACGCCCGGCCCGCGCGTCTGTCTTTCGACCCGGCA
               Eag I          BssHII         BssHII
121   CCCCGGCCGGTTCCCAGCaGCGCGCATGCgcGCGCTCCCAGGCCACTTGAAGAGAGAGGG
               SacII                      Sau3AI
181   CGGGGCCGAGGGGCTGAGcCCGCGGGGGGAGGGAACAGCGTTGATCACGTGACGTGGTTT
                                    primer a▶              ◀primer h
241   CAGTGTTTACACCCGCAGCGGGCCGGGGGTTCGGCCCTAGTCAGGCGCTCAGCTCCGTTT
                                                       primer c▶
301   CgGTTTCACTTCCGGTGGAGGGCCGCCTCTGAGCGGGCGGCGGGCCGACGGCGAGCGCGg
      ◀primer b  end of FMR-1
                   ▽
361   gcggcggcgggtgacggaggcgccgctgccagggggcgtgcggcagcgcGGCGGCGGCGGC
                   primer d◀                            XhoI
421   GGCGGCGGCGGCGGCGGCGGCGGCGGCGGCGGCGGCGGcGctgggcctcgagccgCCCGCAGCCCA
                                                      primer e▶
                 NheI
481   CCTCTCGGGGGCGGGGCTCCCGGCGCTAGCAGGGCTGAAGAGAAGATGGAGGAGCTGGTGG
                                          exon boundary   ◀primer f
                                          ▽
541   TGGAAGTGCGGGGCTCCAATGGCGCTTTCTACAAGGTACTTGGCTCTAGGGCAGGCCCCA
601   TCTTCGCCCTTCCTTCCCTCCCTTTTCTTCTTGGTGTCGGCGGGAGGCAGGCCCGGGGGC
661   CTCTTCCCGAGCACCGCGCCTGGGTGCCAGGGCACGCTCGGCGGGATGTTGTTgGGAGGG
721   AAGGACTGGACTTGGGGCCTGTTGGAAGCCCTCTCCGACTCCGAGAGGCCCTAGCGCCT
781   ATCGAAATGAGAGACCAGCGAGGAGAGGGTTCTCTTTCGGCGCCCGAGcCCCGCCGGGGTG
841   AGCTGGGGATGGGCGAGGGCCGGCGGCAGGTACTAGAGCCGGGCGGGAAGGGCCGAAATC
                                                           BamHI
901   GGCGCTAAGTGACGGCGATGGCTTATTCCCCCTTTCCTAAACATCATCTCCCAgCGGGAT
961   CCGGGCCTGTCGTGTGGGTAGTTGTGGAGGAGCGGGGGGCGCTTCAGCCGGGCCgCCTCC
1021  TGCAG
```

Figure 11



Figure 12



Figure 13



Figure 14



Figure 15