# EXHIBIT 1

Dockets.Justia.com

# BIOGRAPHICAL SKETCH

| NAME | POSITION TITLE |
|---|---|
| Li, Rong | Professor |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Fudan University, Shanghai, PR China | B.S. | 1985 | Genetics |
| University of California, Berkeley, CA | Ph.D. | 1991 | Molecular Biology |
| University of California, Berkeley, CA | Postdoc. | 1991-1993 | DNA Tumor Viruses |
| Cold Spring Harbor Lab, Cold Spring Harbor, NY | Postdoc. | 1994-1996 | Cell Cycle Control |

**Positions and Honors.**

**Professional Experience:**
1996-2002   Assistant Professor of Biochemistry and Molecular Genetics, University of Virginia
2002-2006   Associate Professor of Biochemistry and Molecular Genetics, University of Virginia
2007- Present   Professor of Molecular Medicine, University of Texas Health Science Center at San Antonio
2008- Present   Co-Leader, Cancer Development & Progression, Cancer Therapy & Research Center at the University of Texas Health Science Center at San Antonio (CTRC at UTHSCSA)
2009- Present   Member, Executive Committee, Cancer Therapy & Research Center at the University of Texas Health Science Center at San Antonio (CTRC at UTHSCSA)

**Professional Services:**
1998   Dutch Cancer Society (ad hoc)
2000-2003   NIH CDF6 Study Section (ad hoc)
2004-2005   NIH Biochemistry Study Section (ad hoc)
2002-2007   DOD Breast Cancer Research Program (ad hoc)
2008   Susan G. Komen for the Cure Promise Grant Review
2005-2009   Regular Member, NIH Molecular Genetics A Study Section
2009   NIH Special Emphasis Panel ZCA1 (ad hoc)
2009   Editorial Board of Breast Cancer – Targets and Therapy
2009   Impact Award (IMPA) Peer Review Panel, 2009 Breast Cancer Research Program (BCRP) for DOD.

**Honors and Awards:**
1986-1987   Chinese-US Biochemistry Examination and Application (CUSBEA) Scholarship
1989   Taiwan Travel Foundation, Taiwan Travel Grant
1986-1989   University of California, Berkeley, International Student Fellowship
1989-1990   University of California, Berkeley, Frank Schwabacher Scholarship
1994-1997   Leukemia Society of America Special Fellow Award
1998-2000   March of Dimes, Basil O'Connor Award
1999   University of Virginia School of Medicine, The Basic Sciences Teaching Award

2005        Academy of Distinguished Educators, University of Virginia School of Medicine
2009        President's Council Excellence Award, Univ. of TX Health Science Center San Antonio

**Selected publications (in chronological order).**

1. **Li R,** Knight J, Bream G, Stenlund A, and Botchan M: (1989) Specific recognition nucleotides and their DNA context determine the affinity of E2 protein for 17 binding sites in BPV-1 genome. *Genes Dev.* 3: 510-26.
2. Knight JD, **Li R,** and Botchan M: (1991) The activation domain of the bovine papillomavirus E2 protein mediates association of DNA-bound dimers to form DNA loops. *Proc Natl Acad Sci USA* 88: 3204-8. **PMCID: PMC51414.**
3. **Li R,** Knight JD, Jackson SP, Tjian R, and Botchan MR: (1991) Direct interaction between Sp1 and the BPV enhancer E2 protein mediates synergistic activation of transcription. *Cell.* 65: 493-505.
4. Yang L, **Li R,** Mohr IJ, Clark R, and Botchan MR: (1991) Activation of BPV-1 replication *in vitro* by the transcription factor E2. *Nature.* 353: 628-32.
5. Kim SJ, Onwuta US, Lee YI, **Li R,** Botchan MR, and Robbins PD: (1992) The retinoblastoma gene product regulates Sp1-mediated transcription. *Mol Cell Biol.* 12: 2455-63. **PMCID: PMC364438.**
6. **Li R** and Botchan MR: (1993) The acidic transcriptional activation domains of VP16 and p53 bind the cellular replication protein A and stimulate in vitro BPV-1 DNA replication. *Cell.* 73: 1207-21.
7. **Li R** and Botchan MR: (1994) Acidic transcription factors alleviate nucleosome-mediated repression of DNA replication of bovine papillomavirus type 1. *Proc Natl Acad Sci USA.* 91: 7051-5. **PMCID: PMC44336.**
8. **Li R,** Waga S, Hannon GJ, Beach D, and Stillman B: (1994) Differential effects by the p21 CDK inhibitor on PCNA-dependent DNA replication and repair. *Nature.* 371: 534-7.
9. **Li R,** Hannon GJ, Beach D, and Stillman B: (1996) Subcellular distribution of p21 and PCNA in normal and repair-deficient cells following DNA damage. *Curr Biol.* 6: 189-99.
10. Abramova NA, Russell J, Botchan M, and **Li R:** (1997) Interaction between replication protein A and p53 is disrupted after UV damage in a DNA repair-dependent manner. *Proc Natl Acad Sci USA.* 94: 7186-91. **PMCID: PMC23787.**
11. **Li R*,** Yu DS, Tanaka M, Zheng L, Berger SL, and Stillman B: (1998) Activation of chromosomal DNA replication in *Saccharomyces cerevisiae* by acidic transcriptional activation domains. *Mol Cell Biol.* 18: 1296-302. (* corresponding author). **PMCID: PMC108842.**
12. Hu YF, Hao ZL, and **Li R:** (1999) Chromatin remodeling and activation of chromosomal DNA replication by an acidic transcriptional activation domain from BRCA1. *Genes Dev.* 13: 637-42. **PMCID: PMC316546.**
13. **Li R:** (1999) Stimulation of DNA replication in Saccharomyces cerevisiae by a glutamine- and proline-rich transcriptional activation domain. *J Biol Chem.* 274: 30310-4.
14. Hu YF, Miyake T, Ye Q, and **Li R:** (2000) Characterization of a novel *trans*-activation domain of BRCA1 that functions in concert with the BRCA1 C-terminal (BRCT) domain. *J Biol Chem.* 275: 40910-5.
15. Melendy T and **Li R*:** (2001) Chromatin remodeling and initiation of DNA replication. *Front Biosci.* 6: D1048-53. (* corresponding author).
16. Ye Q, Hu YF, Zhong H, Nye AC, Belmont AS, and **Li R:** (2001) BRCA1-induced large-scale chromatin unfolding and allele-specific effects of cancer-predisposing mutations. *J Cell Biol.* 155: 911-21. **PMCID: PMC2150890.**
17. Miyake T, Loch CM, and **Li R:** (2002) Identification of a multifunctional domain in ARS-binding factor 1 required for transcriptional activation, DNA replication, and gene silencing. *Mol Cell Biol.* 22: 505-16. **PMCID: PMC139751.**
18. Choudhary SK and **Li R:** (2002) BRCA1 modulates ionizing radiation-induced nuclear focus formation by the replication protein A p34 subunit. *J Cell Biochem.* 84: 666-74.

19. Hu YF and **Li R**: (2002) JunB potentiates function of BRCA1 activation domain 1 (AD1) through a coiled-coil-mediated interaction. ***Genes Dev.*** 16: 1509-17. **PMCID: PMC186344**.
20. Aiyar SE, Sun JL, Blair AL, Moskaluk CA, Lu YZ, Ye QN, Yamaguchi Y, Mukherjee A, Ren DM, Handa H, and **Li R**: (2004) Attenuation of estrogen receptor α-mediated transcription through estrogen-stimulated recruitment of a negative elongation factor. ***Genes Dev.*** 18: 2134-46. **PMCID: PMC515291**.
21. Aiyar S, Sun JL, and **Li R**: (2005) BRCA1: a locus-specific "liaison" in gene expression and genetic integrity. ***J Cell Biochem.*** 94: 1103-11.
22. Ghosh S, Wu Y, **Li R***, and Hu Y*: (2005) Jun proteins modulate the ovary-specific promoter of aromatase gene in ovarian granulosa cells via a cAMP-responsive element. ***Oncogene.*** 24: 2236-46. (*co-corresponding authors).
23. Wu Y, Lu Y, Hu Y, and **Li R**: (2005) Cyclic AMP-dependent modification of gonad-selective $TAF_{II}105$ in a human ovarian granulosa cell line. ***J Cell Biochem.*** 96: 751-9.
24. Hu Y, Ghosh S, Amleh A, Yue W, Lu Y, Katz A, and **Li R**: (2005) Modulation of aromatase expression by BRCA1: a possible link to tissue-specific tumor suppression. ***Oncogene.*** 24: 8343-8.
25. McChesney PA, Aiyar SE, Lee OJ, Zaika A, Moskaluk C, **Li R,** and El-Rifai W: (2006) Cofactor of BRCA1: a novel transcription factor regulator in upper gastrointestinal carcinomas. ***Cancer Research.*** 66:1346-53.
26. Ghosh S, Lu Y, Katz A, Hu Y, and **Li R**: (2007) Tumor suppressor BRCA1 inhibits a breast cancer-associated promoter of the aromatase gene (CYP19) in human adipose stromal cells. ***Am J Physiol Endocrinol Metab.*** 292: E246-52.
27. Aiyar SE, Blair AL, Hopkinson DA, Bekiranov S, and **Li R**: (2007) Regulation of clustered gene expression by cofactor of BRCA1 (COBRA1) in breast cancer cells. ***Oncogene.*** 26: 2543-53.
28. Lu Y, Amleh A, Sun J, Jin X, McCullough SD, Baer R, Ren D, **Li R*** and Hu Y*: (2007) Ubiquitination and proteasome-mediated degradation of BRCA1 and BARD1 during steroidogenesis in human ovarian granulosa cells. ***Mol Endocrinol.*** 21: 651-63. (*co-corresponding authors).
29. Sun J, Blair AL, Aiyar SE, and **Li R**: (2007) Cofactor of BRCA1 modulates androgen-dependent transcription and alternative splicing. ***J Steroid Biochem Mol Biol.*** 107: 131-9. **PMCID: PMC2701476**.
30. Aiyar SE, Cho H, Lee J, and **Li R**: (2007) Concerted transcriptional regulation by BRCA1 and COBRA1 in breast cancer cells. ***Int J Biol Sci.*** 3: 486-92. **PMCID: PMC2096739**.
31. Sun J, Watkins G, Blair AL, Moskaluk C, Ghosh S, Jiang WG, and **Li R**: (2008) Deregulation of cofactor of BRCA1 expression in breast cancer cells. ***J Cell Biochem.*** 103: 1798-1807.
32. Kang HJ, Kim HJ, Cho CH, Hu Y, **Li R**, and Bae I: (2008) BRCA1 transcriptional activity is enhanced by interactions between its AD1 domain and AhR. ***Cancer Chemother Pharmacol.*** 62: 965-75. **PMCID: PMC2702208**.
33. Wen J, **Li R**, Lu Y, and Shupnik MA: (2009) Decreased BRCA1 confers tamoxifen resistance in breast cancer cells by altering estrogen receptor-coregulator interactions. ***Oncogene.*** 28: 575-86. **PMCID: PMC2714665**.
34. Ghosh S, Choudary A, Ghosh S, Musi N, Hu Y, and **Li R**: (2009) IKKβ mediates cell shape-induced aromatase expression and estrogen biosynthesis in adipose stromal cells. ***Mol Endocrinol.*** 23: 662-70. **PMCID: PMC2675949**.
35. Wang H, **Li R**, and Hu Y: (2009) The alternative noncoding exons 1 of aromatase (*cyp19*) gene modulate gene expression in a posttranscriptional manner. ***Endocrinology.*** 150: 3301-7. [Epub ahead of print]. **PMCID: PMC2703541**.
36. Amleh A, Nair SJ, Sun J, Sutherland A, Hasty P, and **Li R**: (2009) Mouse cofactor of BRCA1 (Cobra1) is required for early embryogenesis. ***PLoS ONE.*** 4: e5034. Epub 2009 Apr 2. **PMCID: PMC2661135**.

37. Walter M, Liang S, Ghosh S, Hornsby PJ, and **Li R**: (2009) Interleukin 6 secreted from adipose stromal cells promotes migration and invasion of breast cancer cells. ***Oncogene.*** 28: 2745-55. [Epub ahead of print]. **NIHMSID: 111638**.