# EXHIBIT 2

Dockets.Justia.com

RONG LI DECLARATION
EXHIBIT 2

## BRCA-Specific Publications by Dr. Rong Li

1. Wen J, Li R, Lu Y, Shupnik MA. Oncogene. 2009 Jan 29;28(4):575-86. Epub 2008 Nov 10. Decreased BRCA1 confers tamoxifen resistance in breast cancer cells by altering estrogen receptor-coregulator interactions.

2. Amleh A, Nair SJ, Sun J, Sutherland A, Hasty P, Li R. PLoS One. 2009;4(4):e5034. Epub 2009 Apr 2. Mouse cofactor of BRCA1 (Cobra1) is required for early embryogenesis.

3. Kang HJ, Kim HJ, Cho CH, Hu Y, Li R, Bae I. Cancer Chemother Pharmacol. 2008 Nov;62(6):965-75. Epub 2008 Feb 8. BRCA1 transcriptional activity is enhanced by interactions between its AD1 domain and AhR.

4. Sun J, Watkins G, Blair AL, Moskaluk C, Ghosh S, Jiang WG, Li R. J Cell Biochem. 2008 Apr 15;103(6):1798-807. Deregulation of cofactor of BRCA1 expression in breast cancer cells.

5. Aiyar SE, Cho H, Lee J, Li R. Int J Biol Sci. 2007 Nov 26;3(7):486-92. Concerted transcriptional regulation by BRCA1 and COBRA1 in breast cancer cells.

6. Sun J, Blair AL, Aiyar SE, Li R. J Steroid Biochem Mol Biol. 2007 Nov-Dec;107(3-5):131-9. Epub 2007 Jun 27. Cofactor of BRCA1 modulates androgen-dependent transcription and alternative splicing.

7. Aiyar SE, Blair AL, Hopkinson DA, Bekiranov S, Li R. Oncogene. 2007 Apr 19;26(18):2543-53. Epub 2006 Oct 16. Regulation of clustered gene expression by cofactor of BRCA1 (COBRA1) in breast cancer cells.

8. Lu Y, Amleh A, Sun J, Jin X, McCullough SD, Baer R, Ren D, Li R, Hu Y. Mol Endocrinol. 2007 Mar;21(3):651-63. Epub 2006 Dec 21. Ubiquitination and proteasome-mediated degradation of BRCA1 and BARD1 during steroidogenesis in human ovarian granulosa cells.

9. Ghosh S, Lu Y, Katz A, Hu Y, Li R. Am J Physiol Endocrinol Metab. 2007 Jan;292(1):E246-52. Epub 2006 Aug 29. Tumor suppressor BRCA1 inhibits a breast cancer-associated promoter of the aromatase gene (CYP19) in human adipose stromal cells.

10. McChesney PA, Aiyar SE, Lee OJ, Zaika A, Moskaluk C, Li R, El-Rifai W. Cancer Res. 2006 Feb 1;66(3):1346-53. Cofactor of BRCA1: a novel transcription factor regulator in upper gastrointestinal adenocarcinomas.

11. Hu Y, Ghosh S, Amleh A, Yue W, Lu Y, Katz A, Li R. Oncogene. 2005 Dec 15;24(56):8343-8. Modulation of aromatase expression by BRCA1: a possible link to tissue-specific tumor suppression.

12. Aiyar S, Sun JL, Li R. J Cell Biochem. 2005 Apr 15;94(6):1103-11. Review. BRCA1: a locus-specific "liaison" in gene expression and genetic integrity.

13. Yordy JS, Moussa O, Pei H, Chaussabel D, Li R, Watson DK. Oncogene. 2005 Jan 27;24(5):916-31. SP100 inhibits ETS1 activity in primary endothelial cells.

14. Aiyar SE, Sun JL, Blair AL, Moskaluk CA, Lu YZ, Ye QN, Yamaguchi Y, Mukherjee A, Ren DM, Handa H, Li R. Genes Dev. 2004 Sep 1;18(17):2134-46. Attenuation of estrogen receptor alpha-mediated transcription through estrogen-stimulated recruitment of a negative elongation factor.

15. Ye QN, Hu YF, Zhong HJ, Li R, Huang CF. Sheng Wu Gong Cheng Xue Bao. 2002 Nov;18(6):656-61. Chinese. . [Mapping of BRCT1 domain of BRCA1 with chromatin unfolding activity].

16. Hu YF, Li R. Genes Dev. 2002 Jun 15;16(12):1509-17. JunB potentiates function of BRCA1 activation domain 1 (AD1) through a coiled-coil-mediated interaction.

17. Choudhary SK, Li R. J Cell Biochem. 2002;84(4):666-74. BRCA1 modulates ionizing radiation-induced nuclear focus formation by the replication protein A p34 subunit.

18. Ye QN, Hu YF, Zhong HJ, Li R, Huang CF. Yi Chuan Xue Bao. 2002;29(11):941-8. Chinese. . [Studies of mutations in BRCA1 transactivation domain by visualization of chromatin structure].

19. Ye Q, Hu YF, Zhong H, Nye AC, Belmont AS, Li R. J Cell Biol. 2001 Dec 10;155(6):911-21. Epub 2001 Dec 10. BRCA1-induced large-scale chromatin unfolding and allele-specific effects of cancer-predisposing mutations.

20. Hu YF, Miyake T, Ye Q, Li R. J Biol Chem. 2000 Dec 29;275(52):40910-5. Characterization of a novel trans-activation domain of BRCA1 that functions in concert with the BRCA1 C-terminal (BRCT) domain.

21. Miyake T, Hu YF, Yu DS, Li R. J Biol Chem. 2000 Dec 22;275(51):40169-73. A functional comparison of BRCA1 C-terminal domains in transcription activation and chromatin remodeling.

22. Hu YF, Hao ZL, Li R. Genes Dev. 1999 Mar 15;13(6):637-42. Chromatin remodeling and activation of chromosomal DNA replication by an acidic transcriptional activation domain from BRCA1.