# EXHIBIT 1

Dockets.Justia.com

# NANCY J. LINCK, Ph.D.

119 Montgomery Place
Alexandria, VA 22314
(703) 299-8911
(202) 783-6040
nlinck@rfem.com

## Education

J.D., magna cum laude, Western New England College School of Law, Springfield, MA, May 1984; Law Review: Research Editor, 1983-84; Staff, 1982-83

Ph.D. and M.S., Inorganic Chemistry, University of California, San Diego, 1982

M.S., Biotechnology, Johns Hopkins University, 2009

B.S., with honors, Chemistry, University of California, Berkeley, 1973

Certificate in Advanced Public Management, Syracuse University, Maxwell School of Citizenship and Public Affairs, 1998

Certificate in Mediation, Pepperdine University, 2008

## Legal Work Experience

Partner, Rothwell, Figg, Ernst & Manbeck, Feb. 2009-present (Of Counsel, Feb. 2008-Feb. 2009): consultant and expert witness, mediation and arbitration, litigation support, USPTO ex parte and inter partes procedures (prosecution, advising, and licensing)

Administrative Patent Judge, Board of Patent Appeals & Interferences, U.S. Patent & Trademark Office (USPTO), May 2006-Feb. 2008: responsible for hearing and deciding appeals from examiners' rejections in the pharmaceutical and biotechnology areas

Deputy General Counsel, IP & Trade, Biotechnology Industry Organization, 2005-2006: responsible for all intellectual property and trade issues, including international issues

Mediator, Federal Circuit's Pilot Mediation Program, 2005-2006

IP Consulting & Litigation Support, 1999-2006: consultant and expert witness

<u>Sr. Vice President, Intellectual Property, Regulatory Affairs & Chief Compliance Counsel, Guilford Pharmaceuticals Inc.</u>, 2004-2005: member of executive management team; responsible for all aspects of intellectual property, U.S. and international, including life cycle management, litigation, prosecution and licensing; responsible for legal compliance, regulatory affairs and corporate quality; managed a staff of 30 professionals

<u>Sr. Vice President & General Counsel, Guilford Pharmaceuticals Inc.</u>, 2002-2004: member of executive management team; responsible for the company's legal matters and all aspects of intellectual property, U.S. and international; also responsible for the company's regulatory affairs; managed a staff of 15 professionals

<u>Vice President, Intellectual Property, Guilford Pharmaceuticals Inc.</u>, 1998-2002: member of executive management team, responsible for all aspects of intellectual property, U.S. and international; managed a staff of 5 professionals

<u>Solicitor, U.S. Patent and Trademark Office (USPTO)</u>, Washington, D.C., 1994-1998: general counsel for the Commissioner; responsible for representing the USPTO in patent, trademark, and administrative law litigation and for assisting the Department Of Justice in IP cases before the U.S. Supreme Court; also responsible for legal matters within the USPTO, including proposed changes to relevant statutes and rules, and the preparation of legal guidelines; supervisor of the 24-member Solicitor's Office

<u>Adjunct Professor of Law</u>, Georgetown University Law Center, 1998-present; George Washington University School of Law, Washington, D.C., 1995-1998

<u>Partner</u>, Cushman, Darby & Cushman, Washington, D.C., 1991-1994;
<u>Associate</u>, Cushman, Darby & Cushman, Washington, D.C., 1987-1990: patent and trademark litigation, patent prosecution, and client counseling

<u>Judicial Clerk</u>, Judge Pauline Newman, U.S. Court of Appeals for the Federal Circuit, Washington, D.C., 1986-1987

<u>Patent Attorney</u>, Monsanto Company, 1984-1986: lawyer and advisor for polymer facility, responsible for obtaining patent protection and for licensing intellectual property

## Scientific Work Experience

<u>Teaching Assistant</u>, Chemistry, University of California, San Diego, 1979-1981; San Diego State University, 1975-1978

<u>Organic Chemist</u>, Dow Chemical Co., Pittsburg, California, 1973-1975

<u>Analytical Lab Technician</u>, Dow Chemical Co., Walnut Creek, California, 1970-1972

## Bar Membership

U.S. Supreme Court, admitted 1988; U.S. Court of Appeals for the Federal Circuit, admitted 1987; District of Columbia, admitted 1986; U.S. Patent and Trademark Office, admitted 1986; Commonwealth of Massachusetts, admitted January 1985

## Select Professional Society Participation

AIPLA Founding Fellow, 2000-present

BNA Advisory Board, 1998-present

Giles Sutherland Rich American Inn of Court, President, 2003-2004

ABA IPL Chair, Corporate Practice Committee, 2004-2006

IPO. Intellectual Property Committee, 1999-2006

BIO, Intellectual Property Committee (Guilford representative), 2000-2005

PhRMA, Intellectual Property Committee (Guilford representative), 2001-2003

AIPLA Amicus Committee, 1995-2000

Editorial Board, AIPLA Quarterly Journal, 1994-1999

Board of Directors, AIPLA, 1992-1994

Chair, AIPLA PTO Relations Committee, 1989-1991 (Congress ultimately adopted reexamination legislation drafted by this committee)

AIPLA Representative, WIPO Diplomatic Conference, 1991; Meeting of Experts, 1990

## Testimony and Legal Publications

*PTO Grants Adjudicated Infringers a "Second Bite at the Apple" In Inter Partes Reexamination*, BNA Patent, Trademark & Copyright J. (Oct. 2005)

*Hearings on Competition and Intellectual Property Law & Policy before the Federal Trade Comm'n & Department of Justice* (October 25, 2002 statement of Nancy J. Linck)

*Patent Reexamination and Small Business Innovation*: Hearings before the Subcommittee on Courts, the Internet and Intellectual Property of the House Judiciary Committee (June 20, 2002 statement of Nancy J. Linck)

*Patent Examination in the New Milennium* (co-author with K. Kramer and D. Ball), 35 U. Houston L. Rev. 305 (Spring 1998)

*Patent Prosecution for Computer-Related Inventions:  The Past, The Present, and The Future*, (co-author with K.A. Buchanan), 18 Hastings Communications and Entertainment L.J. 658 (1996)

*Patent Procurement and Enforcement in Japan--A Trade Barrier,* (co-author with J.E. McGarry), 27 Geo. Wash. J. Int'l L. & Econ. 411 (1994)

*Patent Damages:  The Basics* (co-author with B. Golob), 34 IDEA 13 (1993)

*Trial Of Liability Issues, Part II:  Invalidity, Obviousness, Best Mode and Other Statutory Defenses* (co-author with H.E. Wurst), 1 PLI Patent Litigation 441 (1991)

*The Law Of Public Use And On Sale, Past, Present and Future* (co-author with W.K. West, Jr.), 72 J. Pat. & T.M. Off. Soc. 114 (Feb. 1990)

*The Doctrine of Equivalents:  A Two-Tier Analytical Approach,* AIPLA Selected Legal Papers (Spring 1988)

*Patentable Subject Matter Under Section 101--Are Plants Included?,* 67 J. Pat. Off. Soc. 4889 (Sept. 1985)

*The 'Aborted' Evolution of Fetal Rights after Roe v. Wade - Douglas v. Hartford,* 542 F. Supp. 1267 (D. Conn. 1982), 6 Western New Eng. L. Rev. 535 (1983)

## Scientific Publications

N.J. Linck, *The Reactive State and the Resultant Stereochemical Pathway in Photolyses of Cr(III)-Amine Complexes*, , University of California, San Diego, 1982

N.J. Linck, S.J. Berens, D.Magde, R.G. Linck, *Doublet Excited States in Chromium(III)-Amine Complexes: Does Back Intersystem Crossing Determine Their Lifetimes?* J. Phys. Chem., 1983, 87, 1733

N.J. Shipley (Linck), R. G. Linck, *Pathway of Decay from the Excited Doublet of the Trans-$Cr(NH_3)_2(NCS)_4^-$ Ion*, J. Phys. Chem., 1980, 84, 2490

M.C. Cimolino, N.J. Shipley (Linck), R. G. Linck, *Photoracemization of Δ- and Λ-Trisethylene-Diaminechromium (III),* Inorg. Chem., 1980, 19, 3291

C.G. Newman, H.E. O'Neal, M.A. Ring, F. Lesko, and N.J. Shipley (Linck), *Kinetics and Mechanism of the Silane Decomposition*, Int. J. Chem, Kinetics, 1979, 11, 1167

## **Select Awards**

The Gold Medal of Achievement Award, Department of Commerce, 1997 (for contribution to the Computer-Implemented Invention Guidelines)

The Katz-Kiley Fellow Award, University of Houston Law Center, 1997

Full Tuition Merit Scholarship, Western New England College School of Law, 1981-84

Merit Scholarship, Dow Chemical Co., 1972-73 (to attend UC, Berkeley)