# EXHIBIT 1

Dockets.Justia.com

*CURRICULUM VITAE*

**PART I: General Information**

**Name:** **Jeffrey D. Parvin**

**Office Address:** The Ohio State University
Department of Biomedical Informatics
904 Biomedical Research Tower
460 W. 12th Avenue
Columbus, OH 43210
Tel.: 614-292-0523; Fax.: 614-688-8675
email: Jeffrey.Parvin@osumc.edu

**Place of Birth:** Orange, New Jersey (Citizen of USA)

**Education:**
- 1978-1982: B.S. Haverford College, Haverford, PA (Chemistry)
- 1982-1987: Ph.D. Mount Sinai School of Medicine, New York, NY (Microbiology)
- 1982-1989: M.D. Mount Sinai School of Medicine

**Postdoctoral Training:**
- 1989-1994  Postdoctoral Research Fellow in Biology, Center for Cancer Research, Massachusetts Institute of Technology (Dr. Phillip A. Sharp, supervisor), Cambridge, MA

**Academic Appointments:**
- 1995-2000: Assistant Professor of Pathology, Harvard Medical School
- 2001-2007: Associate Professor of Pathology, Harvard Medical School
- 2007-present: Professor, Department of Biomedical Informatics, The Ohio State University
- 2007-present: Louis Levy Professor for Cancer, The Ohio State University
- 2008-present: Interim-Chair, Department of Biomedical Informatics, The Ohio State University
- 2008-present: Adjunct Professor, Department of Molecular Virology, Immunology and Medical Genetics, The Ohio State University
- 2008-present: Director, Biomedical Informatics Shared Resource of the OSUCCC

**Hospital Appointment:**
- 1995-2007  Research Pathologist, Brigham and Women's Hospital

**Major Committee Assignments:**

| | |
|---|---|
| 1997 | Pathology Search Committee for Assistant Professor, Mass. Gen. Hospital, Harvard Medical School |
| 1997-1999 | Study Section, Breast Cancer Res. Program, Department of Defense |
| 1999-2003 | Reviewer of grant applications to Susan G. Komen Breast Cancer Foundation |
| 1999 | Member, Special Study Section, NCI, to review a program project grant application |
| 1999-2006 | Program advisor for BBS program students, Harvard Medical School |
| 2002-2003 | Study Section, Breast Cancer Res. Program, Department of Defense |
| 2003 | Member, Special Study Section, NCI, to review a program project grant application |
| 2003 | Member, 2004 AACR Program Committee |
| 2004-2005 | Pathology Search Committee for Assistant Professor, Harvard Medical School |
| 2005 | Molecular and Cellular Oncology division search committee, Dana-Farber Cancer Institute |
| 2005-2006 | NIH MGB study section (ad hoc) |
| 2005 | NIH/ Genetic Sciences NRSA review (ad hoc) |
| 2007-present | Executive committee, Department of Biomedical Informatics |
| 2007-present | Appointments, promotion, and tenure committee, Department of Biomedical Informatics |
| 2008 | Era of Hope grant review |
| 2008-2009 | NIH MGB study section (ad hoc) |
| 2008-2009 | Co-chair, OSUMC Information Enterprise Advisory Board |
| 2008-2009 | Co-Executive Director, Center for IT Innovation in Health Care |
| 2009-present | Co-director, Pelotonia Training Program in Cancer Research |

Ad hoc grant reviews, not on a committee:

| | |
|---|---|
| 1999 | Ad hoc reviewer for American Cancer Society |
| 1999 | Reviewer for the Scientific Advisory Board for the Joint Infrastructure Fund of The Wellcome Trust (ad hoc) |
| 2002-2003 | Reviewer of grants for the Koningin Wilhelmina Fonds of the Nederlandse Kankerbestrijding (ad hoc) |
| 2003-2006 | Reviewer of grants for the Israel Science Foundation (ad hoc) |
| 2005-2009 | Reviewer of grants for the Breast Cancer Campaign (UK) (ad hoc) |
| 2006 | Reviewer for Ohio Cancer Research Associates (ad hoc) |
| 2006 | Reviewer of CAREER grants for NSF |
| 2006-2009 | Reviewer of grants for Cancer Research UK |
| 2009 | Reviewer of grants for Texas Norman Hackerman Advanced Research Program |
| 2009 | Reviewer of grants for the Icelandic Research Fund |

**Professional society memberships**

American Society for Investigative Pathologists
American Association for Cancer Research
American Society for Microbiology

**Editorial Boards:**
2001-present    Associate Editor    Cancer Biology and Therapy
2009-present    Editorial Board Member    International Journal of Biological Sciences
ad hoc reviewer:    EMBO Journal
    Molecular and Cellular Biology
    Proc. Natl. Acad. Sci. U S A
    Science
    Genomics
    Nature Genetics
    Oncogene
    Cancer Research
    Biochemistry
    Journal of Biological Chemistry
    Cell Growth & Differentiation
    The Amer. J. of Pathology
    Clinical Cancer Research
    Nature Reviews Mol. Cell Biology
    Experimental Cell Research
    Molecular Cell
    Cancer Cell
    Molecular Biology of the Cell
    Molecular Cancer Research
    British Journal of Cancer
    Leukemia Research
    Clinical Cancer Research
    Nucleic Acids Research
    Nature Reviews Cancer
    Breast Cancer Research & Treatment
    Cell Cycle
    Nature Reviews Molecular and Cellular Biology
    Molecular Cancer

**Awards and honors:**
1981    Phi Beta Kappa Honor Society (Haverford College)
1982    George Pierce Prize in Chemistry (Haverford College)
1982    Honors in Chemistry (Haverford College)
1986    First place, NYC Branch of the American Society for Microbiology Graduate Student Research Presentation Competition
1986-1987    Alumni Dissertation Fellowship from the City University of New York
1986-1987    American Society for Microbiology, NYC Branch, Grad. Student Scholarship
1989    Basic Sciences Achievement Award, Mount Sinai School of Medicine
1989-1992    Postdoctoral Fellowship, The Irvington Institute for Medical Research
1992-1994    Special Fellow, Leukemia Society of America
1996-1998    Junior Faculty Research Award, American Cancer Society

2003   Mentoring Award, Program in Biology and Biological Sciences, Harvard Medical School

**Part II: Research, Teaching, and Clinical Contributions**

**Major Research Interests: Systems Biology Methods for Discovery of Genes Involved in Breast Cancer**

1. <u>Nuclear function of the breast cancer specific tumor suppressor protein, BRCA1</u>. We discovered that the BRCA1 protein is in the transcription regulatory complex known as the RNA polymerase II holoenzyme. We discovered that in the transcription initiation reaction, the BRCA1/BARD1 E3 ubiquitin ligase conjugates ubiquitin to RNA polymerase II and consequently blocks the addition of TFIIE and TFIIH to the initiation complex. This biochemical reaction reconstituted one key aspect of BRCA1 biology: it functions as a transcriptional repressor. We also discovered the mechanism by which BRCA1 can have the opposite effect and function as a coactivator of transcription. In new experiments we are studying the mechanism of BRCA1 function in the control of homology directed recombination repair of DNA damage. We have a robust system for mapping BRCA1 protein domains to function in DNA repair.

2. <u>Centrosome function, breast cancer, and BRCA1</u>. We have discovered that BRCA1 function in breast cells is critical for maintaining centrosome number and function. One striking aspect of these experiments is that in the human cell lines tested, the requirement for BRCA1 to maintain centrosomes was breast specific. We found that the ubiquitination activity of the BRCA1/BARD1 heterodimer mediates the regulation in vivo and in vitro, and we have established an in vitro centrosome assay regulated by BRCA1 ubiquitin ligase activity. Importantly, the centrosome assay and the transcription assay (described above) are the only published in vitro functional assays regulated by the BRCA1-dependent ubiquitin ligase activity.

3. <u>Systems biology approaches for the discovery of genes important in breast cancer</u>. We have found that by analyzing publicly available microarray data we are able to identify genes that are strong candidates for breast cancer genes. We identify genes that have mRNA levels correlated with those of BRCA1 and BRCA2. Using this approach, we have developed a new framework of: 1.) using informatics methods to identify candidate "BRCA" genes; 2.) validation of the candidate BRCA gene in the laboratory using RNA interference and cell-based assays regulated by BRCA1 and BRCA2; and 3.) testing the gene using antibody-based assays of clinical samples from breast cancer and other cancer cases. We envision that this experimental paradigm can be applied to other diseases.

4. <u>Identification of ubiquitin conjugates after DNA damage</u>. We have developed two technological approaches to the identification of proteins that become ubiquitin modified following DNA damage. The first is using a doubly-tagged ubiquitin-expressing cell line, which enables us to purify the ubiquitinated proteins following DNA damage, and we use several methods to compare undamaged to damaged samples. The second approach is in development, and will allow us to purify ubiquitinated proteins and the identification of the ubiquitinated side chain on the protein using untagged cells. This latter technology, when fully developed, will enable the study of ubiquitination changes in primary cells taken from patients.

**Research Funding:**

| | |
|---|---|
| 1996 | American Cancer Society, Massachusetts Division, Research Grant<br>Principal investigator<br>Title: Regulation of gene activation by retroviral Tat and oncoproteins |
| 1996-1998 | American Cancer Society Junior Faculty Research Award<br>Principal investigator<br>Title: Transcription regulation by helicases and co-activators |
| 1996-2007 | National Institutes of Health, RO1 research grant<br>Principal investigator<br>Title: RNA polymerase II holoenzyme |
| 1998 | Massachusetts Dept. of Public Health, Breast Cancer Research Program<br>Principal investigator<br>Title: Identification of genes regulated by BRCA1 |
| 1999-2001 | American Cancer Society Research Project Grant<br>Principal investigator<br>Title: Identification of BRCA1 function |
| 1999-2001 | Concert for the Cure<br>Principal investigator<br>Title: Biochemical Analysis of BRCA1 protein |
| 2000-2001 | Elsa U. Pardee Foundation<br>Principal investigator<br>Title: Functional analysis of BRCA1 |
| 2001-2003 | Massachusetts Dept. of Public Health, Prostate Cancer Research Program<br>Principal investigator<br>Title: Tumor suppressor p53 function in prostate cancer |
| 2002 | American Cancer Society Research Scholar Grant<br>Principal investigator<br>Title: BRCA1 function |
| 2002-2008 | National Institutes of Health, RO1 research grant<br>Principal investigator<br>Title: BRCA1 function |
| 2006-2011 | National Institutes of Health, RO1 research grant<br>Principal investigator<br>Title: Centrosomes and BRCA1 |

| | |
|---|---|
| 2008-2009 | National Cancer Institute, OSUCCC cancer center support grant<br>Co-Investigator (Director of Biomedical Informatics Shared Resource) |
| 2008-2009 | National Cancer Institute, U54 Center Award (T. Huang, PI)<br>Co-Investigator<br>Title: Interrogating epigenetic changes in cancer genomes |
| 2008-2012 | National Center for Research Resources (R. Jackson, PI)<br>Co-Investigator<br>Title: The Ohio State University Center for Clinical and Translational Science |
| 2009-2014 | National Cancer Institute, R01 research grant<br>Principal investigator (multi-PI: Catalyurek, Huang, and Parvin)<br>Title: Informatics methods for identifying breast cancer control genes and proteins |

**Teaching activities:**
1. Harvard Medical School

| | |
|---|---|
| 1995 | Harvard Medical School course "Identity, microbes and defense"<br>Administered oral examinations<br>10 medical students<br>3 hours of preparation, 1 four hour session |
| 1996-1998 | HMS Genetics 330: "Critical thinking and research proposal writing"<br>small group leader<br>4 BBS graduate students each year<br>4 hours preparation per session, 8 two hour sessions total |
| 1998-2002 | HMS BCMP 200: "Molecular Biology"<br>Discussion leader<br>rotating groups of 10 students<br>4 hours preparation per session, 8 X 1.5 hour sessions |
| 1999-2001 | Micro 230: "Analysis of the Biological Literature"<br>Discussion leader<br>Groups of 10 students<br>4 to 8 hours preparation per session, 10 X 3 hour sessions |
| 1999-2005 | IN714.0 HMS Pathology Course<br>laboratory instructor<br>4 week course, 7 X 1.5 hour laboratory sessions assisting about 30 students<br>2 hours preparation per session |
| 2002-2005 | Micro 230: "Analysis of the Biological Literature" |

Parvin Declaration
Exhibit 1

Course Director and Discussion leader
Course for 70 students, groups of 10 students
As course director, I recruit faculty instructors and organize course material
About 120 hours preparation time, 30 hours of class time, per semester

2. Advisees and trainees:
  1995-1998: Stephen F. Anderson, Ph.D., postdoctoral fellow
     current position:    Senior Scientist, Biology, NeoGenesis Drug Discovery, Inc.
  1997: Andrew S. Neish, M.D., postdoctoral fellow
     current position: Associate Professor of Pathology, Emory University
  1997-1998: Dawit Haile, graduate student (Harvard Univ. Faculty of Arts and Sciences)
     current position: Medical student, Mayo Clinic Medical School
  1997-2002: Brian P. Schlegel, Ph.D., postdoctoral fellow
     current position: Assistant Professor of Pathology, University of Illinois in Chicago
  1998: Eric S. Silverman, M.D., postdoctoral fellow
     current position: Instructor, Pulmonary Division, Brigham and Women's Hospital
  1998-1999: Saima Sharif, M.D., postdoctoral fellow
     current position: Resident in medicine, Salem Hospital, Salem, MA
  1999-2002: Natsuko Chiba, M.D., Ph.D., postdoctoral fellow
     current position: Associate Professor, Tohoku University, Sendai, Japan
  1999-2003: Neelima Mondal, Ph.D., postdoctoral fellow
     current position: Assistant Professor, School of Life Sciences, Jawaharlal Nehru
        University, New Delhi, India
  2000-2006: Amanda M. Simons, Ph.D., graduate student
     current position: Assistant Professor, Framingham State College, Framingham, MA
  2000-2003: Fanglei You, M.D., Ph.D., postdoctoral fellow
     current position: Postdoctoral fellow, Dana-Farber Cancer Institute, Boston, MA
  2001-2005: Lea Starita, Ph.D., graduate student
     current position: postdoctoral fellow, University of Washington, Seattle, WA
  2002-2003: Ye Zhang, M.D., Ph.D., postdoctoral fellow
     current position: Assistant Professor, Chinese Academy of Medical Sciences and Peking
        Union Medical College, Beijing China
  2003-2007: Satish Sankaran, Ph.D., postdoctoral fellow
     current position: postdoctoral fellow, Massachusetts General Hospital Cancer Center
  2003-2004: Mothe Sreedhar Reddy, Ph.D., postdoctoral fellow. Deceased.
  2003-2005: David Takeda, Ph.D., M.D., graduate student (co-supervise with Anindya Dutta)
     current position: residency at Brigham and Women's Hospital
  2003-2005: Woo-Hyun Park, Ph.D.
     current position: Assistant Professor, Medical School of JeonBuk National
        University, Korea
  2003-2006: Andrew Horwitz, Ph.D., graduate student
     current position: postdoctoral fellow, University of California, San Francisco
  2006-2008: Ekaterina Lamber, Ph.D., postdoctoral fellow
     current position: postdoctoral fellow, The Institute for Cancer Research and Royal
        Marsden Hospital Foundation Trust

2006-2009: George F. Heine, Ph.D., postdoctoral fellow
        current position: postdoctoral fellow, OSU
2007-present: Shweta Kotian, graduate student
2008-present: Zeina Kais, graduate student
2008-present: Mansi Arora, graduate student
2009-present: Yiheng Hu, graduate student
2009-present: Huiwen Liu, graduate student

3. Other teaching activities
    1987, 1989    Influenza virus replication in graduate school course in "Animal Virology" at Mount Sinai School of Medicine
        20 graduate students; 10 hours preparation for lecture and exam grading

**Community service**

| | |
|---|---|
| 1999-2004 | Director of Brigham and Women's Hospital Pathology Department Research Seminar Series |
| 2000 | Spokesman for American Cancer Society at "Relay for Life" fund raising event, West Roxbury, MA<br>Spokesman for American Cancer Society at fundraising event, Ipswich, MA<br>Guest Speaker, American Cancer Society North Central Massachusetts Unit, Annual Board of Directors Meeting |
| 2001-2002 | Committee member organizing "Seminars in Molecular Medicine" |
| 2002 | Guest Speaker, American Cancer Society, Boston fundraising event<br>Guest Speaker, Fleet Bank, Women's Interests Network |

**Presentations at international conferences**

| | |
|---|---|
| 1991 | Cold Spring Harbor, NY; "Mechanisms of Eukaryotic Transcription" |
| 1993 | Cold Spring Harbor, NY; "Mechanisms of Eukaryotic Transcription" |
| 1998 | Helsinki, Finland; "Transcriptional Regulation" |
| 1999 | Redwood City, CA; "Gene Therapy and Molecular Biology & Medicine International Conference"<br>Cambridge, UK; "Second International Workshop on the Function of BRCA1 and BRCA2" |
| 2000 | Ventura, CA; invited speaker, Gordon Research Conference, "Cancer Genetics and Epigenetics" |

        New York, NY; invited speaker, "Genetic and Molecular Basis of Breast Cancer"

2001       Rockville, MD; invited speaker, "BRCA1: Function in Cell Growth and Tumorigenesis"

2002       Helsinki, Finland, invited speaker, 20th Sigrid Jusélius International Symposium: "Molecular Genesis of Cancer"

2003       San Diego, CA; FASEB meeting, chaired and presented at an ASIP "Pathobiology for Basic Scientists: Growth and Development" course

2004       Orlando, FL; AACR annual meeting, session chair and invited speaker: "Transcriptional control of cell survival".
Cambridge, MA; Sixteenth Annual Fanconi Anemia Research Fund Scientific Symposium.

2005       Cold Spring Harbor, NY; "The ubiquitin family"
Fukushima Japan, invited speaker; 11th annual meeting of the Japanese Society for familial tumors.
Heidelberg, Germany, invited speaker; EMBO Workshop on Centrosomes and Spindle Pole Bodies

2006       Orlando, FL; AACR special conference: "Ubiquitin and Cancer: From Molecular Targets and Mechanisms to the Clinic"

2007       Chaired and organized "Cellular Response to DNA Damage"; one day symposium sponsored by Abcam, held in Boston, MA

**Invited seminars:**

1998       Vertex Pharmaceuticals, Cambridge, MA
Harvard Medical School Department of Pathology research retreat

1999       Emory University, Department of Pathology, Atlanta, GA
Boston University School of Medicine, Boston, MA
Beth Israel Hospital, Boston, MA
Breast Cancer Prog. of the Dana Farber Harvard Cancer Center, Boston, MA

2000       Massachusetts General Hospital Cancer Center, Charlestown, MA

2001       University of Virginia, Department of Biochemistry and Molecular Genetics, Charlottesville, VA

| | |
|---|---|
| 2002 | BCMP Minisymposium: The Biochemistry of Eukaryotic Transcription at Harvard Medical School |
| | University of Massachusetts Medical School, Worcester, MA |
| | Harvard Medical School, Department of Pathology |
| | Praecis Pharmaceuticals, Waltham, MA |
| 2003 | Harvard Medical School Department of Pathology research retreat |
| | Mt. Sinai School of Medicine, Department of Microbiology |
| 2004 | Boston Area DNA Repair and Mutagenesis group |
| | Mayo Clinic, Rochester, MN |
| 2005 | University of Pennsylvania Medical School, Philadelphia, PA |
| | University of Tohoku, Sendai, Japan (A medal was awarded with the seminar.) |
| | Boston Area Gene Expression Meeting |
| | Merck Research Laboratories, Boston, MA |
| | University of Pittsburgh School of Medicine, Pittsburgh, PA (Featured speaker in minisymposium) |
| | Harvard School of Public Health, Boston, MA |
| 2006 | University of Massachusetts Medical School, Worcester, MA |
| | Genzyme, Waltham, MA |
| | Ohio State University, Columbus, OH |
| | Karmanos Cancer Institute, Detroit, MI |
| | University of Kansas Cancer Center, Kansas City, KS |
| | Brown University, Providence, RI |
| | Case Comprehensive Cancer Center, Cleveland, OH |
| | Worcester Polytechnic Institute, Worcester, MA |
| 2007 | University of Wyoming, Laramie, WY |
| | Johnson & Johnson, Raritan, NJ |
| 2009 | Ohio University, Athens, Ohio |
| | OCCBIO 2009, Cleveland, Ohio |

## Part III
## BIBLIOGRAPHY:

Original Reports

1. **Parvin JD**, Young J, Palese P. Nonsense mutations affecting the lengths of the NS1 nonstructural proteins of influenza A virus isolates. **Virology** 1983; 128: 512-7.

2. **Parvin JD**, Wang LH. Mechanisms for the generation of *src*-deletion mutants and recovered sarcoma viruses: identification of viral sequences involved in *src* deletions and in recombination with c-src sequences. **Virology** 1984; 138: 236-45.

3. Boyer KM, Papierniak CK, Gadzala CA, **Parvin JD**, Gotoff SP. Transplacental passage of IgG antibody to group B streptococcus serotype Ia. **J Pediatr** 1984; 104: 618-20.

4. **Parvin JD**, Moscona A, Pan WT, Leider JM, Palese P. Measurement of the mutation rates of animal viruses: influenza A virus and poliovirus type 1. **J Virol** 1986; 59: 377-83.

5. **Parvin JD**, Smith FI, Palese P. Rapid RNA sequencing using double-stranded template DNA, SP6 polymerase, and 3'-deoxynucleotide triphosphates. **DNA** 1986; 5: 167-71.

6. Buonagurio DA, Nakada S, **Parvin JD**, Krystal M, Palese P, Fitch WM. Evolution of human influenza A viruses over 50 years: rapid, uniform rate of change in NS gene. **Science** 1986; 232: 980-2.

7. Smith FI, **Parvin JD**, Palese P. Detection of single base substitutions in influenza virus RNA molecules by denaturing gradient gel electrophoresis of RNA-RNA or DNA-RNA heteroduplexes. **Virology** 1986; 150: 55-64.

8. Hsu MT, **Parvin JD**, Gupta S, Krystal M, Palese P. Genomic RNAs of influenza viruses are held in a circular conformation in virions and in infected cells by a terminal panhandle. **Proc Natl Acad Sci U S A** 1987; 84: 8140-4.

9. **Parvin JD**, Palese P, Honda A, Ishihama A, Krystal M. Promoter analysis of influenza virus RNA polymerase. **J Virol** 1989; 63: 5142-52.

10. Luytjes W, Krystal M, Enami M, **Parvin JD**, Palese P. Amplification, expression, and packaging of foreign gene by influenza virus. **Cell** 1989; 59: 1107-13.

11. **Parvin JD**, Sharp PA. Identification of novel factors which bind specifically to the core promoter of the immunoglobulin heavy chain gene. **J Biol Chem** 1991; 266: 22878-86.

12. **Parvin JD**, Timmers HT, Sharp PA. Promoter specificity of basal transcription factors. **Cell** 1992; 68: 1135-44.

13. **Parvin JD**, Sharp PA. DNA topology and a minimal set of basal factors for transcription by RNA polymerase II. **Cell** 1993; 73: 533-40.

14. **Parvin JD**, Shykind BM, Meyers RE, Kim J, Sharp PA. Multiple sets of basal factors initiate transcription by RNA polymerase II. **J Biol Chem** 1994; 269: 18414-21.

15. Aird WC, **Parvin JD**, Sharp PA, Rosenberg RD. The interaction of GATA-binding proteins and basal transcription factors with GATA box-containing core promoters. A model of tissue-specific gene expression. **J Biol Chem** 1994; 269: 883-9.

16. **Parvin JD**, McCormick RJ, Sharp PA, Fisher DE. Pre-bending of a promoter sequence enhances affinity for the TATA-binding factor. **Nature** 1995; 373: 724-7.

17. Makela TP, **Parvin JD**, Kim J, Huber LJ, Sharp PA, Weinberg RA. A kinase-deficient transcription factor TFIIH is functional in basal and activated transcription. **Proc Natl Acad Sci U S A** 1995; 92: 5174-8.

18. Chao DM, Gadbois EL, Murray PJ, Anderson SF, Sonu MS, **Parvin JD**, Young RA. A mammalian SRB protein associated with an RNA polymerase II holoenzyme. **Nature** 1996; 380: 82-5.

19. Kim J, **Parvin JD**, Shykind BM, Sharp PA. A negative cofactor containing Dr1/p19 modulates transcription with TFIIA in a promoter-specific fashion. **J Biol Chem** 1996; 271: 18405-12.

20. Scully R, Anderson SF, Chao DM, Wei W, Ye L, Young RA, Livingston DM, **Parvin JD**. BRCA1 is a component of the RNA polymerase II holoenzyme. **Proc Natl Acad Sci U S A** 1997; 94: 5605-10.

21. Nakajima T, Uchida C, Anderson SF, **Parvin JD**, Montminy M. Analysis of a cAMP-responsive activator reveals a two-component mechanism for transcriptional induction via signal-dependent factors. **Genes Dev** 1997; 11: 738-47.

22. Nakajima T, Uchida C, Anderson SF, Lee CG, Hurwitz J, **Parvin JD**, Montminy M. RNA helicase A mediates association of CBP with RNA polymerase II. **Cell** 1997; 90: 1107-12.

23. Neish AS, Anderson SF, Schlegel BP, Wei W, **Parvin JD**. Factors associated with the mammalian RNA polymerase II holoenzyme complex. **Nuc Acids Res** 1998; 26: 847-53.

24. Saha P, Chen J, Thome KC, Lawlis SJ, Hou Z, Hendricks M, **Parvin JD**, Dutta A. Human CDC6/Cdc18 associates with Orc1 and cyclin/cdk proteins and is selectively eliminated from the nucleus at the onset of S phase. **Mol Cell Biol** 1998; 18: 2758-67.

25. Anderson SF, Schlegel BP, Nakajima T, Wolpin ES, **Parvin JD**. BRCA1 protein is linked to the RNA polymerase II holoenzyme complex via RNA helicase A. **Nature Genetics** 1998; 19: 254-6.

26. Qiu X, Lin Y, Thome KC, Pian P, Schlegel BP, Weremowicz S, **Parvin JD**, Dutta A. An eukaryotic RuvB-like protein (RUVBL1) essential for growth. **J Biol Chem** 1998; 273: 27786-93.

27. Haile DT, **Parvin JD**. Activation of transcription *in vitro* by the BRCA1 carboxy-terminal domain. **J Biol Chem** 1999; 274, 2113-7.

28. Schlegel BP, Green VJ, Ladias JAA, **Parvin JD**. BRCA1 interaction with RNA polymerase II reveals a role for hRPB2 and hRPB10α in activated transcription. **Proc Natl Acad Sci USA** 2000; 97, 3148-53.

29. Chiba N, Suldan Z, Freedman LP, **Parvin JD**. Binding of liganded vitamin D receptor to the DRIP coactivator complex induces interaction with RNA polymerase II. **J Biol Chem** 2000; *275*, 10719-22. (accelerated publication)

30. Mondal N, **Parvin JD**. DNA Topoisomerase IIα is required for RNA polymerase II transcription on chromatin templates. **Nature** 2001; *413*, 435-38.

31. Chiba N, **Parvin JD** Redistribution of BRCA1 among four different protein complexes following replication blockage. **J Biol Chem** 2001; *276*, 38549-54.

32. Chiba N, **Parvin JD**. The BRCA1 and BARD1 association with the RNA polymerase II holoenzyme. **Cancer Research** 2002; *62*, 4222-8.

33. Schlegel BP, Starita LM, **Parvin JD**. Overexpression of a protein fragment of RNA Helicase A causes inhibition of endogenous BRCA1 function and defects in ploidy and cytokinesis in mammary epithelial cells. **Oncogene** 2003; *22*, 983-91.

34. Mondal N, Zhang Y, Jonsson Z, Dhar S, Kannapiran M, **Parvin JD**. Elongation by RNA polymerase II on chromatin templates requires topoisomerase activity. **Nuc Acids Res** 2003; *31*, 5016-24.

35. Zhang Y, Griffin K, Mondal N, and **Parvin JD**. Phosphorylation of histone H2A inhibits transcription on chromatin templates. **J Biol Chem** 2004; *279*, 21866-72.

36. You F, Chiba N, Ishioka C, and **Parvin JD**. Expression of an amino-terminal BRCA1 deletion mutant causes a dominant growth inhibition in MCF10A cells. **Oncogene** 2004; *23*, 5792-5798.

37. Starita LM, Machida Y, Sankaran S, Elias JE, Griffin K, Schlegel BP, Gygi SP, and **Parvin JD**. BRCA1-dependent ubiquitination of γ-tubulin regulates centrosome number. **Mol Cell Biol.** 2004: *24*, 8457-8466.

38. Takeda DY, **Parvin JD**, and Dutta A. Degradation of cdt1 during S phase is skp2 independent and is required for efficient progression of mammalian cells through S phase. **J Biol Chem** 2005: *280*, 23416-23.

39. Park WH, Margossian S, Horwitz A, Simons AM, D'Andrea AD, and **Parvin JD**. Direct DNA binding activity of the Fanconi Anemia D2 protein. **J Biol Chem** 2005: *280*, 23593-8.

40. Starita LM, Horwitz AA, Keogh MC, Ishioka C, **Parvin JD\***, and Chiba N*. BRCA1/BARD1 ubiquitinate phosphorylated RNA polymerase II. **J Biol Chem** 2005: *280*, 24498-505. (*co-corresponding authors)

41. Mondal N, and **Parvin JD**. The tumor suppressor protein p53 functions similarly to p63 and p73 in activating transcription in vitro. **Cancer Biology and Therapy** 2005: *4*, 414-8.

42. Sankaran S, Starita LM, Groen AC, Ko MJ, and **Parvin JD**. Centrosomal microtubule nucleation activity is inhibited by BRCA1-dependent ubiquitination. **Mol Cell Biol.** 2005: *25*, 8656-68.

43. Takeda, DY, Shibata, Y, **Parvin, JD**, and Dutta, A. Recruitment of replication factors to DNA is sufficient to stimulate replication initiation in mammalian cells. **Genes Dev** 2005: *19*, 2827-36.

44. Ko MJ, Murata K, Hwang DS, and **Parvin JD**. Inhibition of BRCA1 in breast cell lines causes the centrosome duplication cycle to be disconnected from the cell cycle. **Oncogene** 2006: *25*, 298-303.

45. Simons, AM, Horwitz, AA, Starita, LM, Williams, RS, Griffin, K, Glover, JNM, and **Parvin, JD**. BRCA1 DNA binding activity is stimulated by BARD1. **Cancer Res** 2006: *66*, 2012-8.

46. Sankaran, S, Starita, LM, Simons, AM, and **Parvin, JD**. Identification of domains of BRCA1 critical for the ubiquitin-dependent inhibition of centrosome function. **Cancer Res** 2006: *66*, 4100-7.

47. Horwitz AA, Sankaran S, and **Parvin JD**. Direct stimulation of transcription initiation by BRCA1 requires both its amino and carboxy-termini. **J Biol Chem** 2006 *281*, 8317-20. (accelerated publication)

48. Toretsky, JA, Erkizan, V, Levenson, A, Abaan, OD, **Parvin, JD**, Cripe, TP, Rice, AM, Lee, SB, Üren, A. Oncoprotein Ews-Fli1 Activity Is Enhanced By RNA Helicase A (RHA). **Cancer Res** 2006 *66*, 5574-81.

49. Kontopoulos, E, **Parvin, JD**, and Feany, M. Alpha-synuclein acts in the nucleus to inhibit histone acetylation and promote neurotoxicity. **Human Molecular Genetics** 2006 *15*, 3012-23.

50. Horwitz AA, Affar EB, Heine GF, Shi Y, and **Parvin JD**. A mechanism for transcriptional repression dependent on the BRCA1 E3 ubiquitin ligase. **Proc Natl Acad Sci USA** 2007 *104*, 6614-9.

51. Pujana, MA*, Han, JD*, Starita, LM*, Stevens, Kn*, Tewari, M, Ahn, JS, Rennert, G, Moreno, V, Assmann, V, ElShamy, WM, J Rual, JF, Rozek, LS, Gelman, RS, Gunsalus, KC, Greenberg, RA, Sobhian, B, Bertin, N, Venkatesan, K, Ayivi-Guedehoussou, N, Lázaro, C, Nathanson, KL, Weber, BL, Cusick, ME, Hill, DE, Livingston, DM, Gruber, SB**, **Parvin, JD****, and Vidal, M**. Network modeling links breast cancer susceptibility and centrosome dysfunction. **Nat Genet** 2007 *39*, 1338-49. (*co-first authors; **co-corresponding authors)

52. Sankaran S, Crone DE, Palazzo RE, and Parvin JD. Aurora A Kinase Regulates BRCA1 Inhibition of Centrosome-Dependent Microtubule Nucleation. **Cancer Res** 2007 *67*, 11186-94.

53. Sankaran S, Crone DE, Palazzo RE, and Parvin JD. BRCA1 regulates γ-tubulin binding to centrosomes. **Cancer Biology and Therapy** 2007 *6*: 1853-7.

54. Heine, GF, Horwitz AA, and Parvin JD. Multiple mechanisms contribute to inhibit transcription in response to DNA damage. **J Biol Chem** 2008 *283*, 9555-61.

55. Johnson N, Cai D, Kennedy RD, Pathania S, Arora M, D'Andrea AD, **Parvin JD**, and Shapiro GI. CDK1 participates in BRCA1-dependent S phase checkpoint control in response to DNA damage. **Mol Cell** 2009 *35*:327-39.

56. Taslim C, Wu J, Yan P, Singer G, **Parvin JD**, Huang T, Lin S, Huang K. Comparative study on ChIP-seq data: Normalization and binding pattern characterization. **Bioinformatics** 2009 *25*:2334-40.

57. Thakar A, **Parvin JD**, Zlatanova J. BRCA1/BARD1 E3 ubiquitin ligase can modify histones H2A and H2B in the nucleosome particle. **Journal of Biomolecular Structure & Dynamics** 2010 *27 In press*

58. *Ransburgh DJR, *Chiba N, Ishioka C, Toland AE, and **Parvin JD**. The effect of BRCA1 missense mutations on homology directed recombination. *Submitted*.

Original reports in submission

59. Lamber EP, Horwitz AA, and **Parvin JD**. BRCA1 represses Amphiregulin gene expression. *Submitted*.

Reviews

1. **Parvin JD**, Young RA. Regulatory targets in the RNA polymerase II holoenzyme. **Current Opinion in Gen & Dev** 1998; 8: 565-70.

2. Mondal N, **Parvin JD**. BRCA1 function in transcription. Gene Therapy and Molecular Biology, 1999; 4: 397-404.

3. Anderson SF, **Parvin JD**. The basal transcription apparatus in Leukocyte Recruitment, Endothelial Cell Adhesion Molecules, and Transcriptional Control: Insights for Drug Discovery T Collins, editor. Kluwer Academic Publishing, Norwell, MA, 2001; 229-61.

4. **Parvin JD**. BRCA1 at a branch point. **Proc Natl Acad Sci USA** 2001; *98*, 5952-4.

5. **Parvin JD**. Creating a tool-kit for exploring BRCA1 function. **Cancer Biology and Therapy** 2002; *1*, 509-10.

6. **Parvin, JD**. In this issue. **Cancer Biology and Therapy** 2003; *1*, 595-6.

7. Starita LM, **Parvin JD**. The multiple nuclear functions of BRCA1: transcription, ubiquitination, and DNA repair. **Current Opinion In Cell Biology** 2003; *15*, 345-50.

8. Mondal N, **Parvin JD**. Transcription from the perspective of the DNA: twists and bumps in the road. **Crit Rev in Euk Gene Expression** 2003; *13*, 1-8.

9. **Parvin JD**. Overview of History and Progress in BRCA1 Research: The First BRCA1 decade. **Cancer Biology and Therapy** 2004; *3*, 505-8.

10. Starita LM, **Parvin JD**. Substrates of the BRCA1 dependent ubiquitin ligase. **Cancer Biology and Therapy** 2006; *5*, 137-41.

11. **Parvin JD**, Sankaran S. The BRCA1 E3 ubiquitin ligase controls centrosome dynamics. **Cell Cycle** 2006; *5*, 1946-50.

12. Sankaran S, **Parvin JD**. Centrosome function in normal and tumor cells. **J Cell Biochem** 2006; *99*, 1240-50.

13. Heine GF, **Parvin JD**. BRCA1 Control of Steroid Receptor Ubiquitination. **Science STKE** 2007; *391*, pe34.

14. Kais Z, **Parvin JD**. Regulation of centrosomes by the BRCA1-dependent ubiquitin ligase. **Cancer Biology and Therapy** 2008; *7*, 1540-3.

15. **Parvin JD**. The BRCA1-dependent ubiquitin ligase, γ-tubulin, and centrosomes. **Environmental and Molecular Mutagenesis**, 2009; 50: 649-53.

Patents

1. Palese P, **Parvin JD**, Krystal M, inventors; Medimmune assignee. Recombinant negative strand RNA virus expression systems and vaccines. US Patent 5,166,057. 1992 November.

2. Palese P, **Parvin JD**, Krystal M, inventors; Medimmune assignee. Recombinant negative strand RNA virus. US Patent 5,578,473. 1996 November 26.

3. Palese P, **Parvin JD**, Krystal M, inventors; Medimmune assignee. Recombinant negative strand RNA virus expression systems and vaccines. US Patent 6,887,699 B1. 2005 May.

4. Palese P, Garcia-Sastre A, Krystal M, **Parvin JD**, inventors; Medimmune assignee. Recombinant negative strand RNA virus expression systems and vaccines. US Patent 5,820,871. 1998 October 13.

5. Palese P, Garcia-Sastre A, Krystal M, **Parvin JD**, inventors; Medimmune assignee. Recombinant negative strand RNA viruses. US Paten 6,001,634. 1999 December 14.

6. Palese P, Garcia-Sastre A, Krystal M, **Parvin JD**, inventors; Medimmune assignee. Recombinant negative strand RNA virus expression systems and vaccines. US Patent Application No. 09/724,427; filed 2000 November 28.

7. Palese P, Garcia-Sastre A, Krystal M, **Parvin JD**, inventors; Medimmune assignee. Recombinant negative strand RNA virus expression systems and vaccines. US Patent Application No. 10/821,001; filed 2004 April 7.

8. Palese P, Garcia-Sastre A, Krystal M, **Parvin JD**, inventors; Medimmune assignee. Recombinant negative strand RNA virus expression systems and vaccines. US Patent Application No. 11/244,119. 2005 October 4.

# BRCA1 specific papers by Dr. Jeffrey Parvin

## Original Research

1. Scully R, Anderson SF, Chao DM, Wei W, Ye L, Young RA, Livingston DM, **Parvin JD**. BRCA1 is a component of the RNA polymerase II holoenzyme. **Proc Natl Acad Sci U S A** 1997; 94: 5605-10.

2. Neish AS, Anderson SF, Schlegel BP, Wei W, **Parvin JD**. Factors associated with the mammalian RNA polymerase II holoenzyme complex. **Nuc Acids Res** 1998; 26: 847-53.

3. Anderson SF, Schlegel BP, Nakajima T, Wolpin ES, **Parvin JD**. BRCA1 protein is linked to the RNA polymerase II holoenzyme complex via RNA helicase A. **Nature Genetics** 1998; 19: 254-6.

4. Haile DT, **Parvin JD**. Activation of transcription *in vitro* by the BRCA1 carboxy-terminal domain. **J Biol Chem** 1999; 274, 2113-7.

5. Schlegel BP, Green VJ, Ladias JAA, **Parvin JD**. BRCA1 interaction with RNA polymerase II reveals a role for hRPB2 and hRPB10$\alpha$ in activated transcription. **Proc Natl Acad Sci USA** 2000; 97, 3148-53.

6. Chiba N, **Parvin JD** Redistribution of BRCA1 among four different protein complexes following replication blockage. **J Biol Chem** 2001; *276*, 38549-54.

7. Chiba N, **Parvin JD**. The BRCA1 and BARD1 association with the RNA polymerase II holoenzyme. **Cancer Research** 2002; *62*, 4222-8.

8. Schlegel BP, Starita LM, **Parvin JD**. Overexpression of a protein fragment of RNA Helicase A causes inhibition of endogenous BRCA1 function and defects in ploidy and cytokinesis in mammary epithelial cells. **Oncogene** 2003; *22*, 983-91.

9. You F, Chiba N, Ishioka C, and **Parvin JD**. Expression of an amino-terminal BRCA1 deletion mutant causes a dominant growth inhibition in MCF10A cells. **Oncogene** 2004; *23*, 5792-5798.

10. Starita LM, Machida Y, Sankaran S, Elias JE, Griffin K, Schlegel BP, Gygi SP, and **Parvin JD**. BRCA1-dependent ubiquitination of $\gamma$-tubulin regulates centrosome number. **Mol Cell Biol.** 2004: *24*, 8457-8466.

11. Starita LM, Horwitz AA, Keogh MC, Ishioka C, **Parvin JD\***, and Chiba N*. BRCA1/BARD1 ubiquitinate phosphorylated RNA polymerase II. **J Biol Chem** 2005: *280*, 24498-505. (*co-corresponding authors)