# EXHIBIT 2

Dockets.Justia.com

# BRCA1 specific papers by Dr. Jeffrey Parvin

## Original Research

1. Scully R, Anderson SF, Chao DM, Wei W, Ye L, Young RA, Livingston DM, **Parvin JD**. BRCA1 is a component of the RNA polymerase II holoenzyme. **Proc Natl Acad Sci U S A** 1997; 94: 5605-10.

2. Neish AS, Anderson SF, Schlegel BP, Wei W, **Parvin JD**. Factors associated with the mammalian RNA polymerase II holoenzyme complex. **Nuc Acids Res** 1998; 26: 847-53.

3. Anderson SF, Schlegel BP, Nakajima T, Wolpin ES, **Parvin JD**. BRCA1 protein is linked to the RNA polymerase II holoenzyme complex via RNA helicase A. **Nature Genetics** 1998; 19: 254-6.

4. Haile DT, **Parvin JD**. Activation of transcription *in vitro* by the BRCA1 carboxy-terminal domain. **J Biol Chem** 1999; 274, 2113-7.

5. Schlegel BP, Green VJ, Ladias JAA, **Parvin JD**. BRCA1 interaction with RNA polymerase II reveals a role for hRPB2 and hRPB10$\alpha$ in activated transcription. **Proc Natl Acad Sci USA** 2000; 97, 3148-53.

6. Chiba N, **Parvin JD** Redistribution of BRCA1 among four different protein complexes following replication blockage. **J Biol Chem** 2001; *276,* 38549-54.

7. Chiba N, **Parvin JD**. The BRCA1 and BARD1 association with the RNA polymerase II holoenzyme. **Cancer Research** 2002; *62,* 4222-8.

8. Schlegel BP, Starita LM, **Parvin JD**. Overexpression of a protein fragment of RNA Helicase A causes inhibition of endogenous BRCA1 function and defects in ploidy and cytokinesis in mammary epithelial cells. **Oncogene** 2003; *22,* 983-91.

9. You F, Chiba N, Ishioka C, and **Parvin JD**. Expression of an amino-terminal BRCA1 deletion mutant causes a dominant growth inhibition in MCF10A cells. **Oncogene** 2004; *23,* 5792-5798.

10. Starita LM, Machida Y, Sankaran S, Elias JE, Griffin K, Schlegel BP, Gygi SP, and **Parvin JD**. BRCA1-dependent ubiquitination of $\gamma$-tubulin regulates centrosome number. **Mol Cell Biol.** 2004: *24,* 8457-8466.

11. Starita LM, Horwitz AA, Keogh MC, Ishioka C, **Parvin JD***, and Chiba N*. BRCA1/BARD1 ubiquitinate phosphorylated RNA polymerase II. **J Biol Chem** 2005: *280,* 24498-505. (*co-corresponding authors)

12. Sankaran S, Starita LM, Groen AC, Ko MJ, and **Parvin JD**. Centrosomal microtubule nucleation activity is inhibited by BRCA1-dependent ubiquitination. **Mol Cell Biol.** 2005: *25*, 8656-68.

13. Ko MJ, Murata K, Hwang DS, and **Parvin JD**. Inhibition of BRCA1 in breast cell lines causes the centrosome duplication cycle to be disconnected from the cell cycle. **Oncogene** 2006: *25*, 298-303.

14. Simons, AM, Horwitz, AA, Starita, LM, Williams, RS, Griffin, K, Glover, JNM, and **Parvin, JD.** BRCA1 DNA binding activity is stimulated by BARD1. **Cancer Res** 2006: *66*, 2012-8.

15. Sankaran, S, Starita, LM, Simons, AM, and **Parvin, JD**. Identification of domains of BRCA1 critical for the ubiquitin-dependent inhibition of centrosome function. **Cancer Res** 2006: *66*, 4100-7.

16. Horwitz AA, Sankaran S, and **Parvin JD**. Direct stimulation of transcription initiation by BRCA1 requires both its amino and carboxy-termini. **J Biol Chem** 2006 *281*, 8317-20. (accelerated publication)

17. Horwitz AA, Affar EB, Heine GF, Shi Y, and **Parvin JD**. A mechanism for transcriptional repression dependent on the BRCA1 E3 ubiquitin ligase. **Proc Natl Acad Sci USA** 2007 *104*, 6614-9.

18. Pujana, MA*, Han, JD*, Starita, LM*, Stevens, Kn*, Tewari, M, Ahn, JS, Rennert, G, Moreno, V, Assmann, V, ElShamy, WM, J Rual, JF, Rozek, LS, Gelman, RS, Gunsalus, KC, Greenberg, RA, Sobhian, B, Bertin, N, Venkatesan, K, Ayivi-Guedehoussou, N, Lázaro, C, Nathanson, KL, Weber, BL, Cusick, ME, Hill, DE, Livingston, DM, Gruber, SB**, **Parvin, JD**\*\*, and Vidal, M**. Network modeling links breast cancer susceptibility and centrosome dysfunction. **Nat Genet** 2007 *39*, 1338-49. (*co-first authors; **co-corresponding authors)

19. Sankaran S, Crone DE, Palazzo RE, and Parvin JD. Aurora A Kinase Regulates BRCA1 Inhibition of Centrosome-Dependent Microtubule Nucleation. **Cancer Res** 2007 *67*, 11186-94.

20. Sankaran S, Crone DE, Palazzo RE, and Parvin JD. BRCA1 regulates γ-tubulin binding to centrosomes. **Cancer Biology and Therapy** 2007 *6*: 1853-7.

21. Johnson N, Cai D, Kennedy RD, Pathania S, Arora M, D'Andrea AD, **Parvin JD**, and Shapiro GI. CDK1 participates in BRCA1-dependent S phase checkpoint control in response to DNA damage. **Mol Cell** 2009 *35*:327-39.

22. Thakar A, **Parvin JD**, Zlatanova J. BRCA1/BARD1 E3 ubiquitin ligase can modify histones H2A and H2B in the nucleosome particle. **Journal of Biomolecular Structure & Dynamics** 2010 *27 In press*

23. *Ransburgh DJR, *Chiba N, Ishioka C, Toland AE, and **Parvin JD**. The effect of BRCA1 missense mutations on homology directed recombination. *Submitted.*

**Reviews**

1. **Parvin JD**, Young RA. Regulatory targets in the RNA polymerase II holoenzyme. **Current Opinion in Gen & Dev** 1998; 8: 565-70.

2. Mondal N, **Parvin JD**. BRCA1 function in transcription. Gene Therapy and Molecular Biology, 1999; 4: 397-404.

3. **Parvin JD**. BRCA1 at a branch point. **Proc Natl Acad Sci USA** 2001; *98*, 5952-4.

4. **Parvin JD**. Creating a tool-kit for exploring BRCA1 function. **Cancer Biology and Therapy** 2002; *1*, 509-10.

5. Starita LM, **Parvin JD**. The multiple nuclear functions of BRCA1: transcription, ubiquitination, and DNA repair. **Current Opinion In Cell Biology** 2003; *15*, 345-50.

6. **Parvin JD**. Overview of History and Progress in BRCA1 Research: The First BRCA1 decade. **Cancer Biology and Therapy** 2004; *3*, 505-8.

7. Starita LM, **Parvin JD**. Substrates of the BRCA1 dependent ubiquitin ligase. **Cancer Biology and Therapy** 2006; *5*, 137-41.

8. **Parvin JD**, Sankaran S. The BRCA1 E3 ubiquitin ligase controls centrosome dynamics. **Cell Cycle** 2006; *5*, 1946-50.

9. Sankaran S, **Parvin JD**. Centrosome function in normal and tumor cells. **J Cell Biochem** 2006; *99*, 1240-50.

10. Heine GF, **Parvin JD**. BRCA1 Control of Steroid Receptor Ubiquitination. **Science STKE** 2007; *391*, pe34.

11. Kais Z, **Parvin JD**. Regulation of centrosomes by the BRCA1-dependent ubiquitin ligase. **Cancer Biology and Therapy** 2008; *7*, 1540-3.

12. **Parvin JD**. The BRCA1-dependent ubiquitin ligase, γ-tubulin, and centrosomes. **Environmental and Molecular Mutagenesis**, 2009; *50*: 649-53.