# EXHIBIT 1

Dockets.Justia.com

CURRICULUM VITAE

| | |
|---|---|
| Name: | Philip Raymond Reilly |
| Address: | 145 Monument Street, Concord, MA 01742 |
| Date of Birth: | October 3, 1947 |
| Place of Birth: | Albany, NY |
| Citizenship: | United States of America |
| Marital Status: | Married (Nancy), three children (Thomas, Sarah, Christopher). |

Education:

| | | |
|---|---|---|
| 1965-1969 | B.A. | Cornell University |
| 1970-1973 | J.D. | Columbia University |
| 1973-1975 | | University of Texas (Human Genetics) |
| 1977-1981 | M.D. | Yale University |

Licensed to practice both law and medicine in Massachusetts.
Board Certified in Internal Medicine and Clinical Genetics

Current Positions

Venture Partner, Third Rock Ventures, Boston, MA;
(I work to start companies to treat rare genetic disorders.)
Adjunct Professor of Law, Suffolk University.
(I teach a seminar in biomedical policy and law).

Prior Positions

| | |
|---|---|
| 2000-2006 | CEO, Interleukin Genetics, Inc. |
| 2000-2006 | Chairman of the Board, Interleukin Genetics, Inc. |

I was responsible for all aspects of running personalized medicine company that focused on the genetics of inflammation. I oversaw a growing patent portfolio, raised multiple rounds of capital, supported shareholder relations, re-listed the company on a stock exchange (AMEX), and played in key role in complying with Sarbanes-Oxley requirements. I oversaw the build-out of a state of the art DNA testing laboratory, as well as the successful effort to gain CLIA certification. Between 2000 and 2003, I rebuilt the company, hiring each of the first 20 employees.

| | |
|---|---|
| 1990-2000 | Executive Director, Eunice Kennedy Shriver Center For Mental Retardation, Inc., Waltham, MA 02452 |
| 1985-1990 | Director, Primary Care Program, Shriver Center; |
| 1987-1998 | Director, UAP, Shriver Center |

Internships and Residencies:

| | |
|---|---|
| 1973 | Summer intern (Fellowship award) Institute for Society, Ethics and the Life Sciences, Hastings-on-Hudson, New York |
| 1981-1982 | Intern, Department of Medicine, Boston City Hospital, Boston, MA |
| 1983-1985 | Resident, Department of Medicine, Boston City Hospital |

Research Fellowships:

| | |
|---|---|
| 1973-1975 | Research Associate, Medical Genetics, University of Texas Graduate School, Houston, Texas (Dr. Margery Shaw) |

Licensure and Certification:

| | |
|---|---|
| 1973 | Massachusetts Bar Association |
| 1981 | Certified to practice medicine in Massachusetts (#49965) |
| 1983 | Board Certification in Internal Medicine |
| 1990 | Board Certification in Clinical Genetics |
| 1993 | Founding Fellow, American College of Medical Genetics |

Academic Appointments:

| | |
|---|---|
| 1985-1992 | Instructor in Neurology, Harvard Medical School |
| 1992-1998 | Assistant Professor of Neurology, Harvard Medical School |
| 1992-1995 | Adjunct Professor of Legal Studies, Brandeis University |
| 1998-2000 | Assistant Professor, (Genetics) Tufts Medical School |
| Fall 2008 | Visiting Professor, Cornell University |
| 2008-2009 | Adjunct Professor of Law, Suffolk Las School |

Hospital Appointments:

| | |
|---|---|
| 1984-1986 | Emergency Room Staff Physician (part-time), Leonard Morse Hospital, Natick, Massachusetts |
| 1985 –2000 | Physician, Shriver Center for Mental Retardation, Waltham, Massachusetts |
| 1986-1988 | Medical Director, Shriver Center for Mental Retardation, Waltham, Massachusetts |
| 1987–1992 | Clinical Assistant, Department of Neurology, Massachusetts General Hospital, Boston, MA; |
| 1992-1999 | Assistant Professor, Department of Neurology, Harvard Medical School |

Other Professional Positions and Consulting (Selected):

| | |
|---|---|
| 1975-1976 | Attorney, Powers & Hall, Boston, MA |
| 1976-1977 | Fellow, Program in Law, Science and Medicine, Yale Law School, New Haven, Connecticut |
| 1978-1990 | Legal editor, Medical Liability Monitor (140 Published columns) |
| 1984-1992 | Consultant, Vivigen, Inc. Santa, Fe, NM |
| 1985 -1990 | Attorney, Powers & Hall, Boston, Massachusetts |
| 1985-1986 | Joseph P. Kennedy, Jr. Foundation Fellow in Geriatrics and Mental Retardation, Shriver Center, Waltham, Massachusetts |
| 1990-1992 | Member, Vivgen Board of Directors |
| 1986-1993 | Consultant, Collaborative Research, Inc., Bedford, Massachusetts |
| 1993 - 1995 | Consultant, Integrated Genetics, Inc., Framingham, Massachusetts |
| 1994 - 1999 | Member, SmithKline Beecham Genomics Advisory Board |
| 1995 - 1999 | Chair, SmithKline Beecham Clinical Genetics, Ethics and Public Policy Advisory Board |
| 1995 - 2004 | Consultant, Myriad Genetics, Inc., Salt Lake City, Utah |
| 1995 - 2002 | Consultant, Millennium Pharmaceuticals, Inc., Cambridge, MA |

Awards and Honors:

| | |
|---|---|
| 1977 | American Bar Association Gavel Award “in recognition of a distinguished contribution to public understanding of the American system of law and justice” bestowed for my book, Genetics, Law and Social Policy (Harvard University Press, 1977) |
| 1981 | Book Award for scholastic excellence, presented upon graduation from Yale University School of Medicine |
| 1984 | Offered Chief Residency, Medicine, Boston City Hospital |

Major Committee Assignments (Selected):

National, and Regional:

1976-1977 Member, NAS/NRC Committee on Public Information in the Prevention Of Occupational Cancer

1990-1992 Member, NAS/NRC Committee on DNA Typing and Forensic Science

1991-1992 Member, Advisory Committee to the National Museum of Health and Medicine on DNA Testing of President Lincoln's Tissue

1991-1993 Member, Task Force on Genetic Information and Insurance of the NIH-DOE Working Group on Ethical, Legal, and Social Implications of Human Genome Research

1991-1993 Member, Liaison Panel to the Institute of Medicine Committee on Assessing Genetic Risks

1987 - New England Regional Genetics Group Prenatal Testing Committee

1995 - Member, Federal Bureau of Investigation, DNA Advisory Board

Hospital:

1986-1988 Member, Massachusetts General Hospital Committee for Presymptomatic Huntington's Disease Testing.

Memberships, Offices and Committee Assignments in Professional Societies (Selected):

1982-1989 Member, Social Issue Committee, American Society of Human Genetics
1988-1989 Chair, Ad Hoc Committee on Individual Identification by DNA Technology, American Society of Human Genetics
1989-1993 Chair, Social Issues Committee, American Society of Human Genetics
1990-1993 Ad Hoc Committee on Cystic Fibrosis Testing, American Society of Human Genetics
1994 -1997 Member, Public Policy Committee, American Society of Human Genetics
1994 -1997 Member, Ad Hoc Genome Database Committee, American Society of Human Genetics
1994 -1997 Bylaws Committee, American Society of Human Genetics
1996 -1999 Board of Directors, American Society of Human Genetics

Major Career Interests:

Genetic Screening, Genetic Counseling, Legal Medicine, Prevention of Mental Retardation, DNA Forensics, Science and Public Policy, History of Genetics, Education of Physicians about Genetics

Teaching Experience:

1973-1975 Adjunct Assistant Professor of Law, Bates College of Law, University of Houston
1977-1978 Visiting Lecturer, University of North Carolina School of Medicine, Chapel Hill (Summer Terms)

| | |
|---|---|
| 1981 | Visiting Associate Professor, Institute for the Inter-Professional Study of Health Law, University of Texas Health Science Center (Feb.1-May30) |
| 1981-1982 | Director Health Law Institute, University of Houston Law Center and University of Texas health science Center Houston Texas |
| 1985 -1999 | Instructor, Department of Neurology, Harvard Medical School |
| 1987-1993 | Lecturer, Genetics Course, Harvard Medical School |
| 1992 -1995 | Adjunct Professor in Legal Studies, Brandeis University (Seminar on "Genetics, aw and Social Policy" offered to masters degree students in genetic counseling) |

Major Administrative Responsibilities:

| | |
|---|---|
| 1987 -1990 | Director, University Affiliated Program, Shriver Center for Mental Retardation, Waltham, Massachusetts |
| 1990 -2000 | Executive Director, Shriver Center for Mental Retardation, Waltham, MA |

Editorial Responsibilities:

| | |
|---|---|
| 1987-1993 | Editorial Board, American Journal of Medical Genetics |
| 1990 -1993 | Editorial Board, Genetic Resource |
| 1990 -1993 | Editor in Chief, Exceptional Physician Newsletter |

Reviewer for: Am J Human Genetics, Am J Med Genetics, JAMA, Science

Bibliography:

Books:

The Strongest Boy in the World, Cold Spring Harbor Laboratory Press, New York, 2006 (New expanded edition, 2008).

Is It In Your Genes? Cold Spring Harbor Laboratory Press, New York, 2004

Abraham Lincoln's DNA and Other Adventures in Genetics, Cold Spring Harbor Laboratory Press, New York, 2002

The Surgical Solution: A History of Involuntary Sterilization in the United States, Johns Hopkins University Press, 1990

To Do No Harm, Auburn House, Dover, Massachusetts, 1985

Genetics, Law, and Social Policy, Harvard University Press, 1977

Original Reports (Medical):

1. Reilly P. Informed Consent. NEJM. 1974; 290: 520.

2. Reilly P. Sickle Cell Screening. Am J of Public Health. 1974; 64: 656.

3. Reilly P. Recombinant DNA Research. Science 1977; 195: 132-133

4. Reilly P. Mass Neonatal Screening in 1977. Am J of Human Genetics, 1977; 29: 302-304

5. Reilly P. When should an investigator share raw data with the subjects? IRB: A Review of Human Subjects Research. Vol 1 (9) 1980: pp.4-5.

6. Reilly P. The Surgical Solution. Perspectives in Biology and Medicine. 1983; 26: 637-656.

7. Reilly P. Genetic Counseling: The Sorrow and The Policy. The Hastings Center Report. 1983; pp. 40-42.

8. Schwartz DA, Reilly PR. The Choice Not to be Resuscitated. J Am Geriatrics Soc. 1986; 34: 807-881.

9. Reilly P. Genetic screening: An Overview. Genetic Resource. 1987; 3: (10) 4-9

10. Reilly P. Involuntary sterilization in the United States: A surgical solution. Quarterly Review of Biol. 1987: 62: 153-170.

11. Reilly P. Impact of presymptomatic tests on physician practice. Genetic Resource. 1989; 5 (1) 29-32.

12. Li FP, Garber JE, Friend SH, Strong LC, Patenaude AF, Juengst ET, Reilly PR, Correa P, Fraumeni JF Jr. Commentary: Recommendations on predictive testing For germ line p53 mutations among cancer-prone individuals. J Nat'l cancer Inst. 1992; 84: 1156-1160.

13. Reilly PR. Ethical issues in the use of human growth hormone treatments in Down Syndrome. In: Growth Hormone Treatment in Down's Syndrome. (Castells S. and Wisniewski KE. (eds). Chicester, Wiley 1992; pp.233-244.

14. Wertz D. Fanos J, Reilly PR. Genetic Testing for Children and Adolescents. JAMA, 1994; 272; 875-881.

15. Reilly PR. Screening for Genetic Diseases: Diagnostic and Carrier Status Availability. Encyclopedia of U.S. Biomedical Policy. Submitted, 1994.

16. Reilly PR. Physician responsibility in conducting genetic testing. Monograph: Nat'l Breast Cancer Institute. JNCI IN Press 1995.

17. Goldgar, D and Reilly P (editorial) A BRCA1 mutation in the Askkenazim. Nature Genetics 1995.

Books & Book Reviews (Medical):

1. Reilly, P. Genetics, Law, and Social Policy, Harvard University Press,

Cambridge, 1975 (Book).

2. Reilly P. Screening Workers: Privacy, Procreation and Prevention. In: Reproduction: The New Frontier in Occupational and Environmental Health Research. Lockey JE, Lemarters GK, Keye WR, Jr. (eds). Alan R. Liss, Inc. New York. 1984; pp. 1-15 (Chapter)

3. Reilly P. Adverse Reproductive Outcome. In: The New Frontier in Occupational And Environmental Health Research. Lockey JE, Lemarters GK, Keye WR, Jr. (eds). Alan R. Liss, Inc., New York. 1984; pp., 157-160. (Chapter)

4. Reilly P. Eugenical sterilization in the United States. IN: Milunsky A, Annas G, (eds). Genetics and the Law III, New York: Plenum Press, 1985; 227-241 (Chapter)

5. Reilly P. To Do No Harm, Auburn House Publishing Co,, Dover, MA. A Memoir of Medical Education 1987; pp. 1-275. (Book).

6. Reilly P. Smith's Recognizable Patterns of Human Malformation (4th Edition). In: Jones K. (ed), Dysmorphology and Clinical Genetics. Saunders, 1989; 3: 50-52. (Review)

7. Reilly P. Reflections on the use of DNA Forensic Science and Privacy Issues. In: Ballantyn J, Sensabaugh G, Witkowski J, (eds) DNA Technology and Forensic Science. Cold Spring Harbor Laboratory Press. 1989; pp. 43-54. (Chapter)

8. Kohn R, Martyak B, Reilly PR. Blepharoptosis-blepharophimosis-epicanthus Inversus-telecanthus. In: Mary Louise Buyse, MD Editor-in-Chief. Birth Defects Encyclopedia. Blackwell Scientific Center for Birth Defects Information Services, Inc. In Association with Blackwell Scientific Publications, Inc. Dover, Mass. 1990; pp. 228-229 (Chapter)

9. Reilly P, Foreword, Genetic Screening. In: Knoppers B, Laberge C. (eds). From Newborns to DNA Typing. Excerpta Medica, Amsterdam, 1990.

10. Reilly P. The Surgical Solution: A History of Involuntary Sterilization in The United States. The Johns Hopkins University Press. 1991; pp.1-190. (Book).

11. Reilly P. Medicolegal aspects – USA. In: Prenatal Diagnosis and Screening DJH Brock, CH Rodeck, MA Ferguson-Smith (eds). Churchill Livingston, London 1992; pp. 761-768 (Chapter)

12. Reilly PR. Genetic Testing as a Tool for Clinical Risk Assessment. In: Promoting Community Health: The role of the Academic Health Center WD Skelton, M Osterweis (eds). Association of Academic Health Centers. Washington, DC. 1993; pp. 13-33 (Chapter)

13. Reilly PR. Screening for the abnormal baby. In: Health Care for Women

And Babies, Sachs, B. ed. 1995; In Press (Chapter)

14. Reilly, P. "Molecular Memoir" The Strands of Life: The Science of DNA and The Art of Education, autobiography of Robert Sinsheimer. JAMA (Book Review). 1995; 273 (5) 423-424.

15. Reilly, P. Culture Clash: Law and Science in America. By Stephen Goldberg. Am J Human Genetics (Book Review) 1995. 56:1010.

16. Reilly, P. Agrarian Eugenics (Book Review) Sex, Race, and Science: Eugenics in the Deep South by Edward J. Larson Med Humanities Rev In Press 1995.

Academic Publications (Legal):

1. Reilly P. Sickle cell anemia: Science and Legislation. Case and Comment. June, 1973; 46-47

2. Reilly P. Sickle Cell Anemia Legislation. J of Legal Medicine. pp. 36-40, November 1973; pp. 36-40

3. Reilly P. Sickle Cell Anemia Legislation. J of Legal Medicine. September 1973; pp.39-48.

4. Reilly P. Legal Status of the Unborn. Lancet. 1974; 16:1207.

5. Reilly P. Genetic Screening Legislation. Am J Human Genetics. 1974; 27: 120.

6. Milunsky A, Reilly P. The New genetics: Emerging Medico-Legal Issues in the Prenatal Diagnosis of Hereditary Disorders. Am J Law Med. 1975; 1: 71-88.

7. Reilly P. Genetic Counseling and the Law. University of Houston Law Review. 1975; 12: 640-669.

8. Reilly P. Recent Developments in State Supported Genetic Screening (Letter). Am J Human Genetics. 1975; 27: 691.

9. Reilly P. The XYY Syndrome in the Courts. The Latest Case. Am J Human Genetics. 1976; 28: 299.

10. Reilly P. Ethical and Scientific Issues Posed by Human Uses of Molecular Genetics. Annals of the New York Academy of Sciences, Vol 265, Am J Human Genetics. 1977; 29: 321-322.

11. Riskin L, Reilly P. Remedies for improper disclosure by genetic data banks. Rutgers-Camden Law Review. 1977; 8:480-506

12. Reilly P. Government support of genetic services. Social Biology. 1978; 27: 23-32.

13. Reilly P. HLA Tests in the Courts. Am J Hum Genetics. 1981; 33: 1007-1009.

14. Reilly P. Genetics and the Law II. Biosciences. 1981; p. 397.

15. Reilly P. Surrogate Mothers: Beyond Ethics and Legality. Am Med News. 1981; p. 18.

16. Reilly P. Evolution, education and the First Amendment. San Jose Studies VIII 1982; 3:94-106

17. Reilly P. The Virginia racial integrity act revisited. Am J Med Genetics. 1983; 16: 483-492.

18. Reilly P. New Genetic Tests and Our Right to Privacy. Med Ethics. 1987; 4 (1): 7-10.

19. Reilly P. Counselor Liability in Risk Communications (Part I). Perspectives In Genetic Counseling. 1988; 10 (3): 1-6.

20. Reilly P. Counselor Liability in Risk Communications (Part II). Perspectives In Genetic Counseling. 1988; 10 (4): 1-6.

21. Reilly P. Querying the genetic quest. (Review of Reproductive Genetics and the Law). Hastings Center Report. 1988; 18 (2): 39-40.

22. Reilly P. Heroes from Medicine's Past. (Review of the Doctors by Sherwin Nuland, Knopf). Yale Alumni Magazine. 1988; p.24.

23. Reilly P. Ethical, legal, and social issues in genetics. Current Opinion in Pediatrics. 1989; 1: 448-452.

24. Reilly P. Genetic testing and the Law. In Biotechnology Law for the 1990's: Analysis and Perspective (Special Report 4), Washington, DC Bureau of National Affairs. 1989; pp. 73-94.

25. Reilly P. Reflections on the use of DNA forensic science and privacy issues. DNA Tech and Forensic Sci. Banbury Report. 1989; 32: 43-54.

26. Reilly P. Ethical and legal issues in the medical care of retarded persons. Midwest Medical Ethics. 1990: 6 (2&3): 3-5

27. Reilly P. Advisory Statement by the Panel on DNA Testing of Abraham Lincoln's Tissue. Quarterly Publication of the Nat'l Museum of Health and Medicine. Spring, 1991; pp. 43-47.

28. McEwen JE, Reilly PR. State Legislative Efforts to Regulate Use and Potential Misuse of Genetic Information. Am J Human Genetics. 1992; 51: 637-647.

29. McEwen JE, McCarty K, Reilly PR. A Survey of State Insurance Commissioners Concerning Genetic Testing and Life Insurance. Am J Human Genetics 1992;

51: 785-792.

30. McEwen JE, McCarty K, Reilly PR. A Survey of Medical Directors of Life Insurance Companies Concerning Use of Genetic Information. Am J Human Genetics 1993; 52(7) 44-45.

31. McEwen JE, Reilly PR. A Review of State Legislation on DNA Forensic Databanking. Am J Human Genetics. 1994; 54: 941-958.

McEwen, JE, and Reilly, PR. Stored Guthrie Cards as DNA "Banks". Am J Human Genetics. 1994; 55: 196-200.

32. McEwen JE, Reilly PR. Genetic Testing and Screening-VI. Legal Issues. Encyclopedia of Bioethics, MacMillan Publishing Company. 1995. 1000-1005.

33. McEwen JE, Reilly PR. Genetic Screening Legislation. Encyclopedia of Bioethics. 1995.

34. Reilly PR. Public policy and legal issues raised by advances in genetic Screening and testing. Symposium: Law and Science at the Crossroads, Vol. XXVII. Suffolk University Law School. 1995; In Press.

35. McEwen JE, Reilly PR. A Survey of State Crime Laboratories Regarding DNA Forensic Databanking. Am J Human Genetics. 1995; 56: 1477-1486.

37. Reilly PR. Screening for Genetic Diseases: Diagnostic and Carrier Status Availability, Cost, Legal Regulations. Encyclopedia of US Biomed Policy. 1995. In Press.

38. Reilly PR. Genetics and the Law. Encyclopedia of Bioethics. 1995. Vol 2; 967-976.

39. Reilly PR. Legal Issues in Genetic Medicine. In: Emery and Rimoin's Principles and Practice of Medical Genetics. New York: Churchill Livingston, In Press. 1995.

Films:

1. McEwen, JE, Small, D, and Reilly PR (executive director). 1995. Banking Your Genes (A broadcast quality 32 minute educational film about privacy issues Raised by DNA banking in forensics and clinical medicine. This film is Distributed through Fanlight Productions in Boston.)

Books and Other Monographs – Legal

1. Reilly P. The Role of Law in the Prevention of Genetic Disease. In: Milunsky A, (ed). The Prevention of Genetic Disease and Mental Retardation. Saunders, Philadelphia. 1975; pp. 422-441.

2. Reilly P. Genetic Screening Legislation. Advances in Human Genetic, V.2. Harris and Hirschhorn, (eds). Plenum Press, New York. 1975 pp. 319-376.

3. Reilly P. State Supported Mass Genetic Screening. In: Milunsky A., Annas G, (eds). Genetics and the Law. New York: Plenum Press. 1976; pp. 159-184.

4. Reilly P. Committee on Public Information in the Prevention of Occupational Cancer. Informing Workers and Employers About Occupational Cancer. Washington, DC National Academy of Sciences 1977; (Monograph 42 pages).

5. Reilly P. Genetics, Law, and Social Policy. Cambridge, Harvard University Press. 1977: (275 pages)

6. Reilly P. Genetic Counseling: A Legal Perspective. In: Hsia et al. (eds). Counseling in Genetics. New York: Alan R. Liss, Inc. 1979; pp. 311-328.

7. Reilly P, Mulunsky A. Medicolegal Aspects of Prenatal Diagnosis. In: Milunsky A, (ed). Genetic Disorders and the Fetus, New York: Plenum Press. 1979: 603-620.

8. Reilly P. Professional Identification: Issues in Licensing and Certification. Genetic Counseling: Facts, Values and Norms. In: Capron A, et al. (eds). The National Foundation-March of Dimes Birth Defects: Original Article Series, Volume XV (2) New York: Alan R. Liss, Inc. 1979; pp. 291-305.

9. Reilly P. Legal Perspectives of MSAFP screening. In: Gastel B. et al. (eds). Maternal Serum Alpha-Fetoprotein: Prenatal Screening and Diagnosis of Neural Tube Defects, Washington DC. US Department of Health and Human Services, Office of Health Research, Statistics and Technology. 1981; 89:61.

10. Reilly P. Adverse reproductive outcome. Legal Viewpoint. Ibid. 1984; pp.157-160.

11. Reilly P. The Legal Needs of the Health Care Consumer. Legal Viewpoint. Ibid. 1984: pp. 145-149.

12. Reilly P. The legal profession. In: Weiss-Bernhardt BO, Paul NW, (eds) Genetic Disorders and Birth Defects in Families and Society: Toward Interdisciplinary Understanding. March of Dimes Birth Defects Foundation, White Plains, New York. 1984; pp 36-37.

13. Reilly, P. The Legal Needs of the Health Care Consumer. In. Genetic Disorders And Birth Defects in Families and Society: Toward Interdisciplinary Understanding. Weiss J, Bernhardt BO, Paul NW (eds). March of Dimes Birth Defects Foundation, White Plains, New York. 1984; pp. 145-149.

14. Reilly P. Legal issues in keeping dead mothers alive during pregnancy. In: Evans M, Fletcher J, Dixler A, Schulman J, (eds). Philadelphia: JP Lippincott Company. 1989; pp. 307-311.

15. Reilly PR. Rights, Privacy and Genetic Screening. The Yale J of Biol and Med. 1991; 64: 43-45.

16. Reilly PR. Gene Dreams, In: Wall Street Academia, and the Rise of Biotechnology. R. Teitelman (ed). JAMA 1991; 265: 1319-1320.

17. Reilly PR. Legal Issues in Genetic Medicine. In: Emery and Rimoin's Principles And Practice of Medical Genetics. New York: Churchill Livingston, 1994, Submitted.

Other Articles (Selected):

1. Reilly P. Genes and the Law. Med Dimensions. 1975; pp. 45-46.

2. Reilly P. There's Another Side to Genetic Screening. Prism. 1976; pp.55-57.

3. Reilly P. Case Dismissed! Impact in Am Med New. 1976; pp.5-6.

4. Reilly P. The Case Against Countersuits. Impact in Am Med New. 1977; pp.3-6.

5. Reilly P. Business is Booming for the Health Lawyers. Impact in Am Med News. 1977; pp. 9-10.

6. Reilly P. A Lawyer Goes to Medical School. Impact in Am Med News. 1978; pp. 16-18.

7. Reilly P. How Legal is Laetrile? Osteopath Phys. 1978; pp.38-39.

8. Reilly P. A New Quinlan Controversy. Osteopath Phys. 1978; p.37.

9. Reilly P. Defining Brain Death. Osteopath Phys. 1978; p. 44.

10. Reilly P. Child Abuse Reporting Laws. Osteopath Phys. 1978; p. 37.

11. Reilly P. The Bakke Case: Who Really Won? Osteopath Phys. 1978; p.43.

12. Reilly P. Columnist for Malpractice Lifeline, A Monthly Newsletter. 144 Columns Written for this Newsletter. 1978-1990.

13. Reilly P. Nurse is Acquitted after Controversial Mercy Killing Trial. Am Med New. 1981; p. 3:40-41.

14. Reilly P. Mercy Killing Figure Faces Probe. Am Med News. 1982; p. 18.

15. Reilly P. Injection Laws Latest Ground in Death Penalty Fight. Am Med News. 1982; p. 32.

16. Reilly P. Brain Death. Resident and Staff Phys. 1982; pp. 95-98.

17. Reilly P. MD Share Tips on Surviving Clerkships. Am Med News. 1982; p. 36.

18. Reilly P. A Wrongful Life. Resident and Staff Phys. 19082; pp. 71-72.

19. Reilly P. The Verdict Prompts Painful Memories. Am Med News. 1983; pp 4-6, 16.

20. Reilly P. The Legal Status of Artificial Insemination. Med Times. 1983; pp. 53-56.

21. Reilly P. Physician Countersuits. Med Times. 1983; pp. 13-17.

22. Reilly P. Resident and Staff Physician. Med Times 1983; pp. 71, 74-75.

23. Reilly P. Antitrust Law Engulfs Physicians. Med Times. 1983; pp. 60-65.

24. Reilly P. Will state Hospital rules Hurt Care: Am Med News. 1983; pp. 3, 23-24.

25. Reilly P. Providing Care for the Older Mentally Retarded. Am Med News. 1985; p. 37.

26. Reilly p. Physician Defends Feeding Man in Coma. Am Med News. 1986; p.46.

27. Reilly P. Journalist Captures Medical Student's Third Year. (Book Review of Medicine Man by David Black) Am Med News. 1986; p. 45.

28. Reilly PR. Am Society Human Genetics Statement on Genetics and Privacy: Testimony to the United States Congress. 1992; 50: 640-642.

29. Reilly PR. Fundamental Questions of Cystic Fibrosis Testing. Medical Ethics. 1992; Vol. 7 p.5.

30. Reilly PR. DNA Banking. Am J Human Genetics. 1992; 51: 1169-1170.

31. Reilly PR. DNA Testing and the Law. Helix Editorial. 1992; pp. 48-49.

32. Biography: Harry Hamilton Laughlin. American National Biography. Oxford University Press. 1994; In Press.

Posters and Abstracts

1. Rowley PT, Relias MZ, Baumback LI, Collins DL, Corson VI, Davenport SL, Fleisher LD, Geller I, Harrod MJ, Hogge WA, Keats BJ, Nussbaum RI, Ostrer H, Reilly PR, Scriver CR, Speer MC. An Experiment in Community Outreach Task Force for Public Awareness in New Orleans. ASHG Annual Meeting, Montreal, Canada. October 18-21, 1994.

2. Reilly, PR and Wertz, DC. Laboratory practices and policies in genetic testing of children: a survey of helix member. ASHG Annual Meeting, Minneapolis, 1995