# EXHIBIT 4

Dockets.Justia.com




# BIO 2009 Member Survey

## *"Technology Transfer & the Biotechnology Industry"*



# BIO 2009 Member Survey
# Technology Transfer & the Biotech Industry

- **GOALS**
  - **Collect Information on Biotechnology Industry's Technology Transfer Portfolios**
    - **Who Do We In-License With?**
    - **What Impact Does Bayh-Dole (Ability to In-License with Univ. and Fed. Gov.) Have on the Biotech Industry?**
    - **How are In-License Opportunities Found & Agreements Structured?**
    - **How Can We Help Ensure Effective Technology Transfer in the U.S.?**

# BIO 2009 Member Survey
# Technology Transfer & the Biotech Industry

- **KEY FINDINGS**
  - **Majority of Companies Have License Agreements with Universities & Pharma/ Biotech Companies - Most of Which Are With U.S. Entities**
  - **Majority of Companies Do Not Have License Agreements with Federal Government**
  - **Half of the Companies Were Founded on the Basis of a License Agreement**
  - **After Obtaining Initial License Companies' Employment Numbers Increase**
  - **Companies Spend Several Years and Significant Amounts of Dollars Developing Licensed Technology Into Commercially Available Products**
  - **Most University License Agreements Have Non-Commercial Research, Particular Field of Use, and Milestone Clauses Which Are Monitored to Ensure Compliance**
  - **The Ability to Obtain an Exclusive License is Critical to the Ability to Research & Develop a Commercially Available Product**

# Profile of Survey Participants

- **PROFILE OF PARTICIPANTS**
  - Company Structure
  - Employees
  - Products
  - Revenues/Assets

# Profile of Survey Participants

Is Your Company Public or Private?
60
45
30
15
0
% of Companies
Public
Private
Type of Company
N=150 Companies

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

5

Tuesday, October 27, 2009 5

150 BIO member companies participated in survey.
49% were public (N=74) and 51% were private (N=76).

# Profile of Survey Participants

How Many Employees Does Your Company Have?
% of Companies
70
60
50
40
30
20
10
0
<100
101-1000
>1000
Number of Employees

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

The majority of these companies are small with fewer than 100 employees (63%).
54% had fewer than 50 employees.
19% had over 1000 employees.

# Profile of Survey Participants

Does Your Company Have a Product on the Market?
62% - No Product on Market
35% - Product on Market
% of Companies
50
40
30
20
10
0
Private (No Product)
Public (No Product)
Private (Product)
Public (Product)

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

7

Tuesday, October 27, 2009 7

Most (62%) of the these companies do not yet have a commercial product (41% were private and 21% were public.
35% have a product on the market (6% were private and 29% were private).
3% gave no response (N/R)

# Profile of Survey Participants

**What Stage of Development is Your Lead Product In? (Companies with No Marketed Product)**







56% of companies have lead products in Phase II and III stages of development.

# Profile of Survey Participants

How Many Years From Having a Marketed Product?
40
30
20
10
0
% of Companies
<1 yr
1 to 3 yrs
3 to 10 yrs
>10 yrs
Already Marketing
N/R
Years From Market

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

9

Tuesday, October 27, 2009

9

Most companies with no marketed product are 3-10 years away from having a marketed product (34%). 35.3% of the companies surveyed have a product on the market.

# Profile of Survey Participants

- **SUMMARY OF SURVEY PARTICIPANTS**
  - Represents a Mix of Public & Private Companies
  - Most are Small Companies with No Product on the Market that are 3-10 Years Away from Commercialization. Over Half of Lead Products are in Phase II or III Stage of Development.
  - Companies with Marketed Products Represent Mid and Large Biotech Companies

Other Findings:
41% of companies' lead product is a small molecule and 24% have a large molecule protein lead product.
36% Have a Biologic Lead Product (Lg. Protein, Sm. Protein, Vaccine).
Majority (65.4%) have 5 or less products in development.
28.7% have more than 6 products in development.

# Biotechnology In-Licensing

- **BIOTECH IN-LICENSES**
  - Finding In-License Opportunities
  - Stage of Development In-Licenses Occur
  - Number of In-Licenses
  - Exclusive vs. Non-Exclusive
  - What Entities Biotech Has In-License Agreements With



# Finding Biotech In-Licensing Opportunities

Most Common Method of Identifying Licensing Opportunities
% of Companies
30
25
20
15
10
5
0
Conferences
Colleagues
Literature Sources
Email/Call Tech Transfer
Univ. Websites
Fed. Gov. Websites
Online Social Media
Other
N/R

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

12

Tuesday, October 27, 2009 12

Conferences were the most common method of identifying licensing opportunities (30%) followed by colleagues (25%) and literature sources (24%).

# Biotech In-Licensing

Companies with No Marketed Product
At What Stage of Development Does Your Company Generally In-License a Product?
50
40
30
20
10
0
% of Companies
Preclinical
Phase I
Phase II
Phase III
Market Phase
Other
N/R
Phase of Development for In-Licensed Technology

Bio BIOTECHNOLOGY INDUSTRY ORGANIZATION

13

Tuesday, October 27, 2009 13

Almost half of the companies obtained a license in the pre-clinical stage (45%).
61% obtained license in preclinical or Phase I stage of development.
NOTE: Other may represent licenses for compounds or manufacturing processes.

# Biotech In-Licensing

How Important is Ability to Obtain Exclusive License to Ability to R&D a Commercially Available Product?
% of Companies
60
45
30
15
0
Extremely Important
Very Important
Somewhat Important
Not At All Important
N/R

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

14

Tuesday, October 27, 2009 14

79% of companies surveyed said the ability to obtain an exclusive license is important to their ability to develop a commercially available product.

# Biotech In-Licensing With U.S. Entities

What % of Company's In-License Agreements Are With U.S. Entities?
95%: Have License Agreements
5%: No License Agreements
% of Companies
80
60
40
20
0
None
<5%
5-25%
26-50%
51-100%
No Response
% of In-License Agreements With U.S. Entities

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

71% of companies have over half of their in-license agreements with U.S. entities.
45% have over 3/4ths of their in-license agreements with U.S. entities.

# Biotech In-Licensing With Federal Government

What % of In-License Agreements Are with Federal Government?
23%: Have License Agreements
69%: No License Agreements
% of Companies
70
60
50
40
30
20
10
0
None
<5%
5-25%
26-50%
51-100%
No Response
% of In-License Agreements With Federal Government

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

69% of the companies surveyed do not have an in-license agreement with the federal government. 19% of companies have less than 25% of their in-license agreements with the federal government.

# Biotech In-Licensing With Universities

What % of In-License Agreements Are With Universities?
76%: Have License Agreements
27%: No License Agreements
40
30
20
10
0
% of Companies
None
<5
5-25%
26-50%
51-100%
No Response
% of In-License Agreements With Universities/Research Institutions

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

17

Tuesday, October 27, 2009

17

31.4% have over half of their in-license agreements with universities (19% have more than 3/4th of their in-license agreements with universities).

# Biotech In-Licensing With Pharma/Biotech Companies

What % of In-License Agreements Are With Pharma/Biotech Companies?
77%: Have License Agreements
19%: No License Agreements
% of Companies
50
40
30
20
10
0
None
<5%
5-25%
26-50%
51-100%
No Response
% of In-License Agreements with Pharma/Biotech Companes

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

36% of companies stated that 3/4th of their in-license agreements are with pharma/biotech companies, 47% stated over 1/2 of their in-license agreements are with pharma/biotech companies.

# Biotech In-Licensing

- **SUMMARY OF BIOTECH IN-LICENSING**
  - Licensing Opportunities are Found at Conferences, Among Colleagues and in the Literature
  - Most Companies Obtain a License in Pre-Clinical or Phase I Stage of Development
  - Ability to Obtain Exclusive License is Critical to Ability to Research & Develop a Publicly Available Treatment or Therapy

# Biotech In-Licensing

- **SUMMARY OF BIOTECH IN-LICENSE PARTNERS**
  - Most of In-License Agreements are with U.S. Entities
  - Most have In-License Agreements with Universities/Research Institutions and Pharma/ Biotech Companies
  - Most DO NOT have In-License Agreements with the Federal Government

# Impact of In-Licensing on Biotech Industry

- **IMPACT OF IN-LICENSES ON BIOTECH INDUSTRY**
  - Company History
  - Company Resources

# Biotech In-Licensing & Company History

Was Your Company Founded On the Basis of Obtaining a License Agreement?
% of Companies
60
50
40
30
20
10
0
Yes
No
No Response

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

22

Tuesday, October 27, 2009

22

50% of companies were founded on the basis of obtaining a license agreement and 48% were not. 62% of private companies were founded on obtaining a license vs. 40% of public companies.

# Biotech In-Licensing & Company History

**Number of Employees Prior to Obtaining 1st Tech Transfer License**

| # Employees | <5 | <10 | 6-15 | >15 | DK/ Refused |
|---|---|---|---|---|---|
| All | 51.4% | 58.1% | 10% | 12.7% | 26% |
| Private | 68.9% | 77% | 12.2% | 8.1% | 10.8% |
| Public | 34.2% | 39.5% | 5.3% | 17.1% | 40.8% |

58.1% of companies had <10 employees prior to obtaining first tech transfer license.

# Biotech In-Licensing & Company History

**Number of Employees Added 1-2 yrs. & 2-5 yrs. After Obtaining 1st Tech Transfer License**

| # Employees | <10 | 10-19 | 20-29 | 30-39 | 40-49 | 50-99 | 100-199 | >200 | DK/ Refused |
|---|---|---|---|---|---|---|---|---|---|
| All 1-2 yrs | 28.7% | 20% | 8.7% | 8% | 1.3% | 2.7% | 4% | 2.7% | 24% |
| All 2-5 yrs | 19.3% | 10% | 8% | 4% | 6% | 12.7% | 5.3% | 6% | 28.7% |
| Private 1-2 yrs. | 47.3% | 27% | 6.8% | 9.5% | 1.4% | 0% | 0% | 0% | 8.1% |
| Private 2-5 yrs. | 32.4% | 17.6% | 9.5% | 4.1% | 12.2% | 6.8% | 1.4% | 0% | 16.2% |
| Public 1-2 yrs. | 10.5% | 13.2% | 10.5% | 6.6% | 1.3% | 5.3% | 7.9% | 5.3% | 39.5% |
| Public 2-5 yrs. | 6.6% | 2.6% | 6.6% | 3.9% | 0% | 18.4% | 9.2% | 11.8% | 40.8% |

**2-5 Yrs. After Obtaining License Only 19.3% of Companies had Fewer than 10 Employees**

2-5 Yrs. after obtaining license only 19.3% of companies had fewer than 10 employees and 42% had between 10 and 100 employees.

# Biotech In-Licensing & Company Resources

**Companies with No Marketed Product**

**Avg. # of Yrs. (Projected or Actual) Company Will Spend on R&D for Lead Product from Initial License to Commercialization**

80
60
40
20
0
% of Companies
< 5 yrs.
5-15 yrs.
>15 yrs.
No Response
Yrs. Will Spend Developing Product

NOTE: Figures Represent Small Molecule, Large Molecule and Diagnostic Lead Products

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

25

Tuesday, October 27, 2009 25

77.4% of companies without a marketed product stated it will take 5-15 yrs. to develop lead product from time of initial product to commercialization.
17% said it will take 2-5 yrs.

# Biotech In-Licensing & Company Resources

**Companies with a Marketed Product**

**Avg. # of Yrs. Spent on R&D for Lead Product from Initial License to Commercialization**

50
40
30
20
10
0
% of Companies
<5 yrs.
5-15 yrs.
>15 yrs.
No Response
Yrs. Spent Developing Product

NOTE: Figures Represent Small Molecule, Large Molecule and Diagnostic Lead Products

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

26

Tuesday, October 27, 2009 26

42% of companies stated it took between 5-15 yrs. to develop lead product into a marketed product
44% of companies stated it took < 5 years.
34% of companies with a marketed product stated it took 2-5 yrs.

# Biotech In-Licensing & Company Resources

**Companies With No Marketed Product**

- **60% Project Will Spend > $100 M**
- **15% Project Will Spend > $500 M**

**Companies With a Marketed Product**

- **39% Spent > $100 M**
- **21% Spent > $500 M**

**NOTE: Figures Represent Small Molecule, Large Molecule and Diagnostic Lead Products**

# Impact of In-Licensing on Biotech Industry

- **SUMMARY IMPACT OF IN-LICENSES ON BIOTECH INDUSTRY**
  - Half of Companies Were Founded on Basis of Obtaining a License Agreement
  - Prior to Obtaining a License 58% of the Companies had < 10 Employees
  - 2-5 Yrs. After Obtaining License Only 19% had <10 Employees
  - Majority of Companies With No Marketed Product Expect to Spend 5-15 Years Developing a Product and Spend > $100 M

# Biotech In-License Agreements

- **BIOTECH IN-LICENSE AGREEMENTS**
  - Length of Time to Complete Negotiations
  - Hardest/Easiest Part of Negotiations
  - Calculating Value
  - In-License Payment Structures

# Biotech In-Licensing Negotiations

Avg. Amount of Time to Complete an In-License Agreement
% of Companies
50
40
30
20
10
0
0-3 mo.
3-6 mo.
6 -12 mo.
12-18 mo.
18-24 mo.
>24 mo.
No Response

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

30

Tuesday, October 27, 2009

30

49% of companies stated it takes 3-6 mo. to complete a license agreement (31% stated it took 6-12 mo.) Same with public and private except more private companies stated it only took less than 3 mo. than public companies (12% vs. 1.3%).

# Biotech In-Licensing Negotiations

What is the Hardest Part of In-Licensing Negotiations?

40
30
20
10
0
% of Companies
Monetary Terms
Patents
Diligence Requirement
Background IP
Exclusivity
Termination Clauses
Sub-License Provision
Warranties

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

36% of companies stated monetary terms are the hardest part of the negotiations. Exclusivity was second with 11% of companies id. this as the most difficult part of negotiations.

# Biotech In-Licensing Negotiations

What is the Easiest Part of In-License Negotiations?
% of Companies
40
30
20
10
0
Confidentiality/Pub.
Patents
Monetary Terms
Diligence Requirement
Background IP
Exclusivity
Termination Clauses
Sub-License Provision
Warranties
Know-How
No Response

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

32

Tuesday, October 27, 2009

32

37% of companies stated confidentiality and publications were the easiest part of the negotiations followed by patents (13%).

# Biotech In-Licensing Negotiations

Metric Your Company Typically Uses to Calculate Value of In-Licensing Opportunity
60
45
30
15
0
% of Companies
Future Rev. Approach
Market Approach
Cost Approach
Other
No Response

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

33

Tuesday, October 27, 2009 33

The majority of companies stated they use the future revenue approach to calculate value (55%). A market approach was the second most common (22%). Future Revenue Approach was defined as discount to future cash flows, market approach was defined as value of comparative technologies/assets and cost approach was defined as dollars required to bring a product to market.

# Biotech In-Licensing Payment Structures

**Running Royalties On Product**

**73% Stated Over 1/2 of Licenses Include Running Royalties**

**Upfront Payments**

**64% Stated Over 1/2 of Licenses Include Upfront Payment**

**Milestone Payments**

**66% Stated Over 1/2 of Licenses Include Milestone Payments**

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

90% of companies have running royalties provisions.
73% stated over 1/2 of their licenses and 62% stated over 3/4 of their licenses include running royalties.
64% of companies stated that over 1/2 of their licenses and 42% stated 9/10 of their licenses included upfront payments.
66% of companies stated that over 1/2 of their licenses and 45% stated 9/10 of their licenses included milestone payments.

# Biotech In-Licensing Payments

How Much Has Your Company Paid Out on Royalty Payments?
% of Companies
50
40
30
20
10
0
<$25 M
$25-$250 M
> $250 M
No Response
Amount of Royalties Paid Out

Bio
BIOTECHNOLOGY
INDUSTRY ORGANIZATION

35

Tuesday, October 27, 2009 35

49% of companies have paid out <$25 M, 16% have paid $25- $250 M, and 16% have paid out over $250 M.
(19% DK/Refused - all public companies.)

# Biotech In-License Agreements

- **SUMMARY OF BIOTECH IN-LICENSE NEGOTIATIONS**
  - 49% of Companies Stated it Typically Takes 3-6 mo. to Complete Negotiations - 31% Stated it Takes 6-12 mo.
  - Confidentiality/Publications was Identified as the Easiest Part of Negotiations and Monetary Terms as the Most Difficult
  - 55% of the Companies Use Future Revenue Approach and 22% Use Market Approach to Calculate Value

37% of companies said confidentiality was the easiest and 36% stated monetary terms was the hardest part of negotiations. Future Revenue Approach was defined as discount to future cash flows, market approach was defined as value of comparative technologies/assets and cost approach was defined as dollars required to bring a product to market.

# Biotech In-License Agreements

- **SUMMARY OF BIOTECH IN-LICENSE PAYMENT STRUCTURES**
  - Majority of Companies Have Payments Based on Milestones, Upfront Payments and Running Royalty Payments in Over 1/2 of License Agreements
  - 49% of Companies Have Paid < $25 M in Royalties, 16% Have Paid $25-$250M and 16% Have Paid >$250 M

# Biotech In-Licensing With Universities

- **BIOTECH IN-LICENSING WITH UNIVERSITIES**
  - Exclusive vs. Non-Exclusive
  - Non-Commercial Research Provisions
  - Particular Field of Use Provisions
  - Milestone Provisions
  - Oversight

# Biotech In-Licensing With Universities

**60% of companies surveyed stated 3/4 of their in-license agreements with universities are exclusive.**

**21.3% of companies stated less than 1/2 of in-license agreements with universities are exclusive.**

**5.8% of companies stated that none of their in-license agreements with universities are exclusive.**

# Biotech In-Licensing With Universities

**57% of Companies Stated Exclusive License Agreements With Universities Include Non-Commercial Research Provisions (46% Stated Over 1/2 Include Non-Commercial Research).**

**53% of Companies Stated Exclusive License Agreements With Universities Include Limited Field of Use Provisions (42% Stated Over 1/2 of License Agreements Include Limited Field of Use).**

**67.6% of Companies Stated Exclusive License Agreements With Universities Include Milestone With Penalty or Revocations Provisions (59% Stated Over 1/2 of License Agreements Include Milestones).**

Only 17% stated they had no exclusive license agreements with universities that did not contain non-commercial research provisions (N/R=27%).
Only 31% stated they had no exclusive license agreements with limited field of use provisions (N/R=16%).
Only 13% stated they had no exclusive license agreements with milestone provisions (N/R=9%)

# Oversight of Biotech In-Licensing

**31% of Companies Have Had a License Revoked, Restricted, Renegotiated or Paid a Penalty Due to Non-Compliance With Milestone Clauses**

21% of companies have had a license restricted or renegotiated, 7% have had a license revoked, and 3% have had to pay a penalty due to non-compliance with milestone clauses.

# Biotech In-Licensing With Universities

- **SUMMARY OF BIOTECH IN-LICENSES WITH UNIVERSITIES**
  - Majority of In-License Agreements are Exclusive But There Are Significant Numbers of Non-Exclusive Licenses
  - Majority of In-License Agreements Have Non-Commercial Research Provisions, Milestones w/Penalties and Particular Field of Use Provisions
  - 31% of Companies Have Had a License Revoked, Restricted, Renegotiated or Paid a Penalty Due to Non-Compliance With Milestone Clauses