# EXHIBIT 1

Dockets.Justia.com

# *John Franklin Sandbach, M.D.*

3606 Windsor Road
Austin, Texas 78703  Phone: (512) 474-7802

Texas Oncology Cancer Center
6204 Balcones Drive
Austin, Texas 78731
Phone: (512) 427-9400
Fax:    (512) 302-1408

## Personal History

| | |
|---|---|
| **DATE OF BIRTH:** | August 16, 1946 |
| **PLACE OF BIRTH:** | Enid, Oklahoma |
| **MARITAL STATUS:** | Married |
| **NAME OF SPOUSE:** | Gene Anne Cox Sandbach |
| **CHILDREN:** | Emily Jane Sandbach, May 24, 1973 |
| | John Cox Sandbach, February 5, 1976 |
| | Anna Katherine Sandbach, December 12, 1987 |

## Education and Training History

| | |
|---|---|
| **UNDERGRADUATE:** | University of Kentucky |
| | Lexington, Kentucky, 1964-1967 |
| **MEDICAL:** | University of Kentucky, M.D. |
| | Lexington, Kentucky, 1967-1971 |
| **INTERNSHIP:** | North Carolina Memorial Hospital |
| | Straight Medicine |
| | Chapel Hill, N.C., 1971-1972 |
| **RESIDENCY:** | North Carolina Memorial Hospital |
| | Internal Medicine, Admitting Resident |
| | Chapel Hill, N.C., 1972-1973 |
| **FELLOWSHIPS:** | North Carolina Memorial Hospital |
| | Hematology/Oncology |
| | Chapel Hill, N.C., 1973-1974 |

## Certification

Diplomate, National Board of Medical Examiners, 1972
Diplomate, American Board of Internal Medicine, 1974
Board Certified, American Board of Internal Medicine, Hematology, 1977
Board Certified, American Board of Internal Medicine, Medical Oncology, 1979

## Licensure

    Texas Medical License (E-8517)
    Colorado Medical License (34454) (inactive)
    North Carolina Medical License (18140) (inactive)
    Virginia Medical License (26553) (inactive)
    Kentucky Medical License (16306) (inactive)
    Drug Enforcement Administration (AS7585360)
    Texas Department of Public Safety (00030785)
    National Cancer Institute – Investigational Drug (07164)

## Work History

    1971 – 1975 – Fellowship at UNC
    1976 – 1977 – USAF @ Andrews Air Force Base in Maryland
    1977 – 1995 – Austin Diagnostic Clinic
    1994 – Present – Texas Oncology, P.A.

## Appointments

**MEDICAL STAFF:**
North Carolina Memorial Hospital, Chapel Hill, N.C., 1973-1975

Malcolm Grow Medical Center
Andrews Air Force Base, Maryland
Hematologist/Oncologist, 1975-1976

The Austin Diagnostic Clinic, Austin, Texas
Private Practice of Hematology/Oncology, 1977 to 1995
Chief of Hematology/Oncology Section, 1986-1988

Holy Cross Hospital, Chief of Medicine
Austin, Texas, 1978-1979

The Austin Diagnostic Clinic
Board of Directors, 1989-1994

Texas Oncology, P.A., Partner
Austin, Texas, 1994 to present

**CLINICAL RESEARCH:**
Texas Cancer Center, Director of Research, Austin, Texas 1992 to 1999

Physician Reliance Network Research, General Medical Oncology, Program Director
1996 –1998

U.S. Oncology Research, Committee Co-Chair, General Medical Oncology Research
Committee, 1999 - 2002

U.S. Oncology Research, Committee Vice-Chairman, General Medical Research
Committee, 2002-present

Texas Oncology P.A., Board of Directors, April 2002 –present

**SCIENTIFIC:**

Consultant, Handbook of Nonprescription Drugs, Fifth Edition

American Pharmaceutical Association, 1977

Consultant, Scientific Publications Committee of Texas Medicine, published by the Texas Medical Association, 1980 to 1996

Consultant, Archives of Internal Medicine, Editorial Review Board, 1985 to 1994

Editorial Board, Investigational New Drugs, 1986 to 1996

American Society of Clinical Oncology Chemotherapy Sensitivity and Resistance Assay Working Group, 2003

Medical Director Genetics Program US Oncology 2009 - present

**MEDICAL:**
Austin Comprehensive Hospice Program
Board of Directors, 1979 – 1984, 1993 – 1998, Hospice Austin; Physician Advisory Committee, 2000 to present

Medical Imaging Center of Austin
Board of Directors, 1979 – 1984
Chairman of the Board, 1985 – 1988

United Action for the Elderly, Austin, Texas
Board of Directors, 1986 – 1987

PacifiCare of Texas/Austin
Chairman, Utilization Review Committee, 1988 – 1989

The Austin Diagnostic Clinic Research Foundation
Board of Directors, 1986 – 1990
Vice Chairman, 1989 – 1990

St. David's Community Hospital, Austin, Texas
Chairman, Pharmacy and Therapeutics Committee, 1984 – 1986

Texas Oncology, P.A.
Medical Oncology Quality Committee, 1996 – present

Texas Oncology, P.A.
Board of Directors, 2002 – present

# Military History

Malcolm Grow Medical Center
Major, Andrews AFB, Maryland
Hematology/Oncology Division, 1975 – 1977

# Teaching Assignments

The University of Texas Health Science Center at San Antonio
Associate Professor of Medicine, 1982 – 2002

## Honors and Awards

Roche Medical Scholarship, 1970-1971
Alpha Omega Alpha, 1971
Outstanding Intern Award, 1972
Clinical Cancer Training Grant; Public Health Service Grant
 (T12-CA-98114-90) 1973 – 1975
Health Care Hero-Austin Business Journal, 2006

## Professional Organizations/Committees

Alpha Epsilon Delta, 1966

Alpha Omega Alpha, 1971

USAF Reserve – Commissioned Officer, 1972

Associate – American College of Physicians, 1973 – 1975

Southwestern Oncology Group, 1982 – 2000

American Medical Association

Texas Medical Association

American Cancer Society

American Society of Clinical Oncology

Southwestern Oncology Group Breast Committee, 1983 – 1990

American Society of Clinical Oncology Education Committee, 1983 – 1984

American Society of Clinical Oncology Scientific Program Committee, 1984 – 1985

American Society of Clinical Oncology Nominations Committee, 1986

Austin Comprehensive Hospice Program, Chairman of the Board, 1979 – 1984; member, Board of Directors, 1993 – 1998

Hospice Austin Foundation, 2006-Present

## Privileges

**ACTIVE STAFF:**
Brackenridge Hospital, Austin, Texas
Seton Medical Center, Austin, Texas
Seton Northwest Hospital, Austin, Texas
St. David's Hospital, Austin, Texas
Heart Hospital, Austin, Texas
South Austin Medical Center
North Austin Medical Center

# SANDBACH DECLARATION
# EXHIBIT 1

## Presentations

Sandbach, J.: <u>Hospice Care,</u> Central Texas Cancer Symposium, Austin, Texas, March 1980

Sandbach, J.: Faculty, 3rd Annual Breast Cancer Symposium, University of texas Health Science Center, San Antonio, Texas, November 1980.

Sandbach, J.: <u>Direct Cloning of Human Breast Cancer in Soft Agar</u>, Plenary Session, American Society of Clinical Oncology and American Association of Cancer Research, 1981.

Sandbach, J.: Guest speaker, <u>Technocracy Ethics: "Live or Let Die"</u> at St. David's Community Hospital. Technocracy Ethics Lecture Series, September 1987.

## Publications and Publications

Von Hoff, D.D.; Casper, J.; Bradley, E.; Sandbach, J.; Jones,, D.; and Makuch, R.; Association Between Human Tumor Colony-forming Assay Results and Response of an Individual Patient's Tumor to Chemotherapy. <u>American Journal of Medicine</u>, May 1981.

Von Hoff, D.D.; Myers, J.W.; John, J.; Sandbach, J.F.; Pocelindo, R.; Clark, G,; and Coltman, C.A.,; Phase I Clinical Investigation of 9,10-AnthraCenedicarboxaldehyde BIS (4,5-dihydro-1H-imidazol-2yl) hydrazone dihydrochloride (CL216,942). <u>Cancer Research</u>, Vol. 41, August 1981.

Von Hoff, D.D.; Sandbach, J.F.; Osborne, K.; Metelmann, M.D.; Clark, G.M.; O'Brien, M.D.; and the South Central Human Tumor Cloning Group: Potential and Problems with Growth of Breast Cancer in Human Tumor Cloning System. <u>Breast Cancer Research and Treatment I</u>, 1981.

Sandbach, J., et al.: Direct Cloning of Human Breast Cancer in Soft Agar. <u>Cancer</u>, October 1983.

Von Hoff, D.D.; Clark, G.M.; Stogdill, B.J.; Sarosdy, M.F.; Sandbach, J.F.; and the South Central Texas Cloning Group: A Prospective Trial of a Human Tumor Cloning System. <u>Cancer Research</u> Vol 43: 1926-1931, 1983.

Myers, J.W.; Von Hoff, D.D.; Kuhn, J.G.; Osborne, C.K.; Sandbach, J.F.; Pocelinko, R.: Anaphylactoid Reactions Associated with Bisanthrane Infusions. <u>Investigational New Drugs</u>, 1983.

Osborne, C.K.; Von Hoff, D.D.; Cowan, J.D.; Sandbach, J.F.: Bisanthrane, An Active Drug in Breast Cancer Selected by Screening in the Cloning Assay. <u>Cancer Treatment Reports</u>, Vol 68:2, February 1984.

Mahoney, D.; Steuben, P.; Sandbach, J.; and Fernbach, D.: Extraneural Metastases from Medulloblastoma: Long-Term Survival After Sequentially Scheduled Chemotherapy and Radiotherapy. <u>Medical and Pediatric Oncology</u>, Vol. 14:329-331, 1986.

Von Hoff, D.D.; Sandbach, J.F.; Clark, G.M.; Turner, J.; Forseth, B.F.; Piccart, M.J.; Colombo, N.; Muggia, F.M.: Selection of Cancer Chemotherapy for a Patient by an In Vitro Assay Versus a Clinician. <u>Journal of the National Cancer Institute,</u> Vol. 82, No. 2, January 1990.

Perez, E.A.; Hesketh, P.; Sandbach, J.; et al: Comparison of Single-Cell Oral Granisetron vs. Intravenous Ondonsetron in the Prevention of Nausea and Vomiting Induced by Moderately Emetogenic Chemotherapy: A Multi-Center Double-Blinded Randomized Parallel Study, American Society of Oncology, 1997 (submitted for publication).

Rothenberg, M.; Cox, J.; DeVore, R.; Sandbach, J.; et al: A Multicenter, Phase II Trial of Weekly Irinotecan (CPT-11) in Patients with Previously Treated Colorectal Cancer, Journal of Clinical Oncology, 2001.

Hughesdon, M., and Sandbach, J.: Nurse Oncologist Utilization in a Hematology/Oncology Clinic. American Col. Phys. – Soc. Of Air Force Phys., Williamsburg, Virginia, 1977.

Sandbach, J.; Steinfeld, A.; Schwamm, H.; and Bernard, D.: A formerly Unreported Presentation of Hodgkin's Disease. Amer. Col. Phys. – Society of Air Force Physicians, Williamsburg, Virginia 1977.

Sandbach, J., et al: Assay for Clonogenic Cells in Human Breast Cancer. American Association Clinical Research, San Diego, California, 1980 (Abstract 557).

Sandbach, J.F.; O'Brien, M.D.; Cruz, A.; Clark, G.; Von Hoff, D.D.; and The South Texas Human Tumor Cloning Group. Directed Cloning of Human Breast Cancer in Soft Agar. American Society of Clinical Oncology, 1981 (Abstract C-71).

Von Hoff, D.D.; Sandbach, J.F.; Osborne, D.K.; Metelman, C.; Clark, G.M.: Growth of Human Breast Cancer in a Human Tumor Cloning System. NCI-EORTA Meeting, Brussels, Belgium, October 1981.

Von Hoff, D.D.; Myers, J.W.; Kuhn, J.; Osborne, C.K.; Sandbach, J.F.; Coltman, C.A.: Phase I and II Trials with Bisanthrane Hydrochloride (BIS). NCI-EORTA Meeting, Brussels, Belgium, October 1981.

Von Hoff, D.D.; Clark, G.A.; Sarosdy, M.; Stogdill, B.; Sandbach, J.F.: Clinical Correlations for a Human Tumor Cloning System. NCI-EORTA Meeting, Brussels, Belgium, October 1981.

Myers, J.W.; Von Hoff, D.D.; Kuhn, J.; Sandbach, J.F.; Pocelinko, R.; Clark, G.; Coltman, C.; and Rodriguez, V.: Phase I Investigation of CL216942 on a Single Dose Intermittent Schedule. American Association of Cancer Research, 1981 (Abstract 689).

Osborne, C.K.; Von Hoff, D.D.; and Sandbach, J.F.: Activity of Bisanthrane in a Phase II Study in Advanced Breast Cancer. ASCO Proceedings, 1982 (Abstract C-336).

Osborne, K.D.; Von Hoff, D.D.; Clark, G.M.; Sandbach, J.F.; O'Brien, M.; and The South Central Texas Human Tumor Cloning Group: The Clonogenic Assay Identified Antagonism in Combination Chemotherapy of Breast Cancer. American Association of Clinical Research, April, 1982 (Abstract 729).

Sandbach, J.F.; Osborne, K.; Von Hoff, D.; Cohen, S.; Gorden, D.; Mims, C.; Ellis, B.; Oines, D.; Whitecon, J.; and Cowan, J.: Bisanthrane, an Active Drug in Breast Cancer Selected by Screening in the Cloning Assay, The 5th Annual Breast Cancer Symposium, 1982 (Abstract 63).

Cowan, J.D.; Sandbach, J.F.; Von Hoff, D.D.; and Clark, G.M.: The Comparative Antitumor Activity of Adriamycin, Mitoxanthrane and Bisanthrane in Human Breast

Cancers as Measured by the Cloning Assay, The 5th Annual Breast Cancer Symposium, 1982 (Abstract 38).

Kampe, C.E.; Rodgers, G.P.; Oswalt, J.D.; and Sandbach, J.F.: Exercise-induced Fragmentation Hemolysis: A Simple in Vivo Test to Evaluate Heart Valve Hemolysis, The Southern Medical Journal, 1998 (in press).

Weissman, C.; Sandbach, J.F.; Brooker, R., Ilegbodu, D.; Bell, S.; Asmar, L.: Phase II Study of Weekly Concomitant Taxotere/Carboplatin in Stage IIIB, With Effusion or Stage IV Non Small Cell Lung Cancer Patients Who are < or = Age 65 and Performance Status 2. U.S. Oncology, Houston, Texas. USA.

David Loesch, M.D.; F. Anthony Greco, M.D., Joyce O'Shaughnessy, M.D.; Nicholas Robert, M.D.; Neil N. Senzer, M.D.; Howard A. Burris, M.D.; John D. Hainsworth, M.D.; Sasha Vukelja, M.D.; John Sandbach, M.D.; Frankie Holmes, M.D.; Scot Sedlacek, M.D.; Deborah Lindquist, M.D.; Kristi A. Boehm, M.D.; Feng Zhan, Ph.D.; Lina Asmar, Ph.D.A randomized, multicenter phase III trial comparing regimens of doxorubicin + cyclophosphamide followed by paclitaxel or doxorubicin + paclitaxel followed by weekly paclitaxel as adjuvant therapy for patients with high risk breast cancer.

Thomas Cartwright, M.D.; John Cox, M.D.; Marcus Neubauer, M.D.; Andrew D. McCollum, M.D.; John Sandbach, M.D.; Michael A. Monticelli, M.D.; Kristi A. Boehm, M.S.; Des Ilegbodu, DrPh; Lina Asmar, Ph.D. A Phase II study of gemcitabine plus zoledronic acid in Stage IV cancer of the pancreas.

David Loesch, MD[1,2]; F. Anthony Greco, MD[3]; Joyce O'Shaughnessy, MD[1,4]; Nicholas Robert, MD[1,5]; Neil N. Senzer, MD[1,4]; John D. Hainsworth, MD[3]; Sasha Vukelja, MD[1,6]; John Sandbach, MD[1,7]; Frankie Holmes, MD[1,8]; Scot Sedlacek, MD[1,9]; Deborah Lindquist, MD[1,2]; Jario Olivares, MD[1,11]; Kristi A. Boehm, MS[1]; Feng Zhan, PhD[1]; Lina Asmar, PhD[1] A randomized, multicenter phase III trial comparing regimens of doxorubicin + cyclophosphamide followed by paclitaxel or doxorubicin + paclitaxel followed by weekly paclitaxel as adjuvant therapy for patients with high risk breast cancer. ASC Journal of Clinical Oncology, Volume 25, No 18S, June 20, 2007.

Frankie Ann Holmes[1,2], David Loesch[1,3], Sasha Vukelja[1,4], Joanne L Blum[1,5], Kristi J McIntyre[1], John E Pippen[1,5], John Sandbach[1,6], WJ Hyman, Don A Richards, Kristi Boehm[1], Lina Asmar[1], Joyce O'Shaughnessy[1,5]. Are granulocyte colony-stimulating growth factors (CSF's) needed to prevent febrile neutropenia (FN) for course #1 of adjuvant chemotherapy with "standard" doxorubicin-cyclophosphamide (ASC) Results from two consecutive US Oncology community adjuvant trials.

Stephen E Jones, Michael A. Savin, Frankie Ann Holmes, Joyce A. O'Shaughnessy, Joanne L. Blum, Svetislava Vukelja, Kristi J. McIntyre, John E. Pippen, James H. Bordelon, Robert Kirby, John Sandbach, William J. Hyman, Pankaj Khandelwal, Angel G. Negron, Donald A. Richards, Stephen P. Anthony, Robert G. Mennel, Kristi A. Boehm, Walter G. Meyer, Lina Asmar. Phase III Trial Comparing Doxorubicin Plus Cyclophosphamide With Docetaxel Plus Cyclophosphamide As Adjuvant Therapy for Operable Breast Cancer. Journal of Clinical Oncology, Vol 24, No 34, December 1, 2006. (DOI: 10.1200/JCO.2006.06.5391)

Eisenbraun A, Wenstrup R, Fry C, Reid, J, Hellerstedt, B, Sailer, L and Sandbach J Hereditary Breast and Ovarian Cancer Testing Integration and Outcomes within Community Oncology Practices. Submitted