# EXHIBIT 1

Dockets.Justia.com

SHATTUCK DECLARATION
EXHIBIT 1

# DONNA M. SHATTUCK

**ACADEMIC BACKGROUND**

PhD        Microbiology. University of Virginia, Charlottesville, VA
BA         Biology.  SUNY, Binghamton, NY

**PROFESSIONAL EXPERIENCE**

*Myriad Genetics, Inc.*                                    Salt Lake City, Utah
    Vice President, Population Genetics          2003 - 2009
    Vice President Metabolic Disorder Research    1998 - 2003
    Research Director                               1996 - 1998
    Project Director                                1994 - 1995
    Senior Scientist                                1993 - 1994

    • involved in the molecular cloning and analysis of genes responsible for predisposition to human disease.

*Agridyne Technologies, Inc. (NPI)*        Salt Lake City, Utah
    Research Manager                            1992 - 1993
    Senior Molecular Biologist                  1985 - 1992

    •Involved in a project to identify, purify and clone a plant enzyme with the objective of expressing a gene in a microorganism and recovering the product of the enzymatic reaction.

*Washington University*                                  St. Louis, Missouri
    Postdoctoral Fellow                            1982 - 1985

    •Research in collaboration with Roger N. Beachy to characterize the temporal and spatial control of the expression of soybean seed storage protein subunits.

*W. Alton Jones Cell Science Center*    Lake Placid, New York
    Research Assistant                             1974 - 1977