# EXHIBIT 2

Dockets.Justia.com

SHATTUCK DECLARATION
EXHIBIT 2

# LIST OF PUBLICATIONS (SELECTED)

## *Donna M. Shattuck*

*Patents*

17q-Linked Breast and Ovarian Cancer Susceptibility Gene (A method for screening germline for an alteration of a BRCA1 gene) M.H. Skolnick, D.E. Goldgar, Y. Miki, J. Swenson, A. Kamb, K.D. Harshman, D.M. Shattuck-Eidens, S.V. Tavtigian, R.W. Wiseman, P. A. Futreal, issued May 19, 1998. Patent No. 5,753,441.

17q-Linked Breast and Ovarian Cancer Susceptibility Gene (An isolated DNA coding for a BRCA1 polypeptide, said polypeptide having the amino acid sequence set forth in SEQ ID No:2); M.H. Skolnick, D.E. Goldgar, Y. Miki, J. Swenson, A. Kamb, K.D. Harshman, D.M. Shattuck-Eidens, S.V. Tavtigian, R.W. Wiseman, P.A. Futreal, issued May 5, 1998. Patent No. 5,757,282.

17q-Linked Breast and Ovarian Cancer Susceptibility Gene (Screening tumor sample from a human subject for a somatic alteration in a BRCA1 gene); M.H. Skolnick, D.E. Goldgar, Y. Miki, J. Swenson, A. Kamb, K.D. Harshman, D.M. Shattuck-Eidens, S.V. Tavtigian, R.W. Wiseman, P.A. Futreal, issued January 20, 1998. Patent No. 5,710,001.

17q-Linked Breast and Ovarian Cancer Susceptibility Gene (A method for detecting a germline alteration in a BRCA1 gene); D.M. Shattuck-Eidens, J. Simard, F. Durocher, M. Emi, Y. Nakamura, issued January 20, 1998. Patent No. 5,709,999.

Linked Breast and Ovarian Cancer Susceptibility Gene (Isolated DNA comprising altered BRCA1) D.M. Shattuck-Eidens, J. Simard, F. Durocher, M. Emi, Y. Nakamura, issued December 20, 1997. Patent No. 5,693,473.

Chysanthemyl Diphosphate Synthase, Corresponding Genes and Use in Pyrethrin Synthesis; S. Ellenberger, G. Peiser, D. Shattuck-Eidens, R. Bell, C. Hussey and B. Swedlund, issued June, 1995.

Method and Device for Improved Restriction Fragment Length Polymorphism Analysis; T.G.H Helentjaris, S.M. Lee and D.M. Shattuck-Eidens, issued June 28, 1994.

*Selected Publications*

Abkevich V, Zharkikh A, Deffenbaugh AM, Frank D, Chen Y, Shattuck D, Skolnick MH, Gutin A, Tavtigian SV. Analysis of missense variation in human BRCA1 in the context of interspecific sequence variation. 2004 J. Med. Genet. 41:492-507.

Timms K, Wagner S, Samuels M, Forbey K, Goldfine H, Jammulapati S, Skolnick M, Hopkins P, Hunt S, Shattuck D. A Mutation in PCSK9 Causing Autosomal-dominant Hypercholesterolemia in a Utah Pedigree. 2004. Human Genetics 114:349-53.

Abkevich V, Camp NJ,. Hensel CH, Neff CD,. Russell DL, Hughes DC, Plenk AM, Lowry MR, Richards RL, Carter C, Frech GC, Stone S, Rowe K, Chau CA, Cortado K, Hunt A, Luce K, O'Neil G, Poarch J, Potter J, Poulsen GH, Saxton H, Bernat-Sestak M, Thompson V, Gutin A, Skolnick MH, Shattuck D, and Cannon-Albright L. 2003. Predisposition Locus for Major Depression at Chromosome 12q22-12q23.2 Am J Hum Genet 73:1271-81.

Stone S, Abkevich V, Hunt SC, Gutin A, Russell DL, Neff CD, Riley R, Frech GC, Hensel CH, Jammulapati S, Potter J, Sexton D, Tran T, Gibbs D, Iliev D, Gress R, Bloomquist B, Amatruda J, Rae PM, Adams TD, Skolnick MH, Shattuck D. 2002. A major predisposition locus for severe obesity, at 4p15-p14 Am J Hum Genet 70:1459-68.

Hunt SC, Abkevich V, Hensel CH, Gutin A, Neff CD, Russell DL, Tran T, Hong X, Jammulapati S, Riley R, Weaver-Feldhaus J, Macalma T, Richards MM, Gress R, Francis M, Thomas A, Frech GC, Adams TD, Shattuck D, Stone S. 2001. Linkage of body mass index to chromosome 20 in Utah pedigrees. Hum Genet 109:279-85

Frank, T.S., S. Manley, O. Olopade, S. Cummings, J. Garger, B. Bernhardt, K. Antman, D. Russo, M. Wood, L. Mullineau, C. Isaacs, B. Peshkin, S. Buys, V. Venne, P. Rowley, S. Loader, K. Offit, M. Robson, H. Hampel, D. Brener, E. Winer, S. Clark, B. Weber, L. Strong, P. Rieger, M. McClure, B. Ward, D. Shattuck Eidens, A. Oliphant, M. Skolnick. 1998. Sequence analysis of BRCA1 & BRCA2: Correlation of mutations with family history and ovarian cancer risk. J Clin Oncol 16: 2417-2425.

Skolnick MH, Frank T, Shattuck-Eidens D, Tavtigian S. 1997 Genetic susceptibility to breast and ovarian cancer. Pathologie Biologie, 45, No. 3: 245-249.

Shattuck-Eidens, D., A. Oliphant, M. McClure, C. McBride, J. Gupte, T. Rubano, D. Pruss, S.V. Tavtigian, D.H.-F. Teng, N. Adey, M. Staebell, K. Gumpper, R. Lundstrom, M. Hulick, M. Kelly, J. Holmen, B. Lingenfelter, S. Manley, F. Fujimura, M. Luce, B. Ward, L. Cannon-Albright, L. Steele, K. Offit, T. Gilewski, L. Norton, K. Brown, C. Schulz, H. Hampel, A. Schluger, E. Giulotto, W. Zoli, A. Ravaioli, H. Nevanlinna, S. Pyrhonen, P. Rowley, S. Loader, M.P. Osborne, M. Daly, I. Tepler, P.L. Weinstein, J.L. Scalia, R. Michaelson, R.J. Scott, P.Radice, M.A. Pierotti, J.E. Garber, C. Isaacs, B. Peshkin, M.E. Lippman, M.H. Dosik, M.A. Caligo, R.M. Greenstein, R.Pilarski, B. Weber, R. Burgemeister, T.S. Frank, M.H. Skolnick, A. Thomas. 1997. BRCA1 sequence analysis in women at high risk for susceptibility mutations. JAMA 278: 1242-1250.

Neuhausen, S., T. Gilewski, L. Norton, T. Tran, P. McGuire, J. Swensen, H. Hampel, P. Borgen, K. Brown, M. Skolnick, D. Shattuck-Eidens, S. Jhanwar, D. Goldgar, K. Offit. 1996. Recurrent BRCA2 6174delT mutations in Ashkenazi Jewish women affected by breast cancer. Nature Genetics 13: 126-128.

Caligo MA, Ghimenti C, Cipollini G, Ricci S, Brunetti I, Marchetti V, Olsen R, Neuhausen S, Shattuck-Eidens D, Conte PF, Skolnick MH, Bevilacqua G. 1996. BRCA1 germline mutational spectrum in Italian families from Tuscany: a high frequency of novel mutations. Oncogene, 13:1483-1488.

Neuhausen, S., J. Swensen, Y. Miki, Q. Liu, S. Tavtigian, D. Shattuck-Eidens, A. Kamb, M.R. Hobbs, J. Gingrich, H. Shizuya, U.J. Kim, D. Cochran, P. Futreal, R. Wiseman, H. Lynch, P. Tonin, S. Narod, L. Cannon-Albright, M. Skolnick, D. Goldgar. 1996. Frontiers in Endocrinology, 3:1919-1926.

Couch, F.J., L.M. Farid, M. L. DeShano, S.V. Tavtigian, K. Calzone, Y. Peng, B. Bogden, Q. Chen, S. Neuhausen, D. Shattuck-Eidens, A.K. Godwin, M. Daly, M.S. Holt, S. Sedlacek, J. Rommens, J. Simard, J. Garber, S. Merajver, B.L. Weber. 1996. BRCA2 Germline mutations in male breast cancer cases and breast cancer families. Nature Genetics 13: 123-125.

Durocher, F., P. Tonin, D. Shattuck-Eidens, M.H. Skolnick, S.A. Narod, J. Simard. 1996. Mutation analysis of the BRCA1 gene in 23 families with cases of cancer in the breast, ovary and multiple other sites. Human Molecular Genetics 33:814-819.

Durocher, F., D. Shattuck-Eidens, M. McClure, F. Labrie, M.H. Skolnick, D.E. Goldgar, J Simard. 1996. Comparison of BRCA1 polymorphisms, rare sequence variants and/or missense mutations in unaffected and breast/ovarian cancer populations. Human Molecular Genetics, 5: 835-842.

Tavtigian, S.V., J. Simard, J. Rommens, F. Couch, D. Shattuck-Eidens, S. Neuhausen,S. Merajver, S. Thorlacius, K. Offit, C. Stoppa-Lyonnet, C. Belanger, R. Bell, S. Berry, R. Bogden, Q. Chen, T. Davis, M. Dumont, C. Frye, T. Hattier, S. Jammulapati, T. Janecki, P. Jian, R. Keherer, J.F. Leblanc, J.T. Mitchell, J. McArthur-Morrison, Y. Peng, C. Samson, M. Schroeder, S.C. Snyder, M. Stringfellow, C. Stoup, B. Swedlund, J. Swensen, D. Teng, A. Thomas, T. Tran, M. Tranchant, J. Weaver-Feldhaus, A.K.C. Wong, H. Chizuya, J.E. Eyfjord, L. Cannon-Albright. 1996. The complete BRCA2 gene and mutations in chromosme 13q-linked kindreds. Nature Genetics 12: 333-337.

Harshman, K., R. Bell, J. Rosenthal, H. Katcher, Z. Gholami, C. Frye, W. Ding, P. Dayananth, K. Eddington, Y. Miki, J. Swenson, R. Phelps, T. Hattier, S. Stone, D. Shaffer, P.A. Futreal, S. Bayer, C. Hussey, T. Tran, K. Richardson, B. Dehoff, R. Wiseman, P. Rosteck, M.H. Skolnick, D. Shattuck-Eidens, A. Kamb. 1995. Comparison of the positional cloning methods used to isolate the BRCA1 gene. Human Molecular Genetics 4(8): 1259-1266.

Hattier, T., R. Bell, D. Shaffer, S. Stone, R.S. Phelps, S.V. Tavtigian, M.H. Skolnick, D.Shattuck-Eidens, A. Kamb. 1995. Monitoring the efficacy of hybrid selection during positional cloning: The search for BRCA1. Mammalian Genome 6: 873.

Shattuck-Eidens, D., M. McClure, J. Simard, F. Labrie, S. Narod, F. Couch, K. Hoskins, B. Weber, L. Castilla, M. Erdos, L. Brody, L. Friedman, E. Ostermeyer, C. Szabo, M-C. King, S. Jhanwar, K. Offit, L. Norton, T. Gilewski, M. Lubin, M. Osborne, D. Black, M. Boyd, M. Steel, S. Ingles, R. Haile, A. Lindblom, H. Olsson, A. Borg, D.T. Bishop, E. Solomon, P. Radice, G. Spatti, S. Gayther, B. Ponder, W. Warren, M. Stratton, Q. Liu, F. Fujimura, C. Lewis, M.H. Skolnick, D.E. Goldgar. 1995. A collaborative survey of 80 mutations in the BRCA1 breast and ovarian cancer susceptibility gene. Implications for presymptomatic testing and screening. JAMA 273:7;535-541.

Simard, J., P. Tonin, F. Durocher, K. Morgan, J. Rommens, S. Gingras, C. Samson, J-F. Leblanc, C. Bélanger, F. Dion, Q. Liu, M. Skolnick, D. Goldgar, D. Shattuck-Eidens, F. Labrie, S.A. Narod. 1994. Common origins of BRCA1 mutations in Canadian breast and ovarian cancer families. Nature Genetics 8:4;392-398.

Miki, Y, J. Swensen, D. Shattuck-Eidens, P.A. Futreal, K. Harshman, S. Tavtigian, Q. Liu, C. Cochran, L.M. Bennett, W. Ding, R. Bell, J. Rosenthal, C. Hussey, T. Tran, M. McClure, C. Frye, T. Hattier, R. Phelps, A. Haugen-Strano, H. Katcher, K. Yakumo, Z. Gholami, D. Shaffer, S. Stone, S. Bayer, C. Wray, R. Bogden, P. Dayananth, J.

Ward, P. Tonin, S. Narod, P.K. Bristow, F.H. Norris, L. Helvering, P. Morrison, P. Rosteck, M. Lai, J.C. Barrett, C. Lewis, S. Neuhausen, L. Cannon-Albright, D. Goldgar, R. Wiseman, A. Kamb, M.H. Skolnick. 1944. A strong candidate for the breast and ovarian cancer susceptibility gene BRCA1. Science 266: 66-71.

Futreal, P.A., C. Cochran, J. Rosenthal, Y. Miki, J. Swenson, M. Hobbs, L.M. Bennett, A. Haugen-Strano, J. Marks, J.D. Barrett, S. Tavtigian, D. Shattuck-Eidens, A. Kamb, M. Skolnick, R. Wiseman. 1994. Isolation of a diverged homeobox gene, MOX1 from the BRCA1 region on 17q21 by solution hybrid capture. Hum. Mol. Gen. 3: 1359-1364.

Futreal, P.A., Q. Liu, D. Shattuck-Eidens, C. Cochran, K. Harshman, S. Tavtigian, L.M. Bennett, A. Haugen-Strano, J. Swensen, Y. Miki, K. Eddington, M. McClure, C. Frye, J. Weaver-Feldhaus, W. Ding, Z. Gholami, P. Söderkvist, L. Terry, S. Jhanwar, A. Berchuch, J.D. Inglehart, J. Marks, D.G. Ballinger, J.C. Barrett, M.H. Skolnick, A. Kamb, R. Wiseman. 1994. BRCA1 mutations in primary breast and ovarian carcinomas. Science 266: 120-122.

Kamb, A., D. Shattuck-Eidens, R. Eeles, Q. Liu, N.A. Gruis, W. Ding, C. Hussey T. Tran, Y. Miki, J. Weaver-Feldhaus, M. McClure, J.F. Aitken, D.E. Anderson, W. Bergman, R. Frants, D.E. Goldgar, A. Green, R. MacLennan, N.G. Martin, L.J. Meyer, P. Youl, J.J. Zone, M.H. Skolnick, L.A. Cannon-Albright. 1994. Analysis of the p16 gene (CDKN2) as a candidate for the chromosome 9p melanoma susceptibility locus. Nature Genetics 8: 22-26.

Kamb, A., P.A. Futreal, J. Rosenthal, C. Cochran, K.D. Harshman, Q. Liu, R.S. Phelps, S.V. Tavtigian, T. Tran, C. Hussey, R. Bell, Y. Miki, J. Swensen, M.R. Hobbs, J. Marks, L.M. Bennett, J.C. Barrett, R.W. Wiseman, D. Shattuck-Eidens. 1994. Localization of the VHR phosphatase gene and its analysis as a candidate for BRCA1. Genomics 23: 163-167.