# EXHIBIT 3

Dockets.Justia.com

# Confusion in the Art on BRCA Location

