# EXHIBIT 4

Dockets.Justia.com

# BRCA1 Mutations Found in 5 of 8 of Myriad's Pedigrees

| Kindreds | Cancer Cases (Breast/Ovarian) | Lod Score |
|---|---|---|
| 2082* | 51 / 22 | 9.49 |
| 2099* | 36 / 2 | 2.36 |
| 2035* | 18 / 1 | 2.25 |
| 1901* | 17 / 1 | 1.50 |
| 1925 | 7 / 0 | 0.55 |
| 1910* | 9 / 0 | 0.36 |
| 1911 | 13 / 0 | -0.20 |
| 1927 | 9 / 0 | -0.44 |

*Kindreds in which deleterious mutations were identified