# EXHIBIT 5

Dockets.Justia.com

SHATTUCK DECLARATION
EXHIBIT 5

# Kindred 2082



Fig. 1. Pedigree structure of K2082 connecting all known breast and ovarian cancer case patients who are descendants of individual I-02. The arrows designate the six probands leading to the initial ascertainment of K2082. Women diagnosed with breast cancer are denoted by the upper-half shaded symbol, ovarian cancer by the lower-half shaded symbol. Totally filled circles represent women diagnosed with both breast and ovarian cancer. Numbers under each symbol represent age at diagnosis, age at death, or age at last observation for affected, deceased, and living unaffected women, respectively. Pedigree numbering is sequential for each generation from upper left to lower left portion of the diagram; to aid in identification of specific individuals, the number of the first individual in each generation in the lower portion of the figure is shown. Symbols with slashes indicate individuals who are deceased.