# EXHIBIT 6

Dockets.Justia.com

# Assembly of BRCA1 transcript from cDNA fragments

Transcripts marked with stars are splice variants which switch reading frames resulting in premature stop codons

No full length cDNA was identified, the full coding sequence was deduced using non-overlapping fragments



  Alu containing exon 4

Splice variants resulting in truncated BRCA1

⭐¹ Skip exon 8 and 9 missing 121 bp
⭐² Includes exon 4 adding 115 bp
⭐³ Skip exon 8, 9 and 10 missing 3547 bp

# Assembly of BRCA1 transcript from cDNA fragments



☆ Alu containing exon 4

Splice variants resulting in truncated BRCA1

★¹ Skip exon 8 and 9 missing 121 bp
☆² Includes exon 4 adding 115 bp
★³ Skip exon 8, 9 and 10 missing 3547 bp

Transcripts marked with stars are splice variants which switch reading frames resulting in premature stop codons

No full length cDNA was identified, the full coding sequence was deduced using non-overlapping fragments