# EXHIBIT 1

Dockets.Justia.com

**CURRICULUM VITAE**

<u>PERSONAL DATA</u>

| | |
|---|---|
| Name: | Mark Henry Skolnick |
| Date of Birth: | January 28, 1946 |
| Place of Birth: | Temple, Texas, U.S.A. |
| Marital Status: | Married, two children |
| Citizenship: | U.S.A. |

<u>EDUCATION</u>

| | |
|---|---|
| 1968: | B.A., University of California at Berkeley, Economics. |
| 1975: | Ph.D., Stanford University, Stanford, California, Genetics. |

<u>ADDRESSES</u>

*Work:*
Myriad Genetics, Inc.
320 Wakara Way
Salt Lake City, UT  84103
801- 584 3626
801- 584 3643 (Francine, admin. assistant)
801 -584 3640 (fax)
mskolnick@myriad.com

*Home:*
1553 E. Connecticut Dr.
Salt Lake City, UT  84103
801- 364 0936
801- 575 8362 (fax)

<u>AWARDS</u>

| | |
|---|---|
| 1995: | Governor's Medal for Science and Technology; Annual State Science Award presented by Governor Mike Leavitt. |
| 1995: | American Cancer Society Distinguished Service Award. |
| 1996: | Katharine Berkan Judd Award - Memorial Sloan Kettering Cancer Center |
| 2001: | Legacy of Life Award – The Deseret Foundation's Heart and Lung Research Foundation |

<u>PROFESSIONAL EXPERIENCE:</u>

| | |
|---|---|
| 1991 - Present: | Founder, Chief Scientific Officer, Myriad Genetics, Salt Lake City, Utah |
| 1999 - Present: | Director, Continuous Computing |
| 1999 - Present: | Founder and Director, TheraDoc |
| 2002 – 2005: | Scientific Advisory Board, Agilent Technologies |

Department of Medical Informatics, University of Utah, SLC, Utah:

    1998 – Present: Adjunct Professor, Department of Medical Informatics
    1987 – 1998: Professor, Department of Medical Informatics
    1979 – 1987: Associate Professor, Department of Medical Informatics
    1976 – 1979: Assistant Professor, Department of Medical Informatics
    1974 – 1976: Assistant Research Professor, Department of Medical Informatics

Department of Biology, University of Utah, SLC, Utah:

    1980 – 1985: Adjunct Associate Professor, Department of Biology
    1976 – 1980: Adjunct Assistant Professor, Department of Biology
    1974 – 1976: Research Assistant Professor of Biology, Department of Biology

1992 - 1997: Adjunct Member, Department of Human Genetics, Memorial Sloan Kettering Cancer Center, New York, NY.

1985 - 1986: Visiting Investigator, Department of Epidemiology and Biostatistics, Memorial Sloan Kettering Cancer Center, New York, NY.

1973 - 1976: Professor of Demography, Instituto di Zoologia, University of Parma, Parma, Italy.

1972: Social Science Research Council, Visiting Fellow, Statistical Laboratory, Cambridge University, Cambridge, England.

1969 - 1973: Researcher for the National Research Council, Instituto di Genetica, University of Pavia, Italy.

1967 - 1968: Research Assistant to Professor Kingsley Davis, International Population and Urban Research Center, Berkeley, California.


PROFESSIONAL COMMITTEES

2001 – 2005: Scientific Advisory Board, Agilent Technologies, Santa Clara, California

1997 - 1998: Utah State Advisory Council on Science and Technology

1992 - 1995: Patent Committee, University of Utah, Salt Lake City, Utah.

1990 - 1992: Member, Study Section, National Center for Human Genome Research, National Institute of Health, Washington, D.C.

1990 - 1991: Co-Chairman, Chromosome 20 Committee, Human Gene Mapping Workshops 10.5 and 11.

1984 - 1985: Principal Investigator, Postdoctoral Training Grant in Genetics, University of Utah, Salt Lake City, UT.

1984 - Present: Member, Colon Cancer Task Force, National Cancer Institute, Washington, D.C.

1983 - 1985: Chairman, Steering Committee, Utah Resource or Genetic and Epidemiologic Research.

1983 - 1985: Member, Board of Directors, Utah Resource for Genetic and Epidemiologic Research.

| | |
|---|---|
| 1981 - 1985: | Recombinant DNA Committee, Human Gene Mapping Workshop; Chairman in 1981, 1983; Vice-Chairman in 1985. |
| 1981 - 1983: | Program Committee, American Society of Human Genetics, Chairman in 1982. |
| 1977 - 1984: | Predoctoral Training Grant in Genetics, Steering Committee, University of Utah, Salt Lake City, UT. |
| 1978 - 1979: | University Senate, University of Utah, Member. |
| 1978 - 1981: | Member, Breast Cancer Task Force, National Cancer Institute, Washington, D.C. |
| 1977 - 1981: | University of Utah, Computer Facilities Planning Committee, Member. |
| 1977 - 1980: | Utah Division of the American Cancer Society, Executive Board. |

TEACHING EXPERIENCE

Department of Ecology, University of Parma
    1972 - 1974        Demography

Department of Medical Informatics, University of Utah
    1983 - 1994        Genetic Epidemiology
    1981 - 1987        Biomedical Experimental Design
    1976 - 1980        Core Course, Genetics
    1976                Computer Simulation of Populations

Department of Biology, University of Utah
    1979                Genetics, Evolution, and Man

University of Utah Medical Center
    1979 - 1985        Population Genetics for Medical Students

PUBLICATIONS

**Books / Journals Edited**

Sing CF, Skolnick M (eds.). Genetic Analysis of Common Disease Applications to Predictive Factors in Coronary Heart Disease.  New York: Alan R Liss, Inc., 1979.

Cairns J, Lyon JL, Skolnick M (eds.). Human Health Data From Defined Populations.  Banbury Report No 4. New York :Cold Spring Harbor Laboratory, 1980.

MacCluer JW, Chakravarti A, Cox D, Bishop DT, Bale SJ, Skolnick MH (eds.):  Genetic Analysis Workshop 7:  Issues in Gene Mapping and Detection of Major Genes,  Cytogenetics and Cell Genetics, 59:65-240,  Basel, S. Karger, 1992.

Encyclopedia of Cancer, first edition.  Academic Press, 1998.

Encyclopedia of Cancer, second edition.  Academic Press, 2002.

Gene Screen, an International Journal of Medical Genomics, Editorial Board.  2000.

## Articles

Skolnick M. A computer program for linking historical records. Historical Methods Newsletter **4**:114-125, 1971.

Skolnick M, Moroni A, Cannings C, Cavalli-Sforza LL. The reconstruction of genealogies from parish books. In: <u>Mathematics in the Archeological and Historical Sciences</u>. Edinburgh, Scotland: Edinburgh University Press, pp 319-334, 1971.

Kelley R, Skolnick M, Yasuda N. A combinatorial problem in linking historical records. Historical Methods Newsletter **6**:19-26, 1972.

Moroni G, Skolnick M, Soliani L. Mortalita e cause di morte nel Cornigliese(alta Val Parma) dal secolo XVII al secolo XX, Estratto dall'ateneo Parmense **8** (Suppl I):93-115, 1972.

Skolnick M, Cannings C. Natural regulation of numbers in primitive human populations. Nature **239**:287-288, 1972.

Skolnick M. Resolution of ambiguities in record linking. In: <u>Identifying People in the Past</u>. (EA Wrigley, ed). London: Edward Arnold, pp 102-127, 1973.

Skolnick M, Cavalli-Sforza LL, Moroni A, Siri E, Soliani L. The reconstruction of historical persons from the parish registers in Parma Valley, Italy. Genus **4**:1-53, 1973.

Skolnick M, Cannings C. Simulation of small human populations. <u>In: Computer Simulation in Human Population Studies</u>. (B Dyke, J MacCluer, eds). Seminar Press, pp 167-196, 1974.

Smart CR, Lyon JL, Skolnick M, Wilson ML, Edwards CQ, Cowan LR. Cancer of the head and neck in Utah. Am J Surg **128**:463-465, 1974.

Yasuda N, Cavalli-Sforza LL, Skolnick M, Moroni A. Evolution of surnames. An analysis of their distribution and extinction. Theor Popul Biol **5**:123-142, 1974.

Cannings C, Skolnick M. Genetic drift in exogamous marriage systems. Theor Popul Biol, **7**(1):39-54, New York and London: Academic Press, 1975.

Cannings C, Skolnick M. Homeostatic mechanisms in human populations:a computer study. <u>In: Proceedings of the Second International Congress of Cybernetics and Systems</u>, Oxford, England, **1**:1429-1439, 1975.

de Nevers K, Skolnick M, Cannings C, Sridharan R. A computer algorithm for calculation of risk factors and likelihoods for familial diseases. Department of Medical Biophysics and Computing, University of Utah, Technical Report No 1, pp 1-60, 1975.

Skolnick M: The construction and analysis of genealogies from parish registers with a case study of Parma Valley, Italy.Ph.D.Dissertation, Stanford University, California, 1975.

Skolnick M. Heuristic searches in data reconstruction. <u>In: Proceedings of the Second International Congress of Cybernetics and Systems</u>, Oxford, England, **1**:237-245, 1975.

Cannings C, Skolnick M, de Nevers K, Sridharan R. Calculation of risk factors and likelihoods for familial diseases. Comp Biomed Res **9**:393-407, 1976.

Cannings C, Thompson EA, Skolnick M. The recursive derivation of likelihoods on pedigrees of arbitrary complexity. Adv Appl Prob **8**:622-625, 1976.

Skolnick M, Cavalli-Sforza LL, Moroni A, Siri E. A preliminary analysis of the genealogy of Parma Valley, Italy. J Hum Evol **5**:95-115, 1976.

Tyler F, Skolnick M. Mutations and muscular dystrophy. Letter to the Editor. N Engl J Med **295**(5):283-284,1976.

Skolnick M., Population size, migration and random genetic drift:observations on human populations. In: Proceedings of the International Union for the Scientific Study of Population Conference . Mexico City; published by the International Union for the        Scientific Study of Population, Belgium, **3**:409-422, 1977.

Skolnick M. Prospects for population oncogenetics. In: Genetics of Human Cancer.  (JJ Mulvihill, RW Miller, JF Fraumeni Jr, eds.), NY:Raven Press, pp 19-25, 1977.

Skolnick M, Carmelli D, Tyler F. A two-locus selection hypothesis for Duchenne muscular dystrophy. Theor Pop Biol **12**(2):230-245, 1977.

Skolnick M, Moroni A, Cavalli-Sforza LL, Siri E, Soliani L, de Nevers K: Automatic reconstruction of families from parish registers:Parma Valley. Paper prepared for Colloque Internationale de Demographie Historique, Methodes de Reconstitution Automatique des Familles, Florence, Italy, April 4-7, 1977.

Thompson EA, Skolnick M. Likelihood on complex pedigrees for quantitative traits. In:  Proceedings of the International Conference on Quantitative Traits  Ames, Iowa:  Iowa State University Press, pp 815-818, 1977.

Arbon V, Skolnick M. Genealogy input system:definition, structure and implementation. Technical Report No 8, Department of Medical Biophysics and Computing, University of Utah, pp 1-171, 1978.

Bean L, May D, Skolnick M. The Mormon historical demography project:structure and data evaluation. Historical Methods Newsletter **11**(1)45-53, 1978.

Cannings C, Thompson EA, Skolnick M. Probability functions on complex pedigrees. Adv Appl Prob **10**:26-61, 1978.

Cartwright GE, Skolnick M, Amos DB, Edwards CA, Kravitz K, Johnson A. Inheritance of hemochromatosis:linkage to HLA. Trans Assoc Am Physicians XCI:273-281, 1978.

Hill J, Carmelli D, Gardner E, Skolnick M. Likelihood analysis of breast cancer predisposition in a Mormon pedigree. In: Genetic Epidemiology (NE Morton, CS Chung, eds), New York: Academic Press, pp 247-253, 1978.

Kravitz K, Skolnick M, Edwards C, Cartwright G, Amos B, Carmelli D, Baty B. Pedigree analysis of the linkage between HLA and hemochromatosis. In:  Genetic Epidemiology (NE Morton, CS Chung, eds). New York:Academic Press, pp 241-246, 1978.

Skolnick M, Bean L, May D, Arbon V, de Nevers K, Cartwright P.Mormon demographic history.  Nuptiality and fertility of once-married couples. Popul Studies **32**:5-19, 1978.

Skolnick M, Legare J, Beauchamp P, Charbonneau H, Corsini C, LeMee R, Lynch K. Methods of automatic family reconstitution IUSSP: Paper No. 12, Liege, Belgium, pp 7-46, 1978.

Skolnick M, Beauchamp P, Charbonneau H, Corsini C, Legare J,  LeMee R. Rapport de colloque sur les methodes de reconstitution, (French version)  Paper No. 12, IUSSP:Liege, Belgium, pp 7-46, 1978.

Skolnick M, Cannings C, de Nevers K. POPART:A computer program for the simulation of human populations. Technical Report No 2, Department of Medical Biophysics and Computing, University of Utah, pp 1-131, 1978.

Thompson EA, Kravitz K, Hill J, Skolnick M. Linkage and the power of a pedigree structure. In: Genetic Epidemiology (NE Morton, CS Chung, eds), New York:Academic Press, pp 241- 246, 1978.

Thompson EA, Cannings C, Skolnick MH.  Ancestral inference.  I.  The problem and the method.  Ann Hum Genet **42**(1): 95-108, 1978.

Cannings C, Thompson EA, Skolnick M. Extension of pedigree analysis to include assortative mating and linear models. In: The Genetic Analysis of Common Diseases: Applications to Predictive Factors in Coronary Heart Disease (CF Sing, M Skolnick, eds), New York:Alan R Liss, Inc, pp 407-415, 1979.

Cartwright GE, Edwards CQ, Kravitz K, Skolnick M, Amos DB, Johnson A, Buskjaer L. Hereditary hemochromatosis: phenotypic expression of the disease. N Eng J Med **301**:175-179, 1979.

Kravitz K, Skolnick M, Cannings C, Carmelli D, Baty B, Amos B, Johnson A, Mendell N, Edwards C, Cartwright G. Genetic linkage between hereditary hemochromatosis and HLA. Am J Hum Genet **31**:601-619, 1979.

Maness AT, Dintelman SM, Skolnick M. Automatic program generation for processing a high level relational-like query language. Proc ACM, pp 62-68, October 1979.

Mineau GP, Bean L, Skolnick M. Mormon demographic history.  Natural fertility of once-married couples. Popul Studies **33**:429-446, 1979.

Skolnick M, Bean LL, Dintelman SM, Mineau G. A computerized family history data base system. Socio & Soc Res **63**(3):506-523, 1979.

Williams R, Skolnick M, Carmelli D, Maness AT, Hunt S, Hasstedt S, Reiber G, Jones R. Utah pedigree studies:design and preliminary data for premature male CHD deaths.  In:  The Genetic Analysis of Common Diseases:Applications to Predictive Factors in Coronary Heart Disease  (CF Sing, M Skolnick, eds.), N Y,Alan R Liss, Inc,  pp 771-732, 1979.

Bishop DT, Skolnick MH. Numerical considerations for linkage studies using polymorphic DNA markers in humans. In: Banbury Report No 4:Cancer Incidence in Defined Populations (J Cairns, JL Lyon, M Skolnick, eds.), New York:Cold Spring Harbor Laboratory, pp 421-433,1980.

Botstein D, White RL, Skolnick M, Davis RW. Construction of a genetic linkage map in man using restriction fragment length polymorphisms. Am J Hum Genet **32**:314-331, 1980.

Cannings C, Thompson EA, Skolnick M. Pedigree analysis of complex models. In:  Current Developments in Anthropological Genetics, Theory and Methods (J Mielke, MH Crawford, eds.), New York:Plenum Press, **1**:251-298, 1980.

Dintelman SM, Maness AT, Skolnick MH, Bean LL. GENISYS:A genealogical information system. _____ In:  Genealogica

Edwards CQ, Cartwright GE, Skolnick MH, Amos DB. Genetic mapping of the hemochromatosis locus on chromosome 6. Hum Immunol **1**:19-22, 1980.

Edwards CQ, Cartwright GE, Skolnick MH, Amos DB. Homozygosity for hemochromatosis.  Clinical manifestations. Ann Intern Med **93**:519-525, 1980.

Hunt SC, Williams RR, Skolnick MH, Lyon JL, Smart CR. Breast cancer and reproductive history from genealogical data. JNCI **64**:1047-1053, 1980.

Skolnick M. The Utah genealogical data base:a resource for genetic epidemiology. In: Banbury Report No 4:Cancer Incidence in Defined Populations (J Cairns, JL Lyon, M Skolnick eds), New York:Cold Spring Harbor Laboratory, pp 285-297, 1980.

Skolnick M, Bishop DT, Carmelli D, Gardner E, Hadley R, Hasstedt S, Hill JR, Hunt S, Lyon JL, Smart CR, Williams RR. A population-based assessment of familial cancer risk in Utah Mormon genealogies. In: Genes, Chromosomes and Neoplasia (FE Arrighi, PN Rao, E Stubblefield, eds), New York:Raven Press, pp 477-500, 1980.

Weinberg JB, Hasstedt S, Skolnick M, Baty B, Kimberling W. Analysis of a large pedigree with elliptocytosis, multiple lipomatosis, and biological false-positive serological test for syphillis. Am J Med Genet **5**:57-67, 1980.

Cartwright GE, Edwards CQ, Skolnick MH, Amos DB. Association of HLA-linked hemochromatosis with idiopathis refractory sideroblastic anemia. J Clin Invest **65**:989-992,1980.

Skolnick MH, Bean LL, Dintelman SM, Mineau G. Computers in genealogy. World Conference on Records, 1980.

Bardet JP, Lynch KA, Mineau GP, Hainsworth M, Skolnick M. La mortalite autrefois. Annales de Demographie Historique, pp 31-48, 1981.

Edwards CQ, Skolnick MH, Kushner JP. Coincidental non-transfusional iron overload and thalassemia minor:association with HLA-linked hemochromatosis. Blood **58**:844-848,        1981.

Edwards CQ, Skolnick MH, Kushner JP. Hereditary hemochromatosis.Contributions of Genetic Analyses In: Progress in Hematology ( EB Brown, M.D.) Grune & Stratton, Inc. Vol. XII. pp 43-71, 1981.

Jorde LB, Skolnick MH. Demographic and genetic application of computerized record linking:the Utah Mormon genealogy. Information et Sciences Humaines **56**-57:105-117, 1981.

Skolnick M, White RL. Pathways to genotypic changes underlying new phenotypes. In: Population and Biological Aspects of Human Mutation (EB Hook, IH Porter, eds), New York:Academic Press, pp 329-336, 1981.

Cannon L, Bishop DT, Skolnick M, Hunt S, Lyon JL, Smart CR. Genetic epidemiology of prostate cancer in the Utah Mormon genealogy. Cancer Surveys **I**(1)47-69, 1982.

Chiaramella Y, Dintelman S, Maness AT, Skolnick MH. Vers un system complet de base de donnees genealogiques:GENISYS. Presented at Workshop on Historical Demography and Genealogy, Paris, France, November 1982.

Dadone M, Kushner JP, Edwards CA, Bishop DT, Skolnick M. Hereditary hemochromatosis. Analysis of laboratory expression of the disease by genotype in 18 pedigrees. Am J Clin Pathol **78**(2)196-207, August 1982.

Cavalli-Sforza L, Davies K, Smith K, Pearson P, Gerald P, Naylor S, Kazazian H, White R, Ellior R, Crippa L, Young B, Skolnick, M. Workshop on DNA polymorphisms. Prog Clin Biol Res **103 PtA**:79-81, 1982.

Edwards CQ, Dadone MM, Skolnick MH, Kushner JP. Hereditary hemochromatosis. Clin Haematol II(2)411-435, 1982.

Edwards CQ, Skolnick MH, Dadone MM, Kushner JP. Iron overload in hereditary spherocytosis:-association with HLA-linked hemochromatosis. Am J Hematol **13**:101-105, 1982.

Skolnick M.  Diagnostic uses of genetic markers.  Testimony to the Subcommittee on Investigations and Oversight of the Committee on Science and Technology, U.S.House of Representatives, Ninety-seventh Congress. Presented on November 17, 18, No. 170 pp. 249-257, 1982.

Skolnick MH, Francke U. Report of the committee on human gene mapping by recombinant DNA techniques.  International Workshop on Human Gene Mapping, Oslo, Norway.  Cytogenet Cell Genet **32**:194-204, 1982.

White R, Schafer M, Barker D, Wyman A, Skolnick M.  DNA sequence polymorphism at arbitrary loci. Prog Clin Biol Res **103 PtA**:67-77, 1982.

Skolnick M, White R. Strategies for detecting and characterizing restriction fragment length polymorphisms (RFLPs). VIth International Workshop on Human Gene Mapping, Oslo, Norway. Cytogenet Cell Genet **32**:58-67, 1982.

White R, Skolnick M. DNA sequence polymorphism and the genetics of epilepsy. In: <u>Genetic Basis of the Epilepsies</u> (VE Anderson, ed.), NY: Raven Press, pp 311-316, 1982.

Bishop DT, Cannings C, Skolnick M, Williamson JA. The number of polymorphic clones required to map the human genome. In: <u>Statistical Analysis of DNA Sequence Data</u> (BS Weir, ed.), New York:Marcel Dekker, pp 181-200, 1983.

Bishop DT, Skolnick MH. Genetic markers and linkage analysis.In: <u>Banbury Report No 14:Recombinant DNA Applications to Human Disease.</u> (T Caskey and R White, eds.), New York: Cold Spring Harbor Laboratory, pp 251-259, 1983.

Bishop DT, Williamson JA, Skolnick MH. A model for restriction fragment length distributions.  Am J Hum Genet **35**:795-815, 1983.

Cosgriff TM, Bishop DT, Hershgold EJ, Skolnick MH, Martin BA, Baty B, Carlson KS.  Familial antithrombin-III deficiency. I. Clinical diagnosis and history. Medicine **62**(4):209-220, 1983.

Latham RH, Haslam BT, Dewitt C, Skolnick M, Smith CB. Histocompatibility leukocyte antigens in patients with toxic-shock syndrome. J Infec Diseases **147**:783, 1983.

Meyers DA, Hasstedt SJ, Marsh DG, Skolnick M, King MC, Amos DB. The inheritance of immuno-globulin E:genetic linkage analysis. Am J Med Genet **14**:61-66, 1983.

Bishop DT, Skolnick MH. Genetic epidemiology of cancer in Utah genealogies: a prelude to the molecular genetics of common cancers. In: <u>Cellular and Molecular Biology of Neoplasia</u>, (TW Mak and I Tannock, eds.). J Cell Phys Sup **3**:63-77, 1984.

Bryan CF, Leech SH, Ducos R,Edwards CQ, Kushner JP, Skolnick MH, Bozelka B, Linn JC, Gaumer R. Thermostable erythrocyte rosette-forming lymphocytes in hereditary hemochromatosis. I.Identification in peripheral blood.J Clin Immuno **4**(2)134-142, 1984.

Skolnick MH, Bishop DT, Cannings C, Hasstedt SJ. The impact of RFLPs on human gene mapping. In: <u>Genetic Epidemiology of Coronary Heart Disease</u> (DC Rao, ed.), NY: Alan Liss, pp 271-292, 1984.

Skolnick MH, Willard HF, Menlove LA. Report of the committee on human gene mapping by recombinant DNA techniques. Cytogenet and Cell Genet **37**(1-4)210-273, 1984.

Bock SC, Harris JF, Schwartz CE, Ward JH, Hershgold EJ, Skolnick MH. Hereditary thrombosis in a Utah kindred is caused by a dysfunctional antithrombin III gene.  Am J Hum Genet **37**:32-41, 1985.

Bishop DT, Cannon LA, Hasstedt SJ, Skolnick MH. Genetic analysis workshop II:Segregation and three-locus linkage analysis. Genet Epidem **1**(2)161-165, 1984.

Burt RW, Dowdle M, Cannon L, Bishop DT, Lee RG, Skolnick M. The colonic adenomatous polyp as a marker for inherited colon cancer. Markers of Colonic Cell Differentiation:  In: Progress in Cancer Research and Therapy (SR Wolman, AJ Mastromarino, eds) **29**:395-402, 1984.

McLellan T, Jorde LB, Skolnick MH.  Genetic distances between the Utah Mormons and related populations. Am J Hum Genet **36**:836-837, 1984.

Hasstedt SJ, Skolnick MH.  A general autosomal X-linked Model.  Genet Epide **1**:21-36, 1984.

Skolnick MH, Thompson EA, Bishop DT, Cannon LA.  Possible linkage of a breast cancer susceptibility locus to the ABO locus sensitivity of LOD scores to a single new recombinant observation. Genet Epidem **1**(4)363-373, 1984.

Elbein SC, Grupposo P, Schwartz R, Skolnick M, Permutt, MA.  Hyperproinsulinemia in a Family with a Proposed Defect in Conversion is Linked to the Insulin Gene. Diabetes pp. 821-824, 1985.

Schwartz CE, Skolnick MH. Mapping the human genome using restriction fragment length polymorphisms (RFLPs). Genetica Molecular  (J Arana, ed) Instituto di Ciencias del Hombre, Madrid, pp 151-166, 1985.

Bishop DT, Cannon LA, Hasstedt SJ, Skolnick MH.  Genetic analysis workshop III: multilocus linkage analysis using  PAP. Genet Epidem **2**(2)203-4, 1985.

Kushner JP, Edwards CQ, Dadone MM, Skolnick MH. Heterozygosity for HLA-linked hemochromatosis as the cause of the hepatic siderosis and clinical expression of sporadic porphyria cutanea tarda. Gastroenterology, **88**:1232-1238, 1985.

Burt RW, Bishop DT, Cannon LA, Dowdle MA, Lee RG, Skolnick MH.  Dominant inheritance of colonic adenomatous polyps and colorectal cancer. New Eng J Med **312**:1540-44, 1985.

Cannon LA, Skolnick MH, Bishop DT.  Restriction fragment length polymorphisms and cancer.  In: Familial Cancer  (HJ Muller, W Weber, eds.), 1st Int Res Conf, Basel: Karger, pp 248-251, l985.

Andreone T, Fajans S, Rotwein P, Skolnick M, Permutt MA. Insulin gene analysis in a family with maturity onset diabetes of the young. Diabetes, **34**:108-114, 1985.

Taggart RT, Samloff IM, Raffel LJ, Graham A, Cass C, Petersen GM, Rotter JI, Skolnick MH, Schwartz CE, Bell GI.  Relationships between the human pepsinogen DNA and protein polymorphisms.  Am J Hum Gen **38**:848-854, 1986.

Edwards CQ, Griffen LM, Dadone MM, Skolnick MH, Kushner JP.  Mapping the locus for hereditary hemochromatosis: Localization between HLA-B and HLA-A. Am J Hum Genet **38**:6:805-811, 1986.

Willard FW, Waye JS, Skolnick MH, Schwartz CE, Powers, VE, England SB.  Detection of restriction fragment length polymorphisms at the centromeres of human chromosomes by using chromsome-specific alpha satellite DNA probes: Implications for development of centromere-based genetic linkage maps.  Proc Nat'l Acad Sci **83**:5611-5615, 1986.

Dietz JN, Robbins T, Cannon LA, Schwartz CE, Carey JC, Johnson JP, Kivlin J, Skolnick MH.  Linkage analysis of Von Recklinghausen Neurofibromatosis: chromosomes 4 and 19.  Genet Epidemiology **3**:313-321, 1986.

Swift M, Morrell D, Cromartie E, Chamberlin AR, Skolnick MH, Bishop DT.  The incidence and gene frequency of Ataxia-Telangiectasia in the US. Am J Hum Genet **39**:573-583, l986.

Carey JC, Baty BJ, Johnson JP, Morrison T, Skolnick MH, Kivlin J.  The genetic aspects of Neurofibromatosis. Annals of the NY Academy of Sciences **486**:45-56, 1986.

Schwartz CE, McNally E, Leinwand L, Skolnick MH.  A polymorphic human myosin heavy chain locus is linked to an anonymous single copy locus (D17S1) at 17p13.  Cytogenetics and Cell Genetics **43**:117-120, 1986.

Skolnick MH.  An approach to monitoring mutation rates using restriction fragment lengths.  In: Carcinogenicity of  Alkylating Cytostatic Drugs (D Schmahl, JM Kaldor, eds) Lyons:  IARC Scientific Publications **78**:253-266, 1986.

King MC, Cannon LA, Bailey-Wilson JE, Cleton JF, DeJong-Bakker N, Gardner EJ, Jacobsen O, Lynch HT, Skolnick, MH.  Genetic analysis of human breast cancer:  literature review and description of family data in workshop.  Genet Epidemiol Suppl **1**:3-13, 1986.

Taggart RT, Samloff M, Raffel LJ, Graham A, Cass C, Petersen GM, Rotter JI, Skolnick MH, Schwartz CE, Bell GI.  Relationships between the human pepsinogen DNA and protein polymorphisms.  Am J Hum Genet **38**:848-854, 1986.

Skolnick MH, Maness AT, Dintelman S, Chiaramella Y.  Genisys: A general information system with record linking capabilities.  In:  Proceedings of the Workshop on Computerized Record Linkage in Health Research, Ottawa, Ontario, pp 245,1986.

Cannon LA, Bishop DT, Skolnick MH.  Segregation and linkage analysis of breast cancer in the Dutch and Utah Families.  Proceedings of the Fifth Genetic Analysis Workshop. Genetic Epidemiology Supplement **1**:43-48, 1986.

Bishop DT, Cannon LA, Quigley AC, and Skolnick MH.  Strategies for efficient linkage analysis: example of Huntington's disease pedigrees.  Proceedings of the Fifth Genetic Analysis Workshop. Genetic Epidemi Supplement (DT Bishop, CT Falk, JW MacCluer, eds). New York, Alan R. Liss, Inc., **1**:217-222, 1986.

May D, Bean LL, Skolnick MH, Metcalf J.  Stability ratio an index of community cohesiveness in 19th cent.  In: Generations and Change: Genealogical Perspectives in Social History.  (R M Taylor, RJ Crandall, eds.). Mercer Univ. Press, pp 41-158, 1989.

Barker D, Wright E, Nguyen K, Cannon L, Fain P, Goldgar D, Bishop DT, Carey J, Kivlin J, Willard H, Nakamura Y, O'Connell P, Leppert M, White R, Skolnick MH.  Gene for von Recklinhausen neurofibromatosis is in the pericentromeric region of chromosome 17.  Science **236**:1100-1102, 1987.

Skolnick MH.  Priority needs in the development of genetic epidemiology.  In: Environmental Impacts on Human Health (S Draggon, JJ Cohrssen, RE Morrison, eds.). New York: Praeger Publishers pp 5-33, 1987.

Barker D, Wright E, Nyugen K, Cannon L, Fain P, Goldgar D, Bishop DT, Carey J, Kivlin J, Willard H, Nakamura Y, O'Connell P, Leppert M, White R, Skolnick M.  A genomic search for linkage of neurofibromatosis to RFLPs. J Med Genetics **24**:536-538, 1987.

Fain PR, Barker DF, Goldgar DE, Wright E, Nguyen K, Carey J, Johnson J, Kivlin J, Willard H, Mathew C, Ponder B, Skolnick M.  Genetic analysis of NF1:  Identification of close flanking markers on chromosome 17. Genomics **1**:340-345, 1987.

Skolnick MH, Ponder B, Seizinger B.  Linkage of NF1 to 12 Chromosome 17 Markers:  A summary of eight concurrent reports.  Genomics **1**:382-383, 1987.

White Ray, Nakamura Y, O'Connell P, Leppert M, Lalouel JM, Barker D, Goldgar D, Skolnick M, Crey J, Wallis CE, Slater CP, Mathew C, Ponder B.  Tightly linked markers for the neurofibromatosis type 1 gene.  Genomics **1**:364-367, 1987.

Kidd KK, Willard HF, Pearson PL, Skolnick MH, Cohen IH, Miller RL, Track RK.  Human DNA restriction fragment length polymorphisms (RFLPs).  In: <u>Genetic Maps,</u> (SJ O'Brien ed.).  Cold Spring Harbor Laboratory, New York, 1987.

Eatough DJ, Mangelson NF, Hill MW, Nielson KK, Hansen LD, Skolnick MH.  Familial trends in heavy trace metal body burdens in a small rural community.  In: <u>Trace Elements in Man and Animals (6)</u> (LS Hurley, CL Keen B Lonnerdal, RB Rucker, eds.). Plenum Press, New York, NY, pp  523-525, 1987.

Shows TB, McAlpine PJ, Boucheix C, Cahill Jr GF, Collins FS, Conneally PM, Frezal J, Gershowitz H, Goodfellow PN, Hall JG, Issitt P, Jones CA, Knowles BB, Lewis M, McKusick VA, Meisler M, Morton NE, Rubinstein P, Schanfield MS, Schmickel RD, Skolnick MH, Spence AM, Traver M, Van Cong N, Willard HF.  Guidelines for human gene nomenclature: An international system for human gene nomenclature (ISGN, 1987).  Cytogenetics Cell Genetics, **46**:11-28, 1987.

Cannon-Albright LA, Skolnick MH, Bishop T, Lee RG, Burt RW.  Common inheritance of susceptibility to colonic adenomatous polyps and associated colorectal cancers.  New Eng J  Med **319**:533-537, 1988.

Atkin CL, Hasstedt SJ, Menlove L, Cannon L, Kirschner N, Schwartz C, Nguyen K, Skolnick MH.  Mapping of alport syndrome to the long arm of the X chromosome.   Am J Hum Genet **42**:249-255, 1988.

Elbein SC, Corsetti L, Goldgar D, Skolnick M, Permutt MA.  Insulin gene in familial NIDDM: Lack of linkage in Utah mormon pedigrees.  Diabetes **37**:569-576, 1988.

Edwards CQ, Griffen LM, Goldgar D, Drummond C, Skolnick MH, Kushner JP.  Prevalence of hemochromatosis among 11,065 presumably healthy blood donors. NEJM **318**:1355-1362, 1988.

Skolnick MH, Wallace RB.  Simultaneous analysis of multiple polymorphic loci using amplified sequence polymorphisms (ASPs).  Genomics **2**:273-279, 1988.

Bishop DT, Cannon LA, McLellan T, Gardner EJ, Skolnick MH.  Segregation and linkage analysis of nine Utah breast cancer pedigrees.  Genetic Epi **5**:151-169, 1988.

Edwards CQ, Griffen LM, Drummond C, Skolnick MH, Kushner JP.  Screening for hemochromatosis in healthy blood donors: Preliminary results.  NY Acad Sci **526**:258-73, 1988.

Edwards CQ, Griffen LM, Skolnick MH, Kushner JP.  Sporadic porphyria cutanea tarda in individuals with HLA-linked hemochromatosis allele(s): Preliminary report. NY Acad Science **526**:47-53, 1988.

Burt RW, Bishop DT, Lee RG, Albright LC, Skolnick MH.  Inheritance of colonic adenomatous polyps and colorectal cancer.  In: <u>Basic and Clinical Prospective of Colorectal Polyps and Cancer</u> (R Burt, G Steele, S Winawer, eds.), CRC Press. pp 189-194,1988.

Nakamura Y, Lathrop M, C'Connell P, Leppert M, Barker D, Wright E, Skolnick M, Kondoleon S, Litt M, Lalouel J-M, White R.  A mapped set of DNA markers for human chromosome 17. Genomics **2**:302-309, 1988.

Seuchter SA, Skolnick MH.  A human genetics database management system.  Computers Biomedical Res **21**:478-487, 1988.

Meyer LJ, Piepkorn MA, Seuchter SA, Cannon-Albright L, Bishop DT, Zone JJ, Skolnick MH.  Genetic and epidemiologic evaluation of dysplastic nevi.  Pigment Cell Research Supp. **1**:144-151, 1988.

Seuchter SA, Prokosch HU, Keir D, Skolnick MH.  An expert system for genetic counseling. In: Springer-Verlag publishers pp 196-201, 1988.

Piepkorn M, Meyer LJ, Goldgar D, Seuchter SA, Albright LC, Skolnick MH, Zone JJ.  The dysplastic melanocytic nevus: A prevalent lesion that correlates poorly with clinical phenotype. Journal of the American Academy of Derm, **20**:3:407-415, 1989.

Cox NJ, Gogolin-Ewens KJ, Horvath VJ, Barker D, Skolnick MH, Bhme BO, Fehsel K, Bertrams J, Hodge TW, Acton RT, McGill J, Elbein SC, Permutt MA, dePrval C, Cambon-Thomsen A, Robinson DM, Nepom GT, Schneider PM, Rittner C, Toyoda H, Rotter JI, Spielman R.  Restriction fragment polymorphisms of the HLA-DR, DQ and insulin gene regions in IDDM families: The GAW5 data Genetic Epidemiology, **6**:1:21-26, 1989.

Prokosch HU, Seuchter SA, Thompson EA, Skolnick MH.  Applying expert system techniques to human genetics.  Computers and Biomedical Research **22**:234-247, 1989.

Burt RW, Skolnick MH.  Heritable factors in the pathogenesis of colorectal cancer.  In: Cell and Molecular Biology of Colon Cancer (L H Augenlicht, ed). CRC Press, pp 87-95, 1989.

Burt RW, Cannon-Albright LA, Bishop DT, Skolnick MH.  Inheritance of susceptibility to colonic adenomatous polyps. In: Cancer Cells 7, Molecular Diagnostics of Human Cancer. Cold Spring Harbor Laboratory, pp 249-251, 1989.

Cannon-Albright LA, Thomas TC, Bishop T, Skolnick MH, Burt RW.  Characteristics of familial colon cancer in a large population data base. Cancer **64**:1971-1975, 1989.

Edwards CQ, Griffen LM, Goldgar DE, Skolnick MH, Kushner JP.  HLA-Linked hemochromatosis alleles in sporadic porphyria cutanea tarda.  Gastroenterology **97**:972-81, 1989.

Skolnick MH, Bishop DT, Thomas A.  Effect of sequential sampling rules and ascertainment correction on genetic analysis. In: Progress in Clinical and Biological Research Vol 329: Multipoint Mapping and Linkage Based Upon Affected Pedigree Members (RC Elston, MA Spence, SE Hodge, JW MacCluer, eds.) Alan R. Liss, New York, pp 177-182, 1989.

Cannon-Albright LA, Goldgar DE, Wright EC, Turco A, Jost M, Meyer LJ, Piepkorn M, Zone JJ, Skolnick MH.  Evidence against the reported linkage of the cutaneous melanoma-Dysplastic Nevus Syndrome Locus to Chromosome 1p36.  AJHG  **46**:912-918, 1990.

Wright EC, Goldgar DE, Fain PR, Barker DF, Skolnick MH.  A genetic map of human chromosome 17p. Genomics **7**:103-109, 1990.

Barker DF, Hostikka SL, Jing Z, Chow LT, Oliphant AR, Gerken SC, Gregory MC, Skolnick MH, Atkin CL, Tryggvason K.  Identification of mutations in the COL4A5 collagen gene in Alport Syndrome.  Science  **248**:1224-1227, 1990.

Ward JH, Marshall CJ, Schumann GB, Hogle H, Cannon-Albright LA, McWhorter WP, Eyre HJ,

Skolnick MH.  Detection of proliferative breast disease using four quadrant fine needle aspiration. JNCI **82**(11):964- 966, 1990.

Ahmed I, Piepkorn MW, Rabkin MS, Meyer LJ, Feldkamp M, Goldgar DE, Skolnick MH, Zone JJ. Histopathologic characteristics of dysplastic nevi. J Am Academy Derm **22**:727-733, 1990.

Galland Joel, Skolnick MH.  A gene mapping expert system.  Computers and Biomedical Research **23**:297-309, 1990.

Bishop DT, Cannon-Albright LA, Burt RW, Skolnick MH.  Pedigree analysis of susceptibility to colonic adenomas.  In: Hereditary Colorectal Cancer, Proceeding of the 4th International Symposium on Colorectal Cancer. (J Utsunomiya, HT Lynch, et al, eds.).  Springer-Verlag, Tokyo, Incorporated, pp 423-430, 1990.

Skolnick MH, Cannon-Albright LA, Ward JH, Marshall CJ, Schumann GB, Hogle H, McWhorter WP, Goldgar DE, Bishop DT, Kushner JP, Eyre HJ.  Inheritance of  proliferative breast disease in breast cancer kindreds.  Science **250**:1715-1720, 1990.

Dietz-Band J, Turco A, Willard H, Mandel J-L, Skolnick M, Barker D.  Isolation, characterization, and physical localization of 36 RFLPs for the human X chromosome.  Cytogenet Cell Genet **54**:137-141, 1990.

Bishop DT, Cannon-Albright LA, Burt RW, Skolnick MH.  The inheritance of susceptibility to polyps.  In: Hereditary Cancer, (W Weber,  UT Laffer, M Durig, eds.) Karger Basel, Switzerland, pp 39-45,1990.

Cannon-Albright LA, Bishop DT, Goldgar DE, Skolnick MH.  Genetic epidemiology of cancer and predisposing lesions. In: Recent Progress in the Genetic Epidemiology of Cancer.  (H. T. Lynch and P. Tautu, eds.). Springer-Verlag, Berlin Heidelberg, pp 57-65, 1991.

Marshall CJ, Schumann GB, Ward JH, Riding JM, Cannon-Albright L, Skolnick M.  Cytologic identification of clinically occult proliferative breast disease in women with a family history of breast cancer.  Am J Clinical Pathol **95**:2:157-165, 1991.

Bishop DT, Cannon-Albright LA, Skolnick MH.  Linkage mapping of cancer susceptibility genes.  In: Recent Progress in the Genetic Epidemiology of Cancer. (HT Lynch and P Tautu, eds.) Springer-Verlag Berlin Heidelberg, pp 36-48, 1991.

Cannon-Albright LA, Bishop DT, Goldgar C, Skolnick MH.  Genetic predisposition to cancer.  In: Important Advances in Oncology.  (V T DeVita Jr., S Hellman, S A Rosenberg, eds.). Philadelphia, JB Lippincott Co., pp 39-55, 1991.

Schwartz CE, Haber DA, Stanton VP, Strong LC, Skolnick MH, Housman DE.  Familial predisposition to wilms' tumor does not segregate with the WT1 gene.   Genomics **10**:927-930, 1991.

Skolnick MH, Marshall CJ, McWhorter W, Goldgar D, Cannon-Albright L, Ward JH, Eyre H.  Proliferative breast disease:diagnosis and implications Response.  Science **253**:915-916, 1991.

Barker DF, Fain PR, Goldgar DE, Dietz-Band JN, Turco AE, Kashtan CE, Gregory MC, Tryggvason K, Skolnick MH, Atkin CL.  High density genetic and physical mapping of DNA markers near the X-linked alport syndrome locus: Definition and use of flanking polymorphic markers.  Hum Genetics, Springer-Verlag, 1991.

Oliphant AR, Wright EC, Swensen J, Gruis NA, Goldgar D, Skolnick M.  Dinucleotide repeat polymorphism at the D17S513 locus.  Nucleic Acids Research **19:**(17)4794, 1991.

Oliphant AR, Wright EC, Swensen J, Gruis NA, Goldgar D, Skolnick M.  Dinucleotide repeat polymorphism at the D17S514 locus.  Nucleic Acids Research **19:**(17)4794, 1991.

Skolnick M.  Workshop report:  Attributes of markers on linkage and physical maps.  Cytogenet Cell Genet **58**:1-1, 1991.

Goldgar DE, Cannon-Albright LA, Meyer LJ, Piepkorn MW, Zone JJ, Skolnick MH.  Inheritance of Nevus Number and Size in Melanoma and Dysplastic Nevus Syndrome Kindreds.  Journal Natl Cancer Inst **83**:23:1726-1733, 1991.

Ahmed I, Piepkorn M, Goldgar DE, Cannon-Albright LA, Meyer LJ, Skolnick MH, Zone JJ. HMB-45 staining of dysplastic melanocytic nevi in melanoma risk groups.  J Cutaneous Pathology **18:**(4)257-260, 1991.

Grzeschik KH, Skolnick MH.  Report of the committtee on the genetic constitution of chromosome 20.  HGM 11, London Conference.  Cytogenet Cell Genet **58**:785-799, 1991.

Zone JJ, Meyer LJ, Goldgar DE, Cannon-Albright LA, Piepkorn MW, Skolnick MH.  Family studies of malignant melanoma and dysplastic nevus syndrome.  Presented at NIH Consensus development conference on diagnosis and treatment of early melanoma.   January 27-29, 1992.

Berthelsen CL, Glazier JA, Skolnick MH.  Fractal analysis of DNA sequences treated as pseudo-random walks: Part 1: The global fractal dimension of human sequences.  Physical Review A **45**:12, 1992.

Sato T, Saito H, Swensen J, Oliphant A, Wood C, Danner D, Sakamoto T, Takita K, Kasumi F, Miki Y., Skolnick M, Nakamura Y.  The human prohibitin gene, located on chromosome 17q21, is mutated in sporadic breast cancer.  Cancer Res **52**(6)1643-1646, 1992.

Goldgar DE, Cannon-Albright LA, Meyer LJ, Piepkorn MW, Zone JJ, Skolnick MH.  Inheritance of nevus number and size in melanoma/DNS kindreds.  In:  Genetic Analysis Workshop 7: Issues in Gene Mapping and Detection of Major Genes (JW MacCluer, A Chakravarti, D Cox, DT Bishop, SJ Bale, MH Skolnick eds).  Cytogenetics and Cell Genetics **59:**(2)200-202,  Basel S. Karger. 1992.

Meyer LJ, Goldgar DE, Cannon-Albright LA, Piepkorn MW, Zone JJ, Risman MB, Skolnick MH.  Number, size, and histopathology of nevi in Utah kindreds.  In:  Genetic Analysis Workshop 7: Issues in Gene Mapping and Detection of Major Genes (JW MacCluer, A Chakravarti, D Cox, DT Bishop, SJ Bale, MH Skolnick, eds).  Cytogenetics and Cell Genetics **59**:167-167, Basel S. Karger. 1992.

McWhorter WP, Hernandez AD, Meikle AW, Terreros DA, Smith JA, Jr, Skolnick MH, Cannon-Albright LA, Eyre HJ.  A screening study of prostate cancer in high-risk families.  Journal of Urology **148**:826-828, 1992.

Cannon-Albright LA, Goldgar DE, Meyer LJ, Lewis CM , Anderson DE, Fountain JW, Hegi ME, Wiseman RW, Petty EM, Bale AE, Olopade OI, Diaz MO, Kwiatkowski DJ, Piepkorn MW, Zone JJ, Skolnick MH.   Assignment of a melanoma susceptibility locus, MLM, to chromosome 9p13-p22. Science **258**:1148-1152, 1992.

Skolnick MH, Cannon-Albright L.  Genetic predisposition to breast cancer. Cancer **70**:6:1747-1754, 1992.

Burt RW, Bishop DT, Cannon-Albright L, Samowitz WS, Lee RL, Disario JA, Skolnick MH.  Hereditary aspects of colorectal adenomas.  Cancer **70**:1296-1299, 1992.

Burt RW, Bishop DT, Cannon-Albright L, Samowitz WS, Lee RL, Disario JA, Skolnick MH. Population-genetics of colonic cancer.  Cancer **70:**1719-1722, 1992.

Goldgar DE, Cannon-Albright LA, Oliphant AR, Ward JH, Linker G, Swenson J, Tran TD, Fields P, Uharriet P, Skolnick MH.  Chromosome 17q linkage studies of 18 Utah breast cancer kindreds.  AJHG **52**:743-748, 1993.

Burt RW, Cannon-Albright LA, Bishop DT, Samowitz WS, DiSario JA, Skolnick MH.  Familial factors in sporadic adenomas and colorectal cancer.  In:  *Problems in General Surgery,* (AL Watne, ed.) JB Lippincott Company **10:**(4)688-694, 1993.

Lewis CM, Goldgar DE, Cannon-Albright LA, Skolnick MH.  Genetic analysis of cancer and precursor lesions.  In: Precancerous Lesions: A Multidisciplinary Approach, (PA Marks, H. Turler, R Weil, eds.)  Ares-Seronon Symposia Publications, pp 69-77, 1993.

Goldgar DE, Fields P, Lewis CM, Tran TD,  Cannon-Albright LA, Ward JH,  Swensen J, Skolnick MH.  A large kindred with 17q-linked breast and ovarian cancer: genetic, phenotypic and genealogical analysis.  J Natl Cancer Inst **86:**(3)200-209, 1994.

Kamb A, Gruis NA, Weaver-Feldhaus J, Liu Q, Harshman K, Tavtigian SV, McClure M, Frye C, Dayananth P, Old LJ, Stockert E, Day III RS, Johnson J, Skolnick MH.  A cell cycle regulator potentially involved in genesis of many tumor types.  Science **264**:436-440, 1994.

Cannon-Albright LA, Thomas A, Goldgar DE, Gholami K, Rowe K, Jacobsen M, McWhorter W, Skolnick MH.  Familiality of cancer in Utah.  Cancer Research **54**:2378-2385, 1994.

Piepkorn MW, Barnhill RL, Cannon-Albright LA, Elder DE, Goldgar DE, Lewis CM, Maize JC, Meyer LJ, Rabkin MS, Sagebiel RW, Skolnick MH, Zone JJ.  A multi-observer, population-based analysis of histologic dysplasia in melanocytic nevi.  J Am Acad Derm **30:**(5)707-714, 1994.

Thomas A, Skolnick MH, Lewis CM.  Genomic mismatch scanning in pedigrees.  IMG J Math Appl Med Biol **11**:1-16, 1994.

Weaver-Feldhaus J, Gruis NA, Neuhausen S, LePasliers D, Stockert E, Old LJ, Skolnick M, Kamb A.  Localization of a putative tumor suppressor gene using homozygous deletions in melanomas.  Proc Natl Acad Sci **91**:7563-7567, 1994.

Kamb A, Shattuck-Eidens D, Eeles R, Liu Q, Gruis NA, Ding W, Hussey C, Tran T, Miki Y, Weaver-Feldhaus J, McClure M, Aitken JF, Anderson DE, Bergman W, Frants R, Goldgar DE, Green A, MacLennan R, Martin NG, Meyer LJ, Youl P, Zone JJ, Skolnick MH, Cannon-Albright LA.  Analysis of the p16 gene (CDKN2) as a candidate for the chromosome 9p melanoma susceptibility locus.  Nature Genetics **8**:22-26, 1994.

Miki Y, Swensen J, Shattuck-Eidens, D, Futreal PA, Harshman K, Tavtigian S, Liu Q, Cochran C, Bennett LM, Ding W, Bell R, Rosenthal J, Hussey C, Tran T, McClure M, Frye C, Hattier T, Phelps R, Haugen-Strano A, Katcher H, Yakumo K, Gholami Z, Shaffer D, Stone S, Bayer S, Wray C, Bogden R, Dayananth P, Ward J, Tonin P, Narod S, Bristow PK, Norris FH, Helvering L, Morrison P, Rosteck P, Lai M, Barrett JC, Lewis C, Neuhausen S, Cannon-Albright L, Goldgar D, Wiseman R, Kamb A, Skolnick MH.   A strong candidate for the 17q-linked breast and ovarian cancer susceptibility gene BRCA1.  Science **266**:66-71, 1994.

Futreal PA, Liu Q,. Shattuck-Eidens D, Cochran C, Harshman K, Tavtigian S, Bennett LM, Haugen-Strano A, Swensen J, Miki Y, Eddington K, McClure M, Frye C, Weaver-Feldhaus J, Ding W, Gholami Z, Söderkvist P, Terry L, Jhanwar S, Berchuck A, Iglehart JD, Marks J, Ballinger DG, Barrett JC, Skolnick MH, Kamb A, Wiseman R.  BRCA1 mutations in primary breast and ovarian carcinomas.  Science **266**:120-122, 1994.

Cannon-Albright LA, Goldgar DE, Neuhausen S, Gruis NA, Anderson DE, Lewis CM, Jost M, Tran TD, Nyguen K, Kamb A, Weaver-Feldhaus J, Meyer LJ, Zone JJ, Skolnick MH.  Localization of the 9p

melanoma susceptibility locus (MLM) to a 2-cM region between D9S736 and D9S171.  Genomics **23**:265-268, 1994.

Wooster R, Neuhausen S, Mangion J, Quirk Y, Ford D, Collins N, Nguyen K, Seal S, Tran T, Averill D, Fields P, Marshall G, Narod S, Lenoir G, Lynch H, Feunteun J, Devilee P, Cornelisse CJ, Menko FH, Daly PA, Ormiston W, McManus R, Pye C, Lewis C, Cannon-Albright L, Peto J, Ponder BAJ, Skolnick MH, Easton DF, Goldgar DE, Stratton MR.  Localisation of a breast cancer susceptibility gene, (BRCA2), to chromosome 13q 12-13.  Science **265**:2088-2090, 1994.

Goldgar DE, Easton DF, Cannon-Albright LA, Skolnick MH.  A systematic population-based assessment of cancer risk in first degree relative of cancer probands.  J Natl. Cancer Inst. **86**:(21)1600-1608, 1994.

Piepkorn M, Cannon-Albright LA, Meyer LJ, Goldgar DE, Zone JJ, Skolnick MH.  Genetic predisposition to melanoma.  The Melanoma Letter, **12:**(2) 1-4, 1994.

Neuhausen SL, Swensen JJ, Miki Y,, Liu Q, Tavtigian S, Shatuck-Eidens D, Kamb A, Hobbs MR, Gingrich J, Shizuya H, Kim U-J, Cochran C, Futreal PA, Wiseman RW, Lynch HT, Tonin P, Narod S, Cannon-Albright L, Skolnick MH,  Goldgar D.   A P1-based physical map of the BRCA1 region from D17S776 to D17S78. Human Mol. Genetics, **3:**(11)1919-1926, 1994.

Thomas A, Skolnick MH.  A probabilistic model for detecting coding regions in DNA sequences.  IMA J Math. Applied Med & Biol., 149-160, 1994.

Futreal PA, Cochran C, Rosenthal J, Miki Y, Swenson J, Hobbs M, Bennett LM, Haugen-Strano A, Marks J, Barrett JC, Tavtigian SV, Shatuck-Eidens D, Kamb A, Skolnick MH, Wiseman RW.  Isolation of a diverged homeobox gene, MOX1, from the BRCA1 region on 17q21 by solution hybrid capture. Human Molecular Genetics, **3:**(8)1359-1364, 1994.

Cannon-Albright LA, Meyer LJ, Goldgar DE, Lewis CM, McWhorter WP, Jost M, Harrison D, Anderson DE, Zone JJ, Skolnick MH.  Penetrance and expressivity of the chromosome 9p melanoma susceptibility locus.  Cancer Research, **54**:6041-6044, 1994.

Goldgar DE, Rowe K, Lewis CM, McDonald M, Gholami K, Cannon-Albright L, Skolnick M.  Genetic Epidemiology of familial ovarian cancer in Utah. In: HHMT Forum on Ovarian Cancer, (F Sharp, T Blackett, eds). Champman & Hall pp13-21, 1994.

Simard J, Tonin P, Durocher F, Morgan K, Rommens J, Gingras S, Samson C, Leblanc J-F, Belanger C, Dion F, Liu Q, Skolnick M, Goldgar D, Shattuck-Eidens D, Labrie F, Narod SA.  Common origins of BRCA1 mutations in Canadian breast and ovarian cancer families.  Nature Genetics, **8**:392-398,1994.

Skolnick MH, Cannon-Albright LA, Kamb A.  Genetic predisposition to melanoma. European Journal Cancer, **30A**:1991-1995, 1994.

Meikle AW, Stephenson RA, McWhorter WP, Skolnick MH, Middleton RG.  Effects of age, sex steroids, and family relationships on volumes of prostate zones in men with and without prostate cancer. Prostate, **5**:253-259, 1995.

Shattuck-Eidens D, McClure M, Simard J, Labrie F, Narod S, Couch F, Weber B, Castilla L, Brody L, Friedman L, Ostermeyer E, Szabo C, King M-C, Jhanwar S, Offit K, Norton L, Gilewski T, Lubin M, Osborne M, Black D, Boyd M, Steel M, Ingles S, Haile R, Lindblom AM, Borg A, Bishop DT, Solomon E, Radice P, Spatti G, Gayther S, Ponder B, Warren W, Stratton M, Liu Q, Fujimura F, Lewis C, Skolnick MH, Goldgar DE.  A collaborative survey of 80 mutations in the BRCA1 breast and ovarian cancer susceptibility gene: Implications for presymptomatic testing and screening.  JAMA, **273**:535-541, 1995.

Miki Y, Swensen JJ, Hobbs, MR, DeHoff BS, Rosteck PR, Skolnick MH, Neuhausen SL.   A physical map encompassing GP2B, EPB3, D17S183, D17S78, D17S1183, and D17S1184.  Genomics, **25**:295-299, 1995.

Glazier JA, Raghavachari S, Berthelsen CL, Skolnick MH.  Reconstructing phylogeny from the multifractal spectrum of mitochondrial DNA.  Physical Review E, **51:**(3)2665-2668, 1995.

Liu Q, Neuhausen SL, McClure M, Frye C, Weaver-Feldhaus J, Gruis N, Eddington K, Allalunis-Turner JJ, Skolnick MH, Fujimura FK, Kamb A.  CDKN2 (MTS1) tumor suppressor gene mutations in human tumor cell lines.  Oncogene, **10**:1061-1067, 1995.

Gruis NA, Weaver-Feldhaus J, Liu Q, Frye C, Eeles R, Orlow I, Lacombe L, Ponce-Castaneda V, Lianes P, Latres E, Skolnick MH, Cordon-Cardo C, Kamb A.  Genetic Evidence in Melanoma and Bladder Cancers that p16 and p53 Functiono in Separate Pathways of Tumor Supression.  Am J Path, **146**, No. 5: 1-8, 1995.

Meikle AW, Stephenson RA, McWhorter WP, Skolnick MH, Middleton RG.  Effects of age, sex steroids, and family relationships on volumes of prostate zones in men with and without prostate cancer.  The Prostate, **26**:253-259, 1995.

Harshman K, Bell R, Rosenthal J, Katcher H, Miki Y, Swenson J, Gholami Z, Frye CH, Ding W, Dayananth P, Eddington K, Norris FH, Bristow PK, Phelps R, Hattier T, Stone S, Shaffer D, Bayer S, Hussey CH, Tran T, Richardson K, Dehoff B, Lai M, Rosteck PR, Skolnick MH, Shattuck-Eidens D, Kamb A.  Comparison of the positional cloning methods used to isolate the BRCA1 gene. Human Molecular Genetics, **4**:(8)1259-1266, 1995.

Kamb A, Wang C, Thomas A, DeHoff BS, Norris FH, Rine J, Skolnick M, Rosteck PR, Jr. Software trapping: A new strategy for finding genes in large genomic regions.  Computers And Biomedical Research **28**: 140-153, 1995.

Neuhausen SL, Mazoyer S, Friedman L, Stratton M, Offit K, Colegio A, Tomlinson G, Cannon-Albright L, Bishop T, Kelsell D, Weber B, Couch F, Struewing J, Tonin P, Durocher F, Narod S, Skolnick M, Lenoir G, Serova O, Ponder B, Stoppa-Lyonnet D, Easton D, King M-C, Goldgar DE.  Haplotype and phenotype analysis of six recurrent BRCA1 mutations in 60 families:results of an international study. AJHG 58:271-280, 1996.

Cannon-Albright LA, Skolnick MH.  The genetics of familial breast cancer. Seminars in Oncology  23(1 Suppl 2):1-5, 1996.

Meyer LJ, Piepkorn MW, Goldgar DE, Lewis CM, Cannon-Albright L, Zone JJ, Skolnick M. Interobserver concordance in discriminating clinical atypia of melanocytic nevi, and correlations with histologic atypia. J Am Acad Dermatol **34**:618-625, 1996.

Tavtigian SV, Simard J, Rommens J, Shattuck-Edidens D, Couch F, Neuhausen S, Merajver S, Thorlacius S, Offit K, Stoppa-Lyonnet D, Belanger C, Bell R, Berry S, Bodgen R, Chen Q, Davis T, Dumont M Frye Ch,Hattier T, Jammulapati S, Janecki T, Jiang P, Kehrer R, Leblanc J-F, Mitchell JT, Peng Y, Samson C, Schroeder M, Snyder S, Stringfellow M, Stroup C, Swedlund B, Swensen J, Teng D, Thomas A, Tran T, Tranchant M, Weaver-Feldhaus J, Wong AKC, Shizuya H, Eyfjord JE, Cannon-Albright L, Labrie F, Skolnick M, Weber B, Kamb A, Goldgar DE.  The BRCA2 gene and mutations in 13q-linked kindreds.  Nature Genetics **12**:1-6, 1996.

Neuhausen S, Gilewski T, Norton L, Tran T, McGuire P, Swensen J, Hampel H, Borgen P, Brown K, Skolnick M, Shattuck-Eidens D, Jhanwar S, Goldgar D, Offit K.  Recurrent BRCA26174delT mutations in Ashkenazi Jewish women affected by breast cancer.  Nature Genetics **13**:126-128, 1996.

Skolnick MH, Cannon-Albright LA. Penetrance, expressivity, and heterogeneity of melanoma susceptibility: A case study of dominant cancer susceptibility genes. Frontiers in Endocrinology: Where Phenotype Does Not Match Genotype. Volume 16, 1996.

Offit K, Gilewski T, McGuire P, Schluger A, Brown K, Neuhausen S, Skolnick M, Norton L, Goldgar D. Germline BRCA1 185delAG mutations in Jewish women affected by breast cancer. Lancet **15**;347:1638-1639, 1996.

Teng, DH-F, Bogden R, Mitchell J, Baumgard M, Bell R, Berry S, Davis T, Ha PC, Kehrr R, Jammulapati S, Chen Q, Offit K, Skolnick MH, Tavtigian SV, Jhanwar S, Swedlund B, Wong, AKC, Kamb A. Low incidence of BRCA2 mutations in breast carcinoma and other cancers. Nature Genetics **13**:241-244, 1996.

Durocher F, Shattuck-Eidens D, McClure M, Labrie F, Skolnick MH, Goldgar DE, Simard J. Detection of frequent polymorphisms, rare sequence variants and/or missense mutations in the BRCA1 breast and ovarian cancer susceptibility gene. Human Molecular Genetics **5**;6:835-842, 1996.

Durocher F, Tonin P, Shattuck-Eidens D, Skolnick M, Narod SA, Simard J. Mutation analysis of the BRCA1 gene in 23 families with cases of cancer of the breast, ovary, and multiple other sites. J Med Genet **33:**814-819, 1996.

Skolnick M, Shattuck-Eidens D. Breast and ovarian cancer susceptibility genes: implications for presymptomatic testing and screening. Breast Cancer Advances in Biology and Therapeutics. F. Calvo, M. Crépin, H. Magdelenat, eds. John Libbey Eurotext, 1996.

Cannon-Albright LA, Kamb A, Skolnick M. A review of inherited predisposition to melanoma. Seminars in Oncology, **23**:6;667-672, 1996.

Lewis CM, Neuhausen SL, Daley D, Black J, Swensen J, Burt RW, Cannon-Albright LA, Skolnick,MH. Genetic Heterogeneity and Unampped Genes for Colorectal Cancer. Cancer Research, **56**:1382-1388, 1996.

Goldgar DE, Steel L, Neuhausen S, Lewis CM, Cannon-Albright L, Skolnick M. Breast and ovarian Cancer in Utah kindreds with three BRCA1 mutations. Ovarian Cancer 4, (F Sharp, T Blackett, R Leake, J Berek, eds), Chapman Hall 49-59, 1996.

Katagiri T, Emi M, Ito I, Kobayashi K, Yoshimoto M, Watanabe S, Twase T, Kasumi F, Miki Y, Skolnick MH, Nakamura Y. Mutations in the BRCA1 gene in Japanese breast cancer patients. Human Mutation, **7**:334-339, 1996.

Caligo MA, Ghimenti C, Cipollini G, Ricci S, Brunetti I, Marchetti V, Olsen R, Neuhausen S, Shattuck-Eidens D, Conte PF, Skolnick MH, Bevilacqua G. BRCA1 germline mutational spectrum in Italian families from Tuscany: a high frequency of novel mutations. Oncogene, **13**:1483-1488, 1996.

Couch FJ, Rommens JM, Neuhausen SL, Blander C, Dumont M, Abel K, Bell R, Berry S, Bogden R, Cannon-Albright L, Faired L, Frye C, Hattier T, Janecki T, Jiang P, Kehrer R, Leblanc J-F, McArthur-Morrison J, McSweeney D, Miki Y, Peng Y, Samson C, Schroeder M, Snyder SC, Stringfellow M, Stroup C, Swedlund B, Swensen J, Teng D, Thakur S, Tran T, Tranchant M, Weaver-Feldhaus J, Wong AKC, Shizuya H, Labrie F, Skolnick MH, Goldgar DE, Kamb A, Weber BL, Tavtigian SV, Simard J. Generation of an integrated transcription map of the BRCA2 region on chromosome 13q12-q13. Genomics, **36**:86-92, 1996.

Tavtigian SV, Oliphant A, Shattuck-Eidens D, Bartel PL, Thomas A, Frank T, Pruss D, Skolnick MH. Genomic organization, functional analysis, and mutation screening of BRCA1 and BRCA2. General Motors Cancer Research Foundation *Accomplishments in Cancer Research,* pg.189-206, 1996.

Neuhausen SL, Skolnick MH, Cannon-Albright L. Familial Prostate Cancer Studies in Utah. British Journal of Urology, **79**, Supp., 1997.

Skolnick MH, Frank T, Shattuck-Eidens D, Tavtigian S. Genetic susceptibility to breast and ovarian cancer. Pathologie Biologie, **45**, No. 3: 245-249, 1997.

Skolnick, MH. Genetic Epidemiology of Cancer: From Populations to Genes. Proceedings Molecular Epidemiology Symposium (May 30-31, 1996), Stockholm, Page 59, 1997. Swensen J, Hoffman M. Skolnick MH, Neuhausen SL. Identification of a 14 kb deletion involving the promoter region of BRCA1 in a breast cancer family. Human Molecular Genetics, **9**:1513-1517, 1997.

Shattuck-Eidens D, Oliphant A, McClure M, McBride C, Gupte J, Rubano T, Pruss D, Tavtigian SV, Teng D H-F, Ades N, Staebell M, Gumpper K, Lundstrom R, Hulic M, Kelly M, Holmen J, Lingenfelter B, Manley S, Luce M, Ward B, Frank TS, Cannon-Albright L, Steele L, Offit K, Gilewski T, Norton L, Giulotto E, Zoli W, Ravaioli A, Nevanlinna H, Pyrhonen S, Rowley P, Loader S, Osborne MP, Daly M, Tepler I, Weinstein PL, Scalia JL, Michaelson R, Scott RJ, Radice P, Pierotti MA, Garber JE, Isaacs C, Peshkin B, Lerman C, Lippman ME, Dosik MH, Caligo MA, Greenstein RM, Pilarski R, Weber B, Burgemeister R, Skolnick M, Thomas A. BRCA1 Sequence Analysis in Women at High Risk for Susceptibility Mutations: Risk Factor Analysis and Implications for Genetic Testing. JAMA, **278**, No. 15, Page 1242-1250, 1997.

Teng DH-F, Perry WL III, Hogan JK, Baumgard M, Bell R, Berry S, Davis T, Frank D, Frye C, Hattier T, Hu R, Jammulapati S, Janecki T, Leavitt A, McBride C, Mitchell JT, Pero R, Sexton D, Schroeder M, Su P-H, Swedlund B, Kriakis JM, Avruch J, Bartel P, Wong A KC, Oliphant A, Thomas A, Skolnick MH, Tavtigian SV. Human Mitogen-activated Protein Kinase Kinase 4 as a Candidate Tumor Suppressor. Cancer Research, **57**:4177-1882, 1997.

Kamb A, Skolnick MH. Genetics for the Psycho-oncologist, <u>Psycho-Oncology 1st Edition</u>. **16**:175-185, 1998.

Frank TS, Manley SA, Olopade OI, Cummings S, Garber JE, Bernhardt B, Antman K, Russo D, Wood ME, Mullineau L, Isaacs C, Peshkin B, Buys S, Venne V, Rowley PT, Loader S, Offit K, M Robson, Hampel H, Brener D, Winer EP, Clar S, Weber B, Strong LC, Rieger P, McClure M, Ward BE, Shattuck-Eidens D, Oliphant A, Skolnick MH, Thomas A. Sequence Analysis of BRCA1 and BRCA2: Correlation of Mutations with Family History and Ovarian Cancer Risk. Journal of Clinical Oncology, **16**:2417-2425, 1998.

Tavtigian SV, Thomas A, Frank TS, Skolnick MS. Advances in Oncology, **14**: 4-13, 1998.

Neuhausen SL, Skolnick MH, Cannon-Albright L. Genetic susceptibility to prostate cancer, IN: New Perspectives in Prostate Cancer. ISIS Medical Media Ltd. Pgs. 11-19, 1998.

Frank TS, Skolnick MH. (Commentary) Testing for Hereditary Cancer Risk: Pandora or Prometheus? The Journal of Clinical Endocringology & Metabolism, **84**:1882-1885, 1999.

Turner BC, Harrold E, Matloff E, Smith T, Gumbs AA, Beinfield M, Ward B, Skolnick M, Glazer PM, Thomas, A, Haffty BG. BRCA1/BRCA2 Germline Mutations in Locally Recurrent Breast Cancer Patients Following Lumpectomy and Radiation Therapy: Implications for Breast- Conserving Management in Patients with BRCA1/BRCA2 Mutations. Journal of Clinical Oncology, **10**:3017-3024, 1999.

Neuhausen SL, Farnham JM, Kort E, Tavtigian SV, Skolnick MS, Cannon-Albright LA. Prostate cancer susceptibility locus HPC1 in Utah high-risk families. Human Molecular Genetics, **8**:2437-2442, 1999.

Thomas A, Cannon-Albright L, Bansal A, Skolnick MH. Familial Associations between Cancer Sites. Computers and Biomedical Research, **32**:517-529, 1999.

Skolnick MH. The future of DNA diagnostics. Dis Markers **15**:106-107, 1999

Verhagen P CMS, Zhu, XL, Rohr LR, Cannon-Albright LA, Tavtigian SV, Skolnick MH, Brothman AR. Microdissection, DOP-PCR and Comparative Genomic Hybridization of Paraffin Embedded Familial Prostate Cancers.  Cancer Genetics and Cytogenetics, **122**:43-48, 2000.

Kort EN, Ding W, Hunt S, Abkevich V, Bulka K, Campbell B, Capener C, Gutin A, Harshman K, McDermott M, Thorne T, Wang H, Wardell B, Wong J, P Hopkins, Bowen B, Skolnick M, Williams R, Samuels M, Ballinger DG.  Evidence of linkage of familial hypoalphalipoproteinemia to a novel locus on chromosome 11q23.  Am. J. Hum. Genet., **66**:1845-1856, 2000.

Hunt SCS, Hopkins PN, Bulka K, McDermott MT, Thorne TL, Wardell BB, Bowen BR, Ballinger DG, Skolnick MH, Samuels ME.  Genetic localization to chromosome 1p31 of the third locus for familial hypercholesterolemia in a Utah kindred.  Arterioscler Thromb Vasc Biol 20:1089-1093, 2000.

Samuels ME, Forbey KC, Reid JE, Abkevich V, Bulka K, Wardell BR, Bowen BR, Hopkins PN, Hunt SC, Ballinger DG, Skolnick MH, Wagner S.  Identification of a common variant in the lipoprotein lipase gene in a large Utah kindred ascertained for coronary heart disaease:  the – 93G/D9N variant predisposes to low HDL-C/high triglycerides.  Clinical Genetics, **59**:88-98, 2001.

Tavtigian SV, Simard J, Teng DH, Abtin V, Baumgaard M, Beck A, Camp NJ, Carillo AR, Chen Y, Dayananth P, Desrochers M, Dumont M, Farnham JM, Frank D, Frye C, Ghaffari S, Gupte JS, Hu R, Iliev D, Janecki T, Kort EN, Laity KE, Leavitt G, McArthur-Morrison J, Pederson A, Penn B, Peterson KT, Reid JE, Richards S, Schroeder M, Smith R, Snyder SC, Swedlund B, Swensen J, Thomas A, Tranchant M, Woodland AM, Labrie F, Skolnich MH, Neuhausen S, Rommens J, Cannon-Albright LA.  A candidate prostate cancer susceptibility gene at chromosome 17p. Nat Genet, **27**:172-180, 2001.

Stone S, Abkevich V, Hunt SC, Gutin A, Russell DL, Neff CD, Riley R, Frech GC, Hensel CH, Jammulapati S, Potter J, Sexton D, Tran T, Gibbs D, Iliev D, Gress R, Bloomquist B, Amatruda J, Rae PM, Adams TD, Skolnick MH, Shattuck D.  A major predisposition locus for severe obesity at 4p15-p14.  Am J Hum Genet. **70**(6):1459-1468, 2002.

Fujiwara H, Emi M, Nagai H, Nishimura T, Konishi N, Kubota Y, Ichikawa T, Takahashi S, Shuin T, Habuchi T, Ogawa O, Inoue K, Skolnick MH, Swensen J, Camp NJ, Tavtigian SV.  Association of common missense changes in *ELAC2 (HPC2)* with prostate cancer in a Japanese case-control series.  J. Hum. Genet. 47:641-648, 2002.

Abkevich V, Camp NJ, Hensel CH, Neff CD, Russell DL, Hughes DC, Plenk AG, Lowry MR, Richards RL, Carter C, Frech GC, Stone S, Rowe K, Chau CA, Cortado K, Hunt A, Luce K, O'Neil G, Poarch J, Potter J, Poulsen GH, Saxton H, Bernat-Sestak M, Thompson V, Gutin A, Skolnick MH, Shattuck D, Cannon-Albright L.  Predisposition Locus for Major Depression at Chromosome 12q22-12q23.2.  Am. J. Hum. Genet. **73**:1271-1281, 2003.

Abkevich V, Zharkikh A, Deffenbaugh AM, Frank D, Chen Y, Shattuck D, Skolnick MH, Gutin A, Tavtigian SV.  Analysis of missense variation in human BRCA1 in the context of interspecific sequence variation.  J Med Genetics.  41:492-507, 2004.