Dockets.Justia.com

# EXHIBIT A

# C. V.

Joseph Straus (Dr. jur, Dres. jur. h.c.), Professor of Law (Universities of Munich and Ljubljana); Marshall B. Coyne Visiting Professor of International and Comparative Law, George Washington University Law School, Washington D.C.; Honorary Director of the Intellectual Property Institute of the Tongji University, Shanghai, Honorary Professor Tongji University, Shanghai; Honorary Professor Huazhong University for Science and Technology, Wuhan; Honorary Director of the Chinese-German Institute for Intellectual Property, Huazhong University, Wuhan; Honorary Professor, University of Xiamen; Visiting Professor, Graduate Institute of Intellectual Property, Taipei; Visiting Fellow, Hoover Institution, Stanford University.

Director Emeritus of the Max Planck Institute for Intellectual Property, Competition and Tax Law, Munich (2001-2009); Former Chairman, Managing Board of the Munich Intellectual Property Law Center (MIPLC) (2003-2009)

Born: 1938 in Trieste, Italy, received Law-Diploma 1962 from University of Ljubljana, Slovenia, and 1968 Dr. jur. (SJD) from University in Munich. Habilitation in 1986 at University of Ljubljana. Private practise from 1968 to 1977, since then with the Max Planck Institute. Nominated Full Professor of Intellectual Property Law, University of Ljubljana (1986-). Visiting Professor of Law, Cornell Law School, Ithaca, N.Y. (between 1989 and 1998); Distinguished Visiting Professor of Law, Faculty of Law, Toronto University (Spring 2005). Author or co-author of more than 300 publications in the field of intellectual property law, especially in the field of the protection of biotechnological inventions.

Consultant to OECD, WIPO, UNCTAD, UNIDO, EC-Commission, World Bank, Scientific Services of the German Bundestag (Federal Parliament) and the German Government, as well as the European Parliament, the European Patent Organisation, the Swiss Government and the Swiss Federal Institute for Intellectual Property.

Vice President, German Association for the Protection of Intellectual Property (GRUR) 2002-, Former President of the International Association for the Advancement of Teaching and Research in Intellectual Property (ATRIP), Former Chair Programme Committee, International Association for the Protection of Industrial Property (AIPPI) 1997-2006, Former Chair Intellectual Property Rights Committee of the Human Genome Organisation (HUGO) 1995-2006, Member: Standing Advisory Committee before the European Patent Organisation (SACEPO); Advisory Board of the Worldwide Academy of the World Intellectual Property Organisation (WIPO); Standing Committee "Intellectual Property Rights," All European Academies (ALLEA); International Board of Assessors, Intellectual Property Research Center, University of Melbourne; Advisory Council of the McCarthy Institute for Intellectual Property and Technology Law, University of San Francisco School of Law; Executive Council, Center for Advanced Study and Research on Intellectual Property (CASRIP), University of Washington School of Law, Seattle. Arbitrator with the International Court of Arbitration, Paris.

Member Academia Europaea, Chair of Law Section; Member and Dean of the Class "Social Sciences, Law and Economics", European Academy of Sciences and Arts; Corresponding Member of the Slovenian Academy of Sciences and Arts.

Katz-Kiley Fellow 1999 of the University of Houston Law Center, Science Award 2000 of the Foundation for the German Science (Stifterverband für die deutsche Wissenschaft); Doctor Honoris Causa (Dr. jur. h.c.), University of Ljubljana, 2001 and University of Kragujevac, 2003. Awarded "Commander's Cross" of the Order of Merit of the Federal Republic of Germany (Großes Verdienstkreuz des Verdienstordens der Bundesrepublik Deutschland, 2005). Selected as one of the 50 most influential people in Intellectual Property in 2003 to 2006, by the Journal "Managing Intellectual Property". Member of Honor AIPPI (2006). Inducted into IAM IP Hall of Fame (2007) and Venice IP Award 2007.

BIBLIOGRAPHY

of

Dr. jur. Joseph Straus<br>
Professor of Law (Honorarprofessor), University of Munich<br>
Professor of Law, University of Ljubljana;<br>
Marshall B. Coyne Visiting Professor of International and Comparative Law:<br>
George Washington University Law School (2003-);<br>
Visiting Fellow, Hoover Institution, Stanford University (2009-);<br>
Visiting Professor of Law, George Washington University Law School (Spring 2001-2003);<br>
Distinguished Visiting Professor of Law, University of Toronto, Faculty of Law (2005);<br>
Visiting Professor of Law, Cornell Law School, Ithaca, N.Y. (1989-1998);<br>
Director, Max-Planck Institute for Intellectual Property;<br>
Competition and Tax Law, Munich (2001-2009);<br>
Managing Director (2002-2005);<br>
Chairman, Managing Board, Munich Intellectual Property Law Center, Munich (2003-2009);<br>
Vice President, German Association for the Protection of Intellectual Property (GRUR) 2002-

I. Index of Publications                                                                             **Page**

   i. Books and Monographs ...........................................................................2

   ii. Periodicals and Book Series ....................................................................5

   iii. Contributions in Commentaries .............................................................6

   iv. Articles .................................................................................................7

   v. Book Reviews.......................................................................................28

   vi. Comments on Court Decisions .............................................................31

   vii. Miscellaneous....................................................................................32

   viii. Lectures ............................................................................................33

II. Membership in Scientific Organizations, Professional Associations......................64

III. Membership in Advisory Bodies ........................................................................65

IV. Consulting Activities ..........................................................................................66

V. Educational Work.................................................................................................68

VI. Awards and Honors ............................................................................................69

# I. Index of Publications

## i. Books and Monographs

1. Das Wettbewerbsrecht in Jugoslawien. Eine entwicklungsgeschichtliche und systematische Darstellung mit Hinweisen auf das deutsche Recht (Diss.). Schriftenreihe zum gewerblichen Rechtsschutz, Max-Planck-Institut für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht, Band 19, Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1970

2. Der Schutz wissenschaftlicher Forschungsergebnisse. Zugleich eine Würdigung des Genfer Vertrages über die internationale Eintragung wissenschaftlicher Entdeckungen (in coll. with F. K. Beier), Verlag Chemie, Weinheim/Deerfield Beach, Florida/Basel 1982

3. Biotechnology and Patent Protection. An International Review (in coll. with F. K. Beier and R. S. Crespi), OECD Paris 1985 = Oxford & IBH Publishing Co., New Delhi 1986 = Biotechnologie et protection par brevet: Une analyse internationale, OCDE Paris 1985 = Biotechnologie und Patentschutz. Eine internationale Untersuchung der OECD. VCH Verlagsgesellschaft Weinheim/Deerfield Beach, Florida/Basel 1986 = Baiotekunorojí to tokkyo hogo - Kokusaiteki rebyū Hatsumei Kyōkai, Tokyo 1987

4. Gewerblicher Rechtsschutz für biotechnologische Erfindungen. Analyse einiger Grundsatzfragen. Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1987 = Industrial Property Protection of Biotechnological Inventions. Analysis of Certain Basic Issues, World Intellectual Property Organization Document BIG/281, Geneva 1985 = La protection par le moyen de la propriété industrielle des inventions biotechnologiques - Analyse de certaines questions fondamentales, Organisation Mondiale de la Propriété Intellectuelle, Genève 1985 = La protección de las invenciones biotechnologicas por la propiedad industrial - Analisis de ciertas cuestiones basicas, Organización Mundial de la Propiedad Intelectual, Ginebra 1985 (1986)

5. Hinterlegung und Freigabe von biologischem Material für Patentierungszwecke - Patent und eigentumsrechtliche Aspekte - (in coll. with R. Moufang) Nomos Verlagsgesellschaft, Baden-Baden 1989 = Deposit and Release of Biological Material for the Purposes of Patent Procedure - Industrial and Tangible Property Issues, Nomos Verlagsgesellschaft, Baden-Baden 1990

6. Gospodarskopravni vidiki sodelovanja Jugoslavije z Evropsko skupnostjo po letu 1992 (Economic and Legal Aspects of Cooperation between Yugoslavia and the European Community after the Year 1992 - Festschrift in honour of the 80th Anniversary of Stojan Pretnar (Edited in coll. with F.K. Beier), Gospodarski vestnik, Ljubljana, 1991

7. Current Issues in Intellectual Property: Copyright of Universities - Character Merchandising - GATT TRIPs, Proceedings of the annual conference of International Association for the Advancement of Teaching and Research in Intellectual Property - ATRIP - Ljubljana, July 11-13, 1994 (Ed.), Slovenian Intellectual Property Office, Ljubljana 1995

8. Aktuelle Herausforderungen des Geistigen Eigentums, Festgabe von Freunden und Mitarbeitern für Friedrich-Karl Beier zum 70. Geburtstag (Ed.), Carl Heymanns Verlag, Köln etc. 1996

9. Intellectual Property, Technology Transfer and Genetic Resources - An OECD Survey of Current Practices and Policies (in coll. with R.S. Crespi), OECD Paris 1996 = Propriété intellectuelle, transfert de technologie et resources génétiques - Une etude de l'OCDE sur les pratiques et politiques actuelles, OCDE Paris 1996 = Propiedad intelectual, transferencia de technología y recursos genéticos - Un estudio de la OCDE sobre prácticas y políticas actuales, OCDE Paris 1997

10. The present state of the patent system in the European Union, European Communities, Luxembourg 1997, EUR 17014 EN

11. Genpatente – Rechtliche, ethische, wissenschafts- und entwicklungspolitische Fragen, Bibliothek zur Zeitschrift für Schweizerisches Recht / Beiheft 24, Basel and Frankfurt/Main 1997

12. New Technologies, Global Markets and Territoriality of Laws - A Challenge for Intellectual Property - AIPPI Centennial Symposia (Edited in coop. with M. Kurer and M. Lutz), AIPPI, Zürich 1998

13. Europäisches Patentübereinkommen, Münchner Gemeinschaftskommentar, 24. Lieferung (Edited in coll. with F.K. Beier †, K. Haertel, G. Schricker), Carl Heymanns Verlag, Köln etc. 2000

14. Grace Period and the European and International Patent Law - Analysis of Key Legal and Socio-Economic Aspects, Vol. 20 IIC-Studies, Verlag C.H. Beck, Munich 2001

15. Europäisches Patentübereinkommen, Münchner Gemeinschaftskommentar, 25. Lieferung (Edited in coll. with F.K. Beier †, K. Haertel †, G. Schricker), Carl Heymanns Verlag, Köln etc. 2002

16. Software–Patente – Eine empirische Analyse aus ökonomischer und juristischer Perspektive, Vol. 49 Technik, Wirtschaft und Politik, Schriftenreihe des Fraunhofer-Instituts für Systemtechnik und Innovationsforschung (in coll. with K. Blind, J. Edler, and R. Nack), Physica-Verlag, Heidelberg 2002

17. Parallelimporte, Rechtsgrundlagen zur Erschöpfung im Patentrecht (in coll. with P. Katzenberger), Generalsekretariat EVD für den Bundesrat, Berne 2003

18. Europäisches Patentübereinkommen, Münchner Gemeinschaftskommentar, 26. Lieferung (Edited in coll. with F.K. Beier †, K. Haertel †, G. Schricker), Carl Heymanns Verlag, Köln etc. 2003

19. Das Max-Planck-Institut für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht, München, im Spiegel seiner Veröffentlichungen (Ed.), Verlag C.H. Beck, Munich 2003

20. Optionen bei der Umsetzung der Richtlinie EG 98/44 über den rechtlichen Schutz biotechnologischer Erfindungen, Swiss Federal Institute for Intellectual Property, Publication No. 2 (05.04), Berne 2004 (ISBN 3-033-00103-3)

21. Europäisches Patentübereinkommen, Münchner Gemeinschaftskommentar, 27. Lieferung (Edited in coll. with F.K. Beier †, K. Haertel †, G. Schricker), Carl Heymanns Verlag, Köln etc. 2004

22. Genetic Inventions and Patent Law, An Empirical Survey of Selected German R & D Institutions (in coll. with H. Holzapfel and M. Lindenmeir), VMD Verlag Medien Design, Munich 2004

23. Europäisches Patentübereinkommen, Münchner Gemeinschaftskommentar, 28. Lieferung (Edited in coll. with F.K. Beier †, K. Haertel †, G. Schricker), Carl Heymanns Verlag, Köln etc. 2005

24. Intellectual Property in Asia: Law, Economics, History and Politics, (co-edited with P. Goldstein, associate editors P. Ganea, T. Garde, A. Issacson Wooley), Springer Publisher, Berlin-Heidelberg 2009, ISBN 978-3-540-89701-9; I-ISBN 978-3-540-89702-6

25. The Role of Law and Ethics in the Globalized Economy (Editor), Springer Publisher, Berlin-Heidelberg 2009, ISBN 978-3-540-92680-1

26. Patentschutz und Stammzellforschung – Internationale und rechtsvergleichende Aspekte (edited together with P. Ganea and Y.-C. Shin), Springer Publisher, Berlin-Heidelberg 2009, ISBN 978-3-642-02495-5

## ii. Periodicals and Book Series

27. Gewerblicher Rechtsschutz und Urheberrecht, Internationaler Teil (GRUR Int.) (Co-editor with G. Schricker), C.H. Beck Publisher, January 2002-

28. International Review of Industrial Property and Copyright Law (IIC) (Co-editor with W. R. Cornish and G. Schricker), C.H. Beck Publisher, June 2002-2004

29. Schriftenreihe zum gewerblichen Rechtsschutz of the Max-Planck-Institut für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht (Co-editor (responsible) with J. Drexl, R.M. Hilty and G. Schricker), Carl Heymanns Publisher, January 2002-

30. Urheberrechtliche Abhandlungen of the Max-Planck-Institut für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht (Co-editor with J. Drexl, R.M. Hilty and G. Schricker (responsible), C.H. Beck Publisher, January 2002-

31. MPI Studies on Intellectual Property, Competition and Tax Law (Co-editor with J. Drexl, R.M. Hilty, W. Schön), Springer Publisher 2007-

32. MIPLC Studies (co-editor with Ch. Ann, R. Brauneis, Th. M.J. Möllers) 2008-

### iii. Contributions in Commentaries

33. Erstellung des europäischen Recherchenberichts. Commentary on Art. 92 EP, in: Beier/Haertel/Schricker (Eds.), Europäisches Patentübereinkommen. Münchner Gemeinschaftskommentar Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1984, 2nd Issue, 29 p.

34. Veröffentlichung der europäischen Patentanmeldung. Commentary on Art. 93 EP, in: Beier/Haertel/Schricker (Eds.), op.cit., 2nd Issue, 23 p.

35. Rechtsprechung zum europäischen Patentrecht (bis 1982), Bibliographie zum europäischen Patentrecht (bis 1982), in: Beier/Haertel/Schricker (Eds.),op.cit., 3rd Issue, 83 p.

36. Zusammenfassung. Commentary on Art. 85 EPC, in: Beier/Haertel/Schricker (Eds.), op.cit., 7th Issue 1985, 13 p.

37. Rechtsprechung zum europäischen Patentrecht (bis 1984), Bibliographie zum europäischen Patentrecht (bis 1984), in: Beier/Haertel/Schricker (Eds.), op.cit., 12th Issue 1986, 48 p.

38. Rechtsprechung zum europäischen Patentrecht (bis 1988), Bibliographie zum europäischen Patentrecht (bis 1988), in: Beier/Haertel/Schricker (Eds.), op.cit., 14th Issue 1990, 128 p.

39. Rechtsprechung zum europäischen Patentrecht (bis 1992), Bibliographie zum europäischen Patentrecht (bis 1992), in: Beier/Haertel/Schricker (Eds.), op.cit., 16th Issue 1994, 190 p.

**iv. Articles**

40.  Verträge über gewerbliche Schutzrechte als Grundlage der Zusammenarbeit mit jugoslawischen Unternehmen (aus Anlass der Verordnung vom 31. Januar 1973), in: Gewerblicher Rechtsschutz, Urheberrecht, Wirtschaftsrecht, Mitarbeiterfestschrift zum 70. Geburtstag von Eugen Ulmer, Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1973, pp. 575-587

41.  Die Rolle der Patentinformation in Forschung und Entwicklung – Bericht über das Symposium der Weltorganisation für geistiges Eigentum vom 7.-11. Oktober 1974 in Moskau. Gewerblicher Rechtsschutz und Urheberrecht, Internationaler Teil (GRUR Int.) 1975, 139-141

42.  Patentdokumentation und -information - Ihre Bedeutung und ihr Entwicklungsstand im Lichte des Moskauer WIPO-Symposiums, GRUR Int. 1975, 323-328

43.  Ergebnisse des WIPO-Symposiums über die Rolle der Patentinformation in Forschung und Entwicklung, 7.-11.10.1974 in Moskau, in: Berichte der 17. Jahrestagung des APD, 1975, pp. 23-27

44.  Die Entwicklung des jugoslawischen Wettbewerbsrechts und die Neuregelung von 1974, GRUR Int. 1976, 426-437

45.  Patent Documentation and Information: Its Significance and Actual Development (in coll. with G. Kolle), 7 International Review of Industrial Property and Copyright Law (IIC) 1-26 (1976)

46.  Značaj patentne dokumentacije i informatike za istraživačku i razvojnu delatnost - Nekoliko predloga povodom godine inovacija i zastite industrijske svojine (Significance of Patent Documentation and Information for Research and Development - Some Proposals on the Occasion of the Year of Innovations and Industrial Property), Pravni život 1976, No. 3, pp. 3-17

47.  Das Patentwesen und seine Informationsfunktion - gestern und heute (in coll. with F. K. Beier), in: Festschrift 100 Jahre deutsches Patentgesetz, GRUR 1977, 282-289 = Internationales Symposium Patentinformation und -dokumentation, München 16.-18. Mai 1977, Verlag Saur, München/New York/London/Paris 1978, p. 53-80 = The Patent System and Its Informational Function - Yesterday and Today, 8 IIC 387-406 (1977) = International Symposium Patent Information and Documentation, Munich, May 16-18, 1977, Verlag Saur, München/New York/London/Paris 1978, pp. 34-50

48.  Informacijska funkcija patentnega sistema in pregled stanja patentne informacije v svetu (The Information Function of the Patent System and a Survey of Patent Information in the World), Raziskovalec (The Researcher) 7 (1977) 9-10, pp. 328-336

49.  Das Patentwesen als Informationsquelle – Bericht über das Internationale Symposium über Patentinformation und -dokumentation vom 16. bis 18. Mai 1977 in München, GRUR Int. 1978, 87-89

50.  Die Rolle der Patentinformation für Ingenieure, in: Das Jahrbuch für Ingenieure 79, Grafenau/Wien/Karlsruhe 1978, pp. 493-497

51. Stand der Vereinheitlichungsbemühungen der sozialistischen Länder auf dem Gebiet des Erfindungsschutzes, GRUR Int. 1979, 13-20

52. Grundfragen des sowjetischen Urheberrechts, GRUR Int. 1979, 194-208

53. Das Deutsche Patentamt auf dem Wege zum aktiven Informationsvermittler, Das Jahrbuch für Ingenieure 80, Grafenau/Zürich/Wien 1979, pp. 480-485

54. Information und Dokumentation im Urheberrecht der Deutschen Demokratischen Republik, Archiv für Urheber-, Film-, Funk- und Theaterrecht (UFITA) Heft 86/1980, p. 1-47 = Information and Documentation in the Copyright Law of the German Democratic Republic, Review of Socialist Law 1982, No. 1, pp. 5-40

55. Schranken der Verwertungsrechte im italienischen Urheberrecht, GRUR Int. 1980, 350-357

56. Sulla necessità di un'armonizzazione della normativa delle invenzioni dei dipendenti nell`ambito della Comunità Economica Europea, Diritto comunitario e degli scambi internazionali 1981, 189-206 = Accademia di studi economici e sociali "Cenacolo Triestino" (Ed.): La tutela dei brevetti secondo la nuova normativa italiana ed europea, Atti del Congresso, Trieste 1983, pp. 241-261

57. Vorhandene Informationsmöglichkeiten in der Patentliteratur - Ein selektiver Überblick, GRUR Int. 1981, 217-255 = The Available Information Sources in Patent Literature - A Selective Review, München 1982, 31 p. = Patent Literatürü ile ilgili mevcut bilgi iletim olanaklari - Selektiv bir bakis, Banka ve ticaret Hukuku dergisi, Ankara 1983, pp. 27-49 = Deutscher Dokumentartag 1981, München 1982, 216-240 = WON Niewsbrief No. 18, November 1982, p. 1335-1343

58. Das IuD-Programm der Bundesregierung - Zielvorstellungen und Erreichtes. Die Rechtsdokumentation des Max-Planck-Instituts für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht in München als Beispiel, Datenverarbeitung im Recht 1981, pp. 132-138

59. Der Erfinderschein - Eine Würdigung aus der Sicht der Arbeitnehmererfindung, GRUR Int. 1982, 706-713 = Jahrbuch der Internationalen Vereinigung für gewerblichen Rechtsschutz (AIPPI) 1982/III, p. 222-234 = Il certificato d`autore: Una valutazione dal punto di vista delle invenzioni dei dipendenti, Rivista del diritto commerciale 1985, pp. 217-233

60. Tagung des Geschäftsführenden Ausschusses der AIPPI in Moskau (in coll. with H. P. Kunz-Hallstein), GRUR Int. 1982, 739-742

61. Der Schutz wissenschaftlicher Entdeckungen. Report on Behalf of the German National Group of AIPPI (in coll. with F. K. Beier), GRUR 1983, 100-103 = Jahrbuch AIPPI 1983/I, pp. 149-155

62. Möglichkeiten der Unterrichtung über die Rechtsprechung und die Literatur zum europäischen Patentrecht, GRUR Int. 1983, 217-220 = Information on Case Law and Legal Literature on European Patent Law, 14 IIC 756-764 (1983) = Sources d`information sur la jurisprudence et la littérature concernant le droit européen des brevets, Propriété Industrielle, Bulletin Documentaire PIBD, Numéro spécial (Décembre 1983), pp. 60-67

63. Die Innovationsschutzkonzeption in den sozialistischen Staaten, in: Kommission der Europäischen Gemeinschaften (Ed.): Patentschutz und Innovation, Expertengespräch 3. und 4. November 1982, Luxemburg 1983, P. III - 162-182

64. Patentschutz für gentechnologische Pflanzenzüchtungen? - Zum Verbot des "Doppelschutzes" von Pflanzensorten, in: Festschrift Eugen Ulmer zum 80. Geburtstag, GRUR Int. 1983, 591-597 = Patent Protection for New Varieties of Plants Produced by Genetic Engineering - Should "Double Protection" be Prohibited?, 15 IIC 426-442 (1984)

65. Internationale Vereinigung für gewerblichen Rechtsschutz - XXXII. Kongress in Paris (in coll. with U. Krieger in H. P. Kunz-Hallstein), GRUR Int. 1983, 930-936

66. Das neue jugoslawische Patentrecht - Eine kritische Würdigung, in: A. Dietz (Ed.): Das Patentrecht der südosteuropäischen Länder, Verlag Chemie, Weinheim/Deerfield Beach, Florida/Basel 1983, pp. 59-70

67. Die international-privatrechtliche Beurteilung von Arbeitnehmererfindungen im europäischen Patentrecht, GRUR Int. 1984, 1-7 = W. Holl and U. Klinke (Eds.): Internationales Privatrecht -Internationales Wirtschaftsrecht. Referate eines Symposiums der Alexander von Humboldt-Stiftung vom 26. bis 30. September 1983 in Ludwigsburg. Carl Heymanns Verlag, Köln/Berlin/ Bonn/München 1985, pp. 323-336 = Diritto internazionale privato ed invenzioni dei dipendenti nel sistema brevettuale europeo, Rivista di diritto industriale 1985, 47-62

68. Rechtsvergleichende Bemerkungen zum Begriff des Arbeitnehmererfinders, GRUR Int. 1984, 402-406 = Zum Begriff des Arbeitnehmererfinders in den westlichen Ländern, in: J. Serda and J. Szwaja (Eds.): Le droit d'auteur et le droit des inventions face aux relations du travail, Zeszyty naukowe Uniwersytetu Jagiellonskiego DCCLXX, Warszawa/Kraków 1985, pp. 9-20

69. Rimska konvencija o zašiti pravic reproduktivnih umetnikov in izvajalcev (1961) in stanje te zaščite v Evropi 20 let pozneje, Pravnik 1984, 476-492 = Zaštita prava umjetnika izvodjaca i Rimska konvencija 1961 retrospektivno razmatranje, Prinosi za poredbeno proučavanje prava: medjunarodno pravo No. 20, 1984, Zagreb, pp. 103-123 = Der Schutz der ausübenden Künstler und das Rom-Abkommen von 1961 - Eine retrospektive Betrachtung, GRUR Int. 1985, 19-29

70. Patentschutz für biotechnologische Erfindungen, GRUR Int. 1985, 108-110 = Patent Protection for Biotechnological Inventions, 16 IIC 445-448 (1985) = Patent Management Vol. 35 No. 9 (No. 414) 1985, 1055-1057 (in Japanese)

71. Patentschutz für biotechnologische Erfindungen, Naturwissenschaftliche Rundschau 1985, 197-199

72. O vlogi in problemih prenosa znanja in tehnologije iz raziskovalnih laboratorijev v industrijsko prakso, (On the Role and Problems of the Knowledge Transfer from the Research Laboratories into Industrial Practice), Raziskovalec (The Researcher) 15 (1985) 10, pp. 417-422

73. Internationale Vereinigung für gewerblichen Rechtsschutz (AIPPI), Tagung des Geschäfts-führenden Ausschusses in Rio de Janeiro vom 12.-18. Mai 1985, GRUR Int. 1985, 747-751 (in coll. with H. P. Kunz-Hallstein and J. Pagenberg)

74. Zum Problem des Wissens- und Technologietransfers von Forschungslaboratorien in die industrielle Praxis, Jahrbuch AIPPI 1985/III, pp. 252-260

75. Der Schutz der Ausstattung im jugoslawischen Recht, in: G. Schricker/D. Stauder (Eds.): "Handbuch des Ausstattungsrechts", Festgabe für Friedrich-Karl Beier zum 60. Geburtstag, VCH Verlagsgesellschaft, Weinheim 1986, pp. 535-570 = Zašita opreme u jugoslovenskom pravu, Patentni glasnik Nr. 4 1991, pp. 883-895 (slightly revised and updated version)

76. Gentechnologie und gewerblicher Rechtsschutz (in coll. with F. K. Beier), in: Festschrift 25 Jahre Bundespatentgericht, Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1986, p. 133-158 = Bitburger Gespräche, Jahrbuch 1986/1, C. H. Beck'sche Verlagsbuchhandlung München 1986, pp. 127-150 = Genetic Engineering and Industrial Property, Ind.Prop. 1986, 447-459 = Le génie génétique et la propriété industrielle, Prop.ind. 1986, 483-497 = Genetsko inženjerstvo i zaštita industrijske svojine, Jugoslovensko pronalazastvo No. 320, pp. 10-23 (March 88)

77. Mehr Schutz für biotechnologische Erfindungen, Chemie-Technik 1986 No. 9, p. 60

78. Rechtsfragen der Anerkennung der Hinterlegung von Mikroorganismen nach dem Budapester Vertrag, GRUR Int. 1986, 601-610

79. Zur Anwendbarkeit der Erfinderverordnung auf sortenschutzfähige Pflanzenzüchtungen freier Erfinder - Zugleich ein Diskussionsbeitrag zum Verhältnis von Patent- und Sorten-schutz, GRUR 1986, 767-778

80. Die Miterfinderschaft im Patentrecht der Bundesrepublik Deutschland, in: Archivum Iuridicum Cracoviense, Vol. XIX, 1986, pp. 177-183

81. Neufassung des Urheberrechtsgesetzes und seine Auswirkungen auf die Bibliotheken der Max-Planck-Institute, in: Vorträge des XIII. Fortbildungsseminars für Bibliotheksleiter der Max-Planck-Institute, 22. bis 23. April 1986 in Plön, hrsg. von der Max-Planck-Gesell-schaft, München 1986, pp. 59-71

82. Das Verhältnis von Sortenschutz und Patentschutz für biotechnologische Erfindungen in internationaler Sicht, GRUR Int. 1987, 333-339 = The Relationship Between Plant Variety Protection and Patent Protection for Biotechnological Inventions from an International Viewpoint, 18 IIC 723-737 (1987) = Gesellschaft für Rechtspolitik (Hrsg.), Biotechnologie und Gewerblicher Rechtsschutz, München 1988, pp. 127-143

83. The Principle of 'Dependence' under Patents and Plant Breeders' Rights, Ind. Prop. 1987, 433-443 = Le principe de la 'dépendance' dans le droit des brevets et le droit de l'obtenteur, Prop. ind. 1987, 473-484 = CIOPORA (Ed.), The Protection of Biotechnological Inventions in the Field of New Plant Varieties - Legal Problems and Practical Solutions, Geneva 1988, pp. 177-210

84. Gewerblicher Rechtsschutz als ein die Entwicklung der Technik begleitender Rechtszweig -Biotechnologie als Beispiel, in: Melezinek/Kornhauser/Sturm (Eds.), Technik und Informationsgesellschaft, Referate des 16. internationalen Symposiums "Ingenieurpädagogik `87", Leuchtturm-Verlag, Alsbach/Bergstr. 1987, pp. 106-113

85. Plant Biotechnology, Industrial Property, and Plant Genetic Resources - Some Thoughts with Regard to India and Southeast Asia, Intellectual Property in ASIA and the PACIFIC, No. 21, March-June 1988, pp. 41-49

86. The Significance of the Novelty Grace Period for Non-Industrial Research in the Countries of the European Economic Community, EUR Publication No. 11271 EN, Commission of the European Economic Community, Luxembourg 1988, 39 + 16 p.

87. Verhältnis zwischen Patentschutz für biotechnologische Erfindungen und Schutz von Pflanzenzüchtungen. Patentierbarkeit von Tierrassen, Report on Behalf of the German National Group of AIPPI, Jahrbuch AIPPI 1987/V p. 6-31 = GRUR Int. 1988, 53-57 (in coll. with von Pechmann)

88. European Scientists perceive a need for a novelty grace period, Innovation and Technology Transfer, Newsletter, Vol. 9/3 July 1988, pp. 11

89. Bericht über die Sitzung des Geschäftsführenden Ausschusses der AIPPI in Sydney vom 10.-15. April 1988, GRUR Int. 1988, 843-847 (in coll. with Kunz-Hallstein and Pagenberg)

90. Animal Patents - The Development and Status of European Law, in: Lesser, William (Ed.), Animal Patents, The Legal, Economic and Social Issues, Stockton Press, New York 1989, pp. 16-29

91. AIPPI and the Protection of Inventions in Plants - Past Developments, Future Perspectives, 20 IIC 600-621 (1989) = Annuaire AIPPI 1989/II, 376-391

92. Prednostna pravica po Pariški Konvenciji za varstvo pravic industrijske lastnine (The Priority Right According to the Paris Convention for the Protection of Industrial Property), Pravnik 1989, 387-396

93. Patent Protection in Developing Countries - An Overview, in: Equitable Patent Protection for the Developing World, Cornell Agricultural Economics Staff Paper 89-36, Nov. 1989 (18 pages)

94. Europe 1992 and the Emerging European Law for Protection of Biotechnology Results, in: Hale and Dorr (Ed.), Europe 1992 - Strategic Alternatives for U. S. High Technology and Biotechnology Companies, Seminar Materials, Hale and Dorr, Boston 1989 (5 pages)

95. Legal Aspects of Acquiring, Holding and Utilizing Patents with Reference to the Activities of the International Centre for Genetic Engineering and Biotechnology (ICGEB), UNIDO, Vienna 1989 (in coll. with R. Moufang)

96. Patentschutz für Pflanzen und Tiere, in: Grosch/Hampel/Schmidt (Eds.), "Herstellung der Natur?", Stellungnahmen zum Bericht der Enquête Kommission "Chancen und Risiken der Gentechnologie", Campus Verlag New York, Frankfurt/Main 1990, pp. 159-169

97. Jugoslawien novelliert das Patentgesetz, GRUR Int. 1990, pp. 299-301

98. Arbeitnehmererfinderrecht: Grundlagen und Möglichkeiten der Rechtsangleichung, GRUR Int. 1990, pp. 353-366

99. International Implications of Plant Variety Rights and Patent Protection, in: Ben-Ami, Paulina (Ed.): Legal Aspects of Biotechnology - Proceedings of International Symposium, October 1986, Chaired by Shoshana Berman, Ministry of Science and Technology, Jerusalem NRDC 89-12, pp. 49-59 (published 1990)

100. Foreword for Markovic, Slobodan: Zaština računarskih programa patentom, autorskim pravom; pravom sui generis (Protection of computer programs by patent, copyright or a sui generis right), Ljubljana 1990, pp. i-iii

101. WIPO/UPOV - Sachverständigenausschuß über das Verhältnis zwischen Patentschutz und Sortenschutz. Bericht über die Erste Sitzung vom 29. Januar bis 2. Februar 1990 in Genf, GRUR Int. 1990, 617-621 = Jahrbuch der AIPPI 1990/VIII, pp. 202-214

102. Ethische, rechtliche und wirtschaftliche Probleme des Patent- und Sortenschutzes für die biotechnologische Tierzüchtung und Tierproduktion, GRUR Int. 1990, pp. 913-929

103. Biotechnology and its international legal and economic implications. Study prepared for United Nations Conference on Trade and Development (UNCTAD), (Biotechnologia i jej miedzynarodowe prawne i ekonomiczne implikacje) in: Barta, Janusz (Ed.): Prace z zakresu prawa wlasnošci intelektualnej (Works in the field of intellectual property) Zeszyt 56, Krakow-Warsaw 1990, pp. 11-40

104. Wird das geistige Eigentum künftig in internationalen Wirtschaftsbeziehungen eine neue Rolle spielen?, in: Beier/Straus (Eds.), Gospodarskopravni vidiki sodelovanja Jugoslavije z Evropsko Skupnostjo po letu 1992, Festschrift in honour of Professor Dr. Stojan Pretnar on the occasion of his 80th birthday, Gospodarski vestnik Ljubljana 1991, pp. 131-161

105. Der erfolgreichen Erkenntnissuche soll die Verwertung folgen - Für mehr Engagement zur Patentierung von Forschungsergebnissen - Garching Instrumente als Partner des Grundlagenforschers, MPG Spiegel Nr. 1/1991, 12-15

106. Probleme der Unionspriorität im Patentrecht, GRUR Int. 1991, 255-261 (in coll. with F. K. Beier)

107. Die Diplomatische Konferenz zur Revision des Internationalen Übereinkommens zum Schutz von Pflanzenzüchtungen, GRUR Int. 1991, pp. 507-511 (in coll. with E. v. Pechmann)

108. Der Schutz biologischer Erfindungen, insbesondere von Pflanzenzüchtungen, in: Beier/Kraft/ Schricker/Wadle (Ed.), Gewerblicher Rechtsschutz und Urheberrecht in Deutschland, Festschrift zum hundertjährigen Bestehen der Deutschen Vereinigung für gewerblichen Rechtsschutz und Urheberrecht und ihrer Zeitschrift, Weinheim, etc. 1991, pp. 363-416

109. Die "Harvard-Krebsmaus", EG Magazin of November 11, 1991, pp. 18-20

110. Shokubutsu-shishinsu no Hogo (Protection of New Varieties of Plants), Patent Management, Tokyo, No. 41 (1991) No. 11, 1431-1446

111. Biotechnologie - Verhältnis zwischen Patentschutz für biotechnologische Erfindungen und Schutz von Pflanzensorten; Patentfähigkeit von Tierzüchtungen. Report on Behalf of the German National Group of AIPPI, Jahrbuch der AIPPI 1991/III, 1-14 (in coll. with E. v. Pechmann)

112. Biotechnology and Patent Protection - With Specific Reference to Plant Patents, in: Japan Bioindustry Association (ed.), Proceedings of International Bioindustry Forum Symposium, Tokyo 1991, pp. 119-129 (Japanese translation, pp. 33-42)

113. Biotechnologische Erfindungen - ihr Schutz und seine Grenzen, GRUR 1992, p. 257-271; - French summary - Les inventions biotechnologiques - leur protection et ses limites, PIBD No. 529-1/10/1992, II , pp. 125-126

114. Zaštita opreme ŭ jugoslovenskom pravu (The Protection of Get Up and Unregistered Trade Marks in Yugoslav Law), Patentni Glasnik 1991, pp. 883-895 (published 1992)

115. Pravo industrijske lastnine na mednarodni preizkušnji (dosedanji razvoj in pogled naprej) (Protection of Industrial Property on International Trial - Past Developments and Future Perspectives), Pravnik 1992, pp. 113-127

116. Industrial Property Legislation as an Element in Market Economies, AIPPI Annuaire 1992/III, 324-336 = Legislatíva v oblasti priemyselného vlastníctva ako prvok v trhovom hospodárstve, právny obzor (Bratislava) 1994 No. 1, pp. 1-13

117. Slowenien regelt den Schutz des gewerblichen Eigentums, GRUR Int. 1992, pp. 520-521

118. To Whom do Innovations Made at University by Professors and Researchers Belong, in: WIPO (Ed.), Symposium on Intellectual Property, University and Industry in Latin America, p. 17-25 = A quien pertenecen las innovaciones que realizan profesores e investigadores en las universidades, in: WIPO (Ed.), Simposio sobre propiedad intellectual, universidad e industria en America Latina, pp. 27-36, Geneva 1992

119. Zur Zulässigkeit klinischer Untersuchungen am Gegenstand abhängiger Verbesserungserfindungen, Festschrift für Karl Bruchhausen zum 65. Geburtstag, GRUR 1993, pp. 306-317

120. Bedeutung und Grundzüge gewerblicher Schutzrechte und des Wettbewerbsrechts in der Marktwirtschaft. Ein Beitrag zur Bewußtseinsbildung, in: Das Leipziger Gespräch - Eine Vortragsreihe der Alten Leipziger, Oberursel 1993, pp. 37-45

121. Genetic Engineering - Challenge for the Law, in: Cookson/Nowak/Thierbach (Eds.), Genetic Engineering - the New Challenge, Conference Proceedings and Essay Competition, Eposium 1992, Eposcript Vol. 1, Munich 1993, pp. 75-83

122. The Rio Biodiversity Convention and Intellectual Property, 24 IIC, pp. 602-615 (1993)

123. Patentierbarkeit biotechnologischer Erfindungen, in: Streinz (Ed.), "Novel Food" - Rechtliche und wirtschaftliche Aspekte der Anwendung neuer biotechnologischer Verfahren bei der Lebensmittelherstellung, P.C.O. Verlag Bayreuth, 1993 p. 253-270; 2nd edition 1995 pp. 269-287

124. Pflanzenpatente und Sortenschutz - Friedliche Koexistenz, GRUR 1993, pp. 794-801

125. Probleme des gewerblichen Rechtsschutzes im Gentechnologiebereich, Politische Studien Heft 332 (November/December 1993), pp. 132-141

126. Avances internacionales de los temas de propiedad intelectual en biotecnología, Derecho (Pontificia Universidad Católica del Perú), No. 47, December 1993, pp. 255-288

127. Neuheit, ältere Anmeldungen und unschädliche Offenbarungen im europäischen und deutschen Patentrecht, GRUR Int. 1994, pp. 89-99

128. Recent International and European Developments in the Field of Neighbouring Rights Protection, Annali Italiani del diritto d'autore della cultura e dello spettacolo (AIDA) 1993, pp. 187-201

129. Das Recht des unlauteren Wettbewerbs in Slowenien mit Hinweisen auf die Rechtslage in Kroatien, GRUR Int. 1994, pp. 700-710

130. Patenting of Human Genes and Living Organisms - The Legal Situation in Europe, in: Vogel and Grunwald (Eds.), Patenting of Human Genes and Living Organisms, Scientific Springer, Heidelberg 1994, pp. 10-29

131. Izumi univerzitetnih delavcev v sodobni družbi - Lastništvo, zaščita, ekonomski pomen (University Inventions in Modern Society - Ownership, Protection, Economic Importance), Vestnik Univerze v Ljubljani (Journal of the University of Ljubljana), (Vol. 25, 1994, No. 10, pp. 2-5, No. 11, pp. 5-7)

132. Biotechnological Inventions in the Patent Granting Practice of the European Patent Office, Hrvatski Patentni Glasnik (Official Journal of the Croate State Patent Office) 1994 No. 5-6, pp. 535-550

133. Quién puede obtener una patente? Invenciones de empleados, con especial referencia a las invenciones realizadas por profesores universitarios, in: Bercovitz (Ed.), Nociones sobre patentes de invención para investigadores universitarios, Ediciones UNESCO/CRE-Columbus, Paris 1994, pp. 27-41

134. Biotechnology and Intellectual Property, in: H.-J. Rehm and G. Reed in cooperation with A. Pühler and P. Stadler (Eds.), Biotechnology - A multi-volume Comprehensive Treatise, Volume 12 (Vol. Ed. D. Brauer), Chapter 17, Second completely Revised Edition, VCH Weinheim/New York/Basel/Cambridge/Tokyo, 1995, pp. 281-298

135. Wrong Decision, For The Wrong Reasons - Comments on the vote of the European Parliament on the proposed EU Directive on the legal protection of biotechnological inventions, European Brief, March/April 1995, 36-37

136. Current Issues in Patenting Research Results Close to Industrial Application, in: Max-Planck-Society for the Advancement of Science (Ed.), European Research Structures - Changes and Challenges, E2: The Role and Function of Intellectual Property Rights, Ringberg Castle, Tegernsee, Januar 1994, Munich 1995, pp. 7-25

137. Tokyo-High Court Decision of October 20, 1993, in re Sankyo Co., Ltd. v. The Commissioner of the JPO, A Further Comment, AIPPI Journal of the Japanese Group, March 1995, pp. 77-85

138. Patenting of Human Genes and Human Gene Therapy, in: Bernhard and Cookson (Eds.), "Genethics" - debating issues and ethics in genetic engineering, CIBA-GEIGY, Basel 1995, pp. 50-52 = Patentierung menschlicher Gene und Gentherapie, Ciba Genethik, Januar 1996, pp. 5-8 = La brevetabilité des gènes humains et la thérapie génique chez l'homme, in: Löwenstein (Ed.), Généthique – débats et aspects éthique autour du génie génétique, Ciba-Geigy, Basel 1996, pp. 50-53

139. Zum relevanten Offenbarungsgehalt von Prioritätsanmeldungen nach Art. 4 H Pariser Verbandsübereinkunft, GRUR Int. 1995, pp.103-112

140. Der Verlagsvertrag bei wissenschaftlichen Werken, in: Beier, Götting, Lehmann and Moufang (Eds.), Urhebervertragsrecht, Festschrift Prof. Gerhard Schricker zum 60. Geburtstag, München 1995, pp. 291-331

141. Novost in izumiteljska dejavnost v evropskem patentnem pravu (Novelty and Inventive Activity in the European Patent Law), Pravnik 1995, pp. 3-12

142. Biologische Erfindungen - Aktuelle juristische Fragen, in: van Raden (Ed.), Zukunftsaspekte des gewerblichen Rechtsschutzes, Beiträge zum Symposium des Deutschen Patentamts "Gewerblicher Rechtsschutz in der juristischen Forschung und Lehre" am 6./7. März 1995 in München, Köln, etc. 1995, pp. 47-56

143. Patenting of Human Genes in Europe - Past Developments and Prospects for the Future, 26 IIC, pp. 920-950 (1995)

144. La problematica delle invenzioni di ingegneria genetica alla luce della proposta di direttiva CEE e GATT-TRIPs, in: Vanzetti (Ed.), I Nuovi brevetti - Biotecnologie e invenzioni chimiche, Milan 1995, pp. 19-41

145. Verhinderung trotz Beachtung der "gebotenen Sorgfalt" als Wiedereinsetzungsgrund bei Fristversäumnis im europäischen Patenterteilungsverfahren, in: Baur, Jacobs, Lieb and Müller-Graff (Eds.), Festschrift Ralf Vieregge zum 70. Geburtstag, Berlin and New York 1995, pp. 835-852

146. Opening Address, Annual Conference 1994 of ATRIP, in: Straus (Ed.), Current Issues in Intellectual Property - Copyright of Universities - Character Merchandising - GATT TRIPS, Ljubljana 1995, pp. 1-4

147. HUGO Statement on patenting of DNA sequences (in cooperation with Thomas Caskey, Rebecca Eisenberg und Eric Lander), Genome Digest April 1995, pp. 6-9

148. Industrial Property, International Protection, Addendum 1992, in: Bernhardt (Ed.), Encyclopedia of Public International Law, Library Edition, Vol. II, Elsevier Science Publishers, Amsterdam 1995, pp. 972-976

149. Patentrechtliche Probleme der Gentherapie, GRUR 1996, pp. 10-16

150. Bedeutung des TRIPS für das Patentrecht, GRUR Int. 1996, 179-205 = Implications of the TRIPS Agreement in the Field of Patent Law, in: Beier and Schricker, (Eds.), From GATT to TRIPS - The Agreement on Trade-Related Aspects of Intellectual Property Rights, IIC Studies Vol. 18, Weinheim/New York 1996, pp. 160-215

151. Die Aufrechterhaltung eines europäischen Patents in geändertem Umfang im Einspruchsverfahren und ihre Folgen, in: Straus (Ed.), Festgabe Friedrich-Karl Beier zum 70. Geburtstag, Köln/Berlin/Bonn/München 1996, pp. 171-183

152. Internationale und europäische Entwicklungen im Patentrecht bezüglich biologischen Materials, in: Begemann (Ed.), Zugang zu genetischen Ressourcen für die Ernährung und Landwirtschaft – Der Diskussionsprozeß in Deutschland, Schriften zu Genetischen Ressourcen, ZADI Bonn 1996, pp. 32-49

153. Intellectual Property Issues in Genome Research, Genome Digest Vol. 3 No. 3 (July 1996), pp. 1-3

154. Intellectual Property in Human Genome Research Results, OECD Science, Technology and Industry Review (STI) No. 19, December 1996, pp. 45-64

155. Patent Protection is an Incentive for Research and Security for Investment, Future the Hoechst Magazine IV/1996, pp. 62-63

156. The Patent System in the European Union - A Critical Appraisal and Suggestions for its improvement, Privreda i pravo (Economy & Law), No. 5-7, 1997, pp. 783-797

157. Weshalb Patente auf Gene und Lebewesen? - Zu deren Bedeutung für Wissenschaft und Wirtschaft und zum Stand der Diskussion über den Schutz biotechnologischer Erfindungen in Europa, Einsichten - Forschung an der Ludwig-Maximilians-Universität München 1997/2 pp. 42-45

158. Völkerrechtliche Verträge und Gemeinschaftsrecht als Auslegungsfaktoren des Europäischen Patentübereinkommens - Dargestellt am Patentierungsausschluss von Pflanzensorten in Art. 53 (b), GRUR Int. 1998, pp. 1-15

159. Abhängigkeit bei Patenten auf genetische Information - Ein Sonderfall?, GRUR 1998, pp. 314-320 (Festschrift für Ulrich Krieger zum 70. Geburtstag)

160. Patente als Stütze der modernen Biotechnologie, Spektrum der Wissenschaften, April 1998, pp. 28-33

161. The Patent System in the European Union - Status and Development, in: European Commission (Ed.), Patinnova '97 - Patents as an innovation tool, Proceedings of the fourth European Congress on Patents, 5 to 7 May 1997, Austria, Luxembourg 1998, pp. 419-437

162. Genetic engineering - no chance without patent protection, Schering Annual Report 1997, Berlin 1998, p. 54 (Gentechnik - ohne Patentschutz keine Chance, Schering Geschäftsbericht 1997, Berlin 1998, p. 54)

163. "Patentierung" - "Patenting", in Korff, Beck and Mikat in connection with Eser, Heinrich, Honnefelder, Hunold and Mertens (Eds.), Lexikon der Bioethik, Vol. 2, Gütersloh 1998, pp. 826-830

164. On the Present and Future Impact of Intellectual Property on Biotechnology Research - An Academic View from Europe, RCAST - University of Tokyo/AIPPI Japan: The International Symposium "Biotechnology and Intellectual Property", Tokyo, October 14-15, 1998, Tokyo 1998, pp. 23-36

165. "Sortenschutz" - "Protection of the Varieties", in Korff, Beck and Mikat in connection with Eser, Heinrich, Honnefelder, Hunold and Mertens (Eds.), Lexikon der Bioethik, Vol. 3, Gütersloh 1998, pp. 363-366

166. Biodiversity and Intellectual Property, Yearbook of AIPPI 1998/IX, pp. 99-119 = Biológiai sokféleség és szellemi tulajdon, The Gazette of Patents and Trademarks, The Official Journal of the Hungarian Patent Office - Publications on the law of industrial property, October 1998, pp. 21-33

167. Summary Report on Workshop "Genetic Diversity and Intellectual Property", XXXVIIth Congress of International Association for the Protection of Industrial Property (AIPPI), Rio de Janeiro 1998 (May 24-29, 1998), AIPPI Yearbook 1998/IX, pp. 94-98

168. Bargaining Around the TRIPs Agreement: The Case for Ongoing Public-Private Initiatives to Facilitate Worldwide Intellectual Property Transactions - a comment on the paper presented by Professors David Lange, Duke University and J.H. Reichmann, Vanderbilt University at the Conference on Public-Private Initiatives after TRIPs, at Brussels, Belgium, July 1997, 9 Duke Journal of Comparative & International Law, pp. 91-107 (1998)

169. On the Admissibility of 'Biological Equivalence Tests' During the Patent Term for Obtaining a Regulatory Approval for Patented Drugs by Third Parties - A Study in German and Comparative Law, AIPPI Journal of the Japanese Group November 1998, 211-246 = Japanese translation in 44 AIPPI Journal of the Japanese Group, No. 2 1999, pp. 2-31

170. Der gestiegene Stellenwert der Rechte des geistigen Eigentums, FUTURE, The Hoechst Magazine 1/99, pp. 83-84, = The Growing Importance of Intellectual Property Rights, FUTURE The Hoechst Magazine 1/99, pp. 83-84

171. Intellectual Property and the European Human Genome Research - Some Dilemmas, Festschrift Gunnar Karnell, Stockholm 1999, pp. 745-759

172. Latest Developments in Biotechnology - Gene Modification Techniques as they Relate to IPRs, in: Shuman, J.M. (Ed.): Intellectual Property Rights and Their Special Impact on Biotechnology, Medicine in the Public Interest, Boston and Washington, D.C. 1999, pp. 15-17

173. Europäisierung der Bio-Patente: Widersprüche in den maßgeblichen Regelungen beseitigt/ab heute geänderte Vergabepraxis, Frankfurter Allgemeine Zeitung of September 1, 1999, p. N2

174. The Development of Equivalence in Legal Theory and Case Law in Germany Before and After the EPC, 1999 NIR, pp. 459-474

175. Priority Right and Period of "Grace" under the European Patent Law - Two Separate Issues, in: Dannemann, G.E. and Wolf, M.Th. (Eds.): Global Perspectives of Contemporary Intellectual Property Issues, A Collection of Works Written in Commemoration of the Seventieth Birthday of Peter Dirk Siemsen, Rio de Janeiro 1999, pp. 351-365 = University of Washington School of Law Center for Advanced Study and Research on Intellectual Property (CASRIP) Newsletter Vol. 7, Issue 2, pp. 15-20 (Spring 2000)

176. Intellectual Property Rights in Human Genome Research Results - The U.S. and European Approach - Common Problems, Different Solutions?, in: German-American Academic Council Foundation (GAAC) (Ed.), GAAC 4th Public Symposium "The Changing Character, Use and Protection of Intellectual Property", Washington, DC, December 3-4, 1998, Washington, D.C. 1999, pp. 85-95

177. Wem gehört das Genom?, in: Ganten D., et al. (eds.), Gene, Neurone, Qubits & Co. - Unsere Welten der Information, Stuttgart and Leipzig 1999, pp. 217-224

178. Der Schutz des geistigen Eigentums in der Welthandelsorganisation: Konsequenzen des TRIPS für die EG und ihre Mitgliedstaaten, in: Müller-Graff (Ed.), Die Europäische Gemeinschaft in der Welthandelsorganisation - Globalisierung und Weltmarktrecht als Herausforderung für Europa, Baden-Baden 2000, pp. 157-176

179. Gerät das Patentrecht außer Kontrolle? Missverständnisse bei der Empörung über eine Entscheidung des Europäischen Patentamts, Frankfurter Allgemeine Zeitung of March 6, 2000, No. 55, pp. 10-11 = Special edition of the Gazette of the European Patent Office, May 20, pp. 4-7 = Patent Law Getting Out of Hand? Misconceptions in the Outcry Against a Decision of the European Patent Office, id., pp. 8-11 = Risque de dérapage du droit des brevets - Les malentendus à l'origine des réactions d'indignation suscitées par une décision de l'office européen des brevets, id., pp. 12-15

180. Genpatentierung - Eine "abstruse Idee"? Betrachtungen aus Anlass der EU–Biotechnologierichtlinie 98/44/EG, Deutsches Ärzteblatt, No. 16, April 2000 = Raem, A.M., Braun, R.W., Fenger, H., Michaelis, W., Nikol, S., Winter, S.F. (Eds): Gen-Medizin - Eine Bestandsaufnahme, Springer-Verlag Berlin, Heidelberg, New York 2000, pp. 759-765

181. Das entfesselte Patent - Was die Änderung des Edinburgher Antrags bedeutet, Frankfurter Allgemeine Zeitung of May 6, 2000, p. 41

182. Biotechnology and Patents, 54 Chimia No. 5, pp. 293-298 (2000)

183. Experiments with Drugs: The Problem of Clinical Trials - The Situation in Germany; in: Van Overwalle, G. (ed.), Octrooirecht en Geneesmiddelen, Bruylant Brussel-Bruxelles 2000, pp. 107-120

184. Patenting Genes and Gene Therapy - Legal and Ethical Aspects, in: Bock, G.R., Cohen, D. and Goode, J.A. (Eds.), "From Genome to Therapy: Integrating New Technologies with Drug Development", Chichester, New York, Weinheim, Brisbane, Singapore, Toronto 2000, pp. 112-117

185. How Can the Developing World Protect Itself From Biotech Patent-Holders (in coll. with J. Barton), 406 Nature, p. 455 (2000)

186. Patente auf Gene - Die Kontroverse geht weiter, Spektrum der Wissenschaften 9/2000, S. 32

187. Patent Litigation in Europe - A Glimmer of Hope? Present Status and Future Perspectives, 2 Washington University Journal of Law and Policy, pp. 403-428 (2000)

188. Patentrecht als Bindeglied zwischen wissenschaftlichem Fortschritt und globalisierter Wirtschaft - Entscheiden Patente die Schlacht um Gene?, Max Planck Forschung 3/2000, pp. 64-71

189. Patent Litigation in Europe: Setting the Scene, in: European Commission (Ed.), Patents as an Innovation Tool - Patinnova '99, Proceedings of the fifth European Congress on Patents, EUR 17034, Luxembourg 2000, pp. 285-308

190. Reversal of the Burden of Proof, The Principle of "Fair and Equitable Procedures" and Preliminary Injunctions Under the TRIPs Agreement, The Journal of World Intellectual Property, pp. 807-823 (November 2000)

191. Scientific Program of AIPPI for EXCO 2002 in Lisbon, AIPPI Newsletter 1-01, January 2001, pp. 5-6

192. A Critical Look at the System of Protection for Patents in Europe, Fordham Intellectual Property, Media &Entertainment Law Journal, Vol. IV, pp. 23.1-23.22 (2000) (published in 2001)

193. Patentierung von Leben, CDU-Bundesgeschäftsstelle (ed.), Arbeitsmaterialien "Bioethik", Berlin 2001, pp. 46-52

194. Biodiversity and Intellectual Property (in Japanese), AIPPI Journal of the Japanese Group, Vol. 46, No. 4 pp. 4-11 (2001)

195. Comparative Intellectual Property in Biotechnology, (http://www.wcfia.harvard.edu/conferences/biotech/strausdiscussion.doc)

196. Biotechnologie et brevets, in: Gros, F. (ed.), Les Sciences du vivant - Ethique et société, Paris 2001, pp. 233-249 (Editions Odile Jacob, ISBN 2-27381-1007-x)

197. Offene Fragen bei ergänzendem Schutzzertifikat für Arzneimittel, 2001 GRUR Int., pp. 591-601

198. Biotehnologija in patenti, 48 (2) Acta Chimica Slovenica S 8-24 (June 2001)

199. Patentrecht und Ethik - Zur Patentierbarkeit des menschlichen Genoms, in: Honnefelder, L., P. Propping (Eds.), Was wissen wir, wenn wir das menschliche Genom kennen?, DuMont Köln 2001, pp. 243-258 (ISBN 3-7701-5874-1)

200. Elemente eines Änderungsprozesses zur ggf. erforderlichen Verbesserung und Präzisierung der Richtlinie 98/44 des Europäischen Parlaments und des Rates vom 6. Juli 1998 über den rechtlichen Schutz biotechnologischer Erfindungen in Folge der technischen und gesellschaftlichen Entwicklung der letzten Zeit unter Berücksichtigung der Aspekte des internationalen Rechtsrahmens, Study prepared on behalf of the Federal Ministry of Justice, 52 p. (www.bmj.de)

201. Produktpatente auf DNA-Sequenzen - Eine aktuelle Herausforderung des Patentrechts, 2001 GRUR, pp. 1016-1021

202. Biodiversity and Intellectual Property, in: Hill, K.M., Takenaka, T. and Takeuchi, K. (Eds.), Rethinking International Intellectual Property -Biodiversity & Developing Countries, Extraterritorial Enforcement, the Grace Period and other Issues, CASRIP Publication Series No. 6, Seattle, 2001, pp. 141-166

203. Vorwort (Foreword) to Heinz Martin, Polymere und Patente - Karl Ziegler, das Team, 1953-1998, Weinheim, Wiley 2001, pp. XI-XV (ISBN 3-527-30498-3)

204. Importance of the Patent for the Universities: A Special Aspect, The Grace Period, Proceedings of the Conference "A Community Patent for Europe", organized by the Ministry of Economic Affairs of the Belgian Presidency of the European Union, Liège, November 29, 2001 (http://mineco.fgov.be/Presidency/conferences.htm) (12 pp.)

205. Ethical Aspects in Intellectual Property Rights, in: Smelser, N.J. and Baltes, P.B. (eds.), International Encyclopedia of the Social & Behavioural Sciences, Amsterdam, Paris, New York, Oxford, Shannon, Singapore, Tokyo 2001, pp. 7621-7624

206. Wem gehört das Genom?, in: U. Thimm und K.-H. Wellmann (Eds.), Von Darwin zu Dolly - Evolution und Gentechnik, Begleitbuch zum neuen Funkkolleg, Jonas Verlag, Marburg 2001, pp. 78-84

207. Kommerzielle und patentrechtliche Aspekte der Genomforschung, in: Orth, G. (Ed.), Forschen und tun was möglich ist?, Edition "ethik kontrovers", Friedrich Verlag, Münster 2002, pp. 45-62

208. The Grace Period in Patent Law: A Look at Europe, in: C. Hansen (ed.), International, Intellectual Property Law & Policy, Vol. 7, 27.1-27.5, New York 2002 (ISBN 1-57823-111-6)

209. Recent Developments and Challenges in the Protection of Intellectual Property Rights, in: WIPO and National Intellectual Property Association of Bulgaria (Eds.), Proceedings of the International Conference on Intellectual Property, The Internet, Electronic Commerce and Traditional Knowledge, Sofia, May 21 to 31, 2001 (CD-ROM, Intellectual Property, The Internet, Electronic Commerce and Traditional Knowledge, Sofia, May 21 to 31, 2001)

210. Pre-Grant Appeal and Post-Grant Review Under the European Patent Convention, 2002 NIR, pp. 462-477

211. Illusionsloser Blick in privileglose Zukunft, Nachrichten aus der Chemie 2002, S. 1329

212. Scientific Programme for EXCO Seoul, AIPPI Newsletter No. 6/4-02 (November 2002), pp. 8-9

213. Ethical, Legal and Social Aspects of Research in the Human Genome – Patients and Volunteers, Samples, Data etc., Economical Concepts of Exploitation in J. Wadzack, A. Haese, B. Löhmer (eds.), Progress Report 1999-2002 – German Human Genome Project, Berlin 2002, pp. 38-39 (ISBN: 3-00-010097-0)

214. La inversión de la carga de la prueba, el principio de "procedimientos justos y razonables" y las medidas cautelares, previstos en el Acuerdo TRIPS, "LexisNexis" Jurisprudencia Argentina, número especial: Propiedad intelectual: protección cautelar y competencia, November 2002, pp. 3-14 (ISBN 987-1016-28-X)

215. Patenting of Life Forms - The European Experience and Perspectives, in: Cottier, Th. and Mavroidis, P. (Eds.), Intellectual Property, Trade, Competition and Sustainable Development, The University of Michigan Press, Ann Arbor 2003, pp. 341-358

216. Measures Necessary for the Balanced Co-Existence of Patents and Plant Breeder's Rights – A Predominantly European View, Doc. WIPO-UPOV/Sym/02/7 c:\winnt\apsdoc\nettemp\928\ $asqwipo-upov_sym_02_7(straus)e.doc

217. The Need to Protect Intellectual Property in Plant Science, in: Haynes P. (ed.), Syngenta Lectures, Excerpta Medica, Alemere 2003, pp. 34-41 [ISSN 1570-3347]

218. An Updating Concerning the Protection of Biotechnological Inventions Including the Scope of Patents for Genes – An Academic Point of View = Aktuelles zum Schutz von biotechnologischen Erfindungen und dem Schutzumfang von Genpatenten – Ein akademischer Standpunkt = Derniers développment concernant la protection des inventions biotechnologiques et l'étendue de brevets sur le gènes – Un point de vue académique, OJ EPO Special Issue 2003, pp. 166-189

219. Patentschutz durch TRIPS-Abkommen – Ausnahmereglungen und –praktiken und ihre Bedeutung, insbesondere hinsichtlich pharmazeutischer Produkte, Bitburger Gespräche 2003, CH Beck München 2003, pp. 117-133

220. The Future of the European Patent System, (www.ml.ua.es/webprom/Jornadas/documentus/future_of_European_Patent_System.pdf )

221. Protection of Computer-related and Business Model Inventions – Opening Address at the International Forum „Protection of Computer-related and Business Model Inventions,"

Proceedings International Forum for the Protection of Computer-related and Business Model Inventions, 21 and 22 November 2002, European Patent Office, Munich, EPO International Academy, Munich 2003, pp. 12-13

222. Vorwort zu Straus J. (ed.), Das Max-Planck-Institut für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht, München, im Spiegel seiner Veröffentlichungen, Verlag C.H. Beck, Munich 2003, pp. VII-IX

223. Der Beitrag Deutschlands zur Entwicklung des internationalen gewerblichen Rechtsschutzes, GRUR Int. 2003, pp. 805-812

224. Scientific Programme of AIPPI for Geneva Congress 2004, AIPPI Newsletter No. 10/4-03, pp. 6-7

225. Product Patents on Human DNA Sequences: An Obstacle for Implementing the EU-Directive?, in: Kieff F.S. (ed.), Perspectives on Properties of the Human Genome Project, Vol. 50 of Advances in Genetics, Elsevier, San Diego, etc. 2003, pp. 65-78

226. Eugen Ulmer, Gerhard Schricker und das Max-Planck-Institut, in: Im Dienste des geistigen Eigentums, Munich 2003, pp. 5-10

227. Product Patents on Human DNA-Sequences: Where do we Stand in Europe? C.R. Biologies 326 (2003), pp. 1111-1114 (Académie des Sciences, Elsevier SAS)

228. Patentierung von Leben?, in: Hans-Peter Schreiber (Ed.), Biomedizin und Ethik – Praxis – Recht – Moral, mit einem Vorwort von Werner Arber, Birkhäuser Verlag, Basel/Boston/Berlin 2004, pp. 50-55

229. Angabe des Ursprungs genetischer Ressourcen als Problem des Patentrechts, GRUR Int. 2004, pp. 792-796

230. Zur Patentierbarkeit von embryonalen Stammzellen nach europäischem Recht, in: Ludger Honnefelder/Christian Streffer (eds.), Jahrbuch für Wissenschaft und Ethik, Bd. 9 (2004), Walter de Gruyter, Berlin New York, pp. 111-129

231. Patents on Biomaterial – A New Colonialism or a Means for Technology Transfer and Benefit-Sharing?, in: Thiele Felix, Richard Ashcroft (eds.), Bioethics in a Small World, Springer Verlag Heidelberg 2005, pp. 45-72, ISBN 3-540-23595-7

232. Genomics and the Food Industry – Outlook from an Intellectual Property Perspective, in: Vaver D. and L. Bently (eds.), Intellectual Property in the New Millennium – Essays in honour of William R. Cornish, Cambridge University Press, Cambridge 2004, pp. 124-136

233. Stellungnahme zu dem vom Rechtsausschuss gestellten Fragen zu dem Entwurf eines Gesetzes zur Umsetzung der Richtlinie über den rechtlichen Schutz biotechnologischer Erfindungen BT-Drucksache 15/1024 (neu), Deutscher Bundestag, 15. Wahlperiode, Rechtsausschuss, Protokoll der 57. Sitzung am 29. September 2004, pp. 214-228

234. Informierte Zustimmung und Patentrecht, in: Nowinska E. and M. du Vall (eds.), Ksiega Pamiatkowa ku czci Professora Janusza Szwaji, Jagiellonian University, Krakow 2004, pp. 35-54, ISSN 0137-236X (Festschrift Janusz Szwaja zum 70. Geburtstag)

235. Patentová ochrana podl'a Dohody TRIPS (Patentschutz im Rahmen des TRIPS-Übereinkommens, slowakisch), Duševné vlastníctvo/Intellectual Property/Geistiges Eigentum/La propriété intellectuelle Nr. 4, 2004, pp. 6-14

236. Zur Gleichbehandlung aller Diensterfindungen – Überlegungen zur angestrebten Reform des Gesetzes über Arbeitnehmererfindungen, in: Haesemann M., K. Gennen, B. Bartenbach and A. Bartenbach (eds.), Festschrift Kurt Bartenbach zum 65. Geburtstag, Carl Heymanns Verlag, Köln, Berlin, München 2005, ISBN: 3-425-25912-9, pp. 111-125

237. Zur Patentierbarkeit von Verfahren zur Herstellung individuumspezifischer Arzneimittel, Essays in Honour of St. Soltysinski, in: Kepinski M., A. Koch, A. Nowicka, Z. Radvanski, A.J. Szwarc, S. Wronkowska and S. Zedler (eds.), Universität Adam Miekiewicz, Poznan 2005, pp. 739-756 (in coll. with K. Herrlinger), ISBN: 83-232-1473-5 = GRUR Int. 2005, pp. 869-876

238. Reach-Through Claims and Research Tools as Recent Issues of Patent Law, in: Curell Suñol M., M.B. Morales, R. Bercovitz Alvares, J.M. del Corral Perales, M. del Corral Alarcon, M. Currell Aguilà, D. Pellisé Urquiza (eds.), Estudios sobre propiedad industrial e intellectual y derecho de la competencia, Grupo Español de la AIPPI, Barcelona 2005, ISBN: 84-932692-2-0, pp. 919-929

239. Intellectual Property and Science – A Complex Partnership, in: Drenth, P.J.D., Schroots, J.J.F. (eds.), Critical Topics in Science and Scholarship, ALLEA Biennial Yearbook 2004, Amsterdam 2005, pp. 19-27

240. On the New Role of Intellectual Property Rights in the Globalized Economy (in Chinese), China Intellectual Property News, February 18, 2005, p. 3

241. Protection of Further Medical Uses and the Research Exemption Serving Medical Progress, Proceedings of the XXIV Seminario nacional da propriedade intellectual "Propriedade Intelectual: Crescimento economico com responsibilidad social," Anais 2004, Associação Brasileira de Propriedade Intelectual (ABPI), Rio de Janeiro 2005, pp. 100-103

242. Employees Inventions and Innovation Law, Proceedings of the XXXIV Seminario nacional da propriedade intellectual, "Propriedade Intelectual: Crescimento economico com responsibilidad social," Anais 2004, Associação Brasileira de Propriedade Intelectual (ABPI), Rio de Janeiro 2005, pp. 49-53

243. TRIPS, TRIPS-plus oder TRIPS-minus – Zur Zukunft des internationalen Schutzes des geistigen Eigentums, in: Ohly A., Th. Bodewig, Th. Dreier, H.-P. Götting, M. Haedicke, M. Lehmann (eds.), Perspektiven des Geistigen Eigentums und Wettbewerbsrecht, Festschrift Gerhard Schricker zum 70. Geburtstag, C.H. Beck Verlag München 2005, ISBN 3-406-53501-1, pp. 197-212

244. Working Programme for the Gothenburg Congress of 2006, AIPPI Newsletter No. 17/3 – 2005, pp. 4-5

245. Measures Necessary for the Balanced Co-Existence of Patents and Plants Breeders' Rights – A Predominantly European View, in WIPO/UPOV (eds.), Compilation of the 2002 & 2003 Joint Symposia Documents of the World Intellectual Property Organization (WIPO) and the International Union for the Protection of New Varieties of Plants (UPOV), Geneva 2005, ISBN 92-905-1484-9, pp. 77-83

246. Design Protection for Spare Parts Gone in Europe? Proposed Changes of the EC Directive: Commission's Mandate and its Doubtful Execution, [2005] EIPR 391-404 = Ende des Geschmacksmusterschutzes für Ersatzteile in Europa? Vorgeschlagene Änderungen der EU Richtlinie: Das Mandat der Kommission und seine zweifelhafte Ausführung, GRUR Int. 2005, pp. 965-979

247. Biowissenschaftliche Eigentumsrechte – Belange der Entwicklungsländer, in: R. Dolzer, M. Herdegen, B. Vogel (eds.), Biowissenschaften und ihre völkerrechtlichen Herausforderungen, Herder Verlag, Freiburg, Basel, Wien 2005, ISBN 3-451-24498-5, pp. 200-213

248. TRIPS, TRIPS-plus or TRIPS-minus – Remarks on the Future of International Protection of Intellectual Property Rights, in: Beijing University (ed.), Proceedings of the Conference on International Studies concerning Intellectual Property, Institute for Intellectual Property of the Beijing University, Beijing 2005, pp 19-24

249. Intellectual Property and Science – A complex Partnership from a European Perspective (Zhishi chanquan niangan), Intellectual Property Rights Annual Journal, University for Law and Economics Wuhan, 2005, pp. 1-11

250. Neighbouring Rights: National and International Developments, in International Encyclopedia of Comparative Law, Vol. XIV, Copyright and Industrial Property, Mohr Siebeck, Tübingen, Martinus Nijhoff, Dordrecht, Boston, Lancaster 2006, pp. 3-33

251. The concept and meaning of quality in the European patent system, European Patent Office (Ed.), Conference Proceedings "Quality in the European Patent System, The Hague, 21. & 22. November 2005, Munich 2006, pp. 15-25 (Summary and Power Point Presentation)

252. Priority Right, 35 U.S.C. Section 102 (d) Bar and the TRIPS Obligations of the USA – A last Chance to Analyze the Issue?, in: Ahrens, Bornkamm, Kunz-Hallstein (Eds.) Festschrift für Eike Ullmann, Juris Verlag 2006, pp. 515-544,

253. Goodbye and Good Luck Programme Committee, AIPPI Newsletter No. 21/3-06 p. 8

254. Access to Patented Plant Material for Plant Breeders – The Problem and the German Solution, Recent Development of the Academic Disputes on the Intellectual Property Laws and the Competition Law, Publication of Articles in commemoration of the 70th Birthday of Professor Dr. Nobuo MONYA, Japan Institute of Invention and Innovation (ed.), 2006, pp. 1310-1298

255. O ulozi intelektualne svojine u novom svetskom ekonomskom poredku (On the Role of Intellectual Property in the New World Economic Order), Evropski pravnik (European Lawyer), 3/2006, October 2006, pp. 25-42

256. Harmonisierung des internationalen Patentrechts, (in coll. with Nina Klunker), GRUR Int. 2/2007, p. 91-184, ISSN 0435-8600 = Harmonization of International Patent Law, 38 IIC 907-936 (2007)

257. The Impact of the New World Order on Economic Development – The Role of Intellectual Property Rights, European Review 2007, ERW 15.1, pp. 47-63 = , 6 J. Marshall Rev. Intell. Prop. L. 1 (2007) pp. 1-16 (enlarged version).

258. Prior Informed Consent and European Patent Law, Learned Papers on Intellectual Property: KIPO's 30th Anniversary Publication II, Korean Intellectual Property Office, Daejon, March 2007, pp. 397-417 (ISBN 978-89-91994-68-3 14500)

259. Patenting of Biomaterial – A New Colonialism or Technology Transfer to the Mutual Benefit? (In Chinese), "Zhuanlifa yanjiu 2006" (Studies on Patent Law 2006), Publisher: Zhishi chanquan chubanshe (Publisher on Intellectual Property), pp. 52-82, ISBN 978-7-80198-679-5/d. Mittig 381 (published in 2007).

260. Recursos de Pré-concessão e Revisão Pós-concessão no Âmbito da Convenção Sobre a Patente Européia, in: E.B. Rodrigues Jr., F. Polido (eds.) Propriedade Intelectual – Novos Paradigmas Internacionais, Conflitos e Desafios, Elsevier Editora Ltda. Rio de Janeiro, 2007, pp. 3-18 (ISBN 978-85-352-2703-1)

261. Global Warming of Patents? (Japanese), Chizaiken (IIP) Forum, 2007 Autumn Vol. 71, p.1 (published in 2008)

262. The Scope of Protection Conferred By European Patents on Transgenic Plants and on Methods for Their Production, in: A. Bakardjieva-Engelbrekt, U. Bernitz, B. Domeij, A. Kur, P.J. Nordell (eds.), Festskrift til Marianne Levin, Norstedts Juridik Publisher 2008 (ISBN 978-91-39-01329-7), pp. 643-657.

263. Is there a Global Warming of Patents? (enlarged Version), 11 The Journal of World Intellectual Property, No. 1, pp. 58-62 (2008) (ISSN 1422-2213)

264. Teaching Patents in: Takagi, Y, L. Allman and E. A. Sinjela (eds.), Teaching of Intellectual Property, Cambridge University Press, WIPO Academy, World Intellectual Property Organization, Cambridge 2008 (ISBN 978-0-521-71646-8), pp. 13-32

265. Intellectual Property vs. Academic Freedom? A Complex Relationship within the Innovation Ecosystem, in L. Engwall and D. Weaire, (eds.), The University and the Market, Portland Press, London, 2008, 53-65 p. (ISBN 978-1-85578-168-9)

266. How to Break the Deadlock Preventing a Fair and Rational Use of Biodiversity?, 11 The World Intellectual Property Journal, No. 4, pp. 229-295 (2008) (ISSN 1422-2213)

267. Is the Patent System Fit to Meet the Needs of the "Triple Helix" Alliance? in: Pan'an Foundation for Intellectual Property Education (Ed.), Opportunities and Challenges for Intellectual Property – Taiwan, Mainland China, and International Intellectual Property Development, Essays in Honor of the Retirement of Professor Paul C.B. Liu, Angle Publishing, Taipei 2008, pp. 179-206 (ISBN 978-986-84872-0-8)

268. O Impacto da Nova Ordem Mundial no Desenvolvimento Econômico – O Papel do Regime do Direitos de Propriedade Intelectual, in: IDS – Instituto Dannemann Siemsen de Estudos Juridicos e Técnicos (Ed.), Propiedade Intelectual: Plataforma o Desenvolvimento, Livraria e Editora Renovar Ltda.. Publisher, Rio de Janeiro 2009, pp. 123-154 (published 2008)

269. Patentanmeldung als Missbrauch der marktbeherrschenden Stellung nach Artikel 82 EGV? GRUR Int., 2009, pp. 93-106

270. Introduction, Intellectual Property in Asia (together with P. Goldstein), in: Goldstein P. and J. Straus (eds.), Intellectual Property in Asia, Law, Economics, History and Politics, Springer Publisher, Berlin-Heidelberg 2009, pp. V-XI (ISBN 978-3-540-89401-9)

271. Opening Address, in: Straus J. (editor), The Role of Law and Ethics in the Globalized Economy (Editor), Springer Publisher, Berlin-Heidelberg, pp. XV-XVI, 2009 (ISBN 978-3-540-92680-1)

272. Zur Rolle klinischer Versuche beim Zustandekommen von sog. Auswahlerfindungen, in: Ch. Osterrieth, M. Köhler, K. Haft (Eds.), Patentrecht - Festschrift für Thomas Reimann zum 65. Geburtstag, Carl Heymanns Publisher 2009, pp. 471-484 (ISBN 978-3-452-27057-3)

273. Vorwort (Foreword) zu Dunja Jadek Pensa: Znamka, njen ugled in varstvo (Marke, ihr Ansehen und Schutz (wenn englisch. The Mark, its Reputation and Protection), Ljubljana 2009, Uradni list Publisher, pp.17-19 (ISBN 978-961-204-423-7).

274. Preface in: Straus J. (editor), The Role of Law and Ethics in the Globalized Economy (Editor), Springer Publisher, Berlin-Heidelberg, pp. V-IX, 2009 (ISBN 978-3-540-92680-1)

275. Vorwort, Patentschutz und Stammzellforschung – Internationale und rechtsvergleichende Aspekte (edited together with P. Ganea and Y.-C. Shin), Springer Publisher, Berlin-Heidelberg 2009, pp. V-XII (ISBN 978-3-642-02495-5)

276. Gebietsbeschränkte Übertragung von Patenten und Patentportfolios und Erschöpfung des Patentrechts in der Europäischen Gemeinschaft, in: R. Hilty, J. Drexl, W. Nordemann (Eds.), Schutz von Kreativität und Wettbewerb, Festschrift für Ullrich Loewenheim zum 75. Geburtstag, Publisher C.H. Beck, Munich 2009, pp. 309-321 (ISBN 9783-4-065-900-9)

277. Der Schutz von Geschäftsmethoden und andere patentrechtliche Fragestellungen im Lichte der aktuellen Finanzmarktkrise, in: M. Bergermann, G. Rother, A. Verhauwen (eds.) Festschrift für Peter Mes zum 65. Geburtstag, C.H. Beck publisher, Munich 2009, pp. 327-351 (in coll. with S. Klopschinski), ISBN 3-406-59223-6

278. Europäisches Patent – Gemeinschaftspatent, in J. Basedow/K.J. Hopt/R. Zimmermann (Hrsg.), Handwörterbuch des europäischen Privatrechts, Mohr Siebeck publishers, Tübingen 2009, Vol. I, pp. 543-548, ISBN 978-3-16-149918-0

279. Gebrauchsmusterrecht in J. Basedow/K.J. Hopt/R. Zimmermann (eds.), Handwörterbuch des europäischen Privatrechts, Mohr Siebeck publishers, Tübingen 2009, Vol. I, pp. 636-641, ISBN 978-3-16-149918-0

280. Patentrecht, in J. Basedow/K.J. Hopt/R. Zimmermann (eds.), Handwörterbuch des europäischen Privatrechts, Mohr Siebeck publishers, Tübingen 2009, Vol. II, pp. 1136-1140, ISBN 978-3-16-149918-0

281. Sortenschutz, in J. Basedow/K.J. Hopt/R. Zimmermann (eds.), Handwörterbuch des europäischen Privatrechts, Mohr Siebeck publishers, Tübingen 2009, Vol. II, pp. 1416-1421, ISBN 978-3-16-149918-0

**v. Book Reviews**

282. Zabel, Bojan: Poslovna tajna, Beograd 1970 in: Zeitschrift für das gesamte Handelsrecht und Wirtschaftsrecht, Book 135 Vol. 6, pp. 588-590

283. Urem, Zvonimir: Pravo izvodaca knjizevnih i umjetnickih djela, Zagreb 1969, GRUR Int. 1974, pp. 330-331

284. Janjič, Miodrag: Autorsko filmsko pravo, Beograd 1971, GRUR Int. 1976, pp. 31-32

285. AIPPI (Ed.): La legge veneziana sulle invenzioni - La loi vénitienne sur les inventions - Venetian Patent Law Das Venediger Patentrecht, Milano 1974, GRUR Int. 1975, p. 322

286. Taube, Utz-Friedebert (Ed.): Bibliographie der Zeitschriftenliteratur zum Stand der Technik, München/New York 1978, GRUR Int. 1979, p. 533

287. Ubertazzi, Luigi Carlo: Invenzione e innovazione. Milano 1978, GRUR Int. 1980, p. 70

288. Linden, Willi (Ed.): Lizenzen - Ökonomische und juristische Probleme des Ideenhandels, Halle (Saale) 1978, GRUR Int. 1980, pp. 129-130

289. Trifkovič, Milos: Pravo konkurencije, Sarajevo 1981, GRUR Int. 1982, pp. 75-76

290. Katzarov`s Manual on Industrial Property all over the World, 9th edition, Geneva 1981, GRUR Int. 1982, p. 149

291. Schade, Hans/Schade, Jürgen: Patent-Tabelle: Übersicht über materielles und formelles Recht in 50 Ländern, 6. Aufl., Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1982, GRUR Int. 1982, p. 214

292. Pretnar, Bojan: Industrijska lastnina v ekonomskih odnosih s tujino, Ljubljana 1982, GRUR Int. 1984, pp. 122-124

293. Phillips, Jeremy (Ed.): Employee`s Inventions. A Comparative Study, Sunderland, Tyne and Wear 1981, GRUR Int. 1984, pp. 199-200

294. Europäisches Patentamt (Ed.): Entscheidungen der Beschwerdekammern des Europäischen Patentamts, Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1983, GRUR Int. 1984, pp. 261-262

295. Pedrazzini, Mario M.: Patent- und Lizenzvertragsrecht, Bern 1983, GRUR Int. 1984, pp. 380-381

296. Bercovitz, Alberto (Ed.): Las patentes universitarias, Protección y explotación de las patentes generadas por la Universidad, Madrid 1981, GRUR Int. 1984, pp. 560-561

297. Puharic, Kreso/Ude, Lojze/Krisper-Kramberger, Marija: Predpisi o izumih, tehnicnih izboljsavah in znakih razlikovanja s komentarjem, Ljubljana 1982, GRUR Int. 1985, pp. 226-228

298. Patent- und Urheberrecht, Arbeitnehmererfindungs- und Veröffentlichungsrecht (Herausgegeben von der Arbeitsgruppe Fortbildung im Sprecherkreis der Hochschulkanzler), Essen 1985, GRUR Int. 1987, pp. 815-818

299. Mast, Heribert: Sortenschutz und Biotechnologie, München 1986, GRUR Int. 1987, pp. 886-887

300. Haertel, Kurt/Krieger, Albrecht/Kaube, Gernot (Hrsg.): Arbeitnehmererfinderrecht. Gesetz über Arbeitnehmererfindungen mit Durchführungsverordnungen, Richtlinien, Materialien, Rechtsprechungsübersicht und Bibliographie, 3., neu überarbeitete und ergänzte Auflage, Köln etc. 1989, GRUR Int. 1989, pp. 599-600.

301. Markovič, Slobodan: Zaštita računarskih programa patentom, autorskim pravom i pravom sui generis (Schutz von Rechenprogrammen mit Patenten, Urheberrechten und Rechten sui generis), Ljubljana 1990, GRUR Int. 1990, pp. 649-650

302. Wuesthoff, Franz/Leßmann, Herbert/Wendt, Diethard: Sortenschutzgesetz - Kommentar, 2. erweiterte und neu bearbeitete Aufl., Weinheim 1990. GRUR Int. 1991, pp. 77-78

303. Ghidini, Gustavo and Hassan, Sandro: Biotechnologie - novitá vegetali e brevetti, Milan, 1990, GRUR Int. 1993, pp. 714-715.

304. Wittmann, Alfred: Grundlagen der Patentinformation und -dokumentation, Berlin and Offenbach 1992, GRUR Int. 1993, pp. 897-898.

305. Jaenichen, Hans-Rainer: The European Patent Office's Case Law on the Patentability of Biotechnology Inventions, Cologne, Berlin, Bonn and Munich, 1993, GRUR Int. 1993, pp. 898-899.

306. Cornish, W.R.: Cases and Materials on Intellectual Property, 2nd Ed., London, Dublin, Hong Kong, 1996, GRUR Int. 1997, p. 578.

307. Bartenbach, Kurt und Volz, Franz-Eugen: Arbeitnehmererfindervergütung - Kommentar zu den Amtlichen Richtlinien von Arbeitnehmererfindungen, Köln, Berlin, Bonn, München 1995, GRUR Int. 1997, pp. 581-582.

308. McCarthy, J. Thomas: McCarthy's Desk Encyclopedia of Intellectual Property, 2nd Ed., Washington, D.C., 1995, GRUR Int. 1997, p. 582.

309. Zehn Jahre Rechtsprechung der Großen Beschwerdekammer im Europäischen Patentamt - The Law and Practice of the Enlarged Board of Appeal of the EPO During its first ten years - Dix Ans de Jurisprudence de la Grande Chambre de Recours de l'OEB. Herausgegeben von Mitgliedern der Großen Beschwerdekammer im EPA, Köln/Berlin/Bonn/München, 1996, GRUR Int. 1997, pp. 664-666.

310. Zabel Bojan: Tržno pravo - Teorija in praksa pravnega urejanja trga (Marktrecht - Theorie und Praxis der rechtlichen Regelung des Marktes), Ljubljana 1999, GRUR Int. 2001, pp. 196-198

311. Wuesthoff, Franz / Leßmann, Herbert / Würtenberger Gert: Handbuch zum deutschen und europäischen Sortenschutz - Systematische Darstellung mit Gesetzestexten, New York, Chichester, Brisbane, Singapore, Toronto 1999, GRUR Int. 2001, pp. 374-375

312. Singer, Margarete/Stauder, Dieter (Eds.), Europäisches Patentübereinkommen - Kommentar, 2nd edition, Köln/Berlin/Bonn/München 2000, NJW 2001, p. 2690

## vi. Comments on Court Decisions

313.  Decision of the Supreme Commercial Court Belgrade of December 20, 1972 - "Ausübende Künstler", GRUR Int. 1974, pp. 330-331

314.  Decisions of the District Court of Ljubljana of December 19, 1975 and of the Supreme Court of Slovenia of August 12, 1976 - "Lego", GRUR Int. 1977, pp. 207-208

315.  Decision of the US-Court of Customs and Patent Appeals of July 16, 1981 - "Clavulanic acid", GRUR Int. 1982, pp. 399-400

316.  Decision of the Supreme Court of Canada of June 22, 1989 - "Pioneer - Hi-Bred", 21 IIC, (1990), pp. 854-856

**vii. Miscellaneous**

317. Gesamtredaktion: Beier, Friedrich-Karl: Markenrechtliche Abhandlungen, Carl Heymanns Verlag, Köln/Berlin/Bonn/München 1986

318. Die Veröffentlichungen von Dr. Dr.h.c.mult. Kurt Haertel, in: Gewerblicher Rechtsschutz in Deutschland und Europa, Festschrift für Kurt Haertel zum 80. Geburtstag, GRUR Int. 1990, 804/805 (in coll. with Chr. Haugg)

319. Obituary: Friedrich-Karl Beier (1926-1997), Yearbook of the Slovenian Academy of Sciences and Arts 1997, pp. 150-151

320. Obituary: In memoriam Stojan Pretnar (1909-1999), GRUR Int. 1999, pp. 425-426

321. Interview in Europäisches Patentamt (Ed.), Interviews for the Future, EPO München 2006, pp. 334-339

## viii. Lectures

1. The New Yugoslav Economic Order, Pace College, New York, June 1968

2. Ergebnisse des WIPO-Symposiums über die Rolle der Patentinformation in Forschung und Entwicklung, 17. Jahrestagung des Ausschusses für Patentdokumentation der Deutschen Gesellschaft für die Dokumentation, München, April 29, 1975

3. Informacijska funkcija patentnega sistema in pregled stanja patentne informacije v svetu (The Information Function of the Patent System and Overview on the State of Patent Information in the World), Raziskovalna skupnost Slovenije (Research Society of Slovenia), Ljubljana, October 6, 1977

4. Stand der Vereinheitlichungsbemühungen der sozialistischen Länder auf dem Gebiet des Erfindungsschutzes, Kuratorium des Max-Planck-Instituts für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht, München, March 3, 1978

5. Sulla necessità di un'armonizzazione della normativa delle invenzioni dei dipendenti nell'ambito della Comunità Economica Europea, Congress "La tutela dei brevetti secondo la nuova normativa italiana ed europea", Accademia di studi economici e sociali "Cenacolo Triestino", Trieste, May 3, 1980

6. Vorhandene Informationsmöglichkeiten in der Patentliteratur, Deutsche Vereinigung für gewerblichen Rechtsschutz, Ausschuß für Patent- und Gebrauchsmusterrecht, München, October 23, 1980

7. The Max Planck Institute for Patent Law in Munich and its Documentation Work - Thirty Years of Experience, Patents and Trade Marks Researchers` Group, Institute for Information Scientists, London, May 12, 1981

8. Zum Begriff des Arbeitnehmererfinders in den westlichen Ländern, Symposium "The Creations of Employees' and the Patent- and Copyright Law", Jagiellonian University Kraków, May 19, 1981

9. Neuere Entwicklungen auf dem Gebiet des Arbeitnehmererfinderrechts in den Mitgliedsstaaten der EG, Herbsttagung des Deutschen Verbandes der Patentingenieure und Patentassessoren, Düsseldorf, September 25, 1981

10. Vorhandene Informationsmöglichkeiten in der Patentliteratur, Deutscher Dokumentartag, Mainz, October 6, 1981

11. Der Erfinderschein - Eine Würdigung aus der Sicht der Arbeitnehmererfindung, Executive Committee of AIPPI (Symposium "Inventors` Certificate"), Moscow, April 19, 1982

12. Möglichkeiten der Unterrichtung über die Rechtsprechung und die Literatur zum europäischen Patentrecht, European Patent Office, Munich, October 20, 1982

13. Die Innovationsschutzkonzeption in den sozialistischen Staaten, Expert discussion on "Patent Protection and Innovation" of the EG-Commission", Luxembourg, November 4, 1982

14. Das neue jugoslawische Patentrecht - Eine kritische Würdigung, Fachtagung der Südosteuropagesellschaft und des Max-Planck-Instituts für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht, "Das Patentrecht der südosteuropäischen Staaten", Munich, January 27, 1983

15. Die international-privatrechtliche Beurteilung von Arbeitnehmererfindungen im europäischen Patentrecht, Symposium "Internationales Privatrecht und Wirtschaftsrecht" of Alexander von Humboldt Stiftung, Ludwigsburg, September 29, 1983

16. Rimska konvencija o zaščiti pravic reprodutivnih umetnikov in izvajalcev (1961) in stanje te zaščite v Evropi 20 let pozneje (The Rome Convention on the Protection of Performing Artists and the State of that Protection in Europe 20 Years Later) Slovenian Academy of Sciences and Arts, Ljubljana, February 14, 1984

17. Zaštita prava umjetnika izvodjača i Rimska konvencija 1961 -retrospektivno razmatranje (Protection of Performing Artists and the Rome Convention of 1961 - a Retrospective), Institute for International Law and International Relations, University of Zagreb, February 16, 1984

18. Patent- und/oder Sortenschutz für gentechnologisch entwickelte Pflanzenzüchtungen, Enlarged Colloquium of the Max-Planck-Institute for Foreign and International Patent-, Copyright and Competition Law, Munich, December 4, 1984

19. Probleme des Patentschutzes biotechnologischer Erfindungen, Frühjahrstagung des Deutschen Verbandes der Patentingenieure und Patentassessoren, Bad Homburg, April 26, 1985

20. Zum Problem des Wissens- und Technologietransfers von Forschungslaboratorien in die industrielle Praxis, Executive Committee of AIPPI (Symposium "Patents und Licenses as Means for Transferring Research Results from the Lab into Industrial Exploitation"), Rio de Janeiro, May 16, 1985

21. vlogi in problemih prenosa znanja in tehnologije iz raziskovalnih laboratorijev v industrijsko prakso, Prireditev ob dnevu inovatorjev 1985 (On the Role and Problems of the Knowledge Transfer from the Research Laboratories into Industrial Practice, Technical University of Maribor, Maribor, September 26, 1985

22. Internationale Trends im gewerblichen Rechtsschutz auf dem Gebiet der Biotechnologie, Association of Slovenian Pharmaceutical Industry, Lek, Ljubljana, September 30, 1985

23. Forderungen an den Patentschutz aus der Sicht der Biotechnologie, Technische Universität München, December 9, 1985

24. Formen vertraglicher Zusammenarbeit zwischen der Universitätsforschung und Industrie, Philipps-Universität Marburg/Lahn, April 17, 1986

25. Neufassung des Urheberrechtsgesetzes von 1985 und seine Auswirkungen auf die Bibliotheken der Max-Planck-Institute, Fortbildungsseminar für Bibliotheksleiter der Max-Planck-Institute, Plön, 23. April 1986

26. Industrijska lastnina in znanstveni ter tehnološki razvoj genski inženiring kot primer (Industrial Property and the Scientific and Technological Development - Genetic Enginee- ring as an Example), Faculty of Law in Ljubljana, Ljubljana, May 5, 1986

27. Protection of Inventions in the Field of Biotechnology - Some Specific Considerations with Regard to Latin America. High-Level Round Table on Intellectual Property Matters of Topical Interest in Latin America, Organized by WIPO with the cooperation of the Govern- ment of Mexico and the United Nations Development Programme (UNDP), Mexico City, September 23, 1986

28. Biotechnologie und Patentrecht, "Patentseminar", Justus-Liebig-Universität Gießen, October 20, 1986

29. International Implications of Plant Variety Rights and Patent Protection. Mishkenot Sha`ananim Conference "The Legal Aspects of Biotechnology", Jerusalem, October 28, 1986

30. Internationale Entwicklungen im Bereich des Schutzes biotechnologischer Erfindungen, Institute of Inventions and Protection of Intellectual Property, Jagiellonian University Kra- ków, December 11, 1986

31. Das Verhältnis von Sortenschutz und Patentschutz für biotechnologische Erfindungen in internationaler Sicht, Tagung der Gesellschaft für Rechtspolitik und Max-Planck-Institut für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht "Biotechnologie und gewerblicher Rechtschutz", Munich, January 16, 1987

32. Zur Problematik des Schutzes biotechnologischer Erfindungen aus nationaler und internationaler Sicht, Tagung "Standort Biotechnologie - Faktoren, Einflüsse, Sachzwänge", Düsseldorf, February 6, 1987

33. Der Stand des Schutzes biotechnologischer Erfindungen, Bezirksgruppe Bayern der Deutschen Vereinigung für gewerblichen Rechtsschutz und Urheberrecht, Munich, February 22, 1987

34. Plant Biotechnology, Industrial Property and Plant Genetic Resources - Some Thoughts with Regard to India and Southeast Asia, International Seminar on Intellectual Property and High Technology, Organized by WIPO in cooperation with the Department of Electronics, Government of India, with assistance of the UNDP, New Delhi, March 2, 1987

35. Die Bio- und Gentechnologie - Chancen und Probleme, Klub zum guten Endzweck und Industrie- und Handelskammer, Emden, April 24, 1987

36. Zum Schutz biotechnologischer Erfindungen - Patentschutz für Pflanzen und Tiere?, Gesellschaft deutscher Chemiker, Frankfurt a.M., May 5, 1987 = Arbeitskreis Mannheim in der Bezirksgruppe Südwest der Deutschen Vereinigung für gewerblichen Rechtsschutz und Urheberrecht, Mannheim, October 8, 1987

37. The Principle of "Dependence" under Patents and Plant Breeders` Rights. Vth International Colloquium on the Protection of Plant Breeders`Rights of the International Community of Breeders of Asexually Reproduced Ornamental and Fruit-Tree Varieties (CIOPORA), Washington D.C., September 11, 1987

38. Die Stellung des Immaterialgüterrechts im Rechtssystem, ETH Zürich, September 25, 1987

39. Gewerblicher Rechtsschutz als ein die Entwicklung der Technik begleitender Rechtszweig - Biotechnologie als Beispiel, 16. Internationales Symposium "Ingenieurpädagogik `87", Portorož/Jugoslawien, September 29, 1987

40. Aktuelle und potentielle Schutzmöglichkeiten von Sortenschutz und Patentschutz bei biotechnologischen Erfindungen in der Tierzucht in internationaler Sicht, Arbeitsausschuß für Methoden der Biotechnologie in der Tierproduktion der Deutschen Gesellschaft für Züchterkunde e.V., Mariensee bei Neustad a.R., November 5, 1987

41. Possibilities for Protection of Novel Plants and Animals under Existing European Legal Framework, IXth Meeting of the the EC-US High Technology Group, Brussels, December 8, 1987

42. Actual Status of the Protection for Biological Inventions - An Outline, Insinöörijarjestöjen Koulutuskeskus (INSKO), Espoo/Helsinki, December 10, 1987

43. Patentschutz für Pflanzen und Tiere, Fachtagung "Herstellung der Natur? Fragen an den Bericht der Enquete-Kommission `Chancen und Risiken der Gentechnologie`", Akademie für Politische Bildung, Evangelische Akademie Tutzing in Verbindung mit dem Bayerischen Rundfunk, Tutzing, December 15, 1987

44. Innovation in Plant Biotechnology: The Interface of Patent Law and Plant Variety Rights: The Possible Extension of Existing Legal Systems - Dependency License - A Suitable Means of Co-existence? European Study Conferences Symposium on Biotechnology and Industrial Property Law, Munich, February 18, 1988

45. Zum Schutz biotechnologischer Erfindungen - Patentschutz für Pflanzen und Tiere?, Deutsche Vereinigung für Gewerblichen Rechtsschutz und Urheberrecht, Hamburg, February 22, 1988, Stuttgart, March 16, 1988

46. Implications of the Biotechnological Revolution for Intellectual Property Rights, Department of Agriculture, Government of New South Wales, Sydney, April 12, 1988

47. Comparative Law Aspects of Patent Protection under The European Patent Convention, the German Patent Law and the Yugoslav Patent Law (in slovene), Association of Yugoslav Engineers and Technicians, Ljubljana, May 30, 1988

48. Gewerblicher Rechtsschutz und Biotechnologie unter besonderer Berücksichtigung der Pflanzenzüchtungen, Patent-Conference of the Hoechst Company, June 15, 1988

49. The Emerging European Law for Protection of Biotechnology Results, Annual Meeting of the International Association for the Advancement of Teaching and Research in Intellectual Property (ATRIP), Washington D.C., July 25, 1988

50. Europa auf dem Wege zur Patentierung von Pflanzen und Tieren?, Deutsche Vereinigung für gewerblichen Rechtsschutz und Urheberrecht, Frankfurt/Main, 18. Oktober 1988

51. Animal Patents - The Development and Status of European Law, Symposium: Animal Patents: The Legal, Economic and Social Issues, Cornell University, Ithaca, New York, December 5, 1988

52. General Introduction to the Protection of Inventions in the Field of Biotechnology (Serbo-Croate), National Seminar on Searching and Examination Techniques Regarding Patent Applications in the Field of Biotechnology organized by World Intellectual Property Organization in cooperation with the Federal Patent Office of the SFR of Yugoslavia, Belgrade, December 19, 1988

53. Patentschutz für Ergebnisse wissenschaftlicher Forschung? Doktorandenseminar, Max-Planck-Institut für Festkörperforschung, Stuttgart, January 31, 1989

54. Wird das geistige Eigentum künftig in internationalen Wirtschaftbeziehungen eine neue Rolle spielen? (slovene). International Seminar "Economic and Legal Aspects of Cooperation between Yugoslavia and the European Community after the Year 1992, Organized in honour of Professor Dr. Stojan Pretnar, for his 80th birthday, Ljubljana, April 7, 1989

55. Priority right under the Paris Convention for the Protection of Industrial Property (slovene), Faculty of Law University of Ljubljana, on the occasion of the 70th Anniversary of University of Ljubljana, Ljubljana, April 20, 1989

56. The Disclosure and its Function in Patent Applications, Course on Intellectual Property Rights, Inter-University Center of Postgraduate Studies, Dubrovnik, April 27, 1989

57. The US-GATT Initiative and the New Role of Intellectual Property in International Economic Relations (serbo-croate), Symposium, Actual International Law Aspects of Intellectual Property, Cavtat, April 28, 1989

58. AIPPI and the Protection of Inventions in Plants - Past Developments, Future Perspectives, AIPPI World Congress for the Protection of Industrial Property, Workshop "Protection of Biotechnological Inventions", Amsterdam, June 6, 1989

59. Das Immaterialgüterrecht im Rechtssystem - Copyright, UWG, Eidgenössische Technische Hochschule Zürich, Zürich, July 7, 1989

60. Arbeitnehmererfinderrecht: Grundlagen und Möglichkeiten der Rechtsangleichung, Annual Meeting of the Association for Comparative Law, Würzburg, September 14, 1989
61. Introductory Lecture on the EC-Directive on the Legal Protection of Biotechnological Inventions, Patent Committe of the German Association for the Protection of Industrial Property, Frankfurt/Main, September 15, 1989

62. Europe 1992 and the Emerging European Law for Protection of Biotechnology Results, Hale and Dorr Seminar on "Europe 1992 - Strategic Alternatives for U.S. High Technology and Biotechnology Companies", Boston, September 21, 1989

63. Patent Protection in Developing Countries - An Overview, Workshop "Equitable Patent Protection for the Developing World", Cornell University, Ithaca, N. Y., October 2, 1989.

64. Legal and Patent Issues of European Integration, Conference "1992: Perspective on European Integration", Hobart and William Smith College, Geneva, N. Y., October 14, 1989.

65. The Role of International Law in Resolving Claims, Department of Agricultural Economics, Cornell University, New York State College of Agriculture and Life Sciences, Ithaca, N. Y., October 19. 1989

66. Protection of Biotechnological Inventions in Europe and in U.S.A., Cornell University, Science-Technology-Society Program, Ithaca, N. Y., October 26, 1989

67. Equitable Patent Protection for Developing World - Report on a Workshop, Cornell Law School International Program, Cornell Law School, Ithaca, N. Y., November 8, 1989

68. Intellectual Property Law and the Max-Planck Institute, Central New York Patent Law Association, Ithaca, N. Y., November 16, 1989

69. Ethische und rechtliche Probleme bei der Anwendung der Biotechnologie im Patentschutz bzw. Sortenschutz, Expertentagung "Chancen und Risiken der Biotechnik in der tierischen Produktion", Akademie für Politik und Zeitgeschehen der Hanns-Seidel-Stiftung e.V. in Kooperation mit der Deutschen Gesellschaft für Züchtungskunde e.V., Bildungszentrum Wildbad Kreuth, April 3, 1990

70. The International System für Protecting Neighboring Rights, Inter-University Center of Post-graduate Studies, Dubrovnik, April 25, 1990

71. Protection of Neighboring Rights in International Conventions and in Yugoslav Law (in serbo-croate), Faculty of Law, University of Kragujevac, April 26, 1990

72. Recent Developments in Patent Law: Community Patent Convention, Proposed EC-Directive on the Legal Protection of Biotechnological Inventions, Proposed EC-Directive on Patent Term Restoration for Patents in the Area of Pharmaceuticals, WIPO Draft-Treaty on the Harmonization of Patent Law (in serbo-croate), Yugoslav Federal Patent Office, Belgrade, April 27, 1990

73. Rechtliche Aspekte bei der Anwendung der Gentechnologie in der Landwirtschaft, Bayerischer Bauernverband, Herrsching, May 15, 1990

74. Schutz von Pflanzen durch Patente und/oder Sortenschutzrecht (UPOV), Generalversammlung der Schweizerischen Vereinigung für gewerblichen Rechtsschutz, Bern, June 21, 1990

75. Künftiger Schutz von Erfindungen im Bereich der Pflanzen-biotechnologie im einheitlichen europäischen Markt, Forum Seminar "Patentschutz biotechnologischer Erfindungen", Munich, September 10, 1990

76. To Whom Do Innovations Made by Professors and Researchers at University Belong?, Symposium "Intellectual Property, University and Industry in Latin America", Jointly organized by ATRIP, University of Costa Rica and WIPO, San José, September 17, 1990

77. Grundzüge des Patent- und Gebrauchsmusterrechts; Moderne Technikentwicklung mit Fällen, Münchner Blockvorlesung zum gewerblichen Rechtsschutz an der Martin-Luther-Universität Halle-Wittenberg, Halle, October 16, 1990

78. Bedeutung und Grundzüge gewerblicher Schutzrechte und des Wettbewerbsrechts in der Marktwirtschaft, Leipziger Gespräch, Leipzig, November 1, 1990

79. The International Legal Environment for Intellectual Property Rights, Workshop on Consequences of Intellectual Property Rights for the International Agricultural Research Centers, International Crops Research Institute for the Semi-arid Tropics (ICRISAT), Patancheru, Hyderabad, India, November 19, 1990

80. The European Patent and Trademark Law, St. Galler Europarechtskurse, Hochschule St. Gallen, St. Gallen, April 20, 1991

81. Biotechnologische Erfindungen - ihr Schutz und seine Grenzen, Jubiläumsveranstaltung zum 100jährigen Bestehen der Deutschen Vereinigung für gewerblichen Rechtsschutz und Urheberrecht, Berlin, June 14, 1991

82. Patent Protection for Inventions in Plants and Animals in Europe, International Workshop on Intellectual Property in Biotechnology: A Tool for Continental Integration in the Global Scene, Porto Bello/Rio de Janeiro, July 3, 1991

83. Die Stellung der Immaterialgüterrechte im Rechtssystem (Copyright, UWG) Eidgenössische Technische Hochschule Zürich (VESPA-Seminar), Zürich, October 4, 1991

84. Who can obtain a Patent - Employees' Inventions with Special Reference to Inventions made by University Professors, Columbus Seminar on Industrial Property, Salamanca, October 10, 1991

85. Geistiges Eigentum: Gewerblicher Rechtsschutz - einige Anmerkungen zum Grundsätzlichen und zu neueren Entwicklungslinien, International Forum - Europe - USSR: Law and Cooperation, Moscow, October 22, 1991

86. Summary Report on Forum Discussion on Intellectual Property, Committee for Scientific and Tehnological Policy of the OECD, Paris, October 23, 1991

87. Biotechnology and Patent Protection With Specific Reference to Plant Patents, JBA/IBF International Symposium, Tokyo, October 31, 1991

88. Current Legal Protection of Biotechnological Inventions in Plants and Animals, Symposium on Legal and Social Issues of Biotechnology, Bet-Dagan (Israel), November 21, 1991

89. Intellectual Property Rights, Key Element of the Dissemniation and Exploitation of Knowledge Resulting From Research Activities, Workshop of the Scientific and Technical Research Committee of the EC (CREST), Brussels, December 19, 1991

90. Industrial Property Legislation as an Element in Market Economies, Workshop on Industrial Property Legislation as an Element in Market Economies, XXXV th AIPPI Congress, Tokyo, April 7, 1992

91. Ökonomisch optimaler Rechtsschutz in der künftigen Tierzüchtung, Institut für Agrarpolitik und landwirtschaftliche Marktlehre, Universität Hohenheim, Hohenheim, April 30, 1992

92. Basic Characteristics of the International Convention for the Protection of Industrial Property (Paris Convention) (in Slovene), Office for the Protection of Industrial Property of the Republic Slovenia, Ljubljana, July 24, 1992

93. Patent Protection of Recombinant DNA Methods and Products in Animal Breeding, XXIII International Conference on Animal Genetics of the International Society of Animal Genetics, Interlaken, August 5, 1992

94. Gentechnik als Herausforderung des Rechts, Eposium on Genetic Engineering The New Challenge, European Patent Office, Munich, November 20, 1992

95. Patentierbarkeit biotechnologischer Erfindungen, Symposium "Novel Foods" - Rechtliche und wirtschaftliche Aspekte der Anwendung neuer biotechnologischer Verfahren bei der Lebensmittelherstellung, Universität Bayreuth, Forschungsstelle für Lebensmittelrecht, Bayreuth, April 23, 1993

96. Patenting in the Field of Genetic Engineering - a Challenge for the EPO, European Patent Office, The Hague, May 13, 1993.

97. Pflanzenpatente und Sortenschutz - Friedliche Koexistenz - Kolloquium, Annual Meeting of the German Association for Industrial Property and Copyright 1993, Düsseldorf, June 10, 1993.

98. Rechtsfragen und Patentrecht in der Gentechnik, Anhörung Gentechnik der FDP/DVP-Landtagsfraktion, Landtag von Baden-Württemberg, Stuttgart, June 29, 1993.

99. Patenting of Human Genes and Living Organisms, Heidelberg Academy of Sciences, Heidelberg, July 1, 1993.

100. Recent International and European Developments in the Field of Neighbouring Rights Protection, University of Bologna, Bologna, October 15, 1993.

101. Recent Case Decisions on Biotechnology Patentability in the European Patent Office, Germany and other Member States, Washington Law School, University of Washington, Seattle, October 22, 1993.

102. Legal Problems Related to Genetic Engineering, Stockholm School of Economics, Stockholm, October 27, 1993.

103. Patente auf Leben, Ringvorlesung - Studium Generale, University of Konstanz, Konstanz, December 17, 1993.

104. Current Issues in Patenting Research Results Close to Industrial Application, Colloquium of the Max-Planck-Institute for Foreign and International Patent-, Copyright- and Competition Law in Munich, on "Industrial Property Rights and Copyrights on Research Findings of Research Institutions and their Scientists", Schloß Ringberg, January 20, 1994.

105. The Human Genome Project and Intellectual Property Rights - the European Situation, First International Genome Summit Meeting of the Human Genome Organization (HUGO), Rice University, Houston, January 21, 1994.

106. Industrial Property Law in Aid of Biodiversity, Satellite Symposium of the International Center for Bio-Legal Studies (ICBL) on "Biodiversity in Search of Legal Sustenance", The Hebrew University of Jerusalem, Faculty of Agriculture, Rehovot, March 20, 1994.

107. Current Issues of Patentig Methods and Products of Plant Genetic Engineering in Europe, The Otto Warburg 10th Anniversary Symposium on "Molecular Biology in Plant Breeding: Theoretical, Practical and Legal Aspects", Rehovot, March 21, 1994.

108. Das Recht des unlauteren Wettbewerbs in Slowenien mit Hinweisen auf die Rechtslage in Kroatien, Arbeitssitzung der Fachgruppe für gewerblichen Rechtsschutz und Urheberrecht, 24. Tagung der Gesellschaft für Rechtsvergleichung, Humboldt Universität zu Berlin, Berlin, March 25, 1994.

109. Protection and Commercialization of Inventions of University Employees (in Slovene), University Forum, University of Ljubljana, Ljubljana, May 5, 1994.

110. Issues in the Protection of Biotechnological Inventions, including Biodiversity, World Intellectual Property Organization's (WIPO) Academy, Session for the Countries of Latin America and the Caribbean, Geneva, May 17, 1994.

111. The Biodiversity Treaty - Its Impact on Intellectual Property Rights, International Conference on Protecting Biotechnological Inventions - Recent Developments in Law and Practice, European Patent office, Munich, June 22, 1994.

112. Zur Patentierung von menschlichen Genen und Gentherapieverfahren - Praxis und Diskussionsstand, Deutsche Vereinigung für gewerblichen Rechtsschutz und Urheberrecht e.V. Bezirksgruppe Frankfurt and Seminare für gewerblichen Rechtsschutz und Urheberrecht an den Universitäten Frankfurt und Gießen und an der Technischen Hochschule Darmstadt, Frankfurt/Main, June 27, 1994

113. Same, Bezirksgruppe West der Deutschen Vereinigung für gewerblichen Rechtschutz und Urheberrecht, Düsseldorf, September 27, 1994

114. Internationale und europäische Entwicklungen im Patentrecht bezüglich biologischen Materials, Workshop of the Ministry of Agriculture on "Bedingungen für den Zugang zu und die Nutzung von genetischen Ressourcen für die Landwirtschaft und Ernährung als Bestandteil der biologischen Vielfalt", Bonn-Wachtberg/Niederbachem, October 25, 1994

115. La problematica delle invenzioni di ingegneria genetica alla luce della proposta di direttiva CEE e Gatt-Trips, Symposium: I nuovi brevetti - Biotecnologie e invenzioni chimiche, Milan, November 11, 1994

116. Die Bedeutung von GATT-TRIPs Abkommen für das Patentrecht, "TRIPs Working Group" of the Max-Planck-Institute for Foreign and International Patent-, Copyright- and Competition Law, Munich, December 8, 1994

117. Patenting of Human Genes and Human Gene Therapy, Patent Office of the Republic of Croatia, Zagreb, January 27, 1995

118. Gene, Vektoren und Gentherapie als patentierbare Gegenstände, Kolloquium der Firma Boehringer Mannheim, Penzberg, January 30, 1995

119. Aktuelle juristische Fragen der Patentierung biologischer Erfindungen, Symposium "Gewerblicher Rechtschutz in der juristischen Forschung und Lehre" des Deutschen Patentamts, Deutsches Museum, Munich, March 6, 1995

120. Gentherapie und verbesserter Patentschutz, Symposium "Gentherapie" der Firma Boehringer Mannheim, Penzberg, March 13, 1995

121. Patentierung von Genen und Zugang zu genetischen Ressourcen - Perspektiven und Probleme, Aktuelle Aspekte der Genetik, Interfakultatives Kolloquium der Universität Hohenheim, Hohenheim, May 9, 1995

122. Zur Patentierung menschlicher Gene nach dem Votum des Europäischen Parlaments, VCI-Symposium "Genomforschung - Schlüssel für die Gesundheitsforschung", Frankfurt am Main, June 7, 1995

123. Einwirkungen des Gemeinschaftsrechts auf die Privatrechtsordnungen der Mitgliedstaaten - Immaterialgüterrecht, Jahrestreffen 1995 der Freunde des Max-Planck-Instituts für ausländisches und internationales Privatrecht, Hamburg, June 17, 1995

124. Patentierung von Erfindungen auf allen Gebieten der Technik?, GATT-TRIPs-Symposium des Max-Planck-Instituts für ausländisches und internationales Patent-, Urheber- und Wettbewerbsrecht, Schloß Ringberg, July 8, 1995

125. Patentrechtliche Probleme der Gentherapie, Kolloquium "Stand, Perspektiven und Rechts-probleme der Gentherapie", Anuual Meeting of the German Association for Industrial Property and Copyright 1995, Bamberg, September 22, 1995

126. Stand und Perspektiven der Genomforschung in Deutschland und USA aus ethischer, rechtlicher und wissenschaftlicher Sicht, Veranstaltungsreihe "Bayern-USA-50 Jahre Partnerschaft", Munich, November 7, 1995

127. Gene Therapy & Living Organisms - Patentability in Europe - Symposium on "Intellectual Property" of "The Institute of Judical Training for Judges", Jerusalem, December 4, 1995

128. Biotechnology and Public Order - Situation under the European Law, the Hebrew University of Jerusalem, Rehovot, December 5, 1995

129. Intellectual Property in Genome Research, "KRKA" International Symposium, Novo Mesto, December 7, 1995

130. Ausreichende Offenbarung und adäquater Schutzumfang bei Stofferfindungen, die sich auf genetische Information beziehen in Deutschland, Großbritannien und vor dem Europäischen Patentamt, Spezialisierungstag der Gesellschaft Deutscher Chemiker, Frankfurt/Main, March 14, 1996

131. Zur Gestalt des Patentsystems in der europäischen Integration, Symposium "Innovationsförderung mittelständischer Unternehmen", organized jointly by the European Commission, the European Patent Office and the Fraunhofer Patentstelle für die deutsche Forschung, European Patent Office, Munich, March 19, 1996

132. Intellectual Property in Genome Research, Plenary Lecture, Human Genome Organisation 96 Meeting, Heidelberg, March 23, 1996

133. The Patent System in the European Integration, Conference of the European Council on Legal Affairs, Buch am Ammersee, May 10, 1996

134. Patentrechtliche Probleme der Gentherapie, 5. Workshop der Deutschen Arbeitsgemeinschaft für Gentherapie, Herzogenhorn/Feldberg b. Freiburg, May 13, 1996.

135. Statement on the Proposal for a Council and Parliament Directive on the Legal Protection of Biotechnological Inventions before the Committee on Legal Affairs and Citizens Rights of the European Parliament, Brussels, June 10, 1996

136. International Perspectives on Sequence Patenting, HUGO's Second International Genome Summit, Canberra, Australia, October 17, 1996

137. Regulatory Challenges in Biotechnology: Foreign and International Patent Law, BINDER Biotechnology Panel Discussion in the European Parliament, Brussels, March 18, 1997

138. Genes and Patents, 9th AEK-Symposium, Heidelberg, March 19, 1997

139. The Patent System in the European Union - Status and Development, Patinnova '97 Congress, Vienna, May 7, 1997

140. The Patent System in the European Union - A Critical Appraisal and Suggestions for its improvement, 6th Annual Conference of Business Lawyers of the Federal Republic of Yugoslavia, Vrnjačka Banja (Serbia), May 22, 1997

141. European vs. US Patent Law: consequences for research and economy with respect to patenting of genomic sequences, Round-Table Discussion on Publication and Patenting of Genomic DNA Sequences, Ministry for Education, Science, Research and Technology, Bonn, May 26, 1997

142. Die Zukunft des europäischen Patentsystems, Patent Law Seminar of Hoffmann-La Roche Ltd., Husseren les Chateau, June 23, 1997

143. Bargaining Around the TRIPS Agreement: The Case for Ongoing Public-Private Initiatives to Facilitate World-Wide Intellectual Property Transactions. Response to the paper presented by Professor David Lange, Duke University and Professor Jerome H. Reichman, Vanderbilt University, Conference on Public Private Initiatives After TRIPs, Brussels, July 17, 1997

144. Struggle for the Maintainance of Biodiversity by Means of Industrial Property Protection, Symposium 20: Patenting in Biotechnology, 8th European Congress on Biotechnology 1997, Budapest, August 18, 1997

145. Patente auf Gene und Lebewesen – Eine fortwährende Herausforderung, Bezirksgruppe West der Deutschen Vereinigung für Gewerblichen Rechtschutz und Urheberrecht e.V., Düsseldorf, September 8, 1997

146. Patentrechtlicher Schutz von Genen und genetisch modifizierten Organismen, Baden-Württem-berg-Kolloquium "Die Bedeutung der Gentechnologie und Gentherapie in der Medizin", organized by the Albert-Ludwigs-University Freiburg, Bundesleistungszentrum Herzogenhorn/Feldberg, September 17, 1997

147. Patentrechtlicher Schutz von biologischem Material und gentechnisch modifizierten Organismen, Annual Meeting of the "Chirurgische Arbeitsgemeinschaft Molekulare Diagnostik und Therapie (CAMO)," Universitätsklinikum Carl Gustav Carus of the Technische Unversität Dresden, September 19, 1997

148. The Biodiversity Treaty and its patent implications, International Conference "Protecting Pharmaceutical and Biotechnological Inventions", jointly organized by the EU-Commission and the European Patent Office, Trieste, October 15, 1997

149. Relevance of Intellectual Property Rights in the European Context, "IPR and EU Research Programmes", an IGLO Seminar, Brussels, November 7, 1997

150. Abhängigkeit bei Patenten auf genetische Information - Ein Sonderfall?, Conference on "Ethical and Legal Issues of Patenting Genetic Information", European Patent Office, Munich, November 21, 1997

151. Gentechnik, Patentierung und Ethik, "Forum Wissenschaft und Ethik" of the Institute of Science and Ethics of the University Bonn, Bonn, December 4, 1997

152. Patents on Human Genes and International Patent Laws, 2nd Beutenberg Symposium, "Genome Analysis: Strategies, Medical and Industrial Applications", University of Jena, December 13, 1997

153. A Critical Look at the System of Protection for Patents in Europe, Fordham University School of Law Sixth Annual Conference on Intellectual Property Law and Policy, Fordham University School of Law, New York, April 17, 1998

154. Latest Developments in Biotechnology - Gene Modification Techniques As They Relate to IPRs, Workshop "Intellectual Property Rights and Their Special Impact on Biotechnology, " Tufts University European Center, Talloires, France, May 19, 1998

155. Biodiversity and Intellectual Property, Workshop V "Genetic Diversity and Intellectual Property", XXXVIIth Congress of the International Association for the Protection of Industrial Property, Rio de Janeiro, May 28, 1998

156. ESTs, SNPs and partial genomic sequences in the light of intellectual property law, Round Table 3: ESTs, SNPs and Partial Genomic Sequences - What does it mean for the Human Genome Project?, Patent and Licensing Agency for the German Human Genome Project, Munich/Schwaig, June 23, 1998

157. Patentierung von Genen und Lebewesen - Rechtliche, ethische und wirtschaftliche Aspekte, Series of Lectures "Genforschung und Gentechnik - Ängste und Hoffnungen", Free University of Berlin, Berlin, June 30, 1998

158. The Legal Protection of Biological Material, General Report, XVth International Congress of Comparative Law, International Academy of Comparative Law, Bristol, July 28, 1998

159. Wem gehört das Genom, 120. Versammlung der Deutschen Gesellschaft der Naturforscher und Ärzte (GDNÄ), Berlin, September 21, 1998

160. Legal and Ethical Problems of Patenting Human Genes, VIth World Congress on Psychiatric Genetics, University of Bonn, Bonn, October 10, 1998

161. Intellectual Property Rights in Human Genome Research Results - The U.S. and the European Approach - Common Problems - Different Solutions?, Fourth Annual Public Symposium "The Changing Character, Use and Protection of Intellectual Property" of the German-American Academic Council Foundation in Cooperation with the U.S. National Academy of Sciences and the Max-Planck-Society, Washington, D.C., December 3, 1998

162. Intellectual Property Aspects of the Human Genome Research in Europe, Conference "The Future Directions of Human Genome Research in Europe," jointly organized by the European Commission, the Human Genome Organization and the University of Florence, Florence, January 24, 1999

163. Der Schutz des geistigen Eigentums in der Welthandelsorganisation: Konsequenzen des TRIPs für die EG und ihre Mitgliedstaaten, Tagung "Die europäische Gemeinschaft in der Welthandelsorganisation - Europa und die Globalisierung -" des Arbeitskreises Europäische Integration e.V. in Verbindung mit dem Institut für deutsches und europäisches Gesellschafts- und Wirtschaftsrecht der Universität Heidelberg, Academy of Sciences Heidelberg, January 30, 1999

164. The Development of Equivalence in Legal Theory and Case Law in Germany Before and After EPC, "International Symposium Equivalence in Patents," organized by the Finnish National Group of AIPPI, Helsinki, March 8, 1999

165. Life as a subject of Patenting, Workshop 11.2, BioGenTec Forum NRW 1999, International Meeting Biotechnology, Cologne, March 16, 1999

166. Wem gehört das Genom? Kein Patent auf Leben, fwf-Wissenschaftsforum (Who owns the genome? No patent on life, Austrian Research Foundation), Vienna, March 19, 1999

167. On the Need for Harmonization of Patents and Plant Breeders Rights, Workshop 2C, International Life Sciences Forum, bioVision, Lyon, March 27, 1999

168. Clinical Trials: The Situation in Germany, Studiedag on "Octrooirecht en geneesmiddelen", Centre for Intellectual Property Rights of the University Leuven, April 29, 1999

169. Genome Sequencing and Intellectual Property - The European Situation, Annual Meeting on Genome Mapping, Sequencing and Biology, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, May 21, 1999

170. The Legal Foundation for Biotechnology Patenting, PLA Round Table 5 "Patent & Technology Management Forum", Dresden, May 31, 1999

171. Patenting Genes and Gene Therapy - Legal and Ethical Aspects, Novartis Foundation 50th Anniversary Symposium "From Genome to Therapy: Integrating New Technologies with Drug Development," Basel, June 24, 1999

172. Wem gehört das Genom, Tag der offenen Tür, Max Planck Society for the Advancement of Science and Max Planck Institute for Foreign and International Patent, Copyright and Competition Law, Munich, July 3, 1999

173. Patenting of Human Biological Material under the EU-Biotechnology Directive of 1998, Annual Conference of International Association for the Promotion of Teaching and Research in Intellectual Property (ATRIP), Geneva July 8, 1999

174. Patenting Life Forms: The European Experience and Perspectives, 3rd World Trade Forum 1999: Intellectual Property: Trade, Competition and Sustainable Development, University of Berne, August 28, 1999

175. Patent Litigation in Europe: Setting the Scene, Patinnova '99 Congress, Thessaloniki/Chalkidiki, October 18, 1999

176. Genomic DNA Sequences, ESTs and SNPs as Patentable Subject Matter under the EU-Biotech Directive and the US Law, University of Houston, Law Center, Houston November 3, 1999

177. Patent Litigation in Europe: A Glimmer of Hope or No Relief in Sight, Katz-Kiley Annual Lecture in Intellectual Property, University of Houston, Law Center, Houston, November 3, 1999

178. Public Domain or Private Property - Aspects of Patent Law in Pharmacogenetics, Association of Clinical Pharmacology Berlin/Brandenburg, European Workshop on Legal, Regulatory and Ethical Aspects in Pharmacogenetics, Berlin, November 12, 1999

179. Patents for Protecting Biotechnology Inventions, Marie Curie Fellowship Association Symposium "Key Technologies, Products and Patents", Munich, November 18, 1999

180. Gewerblicher Rechtsschutz und Gentechnologie, Symposium Gentechnologiebericht, Berlin-Brandenburgische Akademie der Wissenschaften, Berlin, November 20, 1999

181. Die Regelung der Neuheitsschonfrist - ein rechtsvergleichender Überblick, Workshop des Bundesministeriums für Bildung und Forschung, Wissenschaftszentrum Bonn, December 16, 1999

182. Inventions Based on the Use of Human Tissue Samples - Patent Aspects, Workshop of Industrial Association for the Promotion of Human Genome Research (FV) on "Correlation of Genetic Data with Clinical Data and Use of Human Tissue in Research - Ethical and Legal Requirements," Schloss Hohenkammer, near Munich, January 26, 2000

183. The Contemporary Evolution of Intellectual Property in Biotechnology, Rockefeller Foundation Bellagio Meeting on Intellectual Property and Developing World Biotechnology, Bellagio, March 28, 2000

184. Intellectual Property Rights and Genomics - Opening Comments, Wellcome Trust Conference IPR in Genomics, Hinxton Hall, Cambridge, June 7, 2000

185. Intellectual Property in Structural Genomics, OECD Global Science Forum Workshop: International Cooperation on Structural Genomics, Aula Magna, University of Florence, June 9, 2000

186. Patentrecht als Bindeglied zwischen wissenschaftlichem Fortschritt und globalisierter Wirtschaft (Lecture delivered on the occasion of the Science Award), Harnack House of the Max-Planck Gesellschaft, Berlin, June 21, 2000

187. Legal Problems Related to Gene Patents, Colloquium "Life Sciences, Ethics, Economy and Society," of the French Ministry of Research and the French Academy of Sciences, University of Bordeaux, June 23, 2000

188. Gibt es Patente auf Leben?, Studentenschaft Suevia, Munich, July 6, 2000

189. Biodiversity and Intellectual Property - North-South Issue?, CASRIP High Technology Protection Summit 2000, University of Washington School of Law, Seattle, July 22, 2000

190. Rethinking the Grace Period in Europe, CASRIP High Technology Protection Summit 2000, University of Washington School of Law, Seattle, July 22, 2000

191. The Impact of Gene Patenting on Research Activity, Gene Patenting Seminar, Laboratory of Molecular Biology of the British Medical Research Council, Cambridge, September 27, 2000

192. The Importance of Intellectual Property Rights for Academic Research, Meeting of Slovenian Scientists, Slovenian World Congress, Bled, September 29, 2000

193. Patenting in Genomics, Nestlé Research Center Genomics Conference, Lausanne, October 11, 2000

194. Life Sciences and Intellectual Property Rights, Forum Discussion Life Sciences and Technologies, 75th Session of the Committee for Scientific and Technological Policy of the OECD, Berlin, October 12, 2000

195. Basic Principles of the European Patent System, Post Graduate Course on European Law, University of Sarajevo, Sarajevo, October 20, 2000

196. Present State of Patenting in the Field of Biotechnology - An International Review, Executive Board of the International Council for Science (ICSU), Paris, October 25, 2000

197. The Need for Patents, Genetics in Europe Open Day 2000 - GEOD, organized by Progress Educational Trust, HUGO, European Genetics Foundation, Instituto de Recerca Oncologica and EMBO, Kennedy Lecture Theatre, Institute of Child Health, London, November 8, 2000

198. Legal Problems Related to Gene Patents, Transcriptome 2000 - From Functional Genomics to Systems Biology, Conference organized by Centre National de la Recherche Scientifique (CNRS) and Institut Pasteur, Institut Pasteur, Paris, November 9, 2000

199. The Use of Stem Cell Technology, Legal and Patent Law Aspects, Schering Foundation "Kamingespräch," Berlin, November 16, 2000

200. Biopatente auf dem Weg von Innovationsgrundlage zum Forschungshinderniss?, Conference "Wissenschaft zwischen Geld und Geist" of the Max-Planck-Institute for the History of Science, Berlin, November 17, 2000

201. Should a "Grace Period" be Introduced in the European Patent Convention?, Administrative Council of the European Patent Organization, Munich, December 6, 2000

202. Patentierung von Leben, CDU Bioethik-Kongress "Auch in Zukunft menschenwürdig leben - Ethik und Gentechnologie im 21. Jahrhundert", Berlin, December 13, 2000

203. Internationales Patentrecht - Monopolisierung des Wissens?, Ringvorlesung "Global Governance und die Zukunft der Entwicklungspolitik", Veranstaltungsreihe der Johann Wolfgang Goethe Universität in Zusammenarbeit mit der Gesellschaft für Technische Zusammenarbeit (GTZ), der KfW (Kreditanstalt für Wiederaufbau) und der Society for International Development (SID), Frankfurt/Main, December 19, 2000

204. Patentrechtliche Probleme der DNA-Chiptechnologie, Plenary Lecture, DECHEMA Status Seminar Chiptechnolgien: von Genom zum Proteom, Frankfurt/Main, January 22, 2001

205. Patent Protection for Inventions in Plants, KWS SAAT Colloquium "Modern Plant Breeding and Intellectual Property Rights," Einbeck, January 26, 2001

206. Biodiversity and Intellectual Property - Convention on Biodiversity, TRIPS Agreement and FAO Draft International Undertaking, International Symposium on Biodiversity and Intellectual Property of the Japanese National Group of AIPPI, Tokyo, February 2, 2001

207. Intellectual Property Issues for Structural Genomics, 2nd International Structural Genomics Meeting organized by National Institutes of Health, National Institute for General Medical Sciences, Airlie House, Warrenton, Virginia, April 5, 2001

208. Patent Protection for Bio-Genetic Inventions, A Comparison Between the US and European Law, Duke University School of Law, Durham, North Carolina, April 13, 2001

209. The Grace Period in Patent Law: A Look at Europe, Fordham University School of Law 9th Annual Conference on Intellectual Property Law and Policy, Fordham University School of Law, New York, April 20, 2001

210. Points to Consider When Patenting Results of Structural Genomics Research, National Institute for General Medical Sciences, Bethesda, M.D., April 25, 2001

211. Grace Period in Patent Systems: Impact on Information, Conference on "Scientific Information and Intellectual Property - Problems and Opportunities", organized by the International Council for Scientific and Technical Information (ICSTI), Munich, May 4, 2001

212. Recent Developments and Challenges in the Protection of Intellectual Property Rights, International Conference on Intellectual Property, The Internet, Electronic Commerce and Traditional Knowledge, organized under the auspices of his Excellency Mr. Petar Stojanov, President of the Republic of Bulgaria by the World Intellectual Property Organization (WIPO) in corporation with the National Intellectual Property Association of Bulgaria, Boyana Government Residence Sofia, May 29-31, 2001

213. Gene und Patente- Rechtliche Patentsituation: USA und Europa im Vergleich, Seance de réflexion "Gene und Patente", organized by Gen Suisse, Berne, June 6, 2001

214. Kommerzielle und patentrechtliche Aspekte der Genomforschung, Ringvorlesung Forschen und tun was möglich ist? "Humangenomprojekt und Ethik", Veranstaltungsreihe der Technischen Universität Carolo-Wilhelmina zu Braunschweig, Braunschweig, June 13, 2001

215. Genetic Inventions, IPRs and Licensing Practices - A Planned Empirical Study of the Max-Planck-Institute for Foreign and International Patent, Copyright and Competition Law in Munich, OECD Steering Group on Genetic Inventions, IPRs and Licensing Practices, Paris, June 18, 2001

216. Patentierung gentechnischer Erfindungen, life Science live, Münchner Wissenschaftstage, organized by Verband Deutscher Biologen und biowissenschaftlicher Fachgesellschaften e.V. Technical University Munich, June 26, 2001

217. Reform des Gesetzes über Arbeitnehmererfindung - Die deutsche Regelung im europäischen Umfeld, Infineons Technology Lunch, Berlin, June 27, 2001

218. Patent Law and Regulatory Environment for Biotechnological Inventions - EU-US Comparison, Expert Meeting "The Patenting of Genes - Legal and Socio-Economic Issues for Science and Technology Policy," organized by DG RTD Life Science Directorate under the Auspices of the Life Science High Level Group of the European Union, Brussels July 5, 2001

219. Macro- und mikroökonomische Aspekte der Patentierung von softwarebezogenen Erfindungen, Introductory talk, Workshop "Economic Implications of Software Patenting," organized by the Federal Ministry of Economics and Technology, Berlin July 10, 2001

220. Stoffschutz für DNA-Sequenzen - eine aktuelle Herausforderung des Patentrechts, Festvortrag aus Anlass des 40-jährigen Bestehens des Bundespatentgerichts (keynote speech on the occasion of the 40th Anniversary of the Federal Patent Court), Munich July12, 2001

221. Patentierung genetischer Erfindungen, Bonner Patenttage - Verwertung von Schutzrechten aus den Hochschulen der Region Aachen/Bonn/Köln/Ahrweiler, organized by Rheinische Friedrich-Weilhelms Universität Bonn, Bonn July 16, 2001

222. Regulation of Gene Technology in Legislation, Workshop: Gene Technology - The Impact on the Human Dimension, Joint meeting organized by the European Academy of Sciences and Arts and the Institute of Medicine of the National Academies of the United States of America, Salzburg, August 31, 2001

223. Ethische und rechtliche Aspekte der Patentierung genetischer Erfindungen - Generalbericht, 28. Tagung der Gesellschaft für Rechtsvergleichung, Universität Hamburg, September 21, 2001

224. Legal and Ethical Issues of Patenting Human DNA-Sequences, 22. Symposium of the AGNP - Arbeitsgemeinschaft für Neuropsychopharmakologie und Pharmakopsychiatrie, Universität Erlangen-Nürnberg, September 28, 2001

225. Reversal of the Burden of Proof, The Principle of "Fair and Equitable Procedures" and Preliminary Injunction Under the TRIPS Agreement, Seminar "Hungarian and International Tendencies in Enforcement of Patent Law," Organized by World Jurist Association (WJA), Supreme Court of the Republic of Hungary, Budapest, October 8, 2001

226. Product Patents on DNA Sequences and Possible Solutions for Reducing Dependencies Under the EU Biotech Directive of 1998, Second International Conference on Intellectual Property Rights and Biotechnology, Jointly organized by Intellectual Property Office, Ministry of Economic Affairs of Taiwan and The Graduate Institute of Technology and Innovation Management, National Chengchi University and the Asia Foundation in Taiwan, College of Commerce, National Chengchi University, Taipei, November 16, 2001

227. Importance of the Patent for the Universities: A Special Aspect, The Grace Period, Conference "A Community Patent for Europe," organized by the Ministry of Economic Affairs of the Belgian Presidency of the European Union, Liège, November 29, 2001

228. Genetic Inventions and Patents - A German Empirical Survey, BMBF & OECD Workshop "Genetic Inventions, Intellectual Property Rights and Licensing Practices", Berlin, January 24, 2002

229. Gene Patenting and Developing Countries, Conference "How Intellectual Property Rights Could Work Better for Developing Countries and Poor People", organized by the United Kingdom Commission on Intellectual Property Rights, The Royal Society, London, February 22, 2002

230. Pre-Grant Appeal and Post-Grant Review in the Field of Patents - From a European Perspective, 2nd International Patent Appeal Examination Symposium organized by the Japanese Patent Office, Tokyo, March 7, 2002

231. Die Diskussion um die Neuheitsschonfrist in Europa, Fachgespräch zur Neuheitsschonfrist veranstaltet vom Bundesministerium für Bildung und Forschung, Wissenschaftszentrum Bonn-Bad Godesberg, March 12, 2002

232. A Pleading Pro Grace Period, Conference "Pros and Cons on Grace Period", The Royal Society, London, March 14, 2002

233.  Novelty Based on Discoveries, Indications and Technical Features in EPO Practice, Back to Basics - Novelty and Technical Character in Patents, International Symposium organised by the Finish National Group of AIPPI, Helsinki, March 18, 2002

234.  Patents and Health Issues, WIPO Conference on International Patent System, Geneva, March 25, 2002

235.  Product Patent on DNA-Sequences - An Obstacle for Implementing the EU Biotech Directive of 1998?, Colloquium on "Human Genome Project, Patenting Genetic Products", Washington University, School of Law and School of Medicine, St. Louis, April 12, 2002

236.  Novelty and Inventive Step as Patentability Requirements, Direct Applicability of the TRIPS Agreement and Provisional Measures Under Article 50 TRIPS, Patent Seminar of the "Deutsche Stiftung für internationale rechtliche Zusammenarbeit," Supreme Court of the Republic of Slovenia, Ljubljana, May 13, 2002

237.  The Right to Protect Intellectual Property in Plant Science and How to Communicate This With the Public, Syngenta Lecture, Syngenta AG, Basel, May 23, 2002

238.  Produktpatente auf DNA Sequenzen, Jahrestagung der Deutschen Vereinigung für gewerblichen Rechtsschutz und Urheberrecht, Munich, May 30, 2002

239.  Basic Principles of the EU-Directive 98/44/EC on the Legal Protection of Biotechnological Inventions - State and Problems of its Implementation into National Laws of the EU-Member States, Symposium "Genomics and Public Policy" of the Policy Research Initiative Canada, Toronto, June 7, 2002

240.  Patentierung in der Tierzucht - Rechtsfragen und Auswirkungen auf die Züchter in Deutschland und in Entwicklungsländern, Tierwissenschaftliches Seminar, Institut für Tierproduktion in den Tropen und Subtropen, Universität Hohenheim, July 1, 2002

241.  Produktpatente auf DNA Sequenzen, Ethikbeirat der Novartis AG, Basel, July 3, 2002

242.  Wissensproduktion und Aneignung des Wissens – Zur neuen Rolle der Hochschule als Innovationskraft in der globalisierten Wirtschaft – 5. Steinheimer Gespräche des Fonds der chemischen Industrie im Verband der chemischen Industrie e.V., Hanau-Steinheim, July 6, 2002

243.  Ethical Issues in Patent Law - Biotechnology and Research Ethics - A European Perspective –, CASRIP 2002 High Technology Protection Summit, University of Washington, School of Law, Seattle July 20, 2002

244.  An Updating Concerning the Protection of Biotechnological Inventions, Including the Scope of Patents for Genes, 11th European Patent Judges Symposium, Copenhagen, September 19, 2002

245.  Die Kontroverse um Biopatente – Gründe und Auswirkungen, Landeskuratorium Hamburg/Schleswig-Holstein des Stifterverbandes für die Deutsche Wissenschaft, Hamburg, September 25, 2002

246. The Future of the European Patent System, Keynote lecture, Opening Ceremony of IXth Magister Lucentinus, University of Alicante, October 2, 2002

247. Measures Necessary for the Balanced Co-existence of Patents and Plant Breeders' Rights – A Predominantly European View, WIPO-UPOV Symposium on the Co-existence of Patents and Plant Breeders' Rights in the Promotion of Biotechnological Developments, organized by the World Intellectual Property Organization (WIPO) and the International Union for the Protection of New Varieties of Plants (UPOV), Geneva, October 25, 2002

248. The Role of Intellectual Property in the Global Knowledge Based Society (Slov.), Workshop "Intellectual Property as Opportunity, Challenge and Necessity on the Occasion of Entering into EU," Chamber of Commerce of the Republic of Slovenia, Ljubljana, November 15, 2002

249. The European and the International Patent System – Principles and Examples (Slov.), Workshop "Intellectual Property as Opportunity, Challenge and Necessity on the Occasion of Entering into EU," Chamber of Commerce of the Republic of Slovenia, Ljubljana, November 15, 2002

250. Protection of Computer-Related and Business Model Inventions, Opening Address "International Forum: Protection of Computer-Related and Business Model Inventions," organized by the European Patent Office in co-operation with the Max Planck Institute and the European Patent Institute, European Patent Office, Munich, November 21, 2002

251. Topical Issues in Patent Law, Max Planck Legal Forum Workshop, Schloss Elmau, November 22, 2002

252. Our New LL.M. Program in IP Law at the Max Planck Institute, Conference "Get a Global Competence in IP Profession – Human Resource Development Necessary for the IP-Based Economy," co-organized by the Research Center for Advanced Science and Technology (RCAST), the University of Tokyo and The Intellectual Property Association of Japan, Academy Hall, Tokyo, November 28, 2002

253. The Ethics of Patenting DNA, Discussion Paper by the Nuffield Council on Bioethics, Genomics Momentum 2002 Conference, organized by the Netherlands Genomics Initiative, The Hague, December 4, 2002

254. Academia New Powerful Player in Innovation, Descartes-Prize 2002 Award Ceremony, organized by the European Commission, European Patent Office, Munich, December 5, 2002

255. The EU-Directive 98/44 and its Implementation in the Member States, European Forum for Innovation 2002, organized by European Grand Prix Commission, Monte-Carlo, December 7, 2002

256. Patentschutz durch TRIPS-Abkommen; Ausnahmeregelungen und Praktiken und ihre Bedeutung, insbesondere hinsichtlich pharmazeutischer Produkte, 41. Bitburger Gespräche, organized by the Stiftung Gesellschaft für Rechtspolitik, Bitburg, January 10, 2003

257. Science as Generator and User of Intellectual Property Rights, OECD Global Science Forum, Workshop on Best Practices in International Scientific Cooperation jointly organized by OECD and Japanese Ministry of Education, Tokyo, February 13, 2003

258. TRIPS Agreement and Access to Medicines, Symposium on Recent Trends of Intellectual Property, jointly organized by Intellectual Property Association of Japan and Japan Bio-Industry Association, Tokyo, February 14,2003

259. The Aftermath of Doha – Patents an Obstacle to Access Drugs, Virginia School of Law, Charlottesville, April 4, 2003

260. Patents on Biomaterials. A New Colonialism?, Spring Conference "Bioethics in a Small World", Europäische Akademie zur Erforschung von Folgen wissenschaftlich-technischer Entwicklungen, Bad-Neuenahr, April 12, 2003

261. European Models of Research Exemption, Workshop „Exploring Options for Establishing a Research Exemption", American Association for the Advancement of Science (AAAS), Washington, D.C., April 24, 2003

262. Patents on Genes – What Constitutes the Invention?, 1st European Conference in Functional Genomics and Disease, organized by the European Science Foundation (ESF), Prague, May 16, 2003

263. Compulsory Licensing as a Result of Abuse of Dominant Market Position, Conference Competition and Intellectual Property: Transatlantic Perspectives, Covington & Burling, Brussels, June 12, 2003

264. Geistiges Eigentum und Welthandelsrecht – Vernunftehe auf Zeit?, Symposium „Zukunftsfragen des Welthandelsrechts" des Max-Planck-Instituts für Geistiges Eigentum, Wettbewerbs- und Steuerrecht, Munich, June 27, 2003

265. The Munich Intellectual Property Law Center – A New Player in Teaching IP, Workshop „IP Teaching and IP Training Materials," organized by the European Patent Office International Academy and Ministero delle Attività Produttive, Torino, July 3, 2003

266. Der Beitrag Deutschlands zur Entwicklung des internationalen gewerblichen Rechtsschutzes, Festvortrag im Rahmen des Festakts "100 Jahre Beitritt Deutschlands zur Pariser Verbandsübereinkunft zum Schutz des gewerblichen Eigentums", Veranstaltet vom Deutschen Patent- und Markenamt, dem Europäischen Patentamt und der Deutschen Vereinigung für Gewerblichen Rechtsschutz und Urheberrecht, Munich, July 14, 2003

267. Statutory Research Exemption – Experience of European Countries, CASRIP 2003 High Technology Protection Summit, University of Washington School of Law, Seattle, July 25, 2003

268. TRIPS Agreement and Access to Medicines, CASRIP 2003 High Technology Protection Summit, University of Washington School of Law, Seattle, July 25, 2003

269. The New LL.M. Programme in IP Law at the Munich Intellectual Property Law Center, ATRIP Annual Conference, Tokyo, August 6, 2003

54

270. Present and Future of the German Employees' Inventions Law, Symposium "Truly International Perspective for Current IP Issues", co-organized by Research Center for Advanced Science and Technology (RCAST) of the University of Tokyo and by International Association for the Advancement of Teaching and Research in Intellectual Property (ATRIP), Tokyo, August 7, 2003

271. Patents and Access to Medicines – From a Developed Country Perspective, Symposium "Truly International Perspective for Current IP Issues", co-organized by Research Center for Advanced Science and Technology (RCAST) of the University of Tokyo and by International Association for the Advancement of Teaching and Research in Intellectual Property (ATRIP), Tokyo, August 7, 2003

272. Stellungnahme zum Gesetzesentwurf der Bundesregierung "Entwurf eines Gesetzes zur Reform des Geschmacksmusterrechts (Geschmacksmusterreformgesetz) BT-Drucksache 15/1075, Öffentliche Anhörung im Rechtsausschuss des Deutschen Bundestages, Berlin, September 24, 2003

273. On the Role of Patents in the Globalized „Knowledge Based" Economy (in Serb), lecture given on the occasion of the Award of a Honorary Doctorate, University of Kragujevac, Kragujevac, September 26, 2003

274. European Trends in Access and Benefit-Sharing Policy From an Intellectual Property Rights Perspective, International Symposium on Commercial Prospects of Access to and Benefit-Sharing of Genetic Resources, jointly organized by the United Nations University Institute of Advanced Studies and Japan Bioindustry Association, Tokyo, September 30, 2003

275. Patenting New Technologies – Recent Developments, "Patinnova-03 Conference", jointly organized by the EU-Commission and the European Patent Office, Luxembourg, November 12, 2003

276. Intellectual Property and Investment in Research, "3% Workshop" organized by the Committee on Industry and External Trade, Research and Energy, European Parliament, Brussels, December 2, 2003

277. Patenting in the Area of Genomics and Proteomics – Brief Status Report on the EU and US Law, Patent Facilitating Center, Indian Department of Science and Technology, New Delhi, January 20, 2004, and International Center for Genetic Engineering and Biotechnology, New Delhi, January 21, 2004

278. Panelist, Session "What Happens When the US Stops Discovering Drugs?" together with H.A. McKinell (CEO, Pfizer Inc.) M. McClellan (Commissioner, US Federal Drug Agency), A. Piramal (Chairman, Piramal, India), F.S. Collins (Director, National Human Genome Center), G. Moore (Managing Partner, TCG Advisors), World Economic Forum, Davos, January 22, 2004

279. Can all items be owned?, Session "What is this Thing Called Ownership?", World Economic Forum, Davos, January 22, 2004

280. Legal Framework for Protecting Human Stem Cell Technology, Private Dialogue on "Ethical Questions Related to Embryonic Human Stem Cell Research," World Economic Forum, Davos, January 23, 2004

281. On the New Role of Intellectual Property Rights in the Globalized Economy, Intellectual Property Academy of the National University of Singapore, Singapore, February 20, 2004

282. Intellectual Property and Science – A Complex Partnership, General Assembly of All European Academies (ALLEA), Belgian Royal Academy of Sciences, Brussels, March 25, 2004

283. International IP Standards for Protecting Inventions in Stem Cell Technology, 2nd International Meeting Stem Cell Network North Rhine Westphalia, Bonn-Bad Godesberg, April 2, 2004

284. Protection of Inventions in Plants and Plant Varieties – A European Perspective, Conference "Seeds of Change: Intellectual Property for Agricultural Biotechnology", University of Illinois at Urbana-Champaign, April 9, 2004

285. European patent, Community patent and Europe of Technologies, Seminar on "Il futuro dell'Europa delle technolgie," organized by the Universitá Ca' Foscari di Venezia, Venice, May 7, 2004

286. One Hundred Years of Japan Institute of Invention and Innovation, Address at Precentennial Celebration for the Commemorative Ceremony and International Symposium in Commemoration of the 100th Anniversary of the JIII, Tokyo, May 24, 2004

287. The Role of Intellectual Property Culture as Contributing to Social Stability, International Symposium held on the occasion of the 100th Anniversary of Japan Institute of Invention and Innovation, Tokyo, May 25, 2004

288. Intellectual Property Rights, Human Rights and the Public Domain, International Conference "TRIPS Agreement 10 Years Later," organized by the EU-Commission, Brussels, June 24, 2004

289. Intellectual Property and Human Rights, 2004 CASRIP High Technology Protection Summit, University of Washington School of Law, Seattle, July 16, 2004

290. Genetic Inventions and Patents, Results of a German Empirical Survey, 2004 CASRIP High Technology Protection Summit, University of Washington School of Law, Seattle, July 17, 2004

291. Employees' Inventions and the Innovation Law – An International Perspective, XXIV National Seminar on Intellectual Property: Economic Growth with Social Responsibility, organized by Associaçao Brasileira da Propriedade Intelectual, Brasilia, August 17, 2004

292. Protection of Further Medical Uses and the Research Exemption – As Means Serving Medical Progress, XXIV National Seminar on Intellectual Property: Economic Growth with Social Responsibility, organized by Associaçao Brasileira da Propriedade Intelectual, Brasilia, August 18, 2004

293. Driving Investment: The Critical Link Between Intellectual Property Protection and Private Sector Investment, EuroScience Open Forum 2004, Stockholm, August 26, 2004

294. Zur Neuen Rolle des Geistigen Eigentums in der globalisierten Wirtschaft – Ist Europa gerüstet? Kodifikation, Europäisierung und Harmonisierung des Privatrechts, Internationale Wissenschaftliche Konferenz VIII, Dies Luby Iurisprudentiae Stefan Luby Stiftung, Universität Trnava, Smolenice, September 16, 2004

295. Future Perspectives for the Protection of Intellectual Property and How to Deal with it in Teaching and Research, Seminar: Intellectual Property Research: The Future, Law Faculty, Cambridge University, October 1, 2004

296. On the New Role of Intellectual Property Rights in the Globalized Economy, The First Tongji IP Forum, Tongji University & IP Office of Shanghai, Municipality Shanghai, October 8, 2004

297. New Rules for Protecting Inventions in the Area of Genomics, Proteomics and Stem Cells in Europe, Sino-German Seminar: Science, Technology and Intellectual Property Protection in the 21st Century, Beijing, October 9, 2004

298. On the New Role of Intellectual Property Rights in the Globalized Economy, Gran Forum of the Most Honourable Jurists, Renmin University of China Law School, Beijing, October 10, 2004

299. Intellectual Property and Investment in Research, Conference "New Science, New Industry – The Challenges for the New Europe", Accademia nazionale dei lincei and Fondazione Edison, Rome, October 13, 2004

300. La portata del brevetto biotecnologico Situazione e prospettiva nelle Unione Europea, Seminario "Biotecnologie e brevetti", Libera Università Internazionale degli Studi Sociali Guido Carli, Rome, October 14, 2004

301. Zur Patentierbarkeit von humanen embryonalen Stammzellen – Ein internationaler Vergleich, Ethikbeirat des Robert-Koch-Instituts, Berlin, November 17, 2004

302. Biowissenschaftliche Eigentumsrechte - Belange der Entwicklungsländer, Kongress der Konrad-Adenauer-Stiftung e.V. „Biowissenschaften und ihre völkerrechtlichen Herausforderungen", November 22, 2004, Königswinter

303. Intellectual Property and Competition, SIPCon 2004, of the Siemens AG, Miesbach, December 2, 2004

304. GATT and TRIPS, Inseparable Guarantors of the Globalized Economy, The 2004 Shanghai International IP Forum: Intellectual Property & City's Competitiveness, organized by Shanghai Intellectual Property Administration, Shanghai, December 10, 2004

305. The Role of GATT and TRIPS for the Globalized Economy, Cornell University Law School, Ithaca, N.Y., April 11, 2005

306. Basic Issues of Patenting DNA Sequences and Human Embryonic Stem Cells, Slovenian Academy of Science and Art, Ljubljana, April 25, 2005

307. The New Circumstances of IP Protection and its Developing Tendencies and Hotspots, lecture delivered on the occasion of an award of Honorary Professorship, Huazhong University of Science and Technology, Wuhan, May 9, 2005

308. The Impact of GATT and TRIPS on Economic Development of China, Zhongnan University of Economics and Law, Wuhan, May 9, 2005

309. Protecting Inventions in the Area of Biotechnology and Software in Europe, Huazhong University of Science and Technology, Wuhan, May 10, 2005

310. Protecting Biotechnological Inventions in Europe – Statutory Rules and Case Law, Tongji University, Shanghai, May 19, 2005

311. IP and Economic Development and other World Issues in IP, International Association for the Protection of Intellectual Property (AIPPI) Australian Group, Melbourne, May 26, 2005

312. Community Patents and Central Patent Enforcement in Europe, Annual Conference of Licensing Executive Society (LES), Munich, June 14, 2005

313. Challenges Faced by Academic Institutions in Teaching of Intellectual Property and Carrying out Intellectual Property Research, International Symposium on Intellectual Property (IP) Education and Research, World Intellectual Property Organization, Geneva, June 30, 2005

314. Compound (DNA-Sequence) Protection Eroded? – An Academic Point of View, Seminar "Compound Protection and its Erosion in Germany: How Stable is it Elsewhere? – An International Assessment", organized by Vossius & Partner, Munich, July 1, 2005

315. TRIPS, TRIPS-plus or TRIPS-minus – Remarks on the Future of International Protection of Intellectual Property Rights, The 22nd Congress on the Law of the World, "The Rule of Law and Harmony of International Society", organized by the Supreme Court of China, Beijing, September 6, 2005

316. Disclosure of Origin or Source of Genetic Resources & Associated Traditional Knowledge in Patent Application – Proposal of the European Community and its Member States, Conference BioJapan 2005, Yokohama, September 7, 2005

317. IP Rights as Means of Appropriation and Distribution of Knowledge, World Science Forum "Knowledge, Ethics and Responsibility", Hungarian Academy of Sciences, Budapest, November 10, 2005

318. The Concept and Meaning of Quality in the European Patent System – An Academic View supported but by own thoughts – Conference on Quality in the European Patent System, European Patent Office, The Hague, November 21, 2005

319. Patentierung von humanen Stammzellen nach EU-Recht und in der Praxis des EPA, Tagung "Perspektiven und Risiken der Stammzelltherapie" der Europäischen Akademie der Wissenschaften und Künste, München, 20. Januar 2006

320. Patenting of Genes and Life Forms, and the Impact of Patenting on Upstream Science, WIPO Open Forum on the Draft SPLT, Geneva, March 3, 2006

321. Grace Period – First Real Chance after 70 Years, WIPO Open Forum on the Draft SPLT, Geneva, March 3, 2006

322. Justifying Intellectual Property in the Society of Knowledge, Conference "Markets and Innovation in the Society of Knowledge", Center for Research on Markets, Innovation and Technology, Department of Private Law, Faculty of Law, University of Oslo, Oslo, May 15, 2006

323. How Effective are Research Exemptions in Patent Law? The German Experience, Research Use of Patented Inventions CSIC/OECD/OEPM Conference, Madrid, May 17, 2006

324. The Impact of the New World Order on Economic Development, Conference on the Role of the United States in World Intellectual Property Law, The John Marshall Law School Chicago, May 25, 2006

325. Patents and Biotechnology Development in Europe, Conference Biotechnology Patents and Policy: What's the Evidence, University of Alberta, Banff, Alberta, Canada, May 26, 2006

326. The Impact of GATT and TRIPS on Economic Development, First CEI International Conference on Transfer in Life Sciences, A North-South Dialogue, Trieste, June 12-14, 2006

327. Stem Cell Research and Stem Cell Patenting in Europe, 2nd EuroScience Open Forum, Munich, July 18, 2006

328. Schränkt der Patentschutz für Gensequenzen die Freiheit der Forschung ein?, Diskussionsabend der Stiftung "Forschung für Leben", Collegium Helveticum, Zürich, August 24, 2006

329. Panel Quality Issues in the Patent System, 1st EPIP Conference of the EPIP Association on "Policy, Law and Economics of Intellectual Property," European Patent Office, Munich, September 7, 2006

330. Chairman Session Intellectual Property Rights to Work for All, Science and Technology in Society (STS) Forum, Kyoto, September 10-12, 2006

331. Der Einfluss von GATT und TRIPS auf die wirtschaftliche Entwicklung, Bird & Bird Patentseminar, Düsseldorf, September 21, 2006

332. Harmonisierung des internationalen Patentrechts, Symposium "25 Jahre Deutsch-Chinesische Zusammenarbeit auf dem Gebiet des Geistigen Eigentums", Deutsches Patent- und Markenamt, München, 22. September 2006

333.  Patents on God's Creation – To Whose Benefit?, "Analysis, Exploitation and Conservation of Biodiversity," Annual Meeting 2006 of the German Association for Gene Diagnostics (AGD e.V.), Cologne, September 22, 2006

334.  The Role of IPRs in the New World Economic Order, 40th Congress of the International Association for the Protection of Intellectual Property (AIPPI), Gothenburg, October 11, 2006

335. Patentierung von humanen embryonalen Stammzellen – ein rechtsvergleichender Überblick, Symposium "Patentierbarkeit der Forschungsergebnisse im Zusammenhang mit humanen embryonalen Stammzellen", Chungnam National University Research Center for Intellectual Property, Daejon, Korea, Oktober 27-28, 2006

336. Intellectual Property and Development: Innovation, IP Law and its Impact on Social, Cultural and Economic Development: Perspectives from India, Europe and WIPO, International Seminar on Intellectual Property Education and Research, NALSAR University of Law, Hyderabad, November 16-17, 2006

337.  On the Role of Law and Ethics in the Globalized Economy, Brainstorming Meeting of EASA Members, Munich, December 15, 2006

338. Flexibilities in the Patent System, Colloquium on Selected Patent Issues, World Intellectual Property Organization, Geneva, February 16, 2007

339.  China and India – The Two New Players in the Intellectual Property Game, George Washington University Law School, Washington D.C., March 27, 2007

340.  The Impact of GATT 94 and TRIPS on Economic Development – Not on Development Agenda, European Patent Forum, European Patent Office, April 18-19, 2007

341. Intellectual Property Rights, Innovation and Public Goods, at Reconciling National Security and Economic Development – A Challenge for the G8, The German Marshall Fund of the United States and Alfred Herrhausen Society's Conference, Berlin, May 24, 2007

342.  Patentierung von humanen embryonalen Stammzellen – Gegenwärtiger Stand, 30. Sitzung der Zentralen Ethik-Kommission für Stammzellenforschung (ZES), Robert-Koch-Institut, Berlin, 13. Juni 2007

343.  The Role of Law and Ethics in the Globalized Economy, Senate of the European Academy of Sciences and Arts, Salzburg,  July 6, 2007

344. Patenting of Genes and Exploiting as Well as Enforcing such Patents in Europe as Compared with the US, Session on Gene Patents and Licensing Practices, Secretary's Advisory Committee on Genetics, Health and Society, US Department of Health, Washington DC, July 10, 2007

345.  The Impact of TRIPS on Global Economics, European Patent Academy Public Seminar: "The Industrial Property Business", European Patent Office, Munich, July 12, 2007

346.  Ethical Issues in Patenting Human Embryonic Stem Cells – A European Problem? CASRIP High Technology Protection Summit, Seattle, July 21, 2007

347.  Patents on Human Embryonic Stem Cells and on Transgenic Plants - What have they in Common? Discussion of some European Dilemmas, Seminar at Scuola Superiore di Catania, Catania, September 19, 2007

348.  Patents on Human Embryonic Stem Cells and on Transgenic Plants - What have they in Common? Discussion of some European Dilemmas, University for Law and Economics, Wuhan, October 25, 2007

349.  IP Infrastructures in Asia's Emerging Markets, The Industrial Property Perspective, The 5th Shanghai International IP Forum: The Impact of WTO TRIPS Agreement on the Economic Development of Asian Countries, Shanghai October 26, 2007

350.  Intellectual Property/Academic Freedom? A complex Relationship within the Innovation Ecosystem, International Symposium "The University in the Market Place" organized by Academia Europaea and Wenner-Gren Foundation, Stockholm, November 2, 2007

351.  Patents and Biotechnology, WIPO International Seminar on the Strategic Use of Intellectual Property for Economic and Social Development, organized by World Intellectual Property Organization (WIPO) in cooperation with The Slovenian Intellectual Property Office (SIPO), Ljubljana, November 15, 2007

352.  Intellectual Property Rights and Competition Policy, WIPO International Seminar on the Strategic Use of Intellectual Property for Economic and Social Development, organized by World Intellectual Property Organization (WIPO) in cooperation with The Slovenian Intellectual Property Office (SIPO), Ljubljana, November 15, 2007

353.  Is There a "Global Warming of Patents"?, "Managing, Financing and Protecting Innovation", International Conference on the Occasion of the Fourth Venice Award for Intellectual Property Culture, jointly organized by The European Patent Office , the Italian Patent and Trademark Office and Venice International University, San Servolo Island/Venice, November 22, 2007

354.  The Strategic Importance of Patenting after TRIPS in Europe and Beyond, Seminar "The Importance of Intellectual Property for Companies", Università IULM Feltre, January 30, 2008

355.  The Strategic Importance of Patenting after TRIPS in Europe and Beyond, Seminar "Patent Policy in Europe and Turkey", University of Ankara Law School, January 31, 2008

356.  Bilaterale Verträge und bessere Koordination als Mittel der TRIPS-Fortschreibung, Internationales Fachhearing „Der Schutz Geistigen Eigentums in einer Globalisierten Welt", jointly organized by the Bavarian State Government and the Munich Intellectual Property Law Center (MIPLC), Munich, February 29, 2008

357.  International Protection of Intellectual Property Beyond TRIPS, Cornell University School of Law, Ithaca, New York, April 7, 2008

358.    Patenting and Licensing in Genetic Testing, Workshop of the European Society of Human Genetics, Royal Belgium Academy of Sciences, Brussels, April 24, 2008

359.    Opening of the Conference "The Role of Law and Ethics in the Globalized Economy", Bavarian Academy of Sciences and Humanities, Munich, May 22/23, 2008,

360.    Internationale Harmonisierung des Patentrechts: Möglichkeiten – Vor- und Nachteile für Wirtschaft und Wissenschaft, Expertengespräch „Schutz und Nutzungsrechte in Forschungskooperationen zwischen Wirtschaft und Wissenschaft", Stifterverband für die Deutsche Wissenschaft, Berlin, 28. Mai 2008

361.    The Strategic Importance of Patenting After TRIPS in Europe and Beyond, Conference "Intellectual Property and Development", SWISSCAM Brazil, Swiss-Brazilian Chamber of Commerce, Sao Paulo, June 9, 2008, Rio de Janeiro, June 10, 2008, and Brasilia, June 11, 2008

362.    Biomedicine and Patents, The European Approach, Conference "Law Meets Industry: Biosciences Patents", University of Haifa, June 16, 2008

363.    Exhaustion of Patent Rights – Recent Developments in Europe, CASRIP High Technology Summit 2008, University of Washington, Seattle, July 25, 2008

364.    Development and Development Agenda Anomalies or Complements? SFIR & AIPPI Sweden 100 Years Centennial Celebration, Stockholm, August 27, 2008

365.    Definition of Novelty, Novelty Criteria & Other Issues, EU-China Workshop on the Chinese Patent Law, Harbin, September 24, 2008

366.    Compulsory Licensing – Introduction to the Role and Limitations, EU-China Workshop on the Chinese Patent Law, Harbin, September 25, 2008

367.    Abuse of Patents and Forfeiture of Claims, Counter Claims for Damages for Malicious Litigation, EU-China Workshop on the Chinese Patent Law, Harbin, September 25, 2008

368.    Perspectives on Biotechnology Patents: Laws and Regulations in Europe, Biolatina 2008 - Biotechnology in Latin America, 8th Latin-American Congress - Fair on Biotechnology, 4th Brazilian Congress on Biotechnology, Sao Paulo, October 1, 2008

369.    Zur Rolle des Rechts und der Ethik in der Globalisierten Wirtschaft, Münchener Wissenschaftstage, Ludwig-Maximilians Universität, Munich, October 21, 2008

370.    The Importance of IP Teaching in Universities, Conference Disseminating IP Knowledge in Universities, European Patent Office, The Hague, December 2, 2008

371.    Biotechnology and Patents from a European Perspective, Salzburg Global Seminar – New Models of Intellectual Property: Predictability and Openness as Spurs to Innovation, Salzburg, December 7, 2008

372.    Clouds on European IP Sky & The (Weather) Forecast, Conference on EU IP Enforcement: Present and Future, Waseda Law School, Tokyo, January 17, 2009

373. Legal Protection of Biotech Inventions and Medicines in the USA and Europe, keynote speech, International Conference on Biotech Medicines Innovations in Developing Countries: IP Protection and Regulations for Safety and Efficacy, National Graduate Institute for Policy Studies, Tokyo, February 12, 2009

374. The Role of Intellectual Property in the Globalized Economy, Grinnell College, Grinnell, Iowa, March 31, 2009

375. Patenting of Human Embryonic Stem Cells in Europe after the WARF Decision of the Enlarged Board of Appeal of the European Patent Office, ESTOOLS Open Symposium on Stem Cell Science, Accademia Nazionale dei Lincei, Rome, May 27, 2009

376. Patents on Biomaterial, Department for Mercantile Law of the University of South Africa, Pretoria, July 2, 2009

377. Promoting Access to Medicines Through Balancing Patent Rights and Responsibilities, WIPO Conference on Intellectual Property and Public Policy Issues, Geneva, July 14, 2009

378. Patent Law Harmonization - Do We Need a New International Patent Law? Session: Intellectual Property Rights, Patents and Standards in Global Markets, 4th Transatlantic Market Conference - Transatlantic Cooperation for Growth and Employment, Washington, D.C., July 20, 2009

379. Scholarly Contribution to Comparative Patent Law by Martin Adelman, Patent System as Stimulus for Economy, 2009 High Technology Protection Summit, CASRIP, Seattle, July 24, 2009

380. Business in the Global Eco-System: Initiatives to Foster Innovation (keynote speech), Conference "Trading Ideas": The Future of IP in Asia and Pacific, organized by the Intellectual Property Office of Singapore, Singapore, July 30, 2009

381. The Role and Task of Science & Technology for Sustainable Development - an IP Lawyer's Point of View -, METI-JETRO Symposium 2009 "Boosting Science and Technology Through Industrial Collaboration 2009", Tokyo, October 7, 2009

382. Patent Application as an Abuse of Dominant Market Position under Article 82 EC Treaty? Session "New Frontiers in Antitrust Liability: Abuses of Patent Settlements and Standard-Making", Congress of International League of Competition Law, Vienna, October 24, 2009

383. Laudatio for Sir Professor Roger Elliott, Oxford, ALLEA, Hungarian Patent Office and the World Science Forum Symposium in Honour of Sir Roger Elliott, Hungarian Patent Office, Budapest, November 4, 2009

384. Does Stem Cell Research in Europe Use Human Embryos for Industrial or Commercial Purposes? A Comment of EBA G 02/06 Decision, ALLEA/Hungarian IP Office/World Science Forum Symposium "Intellectual Property rights in the European Research Area: Grand Challenges and New Opportunities", Budapest, November 4, 2009

385.    Strategic Tasks of ALLEA Standing Committee on Intellectual Property Rights, ALLEA Extraordinary Strategy Meeting, Royal Netherlands Academy of Arts and Science, Amsterdam, November 17, 2009

386.    Does Stem Cell Research in Europe Use Human Embryos for Industrial or Commercial Purposes?, Meeting of the Novartis Advisory Board on Ethics, Basel, November 24, 2009

387.    Promoting Access to Medicines Through Balancing Patent Rights and Responsibilities, Inaugural Ceremony of the Intellectual Property Institute of Renmin University of China, Beijing, November 26, 2009

388.    Application of European Intellectual Property Experience in Emerging Countries, Conference "Intellectual Property Protection and Management", Peking University, Beijing, November 27, 2009

389.    Intellectual Property Protection in Europe, The Third Tongji International Intellectual Property Forum, Tongji University, Shanghai, December 2, 2009

**II. Membership in Scientific Organizations, Professional Associations**

1. International Association for the Advancement of Teaching and Research in Intellectual Property (ATRIP), President (1993-1995), President Elect (1991-1993), Treasurer (1987-1991)

2. International Association for the Protection of Industrial Property (AIPPI). Programme Committee (Member 1992-1994, Deputy Chairman 1994-1997, Chairman 1997-), Co-Chairman of Special Committee Q 144 - Publications (1998); Chairman of the Special Committee Q 114 - Biotechnology (1992-1998). Member of the Executive Committee since 1982; Member of the Board of the German National Group (1990-)

3. Human Genome Organisation (HUGO), Chairman of the Intellectual Property Rights Committee (1995-2006)

4. German Association for the Protection of Industrial Property and Copyright [Vice-President (2005-)], Member of the Executive Board (2001-) and Member of the Committee for Plant Breedings (1986) and of the Committee for Patent- and Utility Models Law (1992-)

5. Association Littéraire et Artistique International (ALAI)

6. Association for Comparative Law.

7. Member of the Standing Committee "Intellectual Property Rights" of the All European Academies - ALLEA (1998-)

## III. Membership in Advisory Bodies

1.    Member of the Standing Advisory Committee before the European Patent Office

2.    Member of the Research Advisory Board of the Research Fund of the European Patent Organisation

3.    Member of the Senate Commission on Basic Issues of Gene Research of the German Research Foundation (Senatskommission für Grundsatzfragen der Genforschung der DFG) 1993-1999

4.    Member of Advisory Board of the Worldwide Academy of the World Intellectual Property Organisation (WIPO)

5.    Member of the Advisory Board of the Intellectual Property Office of the Republic of Slovenia

6.    Member of the Administrative Council, Center for International Industrial Property Studies (CEIPI), Université Robert Schuman

7.    Member of the Executive Council, Center for Advanced Study and Research on Intellectual Property (CASRIP), University of Washington School of Law, Seattle

8.    Member of the International Board of Assessors, Intellectual Property Research Center, University of Melbourne

9.    Member of the Advisory Council of the McCarthy Institute for Intellectual Property and Technology Law, University of San Francisco School of Law

10.    Member of the Advisory Board of the Ifo Institute für Wirtschaftsforschung, Munich

11.    Member of the Advisory Board of Intellectual Property Rights Annual Journal, Peking

12.    Member Advisory Board, Creative and Innovative Economy Center, The George Washington University Law School, Washington D.C.

## IV. Consulting Activities

1. Member EU Commission's Expert Group on Biotechnological Inventions (2002-)

2. Consultant to the OECD, Paris, on Biotechnology and Patent Protection, 1982-1985; 1991, 1995, 1996, 1999, 2000; Chair Expert Group on Guidelines for Licensing of Genetic Inventions (2004 - )

3. Consultant to World Intellectual Property Organization (WIPO), Geneva, on Questions of Industrial Property Protection of Biotechnological Inventions, 1985, 1986 and 1999

4. Consultant to the Commission of the European Economic Community for the preparation of the Draft for a Council Directive on the Legal Protection of Biotechnological Inventions, 1987-1989; On the Future European Patent System, 1995-1996; and on "Strategic Dimensions of Intellectual Property Rights in the Context of Technology Policy" (ETAN Working Group) (1998-1999)

5. Consultant to the Scientific Service of the German Bundestag (Parliament), 1996

6. Consultant to the European Patent Organisation on the Introduction of a Grace Period, 2000

7. Consultant to the German Federal Ministry of Justice, 2000

8. Consultant to the United Nations Conference on Trade and Development (UNCTAD), Geneva, on the Impact of technological and commercial changes on policies and legislation affecting the creation and transfer of technologies, 1987/1988

9. Consultant to the United Nations Industrial Development Organization (UNIDO), Vienna, 1989

10. Consultant to the World Bank, Washington D.C., 1991

11. Member of the Advisory Panel for the Human Genome Project and Patenting DNA Sequences, Office of Technology Assessment (OTA), Congress of the United States, 1993-1994

12. Consultant to the Ministry for Science and Technology of the Republic of Slovenia on the legislation in the field of employees' inventions, 1993-1994

13. Member of the Working Group of the Conference of the Presidents of German Universities (Deutsche Hochschulrektorenkonferenz) for the Preparation of Recommendations aimed to Incent Patent Applications from Universities and other Institutions of Higher Professional Education in Germany (Präsidial-Arbeitsgruppe zur Vorbereitung von Empfehlungen zur Förderung der Patentanmeldungen aus den Universitäten und Fachhochschulen in Deutschland) 1996

14. Member of the Working Group on Bio-Sciences of the Technology Council of The German Federal Chancellor (Bundeskanzler) 1996

15. Testified as Expert before the "Committee on Legal Affairs and Citizen's Rights", European Parliament, Brussels, June 10, 1996

16. Testified as Expert ("Auskunftsperson") before the Special Committee on "Gentechnik-Volksbegehren" of the Austrian Parliament, Vienna, October 24, 1997

17. Arbitrator with the Arbitration Court of the International Chamber of Commerce in Paris

18. Member of the WIPO Arbitration and Mediation Center's List of Neutrals

**V. Educational Work**

1. Lecturing of Industrial Property at the Faculty of Law, University of Ljubljana, 1986-

2. Visiting Professor of Intellectual Property Law, Fall Semester 1989 and 1992, Spring Semester 1994, Fall 1996, Spring 1998, Cornell Law School, Cornell University, Ithaca, New York

3. Distinguished Visiting Professor of Law (Spring Semester 2001, 2002, 2003, 2004, 2006, 2007), Marshall B. Coyne Professor of International and Comparative Law (2004-), George Washington University School of Law, Washington, D.C.

4. Distinguished Visiting Professor of Law, University of Toronto, Faculty of Law, Spring 2005

5. Lecturing of German and European Patent Law, Faculty of Law, University of Munich, 1990-

6. Lecturing in the frame work of Post Diploma Studies on Intellectual Property, Federal Institute of Technology (Eidgenössische Technische Hochschule - ETH), Zürich, 1996-2000

7. Lecturing of Conflict of Laws Aspects in Intellectual Property, Postgraduate Studies, Faculty of Law, University of Zürich, 1996-1997

8. Co-director of the course on 'Intellectual Property Rights' at the Inter-University Center of Post Graduate Studies, Dubrovnik, 1988-1990

9. Permanent collaboration in the Seminar of the Max Planck Institute

10. Supervision of national and foreign doctorands in the Max Planck Institute

11. Lecturing in the Framework of the Summer Academy of the "Studienstiftung des Deutschen Volkes"

12. Member of Ph.D. Committees at Faculty of Law, University New Delhi; Faculty of Law, Erasmus University, Rotterdam; Faculty of Law, University of Tasmania, Hobart; Faculty of Law, University of Witwatersrand, Johannesburg; Faculty of Law, University of Ljubljana; Faculty of Law, Catholic University of Louvain, Louvain-la-Neuve, Brussels

13. Foreign Member of Promotion Committees at the Department of Agricultural Economics, Cornell University, Ithaca, N.Y.; Faculty of Law, University of Texas, Houston; Duke University, School of Law, Durham; Faculty of Law, University of Basel; University of Washington School of Law, Seattle; Swiss Federal Technical Institute (ETH), Zürich; McGill University Law School, Montreal

14. Visiting Professor of Law, Graduate Institute of Intellectual Property, National Chengchi University, Taipei

## VI. Awards and Honors

1. Doctor Honoris Causa (Dr. jur. h.c.), University of Ljubljana (2001)

2. Doctor Honoris Causa (Dr. jur. h.c.), University of Kragujevac (2003)

3. Member of the Academia Europaea (2001-), Chair Law Section (2009-)

4. Member of the European Academy of Sciences and Arts (2001-), Dean Class of Social Sciences Law and Economics (2005-)

5. Slovenian Academy of Sciences and Arts, Corresponding Member (1995-)

6. Science Award 2000, upon proposal of the Max-Planck Society for the Advancement of Science, of the Foundation for the German Science (Stifterverband für die Deutsche Wissenschaft)

7. Honorary Director of the Intellectual Property Institute of the Tongji University, Shanghai (2004-)

8. Honorary Professor Tongji University, Shanghai (2004-)

9. Grand Cross of Merits of the Order of Merits of the Federal Republic of Germany by the President of the Federal Republic of Germany (Großes Verdienstkreuz des Verdienstordens der Bundesrepublik Deutschland) (2005)

10. Distinguished Visiting Professor of Law, Faculty of Law University of Toronto (2005)

11. Honorary Director of the German-Chinese Institute for Intellectual Property, Department of Management, Huazhong University of Science and Technology (HUST), Wuhan (2005-)

12. Honorary Professor, Huazhong University of Science and Technology (HUST), Wuhan (2005-)

13. Visiting Professor, Graduate Institute of Intellectual Property, Taipei (2005-)

14. Honorary Professor, Xiamen University, Xiamen, 2009

15. Inducted into IAM IP Hall of Fame 2007

16. Venice IP Award 2007 ("Premio Venezia per la Proprietà Intellettuale")

17. Katz-Kiley Fellow 1999 of the University of Houston Law Center

18. Member of Honour, International Association for the Protection of Intellectual Property (AIPPI), 2006

19. Medal of Merits, International Association for the Protection of Industrial Property (AIPPI), 1997

20. Diploma of Merits, International Association for the Advancement of Teaching and Research in Intellectual Property (ATRIP), 1991