# EXHIBIT 3

Dockets.Justia.com

TAVTIGIAN DECLARATION
EXHIBIT 3

CLUSTAL 2.0.12 multiple sequence alignment

USP-5837492_SEQ-ID-NO-2          MPIGSKERPTFEIFKTRCNKADLGPISLNWFEELSSEAPPYNSEPAEES  50
ICR-Wooster_BRCA2_prot           ------------------------------------------------

USP-5837492_SEQ-ID-NO-2          EHKNNNYEPNLFKTPQRKPSYNQLASTPIIFKEQGLTLPLYQSPVKELDK  100
ICR-Wooster_BRCA2_prot           ------------------------------------------------

[~1,400 intervening amino acids in true BRCA2 structure missing from ICR's "BRCA2" structure.]

USP-5837492_SEQ-ID-NO-2          DQKPEELHNFSLNSELHSDIRKNKMDILSYEETDIVKHKILKESVPVGTG  1500
ICR-Wooster_BRCA2_prot           ------------------------------------------------

USP-5837492_SEQ-ID-NO-2          NQLVTFGQPERDEKIKEPTLLGFHTASGKKVKIAKESLDKVKNLFDEKE  1550
ICR-Wooster_BRCA2_prot           ---------------------------------KTFIMKE         7
                                                                  :   *   **

USP-5837492_SEQ-ID-NO-2          QGTSEITSFSHQWAKTLKYREACKDLELACETIEITAAPKCKEMQNSLNN  1600
ICR-Wooster_BRCA2_prot           QGTSEITSFSHQWAKTLKYREACKDLELACETIEITAAPKCKEMQNSLNN    57
                                 *********************************************** ***

[ICR's "BRCA2" protein sequence aligns with Myriad's sequence, with some isolated errors, for roughly 1,000 amino acids.]

USP-5837492_SEQ-ID-NO-2          KINSKNAESFQFHTEDYFGKESLWTGKGIQLADGGWLIPSNDGKAGKEEF  2600
ICR-Wooster_BRCA2_prot           KINSKNAESFQFHTEDYFGKESLWTGKGIQLADGGWLIPSNDGKAGKEEF  1057
                                 *************************************************

USP-5837492_SEQ-ID-NO-2          YRALCDTPGVDPKLISRIWVYNHYRWIIWKLAAMECAFPKFANRCLSPE  2650
ICR-Wooster_BRCA2_prot           YRALCDVKAT--------------------------------------  1067
                                 ******  . .

USP-5837492_SEQ-ID-NO-2          RVILQLKYRYDFTEIDRSRSAIKKIMERDTAAKTLVLCVSDIISLSANI  2700
ICR-Wooster_BRCA2_prot           ------------------------------------------------

Comment [b1]: ICR's "BRCA2" protein sequence diverges from true BRCA2 protein here.

TAVTIGIAN DECLARATION
EXHIBIT 3

[~700 intervening amino acids in true BRCA2 structure missing from ICR's "BRCA2" structure.]

```
USP-5837492_SEQ-ID-NO-2    ALLSGSTGEKQFISVSESTRAPTSSEDYLRLKRCTTSLLIKEQESSQAS 3400
ICR-Wooster_BRCA2_prot     -------------------------------------------------

USP-5837492_SEQ-ID-NO-2    TEECEKNKQDTITTKKYI 3418
ICR-Wooster_BRCA2_prot     ------------------
```