Dockets.Justia.com

# EXHIBIT 4

TAVTIGIAN DECLARATION
EXHIBIT 4

CLUSTAL 2.0.12 multiple sequence alignment

USP-5837492_SEQ-ID-NO-1     GGTGGGCGCGAGCTTCTGAAACTAGGCGGCAGAGGCGGAGCCGCTGTGGCA  50
WO199701910_SEQ-ID-NO-15    --------------------------------------------------

[~1,000 intervening nucleotides of true BRCA2 cDNA sequence missing from ICR's "BRCA2" cDNA sequence.]

USP-5837492_SEQ-ID-NO-1     AAAGAGAAGCTGCAAGTCATGTGGATTTGGAAAAACATCAGGAATTCATTT  1050
WO199701910_SEQ-ID-NO-15    --------------------------------------------------

USP-5837492_SEQ-ID-NO-1     AAAGTAAAATAGCTGCAAAGACCACATTGGAAAGTCAATGCCAAATGTCCT  1100
WO199701910_SEQ-ID-NO-15    -------------CCACATTGGAAAGTCAATGCCAAATGTCCT  30
                                         *************************

USP-5837492_SEQ-ID-NO-1     AGAAGATGAAGTATATGAAACAGTTGTAGATACCTCTGAAGAAGATAGTT  1150
WO199701910_SEQ-ID-NO-15    AGAAGATGAAGTATATGAAACAGTTGTAGATACCTCTGAAGAAGATAGTT  80
                            **************************************************

[ICR's "BRCA2" cDNA sequence aligns with Myriad's sequence, with some isolated errors, for roughly 7,000 nucleotides.]

USP-5837492_SEQ-ID-NO-1     ACTGGAAAAGGAATACAGTTGGCTGATGGTGATGGCTCATACCCTCCAA  8000
WO199701910_SEQ-ID-NO-15    ACTGGAAAAGGAATACAGTTGGCTGATGGTGATGGCTCATACCCTCCAA  6928
                            *************************************************

USP-5837492_SEQ-ID-NO-1     TGATGGAAAGGCTGGAAAAGAAGAATTTTATAGGGCTTCTGTGTGTGACACT-  8049
WO199701910_SEQ-ID-NO-15    TGATGGAAAGGCTGGAAAAGAAGAATTTTATAGGGCTTCTGTGTGTGACGTAA  6978
                            *************************************************

USP-5837492_SEQ-ID-NO-1     ---CCAGGT-GTGGAT---CCAAAGCTTATTTCTAGAATTTGGGTTTATA  8092
WO199701910_SEQ-ID-NO-15    AGGCCACATAGTGGATAAACCATGTGCCACTTGAGGAATTGAGAA--AAA  7026
                               ***  *  ******    ***    *  * *  *****  *  *

USP-5837492_SEQ-ID-NO-1     ATCACTATAGATGGATCATATGGAAACTGGCAGCTATGGAATGTGCCTTT  8142

```
WO199701910_SEQ-ID-NO-15    GTCAGTGTGTTTAGAACATAAGGAGAGGGGCAGA---GAAATGGATCTGG 7073
                            *** *    *    * *** ***** ***   *  * ****  **

USP-5837492_SEQ-ID-NO-1     CCTAAGGAATTTGCTAATAGATGCCTAAGCCCAGAAAGGGTGCTTCTTCA 8192
WO199701910_SEQ-ID-NO-15    TACAGGAGAATCAATGAGACCGGTAAGAAACAGAAAAGGGGCTGC---- 7119
                            * * *  *     *  *            ******* ** *** *

USP-5837492_SEQ-ID-NO-1     ACTAAAATACAGATATGATACGGAAATTGAT---AGAAGCAGAAGATCGG 8239
WO199701910_SEQ-ID-NO-15    ACCAAATGATTGACACGCTCTGCAAACTTCTTTGTTGTTGGCTCAAGTTGTG 7169
                            ** ***   *   *   ***  *      *     **  **** *

USP-5837492_SEQ-ID-NO-1     CTATAAAAAAGATAATGGAAAAGGGATGACACAGCTGCAAAAAACACTTGTT 8289
WO199701910_SEQ-ID-NO-15    GCTCAAGAGGTGGAGAAGTAAGGCCAGACTTATTGTTATGAT--TTGCC 7217
                            **  *   * ** ****  ***   *    **  *   *  ***

USP-5837492_SEQ-ID-NO-1     CTCTGTGTTTCTGACATAATTTCATTGAGCGCAAATATATCTGAAACTTC 8339
WO199701910_SEQ-ID-NO-15    CTTTAAATTGAAGCCTTAAGATTG---------------------- 7240
                            *** *  *  ** *  * ***

USP-5837492_SEQ-ID-NO-1     TAGCAATAAAACTAGTAGTGCAGATACCCAAAAAGTGGCCATTATTGAAC 8389
WO199701910_SEQ-ID-NO-15    --------------------------------------------------
```

[~3,000 intervening nucleotides of true BRCA2 cDNA sequence missing from ICR's "BRCA2" cDNA
sequence.]

```
USP-5837492_SEQ-ID-NO-1     AATCAGAAGATTTCATAGTTAATTTATTTTTTTTTTCAACAAAATGGTCA 11339
WO199701910_SEQ-ID-NO-15    --------------------------------------------------

USP-5837492_SEQ-ID-NO-1     TCCAAACTCAAACTTGAGAAAATATCTTGCTTTCAAATTGACACTA 11385
WO199701910_SEQ-ID-NO-15    --------------------------------------------------
```

**Comment [b3]:** ICR's "BRCA2"
cDNA sequence ends here, with roughly
3,000 nucleotides remaining in the true
BRCA2 cDNA sequence.

**Comment [b4]:** Myriad's
corrected BRCA2 cDNA ends here.