# EXHIBIT 5

Dockets.Justia.com

# Alignment of WO1997019110_SEQ-ID-NO-15_6975-7240 and chrX:55774163-55774428

Click on links in the frame to the left to navigate through the alignment. Matching bases in cDNA and genomic sequences are colored blue and capitalized. Light blue bases mark the boundaries of gaps in either sequence (often splice sites).

### cDNA WO1997019110_SEQ-ID-NO-15_6975-7240

```
GTAAAGGCCA CATAGTGGAT AAACCATGTG CCACTTGAGG AATTGAGAAA  50
AAGTCAGTGT GTTTAGAACA TAAGGAGAGG GGCAGAGAAA TGGATCTGGT 100
ACAGGAGAAT CAATGAGACC GGGTAAGAAA CAGAAAAGGG GCTGCACCAA 150
ATGATTGACA CGCTCTGCAA ACTTCTTTTG TTGGCTCAAG TTGTGGCTCA 200
AGAGGTGAGA AGGTAAGGCC AGACTTATTT GTTATGATTT GCCCTTTAAA 250
TTGAAGCCTT AAGATT
```

### Genomic chrX :

```
tgtgaggaaa tatggattga actgaaatct aaagagacaa gcaggagtta 55774112
actagatgag gaggtggggg gtagcatctg agacagagtg aacagcatgt 55774162
GTAAAGGCCA CATAGTGGAT AAACCATGTG CCACTTGAGG AATTGAGAAA 55774212
AAGTCAGTGT GTTTAGAACA TAAGGAGAGG GGCAGAGAAA TGGATCTGGT 55774262
ACAGGAGAAT CAATGAGACC GGGTAAGAAA CAGAAAAGGG GCTGCACCAA 55774312
ATGATTGACA CGCTCTGCAA ACTTCTTTTG TTGGCTCAAG TTGTGGCTCA 55774362
AGAGGTGAGA AGGTAAGGCC AGACTTATTT GTTATGATTT GCCCTTTAAA 55774412
TTGAAGCCTT AAGATTatct ttcacattga tcaagccaac aaaaataggc 55774462
tataagtagg agtgattgaa ttgaggattt gcttactata tatatatttt 55774512
ttctatcagg caagac
```

### Side by Side Alignment

```
00000001 gtaaaggccacatagtggataaaccatgtgccacttgaggaattgagaaa 00000050
>>>>>>>> |||||||||||||||||||||||||||||||||||||||||||||||||| >>>>>>>>
55774163 gtaaaggccacatagtggataaaccatgtgccacttgaggaattgagaaa 55774212

00000051 aagtcagtgtgtttagaacataaggagaggggcagagaaatggatctggt 00000100
>>>>>>>> |||||||||||||||||||||||||||||||||||||||||||||||||| >>>>>>>>
55774213 aagtcagtgtgtttagaacataaggagaggggcagagaaatggatctggt 55774262

00000101 acaggagaatcaatgagaccgggtaagaaacagaaaaggggctgcaccaa 00000150
>>>>>>>> |||||||||||||||||||||||||||||||||||||||||||||||||| >>>>>>>>
55774263 acaggagaatcaatgagaccgggtaagaaacagaaaaggggctgcaccaa 55774312

00000151 atgattgacacgctctgcaaacttcttttgttggctcaagttgtggctca 00000200
>>>>>>>> |||||||||||||||||||||||||||||||||||||||||||||||||| >>>>>>>>
55774313 atgattgacacgctctgcaaacttcttttgttggctcaagttgtggctca 55774362

00000201 agaggtgagaaggtaaggccagacttatttgttatgatttgccctttaaa 00000250
>>>>>>>> |||||||||||||||||||||||||||||||||||||||||||||||||| >>>>>>>>
55774363 agaggtgagaaggtaaggccagacttatttgttatgatttgccctttaaa 55774412

00000251 ttgaagccttaagatt 00000266
>>>>>>>> |||||||||||||||| >>>>>>>>
55774413 ttgaagccttaagatt 55774428
```

*Aligned Blocks with gaps <= 8 bases are merged for this display when only one sequence has a gap, or when gaps in both sequences are of the same size.*

Tavtigian Declaration
Exhibit 5