PREET BHARARA
United States Attorney for the
Southern District of New York
By: ROSS E. MORRISON
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York 10007
Telephone: (212) 637-2691
Facsimile: (212) 637-2786

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ASSOCIATION FOR MOLECULAR                          :
PATHOLOGY, et al.,
                                                                         :
                       Plaintiffs,                 **09 Civ. 4515 (RWS)**
                                                                         :
        v.                                                     **NOTICE OF MOTION**
                                                                         :
UNITED STATES PATENT AND TRADEMARK
OFFICE, et al.,                                                   :

                       Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

PLEASE TAKE NOTICE that, upon the complaint herein, the answer of defendant United States Patent and Trademark Office ("USPTO"), and the accompanying memorandum of law, and upon all other proceedings and pleadings herein, the USPTO will move this Court before the Honorable Robert W. Sweet, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, on January 21, 2010, at 9:00 a.m., for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing plaintiffs' complaint as against the USPTO, and for such other and further relief as is just and proper.

PLEASE TAKE FURTHER NOTICE, that, pursuant to a prior Order of the Court, answering papers, if any, are due to be served upon the undersigned on or before January 8, 2010.

Dated: New York, New York
December 24, 2009

                PREET BHARARA
                United States Attorney for the
                Southern District of New York
                Attorney for Defendant United States Patent and
                Trademark Office

By:    /s/  *Ross E. Morrison*
      ROSS E. MORRISON
      Assistant United States Attorney
      86 Chambers Street -- 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2691
      Facsimile: (212) 637-2786
      E-Mail: ross.morrison@usdoj.gov

To: Christopher A. Hansen, Esq.
American Civil Liberties Union
125 Broad Street
18th Floor
New York, New York 10004

Daniel B. Ravicher, Esq.
Public Patent Law Foundation
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Suite 928
New York, New York 10003

Counsel for Plaintiffs


Brian M. Poissant, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
Counsel for defendants Myriad Genetics and the individuals
  named as Directors of the University of Utah Research Foundation