

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 22, 2009

By Facsimile (212-805-0124)
The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York  10007



RECEIVED
DEC 23 2009

Re:  Association for Molecular Pathology, et al v. U.S. Patent and Trademark Office et al.,
09 Civ. 4515 (RWS)

Dear Judge Sweet:

We write respectfully to request a one-day extension of time, from December 23, 2009, until December 24, 2009, for defendant United States Patent and Trademark Office ("USPTO") to submit its opposition to plaintiffs' motion for summary judgment, and its cross-motion for judgment on the pleadings.

The reason for the requested extension is that, due to the winter storm over the past weekend, federal government offices in Washington, D.C. were closed on Monday, December 21, 2009, and I therefore could not communicate with and receive information from certain USPTO personnel who are assisting in the preparation of the Government's motion papers.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09

So ordered
Sweet
USDJ
12-23-09

Previously, the Court granted the Government's request to extend the deadline for its motion papers until December 23, 2009. Counsel for plaintiffs consents to the Government's instant request.

                            Respectfully,

                            PREET BHARARA
                            United States Attorney

By: _____
    ROSS E. MORRISON
    Assistant United States Attorney
    Tel.: (212) 637-2691

cc: (via email)
    Christopher Hansen, Esq.
    Brian M. Poissant, Esq.