# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | 09 Civ. 4515 (RWS) <br><br> ECF <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jennifer C. Tempesta of Baker Botts L.L.P, hereby enters an appearance as counsel in the above-captioned action on behalf of *Amicus Curiae* the Biotechnology Industry Organization.

Dated: December 30, 2009

Respectfully Submitted:

By: */s/ Jennifer C. Tempesta*
Jennifer C. Tempesta (JT4841)
Baker Botts L.L.P.
30 Rockefeller Center
New York, NY 10112
(212) 408-2500
jennifer.tempesta@bakerbotts.com

*Counsel of Record for Amicus Curiae, the Biotechnology Industry Organization*

NY02:674384.1

# **CERTIFICATE OF SERVICE**

This is to certify that on December 30, 2009 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.

Dated: December 30, 2009

By: */s/ Jennifer C. Tempesta*
Jennifer C. Tempesta (JT4841)
Baker Botts L.L.P.
30 Rockefeller Center
New York, NY 10112
(212) 408-2500
jennifer.tempesta@bakerbotts.com