# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | 09 Civ. 4515 (RWS) <br><br> ECF <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for *Amicus Curiae* the Biotechnology Industry Organization certifies that the Biotechnology Industry Organization has no corporate parents, affiliates, or subsidiaries which are publicly held, and that no publicly held corporation holds more than 10% of its stock.

Dated: December 30, 2009

By:   */s/ Jennifer C. Tempesta*
     Jennifer Gordon
     Steven P. Lendaris
     Jennifer C. Tempesta (JT4841)
     Baker Botts L.L.P.
     30 Rockefeller Center
     New York, NY 10112
     (212) 408-2500
     jennifer.gordon@bakerbotts.com
     steven.lendaris@bakerbotts.com
     jennifer.tempesta@bakerbotts.com

     *Counsel of Record for Amicus Curiae, the Biotechnology Industry Organization*

## **CERTIFICATE OF SERVICE**

        This is to certify that on December 30, 2009 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.

Dated: December 30, 2009

                                          By:   */s/ Jennifer C. Tempesta*
                                                     Jennifer C. Tempesta
                                                     Baker Botts L.L.P.
                                                     30 Rockefeller Center
                                                     New York, NY 10112
                                                     (212) 408-2500
                                                     jennifer.tempesta@bakerbotts.com