# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | 09 Civ. 4515 (RWS) <br><br> ECF <br><br> **MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF** |

PLEASE TAKE NOTICE that proposed *Amicus Curiae*, the Biotechnology Industry Organization, shall move this Court, before the honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY, at a date and time to be determined by the Court, for leave to file a brief *amicus curiae*.

Submitted contemporaneously herewith are: (1) a Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amicus curiae*; and (2) the proposed *amicus curiae* brief.

Dated: December 30, 2009      Respectfully Submitted:

By:    */s/ Jennifer C. Tempesta*
        Jennifer Gordon
        Steven P. Lendaris
        Jennifer C. Tempesta (JT4841)
        Baker Botts L.L.P.
        30 Rockefeller Center
        New York, NY 10112
        (212) 408-2500
        jennifer.gordon@bakerbotts.com
        steven.lendaris@bakerbotts.com
        jennifer.tempesta@bakerbotts.com

        *Counsel of Record for Amicus Curiae, the Biotechnology Industry Organization*

# CERTIFICATE OF SERVICE

      This is to certify that on December 30, 2009 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.

Dated: December 30, 2009

                                            By:   */s/ Jennifer C. Tempesta*
                                                    Jennifer C. Tempesta (JT4841)
                                                    Baker Botts L.L.P.
                                                    30 Rockefeller Center
                                                    New York, NY 10112
                                                    (212) 408-2500
                                                    jennifer.tempesta@bakerbotts.com