Association For Molecular Pathology et al v. United States Patent and Trademark Office et al    Doc. 188 Att. 6

Exhibit 6

Dockets.Justia.com

# Vaccines, Blood & Biologics

# Complete List of Donor Screening Assays for Infectious Agents and HIV Diagnostic Assays

[Return to the Infectious Disease Tests page](#)

**Antibody to Hepatitis B Surface Antigen (HBsAg Assay)**

| Tradename(s) | Format | Sample | Use | Manufacturer | Approval Date |
|---|---|---|---|---|---|
| **Auszyme Monoclonal** | EIA | Serum / Plasma / Cadaveric Serum | Donor Screen & Conf Kit | Abbott Laboratories Abbott Park, IL US License 0043 | 4/1/1985 |
| **GS HBsAg EIA 3.0** | EIA | Serum / Plasma / Cadaveric Serum | Donor Screen & Conf Kit | Bio-Rad Laboratories Redmond, WA US License 1109 | 1/23/2003 |
| **ORTHO Antibody to HBsAg ELISA Test System 3** | EIA | Serum / Plasma | Donor Screen / Diagnosis & Conf Kit | Ortho-Clinical Diagnostics, Inc Raritan, NJ US License 1236 | 4/23/2003 |
| **ABBOTT PRISM HBsAg ABBOTT PRISM HBsAg Confirmatory** | Chemiluminescent Immunoassay (ChLIA) | Serum/Plasma | Donor screening test to detect HBsAg. Also for use in testing blood and plasma to screen organ donors when | Abbott Laboratories Abbott Park, IL US License 0043 | 7/18/2006 |

**Nucleic Acid Testing**

| Tradename(s) | Format | Sample | Use | Manufacturer | App D |
|---|---|---|---|---|---|
| **Roche Amplicor HIV-1 Monitor Test** | PCR | Plasma | Prognosis / Patient Management HIV-1 Viral Load Assay | Roche Molecular Systems, Inc Pleasanton, CA | 3/2/1 |
| **NucliSens HIV-1 QT** | NASBA | Plasma | Prognosis / Patient Management HIV-1 Viral Load Assay | bioMerieux, Inc Durham, NC | 11/1 |
| **COBAS Ampliscreen HIV-1 Test** | PCR | Plasma | Donor Screen Expanded Indications For Use: Source Plasma donors, other living donors, and organ donors | Roche Molecular Systems, Inc Pleasanton, CA US License 1636 | 12/2( |
| **Procleix HIV-1/HCV Assay** | HIV-1/HCV Nucleic Acid Test (TMA) | Plasma | Donor Screen Expanded Indications For Use: Source Plasma donors, living organ donors and cadaveric samples | Gen-Probe San Diego, CA US License 1592 | 6/4/2 |
| **Trugene HIV-1 Genotyping Kit and Open Gene DNA Sequencing System** | HIV-1 Genotyping | Plasma | Patient Monitoring | Siemens Medical Solutions Diagnostics Berkeley, CA | 4/24/ |
| **UltraQual HIV-1 RT-PCR Assay** | PCR | Plasma | Donor Screen | National Genetics Institute Los Angeles, CA 92121 | 9/18/ |
| **UltraQual HCV RT-PCR Assay** | PCR | Plasma | Donor Screen | National Genetics Institute | 9/18/ |

| | | | | | |
|---|---|---|---|---|---|
| **ViroSeq HIV-1 Genotyping System with the 3700 Genetic Analyzer** | HIV-1 Genotyping | Plasma | Patient Monitoring | Los Angeles, CA 92121<br><br>Celera Diagnostics Alameda, CA | 6/11/ |
| **Versant HIV-1 RNA 3.0 (bDNA)** | Signal amplification nucleic acid probe | Plasma | Patient Monitoring | Siemens Medical Solutions Diagnostics<br><br>Berkeley, CA | 9/11/ |
| **COBAS AmpliScreen HCV Test** | PCR | Plasma | Donor Screen Expanded Indications For Use: Source Plasma donors, other living donors, and organ donors | Roche Molecular Systems, Inc Pleasanton, CA US License 1636 | 12/3/ |
| **COBAS AmpliScreen HBV Test** | PCR | Plasma | Donor Screen Indications For Use: Source Plasma donors, other living donors, and organ donors | Roche Molecular Systems, Inc Pleasanton, CA US License 1636 | 4/21/ |
| **Procleix West Nile Virus (WNV) Assay** | Nucleic Acid Test (TMA) | Plasma | Qualitative detection of West Nile Virus (WNV) RNA from volunteer donors of whole blood and blood components, screen organ donors when obtained while donor's heart is still beating, and test blood specimens to screen cadaveric donors | Gen-Probe San Diego, CA US License 1592 | 12/1/ |

| | | | | | |
|---|---|---|---|---|---|
| **APTIMA HIV-1 RNA Qualitative Assay** | HIV-1 and HCV/Nucleic Acid Pooled Testing/Synthetic | Plasma | For use as an aid in diagnosis of HIV-1 infection, including acute or primary infection. | Gen-Probe, Inc US License 1592 | 10/4/ |
| **Procleix Ultrio Assay** | Nucleic Acid Test (TMA) | Plasma and Serum | Qualitative detection of human immunodeficiency virus type 1 (HIV-1) RNA and hepatitis C virus (HCV) RNA from volunteer donors of whole blood and blood components, screen organ donors when obtained while donor's heart is still beating, and test blood specimens to screen cadaveric donors. 8/12/2008 Additional Indication:  Revision of Intended Use to include an HBV screening claim for individual samples and pooled samples of up to 16 individual donations. An Intended Use to include testing of pools of up to 16 donations from donors of Hematopoietic Progenitor Cells (HPCs) or Donor Lymphocytes for Infusion (DLI). | Gen-Probe San Diego, CA US License 1592 | 10/3/ |

| Assay | Method | Specimen | Intended Use | Manufacturer | Date |
|---|---|---|---|---|---|
| [Hepatitis C Virus (HCV) Reverse Transcription (RT) Polymerase Chain Reaction (PCR) assay](#) | PCR | Plasma | Qualitative detection of HCV ribonucleic acid (RNA) in pools of human Source Plasma comprised of equal aliquots of not more than 512 individual plasma samples. | BioLife Plasma Services, L.P. Deerfield, IL US License 1640 | 2/9/2 |
| [Human Immunodeficiency Virus, Type 1 (HIV-1) Reverse Transcription (RT) Polymerase Chain Reaction (PCR) Assay](#) | PCR | Plasma | Qualitative detection of HIV-1 ribonucleic acid (RNA) in pools of human Source Plasma comprised of equal aliquots of not more than 512 individual plasma samples. | BioLife Plasma Services, L.P. Deerfield, IL US License 1640 | 1/31/ |
| [Abbott RealTime HIV-1 Amplification Kit](#) | PCR | Plasma | Quantitation of Human Immunodeficiency Virus type 1 (HIV-1) on the automated m2000 System. Not intended to be used as a donor screening test. | ABBOTT Molecular, Inc Des Plaines, IL | 5/11/ |
| [COBAS AmpliPrep/COBAS TaqMan HIV-1 Test](#) | PCR | Plasma | Quantitation of Human Immunodeficiency Virus Type 1 (HIV-1) nucleic acid. Not intended to be used as a donor screening test. | Roche Molecular Systems, Inc Pleasanton, CA | 5/11/ |
| [COBAS TaqScreen West Nile Virus Test](#) | PCR | Plasma | For the qualitative detection of West Nile Virus (WNV) RNA in plasma specimens from individual human donors, donors of whole blood and blood | Roche Molecular Systems, Inc Pleasanton, CA US License 1636 | 8/28/ |

components, and other living donors. Also intended for use in testing plasma specimens to screen organ donors when specimens are obtained while the donor's heart is still beating.

## Human Immunodeficiency Virus Type 1 (Anti-HIV-1 Assay)

| Tradename(s) | Format | Sample | Use | Manufacturer | Approval Date |
|---|---|---|---|---|---|
| **GS rLAV EIA** | EIA | Serum / Plasma | Donor Screen | Bio-Rad Laboratories Redmond, WA US License 1109 | 6/29/1998 |
| **Cambridge Biotech HIV-1 Western Blot Kit** | WB | Serum / Plasma | Donor Supplemental | Calypte Biomedical Corp Berkeley, CA US License 1207 | 1/3/1991 |
| **GS HIV-1 Western Blot** | WB | Serum / Plasma | Donor Supplemental | Bio-Rad Laboratories Redmond, WA US License 1109 | 11/13/1998 |
| **Fluorognost HIV-1 IFA** | IFA | Serum / Plasma | Donor Supplemental | Waldheim Pharmazeutika GmbH Vienna, Austria US License 1150 | 2/5/1992 |
| **HIVAB HIV-1 EIA** | EIA | Dried Blood Spot | Diagnostic | Abbott Laboratories | 4/22/1992 |