

Sweet/1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION FOR MOLECULAR )
PATHOLOGY; AMERICAN COLLEGE OF ) Civil Action No. 09-4515 (RWS)
MEDICAL GENETICS; AMERICAN SOCIETY )
FOR CLINICAL PATHOLOGY; COLLEGE OF )
AMERICAN PATHOLOGISTS; HAIG )
KAZAZIAN, MD; ARUPA GANGULY, PhD; )
WENDY CHUNG, MD, PhD; HARRY OSTRER, )
MD; DAVID LEDBETTER, PhD; STEPHEN )
WARREN, PhD; ELLEN MATLOFF, M.S.; )
ELSA REICH, M.S.; BREAST CANCER ) ECF Case
ACTION; BOSTON WOMEN'S HEALTH )
BOOK COLLECTIVE; LISBETH CERIANI; ) **STIPULATION**
RUNI LIMARY; GENAE GIRARD; PATRICE )
FORTUNE; VICKY THOMASON; KATHLEEN )
RAKER, )
                Plaintiffs, )
)
v. )
)
UNITED STATES PATENT AND )
TRADEMARK OFFICE; MYRIAD GENETICS; )
LORRIS BETZ, ROGER BOYER, JACK )
BRITTAIN, ARNOLD B. COMBE, RAYMOND )
GESTELAND, JAMES U. JENSEN, JOHN )
KENDALL MORRIS, THOMAS PARKS, )
DAVID W. PERSHING, and MICHAEL K. )
YOUNG, in their official capacity as Directors of )
the University of Utah Research Foundation, )
)
                Defendants. )
)



Whereas on July 13, 2009, counsel for defendants Myriad Genetics and the Directors of the University of Utah Research Foundation served and filed the Declaration of Barry R. Satine (the "Declaration") (Docket No. 29); and

Whereas the Declaration identified exhibits annexed thereto and labeled as Exhibits A through L, inclusive; and

Whereas on July 13, 2009, a courtesy copy of the Declaration with Exhibits A through L inclusive was delivered to the Chambers of the Honorable Robert W. Sweet; and

Whereas on July 13, 2009, a courtesy copy of the Declaration with Exhibits A through L inclusive was provided by electronic means to all counsel of record; and

Whereas Docket entry number 29, as filed with the Clerk's office, consists of the Declaration with Exhibits A through K inclusive, but does not include Exhibit L;

IT HEREBY IS STIPULATED AND AGREED by and between the undersigned counsel that the document annexed hereto as Exhibit L shall be filed with the Clerk's office and shall be part of the record in this case.

Dated: New York, New York
       December 17, 2009

_____ /Ravicosl/
Christopher A. Hansen (CH 6776)
Aden Fine (AF 5421)
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2606

Lenora M. Lapidus (LL 6592)
Sandra S. Park (SP 6817)
Women's Rights Project
125 Broad Street – 18th Floor
New York, NY 10004
212-549-2668

Daniel B. Ravicher (DR 1498)
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Ave., Suite 928
New York, NY 10003
212-790-0442

Attorneys for Plaintiffs

Preet Bharara
United States Attorney for the Southern District of New York

By: *[signature]*
Ross E. Morrison
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2691
Facsimile: (212) 637-2786

Attorneys for Defendant
U.S. Patent and Trademark Office


*[signature]*
Brian M. Poissant (BP2350)
Barry R. Satine (BS8785)
Laura A. Coruzzi (LC0931)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

Attorneys for Defendants
Myriad Genetics, Lorris Betz,
Roger Boyer, Jack Brittain,
Arnold B. Combe, Raymond Gesteland,
James U. Jensen, John Kendall Morris,
Thomas Parks, David W. Pershing,
Michael K. Young


SO ORDERED:

*[signature]*
U.S.D.J.
12/26/09