# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | CASE NO. 09-CV-4515 (RWS) <br><br> ECF <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparties and proposed *Amici Curiae* Celera Corporation, Genomic Health, Inc. and QIAGEN, N.V. state that none of these entities have a parent corporation and that no publicly held corporation owns 10% or more stock in these proposed *Amici Curiae*.

DATED:  January 6, 2010         Respectfully Submitted,

*Of Counsel:*

William G. Gaede, III
Andrew A. Kumamoto
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
wgaede@mwe.com
akumamoto@mwe.com

By:   */s/ Michael R. Huttenlocher*
         Michael R. Huttenlocher
         Obiamaka P. Madubuko
         MCDERMOTT WILL & EMERY LLP
         340 Madison Avenue
         New York, NY 10173-1922
         Telephone: (212) 547-5400
         Facsimile:  (212) 547-5444
         omadubuko@mwe.com

*Counsel of Record for Amici Curiae*