# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | CASE NO. 09-CV-4515 (RWS) <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*** |

PLEASE TAKE NOTICE that proposed *Amici Curiae* BayBio, Celera Corporation, The Coalition for 21st Century Medicine, Genomic Health, Inc. and QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc. shall and does hereby move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for leave to file a brief *amici curiae*.

Filed herewith are: (1) Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amici curiae*, (2) proposed Order granting leave to file the proposed brief *amici curiae*, and (3) the proposed brief *amici curiae* and the supporting Declaration of William G. Gaede, III.

DATED:  January 6, 2010

*Of Counsel:*

William G. Gaede, III
Andrew A. Kumamoto
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
wgaede@mwe.com
akumamoto@mwe.com

Respectfully Submitted,

By:   */s/ Michael R. Huttenlocher*
Michael R. Huttenlocher
Obiamaka P. Madubuko
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
omadubuko@mwe.com

*Counsel of Record for Amici Curiae*

-1-

MPK 160208-1.009900.0023