IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | CASE NO. 09-CV-4515 (RWS) <br><br> [PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF *AMICI CURIAE* |

This matter having come before the Court on Proposed *Amici Curiae* BayBio, Celera Corporation, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc.'s Motion for Leave to File Brief *Amici Curiae*, the Court having reviewed the parties' Stipulation and the record herein, and good cause appearing therefor,

IT IS SO ORDERED that *Amici Curiae* BayBio, Celera Corporation, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc.'s motion is GRANTED.

DATED: _____      _____
                            HONORABLE ROBERT W. SWEET
                            JUDGE OF THE U.S. DISTRICT COURT

MPK 160213-1.009900.0023