# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, January 6, 2010, I served the accompanying Motion for Leave to File Brief Amici Curiae, Declaration of William G. Gaede, III, in Support of Baybio, Celera, the Coalition for 21st Century Medicine, Genomic Health, Inc., Qiagen, N.V., Target Discovery, Inc. and XDX, Inc.'s Brief for Amici Curiae in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, Memorandum in Support of Motion for Leave to File Brief Amici Curiae, Proposed Order Granting Leave to File Brief Amici Curiae, and Proposed Brief for Amici Curiae upon all those having appeared in this matter and in accordance with the rules of this Court.

Dated: New York, New York
January 6, 2010

_____
Amelia J. Crowley

NYK 1184415-1.009900.0011