Association For Molecular Pathology et al v. United States Patent and Trademark Office et al Doc. 197 Att. 21

# EXHIBIT 20

Dockets.Justia.com

110TH CONGRESS
1ST SESSION

# H. R. 977

To amend title 35, United States Code, to prohibit the patenting of human genetic material.

---

IN THE HOUSE OF REPRESENTATIVES

FEBRUARY 9, 2007

Mr. BECERRA (for himself and Mr. WELDON of Florida) introduced the following bill; which was referred to the Committee on the Judiciary

---

# A BILL

To amend title 35, United States Code, to prohibit the patenting of human genetic material.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the ''Genomic Research and Accessibility Act''.

**SEC. 2. PROHIBITION ON PATENT OF HUMAN GENETIC MATERIAL.**

(a) IN GENERAL.—Chapter 10 of title 35, United States Code, is amended by adding at the end the following new section:

**"§ 106. Prohibition on patent of human genetic material**

"Notwithstanding any other provision of law, no patent may be obtained for a nucleotide sequence, or its functions or correlations, or the naturally occurring products it specifies.".

(b) TABLE OF CONTENTS.—The table of sections of chapter 10 of title 35, United States Code, is amended by adding at the end the following:

"106. Prohibition on patent of human genetic material.".

(c) APPLICABILITY.—The amendment made by subsection (a) shall not apply to a patent issued before the date of the enactment of this Act.

○