# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Friday, January 8, 2010, I served the accompanying Rule 7.1 Corporate Disclosure Statement upon all those having appeared in this matter and in accordance with the rules of this Court.

Dated: New York, New York
       January 8, 2010

_____
Amelia J. Crowley

NYK 1184415-1.009900.0011