# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**COURTESY COPY**

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., | |
| Plaintiffs, | 09 Civ. 4515 (RWS) |
| v. | ECF |
| UNITED STATES PATENT AND TRADEMARK OFFICE, et al., | **MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |
| Defendants. | |

RECEIVED DEC 3 1 2009 JUDGE SWEET CHAMBERS

PLEASE TAKE NOTICE that proposed *Amicus Curiae*, the Biotechnology Industry Organization, shall move this Court, before the honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY, at a date and time to be determined by the Court, for leave to file a brief *amicus curiae.*

Submitted contemporaneously herewith are: (1) a Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amicus curiae*; and (2) the proposed *amicus curiae* brief.

Dated: December 30, 2009

Respectfully Submitted:

By:  */s/ Jennifer C. Tempesta*
Jennifer Gordon
Steven P. Lendaris
Jennifer C. Tempesta (JT4841)
Baker Botts L.L.P.
30 Rockefeller Center
New York, NY 10112
(212) 408-2500
jennifer.gordon@bakerbotts.com
steven.lendaris@bakerbotts.com
jennifer.tempesta@bakerbotts.com

*Counsel of Record for Amicus Curiae, the Biotechnology Industry Organization*

So ordered
Sweet
USDJ
1-6-10



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/10

NY02:674380.1

## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2009 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.


Dated: December 30, 2009

By:    */s/ Jennifer C. Tempesta*
        Jennifer C. Tempesta (JT4841)
        Baker Botts L.L.P.
        30 Rockefeller Center
        New York, NY 10112
        (212) 408-2500
        jennifer.tempesta@bakerbotts.com