UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, <br><br>Defendants. | 09 Civ. 4515 (RWS) <br><br> ECF <br><br> **NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

PLEASE TAKE NOTICE that proposed *Amicus Curiae,* Rosetta Genomics Ltd., Rosetta Genomics Inc., and George Mason University shall move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY, at a date and time to be determined by the Court, for leave to file a brief *amicus curiae.*

Submitted contemporaneously herewith are: (1) a Memorandum of Law in Support of

this Motion for Leave to File a proposed brief *amicus curiae;* and (2) the proposed *amicus curiae* brief, (3) a Rule 7.1 Corporate Disclosure Statement, and (4) a Notice of Appearance.

Dated: January 11, 2010

Respectfully Submitted:

By: /s/ Robert Scher

Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
(212) 338-3405
rscher@foley.com

*Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosetta Genomics, Inc., and George Mason University*

## CERTIFICATE OF SERVICE

This is to certify that on January 11, 2010 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.

Dated: January 11, 2010

By: *Robert Sch*

Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
(212) 338-3405
rscher@foley.com

*Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosetta Genonics, Inc., and George Mason University*