UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION FOR MOLECULAR PATHOLOGY;
AMERICAN COLLEGE OF MEDICAL GENETICS;
AMERICAN SOCIETY FOR CLINICAL PATHOLOGY;
COLLEGE OF AMERICAN PATHOLOGISTS; HAIG
KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY
CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID
LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN
MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER
ACTION; BOSTON WOMEN'S HEALTH BOOK
COLLECTIVE; LISBETH CERIANI; RUNI LIMARY;
GENAE GIRARD; PATRICE FORTUNE; VICKY
THOMASON; KATHLEEN RAKER,

                    Plaintiffs,

v.

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER
BOYER, JACK BRITTAIN, ARNOLD B. COMBE,
RAYMOND GESTELAND, JAMES U. JENSEN, JOHN
KENDALL MORRIS, THOMAS PARKS, DAVID W.
PERSHING, and MICHAEL K. YOUNG, in their official
capacity as Directors of the University of Utah Research
Foundation,

                    Defendants.

09 Civ. 4515 (RWS)

ECF

**[PROPOSED] ORDER
GRANTING LEAVE TO
FILE BRIEF *AMICI CURIAE***

This matter having come before the Court on Proposed *Amici Curiae* Rosetta Genomics, Ltd., Rosetta Genomics, Inc., and George Mason University's Motion for Leave to File Brief *Amici Curiae*, the Court having reviewed the record herein, and good cause appearing therefor,

IT IS SO ORDERED that *Amici Curiae* Rosetta Genomics, Ltd., Rosetta Genomics, Inc., and George Mason University's motion is GRANTED.

DATED: _____

_____

HONORABLE ROBERT W. SWEET

JUDGE OF THE U.S. DISTRICT COURT