UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD;ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,

      Plaintiffs,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,

      Defendants.

09 Civ. 4515 (RWS)

ECF

**RULE 7.1 CORPORATE STATEMENT**

---

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparty Rosetta Genomics Ltd., by its attorneys, states that it has no parent company and no publicly held corporation that owns 10% or more of stock in Rosetta Genomics Ltd. In addition, Rosetta Genomics Inc. is a wholly owned subsidiary of its parent corporation, Rosetta Genomics Ltd.

Dated: January 11, 2010

Respectfully Submitted:

By: /s/ Robert Sch———

Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
(212) 338-3405
rscher@foley.com

*Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosetta Genonics, Inc., and George Mason University*

**CERTIFICATE OF SERVICE**

This is to certify that on January 11, 2010 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.

Dated: January 11, 2010

By: *Robert Sch* [signature]

Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
(212) 338-3405
rscher@foley.com

*Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosetta Genonics, Inc., and George Mason University*