UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ASSOCIATION FOR MOLECULAR PATHOLOGY;
AMERICAN COLLEGE OF MEDICAL GENETICS;
AMERICAN SOCIETY FOR CLINICAL PATHOLOGY;
COLLEGE OF AMERICAN PATHOLOGISTS; HAIG
KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY
CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID
LEDBETTER, PhD; STEPHEN WARREN, PhD;ELLEN
MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER
ACTION; BOSTON WOMEN'S HEALTH BOOK
COLLECTIVE; LISBETH CERIANI; RUNI LIMARY;
GENAE GIRARD; PATRICE FORTUNE; VICKY
THOMASON; KATHLEEN RAKER,

                Plaintiffs,

v.

UNITED STATES PATENT AND TRADEMARK
OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER
BOYER, JACK BRITTAIN, ARNOLD B. COMBE,
RAYMOND GESTELAND, JAMES U. JENSEN, JOHN
KENDALL MORRIS, THOMAS PARKS, DAVID W.
PERSHING, and MICHAEL K. YOUNG, in their official
capacity as Directors of the University of Utah Research
Foundation,

                Defendants.

09 Civ. 4515 (RWS)

ECF

**NOTICE OF APPEARANCE**

---

Please take notice that Robert A. Scher enters his appearance in this matter as counsel for *Amici Curiae* Rosetta Genomics Ltd., Rosetta Genomics Inc., and George Mason University.

Dated: January 11, 2010

                Respectfully Submitted:

              By: /s/ Robert Scher

              Robert A. Scher
              FOLEY & LARDNER LLP
              90 Park Avenue
              New York, NY 10016-1314
              (212) 338-3405
              rscher@foley.com

*Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosetta Genonics, Inc., and George Mason University*

# CERTIFICATE OF SERVICE

This is to certify that on January 11, 2010 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.

Dated: January 11, 2010

By: *[signature: Robert Sch]*

Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
(212) 338-3405
rscher@foley.com

*Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosetta Genonics, Inc., and George Mason University*