# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, | 09 Civ. 4515 (RWS) ECF |
| Plaintiffs, | **RULE 7.1 CORPORATE STATEMENT** |
| v. | |
| UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparty George Mason University, by its attorneys, states that it has no parent company and is not a publicly traded corporation. No publicly traded corporation owns 10% or more of George Mason University stock.

Dated: January 13, 2010

                                                                      Respectfully Submitted:

                                                                      By: /s/ Robert A. Scher

                                                                      Robert A. Scher
                                                                      FOLEY & LARDNER LLP
                                                                      90 Park Avenue

New York, NY 10016-1314
(212) 338-3405
rscher@foley.com

*Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosetta Genonics, Inc., and George Mason University*

# CERTIFICATE OF SERVICE

This is to certify that on January 13, 2010 a true and correct copy of the foregoing document has been served on registered counsel of record via the Court's ECF system.

Dated: January 13, 2010

                                              By:  /s/ Robert A. Scher

                                              Robert A. Scher
                                              FOLEY & LARDNER LLP
                                              90 Park Avenue
                                              New York, NY 10016-1314
                                              (212) 338-3405
                                              rscher@foley.com

                                              *Counsel of Record for Amici Curiae Rosetta Genomics, Ltd., Rosett Genonics, Inc., and George Mason University*