UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, *ET AL.*, | ) ) ) | 09 Civ. 4515 (RWS) |
| | ) | ECF |
| Plaintiffs, v. | ) ) ) | **RULE 7.1 STATEMENT** |
| UNITED STATES PATENT AND TRADEMARK OFFICE, *ET AL.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, *Amicus Curiae* Boston Patent Law Association states that it has no parent corporation and that no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated: January 13, 2010

McCARTER & ENGLISH, LLP

By: /s/Lee Carl Bromberg
Lee Carl Bromberg
Lori J. Shyavitz
Attorneys for *Amicus Curiae*
Boston Patent Law Association
265 Franklin Street
Boston, MA 02116
(617) 449-6500
lbromberg@mccarter.com
lshyavitz@mccarter.com

*Of Counsel:*
Erik Paul Belt
  Co-Chair, BPLA *Amicus* Committee
Maria Laccotripe Zacharakis, Ph.D.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02116
(617) 449-6500
ebelt@mccarter.com
mzacharakis@mccarter.com

ME1 9449809v.1

## CERTIFICATE OF SERVICE

This is to certify that on January 13, 2010, a true and correct copy of the foregoing Rule 7.1 Statement has been served on registered counsel of record via the Court's ECF system.

Dated: January 13, 2010

/s/Lori J. Shyavitz
Lori J. Shyavitz