# McDermott
# Will & Emery

Boston Brussels Chicago Dusseldorf Houston London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

William G. Gaede III
wgaede@mwe.com
+1 650 815 7435

January 6, 2010





**VIA FACSIMILE: 212-805-7925**

Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Assoc. for Molecular Pathology, et al. v. U.S. Patent & Trademark Office, et al.*
Civil Action No. 09CV4515 (RWS)

Dear Judge Sweet:

We represent proposed *amici curiae* BayBio, Celera Corporation, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc. who are moving for leave to file a brief amicus curiae. We respectfully request for leave to allow an overlength brief that exceeds the twenty-five (25) page limit stated in the October 5, 2007, Individual Practices of Judge Robert W. Sweet.

Good cause exists for the brief *amicus curiae* to exceed the current page limitation. Given the number of *Amici* herein, the brief contains 12 pages in which each *Amici Curiae* describes itself, its business, and the public benefit from its personalized medicine technology.

Accordingly, for the reasons stated above, the proposed *Amici Curiae* respectfully request that the Court grant this request and grant the proposed *Amici* a total of thirty-six (36) pages for their brief *amicus curiae*.

Respectfully submitted,

William G. Gaede III

So ordered.

/s/ RWS
1-12-10

cc: (Via email)
Sandra S. Park (spark@aclu.org)
Ross Morrison (ross.morrison@usdoj.gov)
Barry R. Satine (barryrsatine@jonesday.com)
Brian M. Poissant (bmpoissant@jonesday.com)

MPK 160239-1.009900.0023

U.S. practice conducted through McDermott Will & Emery LLP.

340 Madison Avenue New York, New York 10017-4613 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com