# Exhibit 1

Dockets.Justia.com

# CURRICULUM VITAE

Emanuel Frank Petricoin III, Ph.D.,

Co-Director, Center for Applied Proteomics and Molecular Medicine
Professor of Life Sciences
College of Sciences
George Mason University

**Date and Place of Birth:**   August 22, 1964; Plainfield, New Jersey

**Marital Status:**   Married; two children
Wife: Becky
Frank, Age 17
Sophia, Age 6

**Home Address:**   7625 Great Dover St
Gainesville, VA 20155

**Home Telephone:**   (571) 830-4166

**Work Address:**   10900 University Blvd, MS4E3
Manassas, VA 20110

**Work Telephone:**   703-993-8646

**Work Facsimile:**   703-993-4288

**Email Address:**   epetrico@gmu.edu

## Education:

- Ph.D.  1990 Microbiology, University of Maryland at College Park

- B.S.   1985 Microbiology, University of Maryland at College Park

## Recent Employment Summary:

- 2005- present   Professor, College of Sciences, George Mason University

- 2005-present   Co-Director, Center for Applied Proteomics and Molecular Medicine, George Mason University

- 2006-2007   Chair, Department of Molecular and Microbiology, George Mason University

- 2003 - 2005   Senior Investigator, Office of Cell, Tissue and Gene

Therapy, CBER/FDA

- 2001 - 2005      Co-Director FDA-NCI Clinical Proteomics Program

- 1999 - 2003      Senior Investigator, Division of Therapeutic Products, CBER/FDA

- 1999 - 2001      Co-Director FDA-NCI Tissue Proteomics Initiative

- 1995 - 1999      Senior Staff Fellow, Division of Cytokine Biology, CBER/FDA

- 1993 - 1995      Staff Fellow, Division of Cytokine Biology, CBER/FDA

- 1990 - 1993      National Research Council Post-Doctoral Fellow, CBER/FDA

## Honors/Awards:

- U of Louisville, Kentucky Colonel Award 2006
- Faculty of 1000 in Medicine 2005,2006,2007
- Harvard University and Children's Hospital- Leading Edge Award, 2004
- Nancy Terner Berman Award and Lecture, 2004
- American Society of Cytopathology Basic Research Award, 2003
- Clinical Ligand Assay Society- Distinguished Scientist Award, 2003
- NIH Director's Award, 2002
- University of North Carolina, School of Medicine- Ralph Landes Award, 2002
- FDA Scientific Merit Award For Outstanding Intercenter Collaboration, 2001
- CBER Director's Distinguished Service Award, 2001
- National Research Council Fellowship Award, 1990

## Research Interests:

- Personalized and tailored medicine enabled through the use of cutting-edge microproteomic technologies

- Translational applications for molecular network and signal pathway profiling technologies in human tissue

- Identification and discovery of body fluid and tissue-based biomarkers for early stage disease detection

- Identification and discovery of biomarkers for early stage drug, biological, and nano toxicity through the use of novel proteomic formats

- Development of nanotechnology tools for increased analytical detection, drug delivery, imaging and monitoring

- Development of mathematical and bioinformatics approaches for molecular network elucidation and protein-protein interaction analysis

WASH_6714895.1

- Development of high-throughput multiplexed proteomic sensing technologies and microfabricated biosensors.

Publications:

1. Havaleshko DM, Smith SC, Cho H, Cheon S, Owens CR, Lee JK, Liotta LA, Espina V, Wulfkuhle JD, Petricoin EF, Theodorescu D. Comparison of global versus epidermal growth factor receptor pathway profiling for prediction of lapatinib sensitivity in bladder cancer. **Neoplasia. 2009** Nov;11(11):1185-93.

2. Wei BH,. Hoover SB, Ross MR, Zhou W, Meani F, Edwards JB, Spehalski EI, Risinger JI, Alvord WG, Quiñones OA, Belluco C, Martella, Campagnutta E, Ravaggi A, Dai RM, Goldsmith PK, Woolard KD, Pecorelli S, Liotta LA, Petricoin EF, Simpson RM. S100A6 Concentration Predicts Peritoneal Tumor Burden in Mice with Epithelial Ovarian Cancer and Is Associated with Advanced Stage in Patients. **PloS One. 2009** Oct 30;4(10):e7670.

3. Anderson T, Wulfkuhle J, Liotta L, Winslow RL, Petricoin E 3rd. Improved reproducibility of reverse phase protein microarrays using array microenvironment normalization **Proteomics. 2009** Oct 15. [Epub ahead of print]

4. Zhou W, Ross M, Tessitore A, Ornstein D, Vanmeter A, Liotta LA, Petricoin EF. An initial characterization of the serum phosphoproteome. **J Proteome Res 2009.** Oct 14. E pub ahead of print

5. Narayanan A, Zhou W, Ross R, Tang J, Liotta L, Petricoin E, Kashanchi F, Bailey C, Popov S. Discovery of Infectious Disease Biomarkers in Murine Anthrax Model Using Mass Spectrometry of the Low-Molecular-Mass Serum Proteome, **2009 J Proteomic Bioinform**. 2(9):408-415.

6. Meani F, Pecorelli S, Liotta L, Petricoin EF.Clinical application of proteomics in ovarian cancer prevention and treatment. **Mol Diagn Ther. 2009**;13(5):297-311.

7. Finley DS, Calvert VS, Inokuchi J, Lau A, Narula N, Petricoin EF, Zaldivar F, Santos R, Tyson DR, Ornstein DK. Periprostatic Adipose Tissue as a Modulator of Prostate Cancer Aggressiveness. **J Urol. 2009** Oct;182(4):1621-7.

8. Tahara H, Sato M, Thurin M, Wang E, Butterfield LH, Disis ML, Fox BA, Lee PP, Khleif SN, Wigginton JM, Ambs S, Akutsu Y, Chaussabel D, Doki Y, Eremin O, Fridman WH, Hirohashi Y, Imai K, Jacobson J, Jinushi M, Kanamoto A, Kashani-Sabet M, Kato K, Kawakami Y, Kirkwood JM, Kleen TO, Lehmann PV, Liotta L, Lotze MT, Maio M, Malyguine A, Masucci G, Matsubara H, Mayrand-Chung S, Nakamura K, Nishikawa H, Palucka AK, Petricoin EF, Pos Z, Ribas A, Rivoltini L, Sato N, Shiku H, Slingluff CA, Streicher H, Stroncek DF, Takeuchi H, Toyota M, Wada H, Wu X, Wulfkuhle J, Yaguchi T, Zeskind B, Zhao Y, Zocca MB, Marincola FM. Emerging concepts in biomarker discovery; The US-Japan workshop on immunological molecular markers in oncology. **J Transl Med. 2009** Jun 17;7(1):45.

9. Diamandis EP, Hanash S, Lopez M, Carr S, Petricoin EF 3rd Protein quantification by mass spectrometry: is it ready for prime time? **Clin Chem. 2009** Jul;55(7):1427-30.

WASH_6714895.1

10. Davuluri G, Espina V, Petricoin EF 3rd, Ross M, Deng J, Liotta LA, Glaser BM. Activated VEGF Receptor Shed Into the Vitreous in Eyes With Wet AMD: A New Class of Biomarkers in the Vitreous With Potential for Predicting the Treatment Timing and Monitoring Response. **Arch Ophthalmol. 2009** May;127(5):613-21.

11. Pierobon M, Calvert V, Belluco C, Garaci E, Deng J, Lise M, Nitti D, Mammano E, Marchi FD, Liotta L, Petricoin E. Multiplexed Cell Signaling Analysis of Metastatic and Nonmetastatic Colorectal Cancer Reveals COX2-EGFR Signaling Activation as a Potential Prognostic Pathway Biomarker. **Clin Colorectal Cancer. 2009** Apr;8(2):110-7.

12. Popova T, Espina VE, Bailey C, Liotta L, Petricoin E, Popov S. Anthrax infection inhibits the AKT signaling involved in the E-cadherin-mediated adhesion of lung epithelial cells **FEMS Immuol Med Microbiol. 2009** April E pub ahead of print

13. Gulmann C, Sheehan KM, Conroy RM, Wulfkuhle JD, Espina V, Mullarkey MJ, Kay EW, Liotta LA, Petricoin EF. Quantitative cell signallng analysis reveals down-regulation of MAPK pathway activation in colorectal cancer. **J Pathol. 2009** Mar 20.

14. Petricoin EF.Proteomics in laboratory medicine. Preface. **Clin Lab Med. 2009** Mar;29(1):xiii-xiv.

15. Espina V, Liotta LA, Petricoin EF. Reverse-phase protein microarrays for theranostics and patient tailored therapy. **Methods Mol Biol. 2009**;520:89-105.

16. Grubb R, Deng J, Pinto P, Mohler J, Chinnaiyan A, Rubin M, Linehan W, Liotta L, Petricoin EF, Wulfkuhle J.Pathway Biomarker Profiling of Localized and Metastatic Human Prostate Cancer Reveal Metastatic and Prognostic Signatures. **J Proteome Res. 2009** Mar 10. [Epub ahead of print]

17. Longo C, Patanarut A, George T, Bishop B, Zhou W, Fredolini C, Ross MM, Espina V, Pellacani G, Petricoin EF 3rd, Liotta LA, Luchini A. Core-shell hydrogel particles harvest, concentrate and preserve labile low abundance biomarkers. **PLoS ONE. 2009**;4(3):e4763.

18. Nijdam AJ, Zianni MR, Herderick EE, Cheng MM, Prosperi JR, Robertson FA, Petricoin EF, Liotta LA, Ferrari M Application of Physicochemically Modified Silicon Substrates as Reverse-Phase Protein Microarrays.**J Proteome Res. 2009** Jan 26

19. Fredolini C, Meani F, Reeder, KA, Rucker S, Paanarut, A, Botterell PJ, Bishop B, Longo C, Espina V, Petricoin EF, Liotta LA, Luchini A. Concentration and Preservation of Very Low Abundance Biomarkers in Urine, such as Human Growth Hormone (hHGH), by Cibacron Blue F3G-A Loaded Hydrogel Particles. **Nano Res, 2008** 1:502-518

20. Napoletani D, Sauer T, Struppa DC, Petricoin E, Liotta L. Augmented sparse reconstruction of protein signaling networks. **J Theor Biol. 2008** Nov 7;255(1):40-52

21. Vanmeter AJ, Rodriguez AS, Bowman ED, Harris CC, Deng J, Calvert VS, Silvestri A, Fredolini C, Chandhoke V, Petricoin EF 3rd, Liotta LA, Espina V.LCM and protein microarray analysis of human NSCLC: Differential EGFR phosphorylation events associated with mutated EGFR compared to wild type. **Mol Cell Proteomics. 2008** Oct;7(10):1902-24.

WASH_6714895.1

22. Espina VA, Edmiston KH, Heiby M, Pierobon M, Sciro M, Merritt B, Banks S, Deng J, Vanmeter AJ, Geho DH, Pastore L, Sennesh J, Petricoin EF 3rd, Liotta LA. A portrait of tissue phosphoprotein stability in the clinical tissue procurement process. **Mol Cell Proteomics. 2008** Oct;7(10):1998-2018.

23. Sturgeon CM, Hoffman BR, Chan DW, Ch'ng SL, Hammond E, Hayes DF, Liotta LA, Petricoin EF, Schmitt M, Semmes OJ, Söletormos G, van der Merwe E, Diamandis EP; National Academy of Clinical Biochemistry.National Academy of Clinical Biochemistry Laboratory Medicine Practice Guidelines for Use of Tumor Markers in Clinical Practice: Quality Requirements.**Clin Chem. 2008** Aug;54(8):e1-e10.

24. Speer R, Wulfkuhle J, Espina V, Aurajo R, Edmiston KH, Liotta LA, Petricoin EF 3rd.Molecular network analysis using reverse phase protein microarrays for patient tailored therapy. **Adv Exp Med Biol. 2008**;610:177-86.

25. Liotta L, Petricoin E.Nanomedicine--the power of proteins: a conversation with Lance Liotta and Emanual Petricoin. Interview by Barbara J Culliton. **Health Aff. 2008** Jul-Aug;27(4):w310-4.

26. Signore M, Liotta LA, De Maria R, Petricoin EF. Quantum dots for biomedical applications **Expert Opinion on Medical Diagnostics 2008** 2(3):315-322.

27. Espina V, Wulfkuhle J, Calvert VS, Liotta LA, Petricoin EF 3rd. Reverse phase protein microarrays for theranostics and patient-tailored therapy. **Methods Mol Biol. 2008**;441:113-28.

28. Mathivanan S, Ahmed M, Ahn NG, Alexandre H, Amanchy R, Andrews PC, Bader JS, Balgley BM, Bantscheff M, Bennett KL, Björling E, Blagoev B, Bose R, Brahmachari SK, Burlingame AS, Bustelo XR, Cagney G, Cantin GT, Cardasis HL, Celis JE, Chaerkady R, Chu F, Cole PA, Costello CE, Cotter RJ, Crockett D, DeLany JP, De Marzo AM, DeSouza LV, Deutsch EW, Dransfield E, Drewes G, Droit A, Dunn MJ, Elenitoba-Johnson K, Ewing RM, Van Eyk J, Faca V, Falkner J, Fang X, Fenselau C, Figeys D, Gagné P, Gelfi C, Gevaert K, Gimble JM, Gnad F, Goel R, Gromov P, Hanash SM, Hancock WS, Harsha HC, Hart G, Hays F, He F, Hebbar P, Helsens K, Hermeking H, Hide W, Hjernø K, Hochstrasser DF, Hofmann O, Horn DM, Hruban RH, Ibarrola N, James P, Jensen ON, Jensen PH, Jung P, Kandasamy K, Kheterpal I, Kikuno RF, Korf U, Körner R, Kuster B, Kwon MS, Lee HJ, Lee YJ, Lefevre M, Lehvaslaiho M, Lescuyer P, Levander F, Lim MS, Löbke C, Loo JA, Mann M, Martens L, Martinez-Heredia J, McComb M, McRedmond J, Mehrle A, Menon R, Miller CA, Mischak H, Mohan SS, Mohmood R, Molina H, Moran MF, Morgan JD, Moritz R, Morzel M, Muddiman DC, Nalli A, Navarro JD, Neubert TA, Ohara O, Oliva R, Omenn GS, Oyama M, Paik YK, Pennington K, Pepperkok R, Periaswamy B, Petricoin EF, Poirier GG, Prasad TS, Purvine SO, Rahiman BA, Ramachandran P, Ramachandra YL, Rice RH, Rick J, Ronnholm RH, Salonen J, Sanchez JC, Sayd T, Seshi B, Shankari K, Sheng SJ, Shetty V, Shivakumar K, Simpson RJ, Sirdeshmukh R, Siu KW, Smith JC, Smith RD, States DJ, Sugano S, Sullivan M, Superti-Furga G, Takatalo M, Thongboonkerd V, Trinidad JC, Uhlen M, Vandekerckhove J, Vasilescu J, Veenstra TD, Vidal-Taboada JM, Vihinen M, Wait R, Wang X, Wiemann S, Wu B, Xu T, Yates JR, Zhong J, Zhou M, Zhu Y, Zurbig P, Pandey A. Human Proteinpedia enables sharing of human protein data. **Nat Biotechnol. 2008** Feb;26(2):164-7

WASH_6714895.1

29. Wulfkuhle JD, Speer R, Pierobon M, Laird J, Espina V, Deng Jm Mammano E, Yang SX, Swain SM, Nitti D, Esserman LJ, Belluco C, Liotta LA and Petricoin EF. Multiplexed Cell Signaling Analysis of Human Breast Cancer: Applications for Personalized Therapy. **J of Prot Res. 2008** Apr;7(4):1508-17.

30. Liotta LA, Petricoin EF. Putting the "Bio" back into Biomarkers: Orienting Proteomic Discovery toward Biology and away from the Measurement Platform. **Clin Chem. 2008** Jan;54(1):3-5

31. Luchini A, Geho DH, Bishop B, Tran D, Xia C, Dufour RL, Jones CD, Espina V, Patanarut A, Zhou W, Ross MM, Tessitore A, Petricoin EF, Liotta LA. Smart Hydrogel Particles: Biomarker Harvesting: One-Step Affinity Purification, Size Exclusion, and Protection against Degradation. **Nano Lett. 2008 Jan;8(1):350-61.**

32. Espina V, Wulfkuhle JD, Calvert VS, Petricoin EF 3rd, Liotta LA. Reverse phase protein microarrays for monitoring biological responses. **Methods Mol Biol. 2007**;383:321-36.

33. Sanchez-Carbayo M, Socci ND, Richstone L, Corton M, Behrendt N, Wulkfuhle J, Bochner B, Petricoin E, Cordon-Cardo C. Genomic and Proteomic Profiles Reveal the Association of Gelsolin to TP53 Status and Bladder Cancer Progression. **Am J Pathol. 2007** Nov;171(5):1650-1658.

34. Araujo RP, Liotta LA, Petricoin EF. Proteins, drug targets and the mechanisms they control: the simple truth about complex networks. **Nat Rev Drug Discov.** 2007 Nov;6(11):871-80

35. Zhou, J, Wulfkuhle J, Zhang H, Gu P, Yang Y, Deng J, Margolick JB, Liotta LA, Petricoin EF, Zhang Y. Activation of the PTEN/mTOR/STAT3 pathway in breast cancer stem-like cells is required for viability and maintenance. **PNAS 2007.** Oct 9;104(41):16158-63.

36. Petricoin EF, Younossi Z. Reply: **Hepatology. 2007** Sep 25;46(4):1306-1307

37. VanMeter A, Signore M, Pierobon M, Espina V, Liotta LA, Petricoin EF Reverse-phase protein microarrays: application to biomarker discovery and translational medicine **Expert Review of Molecular Diagnostics. 2007.** 7(5): 625-633(9)

38. Speer R, Wulfkuhle J, Espina V, Aurajo R, Edmiston KH, Liotta LA, Petricoin EF 3rd. Development of reverse phase protein microarrays for clinical applications and patient-tailored therapy. **Cancer Genomics Proteomics. 2007** May-Jun;4(3):157-64.

39. Cowen EW, Liu CW, Steinberg SM, Kang S, Vonderheid EC, Kwak HS, Booher S, Petricoin EF, Liotta LA, Whiteley G, Hwang ST. Differentiation of tumour-stage mycosis fungoides, psoriasis vulgaris and normal controls in a pilot study using serum proteomic analysis. **Br J Dermatol. 2007** Nov;157(5):946-53

40. Sheehan KM, Gulmann, C, Eichler GS, Weinstein, J, Barrett HL, Kay EW, Conroy RM, Liotta LA, Petricoin EF, Signal Pathway Profiling of Epithelial and Stromal Compartments of Colonic Carcinoma Reveal Epithelial-Mesenchymal Transition **Oncogene, 2007** July 9 epub ahead of print.

WASH_6714895.1

41. Belluco C, Petricoin E, Peschle C, Liu C, Lowenthal M, Johann D, Lasebikan L, Ross-Rucker,S, Lise, M, Di Maggio C, Mammano E, Facchiano F, Nitti D, Garaci E, Mills G, Liotta L, Whiteley G. Serum proteomic mass spectrometry a highly sensitive and specific discriminatory pattern for Stage I breast cancer. **Annal. of Surgical Oncology. 2007** epub ahead of print Jun 27

42. Araujo RP, Petricoin EF, Lotta LA.: Mathematical modeling of the cancer cell's control circuitry: Paving the way to patient-tailored combination therapy. **Current Signal Transduction Therapies, 2007**. 2(2):145-55.

43. Geho DH, Luchini A, Garaci E, Belluco C, Petricoin E, Liotta LA. Nanotechnology in clinical proteomics. **Nanomed. 2007** Feb;2(1):1-5

44. Baranova A, Liotta L, Petricoin E, Younossi ZM. The Role of Genomics and Proteomics: Technologies in Studying Non-alcoholic Fatty Liver Disease. **Clin Liver Dis. 2007** Feb;11(1):209-220.

45. Rapkiewicz A, Espina V, Zujewski JA, Lebowitz PF, Filie A, Wulfkuhle J, Camphausen K, Petricoin EF 3rd, Liotta LA, Abati A. The needle in the haystack: Application of breast fine-needle aspirate samples to quantitative protein microarray technology. **Cancer Cytology. 2007** Jun 25;111(3):173-84.

46. Lopez MF, Mikulskis A, Kuzdzal S, Golenko E, Petricoin EF 3rd, Liotta LA, Patton WF, Whiteley GR, Rosenblatt K, Gurnani P, Nandi A, Neill S, Cullen S, O'gorman M, Sarracino D, Lynch C, Johnson A, McKenzie W, Fishman D. A Novel, High-Throughput Workflow for Discovery and Identification of Serum Carrier Protein-Bound Peptide Biomarker Candidates in Ovarian Cancer Samples. **Clin Chem. 2007** Apr 26

47. Petricoin EF, Espina V, Araujo RP, Midura B, Yeung C, Wan X, Eichler GS, Johann DJ,Qualman, S, Tsokos M, Krishnan K, Helman LJ, Liotta LA. Phosphoprotein Signal Pathway Mapping: Akt/mTOR Pathway Activation Association with Childhood Rhabdomyosarcoma Survival. **Cancer Research. 2007**;67(7):3431–4

48. Calvert VS, Collantes R, Elariny H, Afendy A, Baranova A, Mendoza M, Goodman Z, Liotta LA, Petricoin EF, and Younossi ZM. A Systems Biology Approach to the Pathogenesis of Non-Alcoholic Fatty Liver Disease (NAFLD): Molecular Network Analysis of Human Adipose Tissue Can Distinguish Non-alcoholic Steatohepatitis (NASH) from Non-Progressive Simple Steatosis. **Hepatology. 2007**. 46(1) 166-172.

49. Sakamoto N, Tsuji K, Muul LM, Lawler AM, Petricoin EF, Candotti F, Metcalf JA, Tavel JA, Lane HC, Urba WJ, Fox BA, Varki A, Lunney JK, Rosenberg AS.Bovine apolipoprotein B-100 is a dominant immunogen in therapeutic cell populations cultured in FCS in mice and humans.**Blood. 2007** Mar 29

50. Shankavaram UT, Reinhold WC, Nishizuka S, Major S, Morita D, Chary KK, Reimers MA, Scherf U, Kahn A, Dolginow D, Cossman J, Kaldjian EP, Scudiero DA, Petricoin E, Liotta L, Lee JK, Weinstein JN. Transcript and protein expression profiles of the NCI-60 cancer cell panel: an integromic microarray study. **Mol Cancer Ther. 2007** Mar;6(3):820-32

51. Polci, ML, Camerini S, Liotta LA, Petricoin EF, Zhou W. A Method for the Selective Isolation and Enrichment of Carrier Protein Bound Low Molecular Weight Proteins and Peptides in the Blood **Proteomics 2007** 1(2):176-84.

-7-

52. Geho D, Luchini A, Garaci E, Belluco C, <u>Petricoin EF</u>, Liotta LA. Nanotechnology in clinical proteomics. **Nanomedicine 2007** 2(1):105.

53. VanMeter A, Calvert VS., Wulfkuhle JD., <u>Petricoin EF</u>, Liotta LA., Espina V. Qualification of Microarrayers for Clinical Research, **BioRadiations. 2007**. February 1.

54. Do TV, Symowicz JC, Berman DM, Liotta LA, <u>Petricoin EF 3rd,</u> Stack MS, Fishman DA. Lysophosphatidic Acid down-regulates stress fibers and up-regulates pro-matrix metalloproteinase-2 activation in ovarian cancer cells. **Mol Cancer Res. 2007** Feb;5(2):121-31

55. Smith FM, Gallagher WM, Fox E, Stephens RB, Rexhepaj E, Petricoin EF 3rd, Liotta L, Kennedy MJ, Reynolds JV.Combination of SELDI-TOF-MS and Data Mining Provides Early-stage Response Prediction for Rectal Tumors Undergoing Multimodal Neoadjuvant Therapy. **Ann Surg. 2007** Feb;245(2):259-266.

56. Petricoin EF, Belluco C, Araujo RP, Liotta LA. The blood peptidome: a higher dimension of information content for cancer biomarker discovery. **Nat Rev Cancer. 2006** Nov 9

57. Petricoin EF, and Liotta LA. A revolutionary approach to biomarker discovery. **The Scientist. 2006**. 20(11):32-38.

58. Di Pietro R, Fang H, Fields K, Miller S, Flora M, Petricoin EF Dveksler G, Rana RA, Grimley PM. Peroxiredoxin genes are not induced in myeloid leukemia cells exposed to ionizing radiation. **Int J Immunopathol Pharmacol. 2006** July-September;19(3):517-524.

59. Nijdam AJ, Ming-Cheng Cheng M, Geho DH, Fedele R, Herrmann P, Killian K, Espina V, Petricoin EF 3rd, Liotta LA, Ferrari M. Physicochemically modified silicon as a substrate for protein microarrays. **Biomaterials. 2006** Sep 18 [Epub ahead of print]

60. Geho D., Garaci E., Petricoin E., Cooper J., Espina V. and Liotta L. Proteomics and personalized medicine. **Personalized Medicine, 2006** 3(3): 223-226.

61. Campbell MJ, Esserman LJ, Zhou Y, Shoemaker M, Lobo M, Borman E, Baehner F, Kumar AS, Adduci K, Marx C, Petricoin EF, Liotta LA, Winters M, Benz S, and Benz CC. Breast cancer growth prevention by statins. **Cancer Res. 2006** Sep 1;66(17):8707-14.

62. Chung MC, Popova TG, Millis BA, Mukherjee DV, Zhou W, Liotta LA, Petricoin EF, Chandhoke V, Bailey C, Popov SG. Secreted neutral metalloproteases of bacillus anthracis as candidate pathogenic factors. **J Biol Chem. 2006** Aug 22; [Epub ahead of print]

63. Espina V, Wulfkuhle JD, Calvert VS, VanMeter A, Zhou W, Coukos G, Geho D, Petricoin EF, & Liotta LA. Laser Capture Microdissection. **Nature Protocols 2006** 1(2): 586-603.

64. Wu SL, Kim J, Bandle RW, Liotta L, Petricoin E, Karger BL. Dynamic profiling of the post-translational modifications and interaction partners of epidermal growth

WASH_6714895.1

factor receptor signaling after stimulation by EGF using extended range proteomic analysis (ERPA). **Mol Cell Proteomics. 2006** Jun 23; [Epub ahead of print]

65.  Srinivasan R, Daniels J, Fusaro V, Lundqvist A, Killian JK, Geho D, Quezado M, Kleiner D, Rucker S, Espina V, Whiteley G, Liotta L, Petricoin E, Pittaluga S, Hitt B, Barrett AJ, Rosenblatt K, Childs RW. Accurate diagnosis of acute graft-versus-host disease using serum proteomic pattern analysis. **Exp Hematol. 2006** Jun;34(6):796-801.

66.  Geho D, Ming-Cheng Cheng M, Killian K, Lowenthal M, Ross S, Frogale K, Nijdam J, Lahar N, Johann D, Herrmann P, Whiteley G, Ferrari M, Petricoin E, Liotta L. Fractionation of Serum Components Using Nanoporous Substrates **Bioconjug Chem. 2006** May 17;17(3):654-661.

67.  Wulfkuhle JD, Edmiston KH, Liotta LA, Petricoin EF. Technology Insight: pharmacoproteomics for cancer-promises of patient-tailored medicine using protein microarrays. **Nat Clin Pract Oncol. 2006** May;3(5):256-68.

68.  Gaspari M, Ming-Cheng Cheng M, Terracciano R, Liu X, Nijdam AJ, Vaccari L, di Fabrizio E, Petricoin EF, Liotta LA, Cuda G, Venuta S, Ferrari M. Nanoporous Surfaces as Harvesting Agents for Mass Spectrometric Analysis of Peptides in Human Plasma. **J Proteome Res. 2006** May 5;5(5):1261-1266.

69.  Terracciano R, Gaspari M, Testa F, Pasqua L, Tagliaferri P, Cheng MM, Nijdam AJ, Petricoin EF, Liotta LA, Cuda G, Ferrari M, Venuta S. Selective binding and enrichment for low-molecular weight biomarker molecules in human plasma after exposure to nanoporous silica particles. **Proteomics. 2006** Apr 27

70.  Gulmann C, Sheehan K, Kay E, Liotta L, Petricoin E 3rd. Array-based proteomics: mapping of protein circuitries for diagnostics, prognostics, and therapy guidance in cancer. **J Pathol. 2006** Mar 3;208(5):595-606

71.  Menard C, Johann D, Lowenthal M, Muanza T, Sproull M, Ross S, Gulley J, Petricoin E, Coleman CN, Whiteley G, Liotta L, Camphausen K. Discovering clinical biomarkers of ionizing radiation exposure with serum proteomic analysis. **Cancer Res. 2006** Feb 1;66(3):1844-50.

72.  Geho DH, Liotta LA, Petricoin EF, Zhao W, Araujo RP. The amplified peptidome: the new treasure chest of candidate biomarkers. **Curr Opin Chem Biol. 2006** Feb;10(1):50-5.

73.  Geho DH, Jones CD, Petricoin EF, Liotta LA. Nanoparticles: potential biomarker harvesters. **Curr Opin Chem Biol. 2006** Feb;10(1):56-61.

74.  Liotta LA, Petricoin EF. Serum Peptidome for Cancer Detection: Spinning Biologic Trash into Diagnostic Gold. **J Clin Invest. 2006.** Jan;116(1):26-30.

75.  Conrads TP, Hood BL, Petricoin EF, Liotta LA, Veenstra TD. Cancer proteomics: many technologies, one goal. **Expert Rev Proteomics. 2005** Oct;2(5):693-703.

76.  Geho DH, Petricoin EF, Liotta LA, Araujo RP. Modeling of protein signaling networks in clinical proteomics. **Cold Spring Harb Symp Quant Biol. 2005;**70:517-24.

77. Ressom HW, Varghese RS, Abdel-Hamid M, Abdel-Latif Eissa S, Saha D, Goldman L, Petricoin EF, Conrads TP, Veenstra TD, Loffredo CA, Goldman R. Analysis of mass spectral serum profiles for biomarker selection. **Bioinformatics. 2005** Nov 1;21(21):4039-45

78. Gulmann C, Espina V, Petricoin E, Longo, DL, Santi M, Knutsen T, Raffeld M, Jaffe ES, Liotta LA, Feldman AL. Proteomic analysis of apoptotic pathways reveal prognostic factors in follicular lymphoma. **Clinical Cancer Research 2005** Aug 15;11(16):5847-55.

79. Lowenthal MS, Mehta AI, Frogale K, Bandle RW, Araujo RP, Hood BL, Veenstra TD, Conrads TP, Goldsmith P, Fishman D, Petricoin EF 3rd, Liotta LA. Analysis of Albumin-Associated Peptides and Proteins from Ovarian Cancer Patients. **Clin Chem. 2005** Aug 11

80. Speer R, Wulfkuhle JD, Liotta LA. Petricoin EF. Reverse-phase protein microarrays for tissue-based analysis. **Curr Opin Mol Ther. 2005** Jun;7(3):240-5.

81. Brouwers FM, Petricoin EF, Ksinantova L, Breza J, Rajapakse V, Ross S, Johann D, Mannelli M, Shulkin BL, Kvetnansky R, Eisenhofer G, Walther MM, Hitt BA, Conrads TP, Veenstra TD, Mannion DP, Wall MR, Wolfe GM, Fusaro VA, Liotta LA, Pacak K. Low molecular weight proteomic information distinguishes metastatic from benign pheochromocytoma. **Endocr Relat Cancer 2005** June 1:12: 263-272.

82. Belluco C, Mammano E, Petricoin E, Prevedello L, Calvert V, Liotta L, Nitti D, Lise M. Kinase substrate protein microarray analysis of human colon cancer and hepatic metastasis. **Clin Chim Acta. 2005** May 24; [Epub ahead of print]

83. Petricoin EF 3rd, Bichsel VE, Calvert VS, Espina V, Winters M, Young L, Belluco C, Trock BJ, Lippman M, Fishman DA, Sgroi DC, Munson PJ, Esserman LJ, Liotta LA. Mapping molecular networks using proteomics: a vision for patient-tailored combination therapy. **J Clin Oncol. 2005** May 20;23(15):3614-21.

84. Geho D, Lahar N, Gurnani P, Huebschman M, Herrmann P, Espina V, Shi A, Wulfkuhle J, Garner H, Petricoin E 3rd, Liotta LA, Rosenblatt KP. Pegylated, Steptavidin-Conjugated Quantum Dots Are Effective Detection Elements for Reverse-Phase Protein Microarrays. **Bioconjug Chem. 2005** May 18;16(3):559-566.

85. Winters ME, Mehta AI, Petricoin EF 3rd, Kohn EC, Liotta LA. Supra-additive growth inhibition by a celecoxib analogue and carboxyamido-triazole is primarily mediated through apoptosis. **Cancer Res. 2005** May 1;65(9):3853-60

86. Iyengar P, Espina V, Williams TW, Lin Y, Berry D, Jelicks LA, Lee H, Temple K, Graves R, Pollard J, Chopra N, Russell RG, Sasisekharan R, Trock BJ, Lippman M, Calvert VS, Petricoin EF, Liotta L, Dadachova E, Pestell RG, Lisanti MP, Bonaldo P, Scherer PE. Adipocyte-derived collagen VI affects early mammary tumor progression in vivo, demonstrating a critical interaction in the tumor/stroma microenvironment. **J Clin Invest. 2005** May 2;115(5):1163-1176.

87. Espina V, Geho D, Mehta AI, Petricoin EF 3rd, Liotta LA, Rosenblatt KP. Pathology of the future: molecular profiling for targeted therapy. **Cancer Invest. 2005**;23(1):36-46.

WASH_6714895.1

88. Stone JH, Rajapakse VN, Hoffman GS, Specks U, Merkel PA, Spiera RF, Davis JC, St Clair EW, McCune J, Ross S, Hitt BA, Veenstra TD, Conrads TP, Liotta LA, Petricoin EF 3rd. A serum proteomic approach to gauging the state of remission in Wegener's granulomatosis. **Arthritis Rheum. 2005** Mar;52(3):902-10.

89. Araujo RP, Petricoin EF, Liotta LA. A mathematical model of combination therapy using the EGFR signaling network. **Biosystems. 2005** Apr;80(1):57-69.

90. Calvo KR, Liotta LA, Petricoin EF. Clinical proteomics: from biomarker discovery and cell signaling profiles to individualized personal therapy. **Biosci Rep. 2005** Feb-Apr;25(1-2):107-25.

91. Lotze MT, Wang E, Marincola FM, Hanna N, Bugelski PJ, Burns CA, Coukos G, Damle N, Godfrey TE, Howell WM, Panelli MC, Perricone MA, Petricoin EF, Sauter G, Scheibenbogen C, Shivers SC, Taylor DL, Weinstein JN, Whiteside TL.Workshop on cancer biometrics: identifying biomarkers and surrogates of cancer in patients: a meeting held at the Masur Auditorium, National Institutes of Health. **J Immunother. 2005** Mar-Apr;28(2):79-119.

92. Liotta LA, Lowenthal M, Mehta A, Conrads TP, Veenstra TD, Fishman DA, Petricoin EF 3rd. Importance of communication between producers and consumers of publicly available experimental data. **J Natl Cancer Inst. 2005** Feb 16;97(4):310-4.

93. Sheehan KM, Calvert VS, Kay EW, Lu Y, Fishman D, Espina V, Aquino J, Speer R, Araujo R, Mills GB, Liotta LA, Petricoin EF 3rd, Wulfkuhle JD. Use of reverse phase protein microarrays and reference standard development for molecular network analysis of metastatic ovarian carcinoma. **Mol Cell Proteomics. 2005** Apr;4(4):346-55. Epub 2005 Jan 25.

94. Menard C, Susil RC, Choyke P, Coleman J, Grubb R, Gharib A, Krieger A, Guion P, Thomasson D, Ullman K, Gupta S, Espina V, Liotta L, Petricoin E, Fitchtinger G, Whitcomb LL, Atalar E, Coleman CN, Camphausen K. An Interventional Magnetic Resonance Imaging Technique for the Molecular Characterization of Intraprostatic Dynamic Contrast Enhancement. **Mol Imaging. 2005** Jan;4(1):63-66.

95. Romeo MJ, Espina V, Lowenthal M, Espina BH, Petricoin EF, Liotta LA. CSF proteome: a protein repository for potential biomarker identification. **Expert Rev Proteomics. 2005** Jan;2(1):57-70.

96. Liotta LA, Petricoin EF, Veenstra TD, Conrads TP. High-resolution serum proteomic patterns for ovarian cancer detection. **Endocr Relat Cancer. 2004** Dec;11(4):585-7.

97. Carr KM, Rosenblatt K, Petricoin EF, Liotta LA. Genomic and proteomic approaches for studying human cancer: prospects for true patient-tailored therapy. **Hum Genomics. 2004** Jan;1(2):134-40.

98. Tong W, Xie Q, Hong H, Shi L, Fang H, Perkins R, Petricoin EF. Using decision forest to classify prostate cancer samples on the basis of SELDI-TOF MS data:

-11-

assessing chance correlation and prediction confidence. **Environ Health Perspect**. 2004 Nov;112(16):1622-7.

99. Cowherd SM, Espina VA, <u>Petricoin</u> EF 3rd, Liotta LA. Proteomic analysis of human breast cancer tissue with laser-capture microdissection and reverse-phase protein microarrays. **Clin Breast Cancer. 2004** Dec;5(5):385-92.

100. Wulfkuhle J, Espina V, Liotta L, <u>Petricoin E</u>. Genomic and proteomic technologies for individualisation and improvement of cancer treatment. **Eur J Cancer. 2004** Nov;40(17):2623-32.

101. Rapkiewicz AV, Espina V, <u>Petricoin EF 3rd</u>, Liotta LA. Biomarkers of ovarian tumours. **Eur J Cancer. 2004** Nov;40(17):2604-12.

102. Geho DH, Lahar N, Ferrari M, <u>Petricoin EF</u>, Liotta LA.  Opportunities for nanotechnology-based innovation in tissue proteomics. **Biomed Microdevices**. 2004 Sep;6(3):231-9.

103. Ornstein DK, Rayford W, Fusaro VA, Conrads TP, Ross SJ, Hitt BA, Wiggins WW, Veenstra TD, Liotta LA, <u>Petricoin EF 3rd</u>.  Serum proteomic profiling can discriminate prostate cancer from benign prostates in men with total prostate specific antigen levels between 2.5 and 15.0 ng/ml. **J Urol. 2004** Oct;172(4, Part 1 Of 2):1302-1305.

104. Krieg RC, Knuechel R, Schiffmann E, Liotta LA, <u>Petricoin EF 3rd</u>, Herrmann PC. Mitochondrial proteome: cancer-altered metabolism associated with cytochrome c oxidase subunit level variation. **Proteomics. 2004** Sep;4(9):2789-95.

105. Interewicz B, Olszewski WL, Leak LV, <u>Petricoin EF</u>, Liotta LA.  Profiling of normal human leg lymph proteins using the 2-D electrophoresis and SELDI-TOF mass spectrophotometry approach. **Lymphology. 2004** Jun;37(2):65-72.

106. <u>Petricoin EF</u>, Fishman DA, Conrads TP, Veenstra TD, Liotta LA. Lessons from Kitty Hawk: From feasibility to routine clinical use for the field of proteomic pattern diagnostics. **Proteomics. 2004** Aug;4(8):2357-2360.

107. Araujo RP, Doran C, Liotta L, <u>Petricoin EF</u>. Network targeted combination therapy: a new concept in cancer treatment. **Drug Discovery Today. 2004** 1(4)425-433.

108. <u>Petricoin EF</u>, Ornstein DK, Liotta LA.  Clinical proteomics: Applications for prostate cancer biomarker discovery and detection. **Urol Oncol. 2004** Jul-Aug;22(4):322-8.

109. Espina V, Woodhouse EC, Wulfkuhle J, Asmussen HD, <u>Petricoin EF 3rd</u>, Liotta LA. Protein microarray detection strategies: focus on direct detection technologies. **J Immunol Methods. 2004** Jul;290(1-2):121-33.

110. Johann DJ Jr, McGuigan MD, Tomov S, Fusaro VA, Ross S, Conrads TP, Veenstra TD, Fishman DA, Whiteley GR, <u>Petricoin EF</u>, Liotta LA. Novel approaches to visualization and data mining reveals diagnostic information in the low amplitude region of serum mass spectra from ovarian cancer patients. **Dis Markers. 2003-2004** 19(4-5):197-207.

111. Espina V, Woodhouse EC, Wulfkuhle J, Asmussen HD, Petricoin EF 3rd, and Liotta LA. Protein microarray detection strategies: Focus on direct detection technologies. **J Immunol Methods. 2004** Jul;290(1-2):121-33.

112. Johann DJ Jr, McGuigan MD, Patel AR, Tomov S, Ross S, Conrads TP, Veenstra TD, Fishman DA, Whiteley GR, Petricoin EF 3rd, and Liotta LA. Clinical proteomics and biomarker discovery. **Ann N Y Acad Sci. 2004** Jun;1022:295-305.

113. Petricoin, EF, Rajapaske V, Herman EH, Arekani AM, Ross S, Johann D, Knapton A, Zhang J, Hitt BA, Conrads TP, Veenstra TD, Liotta LA, and Sistare FD. Toxicoproteomics: Serum proteomic pattern diagnostics for early detection of drug induced cardiac toxicities and cardioprotection. **Toxicol Pathol. 2004** Mar-Apr;32 Suppl 1:122-30.

114. Gillespie JW, Gannot G, Tangrea MA, Ahram M, Best CJ, Bichsel VE, Petricoin EF, Emmert-Buck MR, and Chuaqui RF. Molecular profiling of cancer. **Toxicol Pathol. 2004** Mar-Apr;32 Suppl 1:67-71.

115. Roberts E, Charboneau L, Espina V, Liotta L, Petricoin E, and Dreher K. Application of laser capture microdissection and protein microarray technologies in the molecular analysis of airway injury following pollution particle exposure. **J Toxicol Environ Health A. 2004** Jun 11;67(11):851-61.

116. Leak LV, Liotta LA, Krutzsch H, Jones M, Fusaro VA, Ross SJ, Zhao Y, and Petricoin EF 3rd. Proteomic analysis of lymph. **Proteomics. 2004** May;4(5):1519.

117. Ravichandran V, Vasquez GB, Srivastava S, Verma M, Petricoin E, Lubell J, Sriram RD, Barker PE, Gilliland GL. Data standards for proteomics: mitochondrial two-dimensional polyacrylamide gel electrophoresis data as a model system. **Mitochondrion. 2004** May;3(6):327-36.

118. Zhou M, Lucas DA, Chan KC, Issaq HJ, Petricoin EF 3rd, Liotta LA, Veenstra TD and Conrads TP. An investigation into the human serum "interactome." **Electrophoresis. 2004** May;25(9):1289-98.

119. Conrads TP, Fusaro VA, Ross S, Johann D, Rajapakse V, Hitt BA, Steinberg SM, Kohn EC, Fishman DA, Whitely G, Barrett JC, Liotta LA, Petricoin EF 3rd and Veenstra TD. High-resolution serum proteomic features for ovarian cancer detection. **Endocr Relat Cancer. 2004** Jun;11(2):163-78.

120. Ornstein DK, and Petricoin EF 3rd. Proteomics to diagnose human tumors and provide prognostic information. **Oncology. 2004** Apr;18(4):521-9; discussion 529-32.

121. Geho DH, Petricoin EF, and Liotta LA. Blasting into the Microworld of Tissue Proteomics: A New Window on Cancer: Commentary re S. A. Schwartz et al., Protein Profiling in Brain Tumors Using Mass Spectrometry: Feasibility of a New Technique for the Analysis of Protein Expression. **Clin Cancer Res. 2004** Feb 1;10(3):825-7.

122. Petricoin E, Wulfkuhle J, Espina V, and Liotta LA. Clinical proteomics: Revolutionizing disease detection and patient tailoring therapy. **J Proteome Res. 2004** Mar-Apr;3(2):209-17.

-13-

123. Calvert VS, Tang Y, Boveia V, Wulfkuhle J, Schutz-Geschwender Olive DM, Liotta LA, Petricoin EF Development of Multiplexed Protein Profiling and Detection Using Near Infrared Detection of Reverse-Phase Protein Microarrays **Clinical Proteomics 2004** 1(1) 81-90.

124. Espina V, Petricoin EF, Liotta LA, Geho D Application of Sector Protein Microarrays to Clinical Samples **Clinical Proteomics 2004** 1(1) 91-100.

125. Petricoin EF, and Liotta LA. SELDI-TOF-based serum proteomic pattern diagnostics for early detection of cancer. **Curr Opin Biotechnol. 2004** Feb;15(1):24-30.

126. Petricoin EF, and Liotta LA. Proteomic approaches in cancer risk and response assessment. **Trends Mol Med. 2004** Feb;10(2):59-64.

127. Hasan RK, Wulfkuhle JD, Liotta LA, and Petricoin EF. Molecular technologies for personalized cancer management. **JAMA. 2004** Apr 7;291(13):1644-5.

128. Rosenblatt KP, Bryant-Greenwood P, Killian JK, Mehta A, Geho D, Espina V, Petricoin EF, and Liotta LA. Serum proteomics in cancer diagnosis and management. **Annu Rev Med. 2004** Feb;55:97-112.

129. Zha H, Raffeld M, Charboneau L, Pittaluga S, Kwak LW, Petricoin E, Liotta LA and Jaffe ES. Similarities of prosurvival signals in Bcl-2-positive and Bcl-2-negative follicular lymphomas identified by reverse phase protein microarray. **J Lab Invest. 2004** Feb;84(2):235-44.

130. Berman DM, Shih IM, Burke LA, Veenstra TD, Zhao Y, Conrads TP, Kwon SW, Hoang V, Yu LR, Zhou M, Kurman RJ, Petricoin EF, and Liotta LA. Profiling the activity of G proteins in patient-derived tissues by rapid affinity-capture of signal transduction proteins (GRASP). **Proteomics. 2004** Mar;4(3):812-8.

131. Alexe G, Alexe S, Liotta LA, Petricoin E, Reiss M, and Hammer PL. Ovarian cancer detection by logical analysis of proteomic data. **Proteomics. 2004** Mar;4(3):766-83.

132. Leak LV, Liotta LA, Krutzsch H, Jones M, Fusaroa VA, Ross SJ, Zhao Y, and Petricoin 3rd EF. Proteomic analysis of lymph. **Proteomics. 2004** Mar;4(3):753-65.

133. Feldman AL, Espina V, Petricoin EF 3rd, Liotta LA, and Rosenblatt KP. Use of proteomic patterns to screen for gastrointestinal malignancies. **Surgery. 2004** Mar;135(3):243-7.

134. Moody TW, Dudek J, Zakowicz H, Walters J, Jensen RT, Petricoin E, Couldrey C, and Green JE. VIP receptor antagonists inhibit mammary carcinogenesis in C3(1)SV40T antigen mice. **Life Sci. 2004** Jan 30;74(11):1345-57.

135. Espina V, Dettloff KA, Cowherd S, Petricoin 3rd EF, and Liotta LA. Use of proteomic analysis to monitor responses to biological therapies. **Expert Opin Biol Ther. 2004** Jan;4(1):83-93.

WASH_6714895.1

136. Krieg RC, Liotta LA, <u>Petricoin EF 3rd</u>, and Herrmann PC. Trapping radioactive carbon dioxide during cellular metabolic assays under standard culture conditions: Description of a unique gas-capturing device. **J Biochem Biophys Methods.** **2004** Feb 27;58(2):119-24.

137. <u>Petricoin EF</u>, and Liotta LA. Clinical proteomics: Application at the bedside. **Contrib Nephrol. 2004** 141:93-103.

138. Hingorani SR, <u>Petricoin EF</u>, Maitra A, Rajapakse V, King C, Jacobetz MA, Ross S, Conrads TP, Veenstra TD, Hitt BA, Kawaguchi Y, Johann D, Liotta LA, Crawford HC, Putt ME, Jacks T, Wright CV, Hruban RH, Lowy AM, and Tuveson DA. Preinvasive and invasive ductal pancreatic cancer and its early detection in the mouse. **Cancer Cell. 2003** Dec;4(6):437-50.

139. Wulfkuhle JD, Liotta LA, and <u>Petricoin EF</u>. Early detection: Proteomic applications for the early detection of cancer. **Nat Rev Cancer 2003** Apr;3(4):267-75.

140. Braziel RM, Shipp MA, Feldman AL, Espina V, Winters M, Jaffe ES, <u>Petricoin EF 3rd</u>, and Liotta LA. Molecular diagnostics. **Hematology 2003** 279-93.

141. Liotta LA, Ferrari M, and <u>Petricoin E</u>. Clinical proteomics: Written in blood. **Nature. 2003** Oct 30;425(6961):905.

142. Herrmann PC, Gillespie JW, Charboneau L, Bichsel VE, Paweletz CP, Calvert VS, Kohn EC, Emmert-Buck MR, Liotta LA, and <u>Petricoin EF 3rd</u>. Mitochondrial proteome: Altered cytochrome c oxidase subunit levels in prostate cancer. **Proteomics. 2003** Sep;3(9):1801-10.

143. Woodhouse EC, Fisher A, Bandle RW, Bryant-Greenwood B, Charboneau L, <u>Petricoin EF 3rd</u>, and Liotta LA. Drosophila screening model for metastasis: Semaphorin 5c is required for l(2)gl cancer phenotype. **Proc Natl Acad Sci. 2003** Sep 30;100(20):11463-8.

144. Krieg RC, Paweletz CP, Liotta LA, and <u>Petricoin EF 3rd</u>. Dilution of protein gel stain results in retention of staining capacity. **Biotechniques. 2003** Aug;35(2):376-8.

145. Wulfkuhle JD, Paweletz CP, Steeg PS, <u>Petricoin EF</u>, and Liotta LA. Proteomic approaches to the diagnosis, treatment, and monitoring of cancer. **Adv Exp Med Biol. 2003** 532:59-68.

146. Espina V, Mehta AI, Winters ME, Wulfkuhle J, <u>Petricoin EF</u>, and Liotta LA. Protein microarrays: Molecular profiling technologies for clinical specimens. **Proteomics. 2003** Nov;3(11):2091-100.

147. Grubb RL, Calvert VS, Paweletz CP, Phillips JL, Linehan WM, Gillespie JW, Emmert-Buck MR, Liotta L, and <u>Petricoin EF</u>. Signal pathway profiling of prostate cancer using reverse phase protein arrays. **Proteomics. 2003** Nov;3(11):2142-6.

148. Wulfkuhle JD., Aquino JA, Calvert VS, Fishman DA, Coukos G, Liotta LA, and <u>Petricoin EF</u>. Signal pathway profiling of ovarian cancer from human tissue specimens using reverse-phase microarrays. **Proteomics. 2003** Nov;3(11):2085-90.

WASH_6714895.1

149. Nishizuka S, Charboneau L, Young L, Major S, Reinhold WC, Waltham M, Kouros-Mehr H, Bussey KJ, Lee JK, Munson PJ, Petricoin EF, Liotta LA, and Weinstein JN. Diagnostic markers that distinguish colon and ovarian adenocarcinomas: Identification by genomic, proteomic, and tissue array profiling. **Cancer Research. 2003** Sep 1;63(17):5243-50.

150. Nishizuka S, Charboneau L, Young L, Major S, Reinhold WC, Waltham M, Kouros-Mehr H, Bussey KL, Lee JK, Munson PJ, Petricoin III EF, Liotta LA, and Weinstein JN. Proteomic profiling of the NCI60 cancer cell lines using new high-density 'reverse-phase' lysate microarrays. **Proc. Natl Acad Sci. 2003** Nov 25;100(24):14229-34.

151. R. C. Krieg, C. P. Paweletz, L. A. Liotta, and E.F. Petricoin III. Dilution of SYPRO Ruby Protein Gel Stain Results in Retention of Staining Capacity. **Biotechniques. 2003** Aug;35(2):376-8.

152. Liotta LA, Petricoin EF 3rd. The promise of proteomics. **Clin Adv Hematol Oncol. 2003** Aug;1(8):460-2.

153. Herrmann PC, Gillespie JW, Charboneau L, Bichsel VE, Paweletz CP, Calvert VS, Kohn EC, Emmert-Buck MR, Liotta LA, and Petricoin EF. Mitochondrial proteome: Altered cytochrome c oxidase subunit levels in prostate cancer. **Proteomics. 2003** Sep;3(9):1801-10.

154. Barrett JC, Bennett LM, Fleming LK, Linehan WM, Liotta LA, Rosenberg SA, Petricoin EF 3rd, Staudt LM, Thompson TE, Yang JC. Linking laboratory and clinical research: the development of molecularly targeted therapeutics inside the national cancer institute center for cancer research. **Clin Adv Hematol Oncol. 2003** May;1(5):302-6.

155. Mehta AI, Ross S, Lowenthal MS, Fusaro V, Fishman DA, Petricoin EF, and Liotta LA. Biomarker amplification by serum carrier protein binding. **Dis Markers. 2003-2004;**19(1):1-10.

156. Petricoin E 3rd, and Liotta LA. The vision for a new diagnostic paradigm. **Clin Chem. 2003** Aug;49(8):1276-1278.

157. Conrads TP, Zhou M, Petricoin EF 3rd, Liotta L, and Veenstra TD. Cancer diagnosis using proteomic patterns. **Expert Rev Mol Diagn. 2003** Jul;3(4):411-20.

158. Petricoin EF, and Liotta LA. Clinical applications of proteomics. **J Nutr. 2003** Jul;133(7):2476-2484.

159. Liotta LA, Espina V, Mehta AI, Calvert V, Rosenblatt K, Geho D, Munson PJ, Young L, Wulfkuhle J, and Petricoin EF. Protein microarrays: Meeting analytical challenges for clinical applications. **Cancer Cell. 2003** Apr;3(4):317-25.

160. Ahram M, Flaig MJ, Gillespie JW, Duray PH, Linehan WM, Ornstein DK, Niu S, Zhao Y, Petricoin EF 3rd, and Emmert-Buck MR. Evaluation of ethanol-fixed, paraffin-embedded tissues for proteomic applications. **Proteomics. 2003** Apr;3(4):413-21.

WASH_6714895.1

161. Petricoin EF, and Liotta LA. Mass spectrometry-based diagnostics: The upcoming revolution in disease detection. **Clin Chem.** **2003** Apr;49(4):533-534.

162. Petricoin EF 3rd, and Liotta LA. Serum proteomic patterns for detection of prostate cancer. **J Natl Cancer Inst.** **2003** Mar 19;95(6):490-1.

163. Ardekani AM, Petricoin EF 3rd, and Hackett JL. Molecular diagnostics: An FDA perspective. **Expert Rev Mol Diagn.** **2003** Mar;3(2):129-40.

164. Jones MB, Michener CM, Blanchette JO, Kuznetsov VA, Raffeld M, Serrero G, Emmert-Buck MR, Petricoin EF, Krizman DB, Liotta LA, and Kohn EC. The granulin-epithelin precursor/PC-Cell-derived growth factor is a growth factor for epithelial ovarian cancer. **Clin Cancer Res.** **2003** Jan;9(1):44-51.

165. Liotta LA, Petricoin EF 3rd, Ardekani AM, Hitt BA, Levine PJ, Fusaro VA, Steinberg SM, Mills GB, Simone C, Fishman DA, and Kohn EC. Proteomic patterns in sera serve as biomarkers of ovarian cancer. **Gynecol Oncol.** **2003** Jan;88(1 Pt 2):S25-8.

166. Petricoin EF, and Liotta LA. Proteomic analysis at the bedside: Early detection of cancer. **Trends Biotechnol.** **2002** Dec;20(12 Suppl):S30-4.

167. Leak LV, Petricoin EF 3rd, Jones M, Paweletz CP, Ardekani AM, Fusaro VA, Ross S, and Liotta LA. Proteomic technologies to study diseases of the lymphatic vascular system. **Ann N Y Acad Sci.** **2002** Dec;979:211-34.

168. Ardekani AM, Liotta LA, and Petricoin EF 3rd. Clinical potential of proteomics in the diagnosis of ovarian cancer. **Expert Rev Mol Diagn.** **2002** Jul;2(4):312-20.

169. Petricoin, E.F., Zoon, K.C., Kohn, E.C., Barrett, J.C., and Liotta, L.A. Clinical proteomics: Translating benchside promise into bedside reality. **Nature Rev. Drug Disc.** **2002** Sep;1(9):683-95.

170. Liotta, L.A., and Petricoin, E.F. Serum proteomic pattern diagnostics for ovarian cancer detection. **Am Jour of Oncol Reviews.** **2002** 1(2):87-92.

171. Petricoin, EF, Mills, G, Kohn, E, and Liotta, LA. Proteomic patterns in serum and identification of ovarian cancer. **The Lancet.** **2002** Letter:360:170-171.

172. Krieg, R.C., Paweletz, C.P., Liotta, L.A., and Petricoin, E.F. Clinical proteomics for cancer biomarker discovery and therapeutic targeting. **Tech Cancer Res Treat.** **2002** Oct;1(3):305-15.

173. Petricoin, EF, III, Ornstein, DK, Paweletz, CP, Ardekani, AM, Hackett, PS, Hitt, BA, Velassco, A, Trucco, C, Wiegand, L, Wood, K, Levine, PJ, Steinberg, SM, Linehan, WM, Kohn, EC, Emmert-Buck, MR, and Liotta, LA. Serum proteomic patterns for the detection of prostate cancer. **Journ Natl Cancer Inst.** **2002** Oct; 94:1576-1578.

174. Lapham CK, Romantseva T, Petricoin E, King LR, Manischewitz J, Zaitseva MB, and Golding H. CXCR4 heterogeneity in primary cells: Possible role of ubiquitination. **J Leukoc Biol.** **2002** Dec;72(6):1206-14.

-17-

175. Fetsch PA, Simone NL, Bryant-Greenwood PK, Marincola FM, Filie AC, <u>Petricoin EF</u>, Liotta LA, and Abati A. Proteomic evaluation of archival cytologic material using SELDI affinity mass spectrometry: Potential for diagnostic applications. **Am J Clin Pathol**. **2002** Dec;118(6):870-6.

176. <u>Petricoin EF 3rd</u>, Hackett JL, Lesko LJ, Puri RK, Gutman SI, Chumakov K, Woodcock J, Feigal DW Jr, Zoon KC, and Sistare FD. Medical applications of microarray technologies: A regulatory science perspective. **Nat Genet. 2002** Dec;32 Suppl:474-9.

177. Wulfkuhle JD, Sgroi DC, Krutzsch H, McLean K, McGarvey K, Knowlton M, Chen S, Shu H, Sahin A, Kurek R, Wallwiener D, Merino MJ, <u>Petricoin EF 3rd</u>, Zhao Y, and Steeg PS. Proteomics of human breast ductal carcinoma in situ. **Cancer Res. 2002** Nov 15; 62(22):6740-9.

178. Charboneau L, Scott H, Chen T, Winters M, <u>Petricoin EF 3rd</u>, Liotta LA, and Paweletz CP. Technique review: Utility of reverse phase protein arrays: Applications to signalling pathways and human body arrays. **Brief Funct Genomic Proteomic. 2002** Oct;1(3):305-15.

179. <u>Petricoin EF</u>, Ardekani AM, Hitt BA, Levine PJ, Fusaro VA, Steinberg SM, Mills GB, Simone C, Fishman DA, Kohn EC, and Liotta LA. Use of proteomic patterns in serum to identify ovarian cancer. **Lancet. 2002** Feb 16;359(9306):572-7.

180. Michener CM, Ardekani, AM, <u>Petricoin III EF</u>, Liotta LA, and Kohn EC. Genomics and proteomics: Application of novel technology to early detection and prevention of cancer. **Cancer Detection and Prevention. 2002** 26(4):249-55.

181. <u>Petricoin EF</u>, Paweletz CP, and Liotta LA. Clinical applications of proteomics: Proteomic pattern diagnostics. **J Mammary Gland Biol Neoplasia. 2002** Oct;7(4):433-40.

182. Charboneau, L., Scott, H., Chen, T., Winters, M., <u>Petricoin</u> III, E.F., Liotta, L.A., and Paweletz, C. Utility of reverse phase portien arrays: Applications to signaling pathways and human body arrays. **Briefings in Functional Genomics and Proteomics. 2002** Oct;1(3):305-15.

183. Gillespie JW, Best CJ, Bichsel VE, Cole KA, Greenhut SF, Hewitt SM, Ahram M, Gathright YB, Merino MJ, Strausberg RL, Epstein JI, Hamilton SR, Gannot G, Baibakova GV, Calvert VS, Flaig MJ, Chuaqui RF, Herring JC, Pfeifer J, <u>Petricoin EF</u>, Linehan WM, Duray PH, Bova GS, and Emmert-Buck MR. Evaluation of non-formalin tissue fixation for molecular profiling studies. **Am J Pathol. 2002** Feb;160(2):449-457.

184. Ahram M, Best C, Flaig M, Gillespie J, Leiva I, Chuaqui R, Zhou G, Shu H, Duray P, Linehan W, Raffeld M, Ornstein D, Zhao Y, <u>Petricoin EF</u>, and Emmert-Buck MR. Proteomic analysis of human prostate cancer. **Mol Carcinogenesis. 2002** Jan;33(1):9-15.

185. Jones MB, Krutzsch H, Shu H, Zhao Y, Liotta LA, Kohn EC, and <u>Petricoin EF 3rd</u>. Proteomic analysis and identification of new biomarkers and therapeutic targets for invasive ovarian cancer. **Proteomics. 2002** Oct;1(10):1205-15.

-18-

186. G Zhou, H Li, D DeCamp, S Chen, H Shu, Y Gong, M Flag, J Gillespie, N Hu, P Taylor, M Emmert Buck, L A Liotta, E F Petricoin III, and Y Zhao. 2-D differential in-Gel electrophoresis for the identification of human esophageal squamous cell cancer specific protein markers. **Mol Cell Proteomics.** 2002 Feb;1(2):117-24.

187. Knezevic V, Leethanakul C, Bichsel VE, Worth JM, Prabhu VV, Gutkind JS, Liotta LA, Munson PJ, Petricoin EF 3rd, and Krizman DB. Proteomic profiling of the cancer microenvironment by antibody arrays. **Proteomics.** 2001 Oct;1(10):1271-8.

188. Petricoin EF. The need for a human proteome project--all aboard? Insights from a conference organized by the Cambridge Healthtech Institute. **Proteomics.** 2001 May;1(5):637-40.

189. Ardekani AM, Herman EH, Sistare FD, Liotta LA, and Petricoin, EF. Molecular profiling of cancer and drug-induced toxicity using new proteomics technologies. **Current Therapeutic Research.** 2001 62(1)357-67.

190. Liotta LA, Kohn EC, and Petricoin EF. Clinical proteomics: Personalized molecular medicine. **JAMA.** 2001 Nov 14;286(18):2211-4.

191. Paweletz CP, Trock B, Pennanen M, Tsangaris T, Liotta LA, and Petricoin EF. Protein patterns of nipple aspirate fluids obtained by SELDI-TOF aid in the diagnosis of breast cancer. **Disease Markers.** 2001 17(4):803-19.

192. Ardekani, A.M., Herman, E.H., Sistare, F.D., Liotta, L.A., and Petricoin E.F. Molecular profiling of cancer and drug-induced toxicity using new proteomics technologies. **Current Therapeutic Research.** 2001 62:803-19.

193. Wulfkuhle JD, McLean KC, Paweletz CP, Sgroi DC, Trock BJ, Steeg PS, and Petricoin EF 3rd. New approaches to proteomic analysis of breast cancer. **Proteomics. 2001** Oct;1(10):1205-15.

194. Herrmann PC, Liotta LA, and Petricoin EF. Cancer proteomics: The state of the art. **Disease Markers. 2001** 17(2)-49-57.

195. Stancato LF, and Petricoin, EF. Fingerprinting of signal transduction pathways using a combination of anti-phosphotyrosine immunoprecipitations and 2D-PAGE. **Electrophoresis. 2001** Jun;22(10):2120-4.

196. Paweletz CP, Charboneau L, Roth MJ, Bichsel VE, Simone NL, Chen T, Han N, Gillespie JW, Emmert-Buck M, Petricoin EF, and Liotta LA. Reverse phase proteomic microarrays which capture disease progression show activation of pro-survival pathways at the cancer invasion front. **Oncogene. 2001** Apr 12;20(16):1981-9.

197. Paweletz CP, Liotta LA, and Petricoin EF. New technologies for biomarker analysis of prostate cancer progression: Laser capture microdissection and tissue proteomics. **Urology. 2001** Apr;57(4 Suppl 1):160-3.

198. Hanash S, Petricoin E 3rd, Liotta L. A meeting of minds in proteomics. **Proteomics. 2001** Dec;1(12):1475-8.

WASH_6714895.1

199. Bichsel V, Liotta LA, and <u>Petricoin EF</u>. Cancer Proteomics: From diagnostics to signal pathway profiling. **Cancer J. 2001** Jan-Feb;7(1):69-78.

200. Gillespie JW, Ahram M, Best CJ, Swalwell JI, Krizman DB, <u>Petricoin EF</u>, Liotta LA, and Emmert-Buck MR. The role of tissue microdissection in cancer research. **Cancer J. 2001** Jan-Feb;7(1):32-9.

201. Best C, Gillespie J, Englert C, Swalwell J, Pfiefer D, Krizman D, <u>Petricoin EF</u>, Liotta LA, and Emmert-Buck M. New Approaches to molecular profiling of tissue samples. **Anal Cell Path. 2001** 20(1):1-6.

202. Bichsel VE, <u>Petricoin EF</u>, and Liotta LA. State of the art microdissection and its downstream applications. **J Mol Med. 2000** 78(7):20.

203. Simone NL, Paweletz CP, Charboneau L, <u>Petricoin EF</u>, and Liotta LA. Laser capture microdissection: Beyond functional genomics to proteomics. **Mol Diag. 2000** Dec;5(4):301-7.

204. Liotta LA, and <u>Petricoin EF</u>. Molecular profiling of human cancer. **Nature Genetics Reviews. 2000** Oct 1(1);48-56.

205. Paweletz CP, Ornstein DK , Roth MJ , Hewitt SM, Bichsel VE, Calvert VS, Gillespie JW, Duray PH, Vocke CV , Herring J, Linehan WM, Wang Q, Hu N, Taylor PE, Liotta LA, Emmert-Buck ME, and <u>Petricoin III, EF</u>. Loss of annexin I correlates with early onset of tumorigenesis in esophageal and prostate carcinoma. **Cancer Research. 2000** Nov 15;60(22):6293-7.

206. Simone N, Remaley A, Charboneau L, <u>E.F. Petricoin</u>, Fleicher T, and Liotta LA. Sensitive immunoassay of tissue cell proteins procured by laser capture microdissection. **Am J of Pathol. 2000** Feb;156(2):445-52.

207. Paweletz CP, Gillespie JW, Ornstein DK, Simone NL, Brown MR, Cole KA, Wang QH, Huang J, Hu N, Yip TT, Rich WE, Kohn EC, Linehan WM, Weber T, Taylor PE, Emmert-Buck MR, Liotta LA, and <u>Petricoin EF</u>. Biomarker profiling of stages of cancer progression directly from human tissue using a protein biochip. **Drug Development Research. 2000** Mar;49:34-42.

208. Emmert-Buck MR, Gillespie JW, Paweletz CP, Ornstein DK, Basrur V, Appella E, Wang QH, Huang J, Taylor PE, and <u>Petricoin EF</u>. An approach to the proteomic analysis of human tumors. **Molecular Carcinogenesis. 2000** Mar;27(3):158-65.

209. Ornstein DK, Gillespie JW, Paweletz CP, Duray PH, Herring J, Vocke CD, Topalian SL, Bostwick DG, Linehan WM, Emmert-Buck MR, and <u>Petricoin EF</u>. Proteomic analysis of laser capture microdissected human prostate cancer and in vitro prostate cell lines. **Electrophoresis. 2000** Jun;21(11):2235-42.

210. Liotta LA, and <u>Petricoin EF</u>. Beyond the genome to tissue proteomics. **Breast Cancer Research. 2000** 2(1):13-4. Epub 1999 Dec 17.

211. Ornstein DK, Englert C, Gillespie JW, Paweletz CP, Linehan WM, Emmert-Buck MR, and <u>Petricoin EF 3rd</u>. Characterization of intracellular prostate-specific antigen from laser capture microdissected benign and malignant prostatic epithelium. **Clin Cancer Res. 2000** Feb;6(2):353-6.

WASH_6714895.1

212. Englert C, Petricoin EF, Krizman D, and Emmert-Buck MR. Molecular profiling of human cancer: New opportunities. **Current Opinions in Molecular Therapeutics. 1999** 1(6):712-9.

213. Hu R, Bekisz J., Hayes M., Audet S., Beeler J., Petricoin, E.F., and Zoon K. Divergence of binding, signaling, and biological responses to recombinant human hybrid interferons. **J Immunology. 1999** Jul15;163(2):854-60.

214. Grimely P, Rui H, Petricoin E, Ray S, Dong F, Fields K, Hu R, Zoon K, Audet S, and Beeler, J. Prolonged Stat1 activation related to the growth arrest of malignant lymphoma cells by interferon-alpha. **Blood. 1998** Apr 15;91(8):3017-27.

215. Stancato LF, Yu CR, Petricoin EF, and Larner AC. Activation of Raf-1 by interferon gamma and oncostatin M requires expression of the Stat1 transcription factor. **J Biol Chem. 1998** Jul 24;273(30):18701-4.

216. Petricoin EF, Ito S, Williams BL, Audette S, Stancato LF, Gamero A, Beeler J, Grimely P, Weiss A, Clouse K, Finbloom DS, Shores W, Abraham R, and Larner A. Antiproliferative action of interferon-alpha requires components of T-cell-receptor signaling. **Nature. 1997** Dec 11;390(6660):629-32.

217. Stancato LF, Sakatsume M, Petricoin EF, David M, Dent P, Krowleski JJ, Silvennoinen O, Heiskanen P, Pierce J, Sturgill T, Finbloom D, and Larner A. Interferon beta and oncostatin M activate Raf-1 and MAP kinase through a Jak1-dependent pathway. **Mol Cell Biol. 1997** Jul;17(7):3833-40.

218. Sharf R, Meraro D, Azriel A, Thornton, AM, Ozato K, Petricoin EF, Larner AC, Schaper F, Hauser H, and Levi BZ. Phosphorylation events modulate the ability of interferon consensus sequence binding protein to interact with interferon regulatory factors and to bind DNA. **J Biol Chem. 1997** Apr 11;272(15):9785-92.

219. Petricoin EF, David M, Igarishi K, Benjamin C, Ling L, Goelz S, Finbloom D, and Larner, A. Inhibition of alpha interferon but not gamma interferon signal transduction by phorbol esters is mediated by a tyrosine phosphatase. **Mol Cell Bio. 1996** Mar 1;271(9)4585-8.

220. David M, Petricoin EF, and Larner A. Activation of protein kinase A inhibits interferon induction of the Jak/Stat pathway in U266 cells. **J Biol Chem. 1996** Mar 1;271(9):4585-8.

221. David M, Petricoin EF, Benjamin C, Pine R, Weber M, and Larner AC. Requirement for MAP Kinase (ERK 2) activity in interferon beta-stimulated gene expression through STAT proteins. **Science. 1995** Sep 22;269(5231):1721-3.

222. Bacon CM, Petricoin EF, Ortaldo JR, Rees RC, Larner AC, Johnston JA, and O'Shea JJ. Interleukin-12 induces tyrosine phosphorylation and activation of STAT4 in human lymphocytes. **Proc Natl Acad Sci. 1995** Aug 1;92(16):7307-11.

223. David M, Petricoin EF, Feldman G, Finbloom DS, and Larner AC. Prolactin activates the interferon regulated p91 transcription factor and the Jak2 kinase by tyrosine phosphorylation. **Proc Natl Acad Sci. 1994** Jul 19;91(15):7174-8.

WASH_6714895.1

224. Petricoin III, E.F, David M, Fang H, Grimley P, Larner AC, and Vande Pol S. Human cancer cell lines express a negative transcriptional regulator of the interferon regulatory factor family of DNA-binding proteins. **Molecular and Cellular Biology. 1994** Feb;14(2):1477-86.

225. Feldman GM, Petricoin EF, David M, Larner A, and Finbloom DS. Cytokines that associate with the signal transducer gp130 activate interferon induced transcription factor p91 by tyrosine phosphorylation. **J Biol Chem. 1994** Apr 8;269(14):10747-52.

226. Finbloom DS, Petricoin EF, Hackett R, David M, Feldman G, Igarishi K, Fibach EM, Webber M, Thorner C, Silva C, and Larner AC. Growth hormone and erythropoetin differentially activate DNA-binding proteins by tyrosine phosphorylation. **Mol and Cell Biol. 1994** Mar;14(3):2113-8.

227. Danaher RJ, Petricoin EF 3rd, and Stein DC. Use of xylE fusions to demonstrate that lsi-1, a Neisseria gonorrhoeae lipooligosaccharide biosynthetic gene, and lsi-3 are not transcriptionally linked. **J Bacteriol. 1994** June;176(11):3428-32.

228. Larner AC, David M, Feldman GM, Igarishi K, Hackett R, Webb D, Sweitzer S, Petricoin EF, and Finbloom DS. Tyrosine phosphorylation of DNA binding proteins by multiple cytokines. **Science. 1993** Sep 24;261(5129):1730-3.

229. Finbloom DS, Petricoin III EF, Nakagawa Y, and Larner AC. Interleukin-4 attenuates the Transcriptional activation of both IFN-alpha and IFN-gamma - induced cellular gene expression in monocytes and monocytic cell lines. **J Immunology. 1993** Mar 1;150(5):1944-50.

230. Nakagawa Y, Petricoin EF, Akai H, Grimley P, Rupp B, and Larner AC. Interferon-alpha-induced gene expression: Evidence for a selective effect of ouabain on activation of the ISGF3 transcription complex. **Virol. 1992** Sep;190(1):210-20.

231. Petricoin EF, Hackett RH, Akai H, Igarashi K, Finbloom DS, and Larner AC. Modulation of interferon signaling in human fibroblasts by phorbol esters. **Mol Cell Biol. 1992** Oct;12(10):4486-95.

232. Petricoin EF 3rd, Danaher RJ, and Stein DC. Analysis of the lsi region involved in lipooligosaccharide biosynthesis in Neisseria gonorrhoeae. **J Bacteriol. 1991** Dec;173(24):7896-902.

233. Stein DC, and Petricoin EF. Suppression of O-side chain biosynthesis in gonococcal LOS by lsi-3. 1990. In Pathogenic Neisseria: Proceedings from the Sixth International Pathogenic Neisseria Conference.

234. Sandlin, R.C., E.F. Petricoin III, and D.C. Stein. Role of DNA methylation on gene expression of Neisseria gonorrhoeae. 1990. In Pathogenic Neisseria: Proceedings from the Sixth International Pathogenic Neisseria Conference.

235. Petricoin EF, and Stein DC. Molecular analysis of lipooligosaccharide biosynthesis in Neisseria gonorrhoea. **Infect Immun. 1989** Sep;57(9):2847-52.

236. Stein DC, <u>Petricoin EF</u>, Griffiss JM, and Schneider, H.  Use of transformation to construct Neisseria gonorrhoeae strains with altered lipooligosaccharides.  **Infect Immun. 1988** Apr;56(4):762-5.

## Grant Review Committees:

- 2009 NCI Cancer Biomarkers Panel Ad Hoc Reviewer
- 2009 NIAAA P30 and RC2 Grant Review
- 2009 NCI RC1 and RC2 Grant Review
- 2009: Department of Defense BCRP Panel Review
- 2008-2011: Susan B. Komen Clinical Diagnostic  and Prognostic Biomarkers Review Committee
- 2008: NHGRI Systems Biology Review Committee
- 2008 Susan B. Komen for the Cure
- 2008: Department of Defense/TATRC Review Committee
- 2007: NIAID Systems Biology Review Committee
- 2004: ad hoc reviewer for Department of Defense Ovarian Cancer Research Program Review

## Board/Advisory Board/Other Outside Committee Memberships:

- **2009:** ImClone Systems, Inc., Strategic Scientific Council Member

- **2008-present**: Ceres Nanosciences, Scientific Advisory Board

- **2007-present**: SuperArray, Inc: Scientific Advisory Board

- **2006-present:** Theranostics Health, LLC: Founder, Acting CSO, Scientific Advisory Board

- **2006-present:** NICHD Genomics and Proteomics Advisory Board

- **2006-present:** IBC Scientific Advisory Board

- **2005-present:** Cambridge Healthtech Scientific Advisory Board

- **2005-present:** NIDDK Mechanistic Technologies Advisory Panel

- **2004-present:** Scientific Advisory Board: Duke University Cancer Center

- **2002 - 2004:** NHGRI Clinical Proteomics Scientific Advisory Board

- **2002 - 2004:** Human Proteome Organization Executive Committee and Treasurer

- **2001 - 2005:** NCI Proteomics Executive Committee

WASH_6714895.1

- **2003:** Scientific Advisory Board: Emory University

- **2003:** Scientific Advisory Board: Vanderbilt University

- **2001 - 2004:** External Scientific Advisory Board: University of Hawaii Research Centers in Minority Institutions Program

- **2001:** External Scientific Advisory Board: University of Minnesota's Biomedical Genomics Center

## Editorial Appointments:

- **2008-present**: Senior Editor, *Cancer Epidemiology Biomarkers and Prevention*

- **2006-present:** Editor, *Expert Opinion in Molecular Diagnostics*

- **2006-present:** Editor, *Pharmacogenomics*

- **2006-present:** Associate Editor: *Proteomics: Clinical Applications*

- **2006-present:** Editor, *Biomarkers in Medicine*

- **2006-present:** Tutorial Board, *Practical Proteomics*

- **2005-present**: Associate Editor, *Biomedical Microdevices*

- **2005-present:** Editor, *Expert Opinion in Drug Discovery*

- **2003 -2004:** Co-Editor-in-Chief, *Clinical Proteomics*

- **2002 - 2004:** Senior Editor, *Cancer Epidemiology Biomarkers and Prevention*

- **2002 - present:** Scientific Advisory Board, *Journal of Proteome Research*

- **2001 - present:** Associate Editor, *Molecular Carcinogenesis*

- **2001 - present:** Associate Editor, *Proteomics*

## Edited Books:

2009: Clinics in Laboratory Medicine: Proteomics in Laboratory Medicine
      Guest Editor: E.F. Petricoin

## Journal Reviewer, 1996 to present:

1. Cancer Research
2. Molecular Cancer Therapeutics

WASH_6714895.1

3. Cancer Epidemiology, Biomarkers and Prevention
4. Proteomics
5. Clinical Cancer Research
6. Electrophoresis
7. Molecular and Cellular Proteomics
8. Biotechniques
9. Analytical Chemistry
10. Journal of Proteome Research
11. BMC Bioinformatics
12. JAMA
13. Nature
14. Nature Medicine
15. Nature Biotechnology
16. Science
17. Lancet
18. Lancet Oncology
19. Journal of Proteome Research


**FDA Committee Memberships:**

- **July 2003 - 2005:** FDA Counterterrorism Working Group

- **June 2003 - 2005:** FDA-NHGRI Pharmacogenomic Working Group

- **June 2003 - 2005:** NCI-FDA Interagency Oncology Task Force; Biomarker and Translational Science Co-Chair

- **May 2000 - 2005:** CBER Representative to the FDA Genomics/Proteomics Working Group

- **April 2000 - 2002:** CBER Representative to the Committee for the Advancement of FDA Science (CAFDAS)

- **March 1996 -1998:** Committee for the Advancement for CBER Science


**Co-Inventor on the Following Issued and/or Pending Patents:**


Issued Patents:

1. Patent #: 7,333,896  Quality Assurance/Quality Control For High Throughput Bioassay Process
2. Patent #: 6,969,614 Methods For The Isolation And Analysis Of Cellular Protein Content
3. Patent #: 6,925,389  Process For Discriminating Between Biological States Based On Hidden Patterns From Biological Data

WASH_6714895.1

Pending Patent Applications:

1. 20090275546 : Diagnostic Tests And Personalized Treatment Regimes For Cancer Stem Cells
2. 20090259360: Determining Microenvironment Conditions
3. 20090148961: Smart Hydrogel Particles For Biomarker Harvesting
4. 20090148859: MTOR Pathway Theranostic
5. 20090087346: Method For Harvesting Nanoparticles And Sequestering Biomarkers
6. 20080277578: Nanoporous Substrates For The Analytical Methods
7. 20080255243: Stat3 As A Theranostic Indicator
8. 20080243394: System, Method And Computer Program Product For Manipulating Theranostic Assays
9. 20080103063: Quality Assurance/Quality Control For High Throughput Bioassay Process
10. 0080069774: Proteomic Antisense Molecular Shield And Targeting
11. 20070275483: Biomarker Isolation And Use Thereof To Characterize Physiological State
12. 20070224644: Ocular Fluid Markers
13. 20050260671: Process For Discriminating Between Biological States Based On Hidden Patterns From Biological Data
14. 20050043593: Process For Discriminating Between Biological States Based On Hidden Patterns From Biological Data
15. 20050042636: Compositions And Methods For Detecting Abnormal Cell Proliferation
16. 20050005311: High Throughput Screening For Cancer Genes
17. 20040058388: Quality Assurance/Quality Control For High Throughput Bioassay Process
18. 20030004402: Process For Discriminating Between Biological States Based On Hidden Patterns From Biological Data

WASH_6714895.1