

JAN 14 2010

January 13, 2010

**SANDRA S. PARK**
*Staff Attorney*
T/212.519.7871
F/212.549.2580
spark@aclu.org

VIA FACSIMILE (212) 805-7925

Honorable Robert W. Sweet
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:   Association for Molecular Pathology, et al. v.
              United States Patent and Trademark Office, et al.
              Civil Action No. 09-4515 (RWS)

Dear Judge Sweet:

      We represent the Plaintiffs in the above-captioned case. We filed summary judgment motions in August 2009. In December 2009, both sets of Defendants filed papers opposing Plaintiffs' motions and moving for summary judgment and judgment on the pleadings, including over 1700 pages in declarations and exhibits. Four additional amici briefs, consisting of hundreds of pages including attachments, have been filed.

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2644
F/212.549.2580
WWW.ACLU.ORG

OFFICERS AND
DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS
TREASURER

      Plaintiffs' reply brief and opposition briefs are due on January 20, 2010. Pursuant to your Individual Rules, Plaintiffs have 10 pages for each reply memorandum of law and 25 pages for each opposition memorandum. Rather than submit separate briefs, we would like to file a consolidated memorandum of law of up to 50 pages. We believe this will be most efficient in terms of the court's consideration. Counsel for all Defendants have consented to this request.

      We respectfully request that the Court approve the filing of a memorandum of law of no more than 50 pages by Plaintiffs.

                              Very truly yours,

                              Sandra S. Park

cc: (all via e-mail)
Counsel for Defendants
Ross Goldman
Brian M. Poissant

So ordered
[signature] TWSDJ
1-18-10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/10