# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, <br><br> Defendants | Civil Action No. 09-4515 (RWS) <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sabrina Y. Hassan enters her appearance in this matter as counsel for Plaintiffs Association for Molecular Pathology, American College of Medical Genetics, American Society for Clinical Pathology, College of American Pathologists, Haig Kazazian M.D., Arupa Ganguly Ph.D., Wendy Chung, M.D., Ph.D, Harry Ostrer, M.D., David Ledbetter, Ph.D., Stephen Warren, Ph.D., Ellen Matloff, M.S., Elsa Reich, M.S., Breast Cancer Action,

Boston Women's Health Book Collective, Lisbeth Ceriani, Runi Limary, Genae Girard, Patrice Fortune, Vicky Thomason, and Kathleen Raker. I was admitted to practice in this district on December 5, 2006. I am currently in good standing and there are no disciplinary proceedings pending against me.

Dated: New York, New York  
        January 20, 2010

Respectfully submitted,

By: /s/ Sabrina Y. Hassan  
Sabrina Y. Hassan  
Public Patent Foundation (PUBPAT)  
Benjamin N. Cardozo School of Law  
55 Fifth Ave, Suite 928  
New York, NY 10003  
hassan@pubpat.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this Court.

Dated January 20, 2010                               /s/ Sabrina Y. Hassan
                                                     Sabrina Y. Hassan