# **EXHIBIT 2**

```
00000255 cctgctctgccgcctgccaccgctgcccgagcccgagtggttcactgcac 00000304        00001055 gaaggtgaccaacgtcaaggatggcaccacccaccagacctccttggagc 00001104
         ||||||||  ||||||||||||||||||  ||||||||||||||||||                         |||||||||||||||||||||||||||||||||||||||||||| ||||
53154894 cctgctctgtcgcctgccaccgctgctcgaacccgagtggttcactgcac 53154943        53155691 gaaggtgaccaacgtcaaggatggcaccacccaccagacctcattggagc 53155740

00000305 tgtgaaaacagattccagacgccgggaactcacgcctccaatcccagacg 00000354        00001105 tcttcatgtacctgaacgaagtcgcgggcaagcatggcgtgggccgtatt 00001154
          ||||| ||||||||||  ||||   |||||| ||||||||| ||||||                        |||||||||||||||||||||||| ||||||||| ||||||||| ||||
53154944 ggtgaagacagattccggacgccaggaagtcatgcctccaatctcagacg 53154993        53155741 tcttcatgtacctgaacgaagtcgtgggcaagcagggtgtgggctgtatt 53155790

00000355 ctatgtccagcaaaggctccgtggttctggcctacagtggcggcctggac 00000404        00001155 gacatcgtggagaaccgcttcattggaatgaagtcccgaggtatctcacga 00001204
         |||||||| |||||||||||||||||||||||||||| |||| |||||||                       ||||| |||||||||||||||||||||||||||||| |||| |||| ||
53154994 ctatgtccaccaaaggctccgtggttctggcctacagtggcagcctggac 53155043        53155791 gacatcatggagaaccgcttcattggaatgaagtcccgagggatctacca 53155840

00000405 acctcgtgcatcctcgtgtggctgaaggaacaaggctatgacgtcattgc 00000454        00001205 gacccagcaggcaccatcctttaccatgctcatttagacatcgaggcct 00001254
         ||||| ||| ||||||||||||||||||||||||||||||||||||||||                       |||||||||| ||||||||||||| || ||||||||| ||| |||||||
53155044 acctcctgcaccctcctgtggctgaaggaacaaggctatgacgtcattgc 53155093        53155841 ggccccagcaagcaccatcctttacctcgctcatttagacaccaaggcct 53155890

00000455 ctatctggccaacattggccagaaggaagacttcgaggaagccaggaaga 00000504        00001255 tcaccatggaccgggaagtgcgcaaaatcaaacaaggcctgggcttgaaa 00001304
          |||  |||||||||||||||||||||||||||||||||||||||||||                       |||||||| |||||||||||||||||||| |||||||||||||||||||
53155094 ctacctggccaacattggccagaaggaagacttcgaggaagccaggaaga 53155143        53155891 tcaccatgggccaggaagtgcgcaaaatcaaacaaggcctgggcttgaaa 53155940

00000505 aggcactgaagcttggggccaaaaaggtgttcattgaggatgtcagcagg 00000554        00001305 tttgctgagctggtgtataccggtttctggcacagccctgagtgtgaatt 00001354
          ||||||||| |||||||| ||||||||||||||||||||||  ||||||                       ||| |||||||||||  ||||||||||| ||| ||||||||||||||||
53155144 atgcactgaagtttgggggctaaaaaggtgttcattgaggatgtcggcagg 53155193       53155941 tttgttgagctggtggataccggtttctggtacagccctgagtgtgaatt 53155990

00000555 gagtttgtggaggagttcatctggccggccatccagtccagcgcactgta 00000604        00001355 tgtccgccactgcatcgccaagtcccaggagcgagtggaagggaaagtgc 00001404
         |||||||||||||||||||||||||||||||||||| |||||||||||||                       |||| |||||||||||||||||||||||||||| ||||||||||||||||
53155194 gagtttgtggaggagttcatctggccggccatccagtccagtgcactgta 53155243        53155991 tgtctgccactgcatcgccaagtcccaggagcaagtggaagggaaagtgc 53156040

00000605 tgaggaccgctacctcctgggcacctctcttgccaggccctgcatcgccc 00000654        00001405 aggtgtccgtcctcaagggccaggtgtacatcctcggccgggagtcccca 00001454
         ||||||||||||| ||||||||||||||   |||||||||||||| |                         ||||||||||||| |||||||||||||||||||| || ||| |||||||||
53155244 tgaggaccgctaccttctgggcacctctc..gccaggccctgcatcgcct 53155291        53156041 aggtgtccgtcctcgagggccaggtgtacatccttggccaggagtcccca 53156090

00000655 gcaaacaagtggaaatcgcccagcgggaggggccaagtatgtgtcccac 00000704         00001455 ctgtctctctacaatgaggagctggtgagcatgaacgtgcagggtgatta 00001504
         ||||| || |||||||| |||||||||| ||||||||||||||||||                         |||||||||||||||| |||||||  |||||||||||||||||||||||||
53155292 gcaaacaatggaaatcacccagtggaaggggggccaagtatatgtcccac 53155341        53156091 ctgtctctctacaaggaggagccggtgagcatgaacgtgcagggtgatta 53156140

00000705 ggcgccacaggaaagggaacgatcaggtccggtttgagctcagctgcta 00000754          00001505 tgagccaactgatgccaccggggttcatcaacatcaattccctcaggctga 00001554
         || | |||| ||||| ||||| ||||||||| |||||||||| ||||||                       | || || ||||| ||||| || ||||||||||||||||||||||||||
53155342 agcaccacgggaaatgggaacaatcaggtccggtttgagctcatttgcta 53155391        53156141 tcagtcaattgatgccaccggttcatcaacatcaattccctcaggctga 53156190

00000755 ctcactggcccccagataaaggtcattgctccctggaggatgcctgaat 00000804          00001555 aggaatatcatcgtctccagagcaaggtcactgccaaatagacccgtgta 00001604
         |||||| ||||||||||||||||||||||||||||||||||||| ||||                       |||||||||||||| |||||||||||||||||||||||| |||| |||||
53155392 ctcactagcccccagataaaggtcattgctccctggaggatgcccaat 53155441          53156191 aggaatatcatcgtcccagagcaaggtcactgccaaatagccccctgta 53156240

00000805 tctacaaccggttcaaggccgcaatgacctgatggagtacgcaaagcaa 00000854          00001605 caatgaggagctggggcctcctcaatttgcagatccccaagtacaggcg 00001654
         |||||||||| || |||| ||||||||||||||||| ||||| ||||||                       |||||||||||||||||||||||||| ||||||||||| ||||||| |||
53155442 tctacaacagctcaaggccgcaatgacctgatggaatatgcaaagcaa 53155491           53156241 caatgaggagctggggcctccttaatttgctgatccccaagtacaggag 53156290

00000855 cacgggattccatcccggtcactcccaagaacccgtggagcatggatga 00000904           00001655 ctaattgttgtgataatttgtaattgtgacttgttctccccggctggcag 00001704
         |||  |||||||||||||||| ||| ||||| || |||||||||| ||                        ||||||||||||||||||||||||||||||||||||||||| |||||||
53155492 cacaggattccatcccggtcacacccaagaactcgtggagcatggacga 53155541           53156291 ctaattgttgtgataatttgtaattgtgacttgttctcctcggctggcag 53156340

00000905 gaacctcatgcacatcagctacgaggctggaatcctggagaaccccaaga 00000954          00001705 cgtagtggggctgccaggccccagcttgttccctggtccccctgaagcc 00001754
         ||||||||||| ||||||||||| || ||||||||||||||||||| |                        |||||||||||||||||||||||||||| |||| |||||||||||||||
53155542 gaacctcatgcatatcagctacgagtctggaatcctggagaacccctaaga 53155591         53156341 cgtagtggggctgccaggccccagctttgttctctggtccccctgaagcc 53156390

00000955 accaagcgcctccaggtctctacacgaagacccaggacccagccaaagcc 00001004         00001755 tgcaaacgttgtcatcgaaggggaagggtggggggcagctgcggtggggag 00001804
         ||||||| ||||||||||||||||||||||  ||| ||||||||||||                        ||||||||||||||| ||||||||||||||||||||||||| |||||||
53155592 accaagcacctccaggtctctacacgaagacc.aggacccggccaaagcc 53155640         53156391 tgcaaacgttgtcatcaaaggggaagggtggggggcagctgtggtggggag 53156440

00001005 cccaacaccctgacattctcgagatcgagttcaaaaaagggtccctgt 00001054            00001805 ctataaaaatgacaattaaaaga 00001827
         |||||||||||||||||||||||||||||||||| ||||| ||||| |                        ||||||| |||||||||| |||
53155641 cccaacaccctgacattctcgagatcgagttcaaaaaaggagtcccgt 53155690            53156441 ctataaaa.tgacaattaaaaga 53156462
```

Alignment showing 93.4% identical bases between nucleotides 255-1827 (top line of the alignment, in italics) of the argininosuccinate synthase cDNA sequence inferred from its naturally occurring 1,863 base mRNA (Genbank reference NM_000050) and a processed pseudogene on human chromosome 5 (bottom line of alignments in roman).