# EXHIBIT 1

Dockets.Justia.com

# CURRICULUM VITAE
## JOSEPH E. STIGLITZ

**Address**

Uris Hall, Room 814
Columbia University
3022 Broadway
New York, NY 10027

Phone: (212) 854-0671
Fax: (212) 662-8474
jes322@columbia.edu

## Current Positions

University Professor, Columbia University. Teaching at the Columbia Business School, the Graduate School of Arts and Sciences (Department of Economics) and the School of International and Public Affairs.

Co-founder and Co-President, Initiative for Policy Dialogue, Columbia University

Chair of the Management Board and Director of Graduate Summer Programs, Brooks World Poverty Institute, University of Manchester

Chair, Columbia University Committee on Global Thought

## Previous Positions

Professor of Economics and Senior Fellow, Hoover Institution, Stanford University, 1988–2001

Stern Visiting Professor, Columbia University, 2000

**Senior Vice President and Chief Economist, World Bank, 1997–2000**

Senior Fellow, Brookings Institution, 2000

**Chairman, Council of Economic Advisers (Member of Cabinet), 1995–1997**

Member, Council of Economic Advisers, 1993–1995

Research Associate, National Bureau of Economic Research

Senior Fellow, Institute for Policy Reform

Professor of Economics, Princeton University, 1979–1988

Drummond Professor of Political Economy, Oxford University, 1976–1979

Oskar Morgenstern Distinguished Fellow and Visiting Professor, Institute for Advanced Studies and Mathematica, 1978-1979

Professor of Economics, Stanford University, 1974-1976

Visiting Fellow, St. Catherine's College, Oxford, 1973-1974

Professor of Economics, Cowles Foundation and Department of Economics, Yale University, 1970-1974

Senior Research Fellow, Social Science Division, Institute for Development Studies, University College, Nairobi (under Rockefeller Foundation Grant), 1969-1971

Associate Professor, Cowles Foundation, 1968-1970

Assistant Professor, Cowles Foundation, 1967-1968

Tapp Research Fellow, Gonville and Caius College, Cambridge, 1966-1970

Visiting Professor, Department of Economics, University of Canterbury, Christchurch, New Zealand, June-August, 1967

Assistant Professor of Economics, M.I.T., 1966-1967

## Education

B.A. Amherst College, 1964

Ph.D. in Economics, M.I.T., 1966-1967

*Unearned Degrees*

M.A., Cambridge University, 1970

M.A., Oxford, 1976

## Honorary doctorates

D.H.L., Amherst College, 1974

University of Leuven, 1996

Ben Gurion University, 1997

Academia de Studii Economice, Bucharest, December 1999

University of Namur, March 2000

Technical University, Lisbon, June 2000

Northwestern University, Doctor of Laws, June 2000

New School University, February 2001

Bard College, May 2001

University of Toronto, June 2001

Charles University, Prague, June 2001

Glasgow University, July 2001

University of Buenos Aires, November 2001

University of Andes, October 2001

Sofia State University "Saint Clement Ohridski," Bulgaria, 2002

Wirtschafts Universitat, Vienna, January 2002

University of Macau, March 2002

Pomona College, May 2002

Université catholique de Louvain la Neuve Belgium, February 2003

Doshisha University, April 2003

University of Barcelona, May 2003

Azerbaijan State Economic University, 2003

Waseda University, April 2004

Georgetown University, May, 2004

Indiana University, May 2004

Pace University, May, 2004

University of Oxford, June 2004

University of Bergamo, Italy, July 2004

Université d'Antananarivo, Madagascar, August 2004

Drexel University, June 2005

Universidad de La Plata, August 2005

Durham University, September 2005

Lingnan University, Hong Kong, December 2005

University of the Basque Country, May 2006

Università degli Studi di Genova, May 2006

Universidad Mayor de San Andrés, Bolivia, May 2006

Renmin University, China, March 2007

University of Venice, Italy, May 2008

University of Liège, Belgium, May 2008

University of Manchester, UK, October 2008

**Degrees to be Awarded**

Babeş-Bolyai University, Romania, 2006

## Fellowships and Honors

National Science Foundation Fellowship, 1964–1965

Fulbright Fellowship, 1965-66

Social Science Research Council Faculty Fellowship, 1969-1970

Guggenheim Fellowship, 1969-70

Elected Fellow of the Econometric Society, 1972

**John Bates Clark Award, American Economic Association, 1979**

Fellow, American Academy of Arts and Sciences, 1983

Fellow, National Academy of Science, 1988

International Prize of the Academia Lincei, 1988

UAP Scientific Prize, Paris, France, 1989

Corresponding Fellow of the British Academy, 1993

Rechtenwald Prize, Germany, 1998

Fellow, American Philosophical Society, 1998

**Nobel Prize in Economics, 2001**

Honorary Fellow, Gonville and Caius College, University of Cambridge, 2001

Distinguished Leadership in Government award, Columbia Business School, 2002

Le Prix Europeén du Livre d'Économie, Special Mention for *Globalization and its Discontents*, November 2002

Honorary Professor, Al Farabi Kazakh National University, November 2003

Honorary Fellow, St. Catherine's College, Oxford, 2003

Order of the Gran Cruz con Placa de Oro, Republica de Colombia, 2003

Le Prix Européen du Livre d'Économie, First Prize, for *Roaring Nineties*, Paris, 2003

Bruno Kreisky Prize for Political Books, Vienna, 2003

Member, Pontifical Academy of Social Sciences, May 2003

John Kenneth Galbraith Award, American Agricultural Economics Association, August 2004

Serbian Scientific Society, December 2005

Honorary Professorship, Wuhan University, Hubei Province, China, March 2006

Changjiang Scholar, China Center for Economic Research, Peking University, China, March 2006

La Medalla de la Orden Nacional "Al Mérito," Ecuador, July 2006

National Center for Law and Economic Justice Benefit Award, May 2006

Honorary Fellowship, Fitzwilliam College, May 2006

Honorary Professorship, Guizhou University, China, March 2007

Honorary Professorship, Yunnan University, China, March 2007

Honorary Professorship, Central University of Finance and Economics, Beijing, China, March 2007

Honorary Dean, Hanqing School, Renmin University, Beijing, March 2007

Le Prix Manpower for *Making Globalization Work*, October 2007

Honorary Professor, Universidad de San Martin De Porres, Lima, Peru, December 2007

Honorary Professor, Universidad Nacional de San Antonio Abad del Cusco, Peru, December 2007

John F. Kennedy Memorial Fellowship, Fulbright New Zealand, March 2008

Honorary Professorship, Tsinghua University, Beijing, China, March 2008

International Labour Organization, Decent Work Research Prize, June 2008

The Royal Society Foreign Member, May 2009

## International Positions, Boards, etc. (selected)

Honorary Member, Board of Directors, Center for Global Development

Intergovernmental Panel on Climate Control (Steering Committee, Working Party 3, second assessment)

Chairman, Economic Policy Committee, OECD. 1993-1995

Member of the Board, Resources for the Future

Member of the Board of Trustees, Amherst College

Trustee, Folger Library, Washington

Member, Executive Supervisory Committee, CERGE-EI, Prague

Executive Board, Economic Research Forum, Cairo

International Advisory Board, Korea Financial Service Commission

U.S./Israel Joint Economic Decision Group (JEDG), 1993-1996

Member, Mid-east Economic Peace Forum, Amman, 1995

Chair, U. S. Delegation, OECD Ministerial, 1996

Member, U.S. Delegation, G-7 Jobs Summit, France, 1996

Chair, U.S. Delegation, G-7 and Developing Country Telecommunications Conference, South Africa, 1996

World Bank Delegate, G-22

Headed, U.S. Delegations to India, China, Russia

World Bank Missions to Ghana, Coite d'Ivoire, South Africa, Tanzania, Kenya, Uganda, India, China (2), Bangladesh, Malaysia, Thailand, Philippines, Korea, Indonesia, Russia, Czech Republic, Romania, Columbia, Argentina, Brazil, Ethiopia (2), San Salvador, Costa Rica, Ecuador, Sri Lanka, Columbia, Morocco

ILO World Commission on the Social Dimensions of Globalization

Principle Investigator, NSF IGERT International Development and Globalization

Institute for the Study of Labor (IZA) Prize in Labor Economics Committee

African Development Bank Independent High-Level Panel

President-Elect, Eastern Economics Association

President-Elect, International Economics Association

Co-Chairman, Commission on the Measurement of Economic Performance and Social Progress

Chairman, Socialist International Commission on Global Financial Issues

Chairman, Commission of Experts of the President of the UN General Assembly on Reforms of the International Monetary and Financial System

Board member, Alliance for Climate Protection


## Consulting

Ford Foundation Energy Policy Study, 1973

Department of Labor (Pensions and Labor Turnover), 1974

Department of Interior (Offshore Oil Leasing Programs), 1975

Federal Energy Administration (Intertemporal Biases in Market Allocation of Natural Resources), 1975-76

World Bank

O.E.C.D.

Electrical Power Research Institute

Office of Fair Trading (U.K.) Consumer Protection Legislation

Bell Communications Research

Bell Labs

U.S. State Department - AID

Inter-American Development Bank

State of Louisiana (Attorney General)

State of Texas (Attorney General and Governor's Office)

Office of Tax Analysis, U.S. Treasury

Federal Reserve Board

Office of Technology Assessment

State of Alaska

Seneca Indian Nation

Micronomics

Department of Justice

Senior Advisor, Sebago Associates

New York State, Attorney General's Office

States of California, Washington, and others on Banking Competition

## Selected Invited Lectures

Far Eastern Meetings of the Econometric Society, Tokyo, 1970

Association of University Teachers of Economics, Warwick, 1974

Westfalich Academy of Science

Fifth Annual Lecture of the Geneva Association, delivered at Zurich, March 1983

David Kindall Lecture, University of Illinois, 1985

Frank W. Paish Lecture, Association of University Teachers of Economics, Bath, United Kingdom, 1985

Journal of Money, Banking and Credit Lecture, Western Economic Association, Las Vegas, 1985

Invited Plenary Session Lecture, Meetings of the Sociedade Brasileira de Econometria, Belem, Brazil, December 1986

Upjohn Lecture, Western Michigan University, 1986

Johansen Lectures, Oslo, 1986

Frontiers of Economics Lecture, World Bank, 1986

Harry Lyman Hooker Distinguished Visiting Professors Series, McMaster University, 1986

Shepherd Lecture, State University of Iowa, 1986

Shell Lecture, City University, London, 1986

Rand Chair Distinguished Speaker Series, SUNY-Buffalo, 1987

Fisher-Schultz Lecture, European Meetings, Econometric Society, Copenhagen, 1987

Jacob Marschak Lecture, Far Eastern Meetings, Econometric Society, Tokyo, 1987

Invited Plenary Lecture, American Accounting Association, Cincinnati, 1987

Central Bank of Uruguay, Annual Conference for South American Economists, 1988

Argentina Economic Association, 1988

NÖG Lecture, Austrian Economic Association, 1988

John Crawford Lecture, Economic Congress of Australia (Joint Meeting of Economic Society, The Econometric Society, The Australian Agricultural Society and The Economic History Society of Australia and New Zealand, Canberra), 1988

Stevenson Lectureship, University of Glasgow, Scotland, December 1988

Plenary Session Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989

Musgrave Lecture, University of California, Santa Cruz, March 1990

AT&T Lecture Series, Notre Dame University, April 1990

Wicksell Lectures, University of Stockholm, May 1990

Institute of Public Administration Annual Conference, Dublin, December 1990

IPR-IRIS Conference, Prague, March 1991

Caffee Lecture on Reformulation of Monetary Theory, Rome, April 1991

Lindhal Lectures on Fiscal and Monetary Policy, Uppsala, Sweden, April 1991

Irish Economic Association Annual Conference, Keynote Lecture, Dublin, May 1991

Federal Reserve Bank of Cleveland, May 1991

Villa Mondrage International Economic Seminar, Rome, June 1991

Far Eastern Meeting of the Econometric Society, Seoul, June 1991

Korea Development Institute, Seoul, June 1991

National Association of Business Economists, Los Angeles, September 1991

Marshall Lecture, European Economic Association Annual Meeting, Cambridge, UK, September 1991

NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991

NBER Taxation Program, Cambridge, MA, October 1991

Institute for Policy Reform 1991 AID Economists' Conference, Raleigh-Durham, November 1991

United Nations Conference on Trade and Development, Geneva, December, 1991

CEPR Conference on Finance and Development in Europe, Santiago, Spain, December 1991

Schumpeter Lecture, Kyoto, 1992

Marshall Lecture, Cambridge, 1996

Wider Lecture, Helsinki, 1997

EIB Lecture, Florence, 1997

Indian Development Bank 50th Jubilee Lecture, 1998

Prebisch Lecture, Geneva (UNCTAD), 1998

Annual Lecture, Government Economists Association, Chicago, 1998

University of Pittsburgh McKay Lecture, 1998

Institute of International Finance, Cordoba, Argentina, 1998

American Economic Association, Distinguished Lecture on Economics in Government, 1998

Bangladesh Economic Association, 1999

National Economic Research Institute Jubilee Lecture, 1999

Mattioli Lectures, Milan, 1999

Schwartz Lecture, Northwestern, 1999

McKenzie Lecture, Rochester, 1999

Nobel Symposium in Economics: The Economics of Transition, Saltsjöbaden, Sweden, 1999

Oxford Amnesty Lecture, 1999

Bruno Lecture, Beunos Aires, 1999

Papandreou Lecture, Athens, 1999-2000

Center for Contemporary Arab Studies, Georgetown University, 2000

Calouste Gulbenkian Foundation, Lisbon, 2000

Money, Macro and Finance Research Group Millennium Conference, London, 2000

HKEA First Biennial Conference, Hong Kong, 2000

Fifteenth Annual Henry George Lecture, University of Scranton, 2000

(Keynote speaker, invited lecture, at national or regional economic meetings in Bogota, Montivedeo, Colombo, Manila, Seoul, Tokyo, Bangkok, Marrakech, Cairo, Kampala, Nairobi, Dacca, Kuala Lampur, San Salvador, San Jose (Costa Rica))

Goldman Lecture in Economics, Wellesley University, 2001

Arthur M. Okun Lecture Series, Yale University, 2001

Global Employment Forum, International Labor Office, Geneva, 2001

Fourteenth Annual Emile Grunberg Lecture Series, The University of Akron, 2001

Sixth International Congress, Centro Latinoamericano de Administración para el Desarrollo, 2002

Austrian Federal Ministry for Economic Affairs and Labour discussion forum, Vienna, January 2002

Miliband Lecture, London School of Economics, 2002

Keynote address, New School Graduate Program in International Affairs, "Economic Management and Political Collapse in Argentina" conference, April 2002

National Economic Council, Caracas, 2002

World Knowledge Forum, Seoul, 2002

Cercle de Economistes, Aix en Provence, 2002

Okigbo Memorial Lecture Series, inaugural edition, Enugu, Nigeria, 2002

Brazilian Economic and Social Development Bank fiftieth anniversary seminar, Rio de Janeiro, 2002

Second Prebisch Lecture, Economic Commission for Latin America and the Caribbean, Santiago, Chile, 2002

El Consejo de Economía Nacional conference, Caracas, 2002

Twentieth anniversary of Economics Faculty at the University of Urbino, Italy, 2003

Asian Development Bank Distinguished Speakers Program, Manila, 2003

Clarendon Lecture, Oxford University, 2003

Korean Development Institute, 2003

The Fourth Annual JAMA Lecture, The Elliott School of International Affairs, George Washington University, March 2003

Columbia Business School Distinguished Lecture Series, 2003

Conferencia Internacional Bogotá, 2003

Aaron Wildavsky Forum for Public Policy, Berkeley University, 2004

Second Gunnar Myrdal Lecture, United Nations Economic Commission for Europe, Geneva, 2004

Tanner Lecture, Oxford University, 2004

Keynote Address, Conference on Financial Disintermediation, The Bank Indonesia and Asian Development Bank, Denpasar, Bali, December 2004

Keynote Address, Ministerial Conference on Intellectual Property for Least Developed Countries, World Intellectual Property Organization, Seoul, 2004

Keynote Lecture, Seventh National Conference on Economics, A Coruña, Spain, 2005

Nobel Lecture series, Chinese University of Hong Kong, March 2005

Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 2005

Distinguished Lecture in Economics and Public Policy, Clare College, 2006

Yates Lecture, The Murphy Institute, Tulane University, New Orleans, 2006

Jacques de Larosiere Lecture, European Bank for Reconstruction and Development, London, 2006

Takata Yasuma Memorial Lecture, Kyoto University, 2006

Geary Lecture, Economic and Social Research Institute, Dublin, 2006

Keynote Address, University of San Francisco Law School Symposium on Regulatory Federalism, 2006

Fourth Annual KC Basu Lecture, National University of Juridical Science, Calcutta, 2007

Keynote Address, Conference on "Welfare State in the International Economy" University of Texas at Austin, 2007

Annual Frey Lecture on International Property, Duke University, 2007

China Development Forum, 2006, 2007, 2008

Howard University Omicron Delta Epsilon Economic Honors Society Dinner, 2007

Grotius Lecture, 101st Annual Meeting of the American Society for International Law, Washington, DC, 2007

Khazanah National Bank Global Lectures, Kuala Lumpur, Malaysia, 2007

Waseda University 125th Anniversary Celebration, Tokyo, 2007

Foundation Day Lecture, University of Manchester, UK, 2008

Kenneth Arrow Lecture, Columbia University, New York, 2008

## Editing

Editor, *The Economists' Voice*

Editor, *Journal of Economic Perspectives*

Editorial Board, *World Bank Economic Review*

Associate Editor, *Review of Economic Design*

Board of Consulting Editors, *Economic Notes* (Monte dei Paschi Di Siena, Italy)

Member, Scientific Committee, *Assicurazioni*, Rome, Italy

Editorial Board, *The Geneva Papers on Risk and Insurance Theory*

Editorial Board, *Revista de Econometrica*

Co-editor with H. Uzawa, *Readings in Modern Theory of Economic Growth*, M.I.T. Press, 1969

Editor, *Collected Scientific Papers of P.A. Samuelson*, M.I.T. Press, 1965; Japanese language edition, 1991

General Editor, *Econometric Society Reprint Series*

Associate Editor, *Journal of Economic Theory*, 1968-73

Co-editor, *Journal of Public Economics*, 1980-83

American Editor, *Review of Economic Studies*, 1968-76

American Editor, *American Economic Review*, 1968-76

Associate Editor, *Energy Economics*

Associate Editor, *Managerial and Decision Economics*

Editorial Board, *The Review of Industrial Organization*

## Other Activities

International Advisory Committee, Barcelona Graduate School of Economics

International Advisory Board, Open Society Foundation

Committee on Graduate Education in Economics, American Economic Association

Member, M.I.T. Corporation Visiting Committee in Economics, 197l-1983

Member, Committee on Urban Public Economics, 1973

Secretary, Econometric Society, 1972-1975

Council, Econometric Society, 1984–1990

Steering Committee, Conference on Mathematical Economics, NBER

Member, Economics Panel, National Science Foundation, 1972-1976

Executive Committee, American Economic Association, 1982-1984; ex-officio, 1985–

Vice-President, American Economic Association, 1985

Special Review Panel, NSF, 1986

Visiting Committee, University of California, Department of Economics, 1989

Member, Nikkei International Academy, 1991

Member, Center for Economic Studies, 1991

**Articles**

**1966**

"Investment, Income, and Wages," (abstract), with G. A. Akerlof, *Econometrica*, 34(5), Supplementary Issue, 1966, p. 118. (Presented at December meetings of the Econometric Society, New York.)

**1967**

"Allocation of Investment in a Dynamic Economy," with K. Shell, *Quarterly Journal of Economics*, 81, November 1967, pp. 592-609.

"A Two-Sector, Two Class Model of Economic Growth," *Review of Economic Studies*, 34, April 1967, pp. 227-238.

**1968**

"A Note on Technical Choice Under Full Employment in a Socialist Economy," *Economic Journal*, 78(311), September 1968, pp. 603-609.

"Output, Employment and Wages in the Short Run," with R. Solow, *Quarterly Journal of Economics*, 82, November 1968, pp. 537-560.

**1969**

"Allocation of Heterogeneous Capital Goods in a Two Sector Economy," *International Economic Review*, 10, October 1969, pp. 373-390. (Presented at the 1965 Chicago Symposium on the Theory of Economic Growth.)

"Behavior Toward Risk With Many Commodities," *Econometrica*, 37(4), October 1969, pp. 660-667.

"Capital Gains, Income and Savings," with K. Shell and M. Sidrauski, *Review of Economic Studies*, 36, January 1969, pp. 15-26.

"Capital, Wages and Structural Unemployment," with George A. Akerlof, *Economic Journal*, 79(314), June, 1969, pp. 269-281.

"Distribution of Income and Wealth Among Individuals," *Econometrica*, 37(3), July 1969, pp. 382-397. (Presented at the December 1966 meetings of the Econometric Society, San Francisco.)

"The Effects of Income, Wealth and Capital Gains Taxation on Risk-Taking," *Quarterly Journal of Economics*, 83(2), May 1969, pp. 263-283.

"The Implications of Alternative Saving and Expectations Hypotheses for Choices of Technique and Patterns of Growth," with D. Cass, *Journal of Political Economy*, 77, July-August 1969, pp. 586-627. (Presented at the 1967 Chicago Symposium on the Theory of Economic Growth.)

"A New View of Technological Change," with A. Atkinson, *Economic Journal*, 79(315), September 1969, pp. 573-578.

"A Re-Examination of the Modigliani-Miller Theorem," *American Economic Review*, 59(5), December 1969, pp. 784-793. (Presented at the 1967 meetings of the Econometric Society, Washington, D.C.)

"Rural-Urban Migration, Surplus Labor and the Relationship Between Urban and Rural Wages," *East African Economic Review*, 1-2, December 1969, pp. 1-27.

"Theory of Innovation: Discussion," with Evsey Domar, *American Economic Review*, AEA Papers and Proceedings, 59(2), May 1969, pp. 44-49.

**1970**

"A Consumption Oriented Theory of the Demand for Financial Assets and the Term Structure of Interest Rates," *Review of Economic Studies*, 37(3), July 1970, pp. 321-351. (Presented at the August 1968 meetings of the Econometric Society, Boulder, Colorado.)

"Factor Price Equalization in a Dynamic Economy," *Journal of Political Economy*, 78(3), May-June 1970, pp. 456-489.

"Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 2(3), September 1970, pp. 225-243. Subsequently published in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992.

"Non-Substitution Theorems with Durable Capital Goods," *Review of Economic Studies*, 37(4), October 1970, pp. 543-553.

"Reply to Mrs. Robinson on the Choice of Technique," *Economic Journal*, 80(318), June 1970, pp. 420-422.

"The Structure of Investor Preferences and Asset Returns, and Separability in Portfolio Allocation: A Contribution to the Pure Theory of Mutual Funds," with D. Cass, *Journal of Economic Theory*, 1, June 1970, pp. 122-160.

## 1971

"Differential Taxation, Public Goods, and Economic Efficiency," with P. Dasgupta, *Review of Economic Studies*, 38(2), April 1971, pp. 151-174.

"Increasing Risk: II. Its Economic Consequences," with M. Rothschild, *Journal of Economic Theory*, 5(1), March 1971, pp. 66-84.

## 1972

"Addendum to Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 5(2), October 1972, p. 306.

"Four Lectures on Portfolio Allocation with Many Risky Assets," in *Mathematical Methods in Investment and Finance*, Szege-Shell (eds.), Amsterdam: North-Holland Publishing, 1972, pp. 76-108.

"On Optimal Taxation and Public Production," with P. Dasgupta, *Review of Economic Studies*, 39(1), January 1972, pp. 87-103.

"On the Optimality of the Stock Market Allocation of Investment," *Quarterly Journal of Economics*, 86(1), February 1972, pp. 25-60. (Presented to the Far Eastern Meetings of the Econometric Society, June 1970, Tokyo, Japan.)

"Risk Aversion and Wealth Effects on Portfolios with Many Assets," with D. Cass, *Review of Economic Studies*, 39(3), July 1972, pp. 331-354.

"Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs," *Bell Journal of Economist*, 3(2), Autumn 1972, pp. 458-482.

"The Structure of Indirect Taxation and Economic Efficiency," with A. Atkinson, *Journal of Public Economics*, 1, March 1972, pp. 97-119.

"Taxation, Risk Taking, and the Allocation of Investment in a Competitive Economy," in *Studies in the Theory of Capital Markets*, M. Jensen (ed.), New York: Praeger, 1972, pp. 294-361. (Proceedings of a conference at the University of Rochester, August 1969.)

## 1973

"Approaches to the Economics of Discrimination," *American Economic Review*, 62(2), May 1973, pp. 287-295. Reprinted in *Economics and Discrimination*, W. Darity and C. Boshamer (eds.), Edward Elgar Publishing, 1993.

"The Badly Behaved Economy with the Well Behaved Production Function," in *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan Publishing Company, 1973, pp. 118-137. (Presented at the International Economic Association Conference on Growth Theory, Jerusalem, 1970.)

"Education and Inequality," *Annals of the American Academy of Political and Social Sciences*, 409, September 1973, pp. 135-145.

"Recurrence of Techniques in a Dynamic Economy," in *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan, 1973, pp. 138-161.

"Some Further Results on the Measurement of Inequality," with M. Rothschild, *Journal of Economic Theory*, 6(2), April 1973, pp.188-204.

"Taxation, Corporate Financial Policy and the Cost of Capital," *Journal of Public Economics*, 2, February 1973, pp. 1-34. (Subsequently published in *Modern Public Finance*, 1, International Library of Critical Writings in Economics, No. 15., A. Atkinson (ed.), Elgar, 1991, pp. 96-129.)

## 1974

"Alternative Theories of Wage Determination and Unemployment in L.D.C.'s: The Labor Turnover Model," *Quarterly Journal of Economics*, 88(2), May 1974, pp. 194-227. Subsequently published in *Development Economics*, 1, D. Lal (ed.), Elgar, 1992, pp. 288-321.

"Benefit-Cost Analysis and Trade Policies," with P. Dasgupta, *Journal of Political Economy*, 82(1), January-February 1974, pp. 1-33. (Presented to Conference on Project Evaluation, Nairobi, July, 1971.)

"The Cambridge-Cambridge Controversy in the Theory of Capital; A View From New Haven: A Review Article," *Journal of Political Economy*, 82(4), July-August 1974, pp. 893-904.

"Demand for Education in Public and Private School Systems," *Journal of Public Economics*, 2, November 1974, pp. 349-386.

"Growth With Exhaustible Natural Resources: Efficient and Optimal Growth Paths," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 123-137.

"Growth With Exhaustible Resources: The Competitive Economy," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 139-152.

"Incentives and Risk Sharing in Sharecropping," *Review of Economic Studies*, 41(2), April 1974, pp. 219-255.

"Increases in Risk and in Risk Aversion," with P. Diamond, *Journal of Economic Theory*, 8(3), July 1974, pp. 337-360. (Presented at a Conference on Decision Rules and Uncertainty, Iowa City, May 1972.)

"On the Irrelevance of Corporate Financial Policy," *American Economic Review*, 64(6), December 1974, pp. 851-866. (Presented at a conference in Hakone, Japan, 1970.)

"Theories of Discrimination and Economic Policy," in *Patterns of Racial Discrimination*, G. von Furstenberg, et al. (eds.), D.C. Heath and Company (Lexington Books), 1974, pp. 5-26.

## 1975

"Discussion of 'The Maryland Interindustry Forecasting Model" by Clopper Almon,"*The Brookings Model: Perspective and Recent Developments,* Gary Fromm and Lawrenc R. Klein (eds.), North-Holland Publishing Company, 1975, pp. 599-603.

"The Efficiency of Market Prices in Long Run Allocations in the Oil Industry," in *Studies in Energy Tax Policy*, G. Brannon (ed.), Cambridge: Ballinger Publishing, 1975, pp. 55-99. (Report written for the Ford Foundation Energy Policy Project, August 1973.)

"Incentives, Risk and Information: Notes Toward a Theory of Hierarchy," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 552-579. (Presented at Berlin Symposium on Planning, August 1973.) Reprinted in *The Economics of Modern Business Enterprise*, Elgar Reference Collection: Northampton, MA, 2008.

"Information and Economic Analysis," in *Current Economic Problems*, J.M. Parkin and A.R. Nobay (eds.), Cambridge: Cambridge University Press, pp. 27-52. (Proceedings of the Association of University Teachers of Economics, Manchester, England, April 1974.)

"Reply to Mr. Stapleton on 'Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs'," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 711-714.

"The Theory of Screening, Education and the Distribution of Income," *American Economic Review*, 65(3), June 1975, pp. 283-300.

## 1976

"The Corporation Tax," *Journal of Public Economics*, 5, April-May 1976, pp. 303-311.

"The Design of Tax Structure: Direct Versus Indirect Taxation," with A. Atkinson, *Journal of Public Economics*, 6, July-August 1976, pp. 55-75. Subsequently published in *Modern Public Finance, 2*, International Library of Critical Writings in Economics, No. 15, A. Atkinson (ed.), Elgar, 1991, pp. 82-102.

"The Efficiency Wage Hypothesis, Surplus Labor and the Distribution of Income in L.D.C.'s," *Oxford Economic Papers*, 28(2), July 1976, pp. 185-207.

"Equilibrium in Competitive Insurance Markets: An Essay on the Economics of Imperfect Information," with M. Rothschild, *Quarterly Journal of Economics*, 90(4), November 1976, pp. 629-649. Subsequently reprinted in *Industrial Economics*, O.E. Williamson (ed.), Edward Elgar, 1990, pp. 141-61; in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992; and in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000.

"Estate Taxes, Growth and Redistribution," in *Essays in Honor of W. Vickrey*, R. Grieson (ed.), Lexington: Lexington Publishing Company, 1976, pp. 225-232.

"Information and Competitive Price Systems," with S. Grossman, *American Economic Review*, 66(2), May 1976, pp. 246-253.

"Monopoly and the Rate of Extraction of Exhaustible Resources," *American Economic Review*, 66(4), September 1976, pp. 655-661. Reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp. 184-190.

"Notes on Estate Taxes, Redistribution, and the Concept of Balanced Growth Path Incidence," *Journal of Political Economy*, 86(2), part 2, pp. 137-150. (Paper presented at NBER Conference on Taxation, Stanford University, January 1976.)

## 1977

"Bargains and Ripoffs: A Model of Monopolistically Competitive Price Dispersions," with S. Salop, *Review of Economic Studies*, 44(3), October 1977, pp. 493-510. Reprinted in *The Economics of Information*, S.A. Lippman and D.K. Levine (eds.), Edward Elgar, 1995, pp. 198-215.

"Monopolistic Competition and Optimum Product Diversity," with A. Dixit, *American Economic Review*, 67(3), June 1977, pp. 297-308. Republished in *Microeconomics: Theoretical and Applied*, 2, R. Kuenne (ed.), Aldershot, UK: Elgar, 1991, pp. 183-94.  Republished in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.70-119.

"Monopoly, Non-Linear Pricing and Imperfect Information: The Insurance Market," *Review of Economic Studies*, 44(3), October 1977, pp. 407-430.

"On Value Maximization and Alternative Objectives of the Firm," with S. Grossman, *Journal of Finance*, 32(2), May 1977, pp. 389-402.

"Some Further Remarks on Cost-Benefit Analysis," in *Social and Economic Dimensions of Project Evaluation*, Schwartz and R. Berney (eds.), Inter-American Development Bank, 1977, pp. 253-282. (Proceedings of the Symposium on Cost-Benefit Analysis, IDB, Washington, March 1973.)

"Some Lessons from the New Public Finance," with M. Boskin, *American Economic Review*, 67(1), February 1977, pp. 295-301.

"Symposium on the Economics of Information: Introduction," *Review of Economic Studies*, 44(3), October 1977, pp. 389-391.

"Tariffs Versus Quotas As Revenue Raising Devices Under Uncertainty," with P. Dasgupta, *American Economic Review*, 67(5), December 1977, pp. 975-981.

"Theory of Local Public Goods," in *The Economics of Public Services*, M.S. Feldstein and R.P. Inman (eds.), MacMillan Publishing Company, 1977, pp. 274-333. (Paper presented to IEA Conference, Turin, 1974.)

## 1978

"Efficiency in the Optimum Supply of Public Goods," with L.J. Lau and E. Sheshinski, *Econometrica*, 46(2), March 1978, pp.269-284.

"Equality, Taxation and Inheritance," in *Personal Income Distribution*, W. Krelle and A.F. Shorrocks (eds.), North-Holland Publishing Company, 1978, pp. 271-303. (Proceedings of IEA Conference, Noordwijk aan Zee, Netherlands, April 1977.)

## 1979

"Aggregate Land Rents, Expenditure on Public Goods and Optimal City Size," with R. Arnott, *Quarterly Journal of Economics*, 93(4), November 1979, pp. 471-500.

"Energy Resources and Research and Development," with P. Dasgupta and R. Gilbert, in *Erschopfbare Ressourcen*, Berlin: Duncker & Humbolt, pp. 85-108. (Presented at a conference in Mannheim, 1979.)

"Equilibrium in Product Markets with Imperfect Information," *American Economic Review*, 69(2), May 1979, pp. 339-345.

"Intergenerational Transfers and Inequality," with D. Bevan, *The Greek Economic Review*, 1(1), August 1979, pp. 8-26.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review*, 69(5), December 1979, pp. 961-963.

"A Neoclassical Analysis of the Economics of Natural Resources," in *Scarcity and Growth Reconsidered*, V.K. Smith (ed.), Baltimore: Johns Hopkins Press, 1979, pp. 36-66. Subsequently reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp.131-161; and in *Natural Resource Economics: A Book of Readings*, C. Gopalakrishnan (ed.), University of California Press, 1992. (Originally presented at Conference of Resources for the Future, October 1976)

"On Search and Equilibrium Price Distributions," in *Economics and Human Welfare: Essays in Honor of Tibor Scitovsky*, M. Boskin (ed.), York: Academic Press Inc., 1979, pp. 203-236.

"Sharecropping: Risk Sharing and the Importance of Imperfect Information," with D. Newbery, in *Risk, Uncertainty and Agricultural Development*, J.A. Roumasset, et al. (eds.), Southeast Asian Regional Center for Graduate Study and Research in Agriculture (SEARCA) and Agricultural Development Council, 1979, pp. 311-341. (Originally presented at a conference in Mexico City, March 1976.)

"The Theory of Commodity Price Stabilization Rules: Welfare Impacts and Supply Responses," with D. Newbery, *The Economic Journal*, 89(356), December 1979, pp. 799-817. Subsequently published in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 200-218.

## 1980

"Industrial Structure and the Nature of Innovative Activity," with P. Dasgupta, *Economic Journal*, 90(358), June 1980, pp. 266-293. Reprinted in *The Economics of Technical Change,* Elgar Reference Collection, International Library of Critical Writings in Economics, 31, Edwin Mansfield and Elizabeth Mansfield (eds.), Aldershot, UK: Elgar. pp. 133-160.

"On the Impossibility of Informationally Efficient Markets," with S. Grossman, *American Economic Review*, 70(3), June 1980, pp. 393-408. Subsequently reprinted in *Financial Markets and Incomplete Information - Frontiers of Modern Financial Theory*, 2, S. Bhattacharya and G. Constantinides (eds.), Rowman and Littlefield, 1989, pp. 123-136.

"Risk, Futures Markets and the Stabilization of Commodity Prices," in *The Proceedings of the First Annual Sponsor's Conference Frontiers in Futures*, Columbia University Center for the Study of Futures Markets, September 1980.

"Stockholder Unanimity in the Making of Production and Financial Decisions," with S. Grossman, *Quarterly Journal of Economics*, 94(3), May 1980, pp. 543-566.

"The Taxation of Exhaustible Resources," with P. Dasgupta and G. Heal, in *Public Policy and the Tax System*, G.A. Hughes and G.M. Heal (eds.), London: George Allen and Unwin, 1980, pp. 150-172.

"Uncertainty, Market Structure and the Speed of R&D," with P. Dasgupta, *Bell Journal of Economics*, 11(1), Spring 1980, pp. 1-28. Also Princeton University Econometric Research Program Research Memorandum 255.

## 1981

"Aggregate Land Rents and Aggregate Transport Costs," with R. Arnott, *Economic Journal*, 91(362), June 1981, pp. 331-347. Also NBER Working Paper 523.

"Credit Rationing in Markets with Imperfect Information," with A. Weiss, *American Economic Review*, 71(3), June 1981, pp. 393-410. Subsequently reprinted in *New Keynesian Economics*, 2, G. Mankiw and D. Romer (eds.), Cambridge, Mass.: MIT Press, 1991 pp. 247-276. Also Princeton University Econometric Research Program Research Memoranda 267 and 268. (Presented at a meeting of the Western Economic Association, June 1978), subsequently reprinted in *Foundations of the Law*, Barry Adler (ed.), Foundation Press, 2003.

"Entry, Innovation, Exit: Toward a Dynamic Theory of Oligopolistic Industrial Structure," with P. Dasgupta, *European Economic Review,* 15(2), Feb. 1981, pp. 137-158.

"Market Structure and Resource Extraction Under Uncertainty," with P. Dasgupta, *Scandinavian Economic Journal*, 83, 1981, pp. 318-333. Reprinted in *The Impact of Rising Oil Prices on the World Economy*, Mattiessen (ed.), MacMillan, 1982, pp. 178-193. Princeton University Econometric Research Program Research Memorandum 262.

"On the Almost Neutrality of Inflation: Notes on Taxation and the Welfare Costs of Inflation," in *Development in an Inflationary World*, M. June Flanders and Assaf Razin (eds.), New York: Academic Press, 1981, pp. 419-457. Also NBER Working Paper 499.

"Pareto Optimality and Competition," *Journal of Finance*, 36(2), May 1981, pp. 235-251.

"Potential Competition May Reduce Welfare," *American Economic Review*, 71(2), May 1981, pp. 184-189. (Papers and Proceedings of the AEA meetings in Denver, CO, September 1980.)

"Project Appraisal and Foreign Exchange Constraints," with C. Blitzer and P. Dasgupta, *Economic Journal*, 91(361), March 1981, pp. 58-74. (Presented at the Econometric Society Meeting, August 1976, Helsinki.)

"Resource Depletion Under Technological Uncertainty," with P. Dasgupta, *Econometrica*, 49(1), January 1981, pp. 85-104.

## 1982

"Alternative Theories of Wage Determination and Unemployment: The Efficiency Wage Model," in *The Theory and Experience of Economic Development: Essays in Honor of Sir Arthur W. Lewis*, M. Gersovitz, et al. (eds.), London: George Allen & Unwin, 1982, pp. 78-106.

"The Choice of Techniques and the Optimality of Market Equilibrium with Rational Expectations," with D. Newbery, *Journal of Political Economy*, 90(2), April 1982, pp. 223-246. (Also Princeton University Econometric Research Program Research Memorandum 277.)

"The Inefficiency of the Stock Market Equilibrium," *Review of Economic Studies*, 49(2), April 1982, pp. 241-261. Also Princeton University Econometric Research Program Research Memorandum 256, November 1980. (Paper presented at a Conference on Uncertainty and Insurance in Economic Theory in Honor of Karl Borch, Bergen, April 1979)

"Information and Capital Markets," in *Financial Economics: Essays in Honor of Paul Cootner*, William F. Sharpe and Cathryn Cootner (eds.), Prentice Hall, New Jersey, 1982, pp. 118-158. Also NBER Working Paper 678.

"Invention and Innovation Under Alternative Market Structures: The Case of Natural Resources," with R. Gilbert and P. Dasgupta, *Review of Economic Studies*, 49(4), 1982, pp. 567-582. Also Princeton University Econometric Research Program Research Memorandum 263.

"Market Structure and Resource Depletion: A Contribution of the Theory of Intertemporal Monopolistic Competition," with P. Dasgupta, *Journal of Economic Theory*, 28(1), October 1982, pp. 128-164. Previously Princeton University Econometric Research Program Research Memorandum 261, March 1980.

"A Model of Employment Outcomes Illustrating the Effect of the Structure of Information on the Level and Distribution of Income," with M. Rothschild, *Economic Letters*, 10, 1982, pp. 231-236.

"On the Impossibility of Informationally Efficient Markets: Reply," with S. Grossman, *American Economic Review*, 72(4), September 1982, p. 875.

"Optimal Commodity Stock-Piling Rules," with D. Newbery, *Oxford Economic Papers*, November 1982, pp. 403-427.

"Ownership, Control and Efficient Markets: Some Paradoxes in the Theory of Capital Markets," in *Economic Regulation: Essays in Honor of James R. Nelson*, Kenneth D. Boyer and William G. Shepherd (eds.), Michigan State University Press, 1982, pp. 311-341.

"The Rate of Discount for Cost-Benefit Analysis and the Theory of the Second Best," in *Discounting for Time and Risk in Energy Policy*, R. Lind (ed.), Resources for the Future, 1982, pp. 151-204.

"Risk Aversion, Supply Response, and the Optimality of Random Prices: A Diagrammatic Analysis," with D. Newbery, *Quarterly Journal of Economics*, 97(1), February 1982, pp. 1-26. Also Princeton University Econometric Research Program Research Memorandum 276.

"Self-Selection and Pareto Efficient Taxation," *Journal of Public Economics*, 17, 1982, pp. 213-240. Also NBER Working Paper 632.

"Sharecropping and the Interlinking of Agrarian Markets," with A. Braverman, *American Economic Review*, 72(4), September 1982, pp. 695-715. Also Princeton University Econometric Research Program Research Memorandum 299.

"The Structure of Labor Markets and Shadow Prices in L.D.C.'s," in *Migration and the Labor Market in Developing Countries*, R. Sabot (ed.), Boulder, CO: Westview, 1982, pp. 13-64. (Presented at World Bank Conference, February 1976.)

"The Theory of Sales: A Simple Model of Equilibrium Price Dispersion with Identical Agents," with S. Salop, *American Economic Review*, 72(5), December 1982, pp. 1121-1130. Also Princeton University Econometric Research Program Research Memorandum 283.

"Utilitarianism and Horizontal Equity: The Case for Random Taxation," *Journal of Public Economics*, 18, 1982, pp. 1-33. Also NBER Working Paper 694.

## 1983

"Alternate Approaches to the Analysis of Markets with Asymmetric Information," with A. Weiss, *American Economic Review*, 73(1), March 1983, pp. 246-249.

"Futures Markets and Risk: A General Equilibrium Approach," in *Futures Markets, Modeling, Managing and Monitoring Futures Trading*, Manfred Streit (ed.), Basil Blackwell Publishers, October 1983, pp. 75-106. (Paper presented at a conference at the European Institute, Florence, March 1982.) Subsequently revised as "Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Implicit Contracts and Fixed Price Equilibria," with C. Azariadis, *Quarterly Journal of Economics* Supplement, 98, 1983, pp. 1-22. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 187-210.

"Incentive Effects of Termination: Applications to the Credit and Labor Markets," with A. Weiss, *American Economic Review*, 73(5), December 1983, pp. 912-927.

"Information, Competition and Markets," with B. Nalebuff, *American Economic Review*, 73(2), May 1983, pp. 278-284.

"Money, Credit Constraints and Economic Activity," with A. Blinder, *American Economic Review*, 73(2), May 1983, pp. 297-302.

"On the Relevance or Irrelevance of Public Financial Policy: Indexation, Price Rigidities and Optimal Monetary Policy," in *Inflation, Debt and Indexation*, R. Dornbusch and M. Simonsen (eds.), MIT Press, 1983, pp. 183-222. (Presented at a Conference at Rio de Janeiro, December 1981.)

"On the Theory of Social Insurance: Comments on 'The State and the Demand for Security in Contemporary Societies' by Raymond Barre," *The Geneva Papers*, 8(27), Sixth Annual Lecture of the Geneva Association, April 1983, pp. 105-110.

"Preemption, Leapfrogging and Competition in Patent Races," with D. Fudenberg, R. Gilbert and J. Tirole, *European Economic Review*, 22, June 1983, pp. 3-32.

"Prizes and Incentives: Toward a General Theory of Compensation and Competition," with B. Nalebuff, *Bell Journal*, 14(1), Spring 1983, pp. 21-43. Also Princeton University Econometric Research Program Research Memorandum 293.

"Public Goods in Open Economies with Heterogeneous Individuals," in *Locational Analysis of Public Facilities*, J.F. Thisse and H.G. Zoller (eds.), Amsterdam: North-Holland, 1983, pp. 55-78.

"Review of 'Samuelson and Neoclassical Economics' by G.R. Feiwel," *Journal of Economic Literature,* 21(3), September 1983, pp. 997-999.

"Risk, Incentives and Insurance: The Pure Theory of Moral Hazard," *Geneva Papers*, 8(26), January 1983, pp. 4-32. Also Princeton University Financial Research Center Memorandum 42. (Fifth Annual Geneva Lecture delivered at Zurich, March 1981.)

"Some Aspects of the Taxation of Capital Gains," *Journal of Public Economics*, 21, July 1983, pp. 257-294.

"Strategic Considerations in Invention and Innovation: The Case of Natural Resources," with P. Dasgupta and R. Gilbert, *Econometrica*, 51(5), September 1983, pp. 1430-1448. Subsequently reprinted in *Economic Organizations as Games*, K. Binmore and P. Dasgupta (eds.), New York: Basil Blackwell, 1986, pp. 165-175.

"The Theory of Local Public Goods Twenty-Five Years After Tiebout: A Perspective," in *Local Provision of Public Services: The Tiebout Model After Twenty-Five Years*, G.R. Zodrow (ed.), New York: Academic Press, 1983, pp. 17-53.

"Toward a Reconstruction of Keynesian Economics: Expectations and Constrained Equilibria," with P. Neary, *Quarterly Journal of Economics*, 98, Supplement, 1983, pp. 199-228. Reprinted in *The Keynesian Heritage Volumes I*, G.K. Shaw (ed.), in a series: *Schools of Thought in Economics,* Mark Blaug (ed.), Edward Elgar Publishing Ltd. Also NBER Working Paper 376. (Presented at the Athens meeting of the Econometric Society, September 1979.)

**1984**

"Budget Policy and Processes: Where Do We Go From Here?," with M. Boskin, W. Niskanen, and R. Penner, *Contemporary Policy Issues*, Fall, 1984-85, pp. 53-78. (Panel discussion at the meetings of the Western Economic Association, July 1984.)

"The Economics of Price Scissors," with R. Sah, *American Economic Review*, 74(1), March 1984, pp. 125-138.

"Equilibrium Unemployment as a Worker Discipline Device," with Carl Shapiro, *American Economic Review*, 74(3), June 1984, pp. 433-444. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 123-142. Also in *Macroeconomics and Imperfect Competition,* Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 453-464 and *The Economics of Modern Business Enterprise*, *Volume 3. Incentives and Control,* Elgar Reference Collection: Northampton, MA, 2008.

"Information Externalities in Oil and Gas Leasing," with J. Leitzinger, *Contemporary Economic Policy Issues*, 5, March 1984, pp. 44-57. (Paper presented at the Western Economic Association Meetings, July 1983.)

"Information, Screening and Welfare," in *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 209-239.

"Informational Imperfections in the Capital Markets and Macroeconomic Fluctuations," with A. Weiss and B. Greenwald, *American Economic Review*, 74(2), May 1984, pp. 194-199.

"The New Public Finance: A Perspective" (in Spanish), *Hacienda Publica Espanola*, 91, 1984, pp. 341-348.

"A Nonconcavity in the Value of Information," with R. Radner, in *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 33-52.

"Pareto Inferior Trade," with D. Newbery, *Review of Economic Studies*, 51(1), January 1984, pp. 1-12.

"Price Rigidities and Market Structure," *American Economic Review*, 74(2), May 1984, pp. 350-356. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 377-388. Also in *Macroeconomics and Imperfect Competition,* Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 221-226.

**1985**

"Can Unemployment be Involuntary? Reply," with C. Shapiro, *American Economic Review*, 75(5), December 1985, pp. 1215-1217.

"The Consumption Expenditure Tax," in *The Promise of Tax Reform*, J. Pechman (ed.), Englewood Cliffs: Prentice-Hall, 1985, pp. 107-127.

"Credit Markets and the Control of Capital," *Journal of Money, Banking, and Credit*, 17(2), May 1985, pp. 133-152. Subsequently reprinted in *La Theoria del Mercata Finanziari*, G. Viciago and G.Verga (eds.), Bologna: Societa Editrice il Mulino, 1992.

"Economics of Information and the Theory of Economic Development," *Revista De Econometria*, 5(1), April 1985, pp. 5-32.

"Equilibrium Unemployment as a Worker Discipline Device: Reply," with C. Shapiro, *American Economic Review*, 75(4), September 1985, pp. 892-893.

"Equilibrium Wage Distributions," *Economic Journal*, 95(379), September 1985, pp. 595-618.

"The General Theory of Tax Avoidance," *National Tax Journal*, 38(3), September 1985, pp. 325-338. Also NBER Reprint No. 987.

"Human Fallibility and Economic Organization," with R. Sah, *American Economic Review*, 75(2), May 1985, pp. 292-296.

"Information and Economic Analysis: A Perspective," *Economic Journal*, 95, Supplement: Conference Papers, 1985, pp. 21-41.

"Labor Turnover, Wage Structure & Moral Hazard: The Inefficiency of Competitive Markets," with R. Arnott, *Journal of Labor Economics*, 3(4), October 1985, pp. 434-462.

"The Social Cost of Labor, and Project Evaluation: A General Approach," with R. Sah, *Journal of Public Economics*, 28, 28, 1985, pp. 135-163. Economic Growth Center Discussion Paper No. 470, Yale University, March 1985.

## 1986

"The Architecture of Economic Systems: Hierarchies and Polyarchies," with R. Sah, *American Economic Review*, 76(4), September 1986, pp. 716-727. Also a shortened version in AEA Papers and Proceedings, also published in *Personnel Economics*, Edward P. Lasear and Robert NcNabb (eds.) 2002.

"Comments on 'Tax Asymmetries and Corporate Tax Reform' by Saman Majd and Stewart C. Myers," in *The Effects of Taxation on Capital Formation*, M. Feldstein (ed.), NBER, 1986, pp. 374-376.

"Cost Sharing Arrangement Under Sharecropping: Moral Hazard, Incentive Flexibility and Risk," with A. Braverman, *Journal of Agricultural Economics*, 68(3), August 1986, pp. 642-652. (Revised version of "Moral Hazard, Incentive Flexibility & Risk: Cost Sharing Arrangements under Sharecropping," with A. Braveman, Economic Research Program, Research Memorandum 298, Princeton, 1988.)

"Credit Rationing and Collateral," with A. Weiss, in *Recent Developments in Corporate Finance*, Jeremy Edwards, et al. (eds.), New York: Cambridge University Press, 1986, pp. 101-135. Also a Bell Communications Research Discussion Paper.

"The Economics of Price Scissors: Reply," with R. Sah, *American Economic Review*, 76(5), December 1986, pp. 1195-1199. Published version of "The Economics of Town-versus-Country Problems," Yale Economic Growth Center Paper 508.

"Externalities in Economies with Imperfect Information and Incomplete Markets," with B. Greenwald, *Quarterly Journal of Economics*, Vol. 101, No. 2, May 1986, pp. 229-264. Reprinted in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000. Originally entitled "Pecuniary and Market Mediated Externalities: Toward a General Theory of the Welfare Economics of Economies with Imperfect Information and Incomplete Markets," NBER Working Paper 1304.

"Hemmis Hohe Lohne," *Wirtschafts Woche*, 43(17), October 1986, pp. 98-105.

"Introduction to Proceedings of the International Economic Association Roundtable Conference on New Developments in the Theory of Market Structure," in *New Developments in the Theory of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan, 1986. (Conference held in Ottawa, Canada, May 10, 1982.)

"Landlords, Tenants and Technological Innovations," with A. Braverman, in *Journal of Development Economics*, 23(2), October 1986, pp. 313-332.

"Moral Hazard and Optimal Commodity Taxation," with R. Arnott, *Journal of Public Economics*, 29, 1986, pp. 1-24.

"The New Development Economics," *World Development*, 14(2), 1986, pp. 257-265. Subsequently reprinted in *The Political Economy of Development and Underdevelopment*, C.K. Wilber (ed.), New York: Random House, 1988, pp. 393-407.

"Pure Theory of Country Risk," with J. Eaton and M. Gersovitz, *European Economic Review*, 30(3), June 1986, pp. 481-513. Reprinted in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 241-273. Also NBER Working Paper No. 1864, April 1986 and NBER Reprint 793.

"Theories of Wage Rigidities," in *Keynes' Economic Legacy: Contemporary Economic Theories*, J.L. Butkiewicz, et al. (eds.), New York: Praeger Publishers, 1986, pp. 153-206. (Presented at a conference on Keynes' Economic Legacy, University of Delaware, December 1983.)

"Theory of Competition, Incentives and Risk," in *New Developments in the Analysis of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan/MIT Press, 1986, pp. 399-449. Also, Princeton University Econometric Research Program Research Memorandum 311.

"Toward a More General Theory of Monopolistic Competition," in *Prices, Competition, & Equilibrium*, M. Peston and R. Quandt (eds.), Oxford: Philip Allan/Barnes & Noble Books, 1986, pp. 22-69. Also Princeton University Econometric Research Program Research Memorandum 316.

**1987**

"The Causes and Consequences of the Dependence of Quality on Prices," *Journal of Economic Literature*, 25, March 1987, pp. 1-48. Subsequently reprinted in *Impresa, Instituzione e Informazione*, M. Franzini and M. Messori (eds.), Bologna: Cooperative Libraria Universitaria, 1991.

"Competition and the Number of Firms in a Market: Are Duopolies More Competitive Than Atomistic Markets?" *Journal of Political Economy*, 95(5), 1987, pp. 1041-1061. (Revised version of "Duopolies are More Competitive than Atomistic Markets," Princeton University Econometric Research Program Research Memorandum 310, February 1984.)

"Credit Rationing: Reply," with A. Weiss, *American Economic Review*, 77(1), March 1987, pp. 228-231.

"Design of Labor Contracts: Economics of Incentives and Risk-Sharing," in *Incentives, Cooperation and Risk Sharing*, H. Nalbantian (ed.), Totowa, NJ: Rowman & Allanheld, 1987, pp. 47-68.

"Pareto Efficient and Optimal Taxation and the New New Welfare Economics," in *Handbook of Public Economics*, 2, A. Auerbach and M. Feldstein (eds.), Amsterdam: North Holland, 1987, pp. 991-1042.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

"Imperfect Information, Credit Markets and Unemployment," with B. Greenwald, *European Economic Review*, 31, 1987, pp. 444-456.

"Information and Regulation," with D. Sappington, in *Public Regulation*, E. Bailey (ed.), London: MIT Press, 1987, pp. 3-43.

"Information, Welfare and Product Diversity," with S. Salop, in *Arrow and the Foundations of the Theory of Economic Policy*, G. Feiwel (ed.), London: MacMillan, 1987, pp. 328-340. (Revised version of a paper presented to a conference on imperfect information at Bell Labs, February 1978.)

"The Invariance of Market Innovation to the Number of Firms," with R. Sah, *Rand Journal of Economics*, 18(1), Spring 1987, pp. 98-108.

"Keynesian, New Keynesian and New Classical Economics," with B. Greenwald, *Oxford Economic Papers*, 39, March 1987, pp. 119-133. Subsequently reprinted in *Price, Quantities, and Expectations*, P.J.N. Sinclair (ed.), Oxford University Press, 1987, pp. 119-133; in the French translation of *Collected Papers on the Current State of Keynesian Theory*, R. Arena and D. Torre (eds.), Les Presses Universitaires de France; in the French translation of *Origins and Prospects of Keynesianism: Some New Developments*, R. Arena and D. Torre (eds.); and in *Keynes et les nouveaux Keynésiens*, R. Arena and D. Torre (eds.), Paris: Les Presses Universitaires de France, 1992, pp. 169-191.

"Learning to Learn, Localized Learning and Technological Progress," in *Economic Policy and Technological Performance*, P. Dasgupta and Stoneman (eds.), Cambridge University Press, 1987, pp. 125-153.

"On the Microeconomics of Technical Progress," in *Technology Generation in Latin American Manufacturing Industries*, Jorge M. Katz (ed.), Macmillan Press Ltd. 1987, pp. 56-77. (Presented to IDB-Cepal Meetings, Buenos Aires, November 1978.)

"Pareto Efficient and Optimal Taxation and the New New Welfare Economics," in *Handbook on Public Economics*, A. Auerbach and M. Feldstein (eds.), North Holland: Elsevier Science Publishers, 1987, pp. 991-1042. Also NBER Working Paper 2189.

"Price Scissors and the Structure of the Economy," with R. Sah, *Quarterly Journal of Economics*, 102, 1987, pp. 109-134.

"Principal and Agent," in *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989.

"Privatization, Information and Incentives," with D. Sappington, *Journal of Policy Analysis and Management*, 6(4), 1987, pp. 567-582. Reprinted in *The Political Economy of Privatization and Deregulation*, E. Baily and J. Hower (eds.), Edward Elgar, 1993. NBER Working Paper No. 2196 and Reprint No. 1021.

"Safety, User Fees, and Public Infrastructure," with R. Arnott, in *Transportation Deregulation and Safety*, Conference Proceedings, The Transportation Center, Northwestern University, June 1987, pp. 411-445.

"Sharecropping," in *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989, pp. 308-315.

"Some Theoretical Aspects of Agriculture Policies," *World Bank Research Observer*, 2(1), January 1987, pp. 43-60. Reprinted as "Algunos Aspectos Teoricos de la Polutica Agraria," *Revista de Analisis del Norte Alternativa*, June 1989, pp. 7-34.

"Tax Reform: Theory and Practice," in *The Economics of Tax Reform*, Kalamazoo, MI: Upjohn Institute, 1987.

"Taxation and Pricing of Agricultural and Industrial Goods in Developing Economies," with R. Sah, in *The Tax Theory for Developing Countries*, D. Newbery and N. Stern (eds.), Oxford: Oxford University Press, 1987, pp. 430-458.

"Technological Change, Sunk Costs, and Competition," *Brookings Papers on Economic Activity*, 3, 1987. Also in special issue of *Microeconomics*, M.N. Baily and C. Winston (eds.), 1988, pp. 883-947.

"The Wage- Productivitiy Hypothesis: Its Economic Consequences and Policy Implications," in *Modern Developments in Public Finance*, Michael J. Boskin ed., Basil Blackwell 1987, pp. 130-165.

"Wage Rigidity, Implicit Contracts, Unemployment and Economic Efficiency," with D. Newbery, *Economic Journal*, 97(386), June 1987, pp. 416-430.

## 1988

"The Basic Analytics of Moral Hazard," R. Arnott, *Scandinavian Journal of Economics*, 90(3), 1988, pp. 383-413. Also NBER Working Paper 2484.

"Comments on Symposium on Monetary Theory," with A. Stockman and M. Woodford, in *Symposium on Monetary Theory* (Proceedings of Taipei), Institute of Economics, Acadamia Sinica, 1988, pp. 299-336.

"Committees, Hierarchies and Polyarchies," with R. Sah, *The Economic Journal*, 98(391), June 1988, pp. 451-470.

"Computerized Tax Collecting," Chapter 20 in *Tax Policy in the Twenty-First Century*, Herbert Stein (ed.), John Wiley and Sons, 1988, pp. 278-288. (Originally presented at the Conference on Tax Policy in the Twenty First Century, Washington DC, 1987, as "Technical Change and Taxation.")

"Economic Organization, Information, and Development," in *Handbook of Development Economics*, H. Chenery and T.N. Srinivasan (eds.), Elsevier Science Publishers, 1988, pp. 185-201.

"Examining Alternative Macroeconomic Theories," with B. Greenwald, *Brookings Papers on Economic Activity*, 1, 1988, pp. 207-270. Subsequently reprinted in *Recent Developments in Macroeconomics*, Edmund Phelps (ed.), Edward Elgar, 1991, pp. 335-388.

"Financial Intermediaries and the Allocation of Capital," published as "Ruolo dei Fondi de Capitalizzazione Nello Szilluppo dell'Economia di un Paese Industrializzato," *Assicurazioni*, Luglio-Agosto 1988, pp. 1-16. (Originally delivered to Academia de Lincei, May 29, 1988, Rome.)

"Imperfect Information, Finance Constraints and Business Fluctuations," with B. Greenwald, in *Finance Constraints, Expectations, and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp. 103-140.

"Implicit Contracts, Labor Mobility and Unemployment," with R. Arnott and A. Hosios, *American Economic Review*, 78(5), December 1988, pp. 1046-1066. Also NBER Working Paper 2316.

"Information, Finance Constraints and Business Fluctuations," with B. Greenwald, *Symposium on Monetary Theory* (Proceedings of Taipei), Institute of Economics, Academia Sinica, 1988, pp. 299-336.

"Learning by Doing, Market Structure, and Industrial and Trade Policies," with P. Dasgupta, *Oxford Economic Papers*, 40(2), 1988, pp. 246-268.

"Money, Credit, and Business Fluctuations," *Economic Record*, 64(187), December 1988, pp. 62-72. Reprinted as "Dinero, Crédito y Fluctuaciones Economicas," *Revista de Economia*, Banco Central del Uruguay, 3(3), April 1989. Also NBER Working Paper No. 2823 and Reprint No. 1390.

"Money, Imperfect Information and Economic Fluctuations," with B. Greenwald, in *Finance Constraints, Expectations and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp.141-165. Also NBER Working Paper 2188.

"On the Market for Principles of Economics Textbooks: Innovation and Product Differentiation," *Journal of Economic Education*, 19(2), Spring 1988, pp. 171-177.

"On the Relevance or Irrelevance of Public Financial Policy," in *The Economics of Public Debt*, Proceedings of the 1986 International Economics Association Meeting, London: Macmillan Press, 1988, pp. 4-76.

"Pareto Inefficiency of Market Economies: Search and Efficiency Wage Models," with B. Greenwald, *American Economic Review*, 78(2), May 1988, pp. 351-355.

"Potential Competition, Actual Competition and Economic Welfare," with P. Dasgupta, *European Economic Review*, 32, May 1988, pp. 569-577. Also Princeton University Discussion Paper 8, August 1987.

"Qualitative Properties of Profit-Maximizing K-out-of-N Systems Subject to Two Kinds of Failure," with R. Sah, *IEEE Transactions on Reliability*, 37(5), December 1988, pp. 515-520.

"Randomization with Asymmetric Information," with R. Arnott, *Rand Journal of Economics*, 19(3), Autumn 1988, pp. 344-362. Also NBER Working Paper 2507.

"Taxation, Information, and Economic Organization," with M. Wolfson, *Journal of the American Taxation Association*, 9(2), Spring 1988, pp. 7-18. Paper presented for delivery to the American Accounting Association, August 1987.

"Technological Change, Sunk Costs and Competition," *Brookings Papers on Economic Activity*, 1988, pp. 883-947.

"The Wage-Productivity Hypothesis: Its Economic Consequences and Policy Implications," in *Modern Developments in Public Finance*, M.J. Boskin (ed.), Basil Blackwell, 1988, pp. 130-165. (Paper presented to the American Economic Association, December 1982.)

"Vertical Restraints and Producers' Competition," with P. Rey, *European Economic Review*, 32, March 1988, pp. 561-568. Also NBER Working Paper 2601 and Princeton University Discussion Paper 13.

"Why Financial Structure Matters," *Journal of Economic Perspectives*, 2(4), 1988, pp. 121-126.

## 1989

"Congestion Pricing to Improve Air Travel Safety," with R. Arnott, in *Transportation Safety in an Age of Deregulation*, L.N. Moses and I. Savage (eds.), Oxford University Press, 1989, pp. 167-185. Also in Princeton University Discussion Paper 27, "Two Essays on Travel Safety," with "The Economics of Transportation Safety and Deregulation."

"Credit Rationing, Tenancy, Productivity and the Dynamics of Inequality," with A. Braverman, in P. Bardhan (ed.), *The Economic Theory of Agrarian Institutions*, Oxford: Clarendon Press, 1989, pp. 185-201. Previously World Bank Policy Research Working Paper 176, May 1989; also Princeton University Discussion Paper 23, 1988.

"Financial Markets and Development," *Oxford Review of Economic Policy*, 5(4), 1989, pp. 55-68.

"Impact of the Changing Tax Environment on Investments and Productivity," with B. Greenwald, *The Journal of Accounting, Auditing and Finance*, 4(3), Summer 1989, pp. 281-301. (Revised version of paper prepared for a conference on "Tax Policy in a Complex and Dynamic Economic Environment: Challenges and Opportunities," New York University, December 1988.)

"Imperfect Information in the Product Market," in *Handbook of Industrial Organization*, 1, Elsevier Science Publishers, 1989, pp. 769-847.

"Incentives, Information and Organizational Design," *Empirica*, 16(1), January 1989, pp. 3-29. Also NBER Working Paper 2979. (NOG Lecture, Austrian Economic Association, September 1988.)

"The Informational Content of Initial Public Offerings," with I. Gale, *Journal of Finance*, 44(2), June 1989, pp. 469-478. Also NBER Working Paper 3259.

"Markets, Market Failures and Development," *American Economic Review*, 79(2), May 1989, pp. 197-203. Subsequently published in *Boletin de Informacion Comercial Espanola*, Madrid.

"Monopolistic Competition and the Capital Market," in *The Economics of Imperfect Competition and Employment - Joan Robinson and Beyond*, G. Feiwel (ed.), New York: New York University Press, 1989, pp. 485-507; also published in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.49-67.

"Mutual Funds, Capital Structure, and Economic Efficiency," in *Theory of Valuation - Frontiers of Modern Financial Theory*, 1, S. Bhattacharya and G. Constantinides (eds.), Totowa, NJ: Rowman and Littlefield, 1989, pp. 342-356.

"Notes on Stochastic Capital Theory," with W. Brock and M. Rothschild, in *Joan Robinson and Modern Economic Theory (Vol 1)*, G. Feiwel (ed.), Macmillan Press, 1989, pp. 591-622. Also NBER Technical Working Paper 23, May 1982 and Social Systems Research Institute Reprint Series 373. (Revised version presented at Conference in Honor of Karl Borch, Bergen, Norway, April 1989.)

"On the Economic Role of the State," in *The Economic Role of the State*, A. Heertje, ed. (Bank Insinger de Beaufort NV) 1989. Reprinted as "O Ekonomskoj Ulozi Države," in *Izazovi: Modernoj Upravi I Upravljanju*, Belgrade: Timit, 1995, p. 451-207.

"Principal and Agent," in *The New Palgrave: Allocation, Information and Markets*, J. Eatwell, et al. (eds.), MacMillan Press, London, 1989, pp. 241-253. Also Princeton University Discussion Paper 18.

"Rational Peasants, Efficient Institutions and the Theory of Rural Organization: Methodological Remarks for Development Economics," in *The Economic Theory of Agrarian Institutions*, P. Bardhan (ed.), Oxford: Clarendon Press, 1989, pp. 18-29.

"Reflections on the State of Economics: 1988," *Economic Record*, March 1989, pp. 66-72. (Presented at Australian Economic Meetings, Canberra, August 1988.)

"Sources of Technological Divergence between Developed and Less Developed Countries," with R. Sah, in *Debt, Stabilizations and Development: Essays in Memory of Carlos Diaz-Alejandro*, G. Calvo, et al. (eds.), Basil Blackwell, 1989, pp. 423-46. Also Princeton University Discussion Paper 22.

"Stochastic Capital Theory," with William A. Brock and Michael Rothschild, *Joan Robinson and Modern Economic Theory,* George R. Feiwel (ed.), Macmillan Press, 1989, p.5911-622.

"Technological Learning, Social Learning and Technological Change," with R. Sah, in *The Balance between Industry and Agriculture in Economic Development*, S. Chakravarty (ed.), MacMillan Press/IEA, 1989, pp. 285-298. Also Yale University Economic Growth Center Paper 433.

"Toward a Theory of Rigidities," with B. Greenwald, *American Economic Review,* 79(2), May 1989, pp. 364-69. Also NBER Working Paper 2938.

"Using Tax Policy to Curb Speculative Short-Term Trading," *Journal of Financial Services Research*, 3(2/3), December 1989, pp. 101-115.

**1990**

"Asymmetric Information and the New Theory of the Firm: Financial Constraints and Risk Behavior," with B. Greenwald, *American Economic Review*, 80(2), May 1990, pp. 160-65. Also NBER Working Paper No. 3359.

"Banks as Social Accountants and Screening Devices for the Allocation of Credit," with A. Weiss, *Greek Economic Review,* 12, Supplement, Autumn 1990, pp. 85-118. Reprinted in *Financial Intermediaries*, Mervin K. Lewis (ed.), Aldershot, UK: Elgar, 1995, pp. 297-330. Also NBER Working Paper 2710, September 1988.

"Credit Rationing," with D. Jaffee, in *Handbook of Monetary Economics*, B. Friedman and F. Hahn (eds.), Amsterdam: Elsevier Science Publishers, 1990, pp. 837-888.

"Financial Market Imperfections and Productivity Growth," with B. Greenwald and M. Kohn, *Journal of Economic Behavior and Organization,* 13(3), June 1990, pp. 321-345. Also NBER Working Paper 2945.

"Imperfect Information and Rural Credit Markets: Puzzles and Policy Perspectives," with K. Hoff, *World Bank Economic Review*, 4(3), September 1990, pp. 235-250. Subsequently revised and reprinted in *The Economics of Rural Organization: Theory, Practice, and Policy*, K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-52.

"Macroeconomic Models with Equity and Credit Rationing," with B. Greenwald, in *Asymmetric Information, Corporate Finance, and Investment,* R. B. Hubbard (ed.), University of Chicago Press, 1990, pp. 15-42.

"Pareto Efficient Tax Structures," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Oxford Economic Papers*, 42, 1990, pp. 61-77. Subsequently reprinted in *Taxation, Private Information and Capital*, P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford: Clarendon Press, 1991, pp. 61-77.

"Peer Monitoring and Credit Markets," *World Bank Economic Review*, 4(3), September 1990, pp. 351-366. Also in *The Economics of Rural Organization: Theory, Practice, and Policy*, World Bank, 1993, pp. 70-86.

"Remarks on the Occasion of the Presentation of the UAP Prize," in *Journées Scientifiques & Prix UAP, 1988, 1989, 1990*, 2, Conseil Scientifique de l'UAP (ed.), December 1990, pp. 23-32.

"Some Retrospective Views on Growth Theory, presented on the occasion of the Celebration of Robert Solow's 65th Birthday," in *Growth/Productivity/Unemployment,* P. Diamond (ed.), Cambridge, MA: MIT Press, 1990, pp. 50-68.

"Symposium on Bubbles," *Journal of Economic Perspectives,* 4(2), Spring 1990, pp. 13-18.

"The Welfare Economics of Moral Hazard," with R. Arnott, in *Risk, Information and Insurance: Essays in the Memory of Karl H. Borch*, H. Louberge (ed.), Norwell: Kluwer Academic Publishers, 1990, pp. 91-122. Also NBER Working Paper 3316.

**1991**

"Another Century of Economic Science," *Economic Journal* Anniversary Issue, 101(404), January 1991, pp. 134-141. Also published in *The Future of Economics*, J.D. Hey (ed.), Blackwell Publishers, 1992.

"Comments on David Bradford, 'Market Value vs. Accounting Measures of National Saving'," in *National Saving and Economic Performance*, B.D. Bernheim and J.B. Shoven (eds.), University of Chicago Press, 1991, pp. 15-48. (Presented at NBER Conference on Savings, Maui, Hawaii, January 1989.)

"Development Strategies: The Roles of the State and the Private Sector," in *Proceedings of the World Bank's Annual Conference on Development Economics 1990,* 1991, pp. 430-35.

"Dynamic Optimal Income Taxation With Government Commitment," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Journal of Public Economics*, 44, 1991, pp. 15-35. Also NBER Working Paper 3965.

"The Economic Role of the State: Efficiency and Effectiveness," in *Efficiency and Effectiveness in the Public Domain. The Economic Role of the State*, T.P. Hardiman and M. Mulreany (eds.), Dublin: Institute of Public Administration, 1991, pp. 37-59.

"Equilibrium Unemployment as a Worker-Discipline Device," with Carl Shapiro, *New Keynesian Economics: Volumbe 2: Coordination Failures and Real Rigidities,* N. Gregory Mankiw and David Romer (eds.), The MIT Press, 1991, 123-142.

"Foreword," in *Informal Credit Markets and the Institution of Economics,* S. Claro and P. Yotopoulos (eds.), Westview Press, 1991.

"Implicit Contracts and Fixed-Price Equilibria," with Costas Azariadis, *New Keynesian Economics: Volumbe 2: Coordination Failures and Real Rigidities,* N. Gregory Mankiw and David Romer (eds.), The MIT Press, 1991, 187-209.

"Introduction to Symposium on Organizations and Economics," *Journal of Economic Perspectives*, 5(2), Spring 1991, pp. 15-24

"The Invisible Hand and Modern Welfare Economics," in *Information Strategy and Public Policy*, D. Vines and A. Stevenson (eds.), Oxford: Basil Blackwell, 1991, pp. 12-50. Also NBER Working Paper 3641. (Stevenson Lecture given at Glasgow University, December 1988.)

"Moral Hazard and Non-Market Institutions: Dysfunctional Crowding Out or Peer Monitoring," with R. Arnott, *American Economic Review*, 81(1), March 1991, pp. 179-190.

"Pareto Efficient Tax Structures," with Dagobert L. Brito, Jonathan H. Hamilton and Steven M. Slutsky, *Taxation Private Information and Capital,* P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford University Press, 1991, pp. 61-77.

"The Quality of Managers in Centralized Versus Decentralized Organizations," with R. Sah, *Quarterly Journal of Economics*, 106(1), February 1991, pp. 289-25. Also Yale University Economic Growth center Discussion Paper 624, April 1990.

"Some Theoretical Aspects of the Privatization: Applications to Eastern Europe," *Revista di Politica Economica*, December 1991, pp. 179-204. IPR-USAID Working Paper, September 1991. Also in *Privatization Processes in Eastern Europe.* M. Baldassarri, L. Paganetto, and E.S. Phelps (eds.), New York: St Martin's Press, 1993.

"Symposium on Organizations and Economics," *Journal of Economic Perspective,* 5(2), Spring 1991, pp. 15-24.

"Toward a Reformulation of Monetary Theory: Competitive Banking," with B. Greenwald, *Economic and Social Review* 23(1), October 1991, pp. 1-34. Also NBER Working Paper 4117. (Paper prepared for the Irish Economic Association Annual Conference, Dublin, May 1991, and Caffee Lectures presented to the University of Rome and the Bank of Italy, Rome, April 1991.)

**1992**

"Alternative Tactics and Strategies for Economic Development," in *New Directions in Development Economics*, K. Jameson, and A. Dutt (eds.), Edward Elgar, 1992, pp. 57-80. (AT&T Lecture presented at Notre Dame, April 1990.)

"Asymmetric Information in Credit Markets and Its Implications for Macroeconomics," with A. Weiss, *Oxford Economic Papers,* 44(4), October 1992, pp. 694-724.

"Banks versus Markets as Mechanisms for Allocating and Coordinating Investment," in *The Economics of Cooperation: East Asian Development and the Case for Pro-Market Intervention*, J.A. Roumasset and S. Barr (eds.), Westview Press, Boulder, 1992, pp. 15-38. (Presented at Investment Coordination in the Pacific Century: Lessons from Theory and Practice Conference, given at the University of Hawaii, January 1990.)

"Capital Markets and Economic Fluctuations in Capitalist Economies," *European Economic Review*, 36, North-Holland, 1992, pp. 269-306. (Marshall Lecture prepared for the European Economic Association Annual Meeting, Cambridge, UK, August 1991.)

"Contract Theory and Macroeconomic Fluctuations," in *Contract Economics,* L. Werin and H. Wijkander (eds.), Basil Blackwell, 1992, pp. 292-322.

"The Design of Financial Systems for the Newly Emerging Democracies of Eastern Europe," in *The Emergence of Market Economies in Eastern Europe*, C. Clague and G.C. Rausser (eds.), Cambridge: Basil Blackwell, 1992, pp. 161-184. Also Institute for Policy Reform Working Paper IPR21, 1991.

"Explaining Growth: Competition and Finance," *Rivista di Politica Economica (Italy),* 82(169), November 1992, p. 225. (Paper prepared for the Villa Mondragone International Economic Seminar, Rome, June 1992.)

"Futures Markets and Risk Reduction," with D.M.G. Newbery, in *The Theory of Futures Markets,* P. Weller (ed.), Oxford: Basil Blackwell, 1992, pp. 36-55.

"Information, Finance and Markets: The Architecture of Allocative Mechanisms," with B. Greenwald, *Industrial and Corporate Change,* 1(1), 1992, pp. 37-63. Also in *Finance and the Enterprise,* V. Zamagni (ed.), Academic Press, 1992, pp. 11-36.

"Introduction: S&L Bailout," in *The Reform of Federal Deposit Insurance: Disciplining the Government and Protecting Taxpayers,* J. Barth and R. Brumbaugh, Jr. (eds.), Harper Collins Publishers, 1992, pp. 1-12.

"The Meanings of Competition in Economic Analysis," *Rivista internazionale de scienze sociali,* 2, April-June 1992, pp. 191-212.

"Methodological Issues and the New Keynesian Economics," *Macroeconomics: A Suvey of Research Strategies*, A. Vercelli and N. Dimitri (eds.), Oxford University Press, 1992, pp. 38-86. Also NBER Working Paper No. 3580 and Reprint No. 1801.

"Prices and Queues as Screening Devices in Competitive Markets," in *Economic Analysis of Markets and Games: Essays in Honor of Frank Hahn*, D. Gale and O. Hart (eds.), Cambridge: MIT Press, 1992, pp. 128-166. Also IMSSS Technical Report No. 212, Stanford University, August 1976.

"Stochastic and Deterministic Fluctuations in a Non-Linear Model with Equity Rationing," with M. Gallegati, *Giornale Degli Economisti e Annali di Economia (Italy),* 60, January-April 1992, pp. 97-108.

**1993**

"Capital market imperfections and regional economic development," with Bruce C. Greenwald and Alec Levinson, *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 65-93.

"Comments on 'Toward a Counter-Counter-Revolution in Development Theory'," in *Proceedings of the World Bank's Annual Conference on Development Economics 1992,* Washington, D.C.: World Bank, 1993, pp. 39-49.

"Consequences of Limited Risk Markets and Imperfect Information for the Design of Taxes and Transfers: An Overview," in *The Economics of Rural Organization: Theory, Practice, and Policy,* K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-49.

"Financial Market Imperfections and Business Cycles," with B. Greenwald, *Quarterly Journal of Economics,* 108(1), February 1993, pp. 77-114. Also NBER Working Paper 2494. (Paper prepared for the Far-Eastern Meeting of the Econometric Society, Seoul, June 1991.)

"Incentives, Organizational Structures, and Contractual Choice in the Reform of Socialist Agriculture," in *The Agricultural Transition in Central and Eastern Europe and the Former U.S.S.R.,* A. Braverman, K. Brooks, and C. Csaki (eds.), World Bank, 1993, pp. 27-46. (Presented at the World Bank conference "Agricultural Reform in Eastern Europe and the USSR," Budapest, August 1990.)

"Information," *The Fortune Encyclopedia of Economics,* David R. Henderson (ed.), Warner Books, 1993, pp. 16-21.

"International Perspectives in Undergraduate Education," *American Economic Review,* 83(2), May 1993, pp. 27-33.

"Market Socialism and Neoclassical Economics," in *Market Socialism: The Current Debate,* P. Bardhan and J. Roemer (eds.), New York: Oxford University Press, 1993, pp. 21-41.

"Measures for Enhancing the Flow of Private Capital to the Less Developed Countries," *Development Issues,* Development Committee, World Bank, 1993, pp. 201-211.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review,* 83(1), March 1993, pp. 301-304

"New and Old Keynesians," with B. Greenwald, *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 23-44, also in *A Macreconomic Reader,* Brian Snowdon and Howard R. Vane (eds.), Routledge, 1997, pp.552-574.

"Overview," *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 343-353.

"Perspectives on the Role of Government Risk-Bearing within the Financial Sector," in *Government Risk-bearing,* M. Sniderman (ed.), Norwell, MA: Kluwer Academic Publishers, 1993, pp. 109-130. (Paper prepared for Conference on Government Risk Bearing, Federal Reserve Bank of Cleveland, May 1991.)

"Post Walrasian and Post Marxian Economics," *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 109-114.

"The Role of the State in Financial Markets," *Proceeding of the World Bank Conference on Development Economics 1993,* Washington, D.C.: World Bank, pp. 41-46. Also Institute for Policy Reform Working Paper IPR 56, 1992.


## 1994

"Economic Growth Revisited," *Industrial and Corporate Change,* 3(1), pp. 65-110, 1994.

"Endogenous Growth and Cycles," in *Innovation in Technology, Industries, and Institutions,* Y. Shionoya and M. Perlman (eds.), The University of Michigan Press, 1994, pp. 121-56. Also NBER Working Paper 4286.

"Information and Economic Efficiency," with R. Arnott and B. Greenwald, *Information Economics and Policy,* 6(1), March 1994, pp. 77-88. Also NBER Working Paper 4533. (Paper prepared for the New Orleans Meeting of the American Economic Association, 1992.)

"Reflections on Economics and on Being and Becoming an Economist," in *The Makers of Modern Economics, Vol. II,* Arnold Heertje (ed.), Harvester Wheatsheaf (Simon & Schuster International Group), May 1994, pp. 140-183.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods/ Replantejament del paper de l'estat a l'economia: els béns privats subministrats públicament," *Anàlisi Econòmica de la Sanitat: Celección els Llibres Dels Fulls Econòmics,* 10, Generalitat de Catalunya Departament de Sanitat I Seguretat Social, Barcelona: Fulls Econòmics del Sistema Sanitari,pp. 19-47. (Paper originally delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.)

"Sorting Out the Differences Between Screening and Signaling Models," with A. Weiss, in M.O.L. Bacharach, M.A.H. Dempster and J.L. Enos (eds.), *Mathematical Models in Economics,* Oxford: Oxford University Press, 1994. Previously NBER Technical Working Paper 93, November 1990.

## 1995

"Discouraging Rivals: Managerial Rent-Seeking and Economic Inefficiencies," with A. Edlin, *American Economic Review,* 85(5), December 1995, pp. 1301-1312. Also NBER Working Paper 4145, 1992. Later published in *40 Years of Research on Rent Seeking 2,* R. Congelton, A. Hillman, and K. Konrad, eds., Berlin: Springer, pp. 609-620

"Interest Rate Puzzles, Competitive Theory and Capital Constraints," in *Economics in a Changing World,* IEA Conference Volume, Economic Growth and Capital and Labour markets, 111(5), Jean-Paul Fitoussi (ed.), New York: St. Martin's Press, 1995, pp. 145-175. (Prepared for the International Economics Association Meetings, Moscow, August 1992.)

"Labor Market Adjustments and the Persistence of Unemployment," with B. Greenwald, *American Economic Review,* 85(2), May 1995, pp. 219-225.

"Randomization in Optimal Income Tax Schedules," with D. Brito, J. Hamilton, and S. Slutsky, *Journal of Public Economics,* 56(189), February 1995, pp. 189-223. Also NBER Working Paper No. 3289

"The Role of Exclusive Territories in Producers' Competition," with P. Rey, *Rand Journal of Economics,* 26(3), Autumn 1995, pp. 431-51. Previously NBER Working Paper: 4618, January 1994.

"Setting Budget Priorities," *Vital Speeches of the Day,* 6(4), December 1, 1995, pp. 121-124.

"Social Absorption Capability and Innovation," in *Social Capability and Long-Term Economic Growth,* Bon Ho Koo and D.H. Perkins (eds.), New York: St. Martin's Press, 1995, pp. 48-81.

## 1996

"Deposit Mobilisation Through Financial Restraint," with T. Hellmann and K. Murdock, in *Financial Development and Economic Growth,* N. Hermes and R. Lensink (eds.), Routledge, 1996, pp. 219-246. Also in *Banking and Financial Institutions,* 3(5B), February 7, 1996; and Stanford Graduate School of Business Research Paper 1354, July 1995.

"Financial Markets, Public Policy, and the East Asian Miracle," with M. Uy, *World Bank Research Observer,* 11(2), August 1996, pp. 249-276.

"Institutional Innovations and the Role of Local Government in Transition Economies: The Case of Guangdong Province of China," with Yingyi Qian, in *Reforming Asian Socialism: The Growth of Market Institutions,* John McMillan and Barry Naughton (eds.), Ann Arbor, MI: The University of Michigan Press, 1996, pp. 175-193.

"International Economic Justice and National Responsibility: Strategies for Economic Development in the Post Cold War World," *Oxford Development Studies,* 24(2), June 1996, pp. 101-109.

"Introduction: Scope of the Assessment," with J. Goldemberg, et al. as Chapter 1, and "Intertemporal Equity, Discounting, and Economic Efficiency," with K. Arrow, et al. as Chapter 4 in *Climate Change 1995: Economic and Social Dimensions of Climate Change,* J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 21-51 and pp. 125-144. The latter also Chapter 1 in *Global Climate Change: Economic and Policy Issues,* M. Munasinghe (ed.), World Bank Environment Paper 12, Washington, D.C. 1995, pp. 1-32.

"Some Lessons from the East Asian Miracle," *World Bank Research Observer*, 11(2), August 1996, pp. 151-177. Reprinted as "Algunas ensenanzas del milagro del Este Asiatico (with English summary)," *Desarrollo Economico*, 37(147), Oct.-Dec. 1997, pages 323-349.

**1997**

"Competition and Insurance Twenty Years Later," with Michael Rothschild, *Geneva Papers on Risk and Insurance Theory*, 22(2), December 1997, pages 73-79.

"Defending the Clinton Administration," interview with *Challenge*, 40(3), May/ June 1997, pp. 22-34.

"Dumping on Free Trade: The U.S. Import Trade Laws," *Southern Economic Journal*, 64(2), 1997, pp. 402-424. Also in *Trips, The Uruguay Round and Third World Interests,* Sir Hans Singer, Neelambar Hatti and Rameshwar Tandon (eds.), B.R. Publishing Corportation, 1999, pp. 711-748.

"Financial Restraint: Toward a New Paradigm," with T. Hellmann and K. Murdock, in *The Role of Government in East Asian Economic Development*, M. Aoki, H. Kim, and M. Okuna-Fujiwara (eds.), Oxford: Clarendon Press, 1997, pp. 163-207.

"A Framework for a Development Strategy in a Market Economy," with Nicholas Stern, in *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 253-295. Also European Bank for Reconstruction and Development Working Paper 20, April 1997.

"Looking out for the National Interest: the Principles of the Council of Economic Advisers," *American Economic Review,* 87(2), May 1997, pp. 109-113. (Speech to American Economic Association. New Orleans. January 5, 1996.)

"Moneylenders and Bankers: Price-increasing Subsidies in a Monopolistically Competitive Market," with Karla Hoff, *Journal of Development Economics* 52, 1997, pp. 429-462. Corrected for printing errors in "Moneylenders and Bankers: Price-Increasing Subsidies with Monopolistic Competition," *Journal of Development Economics*, 55, 1998, pp. 485-518. Previously "Theory of Imperfect Competition in Rural Credit Markets," Institute for Policy Reform Working Paper IPR 49, 1992; and "Moneylenders and Bankers: Fragmented Credit Markets with Monopolistic Competition," Working Paper 93-10, University of Maryland, Department of Economics, 1993.

"New and old Keynesians," with Bruce Greenwald, *A Macroeconomic Reader,* Brian Snowdon and Howard R. Vane (eds.), Routledge, 1997, 552-574. Also in *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 23-44.

"Reflections on the Natural Rate Hypothesis," *Journal of Economic Perspectives,* 11(1), Winter 1997, pp. 3-10.

"Reply: Georgescu-Roegen versus Solow/Stiglitz," *Ecological Economics*, Elsevier Science, 1997, pp. 269-270.

"The Role of Government in Economic Development (Keynote Address)," in *Annual World Bank Conference on Development Economics 1996*, M. Bruno and B. Pleskovic (eds.), World Bank, 1997, pp. 11-23.

"The Role of Government in the Economies of Developing Countries," in *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 61-109.

"The State and Development: Some New Thinking," in *Report: International Roundtable: "The Capable*

*State,*" World Bank and German Foundation for International Development. Berlin, October 8. (Transcript available at <http://www.worldbank.org/html/extdr/extme/jssp100897.htm>)

## 1998

"An Agenda for Development in the Twenty-First Century," in *Annual World Bank Conference on Development Economics 1997*, J.E. Stiglitz and B. Pleskovic (eds.), World Bank, 1998, pp. 17-31.

"Building Robust Financial Systems," in *Central Bank of Barbados Economic Review*, 25(1), June 1998, pp. 49-56.

"Central Banking in a Democratic Society," *De Economist* (Netherlands), 146(2), 1998, pp. 199-226. (Originally presented as 1997 Tinbergen Lecture, Amsterdam, October).

"Development Based on Participation – A Strategy for Transforming Societies," *Transition*, 9(6), World Bank and Davidson Institute, December 1998, pp. 1-3.

"Economic Crises: Evidence and Insights from East Asia," with Jason Furman, *Brookings Papers on Economic Activity*, 1998(2), pp. 1-114. (Presented at Brookings Panel on Economic Activity, Washington, September 3, 1998.)

"Evaluation as an incentive instrument," *Evaluation & Development: The Institutional Dimension, R*obert Picciotto and Eduardo Wiesner (eds.), Transaction Publishers, 1998, pp. 287-290.

"Financial Restraint and the Market Enhancing View," with T. Hellmann and K. Murdock, in *The Institutional Foundations of East Asian Economic Development*, Y. Hayami and M. Aoki (eds.), London: MacMillan, 1998, pp. 255-284.

"Foreward," in *Assessing Aid: What Works, What Doesn't, and Why*, World Bank Policy Research Report, New York: Oxford University Press, 1998, pp. ix-x.

"IFIs and the Provision of International Public Goods," in *Cahiers Papers*, 3(2), European Investment Bank, 1998, pp. 116-134.

"Inequality and Growth: Implications for Public Finance and Lessons from Experience in the US," in *Beyond Tradeoffs: Market Reform and Equitable Growth in Latin America*," N. Birdsall, C. Graham, R.H. Sabot (ed.), Inter-American Development Bank, 1998, pp. 305-319.

"International Development: Is it Possible?," with Lyn Squire, in *Foreign Policy*, 110, Spring 1998, pp. 138-151.

"Introduction," with Boris Pleskovic, in *Annual World Bank Conference on Development Economics 1997*, Pleskovic and Stiglitz (eds.), World Bank, Washington, D.C., 1998, pp. 1-7.

"The Private Uses of Public Interests: Incentives and Institutions," in *Journal of Economic Perspectives,* 12(2), Spring 1998, pp. 3-22. (Originally presented at a Society of Government Economists conference in Chicago, Distinguished Lecture on Economics in Government, January 4, 1998.)

"The Role of Government in the Contemporary World," in *Income Distribution and High-Quality Growth*, Vito Tanzi and Ke-young Chu (eds.), Cambridge, MA: MIT Press, pp. 21-53. Also Background Paper No. 5 of the 3rd Meeting High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10.

"Road to Recovery: Restoring Growth in the Region Could Be a Long and Difficult Process," *Asiaweek* 24(8), July 17, 1998, pp. 66-67.

"Towards a New Paradigm for Development: Strategies, Policies and Processes," 9th Raul Prebisch Lecture delivered at the Palais des Nations, Geneva, October 19, 1998, UNCTAD. Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 57-93.

## 1999

"Aid Effectiveness and Development Partnership," in *Donor Coordination and the Effectiveness of Development Assistance*, UNU Public Lectures, November 1999, pp. 17-30.

"Beggar-Thyself vs. Beggar-Thy-Neighbor Policies: The Dangers of Intellectual Incoherence in Addressing the Global Financial Crisis," *Southern Economic Journal*, 66(1), July 1999, pp. 1-38. (Paper presented to the Annual Meetings of the Southern Economics Association, Baltimore, November 8, 1998.)

"Dumping on Free Trade:  The U.S. Import Trade Laws," in *New World Order Series*, 15(part II), *Sir Hans Singer, Neelambar Hatti, and Rameshwar Tandon*(eds.), B.R. Publishing Corporation, 1999, pp.711-748.

"Economia y gobierno: los usos privados de los intereses publicos, incentivos e instituciones," *Planeacion & Desarrollo,* vol.XXX, No. 1, enero – marzo 1999, pp. 127-156.

"Economic Consequences of Income Inequality," with Jason Furman, in *Symposium Proceedings – Income Inequality: Issues and Policy Options*, Jackson Hole, Wyoming: Federal Reserve Bank of Kansas City, 1998, pp. 221-263.

"Foreword," in *The Economics of Saving & Growth: Theory, Evidence, and Implications for Policy, Klaus Schmidt-Hebbel and Luis Servén* (eds.), Cambridge University Press, 1999.

"The Future of the International Financial Architecture," *World Economic Affairs*, 2(3), Winter 1999, pp. 35-38.

"Interest Rates, Risk, and Imperfect Markets: Puzzles and Policies," *Oxford Review of Economic Policy* 15(2), 1999, pp. 59-76.

"Introduction," *Economic Notes*, 28(3), November 1999, pp. 249-254.

"Introduction," with Boris Pleskovic, in *Annual World Bank Conference on Development Economics 1998,* Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 1999, pp. 1-8.

"Knowledge as a Global Public Good," in *Global Public Goods: International Cooperation in the 21st Century,* Inge Kaul, Isabelle Grunberg, Marc A. Stern (eds.), United Nations Development Programme, New York: Oxford University Press, 1999, pp. 308-325. Also published in *International Intellectual Property in an Integrated World Economy,* F. Abbot, T. Cottier, and F. Gurry, eds., Aspen Publishers, 2007.

"Knowledge for Development: Economic Science, Economic Policy, and Economic Advice," in *Annual World Bank Conference on Development Economics*, B. Pleskovic and J. Stiglitz (eds.), Washington: World Bank, 1998, pp. 9-58.

"Lessons from East Asia," *Journal of Policy Modeling*, 21(3), May 1999, pp. 311-330. (Paper presented at the American Economic Association Annual Meetings, New York, January 4, 1999.)

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," in *Development Issues in the 21st Century*, G. Kochendorfer-Lucius and B. Pleskovic (eds.), Berlin: German Foundation for International Development, 1999, pp. 11-39. Also Chapter 1 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 17-56. (Originally presented as the 1998 WIDER Annual Lecture, Helsinki, January 1998; also keynote address at Villa Borsig Winter Workshop, February 1998.)

"Must Financial Crises Be This Frequent and This Painful?" *Policy Options* (Canada), 20(5), June, pp. 23-32. (Paper originally given on September 23, 1998 as University of Pittsburgh McKay Lecture).

"New Perspectives on the Role of the State," in *Akademische Reden und Kolloquien* (Academic Lectures and Colloquia), 18, University of Erlangen-Nuernberg, 1999. (Paper initially presented as Recktenwald Prize Acceptance Speech, February 3, 1998)

"The Procyclical Role of Rating Agencies: Evidence from the East Asian Crisis," with G. Ferri and L.-G. Liu, *Economic Notes*, 28(3), 1999, pp. 335-355.

"Public-Private Technology Partnerships: Promises and Pitfalls," with Scott J. Wallsten, *American Behavioral Scientist*, 43(1), September 1999, pp. 52-74. Also published in *Public-Private Policy Partnerships*, P. Rosenau (ed.), Cambridge, MA: MIT Press, 2000, pp. 37-59.

"The Reasons Behind the Crash," *Etruria Oggi*, 17(50), June 1999, pp. 28-31.

 "Reforming the Global Economic Architecture: Lessons from Recent Crises." *The Journal of Finance* 54 (4), August 1999, pp. 1508-1521.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," *The Manchester School*, 67(5), Special Issue 1999, pp. 409-427. (Paper presented to North-South Institute, Ottawa, Canada, September 29, 1998.)

"The Role of Participation in Development," *Development Outreach*, 1(1), Summer 1999, pp. 10-13. (Excerpted from presentation delivered at the Conference on Democracy, Market Economy and Development in Seoul, South Korea, February 1999.)

 "Taxation, Public Policy and The Dynamics of Unemployment," *International Tax and Public Finance*, 6, pp. 239-262. (Paper presented to the Institute of International Finance, Cordoba, Argentina, August 24, 1998.)

"Toward a General Theory of Wage and Price Rigidities and Economic Fluctuations," *American Economic Review*, 89(2), May 1999, pp. 75-80. Reprinted in *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 31-40.

"Trade and the Developing World: A New Agenda," *Current History*, 98(631), November 1999, pp. 387-393.

"The World Bank and the Overseas Economic Cooperation Fund in the New Millennium," *Journal of Development Assistance*, 5(1), pp. 11-17.

"The World Bank at the Millennium," *Economic Journal*, 109(454), pp. F577-F597.

"The WTO Millennium Round," *Social Development Review*, 3(4), December 1999, pp. 6-9.

## 2000

"Addressing Developing Country Priorities and Needs in the Millennium Round," in *Seattle, the WTO, and the Future of the Multilateral Trading System*, R. Porter and P. Sauvé, eds., Cambridge: Harvard University Press, 2000, pp. 31-60

"Capital Market Liberalization, Economic Growth, and Instability," in *World Development*, 28(6), 2000, pp. 1075-1086.

"Chinese Reforms from a Comparative Perspective," with Athar Hussain and Nicholas Stern, in *Incentives, Organization, and Public Economics: Papers in Honour of Sir James Mirrlees*, Peter J. Hammond and Gareth D. Myles (eds.), Oxford University Press, 2000, pp. 243-277.

"Conclusions," *Economic Notes*, 29(1), Special Issue, The East Asian Crisis: Lessons for Today and for Tomorrow, February 2000, pp. 145-151.

"The Contributions of the Economics of Information to Twentieth Century Economics", *Quarterly Journal of Economics*, 115(4), November 2000, pp. 1441-78.

"Credit and Equity Rationing in Markets with Adverse Selection," with T. Hellmann, in *European Economic Review*, 44(2), February 2000, pp. 281-304. Earlier, longer version in "A Unifying Theory of Credit and Equity Rationing in Markets with Adverse Selection," Stanford Graduate School of Business Research Paper 1356, October 1995.

"Democratic Development as the Fruits of Labor," Chapter 9 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 279-315. (Originally Keynote Address at the Industrial Relations Research Association, Boston, January 2000.) Shortened version available in *Perspectives on Work*, 4(1), 2000, pp. 31-38.

"Development Issues: Settled and Open," with Shahid Yusuf, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. 227-268.

"Formal and Informal Institutions," in *Social Capital: A Multifaceted Perspective*, P. Dasgupta and I. Serageldin (eds.), Washington: World Bank, 2000, pp. 59-68.

"Introduction" and "Conclusions," with H. de Largentaye, P. Muet, and J. Rischard, in *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999*, Conseil d'Analyse economique, Paris, 2000, pp. 9-18 and 237-238. Printed in French in *Revue d'Economie du Developpement*, 0(1-2), June 2000.

"Introduction," with Boris Pleskovic, in *Annual World Bank Conference on Development Economics 1999*, Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 2000, pp. 1-13.

"Introduction," *The World Bank: Structure and Policies*, Christopher L. Gilbert and David Vines, (eds.), Cambridge University Press, Cambridge, 2000, pp. 1-9.

"Lessons from the Global Financial Crisis," in *Global Financial Crises: Lessons from Recent Events*, Joseph R. Bisignano, William C. Hunter, George G. Kaufman (eds.), Boston: Kluwer Academic Publishers, 2000, pp. 89-109. (Originally presented at the Conference on Global Financial Crises, Bank for International Settlements and Federal Reserve Bank of Chicago, May 6, 1999.)

"Liberalization, Moral Hazard in Banking and Prudential Regulation: Are Capital Requirements Enough?" with T. Helmann and K. Murdoch, in *American Economic Review*, 90(1), March 2000, pp. 147-165. Also published in *Industrial Organization and Regulation*, 3(17), August 2000; and in *Banking and Financial Institutions*, 5(8), June 2000.

"Mi aprendizaje de la crisi economica mundial," *Nueva Sociedad*, 168, pp.106-115.

"New Bridges Across the Chasm: Macro- and Micro-Strategies for Russia and other Transitional Economies," with David Ellerman, in *Zagreb International Review of Economics and Business*, 3(1), 2000, pp. 41-72.

"O Que Eu Aprendi com a Crise Mundial," *Revista de Economia Politica/Brazilian Journal of Political Economy*, 20(3), July-September 2000, pp.169-74.

"Preface" with Gerald M. Meier, *Frontiers of Development Economics: The Future in Perspective*, G. Meiter and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. ix-x.

"Quis custodiet ipsos custodes? Corporate Governance Failures in the Transition," in *Governance, Equity and Global Markets*, *Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999*, Pierre-Alain Muet and J.E. Stiglitz (eds.), Conseil d'Analyse economique, Paris, 2000, pp. 51-84. Also published in *Challenge*, 42(6), November/December 1999, pp. 26-67. (Originally presented as keynote address at the Annual Bank Conference on Development Economics in Europe, Paris, June 23, 1999.) French version "Quis custodiet ipsos custodes? Les defaillances du gouvernement d'entreprise dans la transition", *Revue d'Economie du Developpement*, 0(1-2), June 2000, pp. 33-70.

"Reflections on Mobility and Social Justice, Economic Efficiency, and Individual Responsibility," in *New Markets, New Opportunities? Economic and Social Mobility in a Changing World*, Nancy Birdsall and Carol Graham (eds.), Washington D.C.: Brookings Institution Press, 2000, pp. 36-65. (Paper prepared for presentation at MacArthur Research Network meeting, Bellagio, Italy, May 6, 1998.)

"Reflections on the Theory and Practice of Reform," *Economic Policy Reform: The Second Stage*, Anne Krueger (ed.), University of Chicago Press, 2000, pp. 551-584.

"Scan Globally, Reinvent Locally: Knowledge Infrastructure and the Localization of Knowledge," in *Banking on Knowledge: the Genesis of the Global Development Network*, Diane Stone (ed.), Routledge, 2000, pp. 24-43. Also Chapter 6 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 194-219. (Originally Keynote Address to the First Global Development Network Conference, Bonn, December 1999.)

"Some Elementary Principles of Bankruptcy," in *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999*, Conseil d'Analyse economique, Paris, 2000, pp. 605-620.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," *World Economy,* 23(4), pp. 437-54.

"The Underpinnings of a Stable and Equitable Global Financial System: From Old Debates to New Paradigm," with Amar Bhattacharya, in *Annual World Bank Conference on Development Economics 1999*, B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 91-130. (Paper presented to the Annual World Bank Conference on Development Economics, April 28-30, 1999.)

"Whither Reform? Ten Years of Transition," in *Annual World Bank Conference on Economic Development,* B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 27-56. Also Chapter 4 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 127-171. Summary in *Transition Economics*, 3(12), June 1999. (Originally presented on April 30, 1999.)

## 2001

"Bankruptcy Laws: Basic Economic Principles," in *Resolution of Financial Distress: An International Perspective on the Design of Bankruptcy Laws*, S. Claessens, S. Djankov, and A. Mody, eds., Washington, DC: World Bank, pp. 1-23.

"A Comparison of Economic Transition among China and Other Countries," *Economics Information*, 5, May, 2001, pp. 43-46 (in Chinese).

"Challenges in the Analysis of the Role of Institutions in Economic Development," in *Villa Borsig Workshop Series 2000: The Institutional Foundations of a Market Economy*, Gudrun Kochendorfer-Lucius and Boris Pleskovic (eds.), German Foundation for  (DSE), 2001, pp. 15-28.

"Crisis y Restructuración Financiera: el Papel de la Banca Central," *Cuestiones Económicas*, 17(2), 2001, pp. 3-24.

 "Development Theory at a Crossroads," *Proceedings from the Annual Bank Conference on Development Economics in Europe*, June 2000, Jean-Francois Rischard, et al. (eds.), Conseil d'Analyse Economique, 2001, pp. 65-74.

"Development Thinking at the Millennium," in *Proceedings from the Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 13-38. (Paper presented to the Annual World Bank Conference on Development Economics, Paris, June 26, 2000.)

"Failure of the Fund: Rethinking the IMF Response", *Harvard International Review*, 23(2), Summer 2001, pp. 14-18.

"Foreword," in *The Great Transformation: The Political and Economic Origins of Our Time*," by Karl Polanyi, Boston: Beacon Press, 2001, pp. vii-xvii.

"From Miracle to Crisis to Recovery: Lessons from Four Decades of East Asian Experience," in *Rethinking the East Asian Miracle,* J. Stiglitz and S. Yusuf (eds.), Oxford: Oxford University Press, 2001, pp. 509-526.

"Etica, politica economica e paesi in via di sviluppo," *Rivista Internazionale di Scienza Sociali*, CIX (4), 2001, pp. 391-407. (Also published in "Globalizzazione: nuove ricchezze e nuove poverta," Vita e Pensiero, Milano 2001.)

"Introduction," with Robert Holzmann, *New Ideas about Old Age Security,* Robert Holzmann and Joseph E. Stiglitz (eds.). Washington: World Bank, 2001, pp. 1-16. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

 "Mexico—Five Years After the Crisis," with D. Lederman, A. Menendez, and G. Perry, in *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 263-282.

"Modern Economic Theory and Development" with Karla Hoff, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2001, pp. 389-459.

"Not Poles Apart: 'Whither Reform?' and 'Whence Reform?'," with David Ellerman, *The Journal of Policy Reform*, 4(4), 2001, pp. 325-338.

"On Liberty, the Right to Know and Public Discourse: The Role of Transparency in Public Life," Chapter 8 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 250-278. Also published in *Globalizing Rights*, Matthew Gibney (ed.), Oxford: Oxford University Press, 2003, pp. 115-156. (Originally presented as 1999 Oxford Amnesty Lecture, Oxford, January 1999.)

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," in *Democracy, Market Economics & Development: An Asian Perspective*, Farrukh Iqbal and Jong-Il You (eds.), World Bank, 2001, pp. 49-72. Also Chapter 7 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 220-249.

"Preface," in *The New Russia: Transition Gone Awry*, L. Klein and M. Pomer (eds.), Stanford, CA: Stanford University Press, 2001, pp. xvii-xxiii.

"Principles of Financial Regulation: A Dynamic Approach," *The World Bank Observer,* 16(1), Spring 2001, pp. 1-18.

"Redefining the Role of the State," Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 94-126. (Originally presented on the Tenth Anniversary of MITI Research Institute Tokyo, Japan, March 17, 1998.)

"Rethinking Pension Reform: Ten Myths About Social Security Systems" with Peter Orszag, in *New Ideas About Old Age Security*, R. Holman and J. Stiglitz (eds.), Washington: World Bank, 2001, pp. 17-56. Also in Italital in *Il Pilastro Debole*, 1/2000, pp. 13-62. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

"Robust Financial Restraint," with P. Honohan, in *Financial Liberalization: How Far, How Fast?* G. Caprio, P. Honohan and J. Stiglitz (eds.), Cambridge, UK: Cambridge University Press, 2001, pp. 31-63.

"The Role of International Financial Institutions in the Current Global Economy," Chapter 5 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 172-193. (Originally Address to the Chicago Council on Foreign Relations, Chicago, February 27, 1998.)

"Shaken and Stirred: Explaining Growth Volatility," with William Easterly and Roumeen Islam, in *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 191-212.

"Shaken and Stirred: Volatilty and Macroeconomic Pardigms for Rich and Poor Countries," with William Easterly and Roumeen Islam, in *Advances in Macroeconomic Theory*, Jacques Dreze(ed.), IEA Conference Volume, 133, Houndsmill: Palgrave, 2001, pp. 353-372. . (Speech given for Michael Bruno Memorial Lecture, 12th World Congress of IEA, Buenos Aires, August 27, 1999.)

"Thanks for Nothing," *The Atlantic Monthly*, October 2001, pp.36-40.


# 2002

"Capital Market Liberalization and Exchange Rate Regimes: Risk without Reward," *The Annals of the American Academy of Political and Social Science*, 579, Jan. 2002, pp. 219-248.

"Competition and Competitiveness in a New Economy," in *Competition and Competitiveness in a New Economy*, Heinz Handler and Christina Burger (eds.), Vienna: Austrian Federal Ministry for Economic Affairs and Labour, 2002, pp. 11-22.

"Employment, Social Justice, and Societal Well-Being," *International Labour Review*, 141(1-2), 2002, pp. 9-29. Also published in *Revista Internacional del Trabajo,* 121 (1-2), 2002, pp. 9-31, and *Revue Internationale du Travail,* 141(1-2), 2002, pp. 9-31,.

"Financial Market Stability and Monetary Policy," *Pacific Economic Review*, 7(1), February 2002, pp. 13-30 (Keynote speech at the HKEA First Biennial Conference, Hong Kong, 2000). Reprinted as "Financial Market Stability, Monetary Policy, and the IMF," in *Exchange Rate Regimes and Macroeconomic Stability,* Lok-Sang Ho and Chi-Wa Yuen, eds., Norwell, MA: Kluwer Academic Publishers, 2003, pp. 33-54.

"Franchise Value and the Dynamics of Financial Liberalization," with Thomas Hellmann and Kevin Murdock, in *Designing Financial Systems in Transition Economies; Strategies for Reform in Central and Eastern Europe,* Anna Meyendorff and Anjan Thakor (eds.), MIT Press, 2002, pp. 111-127.

"Globalization and the Logic of International Collective Action: Re-Examining the Bretton Woods Institutions," in *Governing Globalization: Issues and Institutions*, Deepak Nayyar (ed.), UNU/WIDER, New York: Oxford University Press, 2002, pp. 238-253.

"Information and the Change in the Paradigm in Economics," in *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 472-540. Also published in *Revista Asturiana De Economia*, 25, December, 2002, pp.95-164 and *Nobel Lectures: Economic Sciences, 2001-2005*, P. Englund, ed., World Scientific: Singapore, 2008, pp. 126-194.

"Information and the Change in the Paradigm in Economics," abbreviated version of Nobel lecture, *American Economic Review*, 92(3), June 2002, pp. 460-501.

"Keynesian Economics and Critique of First Fundamental Theorem of Welfare Economics," in *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 41-65.

"The Lessons of Argentina for Development in Latin America," in *Argentina in Collapse? The Americas Debate*, Michael Cohen and Margarita Gutman (eds.), The New School, 2002, pp. 151-167. (Also published in Spanish in *¿Argentina en Colapso? América Debate*, Buenos Aires: Instituto Internacional de Medio Ambiente y Desarrollo, IIED-AL, 2002.)

"Mejorando la eficiencia y la capacidad de respuesta del sector público: lecciones de la experiencia reciente," *Revista del CLAD: Reforma y Democracia*, No. 22, February 2002, pp. 7-68 (Speech given at the VI International Congress of CLAD, Buenos Aires, Argentina, November 2001).

"Minimum Wage Laws and Unemployment Benefits, When Labor Supply is a Household Decision," with Kaushik Basu and Garance Genicot, Kaushik Basu, Pulin Nayak, and Ranjan B. Ray (eds.), in *Markets and Governments*, Oxford University Press, 2002, Chapter 3.

"New Perspectives on Public Finance: Recent Achievements and Future Challenges," *Journal of Public Economics*, 86, 2002, pp. 341-360.

"New Perspectives on the role of the state," in *Editing Economics; Essays in honour of Mark Perlman,* H. Lim, Ungsuh K. Park and G.C. Harcourt (eds.), Routledge-Taylor & Francis Group, 2002, p. 216-227.

"Nobel Memoirs," in *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 447-471.

"On Liberty, the Right to Know and Public Discourse: the Role of Transparency in Public Life," *Global Law Review*, 24, Autumn 2002, pp. 263-273.

"Politicas de desenvolvimento no mundo da globalizacao," in *BNDES Desenvolvimento Em Debate: Novos Rumos do Desenvolvimento no Mundo*, Ana Celia Castro (ed.), Rio de Janeiro: Mauad: BNDES, 2002, pp. 333-365. (Paper presented at the seminar "New International Trends for Economic Development" on the occasion of the fiftieth anniversary of the Brazilian Economic and Social Development Bank, Rio de Janeiro, September 12-13, 2002.)

"Spotlight on Latin America," in *The Bretton Woods Committee Critical Issues Forum*, Dec. 2002, pp. 4-5.

"The Roaring Nineties," in *The Atlantic Monthly*, Oct. 2002, pp. 76-89.

"Transparency in Government," in *The Right to Tell: The Role of Mass Media in Economic Development*, R. Islam, ed., WBI Development Studies, Washington, D.C.: World Bank Institute, 2002, pp. 27-44.

"WTO Accession: Opportunities and Challenges for China," in *New Economy & Asia: Proceeding of International Think Tank Forum 2001*, Li Luoli (ed.), Scientific and Cultural Publishing Co. H.K., 2002, pp. 267-281.

**2003**

"Challenging the Washington Consensus," Feature Interview in *The Brown Journal of World Affairs*, 9(2), Winter/Spring 2003, pp.33-40.

"Colombia: Políticas para un crecimiento sostenible y equitativo," in *Hacia Una Economía Sostenible: Conflicto y Posconflicto en Colombia*, Fundación Agenda Colombia (ed.), 2003, pp. 65-86 (Presented at the Conferencia Internacional Bogotá, March 6-7, 2003).

"Dealing with Debt: How to Reform the Global Financial System," in *Harvard International Review*,25(1), Spring 2003,pp.54-59.

"Democratizing the International Monetary Fund and the World Bank: Governance and Accountability," *Governance*, 16(1), January 2003, pp.111-139.

"El desarrollo no sólo es crecimiento del PIB," *Papeles: De Cuestiones Internacionales*, 81, Spring 2003, pp. 11-26 (Text of speech given at the Corporación Financiera Nacional de Ecuador, 2001).

"El desarrollo económico en el nuevo milenio: visiones y estrategias," Documentos 1, Consejo de Economía Nacional, 2003, pp. 26-64. Abridged version published in *Revista BCV*, 17(2), July-December 2003, pp. 155-157. (Speech given at the Consejo de Economía Nacional, Caracas, Venezuela, 2002).

"Edmund S. Phelps and Modern Macroeconomics," with Philippe Aghion, Roman Frydman, and Michael Woodford, in *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp. 3-22

"Ética, asesoría económica y política económica," *Revista Venezolana de Gerencia,* Venezuela Universidad del Zulia, No. 21, pp.129-158, enero-marzo 2003 (presented a conference held by the InterAmerican Development Bank, Washington DC, 2000.)

"Ethics, Market and Government Failure, and Globalisation," *The Governance of Globalisation: the Proceedings of the Ninth Plenary Session of the Pontifical Academy of Social Sciences,* E. Malinvaud and L. Sabourin, eds. The Pontifical Academy of Social Sciences: Vatican City, 2004, pp. 261-279. (presented to the Ninth Plenary Session, Casina Pio IV, 2-6 May, 2003).

"The Eighth Risk Lecture, 1996: Competition and Insurance," with Michael Rothschild in *Ventures in Insurance Economics and Strategy- 30 Years- The Geneva Association*, Patrick M. Liedtke (ed.), Blackwell Publishing Ltd, 2003, pp.321-349.

"Globalization and Development," in *Taming Globalization: Frontiers of Governance*, David Held and Mathias Koenig-Archibugi (eds.), Cambridge: Polity Press, 2003, pp. 47-67. (Presented as part of the Miliband Lecture Series at the London School of Economics, January 29, 2002).

"Globalization and Growth in Emerging Markets and the New Economy," in *Journal of Policy Modeling*, 25(5), July 2003, pp. 505-524.

"Globalization and the Economic Role of the State in the New Millennium," in *Industrial and Corporate Change*, 12(1), 2003, pp.3-26. ( Originally presented as a lecture in Rome, January 2001.)

"Globalization, Technology, and Asian Development," in *Asian Development Review*, 20(2), 2003, pp. 1-18 (Paper delivered in the Asian Development Bank Distinguished Speakers Program, Manila, April 2003.

"Inflation Paranoia," *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), Palgrave Macmillan, 2003, pp.42-44.

"Information and the Change in the Paradigm in Economics, Part One" in *The American Economist*, Volume 47, 2003, pp. 6-26.

"Japan's Economic Malaise: Causes, Cures & Lessons for the Rest of the World," Columbia Business School Distinguished Lecture Series, *Special Report*, March 26, 2003

"Macroeconomic Fluctuations in an Economy of Phelps-Winter Markets," with Bruce Greenwald, in *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp.123-136

"Making Corporations Responsible," in *The Responsive Community*,14(1), Winter 2003/2004, pp.4-6.

"Mexican Investment  After the Tequila Crisis: Basic Economics, 'Confidence' Effect or Market Imperfection?" with Daniel Lederman, Ana María Menéndez, and Guillermo Perry, *Journal of International Money and Finance*, 22(2003), pp. 131-151.

"My Book and Its Discontents," in *Aspenia International: Is the West Still the West,* 9(19-20), 2003, pp.9-25. Also in Italian under "Tutti gli Errori del Fondo Monetario Internazionale," in *Aspenia: Il Prezo dell'Impero*, 9(20), 2003, pp. 10-28.

"On Liberty, the Right to Know, and Public Discourse: The Role of Transparency in Public Life," in *Globalizing Rights: The Oxford Amnesty Lectures 1999*, Mathew J. Gibney (ed.), Oxford University Press, 2003, pp.115-156.

"Reflections on the State of the Theory of  Monopolistic Competition," in *The Monopolistic Competition Revolution in Retrospect*, Steven Brakman and Ben J. Hiejdra (eds.), Cambridge University Press, 2004, Chapter 6.

"El rumbo de las reformas. Hacia una nueva agenda para América Latina," *Revista de la CEPAL*, No. 80, August 2003, pp. 7-40.

"Rumors of War," in *The Iraq War and its Consequences: Thoughts of Nobel Peace Laureates and Eminent Scholars,* Irwin Abrams and Wang Gungwu, eds., Singapore: World Scientific Publishing, 2003,  pp. 171-173.

"Slicing and Dicing," in *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), PALGRAVE MACMILLAN, 2003, pp.45-49.

"Sustainable Development and Neo-Liberalism," Bangladesh Economic Association, August 14, 2003, pg 21-50.

"Towards a New Paradigm of Development," in *Making Globalization Good: The Moral Challenges of Global Capitalism,* John H. Dunning (ed.), Oxford: Oxford University Press, 2003, pp. 76-107.

"La Transicion de Una Economia Regulada a una Economia de Mercado," in *Revistade Ciencias Empresariales y Economia*, 2(2), 2003, pp. 18-32 (Speech at the Central Bank of Uruguay, November 2001).

"Volatility and Macroeconomic Paradigms for Rich and Poor Countries," with W. Easterly and R. Islam, *Advances in Macroeconomic Theory: Volume 1,* Jacques H. Drèze, ed., Palgrave MacMillian, 2003, pp. 352-372.

"Whither Reform? Towards a New Agenda for Latin America," *CEPAL Review,* No. 80, August 2003, pp. 7-38.


# 2004

"After the Big Bang? Obstacles to the Emergence of the Rule of Law in Post-Communist Societies," with Karla Hoff, *American Economic Review*, 94(3), June 2004, pp. 753 - 763.

"Banking Disintermediation and its Implication to Monetary Policy (Keynote Address)," *Banking Disintermediation and its Implication to Monetary Policy: Theoretical Views and Countries' Experiences,* Charles Joseph (ed.), proceedings of an international seminar sponsored by the Bank Indonesia and Asian Development Bank, in Denpasar, Bali, December 2004, pp. 1-11.

"The Broken Promise of NAFTA," in *Rotman, The Alumni Magazine of the Rotman School of Management*, Spring/Summer 2004, pp. 32-35.

"Capital-Market Liberalization, Globalization and the IMF," *Oxford Review of Economic Policy*, Vol. 20, Issue 1, Spring 2004, pp.57-71. (Also published in Spanish as "Liberalización de los mercados de capitales, globalización y el FMI," in *Desarrollo Económico – Revista de Ciencias Sociales,* 45(177), April/June 2005, pp. 3- 23.)

"Common Values for the Development Round," with Andrew Charlton, *World Trade Review,* 3(3), 2004, pp. 495-506.

"A Development Round of Trade Negotiations," with Andrew Charlton, *Annual World Bank Conference on Development Economics,* B. Pleskovic, ed., Washington: World Bank, 2004.

"The Doha Round of Trade Negotiations: An Agenda to Promote Development and Facilitate Adjustment," with Andrew Charlton, Commonwealth Finance Ministers Reference Report 2004, pp. 174-183

"Evaluating Economic Change," in *Dædalus*, Summer 2004, pp.18-25.

"Globalization and Growth in Emerging Markets," *Journal of Policy Modeling*, 26, 2004, pp. 465-484.

"Information and the Change in the Paradigm in Economics, Part Two" in *The American Economist*, Vol. 48, Spring 2004, pp.17-50.

"Multilateral Strategies to Promote Democracy," with Thomas Carothers, John Cavanagh, Michael Doyle, Sakiko Fukuda-Parr, Andrew Kuper, Adam Przeworski, Mary Robinson, *Carnegie Council on Ethics and International Affairs, First Report of the Empire and Democracy Project*, 2004.

"The Transition Process in Post-Communist Societies: Towards a Political Economy of Property Rights," with K. Hoff, in *Toward Pro-Poor Policies: Aid, Institutions and Globalization,* B. Tungodden, N. Stern, and I. Kolstad (eds.), World Bank/Oxford University Press, 2004, pp. 231-245. Published in Chinese: *Nanjing Business Review* 4 (2005), pp. 22-37 and in French: *Revue d'économie du développement*, 2003/2-3 (Vol. 17).

"A Willing World Can End Child Poverty," *The State of the World's Children 2005*, United Nations Children's Fund (UNICEF), 2004, pp. 96-97.


# 2005

"On Selective Indirect Tax Reform in Developing Countries" with S. Emran, *Journal of Public Economics*, April 2005, Pages 599-623.

"The CDFs Intellectual Structure," in *Balancing the Development Agenda: The Transformation of the World Bank under James D. Wolfensohn, 1995-2005*, Ruth Kagia, ed., Washington, DC: World Bank Press, 2005, pp. 150-151

"A Development-friendly Prioritisation of Doha Round Proposals," with Andrew H. Charlton, *The World Economy*, Volume 28, Issue 3, March 2005, pp. 293-312. Also Initiative for Policy Dialogue Working Paper Series, Task Force on Trade, May 18, 2004.

"Development Policies in a World of Globalization," in *Putting Development First: The Importance of Policy Space in the WTO and International Financial Institutions*, Kevin P. Gallagher (ed.), New York: St Martin's Press, 2005, pp. 15-32.

"The Ethical Economist," review of *The Moral Consequences of Economic Growth* by Benjamin M. Friedman, in *Foreign Affairs*, 84(6), Nov/Dec 2005, pp. 128-134.

"Finance for Development," *Development Dilemmas: The Methods and Political Ethics of Growth Policy* edited by Melvin Ayogu and Don Ross, Great Britain, Routledge, Taylor & Francis Inc, 2005, pp. 15-29.

"Freedom to Choose?" *Human Rights and the Global Marketplace: Economic, Social, and Cultural Dimensions,* Jeanne M. Woods and Hope Lewis, eds., Transnational Publishers: New York, 2005.

"The Integration of Unemployment Insurance with Retirement Insurance," with Jungyoll Yun, *Journal of Public Economics,* 89 (2005) pp. 2037-2067. (Revised from NBER Working Paper No. w9199).

"More Instruments and Broader Goals: Moving toward the Post-Washington Consensus," in *WIDER Perspectives on Global Development*, United Nations University –World Institute for Development Economics Research (ed.), Houndmills: Palgrave MacMillan, 2005, pp.16-48 (From the 1998 WIDER Annual Lecture, January 1998.)

"Making Natural Resources into a Blessing rather than a Curse," *Covering Oil: A Reporter's Guide to Energy and Development*, Svetlana Tsalik and Anya Schiffrin, eds., The Open Society Institute: New York, 2005, pp. 13-20.

"The Overselling of Globalization," *Globalization: What's New*, edited by Michael M. Weinstein, Columbia University Press, 2005, pg 228-261.

"The Process of European Integration and the Future of Europe", Economic Analysis Division Occasional Paper No. 3, 2005 (Gunnar Myrdal Lecture, United Nations Publications, Palais des Nations, February 11, 2004)

## 2006

"Aid for Trade," with Andrew Charlton, *International Journal of Development Issues*, 5(2), pp. 1-41 (Reprint of paper prepared for Commonwealth Secretariat).

"Aid for Trade," with Andrew Charlton, *The Swiss Review of International Economic Relations,* vol. 61(2), June 2006 (Abridged version of paper prepared for Commonwealth Secretariat).

"Business Fluctuations in a Credit-Network Economy," with Domenico Delli Gatti, Mauro Gallegati, Bruce Greenwald, and Alberto Russo, *Physica A*, Vol. 370, pp. 68-74.

"China and the Global Economy: Challenges, Opportunities, Responsibilities," in *China, Hong Kong and the World Economy,* Lok Sang Ho and Robert Ash, eds., Hampshire, UK: Palgrave Macmillan, 2006, pp. 17-31.

"Civil Strife and Economic and Social Policies," *The Economics of Peace and Security Journal*, 1(1), 2006, pp. 6-9.

"Development and Finance: Insights from the New Paradigm of Monetary Economics," in *Economic Theory and Development Options: The Legacy of W. Arthur Lewis*, edited by the Eastern Caribbean Central Bank, Kingston: Ian Randle Publishers, 2006, pp. 191-209. (The Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 1, 2005)

"Encore: Iraq Hemorrhage," with Linda Bilmes, *Milken Institute Review,* 4th Quarter, pp. 76-83.

"Federalism in Securities Regulation: An Economist's Perspective," *University of San Francisco Law Review,* Vol. 40, No. 4, Summer 2006.

"Foreward," in *Economic Development and Environmental Sustainability*, R. López and M. Toman, eds., Oxford University Press: Oxford, 2006, pp. xv-xvii.

"Global Public Goods and Global Finance: Does Global Governance Ensure that the Global Public Interest is Served?" in *Advancing Public Goods,* Jean-Philippe Touffut, ed., Edward Elgar Publishing, Great Britain, pp. 149-164.

"Globalism's Discontents," *Readings in Comparative Politics: Political Challenges and Changing Agendas,* M. Kesselman and J. Krieger, eds., Houghton Mifflin: Boston, 2006, pp.140-151. (Reprinted with permission from *The American Prospect*, vol. 13, no. 1, January 2002.)

"Globalism's Discontents," *The Politics of Globalization: A Reader,* Mark Kesselman, ed., Houghton Mifflin: Boston, 2007, pp. 86-95. (Reprinted with permission from *The American Prospect,* vol. 13, no. 1, January 2002.)

"Helping Infant Economies Grow: Foundations of Trade Policies for Developing Countries," with B. Greenwald, *American Economic Review: AEA Papers and Proceedings,* Vol. 96, No. 2, May 2006, pp. 141-146.

"Prologue," in *The New Public Finance: Responding to Global Challenges*, I. Kaul and P. Conceição, eds., Oxford: Oxford University Press, 2006, pp. xii-xv.

"Samuelson and the Factor Bias of Technological Change," in *Samuelsonian Economics and the Twenty-First Century,* M. Szenberg et al, eds., Oxford University Press: New York, 2006, pp. 235-251.

"Scrooge and Intellectual Property Rights," *British Medical Journal*, 333, December 2006, pp. 1279-1280.

"Social Justice and Global Trade," *Far Eastern Economic Review,* 169(2), March 2006, pp. 18-22.

"What is the Appropriate Role of the Federal Government in the Private Markets for Credit and Insurance? What is the Outlook?" Federal Reserve Bank of St. Louis *Review*, July/August 2006, pp. 391-395.

## 2007

"Credit Chains and Bankruptcy Propagation in Production Networks," with S. Battiston, D. Delli Gatti, and B. Greenwald, *Journal of Economic Dynamics and Control*, Volume 31, Issue 6, June 2007, pp. 2061-2084.

"Europa in der Pflicht," in *Abendland Unter? Reden über Europa*, Herausgegeben von Henning Schulte-Noelle and Michael M. Thoss, eds., Munich: Diederichs, 2007: pp. 80-89

"Exiting a Lawless State," with Karla Hoff, *Economic Journal*, 118(531), pp. 1474-1497. An earlier version of this paper was entitled "The creation of the rule of law and the legitimacy of property rights: The political and economic consequences of a corrupt privatization" (NBER Working Paper 11772).

"Foreward," in *The Right to Know: Transparency for an Open World*, A. Florini, ed., Columbia University Press: New York, 2007.

"Future Directions for the Management of Natural Resources," with M. Humphreys and J. Sachs, in *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 322-336.

"The Global Economy (interview)," in *The Present as History: Critical Perspectives on Global Power,* Nermeen Shaikh, ed., Columbia University Press: New York, 2007, pp.54-67.

"Growth, Initial Conditions, Law and Speed of Privatization in Transition Countries: 11 Years Later," with S. Godoy, *Transition and Beyond*, S. Estrin et al, eds., Palgrave Macmillian: Hampshire, England, 2007, pp. 89-117.

"International Justice and Aid. Do We Need some Scheme of Redistribution of Income at the World Level along the Lines of What Most Countries Have at the National Level?" *Charity and Justice in the Relations Among Peoples and Nations*, Proceedings of the 13th Plenary Session of the Pontifical Academy of Social Sciences, 27 April-1 May, 2007, Mary Ann Glendon, Juan José Llach, and Marcelo Sánchez Sorondo, eds., The Pontifical Academy of Social Sciences: Vatican City, 2007, pp. 221-230.

"Introduction: What is the Problem with Natural Resource Wealth?" with M. Humphreys and J. Sachs, in *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 1-20.

"What is the Role of the State?" in *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 23-52.

**2008**

"A New Agenda for Global Warming," in *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stiglz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, pp. 22-27

"Aid for Trade," Keynote Address, with Andrew Charlton, *Annual World Bank Conference on Development Economics 2007, Rethinking Infrastructure for Development*, F. Bourguignon and B. Pleskovic, eds., World Bank: Washington, DC, pp. 29-46.

"The Asymmetric Effect of Diffusion Processes: Risk Sharing and Contagion," with M. Gallegati, B. Greenwald, and M. Richiardi, *Global Economy Journal*, Vol. 8, Issue 3, Article 2.

"Capital Flows, Financial Market Stability, and Monetary Policy," in *Monetary Policy under Uncertainty*, Proceedings of the 2007 Banco Central de la República Argentina Money and Banking Seminar, J. Carrera, ed., BCRA: Buenos Aires, 2008, pp. 123-134.

"Capital Market Liberalization, Globalization, and the IMF," in *Capital Market Liberalization and Development*, J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, pp.76-100.

"Capital Market Liberalization and Development," with J.A. Ocampo and S. Spiegel, in *Capital Market Liberalization and Development,* J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, pp. 1-47.

"Comment on 'Social Capital and Personal Identity' by Partha Dasgupta," in *Pursuing the Common Good: How Solidarity and Subsidiarity Can Work Together*, M. Archer and P. Donati, eds., Proceedings of the 14th Plenary Session of the Pontifical Academy of Social Sciences, held May 2-6, 2008, Vatican City.

"The Economic Foundations of Intellectual Property," sixth annual Frey Lecture in Intellectual Property, Duke University, February 16, 2007, published in *Duke Law Journal*, Vol. 57, No. 6, April 2008, pp. 1693-1724.

"Edmund Phelps: American Economic Association Luncheon Speech Honoring the 2006 Nobel Laureate in Economics," *Capitalism and Society*, 3(3), Article 4.

"Foreward," in *Privatization: Success and Failures*, G. Roland, ed., New York: Columbia University Press, 2008, pp. ix-xix.

"Fostering an Independent Media with a Diversity of Views," in *Information and Public Choice: From Media Markets to Policymaking*, R. Islam, ed., World Bank: Washington, DC, 2008, pp. 139-152.

"The Future of Global Governance," in *From the Washington Consensus towards a New Global Governance*, Joseph Stiglitz and Narcis Serra (eds.), New York: Oxford University Press, forthcoming, pp. 313-327.

"The Future of Globalization: Lessons from Cancún and Recent Financial Crises," in *The Future of Globalization: Explorations in Light of Recent Turbulence*, Ernesto Zedillo, ed., New York: Routledge, 2008, pp. 70-81.

"The Future of Industrial Policies in the New Millennium: Toward a Knowledge-Centered Development Agenda," with Mario Cimoli and Giovanni Dosi, conclusion to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press, forthcoming (Previously LEM Working Paper Series September 2008.)

"La globalización y los retos de la inmigración," in *La inmigración y sus causas*, Alfonso Guerra and José Félix Tezanos, eds., Madrid: Editorial Sistema, 2008. (From a speech delivered at the 6th Forum for Debate about Immigration and its Causes, Fundacion Sistema, Salamanca, Spain, June 2007.)

"Hidden Wounds and Accounting Tricks," with Linda Bilmes, in *Lessons from Iraq: Avoiding the Next War*, M. Pemberton and W. Hartung, eds., Boulder, CO: Paradigm, 2008.

"The High Cost of the Iraq War," in *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stiglitz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, pp. 80-86.

"Introduction: From the Washington Consensus Towards a New Global Governance," Joseph Stiglitz and Narcis Serra and Shari Spiegel, in *From the Washington Consensus towards a New Global Governance*, with Narcis Serra (eds.), New York: Oxford University Press, forthcoming, pp. 3-13.

"Is there a Post-Washington Consensus Consensus?" in *From the Washington Consensus towards a New Global Governance*, Joseph Stiglitz and Narcis Serra (eds.), New York: Oxford University Press, forthcoming, pp. 41-56.

"It Doesn't Take Nostradamus," *The Economists' Voice*, 5(8), Article 1.

"Making Globalization Work – The 2006 Geary Lecture," *The Economic and Social Review*, 39(3), Winter, pp. 171-190.

"The Progressive Tariff Reduction Scheme," with Andrew Charlton, in *The WTO: Governance, Dispute Settlement, and Developing Countries*, M. Janow, V. Donaldson, and A. Yanovich, eds., New York: Juris Publishing, 2008, pp. 169-183 (from a paper presented at the conference, "WTO at 10" held at Columbia University, April 2006).

"The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development," with Mario Cimoli and Giovanni Dosi, preface to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press, forthcoming (Previously LEM Working Paper Series July 2008.)

"Regulating Multinational Corporations: Towards Principles of Cross-border Legal Frameworks in a Globalized World Balancing Rights and Responsibilities," *American University International Law Review*, 23(3), pp. 451-558, presented at the 101st Annual Meeting of the American Society for International Law, Washington, DC, March 28, 2007.

"Toward a General Theory of Consumerism: Reflections on Keynes' *Economic Possibilities for Our Grandchildren*," in *Revisiting Keynes: Economic Possibilities for Our Grandchildren*, G. Piga and L. Pecchi, ed., Cambridge: MIT Press, pp. 41-87.

"Turn Left for Sustainable Growth," *Economists' Voice*, 5(4),

"The World Development Report: Development Theory and Policy," in *Development Economics Through the Decades: A Critical Look at 30 Years of the World Development Report*, by Shahid Yusuf, Washington, DC: World Bank, 2008, p. 139-151.


## 2009

"The Anatomy of a Murder: Who Killed America's Economy?" *Critical Review*, 21(2-3), pp. 329-339.

"Business Fluctuations and Bankruptcy Avalanches in an Evolving Network," with D. Delli Gatti, M. Gallegati, B. Greenwald, and A. Russo, *Journal of Economic Interaction and Coordination,* 4(2), November 2009, pp. 195-212.

"Dividend Taxation and Intertemporal Tax Arbitrage," with Anton Korinek, *Journal of Public Economics*, 93(2009), pp. 142-159.

"The Global Crisis, Social Protection, and Jobs," *International Labour Review*, Vol. 148, No. 1-2, pp. 1-13. Also published as "Crisis mundial, protección social y empleo," *Revista Internacional del Trabajo*, Vol. 128, No. 1-2, pp. 1-15, and "Crise mondiale, emplois et protection sociale," *Revue Internationale du Travail*, Vol. 148, No. 1-2, pp. 1-13. Based on an address to the Governing Body of the International Labour Organization, Geneva, March 12, 2009.

"The Current Economic Crisis and Lessons for Economic Theory," Presidential Lecture to the Eastern Economic Association, *Eastern Economic Journal*, 35(3), June, pp. 281-296.

"Moving Beyond Market Fundamentalism to a More Balanced Economy," *Annals of Public and Cooperative Economics*, 80(3), pp. 345-360.

"Regulation and Failure," in *New Perspectives on Regulation*, D. Moss and J. Cisternino, eds., Cambridge, MA: Tobin Project, 2009, pp 11-23.

"Simple Formulae for Optimal Income Taxation and the Measurement of Inequality," in *Arguments for a Better World: Essays in Honor of Amartya Sen, Volume I, Ethics, Welfare, and Measurement*, K. Basu and R. Kanbur, eds., Oxford, UK: Oxford University Press, 2009, pp. 535-566.

"Spring is Here, but Contain Your Excitement," *The Economists' Voice*, 6(5), Article 6.

"Two Ideas to Increase Innovation and Reduce Pharmaceutical Costs and Prices," with Arjun Jayadev, *Health Affairs*, 28(1), January/February 2009 pp. w165-168.

"Ownership Changes and Access to External Financing," with A. Knyazeva and D. Knyazeva, *Journal of Banking and Finance,* 33(10), October 2009, pp. 1804-1816.

## Books

*An Agenda for the Development Round of Trade Negotiations in the Aftermath of Cancun*, with Andrew Charlton, prepared for the Commonwealth Secretariat, 2004.

*An Economic Analysis of the Conservation of Depletable Natural Resources*, with P. Dasgupta, G. Heal, R. Gilbert, and D. Newbery, prepared for the Federal Energy Administration, May 1977.

*Capital Market Liberalization: Risks without Rewards?* with Jose Antonio Ocampo (eds.), New York: Oxford University Press, forthcoming.

*Debates in the Measurement of Poverty,* with Sudhir Anand and Paul Segal (eds.), New York: Oxford University Press, forthcoming.

*The Economic Role of the State*, Oxford, Basil Blackwell, 1989. (Translated in Italian by Marco Da Rin, Società editrice il Mulino, Bologna, 1992)

*Economics,* 1st Edition, New York: W.W. Norton, 1993. Translated in Catalan by Editorial Ariel. In Chinese simplified by China People's University Press, in French by Edition de Boeck (France) and USIA (Haiti and Africa), in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, in Latvian by The University of Latvia, in Spanish by Editorial Ariel (Spain) and Planeta International (Latin America).

*Economics,* 2nd edition, New York: W.W. Norton, 1997. Translated in Chinese simplified by China People's University Press, in French by Edition de Boeck (France) and by USIA/Nouveaux Horizons (Haiti and Africa), in German by Oldenbourg Verlag, in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, and in Korean by Hanul.

*Economics,* with Carl Walsh, 3rd edition, New York: W.W. Norton, 2002. Translated in Chinese (simplified) by China People's University Press, French by Edition de Boeck, in Japanese by Toyokezai Shinposha, in Portuguese by Editora Campus, and in Romanian by Economica.

*Economics,* with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006. Also published in Chinese simplified by China Renmin, in French by Boeck, and in German by Oldenbourg.

*Economics and the Canadian Economy,* with R. Boadway, Canadian Edition. New York: W.W. Norton, 1994.

*Economics and the Canadian Economy,* 2nd edition, with R. Boadway, Canadian Edition. New York: W.W. Norton, 1997.

*Economics of the Public Sector*, first edition, New York: W.W. Norton, 1986. Translated in Czech by Liberal Institute USIA/ Victoria Publishing, in French by Editions de Boeck, in German by Oldenbourg Verlag, in Italian by Ulrico Hoepli Editore, in Japanese by McGraw Hill Book Co. and Toyokeizai Shinposha, in Norwegian by Norsk-Lyd, in Portuguese by Editora Atlas, in Russian by Moscow University Press, in Spanish by Antoni Bosch, and in Turkish by Marmara University USIA.

*Economics of the Public Sector*, second edition, New York: W.W. Norton, 1988. Translated in Czech by Liberal Institute/USIA/ Victoria Publishing, in Chinese (simplified) by China People's University Press, in Estonian by the Estonian Institute of Public Administration, in Greek by Kritiki, in Hungarian by Kozgazdasagi Ed Jugi Konyvkiado, in Japanese by Toyo Keizai Shinposha, in Spanish by Antoni Bosch, and in Ukranian by Osnovy Publishers.

*Economics of the Public Sector*, 3rd edition, New York: W.W. Norton, 2000. Translated in Chinese (simplified) by China People's University Press, in French by Edition de Boeck, in Italian by Ulrico Hoepli Editore, in Japanese by Toyo Kiezai Shinposha Ltd, in Macedonian by Macedonian Ministry of Finance, in Polish by Wydawnictwo Naukowe PWN, in Portuguese by Editora Atlas, in Spanish by Antoni Bosch, and in Serbian by the University of Belgrage Economic Department.

*The Economics of Rural Organization: Theory, Practice, and Policy,* edited with K. Hoff and A. Braverman, New York: Oxford University Press, 1993.

*Effects of Risk on Prices and Quantities of Energy Supplies*, with R. Gilbert, prepared for Electric Power Research Institute, EPRI EA-700, Project 869-1, Final Report, 1-4, May 1978.

*Escaping the Resource Curse*, with Macartan Humphreys and Jeffrey Sachs (eds.), New York: Columbia University Press, 2007.

*Fair Trade for All*, with Andrew Charlton, New York: Oxford University Press, 2005. Also published in Simplified Chinese by China Renmin University Press, in Croatian by Masmedia, in Czech by Victoria, in French by Fayard, in German by Murmann, in Hungarian by Lexecon, in Italian by Garzanti, in Japanese by Nihon Keizai, in Korean by Nexus, in Polish by PWN, in Portuguese by Elsevier (Brazil) and ASA (Portugal), in Russian by Ves Mir, and in Spanish by Taurus.

*Financial Liberalization: How Far, How Fast?* with Gerard Caprio and Patrick Honohan (eds.), Cambridge, UK: Cambridge University Press, 2001.

*From the Washington Consensus towards a New Global Governance*, with Narcis Serra (eds.), New York: Oxford University Press, forthcoming.

*Frontiers of Development Economics: the Future in Perspective,* with Gerald M. Meier (eds.), New York: Oxford University Press, 2001.

*Globalization and Its Discontents*, New York: W.W. Norton Company, 2002. Also published in the U.K. by Penguin Books as paperback. Translated in Albanian by Zenith, in Arabic by Dar al-Farabi, in Azeri by Center for Economic Reforms, in Bulgarian by Info Dar, in Catalan by Empuries, in Chinese complex by Locus, in Chinese simplified by China Machine Press, in Croatian by Algoritam, in Czech by Prostor, in Dutch by Het Spectrum, in Finnish by Kustannus, in French by Fayard, in German by Siedler, in Greek by Livani, in Hebrew by Hakkibutz Hameuchad, in Hungarian by Napvilag Kiado, in Indonesian by PT Ina Publikatama, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Sejong, in Macedonian by Min. Finance, in Malayalam by DC Books, in Malaya by Univirsiti Malaya, in Mongolian by Monsudar, in Norwegian by Spektrum, in Polish by PWN, in Portuguese by Terramar (Portugal) and by Siciliano (Brazil), in Romanian by Info Dar, in Russian by National Public Scientific Foundation, in Serbian by Marvel, in Sinhala by Ecumenical Institute, in Slovenian by Prophetes, in Spanish by Taurus, in Swedish by Leopard, in Turkish by Plan B Yayincilik, in Ukranian by Kyiv Mohyla Academic University, and in Vietnamese by Youth c/o PACE.

*Have Recent Crises Affected the State-Market Debate?* Dhaka: University Press Ltd (for the Bangladesh Economic Association), 1999.

*In un mondo imperfetto. Mercato e democrazia nell'era della globalization,* Donzelli:Rome, 2001.

*Informazione, Economia pubblica e Macroeconomia*, edited by A. Boitani and A. Petretto, Bologna: Il Mulino, 2002.

*Lectures in Public Economics*, with A.B. Atkinson, McGraw-Hill Book Company, New York and London, 1980. (Spanish translation 1988, Instituto de Estudios Fiscales; Chinese translation 1991, Shanghai San-Lian Publishing.)

*Making Globalization Work*, New York: WW Norton, 2006. Also published in the UK by Penguin/ Allen Lane, in Catalan by Empuries, in Chinese by Commonwealth (Taiwan) and China People's Publishing House (in China), in Croatian by Algoritam, in Dutch by Het Spectrum, in French by Fayard, in German by Siedler, in Indonesian by Mizan Pustaka, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Book 21, in Polish by PWN, in Portuguese by Companhia das Letras (Brazil) and ASA Editores (Portugal), in Serbian by Informatika, in Spanish by Taurus, in Swedish by Daidalos, in Turkish by Plan B, and in Vietnamese by Youth Publishers.

*New Ideas about Old Age Security*, with Robert Holzmann (eds.), Washington, D.C.: World Bank, 2001.

*Peasants versus City-Dwellers: Taxation and the Burden of Economic Development*, with R. Sah, Oxford: Clarendon Press, 1992.

*Principles of Macroeconomics*, New York: W.W. Norton, 1993.

*Principles of Macroeconomics*, 2nd Edition, New York: W.W. Norton, 1997.

*Principles of Macroeconomics*, with Carl Walsh, 3rd Edition New York: W.W. Norton, 2002. Translated in Portuguese by Editora Campus and in Spanish by Editorial Ariel.

*Principles of Macroeconomics*, with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006.

*Principles of Macroeconomics and the Canadian Economy*, New York: W.W. Norton, 1993.

*Principles of Microeconomics*, New York: W.W. Norton, 1993. Translated into Spanish by Editorial Ariel.

*Principles of Microeconomics*, 2nd Edition, New York: W.W. Norton, 1997.

*Principles of Microeconomics*, with Carl Walsh, 3rd Edition, New York: W.W. Norton, 2002. Translated in Italian by Ulrico Hoepli Editore, in Portuguese by Editora Campus, and in Spanish by Editorial Ariel.

*Principles of Microeconomics*, with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006. Translated in French by de boeck.

*The Rebel Within: Joseph Stiglitz and the World Bank*, edited by Ha-Joon Chang, Anthem World Economics, London: Wimbledon Publishing Company, UK, 2001.

*Rethinking the East Asian Miracle*, with S. Yusuf (eds.), World Bank and Oxford University Press, 2001.

*The Roaring Nineties*, Washington, DC: W.W. Norton & Company, 2003. Also published in the U.K. by Penguin Books. Translated in Arabic by Dar al-Farabi, in Chinese complex by Commonwealth, in Chinese simplified by China Financial, in French by Fayard, in German by Siedler, in Greek by Livani, in Hungarian by Napvilag Kiado, in Indonesian by Marjin Kiri, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Sejong, in Polish by PWN, in Portuguese by Companhia das Letras (Brazil) and Terramar (Portugal), in Romanian by Editura Economica, in Russian by National Public Scientific Foundation, in Spanish by Taurus, and in Turkish by CSA Global.

*The Selected Works of Joseph E. Stiglitz, Volume One*, Oxford: Oxford University Press, forthcoming.

*Stability with Growth: Macroeconomics, Liberalization, and Development*, with José Antonio Ocampo, Shari Spiegel, Ricardo FFrench-Davis, and Deepak Nayyar, The Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2006.

*Sustainable Development and Neo-Liberalism*, Dhaka:Bangladesh Economic Association, 2004.

*The Theory of Commodity Price Stabilization*, with D. Newbery, Oxford: Oxford University Press, 1981.

*The Three Trillion Dollar War: The True Cost of the War in Iraq*, with L. Bilmes, New York: WW Norton and London: Penguin, 2008. Also to be published in the UK by Penguin, in Dutch by Het Spectrum (mid June 2008), in French by Fayard (May 2008), in German by Siedler (late May 2008), in Italian by Einaudi (February 2009), in Indonesian (August 2008), in Japanese by Tokuma Shoten (late April 2008), and in Spanish by Taurus (early June 2008).

*Towards a New Paradigm in Monetary Economics,* with Bruce Greenwald, Cambridge: Cambridge University Press, 2003. Also published in Chinese complex by Sci-tech Publishing, in Chinese simplified by CITIC Publishing, in French by Editions Librairie Economica, in Japanese by University of Tokyo Press, and in Portuguese (Brazil) by Editora Francis Ltda.

*Whither Socialism?* Cambridge, MA: MIT Press, 1994. (Expanded from a paper presented at the Wicksell Lectures, May 1990.)


## Online publications, testimonies etc.

"I Dissent: Unconventional Economic Wisdom," monthly column for Project Syndicate, an association of over 150 newspapers around the world.
http://www.project-syndicate.org/series/series_list.php4?id=11

"The Role of Government in a Digital Age," with Peter Orszag and Jonathan Orszag, study commissioned by the Computer & Communications Industry Association, October 2000.

"The Impact of Paying for College on Family Finances," with Laura Tyson, Peter Orszag, and Jonathan Orszag, commissioned by UPromise, Inc., November 2000.
http://www.upromise.com/pdfs/tysonStiglitzResearch.pdf

"Statement of Joseph Stiglitz at Center on Budget and Policy Priorities Press Conference," Center on Budget and Policy Priorities Report, Oct. 26, 2001.
http://www.cbpp.org/10-26-01bud.htm

"Budget Cuts vs. Tax Increases at the State Level: Is One More Counter-Productive than the Other During a Recession?" with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 6, 2001.
http://www.cbpp.org/10-30-01sfp.htm

"Tax Cuts are not Automatically the Best Stimulus: A Response to Glenn Hubbard," with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 27, 2001.
http://www.cbpp.org/11-27-01tax.pdf

"Optimal Fire Departments: Evaluating Public Policy in the Face of Externalities," with Peter R. Orszag, The Brookings Institution, Jan. 4, 2002.
http://www.brookings.edu/views/papers/orszag/20020104.htm

"U.S. versus Microsoft, Declaration as Part of The Tunney Act Proceeding," with Jason Furman, commissioned by the Computer & Communications Industry Association, Jan. 28, 2002.
http://www.sbgo.com/Papers/tunney_jesjf.pdf

"Implications of the New Fannie Mae and Freddie Mac Risk-based Capital Standard," with Jonathan M. Orszag and Peter R. Orszag, *Fannie Mae Papers*, I(2), March 2002.
http://www.sbgo.com/Papers/fmp-v1i2.pdf

# Working papers and unpublished papers (in categories)

## 1. Economics of Information

"Contests and Cooperation: Toward a General Theory of Compensation and Competition," presented at a Conference on the Internal Organization of Firms, International Institute of the Internal Organization of Firms, International Institute of Management, Berlin, July 1980; and at a Conference on the Economics of Information, University of Pennsylvania, May 1981.

"Cutting off Credit: An Application of Constraints on Incentive Devices," with A. Weiss, April 1982.

"Equilibrium in Competitive Insurance Markets with Moral Hazard," with R. Arnott,. Princeton University Discussion Paper 4, 1987. Also NBER Working Paper 3588, 1991.

"Equilibrium Unemployment as a Worker Screening Device," with B. Nalebuff and A. Rodriguez, NBER Working Paper 4357, May 1993. (Paper presented as "Equilibrium Unemployment, Testing, and the Pure Theory of Selection" at the NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.)

"Equilibrium Unemployment, Testing, and the Pure Theory of Selection," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.

"The Existence and Characteristics of Competitive Equilibrium," with R. Arnott, revised 1985.

"Existence and Equilibrium in Markets with Imperfect Information," with M. Rothschild, presented to World Congress of Econometric Society, Toronto, 1975.

"Incentives Schemes Under Differential Information Structures: An Application to Trade Policy," with P. Dasgupta, IMSSS Technical Report No. 172, Stanford University, July 1972.

"Information and Competition," Inaugural Lecture presented at All Souls College, Oxford, June 1978.

"Information and Exploration Externalities," SEER Technical Report, Stanford University, 1976.

"Information in a Decentralized (Market) Economy," presented at Spoleto Conference on Post Industrial Society, July 1986.

"Information, Planning and Incentives," presented at the CSCCRP Sino-American Conference on Alternative Development Strategies in Wingspread, Racine, WI, November 1980. (Chinese edition published 1982.)

"Knowledge of Technology and the Technology of Knowledge: New Strategies for Development," Background paper for *UNDP Human Report 2001*.

"Moral Hazard and Unemployment in Competitive Equilibrium," with P. Rey. October 1993. (Revised July 1996.)

"Price Equilibrium, Efficiency, and Decentralizability in Insurance Markets," with R. Arnott, NBER Working Paper 3642, 1991.

"Prices and Queues in Screening Services in Competitive Markets," IMSSS Technical Report 212, Stanford University, August 1976.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

"Short-term Contracts as a Monitoring Device," with P. Rey, NBER Working Paper 4514, 1993.

"A Simple Proof that Futures Markets are Almost Always Informationally Imperfect," with I. Gale, April 1989. (Revised version of "Futures Markets Are Almost Always Informationally Inefficient," Princeton University Financial Research Center Memorandum No. 57, February 1985.)

"Unemployment and Efficiency Wages: The Adverse Selection Model," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 17-19 1991.

"Unemployment As a Worker Selection Device," with B. Nalebuff, Princeton University, 1985, (Revision of "Quality and Prices," Princeton University Econometric Research Memorandum No. 297, May 1982.)

## 2. Economics of Uncertainty

"Risk and Trade Policy," with D. Newbery, World Bank Working Paper No. 53, January 1983. (Revised 1985.)

## 3. Risk and Agriculture

"Alternate Stabilization Schemes for Supply Uncertainty," with D. Newbery, Economic Theory Discussion Paper No. 4, University of Cambridge, January 1978.

"Determinants of the Distributional Impact of Commodity Price," with D. Newbery, Economic Theory Discussion Paper 17, University of Cambridge, July 1979.

## 4. Financial Markets

"Economics of Small Business Lending," at "Bank Lending to Small Businesses: A Conference," Office of the Comptroller, November 15, 1991.

"The Effect of Financial Repression in an Economy with Positive Real Interest Rates: Theory and Evidence," with K. Murdock, August 1993.

"Equity Financing for New Firms," with I. Gale, May 1986.

"Financial Restraint: Toward a New Paradigm," with Thomas Hellmann and Kevin Murdock, Stanford Graduate School of Business Research Paper: 1355, April 1995. (Prepared for World Bank's EDI Workshop on "Role of Government in Economic Development: Analysis of East Asian Experiences," Kyoto, Japan, September 16-17, 1994.)

"Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Futures Markets Are Almost Always Informationally Inefficient," with I. Gale, Princeton University Financial Research Center Memorandum No. 57, February 1985. (Revised as "A Simple Proof that Futures Markets Are Almost Always Informationally Inefficient," Working Paper, 1989.)

"Multiple Stock Offering and the Financing of New Firms," with I. Gale, Princeton University Financial Research Center Memorandum 73, November 1986.

"Perfect and Imperfect Capital Markets," presented to the Econometric Society Meetings, New Orleans, 1971.

"Theory of Liquidity Preference and the Term Structure of Interest Rates," Cowles Foundation Discussion Paper No. 252, August 1968.

## 6. Growth and Capital Theory

"Capital Constraints and Economic Growth," revised version of a paper prepared for a conference at Buffalo, May 1990.

"Imperfect Capital Markets and Productivity Growth," with B. Greenwald and M. Salinger. Paper presented at NBER Conference in Vail, CO, April 1990, revised March 1991 and April 1992.

"Notes on Learning, Capital Constraints, Growth and Efficiency," presented at Conference held by Institute for the Study of Free Enterprise Systems, Buffalo, NY, May 1990.

## 7. Natural Resources

"Stepping Toward Balance: Addressing Global Climate Change," presented at the Conference on Environmentally and Socially Sustainable Development. Washington, D.C., October 6, 1997.

"Climate Change: An Agenda for Global Collective Action," with Joseph E. Aldy and Peter R. Orszag, prepared for the conference on "The Timing of Climate Change Policies," Pew Center on Global Climate Change, October 2001.

## 8. Theory of Market Structure, R&D

"Analysis of Factors Affecting the R&D Choices of Firms," with P. David, Center for Research in Economic Growth Memorandum 232, Stanford University, 1979.

"Creating Competition in Telecommunications," presented at the Conference on Managing the Telecommunications Sector Post-Privatization, George Washington University, Washington, D.C., April 27, 1998.

"Entry, Equilibrium, and Welfare," with R. Gilbert.

"Exercises in the Economics of Learning-By-Doing," with P. Dasgupta, Cambridge University, May 1985. (Presented at GTE Conference on Industrial Organization, Cambridge, August 1985.)

"Some Rough Notes on Diversity of Tastes and Diversity of Commodities," Oxford University, paper presented at Bell Labs Conference on Monopolistic Competition, February 1977.

"Sunk Costs, Competition, and Welfare," with P. Dasgupta, August 1985.

"Welfare and Competition with Sunk Costs," with P. Dasgupta, November 1985.

## 9. Macroeconomics

"Bankruptcy protection against macroeconomic shocks: the case for a 'super chapter 11'," with M. Miller, World Bank Conference on Capital Flows, Financial Crises, and Policies, April 15, 1999.

"Capital Market Imperfections and Labor Market Adjustments," with B. Greenwald, presented to NBER/CEPR Conference on Labor Market Dynamics, Cambridge, October, 1991.

"An Economic Analysis of Labor Turnover," Institute for Mathematical Studies in the Social Sciences (ISMMM) Working Paper No. 53, Stanford University, February 1976.

"Expectations, Asset Accumulation and the Real-Balance Effect," with P. Neary, presented at Dublin Meetings of the Econometric Society, September 1982, Working Paper 1990.

"Household Labor Supply, Unemployment, and Minimum Wage Legislation", with Kaushik Basu and Garance Genicot, Policy Research Working Paper 2049, Washington, D.C.: World Bank, 1999.

"Imperfect Information and Macroeconomic Analyses," with B. Greenwald.

"The Long Boom? Business Cycles in the 1980s and 1990s," given to CEPR conference "The Long Boom", Stanford University, September 5, 1997.

"Macroeconomic Equilibrium and Credit Rationing," with A. Weiss, NBER Working Paper 2164, 1987.

"The New Keynesian Economics: Money and Credit," Fisher-Schultz Lecture presented at the Meetings of Econometric Society, Copenhagen, August 1987.

"A Theorist's View of Policymaking and a Policymaker's View of Theory Perspectives on Modern Macro-economics," Marshall Lectures presented at Cambridge University. April 29-30, 1996.

## 10. Monetary Economics

"Adverse Selection, Credit Rationing and Central Bank Policy," Working Paper, 1989.

"Capital Market Imperfections and Regional Economic Development," with B. Greenwald and A. Levinson, prepared for CEPR conference on Finance and Development in Europe, Santiago, Spain, December 1991.

"Consumer and Producer Price-Neutral Tax Reform with an Informal Economy," with M. Shahe Emran, Working Paper, September, 2002.

"Money Neutrality in a Model of Firm Adjustment," with B. Greenwald and K. Clay, Working Paper, Stanford University, 1990.

"Monetary and Exchange Rate Policy in Small Open Economies: The Case of Iceland," Central Bank of Iceland Working Paper Nr. 15.
http://www.sedlabanki.is/uploads/files/WP-15.pdf

"Monetary Policy and the Institutional Structure of Banking," with B. Greenwald, June 1991.

"Monetary Policy and the Theory of the Risk-Averse Bank," with B. Greenwald, prepared for the conference "Macroeconomic Stabilization Policy: Lessons for the Future," CEPR, Stanford University and the Federal Reserve Bank of San Francisco, March 5, 1993.

## 11. International Economics

"The Global Financial Crisis: Perspectives and Policies," presented to Stanford Institute for Economic Policy Research, Stanford, March 24, 1999. Also given as talk to Pacific Affairs Council and Pomona College.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," Stockholm, Sweden, April 12, 1999. Revised and presented to WTO, Geneva, Switzerland, September 21, 1999.

"Back to Basics: Policies and Strategies for Enhanced Growth and Equity in Post-Crisis East Asia," Bangkok, Thailand. July 29, 1999.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," presented to North-South Institute, Ottawa, Canada, September 29, 1998.

"Towards a New International Architecture: Principles and Policies," presented to European Investment Bank in Fiesole, Italy, October 15, 1995.

## 12. Development

"Allocation of Capital in East Asia," with M. Uy, prepared for *The East Asian Miracle,* World Bank, 1993.

"Can Aid Facilitate Development? A New Vision for Development Cooperation in the 21st Century," paper presented Tokyo, Japan, September 17, 1997.

"Confronting AIDS in Developing Countries," address to Members of the European Parliament, Brussels, November 25, 1997.

"Development Under Adversity? The Palestinian Economy in Transition," address to the Conference on Development Under Adversity, Gaza, November 22, 1997.

"The East Asian Crisis and Its Implications for India," Commemorative Lecture for the Golden Jubilee Year Celebration of Industrial Finance Corporation of India, New Delhi, India, May 19, 1998.

"Distribution, Efficiency and Voice: Designing the Second Generation of Reform," presented at Conference on Asset Distribution, Poverty, and Economic Growth. Ministry of Land Reform, Brazil and the World Bank, Brasília, Brazil, July 14, 1998.

"Equitable and Sustainable Development," presented at the Conference on "Central Banking and Sustainable Development in the 21st Century," Kuala Lumpur, 28-30 August, 2000.

"The Future of China," presented in "China: Challenges and Prospects," at the World Bank Group - International Monetary Fund Annual Meetings Program of Seminars, Hong Kong SAR, China, September 22, 1997.

"Government, Financial Markets, and Economic Development," NBER Working Paper 3669, 1991. (Presented at a conference by the Vargas Foundation, "The Economic Reconstruction of Latin America," in Rio de Janeiro, August 1989.)

"Growth with Responsibility in a Globalized World – Findings of the Shadow G-8," with Stephany Griffith-Jones, Friedrich-Ebert-Stiftung *Dialogue on Globalization* Occasional Paper No. 31, May 2007.

"The Impact of Individual Accounts: Piecemeal vs. Comprehensive Approaches," with Mike Orszag, Peter Orszag, and Dennis Snower, presented at the World Bank Annual Development Conference, April 1999.

"An Issues Paper on Financial Markets and Policies in East Asian Economies," June 1992.

"Markets and Development," prepared for the American Economic Association Meetings, December 1980.

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," World Institute for Development Economics Research (WIDER) Annual Lectures 2, Helsinki, Finland, January 1998.

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," presented at the International Conference on Democracy, Market Economy, and Development. Seoul, Korea, February 27, 1999.

"A Report on the China Trip for the World Bank Project 'Public Policy and the Asian Miracle'," with Y. Qian, January 1993.

"The Role of the Financial System in Development," presentation at the Fourth Annual World Bank Conference on Development in Latin America and the Caribbean (LAC ABCDE), San Salvador, El Salvador, June 29, 1998.

"Second Generation Strategies for Reform for China," presented to Beijing University, Beijing, China, July 20, 1998

"Sound Finance and Sustainable Development in Asia," Keynote Address to the Asia Development Forum Manila, the Philippines, March 12, 1998.

"Statement to the Meeting of Finance Ministers of ASEAN plus 6 with the IMF and the World Bank," Kuala Lumpur, Malaysia, December 1, 1997.

"Statement to the Meeting of the Heads of Multilateral Development Banks," Inter-American Development Bank, Washington, D.C., January 15, 1998.

"Survey of the Economics of International Debt," with J. Eaton and M. Gersovitz, 1985.

"Taxes, Prices, and the Balance Between Industry and Agriculture," with R. Sah, presented at 8th International Economic Congress in New Dehli, December 1986.

"Technology, Taxes, Prices, and the Balance between Industry and Agriculture," with R. Sah, prepared in EMBRAPA-Yale Workshop, Brasilia, May 18-22, 1987.

"Theory of Imperfect Competition in Rural Credit Markets," with K. Hoff, Institute for Policy Reform Working Paper IPR 49, October 1992.

"A Theory of Rural Credit Markets with Costly Enforcement," with K. Hoff, October 1992.

"Toward a New Paradigm for Development: Strategies, Policies, and Processes," given as the 1998 Prebisch Lecture at UNCTAD, Geneva, October 19, 1998.

### 13. Distribution of Income and Wealth

"Simple Formulae for the Measurement of Inequality and the Optimal Linear Income Tax," IMSSS Technical Report No. 215, Stanford University, August 1976.

"Mobility and Inequality: A Utilitarian Analysis," with R. Kanbur, Economic Theory Discussion Paper 57, University of Cambridge, May 1982.

"Intergenerational Mobility and Dynastic Inequality," with R. Kanbur, Princeton University Economic Research Program Research memorandum No. 324, April 1986.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

## 14. Welfare Economics

"The Inefficiency of the Competitive Stock Market and Its Implications for the Depletion of Natural Resources," Studies in the Economics of Energy Resources, Technical Report No. 21, Stanford University, 1977.

"Pareto Inferior Trade and Optimal Trade Policy," with D. Newbery, Princeton University Econometric Research Program Research Memorandum 281, May 1981.

## 15. Comparative Economic Systems / Organization Theory

"Economics of Committees," with R. Sah, Center Discussion Paper 486, Economic Growth Center, Yale University, June 1985.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

"Lessons for Transition Economies from the Experience of the East Asian Tigers," Videorecording of a lecture given in an IMF Institute seminar series, November 7, 1996.

"Managerial Quality in Centralized versus Decentralized Economic Systems," with R. Sah, July 1986.

"Notes on Evolutionary Economics: Imperfect Capital Markets, Organizational Design, Long-run Efficiency." 1995.

"Perpetuation and Self-Reproduction of Organizations: The Selection and Performance of Managers," with R. Sah, presented at World Congress of Econometric Society, Cambridge, August 1985.

"Some Aspects of a General Theory of Economic Organization," lecture presented at the Ninth Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989.

## 16. Political Economy

"Gender and Development: The Role of the State," World Bank Gender and Development Workshop, Washington, D.C., April 2, 1998.

"Public Policy for a Knowledge Economy," remarks at the Department for Trade and Industry and Center for Economic Policy Research, London, U.K., January 27, 1999.

"Reflections on the Theory and Practice of Reform," presented to Stanford University, September 17, 1998.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods," lecture delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.

## 17. Theory of Taxation / Public Finance

"Financial Structure and the Incidence of the Corporate Income Tax," with B. Greenwald, March 1987.

"Information and Multi-Period Optimal Income Taxation with Government Commitment," with D. Brito, J. Hamilton, and S. Slutsky, NBER Working Paper 2458, December 1987.

"Information and Multi-Period Optimal Taxation With Self-Selection," with D. Brito, J. Hamilton and S. Slutsky, Princeton University, October 1983.

"Local Financing Alternative to the International Incidence of Corporate Income Taxes," with B. Greenwald, presented to NBER Conference on International Aspects of Taxation, September 1991.

"Modelling the Effects of Capital Gains Taxes on the Accrual and Realization of Capital Gains," Report prepared for the Department of the Treasury, October 1981.

"Pareto Efficient Taxation and Expenditure Policies, With Applications to the Taxation of Capital, Public Investment, and Externalities," presented at conference in honor of Agnar Sandmo, January 1998.

"Technological Change and Taxation," prepared for Conference on Tax Policy in the Twenty-First Century, Washington, D.C.

"Taxation and Agricultural Pricing Policies, Cost Benefit Analysis, and the Foreign Exchange Constraint," Paper prepared for the World Bank, September 1982.

"The Town-Versus-Country Problem: Optimal Pricing in an Agrarian Economy," with A. Braverman and R. Sah, presented to a Conference at the World Bank, June 1982.

## 18. Theory of Public Expenditures

"Project Appraisal and Foreign Exchange Constraints: A Simple Exposition," with C.R. Blitzer and P. Dasgupta, NBER Working Paper 2165, 1987.

"The Theory of International Public Goods and the Architecture of International Organizations," Background Paper No. 7, Third Meeting, High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10, 1995.

## 19. Miscellaneous

"Inequality and Capital Taxation," IMSSS Technical Report 457, Stanford University, July 1985.

"Incentives and Institutions in the Provision of Health Care in Developing Countries: Toward an Efficient and Equitable Health Care Strategy," Keynote Address, International Conference in Health and Economic Development, National Institutes of Health, 15 November 1999.

"China: Forging a Third Generation of Reforms," Speech given on July 23, 1999.