# EXHIBIT 1

# Thomas B Kepler, PhD

Department of Biostatistics & Bioinformatics
Department of Immunology
Duke University Medical Center

## CONTACT

| | |
|---|---|
| office | 2424 Erwin Road, Hock Plaza Suite 1103, Durham NC 27705 |
| voice | +1 919 681 0620 |
| FAX | +1 919 668 5888 |
| Email | kepler@duke.edu |
| URL | http://dulci.org |

## EDUCATION

| | | |
|---|---|---|
| Postdoctoral Fellowship | Santa Fe Institute, Alan S. Perelson, sponsor | 1991-1992 |
| Postdoctoral Fellowship | Brandeis University, Eve Marder, supervisor | 1989-1991 |
| Ph.D. Physics | Brandeis University, Laurence F. Abbott, adviser | 1989 |
| B.A. Physics | University of Massachusetts at Boston | 1985 |

## PRIMARY ACADEMIC APPOINTMENTS

| | | |
|---|---|---|
| Chief, Division of Computational Biology, Department of Biostatistics and Bioinformatics | Duke University Medical Center | 5/03-pres. |
| Professor, Department of Biostatistics and Bioinformatics | Duke University Medical Center | 8/02-pres. |
| Interim Director, Center for Bioinformatics and Computational Biology | Duke University | 4/03-4/05 |
| Vice President for Academic Affairs | The Santa Fe Institute | 7/00-7/02 |
| Associate Professor, Biomathematics Graduate Program Statistics Department | North Carolina State University | 6/98-6/00 |
| Assistant Professor, Biomathematics Graduate Program Statistics Department | North Carolina State University | 1/93-6/98 |

## SECONDARY ACADEMIC APPOINTMENTS AND MEMBERSHIPS

| | | |
|---|---|---|
| Institute for Statistics and Decision Sciences, Professor | Duke University | 11/04-10/07 |
| Biomolecular and Tissue Engineering Program, member | Duke University | 10/03-pres. |

| | | |
|---|---|---|
| Department of Immunology, Professor | Duke University Medical Center | 11/02-pres. |
| Center for Nonlinear and Complex Systems, member | Duke University | 10/02-pres. |
| Human Vaccine Institute, member | Duke University Medical Center | 8/02-pres. |
| Center for Bioinformatics and Computational Biology, member | Duke University | 8/02-pres. |
| Genomic Sciences Program, faculty | North Carolina State University | 2/00-6/00 |
| Bioinformatics Graduate Program, faculty | North Carolina State University | 9/99-6/00 |
| External Faculty member | Santa Fe Institute | 1/94-6/00; 8/02-pres. |
| The Center for Research in Scientific Computing, member | North Carolina State University | 10/94-6/00 |
| Interdepartmental Program in Immunology, faculty | North Carolina State University | 10/94-6/00 |

COMMITTEE MEMBERSHIP AND SERVICE

| | | |
|---|---|---|
| Scientific Working Group, NIAID Systems Biology of Infectious Disease | National Institute of Allergy and Infectious Disease | 9/09-pres. |
| Board of Scientific Counselors (ad-hoc member) | National Institute of Allergy and Infectious Disease | 5/08 |
| Science Advisory Board | Immune Response Consortium, MIT | 5/07-pres. |
| Scientific Working Group, NIAID Proteomics Research Centers | National Institutes of Health | 4/07-pres. |
| Executive Committee, Duke Center for AIDS Research | Duke University Medical Center | 8/05-pres. |
| Scientific Working Group, Viral Bioinformatics Resource Center | National Institutes of Health | 12/04-pres. |
| Appointments, Promotion and Tenure Committee; Department of Biostatistics and Bioinformatics | Duke University | 9/03-pres. |
| Monitoring Committee, Center for Demographic Studies | Duke University Medical Center | 8/03-8/05 |
| Steering committee, Center for Computational Science, Engineering and Medicine | Duke University | 10/02-4/07 |

| | | |
|---|---|---|
| Executive Committee, Center for Bioinformatics and Computational Biology | Duke University | 10/02-pres. |
| External Advisory Committee, Center for Evolutionary and Theoretical Immunology | University of New Mexico | 9/03-pres |
| Program Director, Innovation in Natural, Experimental and Applied Evolution | Santa Fe Institute | 9/02-9/03 |
| Local Development Committee | Statistical and Applied Mathematical Sciences Institute (SAMSI) | 9/02-8/05 |
| Committee on Applied and Theoretical Statistics | National Research Council. National Academy of Science | 9/01-6/05 |
| Scientific Advisory Board | Ribonomics, Inc. | 9/01-8/04 |
| Life Sciences Representative | SIAM News (Society for Industrial and Applied Mathematics) | 3/01-pres. |
| Director of the Biomathematics Graduate Program | North Carolina State University | 7/99-6/00 |
| Associate Editor | The Journal of Immunology | 8/95-6/00 |

HONORS & AWARDS

| | | |
|---|---|---|
| National Young Investigator Award | National Science Foundation | 1993 |
| Gillette Fellowship | Brandeis University | 1987 |
| David J. Falkoff Graduate Student Award | Brandeis University | 1986 |
| Department Prize in Physics | University of Massachusetts/Boston | 1985 |

PUBLICATIONS

Li L, He Q, Garland A, Yi Z, Aybar LT, Kepler TB, Frelinger JA, Wang B, Tisch R. (2009) beta cell-specific CD4+ T cell clonotypes in peripheral blood and the pancreatic islets are distinct. *J Immunol.* 18:7585-91.

Ciupe SM, BH Devlin, ML Markert, TB Kepler (2009) The dynamics of T-cell receptor repertoire diversity following thymus transplantation for DiGeorge Anomaly. *PLOS Comp. Biol.* 5: e1000396.

Liao H-X, Levesquec MC, Nagel A, Dixon A, Zhang R, Walter E, Parks R, Whitesides J, Marshall DJ, Hwang K-K, Yang Y, Chen X, Gao F, Munshaw S, Kepler TB, Denny T, Moody MA, Haynes BF (2009) High-throughput isolation of immunoglobulin genes from single human B cells and expression as monoclonal antibodies. *J. Virol. Meth.* **158**: 171-9.

Volpe JM, TB Kepler (2009) Genetic correlates of autoreactivity and autoreactive potential in human Ig heavy chains. *Immunome Research* **5**: 1.

Ji C, D Merl, TB Kepler and M West (2009) Spatial Mixture Modelling for Unobserved Point Processes: Application to Immunofluorescence Histology. *Bayesian Analysis* **4**: 1-20.

Sales AP, GD Tomaras, and TB Kepler (2008) Improving peptide-MHC class I binding prediction for unbalanced datasets. *BMC Bioinformatics*, **9**: 385.

Barefoot B, NJ Thornburg, DH. Barouch, J-S Yu, C Sample, RE *Johnston*, HX Liao, TB Kepler, BF Haynes, and E Ramsburg (2008) Comparison of multiple vaccine vectors in a single heterologous prime boost trial. *Vaccine*, **26**: 6108-18.

Frelinger J, TB Kepler, C Chan (2008) Flow: Statistics, visualization and informatics for flow cytometry, *Source Code Biol Med*, **3**:10.

Chan C, F Feng, D Foster, M West, and TB Kepler (2008) Statistical mixture modeling for cell subtype identification in flow cytometry. *Cytometry A,* **73**: 693-701.

Buckley KM, S Munshaw, TB Kepler, and LC Smith (2008) The 185/333 gene family is a rapidly diversifying host-defense gene cluster in the purple sea urchin, Strongylocentrotus purpuratus. *J Mol Biol*, **13**: 912-28. (Joint senior authors)

Riddle DS, Miller PJ, Vincent BG, Kepler TB, Maile R, Frelinger JA, Collins EJ (2008) Rescue of cytotoxic function in the CD8alpha knockout mouse by removal of MHC class II. *Eur J Immunol*, **38**: 1511-21.

Mitha FH, TA Lucas, F Feng, TB Kepler and C Chan (2008) The Multiscale Systems Immunology Project: Software for Cell-Based Immunological Simulation *Source Code Biol. Med.*, **3**: 6.

Munshaw S, Kepler TB. (2008) An Information-Theoretic Method for the Treatment of Plural Ancestry in Phylogenetics. *Mol Biol Evol, 25: 1199-208*.

Volpe JM, TB Kepler (2008) Large-scale analysis of human heavy chain V(D)J recombination patterns. *Immunome Res*. **4**:3

Ray S, TB Kepler (2007) Amino acid biophysical properties in the statistical prediction of peptide-MHC class I binding. *Immunome Res*. **3**: 9

Kepler TB, Chan C (2007) Spatiotemporal programming of a simple inflammatory process. *Immunol. Rev.*, **216**: 153-163. (invited)

Chan C, TB Kepler (2007) Computational immunology - from bench to virtual reality. *Ann Acad Med Singapore* **36** :123-5 (invited review)

Markert ML, Devlin BH, Alexieff MJ, Li J, McCarthy EA, Gupton SE, Chinn IK, Hale LP, Kepler TB, He M, Sarzotti M, Skinner MA, Rice HE, Hoehner JC (2007) Review of 54 patients with complete DiGeorge anomaly enrolled in protocols for thymus transplantation: outcome of 44 consecutive transplants. *Blood*. **109**:4539-47

Culton DA, Nicholas MW, Bunch DO, Zhen QL, Kepler TB, Dooley MA, Mohan C, Nachman PH, Clarke SH (2007) Similar CD19 Dysregulation in Two Autoantibody-Associated Autoimmune Diseases Suggests a Shared Mechanism of B-Cell Tolerance Loss. *J. Clin. Immunol.*, **27**:53-68.

Bauer DC, Hunter DJ, Abramson SB, Attur M, Corr M, Felson D, Heinegard D, Jordan JM, Kepler TB, Lane NE, Saxne T, Tyree B, Kraus VB (2006) Classification of osteoarthritis biomarkers: a proposed approach. *Osteoarthritis Cartilage* **14**:723-7.

Liu C, He M, Rooney B, Kepler TB, Chao NJ (2006) Longitudinal analysis of T-cell receptor variable beta chain repertoire in patients with acute graft-versus-host disease after allogeneic stem cell transplantation. *Biol Blood Marrow Transplant* **12**:335-45.

Volpe JM, LG Cowell, TB Kepler (2006) SoDA: implementation of a 3D alignment algorithm for inference of antigen receptor recombinations. *Bioinformatics* **22**:438-44.

Fadel SA, LG Cowell, S Cao, DA Ozaki, TB Kepler, DA Steeber, M Sarzotti (2006) Neonate-primed CD8+ memory cells rival adult-primed memory cells in Ag-driven expansion and anti-viral protection. *International Immunology* **18**: 249-57.

Tomfohr JK, J Lu, TB Kepler (2005) Pathway Level Analysis of Gene Expression using Singular Value Decomposition, *BMC Bioinformatics* **6**: 225-234.

He M, JK Tomfohr, BH Devlin, M Sarzotti, ML Markert, TB Kepler (2005) SpA: Web-accessible Spectratype Analysis: data management, statistical analysis and visualization. *Bioinformatics*, **15**: 3697-9.

Kepler TB (2005) Microsimulation of Inducible Reorganization in Immunity, in *Complex Systems Science in BioMedicine (International Topics in Biomedical Engineering)*, eds. TS Deisboeck, YJ Kresh, Plenum US.

Lu J, JK Tomfohr, TB Kepler (2005) Identifying differential expression in multiple SAGE libraries: an overdispersed log-linear model approach. *BMC Bioinformatics,* **6**: 165-178.

Kepler TB, M He, JK Tomfohr, BH Devlin, M Sarzotti, ML Markert (2005) Statistical analysis of antigen receptor spectratype data. *Bioinformatics*, **21**: 3394-400.

Zhang S-M, CM Adema, TB Kepler, ES Loker (2004) Diversification of Ig Superfamily Genes in an Invertebrate. *Science* **305**:251-4.

Smith JT, JK Tomfohr, MC Wells, TP Beebe Jr., TB Kepler and W M Reichert (2004) Measurement of Cell Migration on Fibronectin Gradients. *Langmuir* **20**: 8279-86.

Loker ES, CM Adema, S-M Zhang, TB Kepler (2004) Invertebrate immune systems--not homogeneous, not simple, not well understood. *Immunol Rev* **198**:10-24. (review)

Gao F, Y Chen, DN Levy, JA Conway, TB Kepler, H Hui (2003) Unselected Mutations in the Human Immunodeficiency Virus Type 1 Genome Are Mostly Non-synonymous and often Deleterious. *J Virol*, **78**:2426-33.

Bartl S, AL Miracle, LL Rumfelt, TB Kepler, E Mochon, GW Litman, MF Flajnik (2003) Terminal deoxynucleotidyl transferases from elasmobranchs reveal structural conservation within vertebrates. *Immunogenetics* **55**:594-604.

Trachtenberg E, B Korber, C Sollars, TB Kepler, PT Hraber, E Hayes, R Funkhouser, M Fugate, J Theiler, M Hsu, K Kunstman, S Wu, J Phair, H Erlich, S Wolinsky (2003) HLA-A and HLA-B Supertype Alleles Predict Human Immunodeficiency Virus Disease Progression Rate. *Nature Medicine* **9**: 928-935.

Cowell LG, M Davila, K Yang, TB Kepler, G Kelsoe (2003) Prospective Estimation of Recombination Signal Efficiency and Identification of Functional Cryptic Signals in the Genome by Statistical Modeling, *J. Exp. Med.* **197**: 207-220.

Cowell LG, M Davila, TB Kepler, G Kelsoe (2002) Identification and utilization of arbitrary correlations in models of recombination signal sequences, *Genome Biology*, **3**(12):research0072.1 - 0072.20.

McLain JET, TB Kepler and D Ahmann. (2002) Factors Influencing Methane Consumption in a Temperate Coniferous Forest Soil under Elevated Atmospheric $CO_2$: A Field Study. *Global Biogeochemical Cycles* **10**.1029/2001GB001439.

Morgan KT, H Ni, HR Brown, L Yoon, CW Qualls, Jr, LM Crosby, R Reynolds, B Gaskill, SP Anderson, TB Kepler, T Brainard, N Liv, M Easton, C Merrill, D Creech, D Sprenger, G Conner, PR Johnson, T Fox, R Tyler, M Sartor, E Richard, S Kuruvilla, W Casey, G Benavides (2002) Application of cDNA Microarray Technology to In Vitro Toxicology and the Selection of Genes for a Real Time RT-PCR-Based Screen for Oxidative Stress in Hep-G2 Cells. *Tox. Pathol.* **30**: 435-451.

Kepler TB, L Crosby and KT Morgan (2002) Normalization and analysis of DNA microarrays by self-consistency and local regression. *Genome Biology* **3**(7): research0037.1-0037.12.

Solé RV, R Pastor-Satorras, DE Smith, and TB Kepler (2002) A Model of Large-Scale Proteome Evolution. *Adv. Complex Sys.* **5**: 43-54.

Kepler TB and TC Elston (2001) Stochasticity in Transcriptional Regulation: Origins, Consequences and Mathematical Representations. *Biophys. J.* **81**: 3116-36

Kepler TB and M Oprea (2001) Improved inference of mutation rates: I. An Integral Representation of the Luria-Delbrück distribution. *Theor. Pop. Biol.* **59**: 41-48

Oprea M and TB Kepler (2001) Improved inference of mutation rates: II. Generalization of the Luria-Delbrück distribution for realistic cell cycle time distributions. *Theor. Pop. Biol.* **59**: 49-59

Radmacher MD and TB Kepler (2001) Waiting times to appearance and dominance of advantageous mutants: Estimation based on the likelihood. *Math. Biosci.* **170**: 57-78

Elston T and TB Kepler (2001) A linear two-state model with complex dynamics. *Phys. Lett. A* **280**: 204-208

Oprea M, LG Cowell and TB Kepler (2001) Somatic hypermutation closely resembles meiotic mutation. *J. Immunol.* **166**: 892-899

Zavolan M and TB Kepler (2001) Statistical inference of sequence-dependent mutation rates. *Curr. Opinion Gen. Dev.* **11**: 612-5. (review)

Buchman TG, J P Cobb, AS Lapedes, TB Kepler (2001) Complex Systems Analysis: A Tool for Shock Research. *Shock* **16**: 248-51. (editorial)

Crosby LM, KS Hyder, AB DeAngelo, TB Kepler, B Gaskill GR Benavides, L Yoon, and KT Morgan (2000) Morphologic Analysis Correlates with Gene Expression Changes in Cultured F344 Rat Mesothelial Cells. *Toxicol. Appl. Pharmacol.*, **169**: 205-221

Cowell LG and TB Kepler (2000) The nucleotide-replacement spectrum under somatic hypermutation exhibits microsequence dependence that is strand-symmetric and distinct from that under germline mutation, *J. Immunol.* **164**: 1971-1976

Oprea M and TB Kepler (1999) Genetic plasticity of V genes under somatic hypermutation: Statistical analyses using a new resampling-based methodology. *Genome Res.* **9**: 1294-1304

Betts MR, JF Krowka, TB Kepler, M Davidian, C Christopherson, S Kwok, L Louie, J Eron, H Sheppard, and JA Frelinger (1999) Human Immunodeficiency Virus Type-1 (HIV-1) Specific Cytotoxic T Lymphocyte Activity is Inversely Correlated with HIV-1 Viral Load in HIV-1 Infected Long-Term Survivors. *J. AIDS Hum. Retrovir.* **15**: 1219

Keys DA, DG Wallace, TB Kepler and RB Conolly (1999) Quantitative estimation of alternative mechanisms of blood and testes deposition of Di(2-ethylhexyl) Pthalate and Mono(2-ethylhexyl) Pthalate in rats. *Toxicological Sciences* **49**: 172-185

Cowell LG, H-J Kim, T Humaljoki, C Berek, and TB Kepler (1999). Enhanced evolvability in immunoglobulin V genes under somatic hypermutation. *J. Molec. Evol.* **49**: 23-26

Gangi-Petersen L, D Sorscher, TB Kepler, and B Mitchell (1999). Nucleotide pool imbalance and adenosine deaminase deficiency induce alterations of N-region insertion during V(D)J recombination. *J. Clin. Invest.* **103**: 833-841

Kepler TB and AS Perelson (1998) Drug concentration heterogeneity facilitates the evolution of drug resistance. *Proc. Nat. Acad. Sci. USA* **95**: 11514-11519

Radmacher MD, G Kelsoe and TB Kepler (1998) Predicted and inferred waiting times for key mutations in the germinal centre reaction: Evidence for stochasticity in selection. *Immunol. Cell Biol.* **76**: 373-381

Cowell L, TB Kepler, M Janitz, R Lauster and NA Mitchison (1998) The distribution of variation in regulatory gene segments, as present in MHC class II promoters. *Genome Res.* **8**: 124-134

Cowell LG, L Crowder and TB Kepler (1998) Density-dependent prenatal androgen exposure as an endogenous mechanism for the generation of cycles in small mammal populations. *J. Theor. Biol.* **190**: 93-106

Kepler TB and S Bartl (1998) Plasticity under somatic mutation in Immunoglobulins and T-cell receptors. *Curr. Top. Microbiol. Immunol.* **229**:149-162. (review)

Kepler TB (1997) Codon bias and plasticity in immunoglobulins. *Mol. Biol. Evol.* **14**: 637-643

Kepler TB (1997) Oligomerization and PrP$^{Sc}$ Stability in Prion Propagation: A Mathematical Analysis. in *Advances in Mathematical Population Dynamics: Molecules, Cells and Man*, Eds. O. Arino, D. Axelrod and M. Kimmel (World Scientific, Singapore)

Kepler TB, M Borrero, B Rugerio, SK McCray and SH Clarke (1996) Interdependence of N-nucleotide addition and recombination site choice in V(D)J rearrangement. *J. Immunol.* **157**: 4451-4457

Kepler TB and AS Perelson (1995) Modeling and Optimization of Populations Subject to Time-Dependent Mutation. *Proc. Natl. Acad. Sci. USA* **92**: 8219-8222

Kelsoe G, B Zeng, TB Kepler (1995) Do T-cells hypermutate? *Nature* **375:** 286 (Scientific Correspondence)

Han S, K Hathcock, B Zeng, TB Kepler, R Hodes and G Kelsoe (1995) Cellular interaction in germinal centers: I. The roles of CD40-ligand and B7-2 in established germinal centers. *J. Immunol.* **155**: 556-567

Perelson AS and TB Kepler (1995) The immune system as a complex system: Adaptation by somatic mutation. In *Chaos & Complexity* 93, J. Tran Tranh Van, P. Berge, R. Conte and M. Dubois, eds., Editiones Frontieres, Gif-sur-Yvette, France, pp 97-106

Kepler TB and AS Perelson (1993) Cyclic re-entry of germinal center B cells and the efficiency of affinity maturation. *Immunol. Today* **14**: 412-415

Kepler TB and AS Perelson (1993) Somatic hypermutation in B cells: An optimal control treatment. *J. Theor. Biol.* **164**: 37-64

Marder E, LF Abbott, F Buchholtz, IR Epstein, J Golowasch, SL Hooper and TB Kepler (1993) Physiological insights from cellular and network models of the stomatogastric nervous system of lobsters and crabs. *Am. Zool.* **33** 29-39

Kepler TB and E Marder (1993) Spike initiation and propagation on axons with slow inward currents. *Biol. Cyb.* **68**: 209-215

Kepler TB (1992) Geometric phases in dissipative classical systems. *Mod. Phys. Lett.* **6**:1613-1622. (review)

Kepler TB, LF Abbott and E Marder (1992) Reduction of conductance-based neuron models. *Biol. Cyb.* **66**: 381-387

Marder E, JM Weimann, TB Kepler and LF Abbott (1992) Computational implications of a serotonin-sensitive region of axonal membrane on a dual-function motor neuron. in *Analysis and Modeling of Neural Systems II*, F Eeckman, ed. (Kluwer Academic Press, Norwell) pp. 377-390

Kepler TB, ML Kagan and IR Epstein (1991) Geometric phases in dissipative systems. *CHAOS* **1**: 455-461

Kepler TB and ML Kagan (1991) Geometric phase shifts under adiabatic changes in classical dissipative systems. *Phys. Rev. Lett.* **66**: 847-849

Kagan ML, TB Kepler and IR Epstein (1991) Geometric phase shifts in chemical oscillators *Nature* 349 506-508

Kepler TB, LF Abbott and E Marder (1991) Order reduction for dynamical systems describing the behavior of complex neurons. in *Advances in Neural Information Processing Systems 3*, RP Lippmann, JE Moody and DS Touretzky, eds. (Morgan Kaufmann, San Mateo)

Kepler TB, S Datt, RB Meyer and LF Abbott (1990) Chaos in a neural network circuit. *Physica D* **46**: 449-457

Kepler TB (1990) Domains of attraction and the density of static metastable states in single-pattern iterated neural networks. *J. Phys. A: Math. Gen.* **24**: 1083-1092

Kepler TB, LF Abbott and E Marder (1990) The effect of electrical coupling on the frequency of model neuronal oscillators. *Science* **248**: 83-85

Marder E, LF Abbott, TB Kepler and S Hooper (1990) Modification of oscillator function by electrically coupled neurons in *Induced Rhythmicities in the Brain*, T Bullock and E Basar, eds (Birkhauser, Boston)

Abbott LF and TB Kepler (1990) Model neurons: from Hodgkin-Huxley to Hopfield. in *Statistical Mechanics of Neural Networks*, L Garrido, ed (Springer-Verlag, Berlin)

Abbott LF and TB Kepler (1989) Universality in the space of interactions for network models. *J. Phys. A: Math. Gen.* **22**: 2031-2038

Abbott LF and TB Kepler (1989) Optimal learning in neural network memories *J Phys A: Math. Gen.* **22**: L711-L717

Kepler TB and LF Abbott (1988) Domains of attraction in neural networks. *J. Phys. France* **49**:1657-1662

ACTIVE RESEARCH SUPPORT

N01-AI 5000195(Kepler)     9/15/05 – 9/14/10                6 calendar
NIH                        $1,900,570 / year
Multiscale Systems Immunology for Adjuvant Development

The major goals are to develop an integrated computational model and systematic set of experiments to study the correlation between gene expression programs in dendritic cells and T cells and the spatial reorganization of these cells during the immune response to vaccination.

5 P30 AI 064518-03 (Kepler)    7/1/05 – 6/30/10                     1.2 calendar
NIH                            $123204 / year
Center for Aids Research

The major goal is to provide core expertise and collaboration in computational biology and biostatistics to the community of HIV/AIDS researchers at the Duke CFAR.

5 U19 A1067798-03 (Owzar)      8/31/05 – 7/31/10                    0.6 calendar
NIH                            $96,000 / year
Centers for Medical Countermeasures Against Radiation - Bioinformatics

The major goal is to develop and deploy an information sharing system that will allow rapid and transparent exchange of data and their accompanying analyses among collaborators.

U01 A1 067854-03 (Haynes)      7/14/05 – 6/30/12                    0.6 calendar
NIH                            $38,052 / year
Center for HIV/AIDS Vaccine Immunology
R01 Aim 3 (Kepler sub-investigator)

The major goals of the CHAVI consortium are ; (1) to elucidate early viral and immunological events and host genetic factors associated with HIV-1 transmission, establishment of infection, and (partial) containment of virus replication (ii) to determine correlates of SIV immune protection in primates (iii) to design, develop, and test novel immunogens and adjuvants that elicit persistent mucosal and/or systemic immune responses to HIV-1 and SIV in humans and primates; and (iv) to evaluate HIV-1 vaccine candidates in early phase clinical trials.


38643 (Kepler, subproject to Haynes)
                               08/1/06 – 7/31/11                    0.6 calendar
Gates Foundation               $104,490 / year
ZDAC Global HIV/AIDS Vaccine Enterprise

The major goal is to develop a database and analysis tool set for sequence and structural comparison of immunogens and antibodies.