UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, *ET AL.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, *ET AL.*, <br><br> Defendants. | 09 Civ. 4515 (RWS) <br><br> ECF <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Lee Carl Bromberg of McCarter & English, LLP hereby enters an appearance as counsel in the above-captioned action on behalf of *Amicus Curiae* Boston Patent Law Association.

Dated: January 21, 2010

McCARTER & ENGLISH, LLP

By:   /s/Lee Carl Bromberg
    Lee Carl Bromberg
Attorneys for *Amicus Curiae*
Boston Patent Law Association
265 Franklin Street
Boston, MA  02116
(617) 449-6500
lbromberg@mccarter.com

ME1 9471579v.1

## CERTIFICATE OF SERVICE

This is to certify that on January 13, 2010, a true and correct copy of the foregoing Notice of Appearance has been served on registered counsel of record via the Court's ECF system.

Dated: January 21, 2010            /s/Lee Carl Bromberg
                                   Lee Carl Bromberg

ME1 9471579v.1