UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | 09 Civ. 4515 (RWS) <br><br> MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF <br><br> RECEIVED <br> JAN 19 2010 <br> JUDGE SWEET CHAMBERS |

PLEASE TAKE NOTICE that proposed *Amicus Curiae,* Kevin E. Noonan, *pro se* shall move this Court, before the honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY, at a date and time to be determined by the Court, for leave to file a brief *amicus curiae.*

Submitted contemporaneously herewith are: (1) a Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amicus curiae;* and (2) the proposed *amicus curiae* brief and exhibits.

Dated: January 15, 2010

Respectfully Submitted:

By: _____
Kevin E. Noonan
McDonnell Boehnen Hulbert & Berghoff L.L.P.
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001
Noonan@mbhb.com

*Amicus Curiae pro se.*

*So ordered*
*Sweet*
*USDJ*
*1-20-10*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/10

# CERTIFICATE OF SERVICE

      This is to certify that on January 15, 2010 a true and correct copy of the foregoing document has been served on each counsel of record listed below via overnight courier.

Dated: January 15, 2010

By: _____
Kevin E. Noonan
McDonnell Boehnen Hulbert & Berghoff L.L.P.
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001
Noonan@mbhb.com


Brian M. Poissant
JONES DAY
222 East 41st Street
New York, NY 10017-6702


Preet Bharara
United States Attorney for the
Southern District of New York
86 Chambers Street- 3rd Floor
New York, New York 10007


Ross E. Morrison
Assistant United States Attorney
86 Chambers Street- 3rd Floor
New York, New York 10007

Christopher A. Hansen
Aden Fine
Lenora M. Lapidus
Sandra S. Park
American Civil Liberties Union Foundation
125 Broad Street- 18th Floor
New York, NY 10004

Daniel B. Ravicher
Public Patent Foundation (PUBPAT)
Benjamin N. Cardozo School of Law
55 Fifth Ave., Suite 928
New York, NY 10003