COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, ET AL., | 09 Civ. 4515 (RWS) |
| Plaintiffs, | ECF |
| v. | MOTION FOR LEAVE TO FILE |
| UNITED STATES PATENT AND TRADEMARK OFFICE, ET AL., | AMICUS CURIAE BRIEF |
| Defendants. | |

PLEASE TAKE NOTICE that proposed *Amicus Curiae* Boston Patent Law Association ("BPLA"), shall move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for leave to file an *amicus curiae* brief.

Submitted herewith are: (1) a Memorandum of Law in Support of this Motion for Leave to File *Amicus Curiae* Brief and (2) BPLA's proposed *amicus curiae* brief.

Dated: January 13, 2010

McCARTER & ENGLISH, LLP

By: /s/Lee Carl Bromberg
Lee Carl Bromberg
Lori J. Shyavitz
Attorneys for *Amicus Curiae*
Boston Patent Law Association
265 Franklin Street
Boston, MA 02116
(617) 449-6500
lbromberg@mccarter.com
lshyavitz@mccarter.com

*Of Counsel:*
Erik Paul Belt
 Co-Chair, BPLA *Amicus* Committee
Maria Laccotripe Zacharakis, Ph.D.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02116
(617) 449-6500
ebelt@mccarter.com
mzacharakis@mccarter.com

ME1 9449835v.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/10

So ordered.
Sweet U SDJ
1-26-10

## CERTIFICATE OF SERVICE

This is to certify that on January 13, 2010, a true and correct copy of the foregoing Motion for Leave to File Brief *Amicus Curiae* has been served on registered counsel of record via the Court's ECF system.

Dated: January 13, 2010 /s/Lori J. Shyavitz
Lori J. Shyavitz