IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | CASE NO. 09-CV-4515 (RWS) <br><br> NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10

PLEASE TAKE NOTICE that proposed *Amici Curiae* BayBio, Celera Corporation, The Coalition for 21st Century Medicine, Genomic Health, Inc. and QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc. shall and does hereby move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for leave to file a brief *amici curiae*.

Filed herewith are: (1) Memorandum of Law in Support of this Motion for Leave to File a proposed brief *amici curiae*, (2) proposed Order granting leave to file the proposed brief *amici curiae*, and (3) the proposed brief *amici curiae* and the supporting Declaration of William G. Gaede, III.

DATED:  January 6, 2010                Respectfully Submitted,

                                        By:  /s/ Michael R. Huttenlocher
                                             Michael R. Huttenlocher
*Of Counsel:*                                Obiamaka P. Madubuko
                                             MCDERMOTT WILL & EMERY LLP
William G. Gaede, III                        340 Madison Avenue
Andrew A. Kumamoto                           New York, NY 10173-1922
MCDERMOTT WILL & EMERY LLP                   Telephone: (212) 547-5400
275 Middlefield Road, Suite 100              Facsimile: (212) 547-5444
Menlo Park, CA 94025                         omadubuko@mwe.com
wgaede@mwe.com
akumamoto@mwe.com
                                        *Counsel of Record for Amici Curiae*

So Ordered
/s/ Sweet USDJ
1-26-10

-1-

MPK 160208-1.009900.0023

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | CASE NO. 09-CV-4515 (RWS) <br><br> [PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF *AMICI CURIAE* |

This matter having come before the Court on Proposed *Amici Curiae* BayBio, Celera Corporation, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc.'s Motion for Leave to File Brief *Amici Curiae*, the Court having reviewed the parties' Stipulation and the record herein, and good cause appearing therefor,

IT IS SO ORDERED that *Amici Curiae* BayBio, Celera Corporation, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc.'s motion is GRANTED.

DATED: _____    _____
HONORABLE ROBERT W. SWEET
JUDGE OF THE U.S. DISTRICT COURT

-1-