USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/10

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: 212.326.3939 • FACSIMILE: 212.755.7306

Direct Number: (212) 326-3838
bmpoissant@jonesday.com

January 28, 2010



**VIA FACSIMILE (212) 805-7925**

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Association for Molecular Pathology, et al. v. U.S. Patent and Trademark Office, et al., Civil Action No. 09-4515 (RWS)

Dear Judge Sweet:

We are counsel for defendants, Myriad Genetics and the individuals named as Directors of the University of Utah Research Foundation ("Myriad defendants"). As you are aware, oral argument on the pending summary judgment motions, as well as the USPTO motion for judgment on the pleadings, is scheduled for next Tuesday, February 2, at 10:00 am.

In presenting at the oral argument, it may be of assistance to the Court to utilize a PowerPoint presentation. On behalf of the Myriad defendants, we are writing this letter to seek permission to utilize such a PowerPoint (or other visual) presentation should we choose to do so. We have discussed this with counsel for the plaintiffs and they have consented, provided that we provide them with a copy of any presentation by 3:00 pm on Monday afternoon, February 1. In turn, plaintiffs would do the same should they elect to use a PowerPoint (or other visual) presentation at oral argument.

Respectfully,

Brian M. Poissant

So ordered
Sweet USDJ
1.29.10

cc: (via email)
Christopher A. Hansen
Sandra S. Park
Daniel B. Ravicher
Ross E. Morrison, Esq.

NYI-4240334v1
ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON