# EXHIBIT 1
## (PART 2 OF 2)

E \IR CODE LABEL



# U.S. PATENT APPLICATION

| ERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/487,002 | 06/07/95 | 435 | 1805 |

**APPLICANT**

MARK H. SKOLNICK, SALT LAKE CITY, UT; DAVID E. GOLDGAR, SALT LAKE CITY, UT; YOSHIO MIKI, SALT LAKE CITY, UT; JEFF SWENSON, SALT LAKE CITY, UT; ALEXANDER KAMB, SALT LAKE CITY, UT; KEITH D. HARSHMAN, SALT LAKE CITY, UT; DONNA M. SHATTUCK-EIDENS, SALT LAKE CITY, UT; SEAN V. TAVTIGIAN, SALT LAKE CITY, UT; ROGER W. WISEMAN, DURHAM, NC; P. ANDREW FUTREAL, DURHAM, NC.

```
**CONTINUING DATA**********************
VERIFIED      THIS APPLN IS A CIP OF    08/409,305 03/24/95
              WHICH IS A CIP OF         08/348,824 11/29/94
              WHICH IS A CIP OF         08/308,104 09/16/94
              WHICH IS A CIP OF         08/300,266 09/02/94 ABN
              WHICH IS A CIP OF         08/289,221 08/12/94


**FOREIGN/PCT APPLICATIONS************
VERIFIED
```

| TATE OR OUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| UT | 19 | 28 | 2 | $1,056.00 | 24884-109347 |

**TITLE**

17Q-LINKED BREAST AND OVARIAN CANCER SUSCEPTIBILITY GENE

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                          Certifying Officer

**20**

| *Notice of Allowability* | Application No. 08/487,002 | Applicant(s) Skolnick et al. | |
|---|---|---|---|
| | Examiner Dianne Rees | Group Art Unit 1807 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *2/25/97* .

☒ The allowed claim(s) is/are *1-4, 6-8, 10-14, 16-19, and 29-47* .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. *10* .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☒ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

## DETAILED ACTION

1.        An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37

CFR 1.312.  To ensure consideration of such an amendment, it MUST be submitted no later than

the payment of the issue fee.

        Authorization for this examiner's amendment was given in a telephone interview with

Jeffrey Inhen on 4/21/97.


2.        The application has been amended as follows:


        Claim 48 has been canceled.


The following is an examiner's statement of reasons for allowance:


The claims are drawn to methods of screening a tumor sample for a somatic alteration in a

BRCA1 gene  by detecting changes in the structure and/or expression of the gene and its products

(transcripts and proteins expressed by said transcripts). In a further embodiment of the invention,

the detection of specific mutant alleles is recited. Applicants are first to discover the sequence of

the wild type BRCA1 gene and disclose and enable the methods of detection recited broadly

herein (Applicant's declaration by Dr. Wolfert was considered persuasive with regards to method

claims employing altered -epitope specific antibodies. The skill in the art in this technology is high and such antibodies have been routinely made for a number of years. It is further noted that workers in the field have generated antibodies to various domains of the BRCA1 protein subsequent to the filing of this application using the same methodology disclosed in the instant application). Detection of somatic alterations are an indication of a progression to neoplasia when such alterations are opposite a chromosome comprising a germline alteration in the BRCA1 gene and thus the present invention provides a useful screening to assess progression to neoplasia in patients with breast or ovarian cancer.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

3.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Dianne Rees whose telephone number is (703) 308-6565.

Dianne Rees
4/28/97

W. GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800
5/12/97

**23**



5753441

PATENT JUL 19 1998

SERIAL NUMBER

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/488,311 | 01/05/95 | 435 | 6 | 7 | Rees |

APPLICANTS: MARK H. SKOLNICK, SALT LAKE CITY, UT; DAVID E. GOLDGAR, SALT LAKE CITY, UT; YOSHIO MIKI, SALT LAKE CITY, UT; JEFF SIMPSON, SALT LAKE CITY, UT; ALEXANDER KAMB, SALT LAKE CITY, UT; KEITH D. HORSMANN, SALT LAKE CITY, UT; DONNA M. SHATTUCK-EIDENS, SALT LAKE CITY, UT; SEAN V. TAVTIGIAN, SALT LAKE CITY, UT; ROGER W. WISEMAN, DURHAM, NC; P. ANDREW FUTREAL, DURHAM, NC.

**CONTINUING DATA**

VERIFIED       THIS APPLN IS A CIP OF    08/409,305 03/24/95
                    WHICH IS A CIP OF    08/348,824 11/29/94
                    WHICH IS A CIP OF    08/308,104 09/16/94
                    WHICH IS A CIP OF    08/300,266 09/02/94 ABN
                    WHICH IS A CIP OF    08/289,221 08/12/94

Rees 435/6

/DR 5/7/97

**FOREIGN/PCT APPLICATIONS**
VERIFIED

NONE DF S/7/97

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. 5711001

FOREIGN FILING LICENSE GRANTED 04/05/96

| Foreign priority claimed ☐ yes ☑ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☑ no Verified and Acknowledged _____ Examiner's Initials | | UT | 19 | 27 | | $1,034.00 | 21952-1 |

ADDRESS:
VENABLE BAETJER HOWARD AND CIVILETTI
1201 NEW YORK AVENUE NW
SUITE 1000
WASHINGTON DC 20005

TITLE: 17Q-LINKED BREAST AND OVARIAN CANCER SUSCEPTIBILITY GENE

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-

PARTS OF APPLICATION
FILED SEPARATELY

NOTICE OF ALLOWANCE MAILED

DIANNE REES
Assistant Examiner

| CLAIMS ALLOWED |  |
|---|---|
| Total Claims | Print Claim |
| 37 | 1 |

ISSUE FEE

GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800

Primary Examiner

PREPARED FOR ISSUE

| DRAWING |  |  |
|---|---|---|
| Sheets Drwg. | Figs. Drwg. | Print Fig. |
| 18 | 19 | 5 |

ISSUE BATCH NUMBER  N28

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

ISSUE FEE IN FILE

(FACE)

briefed w group 1800

PATENT APPLICATION ~~ROVED FOR LICENSE~~ ☐

08/

08/488011

||||||||||||||||||||
08488011

ALS AUG 1 1 1995 42

08 488011

| Date Entered or Counted | **CONTENTS** | Date Received or Mailed |

RECEIV
96 JUN 13
GROUP 1800

| | | |
|---|---|---|
| 1. | Application papers. | 6/29/95 |
| 2. | Statement 1,8.2 | 8-22-95 |
| 3. | | 8-22-95 |
| 4. | Raw Seq. Listing (disk) | 8-17-95 |
| 5. | Decl + Fee | 12-1-95 |
| 6. | Notice of Inf. | 4-30-96 |
| 7. | Rep 3 mos | 7-24-96 |
| 8. | Raw Seq. List | 1-5-96  7/1 |
| 9. | Info. Disclosure | 10-2-95 |
| 10. | Supple Disclosure | 2-23-96 |
| 11. | IDS | 5-7-96 |
| 12. | Petition to make special | 5-8-96 |
| 13. | First Amd t A | 6-8-96 |
| 14. | Amd t B | 9-2-96 |
| 15. | Supple Amd t C | 11-7-96 |
| 16. | Declaration | 11-7-96 |
| 17. | Supple Amd t D | 1-14-97 |
| 18. | F- Rej 3 Mos. | 4-15-97  11 |
| 19. | Terminal Disclaimer | 9/12/9 8/14 |
| 20. | Amd t E (NE) / Seq listing / disk | 4/30/97 |
| 21. | Interview Summary | 5/9/97 |
| 22. | EXMR's Amd t/F | 8-22-97  3/3 |
| 23. | Raw Seq. List | 5-6-97 |
| 24. | Formal Drawings (26 shts) sc. 1. | 7/4/97 |
| 25. | PTO GRANT MAY 19 1998 | 7/14/97 |
| 26. | **PTO GRANT MAY 1 9 1998** | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |

(FRONT)

25



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 435 | 6 | 7/9/96 | DK |
| 435 | 91.1 | | |
| 435 | 91.2 | | |
| 435 | 7.1-7.9 | | |
| 536 | 23.1 | | |
| 536 | 24.3 | | |
| | .33 | | |
| updated Search | | 4/12/97 | DK |
| updated Search | | 5/18/97 | DK |
| added 436 | 500 | | |
| 435 | 4 | | |
| 424 | 1, 11 | | |
| 436 | 548 | | |
| 536 | 387.2 | 387.2 | |
| 530 | 387.2 | | |
| 424 | 388.1 | | |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| APS, STN - see search nots for related cases, see, ID's updated search | 7/9/96 | DK |
| updated Search talked to A. Atzel | 4/12/97 | DK |
| updated Search | 5/18/97 | DK |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 435 | 6 | 5/18/97 | DK |
| | 91.1, 91.2 | | |
| | 7.1→7.9 | | |
| 436 | 4 | | |
| | 548 | | |
| 530 | 500 | | |
| | 387.2 | | |
| 424 | 1, 11, 88 | | |
| 536 | 23.1, | | |
| | 24.3, | | |
| | 24.33 | | |
| Seq. ID's | | | |

(RIGHT OUTSIDE)

26

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 401 | 8-15-95 |
| TYPIST | 442 | 4/5/96 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | 455 | 1-5-96 |
| FILE MAINT. | 452 | 8-17-95 |
| DRAFTING | | |

## INDEX OF CLAIMS

| Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | |
| 2 | 2 | | | | | | | | |
| 3 | 3 | | | | | | | | |
| 4 | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| 5 | 6 | | | | | | | | |
| 6 | 7 | | | | | | | | |
| 7 | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| 8 | 10 | | | | | | | | |
| 9 | 11 | | | | | | | | |
| 10 | 12 | | | | | | | | |
| 11 | 13 | | | | | | | | |
| 12 | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| 13 | 16 | | | | | | | | |
| 14 | 17 | | | | | | | | |
| 15 | 18 | | | | | | | | |
| 16 | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| 17 | 28 | | | | | | | | |
| 18 | 29 | | | | | | | | |
| 20 | 30 | | | | | | | | |
| 20 | 31 | | | | | | | | |
| 21 | 32 | | | | | | | | |
| 22 | 33 | | | | | | | | |
| 23 | 34 | | | | | | | | |
| 24 | 35 | | | | | | | | |
| 25 | 36 | | | | | | | | |
| 27 | 37 | | | | | | | | |
| 26 | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| 29 | 40 | | | | | | | | |
| 30 | 41 | | | | | | | | |
| 31 | 42 | | | | | | | | |
| 32 | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| 33 | 45 | | | | | | | | |
| 34 | 46 | | | | | | | | |
| 35 | 47 | | | | | | | | |
| 33 | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

SYMBOLS
✓ .................... Rejected
— .................... Allowed
– (Through numbers) Canceled
R .................... Restricted
N .................... Non-elected
I .................... Interference
A .................... Appeal
O .................... Objected

(LEFT INSIDE)

27



PATENT NUMBER

**ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| 435 | 6 |

APPLICATION SERIAL NUMBER
08488011

APPLICANT'S NAME (PLEASE PRINT)
SKOLNICK et al

REISSUE, ORIGINAL PATENT NUMBER

**CROSS REFERENCE(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
|---|---|---|---|---|
| 435 | 91.2 | 91.2 | 7.1 | 7.2 |
| 435 | 7.9 | 4 | | |
| 436 | 518 | 500 | | |
| 530 | 387.2 | 388.1 | | |
| 424 | 1.11 | 88 | | |
| 536 | 23.1 | 24.3 | 24.33 | |

**INTERNATIONAL CLASSIFICATION**

| | | | |
|---|---|---|---|
| C | 12 | Q | 1/68 |
| C | 12 | P | 19/34 |
| C | 07 | H | 21/02 |
| C | 07 | H | 21/04 |

GROUP ART UNIT 1807

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
DIANNE REES

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
W. Gary Jones

PTO 270 (REV. 5-91)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

SYMBOLS
– ............ Rejected
✓ ............ Allowed
– (Through numeral) Canceled
+ ............ Restricted
N ............ Non-elected
I ............ Interference
A ............ Appeal
O ............ Objected

(LEFT INSIDE)

28

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 08/488,011 | Skolnick et al. |
| | Examiner | Group Art Unit |
| | Dianne Rees | 1807 |



All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _9/12/96, 4/30/97_ .

☒ The allowed claim(s) is/are _1-4, 6-8, 10-13, 13, 14, 14-19, and 28-48_ .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS FROM THE "DATE MAILED"** of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _7_ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _9, 10_

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☒ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

## DETAILED ACTION

1.          An examiner's amendment to the record appears below.  Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be submitted

no later than the payment of the issue fee.

2.          An examiner's amendment to the record appears below.  Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be submitted

no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with

Jeffrey Inhen on May 19, 1997

The application has been amended as follows:

**30**

In claims 41-47, the words "comprises the alteration comprising" has been deleted and --consists of-- has been inserted.

3.          The following is an examiner's statement of reasons for allowance:

The claims are drawn to methods of detecting germline alterations in the BRCA1 gene by detecting alterations in BRCA1 nucleic acids or in the products expressed by these nucleic acids, such as by the use of eptiope specific antibodies. In a further embodiment of the invention , the method is used to detect specific polymorphisms in the BRCA1 gene. Applicants are first to discover the sequence of the wild type BRCA1 gene and disclose and enable the methods of detection recited broadly herein (Applicant's declaration by Dr. Wolfert was considered persuasive with regards to method claims employing altered -epitope specific antibodies). The skill in the art in this technology is high and such antibodies have been routinely made for a number of years. It is further noted that workers in the field have generated antibodies to various domains of the BRCA1 protein subsequent to the filing of this application using the same methodology disclosed in the instant application.  Detection of germline mutations in the BRCA1 gene provide an indication of increased susceptibility to breast and ovarian cancer.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Dianne Rees whose telephone number is (703) 308-6565.

W. GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800
5/10/97

Dianne Rees
5/19/97

May 19, 1997

**32**

ISSUE CLASSIFICATION
Class 435
Subclass 6

PATENT NUMBER
**6033857**

6033857

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED | MAR 07 2000 |
| Q.A. | |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 435 | 6 | 1632 | Hauda |

FILED WITH: ☐ DISK (CRF) ☐ FICHE
*(Attached in pocket on right inside flap)*

---

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | |
|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | |
| 435 | 6 | 435 | 7.2 | 69.1 | 325 | 320.1 | |
| **INTERNATIONAL CLASSIFICATION** | | 536 | 23.1 | 23.5 | | | |
| C 0 7 H | 21/00 | | | | | | |
| C 1 2 N | 15/63 | | | | | | |
| C 1 2 N | 15/79 | | | | | | |
| C 1 2 N | 15/11 | | | | | | |
| C 1 2 N | 15/09 | | | | | ☐ Continued on Issue Slip Inside File Jacket | |

2-9-00 Formal Drawings ( 9 shts) set 3-20-98

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 9 | 11 | NONE | 8 | 1 |

☐ a) The term of this patent subsequent to _____ (date) has been disclaimed.

(Assistant Examiner) _____ (Date)

☐ b) The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____

*Karen M. Hauda 9/29/99*

*Karen M. Hauda*

~~Karen M. Hauda~~
~~Patent Examiner~~
(Primary Examiner) _____ (Date)

☐ c) The terminal _____ months of this patent have been disclaimed.

(Legal Instruments Examiner) _____ (Date)

**NOTICE OF ALLOWANCE MAILED**

10-1-99

**ISSUE FEE**

| Amount Due | Date Paid |
|---|---|
| 1005.00 | 12-27-99 |

**ISSUE BATCH NUMBER**

C60

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 10/97)

Formal Drawings ( shts) set _____     (LABEL AREA)

(FACE)

33

jc525 U.S. PTO
09/044946

03/20/98

# PATENT APPLICATION



09044946

MAR 3 0 9835
INITIALS _____

## CONTENTS

Date received
(Incl. C. of M.)
or
Date Mailed

Date received
(Incl. C. of M.)
or
Date Mailed

1. Application _____ papers _____ 4-16-98
2. Ntke Re — Insufficient
3. Response _____ 6/10/98
4. Pre amdta _____ 3-20-98
5. IDS _____ 3-20-98
6. Status Request _____ 6-1-99
7. CRF _____ 7/7/99
8. Ltr Mi Ssg _____ 9/25/99
9. CRF entered _____ 9/30/99
10. Notice of Allow w/Ex Amdt _____ 10/1/99
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____
33. _____
34. _____
35. _____
36. _____
37. _____
38. _____
39. _____
40. _____
41. _____

42. _____
43. _____
44. _____
45. _____
46. _____
47. _____
48. _____
49. _____
50. _____
51. _____
52. _____
53. _____
54. _____
55. _____
56. _____
57. _____
58. _____
59. _____
60. _____
61. _____
62. _____
63. _____
64. _____
65. _____
66. _____
67. _____
68. _____
69. _____
70. _____
71. _____
72. _____
73. _____
74. _____
75. _____
76. _____
77. _____
78. _____
79. _____
80. _____
81. _____
82. _____

(FRONT)

34

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY D |
|---|---|---|---|---|
| 09/044,946 | 03/20/98 | 800 | 1632 | 2318-18 |

SEAN V. TAVTIGIAN, SALT LAKE CITY, UT; ALEXANDER KAMB, SALT LAKE CITY,
UT; JACQUES SIMARD, QUEBEC, CANADA; FERGUS COUCH, ST DAVIDS, PA;
JOHANNA M. ROMMENS, TORONT ONTARIO, CANADA; BARBARA L. WEBER, MERION, PA.

**CONTINUING DOMESTIC DATA*******************\***

```
        VERIFIED       THIS APPLN IS A DIV OF   08/639,501 04/29/96 PAT    5,837,
                       WHICH IS A CIP OF        08/585,391 01/11/96 ABN
                       WHICH IS A CIP OF        08/576,559 12/21/95 ABN
                       WHICH IS A CIP OF        08/575,359 12/20/95 ABN
                       WHICH IS A CIP OF        08/573,779 12/18/95 ABN
```

**371 (NAT'L STAGE) DATA********************\***
VERIFIED            None

**FOREIGN APPLICATIONS************
VERIFIED            None

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 04/07/98 ** SMALL ENTITY **

| Foreign Priority claimed ☐yes ☒no | STATE OR | SHEETS | TOTAL | IN |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐yes ☒no ☐Met after Allowance | COUNTRY | DRAWING | CLAIMS | CL |
| Verified and Acknowledged    Examiner's Initials    Initials | UT | 9 | 13 | |

JEFFREY L IHNEN
ROTHWELL FIGG ERNST & KURZ
SUITE 701-EAST
555 13TH STREET NW
WASHINGTON DC 20004

TITLE: CHROMOSOME 13-LINKED BREAST CANCER SUSCEPTIBILITY GENE

| FILING FEE RECEIVED | FEES: Authority has been given in Paper | | |
|---|---|---|---|
| $477 | No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | ☐ All Fees<br>☐ 1 16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of<br>☐ 1.18 Fees (Issue)<br>☐ Other _____ | |

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 09/044,946 | Tavtigian et al. |
| | Examiner | Group Art Unit |
| | Karen M. Hauda | 1632 |



All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *March 20, 1998* .

☒ The allowed claim(s) is/are *35, 49, 51, 52, 55, and 57-59* .

☒ The drawings filed on *Mar 20, 1998* are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _5_

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

*Karen M. Hauda*
Karen M. Hauda
Patent Examiner

Application/Control Number: 09/044,946          Page 2

Art Unit: 1632

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with

Jeffrey L. Ihnen on September 28, 1999.

The application has been amended as follows:

Claim 49 has been <u>rewritten</u> as follows:

Claim 4̶9̶. [2] A method for diagnosing a predisposition for breast cancer in a human subject

which comprises comparing the germline sequence of the BRCA2 gene or the sequence of its

mRNA in a tissue sample from said subject with the germline sequence of the wild-type BRCA2

gene or the sequence of its mRNA, wherein an alteration in the germline sequence of the BRCA2

gene or the sequence of its mRNA of the subject indicates a predisposition to said cancer.

Claim 50 has been <u>canceled</u>.

In claim 51, line 1, the term "The" has been <u>replaced</u> with the term "a".

In claim 51, line 1, the term "regions" has been <u>replaced</u> with the term "region".

In claim 52, line 1, the phrase "determined by an assay" has been <u>inserted</u> after the word

"is".

**37**

In claim 52, line 4, the term "sample" has been <u>inserted</u> after the term "tissue".

In claim 52, line 5, the phrase "of the tissue sample" has been <u>inserted</u> after the term "DNA".

In claim 52, line 5, the phrase "tissue" has been <u>inserted</u> after the term "said".

In claim 52, line 7, the phrase "from said tissue sample using primers" has been <u>inserted</u> after the term "gene".

In claim 52, line 8, the term "tissue" has been <u>inserted</u> before the term "sample".

In claim 52, line 9, the term "molecules" has been <u>deleted</u>.

In claim 52, line 9, the phrase "BRCA2 gene genomic DNA or" has been <u>replaced</u> with the phrase "a BRCA2 gene or a"..

In claim 52, line 10, the term "tissue" has been <u>inserted</u> before the term "sample".

In claim 52, line 11, the term "DNA" has been <u>replaced</u> with the term "sequence".

In claim 52, line 12, the term "tissue" has been <u>inserted</u> before the term "sample".

In claim 52, line 14, the term "sample" has been <u>inserted</u> after the term "tissue".

In claim 52, line 16, the phrase "in said tissue sample" has been <u>inserted</u> after the term "mutation".

In claim 52, line 17, the phrase "in said tissue sample" has been <u>inserted</u> after both occurrences of the term "mutation".

In claim 52, line 17, the "." after the first occurrence of the term mutation has been <u>replaced</u> with a ",".

In claim 52, line 18, the phrase "of said tissue sample" has been <u>inserted</u> after the first occurrence of the term "gene".

In claim 52, line 18, from the comma after the second occurrence of the term "gene" to the end of the claim excluding the period has been <u>deleted</u>.

Claims 53-54 have been <u>canceled</u>.

Claim 55 has been <u>rewritten</u> as follows:

Claim 55.  A method for detecting a mutation in a neoplastic lesion at the BRCA2 gene in a human subject which comprises comparing the sequence of the BRCA2 gene or the sequence of its mRNA in a tissue sample from a lesion of said subject with the sequence of the wild-type BRCA2 gene or the sequence of its mRNA, wherein an alteration in the sequence of the BRCA2 gene or the sequence of its mRNA of the subject indicates a mutation at the BRCA2 gene of the neoplastic lesion.

Claim 56 has been <u>canceled</u>.

In claim 57, line 1, the term "a" has been <u>inserted</u> before the term "regulatory".

In claim 58, line 1, the phrase "determined by an assay" has been <u>inserted</u> after the word "is".

In claim 58, line 4, the term "sample" has been <u>inserted</u> after the term "tissue".

In claim 58, line 4, the phrase "of the tissue sample" has been <u>inserted</u> after the term "DNA".

In claim 58, line 5, the phrase "tissue" has been <u>inserted</u> after the term "said".

In claim 58, line 7, the phrase "from said tissue sample using primers" has been <u>inserted</u> after the term "gene".

In claim 58, line 8, the term "tissue" has been <u>inserted</u> before the term "sample".

In claim 58, line 9, the term "molecules" has been <u>deleted</u>.

In claim 58, line 9, the phrase "BRCA2 gene genomic DNA or" has been <u>replaced</u> with the phrase "a BRCA2 gene or a"..

In claim 58, line 10, the term "tissue" has been <u>inserted</u> before the term "sample".

In claim 58, line 11, the term "DNA" has been <u>replaced</u> with the term "sequence".

In claim 58, line 12, the term "tissue" has been <u>inserted</u> before the term "sample".

In claim 58, line 14, the term "sample" has been <u>inserted</u> after the term "tissue".

In claim 58, line 16, the phrase "in said tissue sample" has been <u>inserted</u> after both occurrences of the term "mutation".

In claim 58, line 17, the "." after the second occurrence of the term mutation has been <u>replaced</u> with a ",".

In claim 58, line 17, the phrase "in said tissue sample" has been <u>inserted</u> after the term "mutation".

In claim 58, line 17, the phrase "of said tissue sample" has been <u>inserted</u> after the term "gene".

In claim 58, line 18, from the comma after the term "gene" to the end of the claim excluding the period has been <u>deleted</u>.

Claim 59 has been rewritten as follows:

Claim 5̶9̶. A method for confirming the lack of a BRCA2 mutation in a neoplastic lesion from a human subject which comprises comparing the sequence of the BRCA2 gene or the sequence of its mRNA in a tissue sample from a lesion of said subject with the sequence of the wild-type BRCA2 gene or the sequence of its mRNA, wherein the presence of the wild-type sequence in the tissue sample indicates the lack of a mutation at the BRCA2 gene.

Claim 60 has been canceled.

The following is an examiner's statement of reasons for allowance:

The claimed invention is allowable over the prior art of record because the prior art of record does not teach or fairly suggest a method of screening for a mutation in a sample by comparing the DNA gene sequence of BRCA2 from the sample with that of the wild-type BRCA2 gene sequence.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Karen M. Hauda whose telephone number is (703) 305-6608.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Michael Wityshyn, may be reached at (703) 308-4743.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-2801.

   **The Group and/or Art Unit location of your application in the PTO has changed. To aid in correlating any papers for this application, all further correspondence regarding this application should be directed to Group Art Unit 1632.**

   Papers related to this application may be submitted to Group 160 by facsimile transmission. Papers should be faxed to Group 160 via the PTO Fax Center located in Crystal Mall 1. The faxing of such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989). The CM1 Fax Center number is or (703) 305-3014 or (703) 308-4242.


*Karen M. Hauda*
Karen M. Hauda
Patent Examiner