# EXHIBIT 5
## (PART 3 OF 4)

# Figure 2C

-1.0
-.50
0
0.5
1.0
Pearson correlation coefficient
C123 C157 C118 C84 C117 C88 C77 C103 C100 C105 C102 C110 C99 C111 C85 C87 C20 C41 C49 C17 C15 C1 C16 C46 C42 C79 C114
S S A A E A S S S S S A A S S S A A E A S S S A S S S
Median Age = 69
Median Age = 68
BRCA1-like gene expression
BRCA2-like gene expression



# Figure 3A

# Figure 3A'

# Figure 3B



# Figure 3B'

# Figure 3C

## DESIGNATIONS IN FIGURE 3-A

| Designation | Across (tumor types) | Down (genes) | SEQ ID NO: |
|---|---|---|---|
| 1 | B2-1 | *PAK2* | 557-558 |
| 2 | B2-10 | *NCSTN* | 678 |
| 3 | B2-16 | *HGF* | 585-586 |
| 4 | B2-2 | *BAD* | 587-588 |
| 5 | B2-20 | *F23149* | 766-767 |
| 6 | B2-21 | *DKFZP564C186* | 763-764 |
| 7 | B2-22 | *UBL1* | 510-512 |
| 8 | B2-23 | *GCAT* | 741-742 |
| 9 | B2-24 | *RBBP4* | 691-692 |
| 10 | B2-25 | *CALU* | 375 |
| 11 | B2-3 | *RUNX1* | 518-520 |
| 12 | B2-4 | *PTK2B* | 624-625 |
| 13 | B2-6 | *FDFT1* | 651-652 |
| 14 | B2-7 | *IL18R1* | 618-620 |
| 15 | B2-8 | *P14L* | 743-744 |
| 16 | B2-9 | *RALY* | 712-713 |
| 17 | B36 | *KIAA0218* | 703-704 |
| 18 | B39 | *MPI* | 666-667 |
| 19 | B40 | *IL17R* | 583-584 |
| 20 | B41 | *KIAA0008* | 745-746 |
| 21 | B52 | *IL1B* | 775-776 |
| 22 | B54 | *RAB3A* | 739-740 |
| 23 | B55 | *HARS* | 662-663 |
| 24 | B60 | *TUFM* | 659 |
| 25 | B61 | *PEF* | 719-720 |
| 26 | B62 | *GNB2* | 674-675 |
| 27 | B63 | *SECRET* | 655-656 |
| 28 | B64 | *SLC9A1* | 657-658 |
| 29 | B70 | *NAGA* | 653-654 |
| 30 | B74 | *MNAT1* | 660-661 |

# Figure 3C, continued

## DESIGNATIONS IN FIGURE 3-A

| Designation | Across (tumor types) | Down (genes) | SEQ ID NO: |
|---|---|---|---|
| 31 | B77 | *EST* | 672-673 |
| 32 | B78 | *COVA1* | 788-789 |
| 33 | B79 | *LOX* | 747-748 |
| 34 | B80 | *MAPRE1* | 760-761 |
| 35 | C100 | *FLJ22059* | 770-771 |
| 36 | C102 | *ILK* | 609-611 |
| 37 | C103 | *PISD* | 749-750 |
| 38 | C105 | *PPIA* | 375 |
| 39 | C107 | *EIF4A1* | 664-665 |
| 40 | C110 | *KIAA0144* | 705-706 |
| 41 | C117 | *TCEB2* | 548-550 |
| 42 | C118 | *GART* | 600-602 |
| 43 | C77 | *TAGLN2* | 668-669 |
| 44 | C84 | *UBE1* | 533 |
| 45 | C85 | *FLJ12442* | 701-702 |
| 46 | C99 | *PPY2* | 733-734 |
| 47 | C79 | *MAP2K3* | 626-628 |
| 48 | C123 | *GTPBP1* | 697-698 |
| 49 | C87 | *NM23-H1* | 551-553 |
| 50 | C95 | *SF3B4* | 777 |
| 51 | C111 | *AKT1* | 504-506 |
| 52 | C114 | *PPP2R5A* | 621-623 |
| 53 | C15 | *APMCF1* | 731-732 |
| 54 | C16 | *ZNF173* | 589-591 |
| 55 | C17 | *GS2NA* | 699-700 |
| 56 | C1 | *AFP* | 786-787 |
| 57 | C20 | *SLC25A11* | 544 |
| 58 | C41 | *PPP1CB* | 597-599 |
| 59 | C42 | *RBBP2* | 792-793 |
| 60 | C45 | *SCYB5* | 554-556 |
| 61 | C49 | *S100A4* | 559-561 |

# Figure 3D

## DESIGNATIONS IN FIGURE 3-B

| Designation | Across (tumor type) | Down (gene) | SEQ ID NO: |
|---|---|---|---|
| 62 | B2-20 | *KIAA0365* | 676-677 |
| 63 | B2-21 | *SFRS11* | 682 |
| 64 | B2-22 | *KDR* | 615-617 |
| 65 | B2-23 | *SCYA4* | 612-614 |
| 66 | B2-24 | *SCYA4* | 612-614 |
| 67 | B2-25 | *RGS1* | 398 |
| 68 | B2-4 | *RGS1* | 398 |
| 69 | B2-6 | *RGS16* | 594-596 |
| 70 | B2-7 | *RGS16* | 594-596 |
| 71 | B2-8 | *SFRP4* | 515-517 |
| 72 | B2-9 | *ENPP1* | 603-605 |
| 73 | B36 | *PDGFRB* | 580-582 |
| 74 | B39 | *BMP6* | 687-688 |
| 75 | B40 | *MMP13* | 606-608 |
| 76 | B41 | *CSRP2* | 709 |
| 77 | B52 | *WNT2* | 797-799 |
| 78 | B54 | *WNT2* | 797-799 |
| 79 | B55 | *APEX* | 790-791 |
| 80 | B60 | *POLR2A* | 693-694 |
| 81 | B61 | *GOLGA1* | 782-783 |
| 82 | B62 | *CSNK1E* | 785 |
| 83 | B63 | *LOC51605* | 759 |
| 84 | B64 | *ZNF211* | 757-758 |
| 85 | B70 | *FOXO1A* | 707-708 |
| 86 | B74 | *ZFP161* | 592-593 |
| 87 | B77 | *ATP7A* | 689-690 |
| 88 | B78 | *FLJ21940* | 768-769 |
| 89 | B79 | *TNRC12* | 784 |

# Figure 3D, continued

## DESIGNATIONS IN FIGURE 3-B

| Designation | Across (tumor type) | Down (gene) | SEQ ID NO: |
|---|---|---|---|
| 90 | B80 | *TAL1* | 521-523 |
| 91 | C100 | *NCOA1* | 565-567 |
| 92 | C102 | *BRE* | 710-711 |
| 93 | C103 | *RAB2L* | 780-781 |
| 94 | C105 | *SAST* | 723-724 |
| 95 | C107 | *ITGAE* | 571-573 |
| 96 | C110 | *ARHGEF6* | 679-681 |
| 97 | C117 | *TCF4* | 779 |
| 98 | C118 | *TMEPAI* | 755-756 |
| 99 | C77 | *CD36* | 577-579 |
| 100 | C85 | PTEN | 507-509 |
| 101 | C99 | PDE6A | 774 |
| 102 | C79 | CD83 | 562-564 |
| 103 | C123 | FLJ10701 | 762 |
| 104 | C87 | LOC51760 | 534-535 |
| 105 | C95 | SMG1 | 695-696 |
| 106 | C111 | WNT2 | 797-799 |
| 107 | C114 | IL7 | 574-576 |
| 108 | C15 | CRB1 | 735-736 |
| 109 | C16 | GABRP | 685-686 |
| 110 | C17 | PLXNA2 | 727-728 |
| 111 | C1 | RNAC | 319 |
| 112 | C20 | CUGBP1 | 683-684 |
| 113 | C41 | PON1 | 670-671 |
| 114 | C42 | RYBP | 568-570 |
| 115 | C45 | CD36 | 577-579 |
| 116 | C49 | FLJ21661 | 737-738 |

# Figure 4A-C

A

CD72
SLC24A11
LCN2
PSPPIP1
SIAHBP1
UBE1
WAS
IDH2
PCTK1

B

LOC51760
LRPAP1

C

PSTPIP1
PSTPIP1
IDH2
PCTK1
Z -2.5 - 1.5 -0.5 0 0.5 1.5 2.5

# Figure 4A-C'

A

CD72
SLC24A11
LCN2
PSPPIP1
SIAHBP1
UBE1
WAS
IDH2
PCTK1

B

LOC51760
LRPAP1

C

PSTPIP1
PSTPIP1
IDH2
PCTK1
Z -2.5 - 1.5 -0.5 0 0.5 1.5 2.5



# Figure 4D

Mean $\log_2$ ratio
.08
.04
0
-.4
-.8
-1.2
BRCA1-linked
Sporadic
PCTK1
WAS
UBE1
SMC1L1
ARAF1
EBP

# Figure 5A

-5
-4
-3
-2
-1
0
Mean $\log_2$ expression ratio
ZNF220
MT2A
PTGS2
NT5
TXNRD1
PBEF
UGB
MT1X
PRNP
PTGS2
LDHA
PLAU
FGF2
UCHL1
DYT1
CD44
FGF2
TFPI2
FLNA
CDC25B
OSF-2
MMP1
ALDH1A3
GRO1
IL8



# Figure 5B

CD24
CD74
HE4
HLA-DRB1
SGK*
ZFP36*
TLR3
HLA-DRB5
HLA-DPA
PPP1R7
FOS*
IFITM1
RGS1
G1P3
ACB1
BRF2*
HLA-DRA
CP
SORL1
HGF
IFITM2
HLA-DRB1
SERPINF2
DDR1
FLJ22174
0
1
2
3
Mean $\log_2$ expression ratio



# Figure 6A

HE4
7
6
5
4
3
2
1
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 N R

RSG1
3.5
3
2.5
2
1.5
1
.5
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 N R

CD74
4
3.5
3
2.5
2
1.5
1
.5
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 N R







# Figure 6B

ZFP36
1.8
1.6
1.4
1.2
1
0.8
0.6
0.4
0.2
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 N R

TOP2A
1.2
1
0.8
0.6
0.4
0.2
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 N R

HLA-DRB1
8
7
6
5
4
3
2
1
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 N R







## ADDENDUM

### Table 1. Markers that were Differentially Expressed in a cDNA Microarray Expression Profile of Sixty-One Ovarian Cancer Tumors

| SEQ ID NO. | Gene | IMAGE ID No. | UniGene No. | GenBank Accession No. | Gene Description |
|---|---|---|---|---|---|
| 16-17 | BCKDHB | 770835 | | AA427739; AA434304 | Branched chain keto acid dehydrogenase E1, beta polypeptide (maple syrup urine disease) |
| 18-19 | SERPINF 2 | 82195 | | T68859; T68934 | serine (or cysteine) proteinase inhibitor, clade F (alpha-2 antiplasmin, pigment epithelium derived factor), mem |
| 20-22 | ZNF33A | 346902 | | D31763; W78164; W79207 | KIAA0065 |
| 23-24 | ZNF33A | 246543 | | N57658; N77515 | Zinc finger protein 33a (KOX 31) |
| 25 | EST | 192198 | | H41144 | Unknown |
| 26-27 | EST | 128738 | | R16726; R09980 | Homo sapiens cDNA:FLJ23371 fis, clone HEP16068, highly similar to HSTFIISH Homo sapiens mRNA for trar |
| 28-29 | EST | 429211 | | AA007283; AA007282 | ESTs |
| 30-31 | FLJ22174 | 295939 | | N67034; W04283 | hypothetical protein FLJ22174 |
| 32-33 | EST | 415562 | | W80701; W78802 | Unknown |
| 34-35 | EST | 296488 | | N70208; W01059 | Unknown |
| 36-37 | EST | 120124 | | T95064; T95160 | ESTs |
| 38-39 | EST | 132142 | | R26164; R23610 | Homo sapiens cDNA:FLJ21587 fis, clone COL06946 |
| 40 | EST | 50635 | | H17921 | ESTs |
| 41-43 | POR | 234180 | | S90469; H70626; H66247 | Cytochrome P450 reductase |
| 44-45 | CLU | 725877 | | AA292226; AA292410 | Clusterin (complement lysis inhibitor, SP-40,40, sulfated glycoprotein 2, testosterone-repressed prostate messenger |
| 46-47 | EST | 73702 | | T54544; T54585 | Unknown |
| 48 | EST | 2218314 | | AI744768 | Unknown |
| 49 | EST | 2261113 | | AI609063 | EST |

| | | | | | |
|---|---|---|---|---|---|
| 50-51 | IFITM1 | 755599 | | AA419251; AA419286 | Interferon induced transmembrane protein 1 (9-27) |
| 52-54 | IFITM1 | 509641 | | J04164; AA058323; AA058453 | Interferon-inducible protein 9-27=interferon-induced 17kDa membrane protein |
| 55-57 | IFITM2 | 624655 | | X57351; AA187365; AA187099 | Interferon-induced protein 1-8D |
| 58-59 | IFITM2 | 376520 | | AA041402; AA041501 | Interferon-induced protein 1-8D |
| 60 | HE4 | 786675 | | AA451904 | Epididymis-specific, whey-acidic protein type, four-disulfide core; putative ovarian carcinoma marker |
| 61-62 | KIAA0203 | 61008 | | T40715; T39659 | KIAA0203 gene product |
| 63-64 | IL8RB | 882183 | | M73969; AA480683 | CXCR2=IL-8 Receptor beta |
| 65-67 | VDUP1 | 297954 | | S73591; N68956; W00656 | Brain-expressed HHCPA78 homolog=Induced in HL60 cells treated with vitamin D or cycloheximide |
| 68-69 | G1P3 | 782513 | | AA448478; AA432030 | Interferon, alpha-inducible protein (clone IFI-6-16) |
| 70-72 | BST2 | 811024 | | D28137; AA485371; AA485528 | Bone marrow stromal cell antigen 2 |
| 73 | SIAT1 | 897906 | | AA598652 | Sialyltransferase 1 (beta-galactoside alpha-2,6-sialyltransferase) |
| 74-76 | DDR1 | 182288 | | U48705; H41900; H41939 | Receptor protein-tyrosine kinase EDDR1 |
| 77 | PL1 | 433573 | | AA701655 | Human endogenous retrovirus envelope region mRNA (PL1) |
| 78-79 | EST | 108422 | | T77847; T77926 | Homo sapiens, clone MGC:12275, mRNA, complete cds |
| 80 | CEBPG | 455121 | | AA676804 | CCAAT/enhancer binding protein (C/EBP), gamma |
| 81-82 | MUC1 | 840687 | | AA488073; AA486365 | Mucin 1, transmembrane |
| 83-84 | CP | 223350 | | H86554; H86642 | ceruloplasmin (ferroxidase) |
| 85-86 | HLA-DRB5 | 811139 | | AA485739; AA486460 | Major histocompatibility complex, class II, DR beta 5 |
| 87- | HLA- | 417711 | | W88967; | Major |

| | | | | | |
|---|---|---|---|---|---|
| 88 | DRB1 | | | W88546 | histocompatibility complex, class II, DR beta 1 |
| 89-91 | CD74 | 725751 | | X00497; AA399225; AA292218 | Invariant chain=la-associated invariant gamma-chain |
| 92-93 | CD74 | 840681 | | AA488071; AA486363 | Invariant chain=la-associated invariant gamma-chain |
| 94-96 | HLA-DRA | 117411 | | K01171; T89719; T89816 | MHC Class II=DR alpha |
| 97-99 | HLA-DPA | 207715 | | X00457; H62294; H62293 | MHC Class II=DP alpha |
| 100 | HLA-DRB1 | 855547 | | AA664195 | Major histocompatibility complex, class II, DR beta 1 |
| 101-103 | HLA-DRB1 | 470953 | | M20430; AA032179; AA033653 | MHC Class II=DR beta |
| 104-106 | TNFSF10 | 203132 | | U57059; H54629; H54628 | TRAIL=Apo-2 ligand |
| 107-109 | H2AFL | 429091 | | U90551; AA007585; AA007574 | Histone-2A-like protein (H2A/I) |
| 110-111 | IG lambda | 66560 | | T67053; T67054 | Immunoglobulin lambda locus |
| 112-114 | IGKC | 159142 | | M63438; R76324; R76323 | Immunoglobulin kappa light chain |
| 115-116 | IGKC | 840451 | | AA485725; AA485862 | Immunoglobulin kappa light chain |
| 117-119 | RAD23A | 293925 | | AF004230; N63943; N98412 | MIR-7=monocyte/macrophage lg-related receptor AND RAD23=UV excision repair protein (Double hit) |
| 120-121 | SCYB10 | 967284 | | X02530; AA527139 | IP-10 |
| 122-123 | RGS1 | 361323 | | AA017544; AA017417 | regulator of G-protein signaling 1 |
| 124-126 | RGS1 | 686248 | | S59049; AA262268; AA262879 | BL34=RGS1=regulator of G-protein signaling which inhibits SDF-1 directed B cell migration |
| 127-129 | GAS1 | 365826 | | L13698; AA025819; AA025884 | Growth arrest-specific 1 |
| 130-132 | BTG2 | 358214 | | U72649; W95415; W95512 | BTG2=p53 dependent inducible anti-proliferative gene homologous to Pc3/Tis21 immediate |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | early genes |
| 133-135 | FOS | 755279 | | V01512; AA496353; AA496403 | c-fos |
| 136 | LSR68 | 1862044 | | AI053597 | Lipopolysaccharide specific response-68 protein |
| 137-138 | JUNB | 309864 | | N94468; W23847 | Jun B proto-oncogene |
| 139-140 | JUNB | 122428 | | T99236; T99280 | Jun B proto-oncogene |
| 141-143 | COL3A1 | 122159 | | X14420; T98612; T98611 | Collagen Type III Alpha 1 |
| 144-145 | LUM | 813823 | | AA447781; AA453712 | lumican |
| 146-148 | EST | 294506 | | U90916; N71007; W01902 | clone 23815 mRNA |
| 149-151 | SORL1 | 279388 | | Y08110; N48698; N45548 | Mosaic protein LR11=hybrid receptor gp250 precursor |
| 152-153 | RNASE6 PL | 712341 | | AA405000; AA281840 | Ribonuclease 6 precursor |
| 154-156 | HLA-B | 769753 | | M28205; AA429012; AA429162 | Human Leukocyte Antigen B |
| 157-159 | HLA-C | 810142 | | M11886; AA464246; AA464354 | Human Leukocyte Antigen C |
| 160-161 | SPON1 | 46173 | | H09099; H09449 | Spondin 1, (f-spondin) extracellular matrix protein |
| 162-163 | HSRNAS EB | 814526 | | AA459363; AA459588 | RNA-binding region (RNP1, RRM) containing 1 |
| 164-166 | ABCB1 | 813256 | | M14758; AA455911; AA456377 | MDR1=Multidrug resistance protein 1=P-glycoprotein |
| 167-168 | ZFP36 | 23804 | | R38383; T77499 | Zinc finger protein homologous to Zfp-36 in mouse |
| 169-171 | ZFP36 | 135880 | | M63625; R33813; R33812 | TTP=tristetraproline= GOS24=zinc finger transcriptional regulator |
| 172-173 | ZFP36 | 727266 | | AA411987; AA402178 | TTP=tristetraproline= GOS24=zinc finger transcriptional regulator |
| 174-175 | HGF | 41650 | | R52798; R52797 | hepatocyte growth factor (hepapoietin A; scatter factor) |
| 176-178 | SGK | 840776 | | AJ000512; AA486082; AA486140 | sgk=putative serine/threonine protein kinase transcriptionally modified during anisotonic and isotonic |

| | | | | | alteration |
|---|---|---|---|---|---|
| 179-180 | PPP1R7 | 814508 | | AA459351; AA459572 | Protein phosphatase 1, regulatory subunit 7 |
| 181-182 | CD24 | 204335 | | H59916; H59915 | CD24 antigen (small cell lung carcinoma cluster 4 antigen) |
| 183-184 | TPD52 | 814306 | | AA459100; AA459318 | Tumor protein D52 |
| 185-187 | CXCR4 | 79629 | | X71635; T62636; T62491 | CXC chemokine receptor 4=fusin=neuropeptide Y receptor=L3 |
| 188-189 | JUND | 767784 | | AA418670; AA418676 | Jun D proto-oncogene |
| 190-192 | BRF2 | 485770 | | U07802; AA039882; AA039967 | Tis 11d=ERF-2=growth factor early response gene |
| 193-195 | A2M | 377647 | | M11313; AA055995; AA055907 | Alpha-2-macroglobulin |
| 196 | EST | 1384797 | | AA856938 | Homo sapiens mRNA; cDNA DKFZp434O0227 (from clone DKFZp434O0227) |
| 197-198 | CD24 | 196519 | | S75311; R91610 | CD24 |
| 199-201 | TLR3 | 144675 | | U88879; R76099; R76150 | TLR3= Toll-like receptor 3 |
| 202 | ITM2A | 878596 | Hs.17109 | AA775257 | integral membrane protein 2A |
| 203-204 | GATM | 42558 | Hs.75335 | R61229; R61228 | glycine amidinotransferase (L-arginine:glycine amidinotransferase) |
| 205-207 | RNASE4 | 81417 | Hs.283749 | D37931; T60163; T60223 | ribonuclease L (2',5'-oligoisoadenylate synthetase-dependent) |
| 208-210 | LAMA2 | 471642 | Hs.75279 | Z26653; AA034939; AA034938 | laminin alpha 2 (merosin, congenital muscular dystrophy) |
| 211 | PBX3 | 448386 | Hs.294101 | AA778198 | pre-B-cell leukemia transcription factor 3 |
| 212 | PLA2G6 | 1472538 | Hs.120360 | AA872271 | phospholipase A2, group VI (cytosolic, calcium-independent) |
| 213 | SMARC A2 | 814636 | Hs.198296 | AA481026 | SWI/SNF related, matrix associated, actin dependent regulator of chromatin, subfamily a, member 2 |
| 214-215 | CUGBP2 | 488956 | Hs.211610 | AA047257; AA057142 | CUG triplet repeat, RNA-binding protein 2 |
| 216-218 | TGFBR3 | 209655 | Hs.79059 | L07594; H62473; H61499 | TGF beta receptor type III |
| 219 | STAR | 859858 | Hs.3132 | AA679454 | steroidogenic acute |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | regulatory protein |
| 220 | GNG11 | 1636447 | Hs.83381 | AA999901 | guanine nucleotide binding protein 11 |
| 221 | CITED2 | 491565 | Hs.82071 | AA115076 | Cbp/p300-interacting transactivator, with Glu/Asp-rich carboxy-terminal domain, 2 |
| 222 | CTNNAL 1 | 744647 | Hs.58488 | AA621315 | catenin (cadherin-associated protein), alpha-like 1 |
| 223 | ABCA8 | 743773 | Hs.38095 | AA634308 | ATP-binding cassette, sub-family A (ABC1), member 8 |
| 224-226 | KLF4 | 188232 | Hs.7934 | AF105036; H45668; H45711 | GKLF=EZF=KLF4=gut-enriched Kruppel-like zinc finger protein=expressed in vascular endothelial cells |
| 227-228 | ITPR1 | 471725 | Hs.198443 | AA035450; AA035477 | inositol 1,4,5-triphosphate receptor, type 1 |
| 229-230 | MAF | 487793 | Hs.30250 | AA043501; AA044658 | v-maf musculoaponeurotic fibrosarcoma (avian) oncogene homolog |
| 231-232 | FOXC1 | 768370 | Hs.284186 | AA495790; AA495846 | forkhead box C1 |
| 233 | TCF21 | 461351 | Hs.78061 | AA699782 | transcription factor 21 |
| 234-236 | CCNI | 248295 | Hs.79933 | D50310; N58511; N78101 | Cyclin I |
| 237-238 | DCN | 209367 | Hs.76152 | H64138; H64086 | decorin |
| 239-240 | CBF2 | 789049 | Hs.184760 | AA452909; AA453077 | CCAAT-box-binding transcription factor |
| 241-242 | EST | 68049 | Hs.180324 | T52830; T52829 | Homo sapiens, clone IMAGE:4183312, mRNA, partial cds |
| 122 | RNASE4 | 81417 | Hs.283749 | | ribonuclease L (2',5'-oligoisoadenylate synthetase-dependent) |
| 243 | SLC4A1 AP | 2094012 | Hs.306000 | AI424433 | solute carrier family 4 (anion exchanger), member 1, adapter protein |
| 244-245 | GSTM5 | 377731 | Hs.75652 | AA056232; AA056231 | glutathione S-transferase M5 |
| 246 | C4BPB | 460470 | Hs.99886 | AA677687 | complement component 4-binding protein, beta |
| 247-248 | HS3ST1 | 73609 | Hs.40968 | T55714; T55756 | heparan sulfate (glucosamine) 3-O-sulfotransferase 1 |
| 249 | CDKN1C | 2413955 | Hs.106070 | AI828088 | cyclin-dependent kinase inhibitor 1C (p57, Kip2) |
| 250 | HNRPDL | 897823 | Hs.170311 | AA598578 | heterogeneous nuclear ribonucleoprotein D- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | like |
| 251 | CIRBP | 1558799 | Hs.119475 | AA977242 | cold inducible RNA-binding protein |
| 252 | RGS2 | 2321596 | Hs.78944 | AI675670 | regulator of G-protein signalling 2, 24kD |
| 253-254 | TCEAL1 | 786607 | Hs.95243 | AA478480; AA451969 | transcription elongation factor A (SII)-like 1 |
| 255-256 | CAV1 | 377461 | Hs.323469 | AA055835; AA055368 | caveolin 1, caveolae protein, 22kD |
| 257 | ALDH1A1 | 855624 | Hs.76392 | AA664101 | aldehyde dehydrogenase 1 family, member A1 |
| 258-259 | RBPMS | 343443 | Hs.80248 | W67200; W67323 | RNA-binding protein gene with multiple splicing |
| 260-261 | ADAMTS1 | 62263 | Hs.8230 | T41173; T40309 | a disintegrin-like and metalloprotease (reprolysin type) with thrombospondin type 1 motif, 1 |
| 262-263 | DSCR1L1 | 51408 | Hs.156007 | H19440; H19439 | Down syndrome critical region gene 1-like 1 |
| 264 | DLK1 | 436121 | Hs.169228 | AA701996 | delta-like homolog (Drosophila) |
| 265-266 | CDH11 | 491113 | Hs.75929 | AA136983; AA137109 | cadherin 11, type 2, OB-cadherin (osteoblast) |
| 138 | SGK | 840776 | Hs.296323 | | sgk=putative serine/threonine protein kinase transcriptionally modified during anisotonic and isotonic alterations of cell volume |
| 267 | HFL1 | 450060 | Hs.278568 | AA703392 | H factor (complement)-like 1 |
| 268-269 | FOG2 | 38347 | Hs.106309 | R49439; R35921 | Friend of GATA2 |
| 270 | C7 | 898122 | Hs.78065 | AA598478 | complement component 7 |
| 271-272 | SGCE | 784109 | Hs.110708 | AA432066; AA446750 | sarcoglycan, epsilon |
| 273 | NBL1 | 898305 | Hs.76307 | AA598830 | neuroblastoma, suppression of tumorigenicity 1 |
| 274-275 | HBB | 173385 | Hs.155376 | H20968; H21011 | hemoglobin, beta |
| 276-278 | CARP | 840683 | Hs.31432 | X83703; AA488072; AA486364 | Cytokine inducible nuclear protein |
| 279-280 | MITF | 278570 | Hs.166017 | N66177; N99168 | microphthalmia-associated transcription factor |
| 281-282 | CDC20 | 898062 | Hs.82906 | U05340; AA598776 | p55CDC |
| 283- | EPS8 | 148028 | Hs.2132 | U12535; | epidermal growth |

| | | | | | |
|---|---|---|---|---|---|
| 285 | | | | H13623; H13622 | factor receptor kinase substrate (Eps8) |
| 286-287 | ARHI | 345680 | Hs.194695 | W72033; W76278 | ras homolog gene family, member I |
| 288 | B4-2 | 857002 | Hs.75969 | AA669637 | proline-rich protein with nuclear targeting signal |
| 289-291 | SELE | 186132 | Hs.89546 | M30640; H39991; H39560 | ELAM1=endothelial leukocyte adhesion molecule I |
| 292-293 | PMP22 | 133273 | Hs.103724 | R26732; R26960 | peripheral myelin protein 22 |
| 294 | EBAF | 340657 | Hs.25195 | W56771 | endometrial bleeding associated factor (left-right determination, factor A; transforming growth factor beta superfamily) |
| 295-296 | PRKAR2B | 609663 | Hs.77439 | AA180007; AA181500 | protein kinase, cAMP-dependent, regulatory, type II, beta |
| 297 | NFKBIE | 1573311 | Hs.91640 | AA953975 | nuclear factor of kappa light polypeptide gene enhancer in B-cells inhibitor, epsilon |
| 298-299 | KIT | 269806 | Hs.81665 | N24824; N36279 | v-kit Hardy-Zuckerman 4 feline sarcoma viral oncogene homolog |
| 158 | JUNB | 309864 | Hs.198951 | | jun B proto-oncogene |
| 300 | BCKDK | 1573108 | Hs.20644 | AA970731 | branched chain alpha-ketoacid dehydrogenase kinase |
| 301-303 | BTG1 | 298268 | Hs.77054 | X61123; N70463; W03824 | BTG1=B-cell translocation gene 1=anti-proliferative |
| 304-305 | AKAP12 | 784772 | Hs.788 | AA478543; AA478542 | A kinase (PRKA) anchor protein (gravin) 12 |
| 306-307 | NR4A2 | 898221 | Hs.82120 | S77154; AA598611 | NOT=Immediate early response protein=Nurr1 homologue=Nurr77 orphan steroid receptor family member |
| 308-309 | HBB | 126531 | Hs.155376 | R06757; R06806 | hemoglobin, beta |
| 310-311 | ARHGAP6 | 768489 | Hs.250830 | AA495981; AA425035 | Rho GTPase activating protein 6 |
| 312 | PLS3 | 1568391 | Hs.4114 | AA953747 | plastin 3 (T isoform) |
| 313-314 | FNTA | 300015 | Hs.138381 | N78902; W06970 | farnesyltransferase, CAAX box, alpha |
| 315-316 | TNFAIP3 | 770670 | Hs.211600 | AA476272; AA433807 | tumor necrosis factor, alpha-induced protein 3 |
| 317-318 | EGR1 | 840944 | Hs.326035 | AA486533; AA486628 | early growth response 1 |
| 319 | RNAC | 795213 | Hs.113052 | AA453591 | RNA cyclase homolog |

| 320 | PA26 | 813584 | Hs.14125 | AA447661 | p53 regulated PA26 nuclear protein |
|---|---|---|---|---|---|
| 321 | C11orf13 | 1573778 | Hs.72925 | AA970526 | chromosome 11 open reading frame 13 |
| 322 | ING1L | 2169465 | Hs.107153 | AI564029 | inhibitor of growth family, member 1-like |
| 323 | RPL9 | 2577249 | Hs.157850 | AW075605 | ribosomal protein L9 |
| 324-325 | ADH5 | 813711 | Hs.78989 | AA453776; AA453859 | alcohol dehydrogenase 5 (class III), chi polypeptide |
| 326-327 | FZD7 | 298122 | Hs.173859 | N69049; W00697 | frizzled (Drosophila) homolog 7 |
| 328-329 | MATN2 | 366100 | Hs.19368 | AA071473; AA082338 | matrilin 2 |
| 330-331 | SLC11A3 | 71863 | Hs.5944 | T52564; T57235 | solute carrier family 11 (proton-coupled divalent metal ion transporters), member 3 |
| 332-333 | EST | 767641 | Hs.122460 | AA418293; AA418356 | ESTs |
| 334-335 | ERCC5 | 292463 | Hs.48576 | N62586; N80359 | excision repair cross-complementing rodent repair deficiency, complementation group 5 (xeroderma pigmentosum, complementation group G (Cockayne syndrome)) |
| 336-337 | MGC2479 | 43771 | Hs.79625 | H05655; H05654 | hypothetical protein MGC2479 |
| 338-339 | RPL21 | 810617 | Hs.184108 | AA464743; AA464034 | ribosomal protein L21 |
| 182 | CD24 | 204335 | Hs.286124 | | CD24 |
| 340-341 | SLPI | 378813 | Hs.251754 | X04470; AA683520 | Secretory leukocyte protease inhibitor |
| 342 | SPP1 | 378461 | Hs.313 | AA775616 | Secreted phosphoprotein 1 (osteopontin, bone sialoprotein I, early T-lymphocyte activation 1) |
| 343-344 | BF | 741977 | Hs.69771 | L15702; AA401441 | B-factor, properdin |
| 345-347 | CKS1 | 810899 | Hs.334883 | X54941; AA459292; AA459522 | CDC28 protein kinase 1 |
| 348-349 | MMP7 | 470393 | Hs.2256 | AA031514; AA031513 | Matrix metalloproteinase 7 (matrilysin) |
| 350-351 | PAX8 | 742101 | Hs.73149 | AA405767; AA405891 | Paired box gene 8 |
| 352-353 | SPINT2 | 814378 | Hs.31439 | AA458849; AA459039 | Serine protease inhibitor, Kunitz type, 2 |
| 354 | ZWINT | 451907 | Hs.42650 | AA706968 | ZW10 interactor |
| 355 | DGKH | 2544675 | Hs.159073 | AW052032 | Diacylglycerol kinase, eta |

| | | | | | |
|---|---|---|---|---|---|
| 356 | HMGIY | 782811 | Hs.139800 | AA448261 | HMGIY High-mobility group (nonhistone chromosomal) protein isoforms I and Y |
| 357-359 | SDC4 | 504763 | Hs.252189 | X67016; AA148737; AA148736 | Syndecan 4 (amphiglycan, ryudocan) |
| 360 | CDKN2A | 1161155 | Hs.1174 | AA877595 | Cyclin-dependent kinase inhibitor 2A (melanoma, p16, inhibits CDK4) |
| 361-362 | SCNN1A | 810873 | Hs.2794 | AA458982; AA459197 | Sodium channel, nonvoltage-gated 1 alpha |
| 363 | LDHA | 43550 | Hs.2795 | H05914 | Lactate dehydrogenase A |
| 364-365 | FOLR1 | 131839 | Hs.73769 | R24530; R24635 | Folate receptor 1 |
| 366-367 | TPI1 | 855749 | Hs.83848 | M10036; AA663983 | Triosephosphate isomerase 1 |
| 368 | KLK8 | 2514426 | Hs.104570 | AI963941 | Kallikrein 8 (neuropsin/ovasin) |
| 200 | CXCR4 | 79629 | Hs.89414 | | Chemokine (C-X-C motif), receptor 4 (fusin) |
| 369-370 | KNSL1 | 825606 | Hs.8878 | AA504625; AA504719 | Kinesin-like 1 |
| 371-372 | H2AFO | 488964 | Hs.795 | AA047260; AA057146 | H2A histone family, member O |
| 373-374 | HLA-DRA | 153411 | Hs.76807 | R47979; R48091 | Major histocompatibility complex, class II, DR alpha |
| 375 | CRIP1 | 1323448 | Hs.17409 | AA873604 | Cysteine-rich protein 1 |
| 376 | PP | 950700 | Hs.184011 | AA608572 | pyrophosphatase (inorganic) |
| 377-378 | EST | 666391 | | AA232895; AA232894 | |
| 379-381 | SLC2A1 | 207358 | Hs.169902 | K03195; H58873; H58872 | Solute carrier family 2 (facilitated glucose transporter), member 1 |
| 382 | EST | 897770 | | AA598508 | |
| 383-385 | HDGF | 813673 | Hs.89525 | D16431; AA453749; AA453831 | Hepatoma-derived growth factor (high-mobility group protein 1-like) |
| 386 | ASS | 882522 | Hs.160786 | AA676466 | Argininosuccinate synthetase |
| 387-388 | CLDN4 | 770388 | Hs.5372 | AA430665; AA427468 | Claudin 4 |
| 389 | PRAME | 897956 | Hs.30743 | AA598817 | preferentially expressed antigen in melanoma |
| 390-391 | PTPRF | 897788 | Hs.75216 | Y00815; AA598513 | Protein tyrosine phosphatase, receptor type, F |
| 392-393 | EYA2 | 741139 | Hs.29279 | AA402754; AA402207 | Eyes absent (Drosophila) homolog |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 2 |
| 394-396 | MYCL1 | 138917 | Hs.92137 | M19720; R62813; R62862 | v-myc myelocytomatosis viral oncogene homolog 1 |
| 397-399 | STAT1 | 840691 | Hs.21486 | M97935; AA488075; AA486367 | Signal transducer and activator of transcription 1 |
| 400-401 | MTCH2 | 564492 | Hs.279609 | AA121668; AA121740 | mitochondrial carrier homolog 2 |
| 402 | HTR3A | 435597 | Hs.2142 | AA703169 | 5-hydroxytryptamine (serotonin) receptor 3A |
| 403-404 | CCNE1 | 68950 | Hs.9700 | T54121; T54213 | Cyclin E1 |
| 405 | CDH6 | 739155 | Hs.32963 | AA421819 | Cadherin 6, type 2, K-cadherin |
| 406-408 | PRKAG1 | 531028 | Hs.3136 | U42412; AA070495; AA070381 | Protein kinase, AMP-activated, gamma 1 non-catalytic subunit |
| 409 | DEFB1 | 2403485 | Hs.32949 | AI769855 | Defensin, beta 1 |
| 410-411 | ARPC1B | 626502 | Hs.11538 | AA188179; AA188155 | Actin related protein 2/3 complex, subunit 1B (41 kD) |
| 412-414 | PRKCI | 71622 | Hs.1904 | L33881; T57875; T57957 | Protein kinase C, iota |
| 415 | GAPD | 1610448 | Hs.169476 | AA991856 | glyceraldehyde-3-phosphate dehydrogenase |
| 416-417 | C2 | 85497 | Hs.2253 | T71879; T71878 | Complement Component C2 |
| 418-419 | H2AFY | 843075 | Hs.75258 | AA488627; AA486003 | H2A histone family, member Y |
| 420-421 | TM4SF1 | 840567 | Hs.3337 | AA487893; AA488005 | Transmembrane 4 superfamily member 1 |
| 422-423 | GAPD | 50117 | Hs.169476 | H16958; H16957 | glyceraldehyde-3-phosphate dehydrogenase |
| 424-426 | IFITM3 | 809910 | Hs.182241 | X57352; AA464417; AA464416 | interferon induced transmembrane protein 3 (1-8U) |
| 427-428 | GLDC | 248261 | Hs.27 | N58494; N78083 | Glycine dehydrogenase (decarboxylating; glycine decarboxylase, glycine cleavage system protein P) |
| 429-430 | CALU | 144881 | Hs.7753 | R78586; R78585 | Calumenin |
| 431-432 | HBA2 | 208764 | Hs.272572 | H63096; H63182 | Hemoglobin, alpha 2 |
| 433 | S100A11 | 810612 | Hs.256290 | AA464731 | S100 calcium-binding protein A11 (calgizzarin) |
| 434-436 | LDHA | 897567 | Hs.2795 | X02152; AA497029; AA489611 | Lactate dehydrogenase A |
| 437 | UBE2C | 769921 | Hs.93002 | AA430504 | Ubiquitin-conjugating |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | enzyme E2C |
| 438-440 | E2F3 | 304908 | Hs.1189 | D38550; N92519; W38841 | E2F transcription factor 3 |
| 441-442 | CDH1 | 251019 | Hs.194657 | Z13009; H97778 | Cadherin 1, type 1, E-cadherin (epithelial) |
| 443-444 | PSME2 | 210405 | Hs.179774 | H65395; H65394 | Proteasome (prosome, macropain) activator subunit 2 (PA28 beta) |
| 445-447 | BMP7 | 344430 | Hs.170195 | X51801; W73473; W73527 | bone morphogenetic protein 7 (osteogenic protein 1) |
| 448 | TOP2A | 825470 | | AA504348 | topoisomerase (DNA) II alpha (170kD) |
| 449-451 | IL8 | 328692 | Hs.624 | M17017; W45324; W40283 | interleukin 8 |
| 452-453 | GRO1 | 324437 | Hs.789 | X54489; W46900 | GRO1 oncogene (melanoma growth stimulating activity, alpha) |
| 454-456 | ALDH1A3 | 272686 | Hs.75746 | U07919; N32289; N44575 | aldehyde dehydrogenase 1 family, member A3; Aldehyde dehydrogenase 6 |
| 457-459 | MMP1 | 624924 | Hs.83169 | X54925; AA181875; AA186634 | matrix metalloproteinase 1 (interstitial collagenase) |
| 460-461 | OSF-2 | 897910 | Hs.136348 | D13666; AA598653 | osteoblast specific factor 2 (fasciclin I-like) |
| 462-464 | CDC25B | 48398 | Hs.153752 | S78187; H14343; H14392 | cell division cycle 25B; M-phase inducer phosphatase 2 |
| 465-467 | FLNA | 487418 | Hs.195464 | X53416; AA046721; AA046606 | filamin A, alpha (actin-binding protein-280) |
| 468-469 | TFP12 | 726086 | Hs.295944 | AA399473; AA293402 | tissue factor pathway inhibitor 2 |
| 470-472 | FGF2 | 23073 | Hs.284244 | M27968; R38539; T75110 | fibroblast growth factor 2 (basic) |
| 473-475 | CD44 | 713145 | Hs.169610 | X56794; AA283090; AA282906 | CD44 antigen; extracellular matrix receptor-III=Hyaluronate receptor |
| 476-477 | DYT1 | 69046 | Hs.19261 | T54320; T53726 | dystonia 1, torsion (autosomal dominant; torsin A) |
| 478 | UCHL1 | 878833 | Hs.76118 | AA670438 | ubiquitin carboxyl-terminal esterase L1 (ubiquitin thiolesterase) |
| 479-480 | PLAU | 1696513 | Hs.77274 | D00244; AI088434 | plasminogen activator, urokinase |
| 256 | LDHA | 43550 | Hs.2795 | | lactate dehydrogenase |

| | | | | | A |
|---|---|---|---|---|---|
| 481-483 | PTGS2 | 147050 | Hs.196384 | U04636; R80217; R80322 | cyclooxygenase-2; prostaglandin endoperoxide synthase-2 |
| 484-486 | PRNP | 682013 | Hs.74621 | M13899; AA256322; AA256449 | prion protein |
| 487-488 | MT1X | 297392 | Hs.278462 | N80129; W03653 | metallothionein 1L, metallothionein 1X |
| 489-490 | UGB | 81336 | Hs.2240 | T63761; T63800 | uteroglobin |
| 491-493 | PBEF | 594539 | Hs.239138 | U02020; AA169813; AA171651 | pre-B-cell colony-enhancing factor |
| 494-496 | TXNRD1 | 789376 | Hs.13046 | X91247; AA464849; AA453335 | thioredoxin reductase 1; GRIM-12 |
| 497-499 | NT5 | 21655 | Hs.153952 | X55740; T65120; T65189 | 5' nucleotidase (CD73) |
| 500-502 | MT2A | 590150 | Hs.118786 | J00271; AA156031; AA156201 | metallothionein 2A |
| 503 | ZNF220 | 949928 | Hs.82210 | AA599173 | zinc finger protein 220 |
| 504-506 | AKT1 | 810331 | Hs.71816 | U97276; AA464152; AA464217 | BPGF-1=bone-derived growth factor; v-akt murine thymoma viral oncogene homolog 1 |
| 507-509 | PTEN | 322160 | Hs.10712 | U92436; W37864; W37855 | MMAC1=PTEN=Tumor suppressor gene at 10q23.3 that is Mutated in Multiple Advanced Cancers=Phosphatase and tensin homolog |
| 510-512 | UBL1 | 758495 | Hs.81424 | U83117; AA401634; AA401864 | ubiquitin-homology domain protein PIC1 |
| 513-514 | WNT2 | 302286 | Hs.89791 | N78828; W17194 | wingless-type MMTV integration site family member 2 |
| 515-517 | SFRP4 | 841282 | Hs.105700 | AF026692; AA487193; AA486838 | frizzled related protein frpHE |
| 518-520 | RUNX1 | 263251 | Hs.129914 | D43968; H99599; H99598 | AML1 Proto-oncogene |
| 521-523 | TAL1 | 71727 | Hs.73828 | X51990; T51236; T51350 | T-cell acute lymphocytic leukemia 1 |
| 524-526 | WAS | 236282 | Hs.2157 | U12707; H61193; H62098 | Wiskott-Aldrich syndrome protein |
| 527-528 | PCTK1 | 713382 | Hs.171834 | X66363; AA283125 | PCTAIRE 1 serine/threonine protein kinase |
| 529 | EBP | 295986 | Hs.75105 | N67038 | emopamil-binding protein (sterol |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | isomerase) |
| 530 | SMC1L1 | 897997 | Hs.211602 | AA598887 | SMC1 (structural maintenance of chromosomes 1, yeast)-like 1 |
| 531-532 | ARAF1 | 207618 | Hs.77183 | H59758; H59757 | v-raf murine sarcoma 3611 viral oncogene homolog 1 |
| 533 | UBE1 | 898262 | Hs.2055 | AA598670 | ubiquitin-activating enzyme E1 |
| 534-535 | LOC51760 | 52226 | Hs.26971 | H23265; H23376 | B/K protein |
| 536-537 | LRPAP1 | 842785 | Hs.75140 | AA486209; AA486313 | low density lipoprotein-related protein-associated protein 1 (alpha-2-macroglobulin receptor-associated protein 1) |
| 538-540 | PSTPIP1 | 71434 | Hs.129758 | L07633; T47815; T47814 | interferon-gamma IEF SSP 5111; Interferon gamma upregulated protein |
| 541-542 | IDH2 | 869375 | Hs.5337 | X69433; AA679907 | isocitrate dehydrogenase 2 (NADP+), mitochondrial |
| 543 | SIAHBP1 | 854696 | Hs.74562 | AA630094 | fuse-binding protein-interacting repressor |
| 544 | SLC25A11 | 878413 | Hs.184877 | AA670357 | solute carrier family 25 (mitochondrial carrier; oxoglutarate carrier), member 11 |
| 545-547 | LCN2 | 302127 | Hs.204238 | X99133; N79823; W38398 | lipocalin 2 (oncogene 24p3) |
| 548-550 | TCEB2 | 52162 | Hs.172772 | L42856; H22966; H24146 | Elongin B=RNA polymerase II transcription factor SIII p18 subunit |
| 551-553 | NM23H1 | 176482 | | X17620; H42520; H43520 | nm23-H1=NDP kinase A=Nucleoside dephophate kinase A |
| 554-556 | SCYB5 | 198699 | Hs.89714 | X78686; R95077; R95145 | ENA78=chemokine |
| 557-558 | PAK2 | 231951 | Hs.284275 | U25975; H92785 | hPAK65=SER/THR-protein kinase PAK-gamma =P21-activated kinase 3 |
| 559-561 | S100A4 | 472180 | Hs.81256 | M80563; AA057375; AA036758 | S100 calcium binding protein A4=Placental calcium binding protein=Calvasculin=mts1 PROTEIN=CAPL |
| 562-564 | CD83 | 564503 | Hs.79197 | Z11697; AA101749; AA101748 | CD83=B-G antigen IgV domain homolog=B-cell |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | activation protein=HB15 |
| 565-567 | NCOA1 | 609445 | Hs.74002 | U59302; AA180462; AA179970 | SRC-1=steroid receptor coactivator |
| 568-570 | RYBP | 649654 | Hs.7910 | AF179286; AA216739; AA216519 | Death effector domain-associated factor=Binds to Caspase 10 DED domain=Homolog of mouse RYBP repressor protein that interacts with Polycomb complex and YY1=YAF2 homolog=DEDAF=YAF2 homolog=MLNewGene3 |
| 571-573 | ITGAE | 665279 | Hs.851 | L25851; AA195282; AA195146 | CD103 alpha=Integrin alpha-E |
| 574-576 | IL7 | 701422 | Hs.72927 | J04156; AA287945; AA288010 | IL-7 |
| 577-579 | CD36 | 243816 | Hs.75613 | M98399; N39161; N45238 | CD36 |
| 580-582 | PDGFRB | 773439 | Hs.76144 | J03278; AA426020; AA428115 | Platelet-derived growth factor receptor, beta polypeptide=fused to TEL in t(5;12)(q33;p13) chronic myelomonocytic leukemia |
| 583-584 | IL17R | 842122 | Hs.129751 | U58917; AA634809 | IL-17 receptor |
| 585-586 | HGF | 1219612 | Hs.809 | X16323; AA687773 | Hepatocyte growth factor (hepapoietin A; scatter factor) |
| 587-588 | BAD | 1286754 | Hs.76366 | U66879; AA740876 | BAD=bbc6=proapoptotic Bcl-2 homolog |
| 589-591 | ZNF173 | 755176 | Hs.1287 | U09825; AA421953; AA421952 | acid finger protein |
| 592-593 | ZFP161 | 285742 | Hs.156000 | D89859; N64141 | ZF5=POZ domain zinc finger protein |
| 594-596 | RGS16 | 470132 | Hs.183601 | U70426; AA029960; AA029959 | A28-RGS14p=G protein signaling regulator |
| 597-599 | PPP1CB | 485729 | Hs.21537 | X80910; AA040285; AA040284 | PPP1CB=Protein phosphatase 1, catalytic subunit, beta isoform |
| 600-602 | GART | 502761 | Hs.82285 | X54199; AA126256; AA126360 | Phosphoribosylglycinamide formyltransferase, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | phospho-ribosylglycinamide synthetase, phosphoribosylaminoimidazole synthetase |
| 603-605 | ENPP1 | 786041 | Hs.11951 | D12485; AA448639; AA448731 | PC-1 = alkaline nucleotide pyrophosphatase |
| 606-608 | MMP13 | 786029 | Hs.2936 | X75308; AA448634; AA448726 | MMP-13=Matrix metalloproteinase 13=CL-3=Collagenase 3 |
| 609-611 | ILK | 292313 | Hs.6196 | U40282; N62542; N79210 | ILK=integrin-linked kinase |
| 612-614 | SCYA4 | 205633 | Hs.75703 | J04130; H62864; H62985 | MIP-1 beta=SCAY2=G-26=HC21=pAT 744=LAG-1=Act-2=H400=SIS-gamma=chemokine |
| 615-617 | KDR | 469345 | Hs.12337 | AF035121; AA027012; AA026831 | Kinase insert domain receptor (a type III receptor tyrosine kinase) |
| 618-620 | IL18R1 | 755054 | Hs.159301 | U43672; AI821652; AI734039 | IL-18 receptor 1=IL-1Rrp |
| 621-623 | PPP2R5A | 41356 | Hs.155079 | L42373; R59165; R59164 | phosphatase 2A B56-alpha (PP2A) |
| 624-625 | PTK2B | 180298 | Hs.20313 | U43522; R85257 | protein tyrosine kinase PYK2 |
| 626-628 | MAP2K3 | 45641 | Hs.180533 | D87116; H08749; H08467 | Dual specificity mitogen-activated protein kinase kinase 3 |
| 629-631 | TNFR2RP | 124034 | Hs.117847 | L04270; R02558; R02676 | Lymphotoxin-Beta receptor precursor = Tumor necrosis factor receptor 2 related protein = Tumor necrosis factor C receptor |
| 632-633 | EST | 739852 | Hs.328687 | AI821550; AA477842 | ESTs, Moderately similar to ALU4_HUMAN ALU subfamily SB2 sequence contamination warning entry [H.sapiens] |
| 634-635 | EST | 1862171 | Hs.310541 | AI053777; AI792563 | ESTs |
| 636 | EST | 1985026 | | AI251605 | Unknown |
| 637 | EST | 2002071 | Hs.203960 | AI249848 | ESTs |
| 638 | EST | 2047317 | | AI311297 | Unknown |
| 639 | EST | 2215752 | | AI567814 | Unknown |
| 640 | EST | 2217459 | | AI744181 | Unknown |
| 641 | EST | 2217834 | Hs.328451 | AI744330 | EST, Weakly similar to PRPP_HUMAN |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | salivary proline-rich protein II-1 [H.sapiens] |
| 642 | EST | 2219300 | | AI745684 | Unknown |
| 643 | EST | 2220085 | Hs.337231 | AI798317 | EST |
| 644 | EST | 2220214 | | AI798385 | Unknown |
| 645 | EST | 2261174 | Hs.185554 | AI609326 | EST |
| 646 | EST | 2261169 | | AI609331 | Unknown |
| 647 | EST | 2292810 | Hs.224732 | AI871658 | EST |
| 648 | EST | 2292831 | Hs.337311 | AI871678 | EST |
| 649 | EST | 2549950 | | AI954130 | Unknown |
| 650 | EST | 2550130 | | AI953438 | Unknown |
| 651-652 | FDFT1 | 25725 | Hs.48876 | R36960; R11842 | farnesyl-diphosphate farnesyltransferase 1 |
| 653-654 | NAGA | 28985 | Hs.75372 | R40255; R14305 | N-acetylgalactosaminidase, alpha- |
| 655-656 | SECRET | 29054 | Hs.116428 | R40850; R14422 | secretagogin |
| 657-658 | SLC9A1 | 30272 | Hs.170222 | R42414; R14692 | solute carrier family 9 (sodium/hydrogen exchanger), isoform 1 (antiporter, Na+/H+, amiloride sensitive) |
| 659 | TUFM | 34945 | Hs.12084 | R45183 | Tu translation elongation factor, mitochondrial |
| 660-661 | MNAT1 | 38471 | Hs.82380 | R49475; R35961 | menage a trois 1 (CAK assembly factor) |
| 662-663 | HARS | 43021 | Hs.77798 | R60150; R60149 | histidyl-tRNA synthetase |
| 664-665 | EIF4A1 | 46171 | Hs.129673 | H09590; H09589 | eukaryotic translation initiation factor 4A, isoform 1 |
| 666-667 | MPI | 50359 | Hs.75694 | H17096; H17714 | mannose phosphate isomerase |
| 668-669 | TAGLN2 | 45544 | Hs.75725 | H08564; H08563 | transgelin 2 |
| 670-671 | PON1 | 128143 | Hs.1898 | R12373; R09781 | paraoxonase 1 |
| 672-673 | EST | 813444 | Hs.178379 | AA455945; AA455554 | ESTs |
| 674-675 | GNB2 | 292213 | Hs.91299 | N68166; N80625 | guanine nucleotide binding protein (G protein), beta polypeptide 2 |
| 676-677 | KIAA0365 | 811029 | Hs.190452 | AA485383; AA485539 | KIAA0365 gene product |
| 678 | NCSTN | 199645 | Hs.4788 | R96527 | nicastrin |
| 679-681 | ARHGEF6 | 687990 | Hs.79307 | D25304; AA236957; AA236617 | KIAA0006 |
| 682 | SFRS11 | 204755 | Hs.11482 | H56944 | splicing factor, arginine/serine-rich 11 |
| 683-684 | CUGBP1 | 25588 | Hs.81248 | R15111; R12181 | CUG triplet repeat, RNA-binding protein 1 |
| 685- | GABRP | 563598 | Hs.70725 | AA101225; | gamma-aminobutyric |

| | | | | | |
|---|---|---|---|---|---|
| 686 | | | | AA102670 | acid (GABA) A receptor, pi |
| 687-688 | BMP6 | 768168 | Hs.285671 | AA424833; AA426586 | bone morphogenetic protein 6 |
| 689-690 | ATP7A | 687820 | Hs.606 | AA236141; AA236635 | ATPase, Cu++ transporting, alpha polypeptide (Menkes syndrome) |
| 691-692 | RBBP4 | 773599 | Hs.16003 | AA428365; AA429422 | retinoblastoma-binding protein 4 |
| 693-694 | POLR2A | 740130 | Hs.171880 | AA479052; AA477535 | polymerase (RNA) II (DNA directed) polypeptide A (220kD) |
| 695-696 | SMG1 | 785605 | Hs.110613 | AA449463; AA448998 | PI-3-kinase-related kinase SMG-1 |
| 697-698 | GTPBP1 | 826217 | Hs.283677 | U87964; AA521469 | GP-1=putative G-protein |
| 699-700 | GS2NA | 767994 | Hs.183105 | AA418821; AA418918 | nuclear autoantigen |
| 701-702 | FLJ12442 | 32231 | Hs.84753 | R42815; R17469 | hypothetical protein FLJ12442 |
| 703-704 | KIAA0218 | 49404 | Hs.75863 | H15567; H15627 | KIAA0218 gene product |
| 705-706 | KIAA0144 | 245015 | Hs.8127 | N52646; N72374 | KIAA0144 gene product |
| 707-708 | FOXO1A | 628955 | Hs.170133 | AA194765; AA194764 | forkhead box O1A (rhabdomyosarcoma) |
| 709 | CSRP2 | 75254 | Hs.10526 | T59334 | cysteine and glycine-rich protein 2 |
| 710-711 | BRE | 739993 | Hs.80426 | AA479741; AA477082 | brain and reproductive organ-expressed (TNFRSF1A modulator) |
| 712-713 | RALY | 825583 | Hs.74111 | AA504617; AA504712 | RNA-binding protein (autoantigenic) |
| 714-716 | FGFR2 | 809464 | Hs.282823 | M87771; AA443093; AA456160 | FGFR2=Fibroblast growth factor receptor 2 |
| 717-718 | EST | 242820 | Hs.290870 | H94050; H94131 | ESTs, Weakly similar to I38588 reverse transcriptase homolog [H.sapiens] |
| 719-720 | PEF | 137353 | Hs.241531 | R38031; R38117 | PEF protein with a long N-terminal hydrophobic domain (peflin) |
| 721-722 | EST | 265494 | Hs.153445 | N21309; N31244 | Human mRNA for unknown product, partial cds |
| 723-724 | SAST | 739625 | Hs.227489 | AA479623; AA477008 | syntrophin associated serine/threonine kinase |
| 725-726 | EST | 142499 | | R70037; R70084 | Unknown |
| 727-728 | PLXNA2 | 303035 | Hs.300622 | N91580; W19130 | plexin A2 |
| 729-730 | EST | 240694 | Hs.167787 | H78135; H78134 | ESTs |

| | | | | | |
|---|---|---|---|---|---|
| 731-732 | APMCF1 | 198904 | Hs.12152 | R95693; R95692 | APMCF1 protein |
| 375 | CALU | 144881 | Hs.7753 | | calumenin |
| 733-734 | PPY2 | 210873 | Hs.20588 | H67736; H66312 | pancreatic polypeptide 2 |
| 735-736 | CRB1 | 248485 | Hs.169745 | N59646; N78199 | crumbs (Drosophila) homolog 1 |
| 737-738 | FLJ21661 | 80095 | Hs.334718 | T63321; T63940 | hypothetical protein FLJ21661 |
| 739-740 | RAB3A | 163579 | Hs.27744 | H14231; H14230 | RAB3A, member RAS oncogene family |
| 741-742 | GCAT | 307094 | Hs.54609 | N93695; W21033 | glycine C-acetyltransferase (2-amino-3-ketobutyrate coenzyme A ligase) |
| 743-744 | P14L | 809437 | Hs.178576 | AA458464; AA442976 | similar to Bos taurus P14 protein |
| 745-746 | KIAA0008 | 357373 | Hs.77695 | W93717; W93568 | KIAA0008 gene product |
| 747-748 | LOX | 341680 | Hs.102267 | W60414; W60413 | lysyl oxidase |
| 749-750 | PISD | 343609 | Hs.8128 | W69460; W69544 | phosphatidylserine decarboxylase |
| 751-752 | EST | 341834 | Hs.27278 | W60647; W60905 | ESTs, Weakly similar to A Chain A, Cyclophilin A [H.sapiens] |
| 753-754 | EST | 809490 | Hs.3737 | AA443117; AA456181 | ESTs |
| 755-756 | TMEPAI | 809824 | Hs.83883 | AA455519; AA464401 | transmembrane, prostate androgen induced RNA |
| 757-758 | ZNF211 | 346947 | Hs.15110 | W79396; W79316 | zinc finger protein 211 |
| 759 | LOC51605 | 810343 | Hs.128791 | AA464166 | CGI-09 protein |
| 760-761 | MAPRE1 | 428223 | Hs.234279 | AA001749; AA001819 | microtubule-associated protein, RP/EB family, member 1 |
| 762 | FLJ10701 | 430068 | Hs.146589 | AA009830 | hypothetical protein FLJ10701 |
| 763-764 | DKFZP564C186 | 366353 | Hs.134200 | AA026278; AA026277 | DKFZP564C186 protein |
| 765 | EST | 810205 | Hs.264606 | AA464518 | ESTs |
| 766-767 | F23149_1 | 428507 | Hs.152894 | AA004525; AA004607 | hypothetical protein F23149_1 |
| 768-769 | FLJ21940 | 810795 | Hs.104916 | AA458876; AA459066 | hypothetical protein FLJ21940 |
| 770-771 | FLJ22059 | 292223 | Hs.13323 | N62464; N79183 | hypothetical protein FLJ22059 |
| 772-773 | EST | 241861 | Hs.269020 | H93115; H93243 | ESTs |
| 398 | RGS1 | 361323 | Hs.75256 | | regulator of G-protein signalling 1 |
| 774 | PDE6A | 361840 | Hs.182240 | W92514 | phosphodiesterase 6A, cGMP-specific, rod, alpha |
| 775- | IL1B | 491763 | Hs.126256 | AA150507; | interleukin 1, beta |

| | | | | | |
|---|---|---|---|---|---|
| 776 | | | | AA156711 | |
| 777 | SF3B4 | 432564 | Hs.25797 | AA699361 | splicing factor 3b, subunit 4, 49kD |
| 778 | EST | 277627 | Hs.348427 | N45979 | Human SH3 domain-containing protein SH3P18 mRNA, complete cds |
| 779 | TCF4 | 854581 | Hs.326198 | AA669136 | transcription factor 4 |
| 780-781 | RAB2L | 741891 | Hs.170160 | AA401972; AA402117 | RAB2, member RAS oncogene family-like |
| 782-783 | GOLGA1 | 34102 | Hs.172647 | R44140; R23687 | golgi autoantigen, golgin subfamily a, 1 |
| 784 | TNRC12 | 770000 | Hs.306094 | AA427519 | trinucleotide repeat containing 12 |
| 785 | CSNK1E | 854138 | Hs.79658 | AA669272 | casein kinase 1, epsilon |
| 786-787 | AFP | 74537 | Hs.155421 | T59043; T59118 | alpha-fetoprotein |
| 788-789 | COVA1 | 588822 | Hs.155185 | AA156560; AA157732 | cytosolic ovarian carcinoma antigen 1 |
| 790-791 | APEX | 740907 | Hs.73722 | AA478273; AA478331 | APEX nuclease (multifunctional DNA repair enzyme) |
| 792-793 | RBBP2 | 841655 | Hs.76272 | AA487492; AA487706 | retinoblastoma-binding protein 2 |
| 794-796 | GRO1 | 323238 | | M36820; W42723; W42812 | Human cytokine (GRO-beta) mRNA; GRO2=GRO beta = MIP2 alpha = macrophage inflammatory protein-2 alpha = chemokine |
| 797-799 | WNT2 | 149373 | | X07876; H04382; H04408 | wingless-type MMTV integration site family member 2 |
| 800 | PTGS2 | 845477 | Hs.196384 | AA644211 | cyclooxygenase-2; prostaglandin endoperoxide synthase-2 |
| 801-802 | PRNP | 470074 | Hs.74621 | AA029059; AA029163 | prion protein |
| 803-804 | WNT5B | 323636 | Hs.306051 | W44518; W44517 | Homo sapiens mRNA for WNT5B, complete cds |
| 805 | CD72 | 1241854 | | AA714696 | |
| 806 | | 897774 | | AA598510 | adenine phosphoribosyltransfer ase |
| 807-808 | | 795893 | | AA460168 AA460768 | protein phosphatase 1, regulatory (inhibitor) subunit 15A |
| 809-810 | | 825214 | | AA504113 AA504371 | M-phase phosphoprotein 10 |
| 811-812 | | 154720 | | R55220 R55219 | ARD1 homolog, N-acetyltransferase (S. cerevisiae) |
| 813-814 | | 204214 | | H59204 H59203 | CDC6 cell division cycle 6 homolog (S. cerevisiae) |

| | | | | | |
|---|---|---|---|---|---|
| 815-816 | | 815294 | | AA481547 AA481613 | protein tyrosine phosphatase, receptor type, C-associated protein |
| 817 | | 825265 | | AA504204 | polymerase (DNA directed), delta 3 |
| 818 | | 2549467 | | AI952542 | unknown EST |
| 819 | | 1056107 | | AA628360 | putative cyclin G1 interacting protein |
| 820-821 | | 809515 | | AA454565 AA456458 | pLK=homologue of Drosophila polo serine/threonine kinase |
| 822 | CMKBR6 | | | U45984 | CCR6=STRL22=chemokine receptor for MIP-3 alpha/LARC/Exodus on activated B cells |