# EXHIBIT 5
## (PART 4 OF 4)

**Table 4. Markers that were Under-expressed in Ovarian Cancer in a Comparison of Ovarian Epithelial Cancer to Normal Postmenopausal Ovarian Tissue**

| SEQ. ID. NO. | IMAGE ID | Nucleic Acid | Description | Average log normal | Average log cancer | Cancer to normal |
|---|---|---|---|---|---|---|
| 202 | 878596 | ITM2A | integral membrane protein 2A | 1.145 | -2.036 | 0.110 |
| 203-204 | 42558 | GATM | glycine amidinotransferase (L-arginine:glycine amidinotransferase) | 4.137 | 0.945 | 0.109 |
| 205-207 | 81417 | RNASE4 | ribonuclease L (2',5'-oligoisoadenylate synthetase-dependent) | 2.057 | -0.744 | 0.144 |
| 208-210 | 471642 | LAMA2 | laminin alpha 2 (merosin, congenital muscular dystrophy) | 2.806 | 0.361 | 0.184 |
| 211 | 448386 | PBX3 | pre-B-cell leukemia transcription factor 3 | 2.354 | -0.243 | 0.165 |
| 212 | 1472538 | PLA2G6 | phospholipase A2, group VI (cytosolic, calcium-independent) | 2.604 | 0.099 | 0.176 |
| 213 | 814636 | SMARCA2 | SWI/SNF related, matrix associated, actin dependent regulator of chromatin, subfamily a, member 2 | 3.055 | 0.231 | 0.141 |
| 214-215 | 488956 | CUGBP2 | CUG triplet repeat, RNA-binding protein 2 | 2.960 | -0.043 | 0.125 |
| 216-218 | 209655 | TGFBR3 | TGF beta receptor type III | 1.956 | 0.057 | 0.268 |
| 219 | 859858 | STAR | steroidogenic acute regulatory protein | 1.685 | 0.026 | 0.317 |
| 220 | 1636447 | GNG11 | guanine nucleotide binding protein 11 | 1.683 | -0.953 | 0.161 |
| 221 | 491565 | CITED2 | Cbp/p300-interacting transactivator, with Glu/Asp-rich carboxy-terminal domain, 2 | 1.576 | -0.497 | 0.238 |
| 222 | 744647 | CTNNAL1 | catenin (cadherin-associated protein), alpha-like 1 | 1.498 | -0.761 | 0.209 |
| 223 | 743773 | ABCA8 | ATP-binding cassette, sub-family A (ABC1), member 8 | 2.317 | 0.060 | 0.209 |
| 224-226 | 188232 | KLF4 | GKLF=EZF=KLF4=gut-enriched Kruppel-like zinc finger protein=expressed in vascular endothelial cells | 1.644 | -0.741 | 0.191 |
| 227-228 | 471725 | ITPR1 | inositol 1,4,5-triphosphate receptor, type 1 | 1.600 | -0.616 | 0.215 |
| 229-230 | 487793 | MAF | v-maf musculoaponeurotic fibrosarcoma (avian) oncogene homolog | 0.765 | -2.032 | 0.144 |
| 231-232 | 768370 | FOXC1 | forkhead box C1 | 2.270 | -0.021 | 0.204 |
| 233 | 461351 | TCF21 | transcription factor 21 | 1.733 | 0.193 | 0.344 |
| 234-236 | 248295 | CCNI | Cyclin I | 2.460 | -0.030 | 0.178 |
| 237-238 | 209367 | DCN | decorin | 3.762 | 0.582 | 0.110 |
| 239-240 | 789049 | CBF2 | CCAAT-box-binding transcription factor | 2.140 | 0.019 | 0.230 |

| 241-242 | 68049 | | Homo sapiens, clone IMAGE:4183312, mRNA, partial cds | 2.074 | 0.243 | 0.281 |
|---|---|---|---|---|---|---|
| 122 | 81417 | RNASE4 | ribonuclease L (2',5'-oligoisoadenylate synthetase-dependent) | 1.696 | -0.117 | 0.285 |
| 243 | 2094012 | SLC4A1AP | solute carrier family 4 (anion exchanger), member 1, adapter protein | 1.869 | 0.195 | 0.313 |
| 244-245 | 377731 | GSTM5 | glutathione S-transferase M5 | 1.558 | 0.242 | 0.402 |
| 246 | 460470 | C4BPB | complement component 4-binding protein, beta | 0.750 | -0.851 | 0.330 |
| 247-248 | 73609 | HS3ST1 | heparan sulfate (glucosamine) 3-O-sulfotransferase 1 | 2.017 | 0.328 | 0.310 |
| 249 | 2413955 | CDKN1C | cyclin-dependent kinase inhibitor 1C (p57, Kip2) | 2.739 | 0.465 | 0.207 |
| 250 | 897823 | HNRPDL | heterogeneous nuclear ribonucleoprotein D-like | 1.703 | -0.229 | 0.262 |
| 251 | 1558799 | CIRBP | cold inducible RNA-binding protein | 1.817 | -0.183 | 0.250 |
| 252 | 2321596 | RGS2 | regulator of G-protein signalling 2, 24kD | 1.607 | -0.290 | 0.269 |
| 253-254 | 786607 | TCEAL1 | transcription elongation factor A (SII)-like 1 | 1.737 | 0.083 | 0.318 |
| 255-256 | 377461 | CAV1 | caveolin 1, caveolae protein, 22kD | 0.146 | -2.506 | 0.159 |
| 257 | 855624 | ALDH1A1 | aldehyde dehydrogenase 1 family, member A1 | 2.030 | -0.068 | 0.233 |
| 258-259 | 343443 | RBPMS | RNA-binding protein gene with multiple splicing | 1.727 | -0.240 | 0.256 |
| 260-261 | 62263 | ADAMTS1 | a disintegrin-like and metalloprotease (reprolysin type) with thrombospondin type 1 motif, 1 | 1.589 | 0.029 | 0.339 |
| 262-263 | 51408 | DSCR1L1 | Down syndrome critical region gene 1-like 1 | 2.054 | 0.260 | 0.288 |
| 264 | 436121 | DLK1 | delta-like homolog (Drosophila) | 0.307 | -1.944 | 0.210 |
| 265-266 | 491113 | CDH11 | cadherin 11, type 2, OB-cadherin (osteoblast) | 2.308 | 0.502 | 0.286 |
| 139 | 840776 | SGK | sgk=putative serine/threonine protein kinase transcriptionally modified during anisotonic and isotonic alterations of cell volume | 1.444 | -0.201 | 0.320 |
| 267 | 450060 | HFL1 | H factor (complement)-like 1 | 2.490 | 0.664 | 0.282 |
| 268-269 | 38347 | FOG2 | Friend of GATA2 | 1.905 | 0.463 | 0.368 |
| 270 | 898122 | C7 | complement component 7 | 2.643 | 0.660 | 0.253 |
| 271-272 | 784109 | SGCE | sarcoglycan, epsilon | 1.573 | -0.213 | 0.290 |
| 273 | 898305 | NBL1 | neuroblastoma, suppression of tumorigenicity 1 | 1.910 | 0.153 | 0.296 |
| 274-275 | 173385 | HBB | hemoglobin, beta | 0.165 | -2.317 | 0.179 |
| 276-278 | 840683 | CARP | Cytokine inducible nuclear protein | 1.728 | 0.018 | 0.306 |
| 279-280 | 278570 | MITF | microphthalmia-associated transcription factor | 0.242 | -1.580 | 0.283 |
| 281-282 | 898062 | CDC20 | p55CDC | 1.679 | -0.043 | 0.303 |
| 283-285 | 148028 | EPS8 | epidermal growth factor receptor kinase substrate (Eps8) | 1.595 | -0.344 | 0.261 |

| 286-287 | 345680 | ARHI | ras homolog gene family, member I | 1.595 | 0.212 | 0.383 |
|---|---|---|---|---|---|---|
| 288 | 857002 | B4-2 | proline-rich protein with nuclear targeting signal | 1.523 | 0.285 | 0.424 |
| 289-291 | 186132 | SELE | ELAM1=endothelial leukocyte adhesion molecule I | 1.480 | -0.393 | 0.273 |
| 292-293 | 133273 | PMP22 | peripheral myelin protein 22 | 1.767 | 0.017 | 0.297 |
| 294 | 340657 | EBAF | endometrial bleeding associated factor (left-right determination, factor A; transforming growth factor beta superfamily) | 1.422 | -0.076 | 0.354 |
| 295-296 | 609663 | PRKAR2B | protein kinase, cAMP-dependent, regulatory, type II, beta | 1.357 | -0.461 | 0.284 |
| 297 | 1573311 | NFKBIE | nuclear factor of kappa light polypeptide gene enhancer in B-cells inhibitor, epsilon | 1.242 | -1.102 | 0.197 |
| 298-299 | 269806 | KIT | v-kit Hardy-Zuckerman 4 feline sarcoma viral oncogene homolog | 2.324 | 0.315 | 0.248 |
| 158 | 309864 | JUNB | jun B proto-oncogene | 3.465 | 1.117 | 0.196 |
| 300 | 1573108 | BCKDK | branched chain alpha-ketoacid dehydrogenase kinase | 1.306 | -1.057 | 0.194 |
| 301-303 | 298268 | BTG1 | BTG1=B-cell translocation gene 1=anti-proliferative | 1.409 | -0.239 | 0.319 |
| 304-305 | 784772 | AKAP12 | A kinase (PRKA) anchor protein (gravin) 12 | 1.568 | -0.413 | 0.253 |
| 306-307 | 898221 | NR4A2 | NOT=Immediate early response protein=Nurr1 homologue=Nurr77 orphan steroid receptor family member | 2.092 | 0.341 | 0.297 |
| 308-309 | 126531 | HBB | hemoglobin, beta | 0.190 | -2.034 | 0.214 |
| 310-311 | 768489 | ARHGAP6 | Rho GTPase activating protein 6 | 1.263 | -0.109 | 0.386 |
| 312 | 1568391 | PLS3 | plastin 3 (T isoform) | 1.241 | -1.045 | 0.205 |
| 313-314 | 300015 | FNTA | farnesyltransferase, CAAX box, alpha | 1.354 | 0.091 | 0.417 |
| 315-316 | 770670 | TNFAIP3 | tumor necrosis factor, alpha-induced protein 3 | 2.088 | 0.445 | 0.320 |
| 317-318 | 840944 | EGR1 | early growth response 1 | 3.245 | 0.765 | 0.179 |
| 319 | 795213 | RNAC | RNA cyclase homolog | 1.812 | 0.043 | 0.293 |
| 320 | 813584 | PA26 | p53 regulated PA26 nuclear protein | 1.329 | 0.084 | 0.422 |
| 321 | 1573778 | C11orf13 | chromosome 11 open reading frame 13 | 1.241 | -1.048 | 0.205 |
| 322 | 2169465 | ING1L | inhibitor of growth family, member 1-like | 1.267 | 0.031 | 0.425 |
| 323 | 2577249 | RPL9 | ribosomal protein L9 | 1.756 | -0.313 | 0.238 |
| 324-325 | 813711 | ADH5 | alcohol dehydrogenase 5 (class III), chi polypeptide | 1.211 | -0.616 | 0.282 |
| 326-327 | 298122 | FZD7 | frizzled (Drosophila) homolog 7 | 2.554 | 0.747 | 0.286 |
| 328-329 | 366100 | MATN2 | matrilin 2 | 2.205 | 0.536 | 0.315 |
| 330-331 | 71863 | SLC11A3 | solute carrier family 11 (proton-coupled divalent metal ion transporters), member 3 | 2.466 | 0.808 | 0.317 |
| 332-333 | 767641 | | ESTs | 0.965 | -0.153 | 0.461 |
| 334-335 | 292463 | ERCC5 | excision repair cross-complementing rodent repair deficiency, complementation | 1.695 | -0.098 | 0.289 |

**Table 5. Markers that were Over-expressed in Ovarian Cancer in a Comparison of Ovarian Epithelial Cancer to Normal Postmenopausal Ovarian Tissue**

| SEQ. ID. NO. | IMAGE ID | Nucleic Acid | Description | Average log normal | Average log cancer | Cancer to normal |
|---|---|---|---|---|---|---|
| 18-19 | 82195 | SERPINF2 | Branched chain keto acid dehydrogenase E1, beta polypeptide (maple syrup urine disease) | | 1.45 | |
| 30-31 | 295939 | FLJ22174 | hypothetical protein FLJ22174 | | 1.38 | |
| 50-51 | 755599 | IFITM1 | Interferon induced transmembrane protein 1 (9-27) | | 1.74 | |
| 55-57 | 624655 | IFITM2 | Interferon-induced protein 1-8D | | 1.53 | |
| 60 | 786675 | HE4 | Epididymis-specific, whey-acidic protein type, four-disulfide core; putative ovarian carcinoma marker | | 2.41 | |
| 68-69 | 782513 | G1P3 | Interferon, alpha-inducible protein (clone IFI-6-16) | | 1.64 | |
| 74-76 | 182288 | DDR1 | Receptor protein-tyrosine kinase EDDR1 | | 1.43 | |
| 85-86 | 811139 | HLA-DRB5 | Major histocompatibility complex, class II, DR beta 5 | | 1.91 | |
| 101-103 | 417711 | HLA-DRB1 | Major histocompatibility complex, class II, DR beta 1 | | 1.94 | |
| 89-91 | 725751 | CD74 | Invariant chain=Ia-associated invariant gamma-chain | | 2.69 | |
| 92-93 | 840681 | CD74 | Invariant chain=Ia-associated invariant gamma-chain | | 2.58 | |
| 94-96 | 117411 | HLA-DRA | MHC Class II=DR alpha | | 1.62 | |
| 97-99 | 207715 | HLA-DPA | MHC Class II=DP alpha | | 1.85 | |
| 122-123 | 361323 | RGS1 | regulator of G-protein signaling 1 | | 1.73 | |
| 133-135 | 755279 | FOS | c-fos | | 1.76 | |
| 149-151 | 279388 | SORL1 | Mosaic protein LR11=hybrid receptor gp250 precursor | | 1.56 | |
| 164-166 | 813256 | ABCB1 | MDR1=Multidrug resistance protein 1=P-glycoprotein | | 1.64 | |
| 167-168 | 23804 | ZFP36 | Zinc finger protein homologous to Zfp-36 in mouse | | 1.74 | |
| 169-171 | 135880 | ZFP36 | TTP=tristetraproline=GOS24=zinc finger transcriptional regulator | | 2.00 | |
| 174-175 | 41650 | HGF | hepatocyte growth factor (hepapoietin A; scatter factor) | | 1.54 | |
| 176-178 | 840776 | SGK | sgk=putative serine/threonine protein kinase transcriptionally modified during anisotonic and isotonic alteration | | 2.02 | |
| 179-180 | 814508 | PPP1R7 | Protein phosphatase 1, regulatory subunit 7 | | 1.78 | |
| 181-182 | 204335 | CD24 | CD24 antigen (small cell lung carcinoma cluster 4 antigen) | | 2.75 | |

| 190-192 | 485770 | BRF2 | Tis 11d=ERF-2=growth factor early response gene | | 1.62 | |
| 199-201 | 144675 | TLR3 | TLR3= Toll-like receptor 3 | | 1.98 | |
| 340-341 | 378813 | SLPI | secretory leukocyte protease inhibitor (antileukoproteinase) | -0.379 | 2.294 | 6.377 |
| 342 | 378461 | SPP1 | secreted phosphoprotein 1 (osteopontin, bone sialoprotein I, early T-lymphocyte activation 1) | -2.657 | -0.088 | 5.938 |
| 343-344 | 741977 | BF | B-factor, properdin | -0.362 | 1.953 | 4.974 |
| 345-347 | 810899 | CKS1 | ckshs1=homolog of Cks1=p34Cdc28/Cdc2-associated protein | -1.484 | 0.637 | 4.351 |
| 348-349 | 470393 | MMP7 | matrix metalloproteinase 7 (matrilysin, uterine) | 0.673 | 2.535 | 3.635 |
| 350-351 | 742101 | PAX8 | paired box gene 8 | -0.566 | 1.196 | 3.391 |
| 352-353 | 814378 | SPINT2 | serine protease inhibitor, Kunitz type, 2 | -0.306 | 1.432 | 3.336 |
| 354 | 451907 | ZWINT | ZW10 interactor | -2.461 | -0.856 | 3.043 |
| 355 | 2544675 | DGKH | diacylglycerol kinase, eta | -0.036 | 1.498 | 2.896 |
| 356 | 782811 | HMGIY | high-mobility group (nonhistone chromosomal) protein isoforms I and Y | -2.272 | -0.760 | 2.851 |
| 357-359 | 504763 | SDC4 | Syndecan-4 = amphiglycan = ryudocan core protein | -0.871 | 0.575 | 2.725 |
| 360 | 1161155 | CDKN2A | cyclin-dependent kinase inhibitor 2A (melanoma, p16, inhibits CDK4) | -0.839 | 0.593 | 2.699 |
| 361-362 | 810873 | SCNN1A | sodium channel, nonvoltage-gated 1 alpha | 0.127 | 1.534 | 2.652 |
| 363 | 43550 | LDHA | lactate dehydrogenase A | -3.496 | -2.152 | 2.538 |
| 364-365 | 131839 | FOLR1 | folate receptor 1 (adult) | -0.867 | 0.467 | 2.522 |
| 366-367 | 855749 | TPI1 | Triosephosphate isomerase 1 | -2.272 | -1.008 | 2.400 |
| 368 | 2514426 | KLK8 | kallikrein 8 (neuropsin/ovasin) | -0.491 | 0.742 | 2.352 |
| 200 | 79629 | CXCR4 | CXC chemokine receptor 4= fusin=neuropeptide Y receptor=L3 | -0.588 | 0.618 | 2.307 |
| 369-370 | 825606 | KNSL1 | kinesin-like 1 | -1.797 | -0.602 | 2.290 |
| 371-372 | 488964 | H2AFO | H2A histone family, member O | -1.329 | -0.144 | 2.274 |
| 373-374 | 153411 | HLA-DRA | major histocompatibility complex, class II, DR alpha | 1.967 | 3.150 | 2.270 |
| 375 | 1323448 | CRIP1 | cysteine-rich protein 1 (intestinal) | 0.086 | 1.246 | 2.234 |
| 376 | 950700 | PP | pyrophosphatase (inorganic) | -1.029 | 0.118 | 2.214 |
| 377-378 | 666391 | ESTs | Unknown | 0.214 | 1.360 | 2.212 |
| 379-381 | 207358 | SLC2A1 | glucose transporter (HepG2) | -1.190 | -0.050 | 2.204 |
| 382 | 897770 | ESTs | Unknown | -0.173 | 0.943 | 2.167 |
| 383-385 | 813673 | HDGF | hepatoma-derived growth factor | -0.786 | 0.329 | 2.166 |
| 386 | 882522 | ASS | argininosuccinate synthetase | -0.424 | 0.676 | 2.143 |
| 387-388 | 770388 | CLDN4 | claudin 4 | 0.065 | 1.159 | 2.135 |
| 389 | 897956 | PRAME | preferentially expressed antigen in melanoma | -2.071 | -0.977 | 2.134 |
| 390-391 | 897788 | PTPRF | LAR = LCA-homologue | -0.175 | 0.900 | 2.108 |
| 392-393 | 741139 | EYA2 | eyes absent (Drosophila) homolog 2 | -0.133 | 0.939 | 2.102 |
| 394-396 | 138917 | MYCL1 | L-myc | -0.042 | 1.026 | 2.096 |
| 397-399 | 840691 | STAT1 | STAT1=IFN alpha/beta-responsive transcription factor | -0.023 | 1.044 | 2.095 |

| | | | ISGF3 beta subunits (p91/p84) | | | |
|---|---|---|---|---|---|---|
| 400-401 | 564492 | MTCH2 | mitochondrial carrier homolog 2 | -1.566 | -0.512 | 2.076 |
| 402 | 435597 | HTR3A | 5-hydroxytryptamine (serotonin) receptor 3A | -0.392 | 0.656 | 2.067 |
| 403-404 | 68950 | CCNE1 | cyclin E1 | -0.470 | 0.577 | 2.066 |
| 405 | 739155 | CDH6 | cadherin 6, type 2, K-cadherin (fetal kidney) | -0.286 | 0.748 | 2.048 |
| 406-408 | 531028 | PRKAG1 | 5'-AMP-activated protein kinase, gamma-1 subunit | 0.148 | 1.181 | 2.046 |
| 409 | 2403485 | DEFB1 | defensin, beta 1 | 0.335 | 1.357 | 2.031 |
| 410-411 | 626502 | ARPC1B | actin related protein 2/3 complex, subunit 1A (41 kD) | -0.808 | 0.213 | 2.030 |
| 412-414 | 71622 | PRKCI | PKC iota=Protein kinase C, iota | -0.202 | 0.802 | 2.006 |
| 415 | 1610448 | GAPD | glyceraldehyde-3-phosphate dehydrogenase | -1.484 | -0.480 | 2.005 |
| 416-417 | 85497 | C2 | complement component 2 | -0.413 | 0.589 | 2.002 |
| 418-419 | 843075 | H2AFY | H2A histone family, member Y | -0.829 | 0.164 | 1.990 |
| 420-421 | 840567 | TM4SF1 | transmembrane 4 superfamily member 1 | -1.261 | -0.270 | 1.987 |
| 422-423 | 50117 | GAPD | glyceraldehyde-3-phosphate dehydrogenase | -2.692 | -1.706 | 1.981 |
| 424-426 | 809910 | IFITM3 | Interferon-inducible protein 1-8U | -0.099 | 0.887 | 1.981 |
| 427-428 | 248261 | GLDC | glycine dehydrogenase (decarboxylating; glycine decarboxylase, glycine cleavage system protein P) | -0.757 | 0.221 | 1.970 |
| 429-430 | 144881 | CALU | calumenin | -1.579 | -0.620 | 1.943 |
| 431-432 | 208764 | HBA2 | hemoglobin, alpha 2 | -0.114 | 0.837 | 1.934 |
| 433 | 810612 | S100A11 | S100 calcium-binding protein A11 (calgizzarin) | -0.670 | 0.279 | 1.931 |
| 434-436 | 897567 | LDHA | Lactate dehydrogenase A | -2.982 | -2.038 | 1.925 |
| 437 | 769921 | UBE2C | ubiquitin-conjugating enzyme E2C | -1.429 | -0.487 | 1.922 |
| 438-440 | 304908 | E2F3 | E2F-3=pRB-binding transcription factor=KIAA0075 | -0.526 | 0.416 | 1.921 |
| 441-442 | 251019 | CDH1 | E-cadherin | -0.248 | 0.682 | 1.905 |
| 443-444 | 210405 | PSME2 | proteasome (prosome, macropain) activator subunit 2 (PA28 beta) | -0.715 | 0.213 | 1.902 |
| 445-447 | 344430 | BMP7 | OP-1=osteogenic protein in the TGF-beta family | -0.075 | 0.852 | 1.901 |
| 448 | 825470 | TOP2A | TOP2A | | | 2 |

**Table 6. Markers that were Differentially Expressed Between *BRCA1*-Linked and Sporadic Tumors in a Comparison to reference Immortalized Ovarian Epithelial Cells.**

| SEQ ID NO. | Nucleic Acid | Description | Geometric mean of ratios in BRCA1 | Geometric mean of ratios in sporadic | Fold difference in geometric means |
|---|---|---|---|---|---|
| 805 | CD72 | B-cell differentiation antigen CD72 (human); | 1.49 | 1.17 | 0.79 |
| 544 | SLC25A11 | solute carrier family 25 (mitochondrial carrier; oxoglutarate carrier), member 11 | 1.27 | 1.08 | 0.84 |
| 545-547 | LCN2 | lipocalin 2 (oncogene 24p3) | 1.29 | 0.98 | 0.76 |
| 538-540 | PSTPIP1 | interferon-gamma IEF SSP 5111; Interferon gamma upregulated protein | 1.95; 1.6 | 1.31; 1.04 | 0.67; 0.65 |
| 543 | SIAHBP1 | fuse-binding protein-interacting repressor | 1.86 | 1.21 | 0.65 |
| 533 | UBE1 | ubiquitin-activating enzyme E1 | 1.54 | 0.94 | 0.61 |
| 524-526 | WAS | Wiskott-Aldrich syndrome protein | 1.13 | 0.79 | 0.7 |
| 541-542 | IDH2 | isocitrate dehydrogenase 2 (NADP+), mitochondrial | 1.69 | 1.02 | 0.6 |
| 527-528 | PCTK1 | PCTAIRE 1 serine/threonine protein kinase | 1.33 | 1.12 | 0.84 |

**Table 7. Markers that were Differentially Expressed Between *BRCA2*-Linked and Sporadic Tumors in a Comparison to reference Immortalized Ovarian Epithelial Cells.**

| SEQ ID NO. | Nucleic Acid | Description | Geometric mean of ratios in BRCA1-linked tumors | Geometric mean of ratios in sporadic tumors | Fold difference in geometric means |
|---|---|---|---|---|---|
| 279 | LOC51760 | B/K protein | 1.32 | 1.1 | 0.83 |
| 280 | LRPAP1 | low density lipoprotein-related protein-associated protein 1 (alpha-2-macroglobulin receptor-associated protein 1) | 1.45 | 1.13 | 0.78 |

**Table 8. Markers that were Differentially Expressed Between Combined *BRCA*-Linked Group and Sporadic Tumors in a Comparison to reference Immortalized Ovarian Epithelial Cells.**

| SEQ ID NO. | Nucleic Acid | Description | Geometric mean of ratios in BRCA1-linked tumors | Geometric mean of ratios in sporadic tumors | Fold difference in geometric means |
|---|---|---|---|---|---|
| 281 | PSTPIP1 | interferon-gamma IEF SSP 5111=Interferon gamma upregulated protein | 1.73; 1.41 | 1.31; 1.04 | 0.76; 0.74 |
| 282 | IDH2 | Isocitrate dehydrogenase 2 (NADP+), mitochondrial | 1.66 | 1.02 | 0.61 |
| 274 | PCTK1 | PCTAIRE 1 serine/threonine protein kinase | 1.29 | 1.12 | 0.86 |

**Table 9.  Markers that were Differentially Expressed between *BRCA1*-like and *BRCA2*-like tumors in a Comparison to reference Immortalized Ovarian Epithelial Cells.**

| SEQ ID NO: | Gene | Description | Geometric mean of ratios in BRCA1 | Geometric mean of ratios in BRCA2 | Fold Difference in Geometric Means |
|---|---|---|---|---|---|
| 122-123 | RGS1 | regulator of G-protein signalling 1 | 1.79 | 4.75 | 2.65 |
| 122-123 | RGS1 | BL34=RGS1=regulator of G-protein signaling which inhibits SDF-1 directed B cell migration | 2.09 | 5.05 | 2.41 |
| 594-596 | RGS16 | A28-RGS14p=G protein signaling regulator | 1.22 | 2.32 | 1.9 |
| 612-614 | SCYA4 | MIP-1 beta=SCAY2=G-26=HC21=pAT 744=LAG-1=Act-2=H400=SIS-gamma=chemokine | 1.29 | 2.23 | 1.73 |
| 612-614 | SCYA4 | MIP-1 beta=SCAY2=G-26=HC21=pAT 744=LAG-1=Act-2=H400=SIS-gamma=chemokine | 1.09 | 1.79 | 1.64 |
| 515-517 | SFRP4 | frizzled related protein frpHE | 1.13 | 1.85 | 1.63 |
| 594-596 | RGS16 | A28-RGS14p=G protein signaling regulator | 1.33 | 2.11 | 1.58 |
| 790-791 | APEX | APEX nuclease (multifunctional DNA repair enzyme) | 0.66 | 1.04 | 1.58 |
| 682 | SFRS11 | splicing factor, arginine/serine-rich 11 | 0.69 | 1.09 | 1.57 |
| 507-509 | PTEN | MMAC1=PTEN=Tumor suppressor gene at 10q23.3 that is Mutated in Multiple Advanced Cancers=Phosphatase and | 1.03 | 1.56 | 1.51 |

| | | tensin homolog | | | |
|---|---|---|---|---|---|
| 774 | | phosphodiesterase 6A, cGMP-specific, rod, alpha | | | |
| | PDE6A | | 1.23 | 1.85 | 1.51 |
| 562-564 | | CD83=B-G antigen IgV domain homolog=B-cell activation protein=HB15 | | | |
| | CD83 | | 1.46 | 2.19 | 1.5 |
| 592-593 | ZFP161 | ZF5=POZ domain zinc finger protein | 1.03 | 1.49 | 1.45 |
| | | ESTs | 1.17 | 1.69 | 1.44 |
| 707-708 | FOXO1A | forkhead box O1A (rhabdomyosarcoma) | 1.38 | 1.93 | 1.4 |
| 762 | FLJ10701 | hypothetical protein FLJ10701 | 1 | 1.4 | 1.39 |
| 577-579 | CD36 | CD36 | 1.32 | 1.82 | 1.38 |
| 797-799 | WNT2 | Wnt-2 | 0.81 | 1.12 | 1.38 |
| | | Unknown | 0.82 | 1.13 | 1.38 |
| 779 | TCF4 | transcription factor 4 | 1.19 | 1.62 | 1.36 |
| 615-617 | | Kinase insert domain receptor (a type III receptor tyrosine kinase) | | | |
| | KDR | | 0.8 | 1.08 | 1.35 |
| | | ESTs | 0.81 | 1.09 | 1.35 |
| 534-535 | LOC51760 | B/K protein | 0.98 | 1.32 | 1.35 |
| 797-799 | WNT2 | Wnt-2 | 0.99 | 1.33 | 1.34 |
| 683-684 | CUGBP1 | CUG triplet repeat, RNA-binding protein 1 | 0.73 | 0.98 | 1.33 |
| 709 | CSRP2 | cysteine and glycine-rich protein 2 | 0.98 | 1.31 | 1.33 |
| | | ESTs, Moderately similar to ALU4_HUMAN ALU SUBFAMILY SB2 SEQUENCE CONTAMINATION WARNING ENTRY [H.sapiens] | 0.81 | 1.06 | 1.32 |
| 606-608 | MMP13 | MMP-13=Matrix metalloproteinase 13=CL-3=Collagenase 3 | 0.99 | 1.3 | 1.32 |
| 580-582 | | Platelet-derived growth factor receptor, beta polypeptide=fused to TEL in t(5;12)(q33;p13) chronic myelomonocytic leukemia | | | |
| | PDGFRB | | 1.41 | 1.85 | 1.31 |
| 603-605 | ENPP1 | PC-1 = alkaline nucleotide pyrophosphatase | 1.01 | 1.32 | 1.31 |
| | | FGFR2=Fibroblast growth factor receptor 2 | 0.8 | 1.05 | 1.31 |
| 695-696 | SMG1 | PI-3-kinase-related kinase SMG-1 | 1.07 | 1.4 | 1.31 |
| 521-523 | TAL1 | scl=tal-1=T-cell acute lymphocytic leukemia 1 | 1.14 | 1.49 | 1.31 |
| 727-728 | PLXNA2 | plexin A2 | 1.32 | 1.71 | 1.3 |
| 759 | LOC51605 | CGI-09 protein | 0.8 | 1.04 | 1.3 |
| 784 | TNRC12 | trinucleotide repeat containing 12 | 1.02 | 1.33 | 1.3 |

| | | | | | |
|---|---|---|---|---|---|
| | | EST | 0.86 | 1.12 | 1.3 |
| 797-799 | WNT2 | wingless-type MMTV integration site family member 2 | 0.98 | 1.27 | 1.29 |
| 693-694 | POLR2A | polymerase (RNA) II (DNA directed) polypeptide A (220kD) | 0.79 | 1.01 | 1.29 |
| 737-738 | FLJ21661 | hypothetical protein FLJ21661 | 0.61 | 0.79 | 1.28 |
| 780-781 | RAB2L | RAB2, member RAS oncogene family-like | 1.05 | 1.35 | 1.28 |
| 577-579 | CD36 | CD36 | 1.26 | 1.61 | 1.28 |
| 568-570 | RYBP | Death effector domain-associated factor=Binds to Caspase 10 DED domain=Homolog of mouse RYBP repressor protein that interacts with Polycomb complex and YY1=YAF2 homolog=DEDAF=YAF2 homolog=MLNewGene3 | 0.89 | 1.14 | 1.28 |
| 571-573 | ITGAE | CD103 alpha=Integrin alpha-E | 1.09 | 1.38 | 1.27 |
| | | Human SH3 domain-containing protein SH3P18 mRNA, complete cds | 1.23 | 1.56 | 1.27 |
| 755-756 | TMEPAI | transmembrane, prostate androgen induced RNA | 0.99 | 1.25 | 1.26 |
| 565-567 | NCOA1 | SRC-1=steroid receptor coactivator | 1.04 | 1.3 | 1.25 |
| 785 | CSNK1E | casein kinase 1, epsilon | 0.74 | 0.92 | 1.25 |
| 768-769 | FLJ21940 | hypothetical protein FLJ21940 | 0.91 | 1.14 | 1.25 |
| 723-724 | SAST | syntrophin associated serine/threonine kinase | 1.05 | 1.32 | 1.25 |
| | | ESTs | 0.89 | 1.11 | 1.25 |
| 782-783 | GOLGA1 | golgi autoantigen, golgin subfamily a, 1 | 0.76 | 0.95 | 1.24 |
| 574-576 | IL7 | IL-7 | 0.99 | 1.23 | 1.24 |
| 319 | RNAC | RNA cyclase homolog | 0.92 | 1.13 | 1.24 |
| 676-677 | KIAA0365 | KIAA0365 gene product | 0.97 | 1.2 | 1.23 |
| 679-681 | ARHGEF6 | KIAA0006 | 1.04 | 1.28 | 1.23 |
| 710-711 | BRE | brain and reproductive organ-expressed (TNFRSF1A modulator) | 1.11 | 1.35 | 1.22 |
| | | Unknown | 0.9 | 1.11 | 1.22 |
| 670-671 | PON1 | paraoxonase 1 | 0.93 | 1.14 | 1.22 |
| | | ESTs, Weakly similar to I38588 reverse transcriptase homolog [H.sapiens] | 1.11 | 1.36 | 1.22 |
| | | ESTs | 0.72 | 0.87 | 1.21 |
| | ATP7A | ATPase, Cu++ transporting, alpha polypeptide (Menkes | 0.99 | 1.2 | 1.21 |

| | | | | | |
|---|---|---|---|---|---|
| | | syndrome) | | | |
| | | Unknown | 1.2 | 1.45 | 1.21 |
| 735-736 | CRB1 | crumbs (Drosophila) homolog 1 | 0.88 | 1.06 | 1.21 |
| 757-758 | ZNF211 | zinc finger protein 211 | 0.82 | 0.99 | 1.21 |
| | | ESTs | 0.99 | 1.16 | 1.18 |
| 685-686 | GABRP | gamma-aminobutyric acid (GABA) A receptor, pi | 0.91 | 1.07 | 1.17 |
| 687-688 | BMP6 | bone morphogenetic protein 6 | 0.95 | 1.1 | 1.16 |
| 587-588 | BAD | BAD=bbc6=proapoptotic Bcl-2 homolog | 1.11 | 0.94 | 0.85 |
| 678 | NCSTN | nicastrin | 1.13 | 0.94 | 0.83 |
| 766-767 | F23149_1 | hypothetical protein F23149_1 | 1.11 | 0.91 | 0.82 |
| 701-702 | FLJ12442 | hypothetical protein FLJ12442 | 1.04 | 0.85 | 0.82 |
| 589-591 | ZNF173 | acid finger protein | 1.16 | 0.95 | 0.81 |
| 741-742 | GCAT | glycine C-acetyltransferase (2-amino-3-ketobutyrate coenzyme A ligase) | 1.12 | 0.91 | 0.81 |
| 786-787 | AFP | alpha-fetoprotein | 1.2 | 0.96 | 0.8 |
| | | hPAK65=SER/THR-protein kinase PAK-gamma =P21-activated kinase 3 | 1.05 | 0.84 | 0.8 |
| 747-748 | LOX | lysyl oxidase | 0.93 | 0.75 | 0.8 |
| 662-663 | HARS | histidyl-tRNA synthetase | 0.73 | 0.57 | 0.79 |
| 544 | SLC25A11 | solute carrier family 25 (mitochondrial carrier; oxoglutarate carrier), member 11 | 1.27 | 1 | 0.78 |
| 697-698 | GTPBP1 | GP-1=putative G-protein | 0.97 | 0.76 | 0.78 |
| 699-700 | GS2NA | nuclear autoantigen | 0.96 | 0.75 | 0.78 |
| 705-706 | KIAA0144 | KIAA0144 gene product | 0.87 | 0.68 | 0.78 |
| | | Unknown | 1.02 | 0.79 | 0.78 |
| 733-734 | PPY2 | pancreatic polypeptide 2 | 1.49 | 1.16 | 0.78 |
| 653-654 | NAGA | N-acetylgalactosaminidase, alpha- | 1.06 | 0.82 | 0.78 |
| 583-584 | IL17R | IL-17 receptor | 1.05 | 0.82 | 0.78 |
| 657-658 | SLC9A1 | solute carrier family 9 (sodium/hydrogen exchanger), isoform 1 (antiporter, Na+/H+, amiloride sensitive) | 0.97 | 0.75 | 0.77 |
| 691-692 | RBBP4 | retinoblastoma-binding protein 4 | 0.87 | 0.67 | 0.76 |
| 609-611 | ILK | ILK=integrin-linked kinase | 0.88 | 0.67 | 0.76 |
| 624- | PTK2B | protein tyrosine kinase PYK2 | 1.07 | 0.81 | 0.76 |

| | | | | | |
|---|---|---|---|---|---|
| 625 | | | | | |
| 504-506 | AKT1 | BPGF-1=bone-derived growth factor=Q6=quiescin=expression is induced by reversible growth arrest, trypsinization and serum starvation and is blocked by SV40 transformation | 0.75 | 0.56 | 0.75 |
| 763-764 | DKFZP564C186 | DKFZP564C186 protein | 0.97 | 0.73 | 0.75 |
| 554-556 | SCYB5 | ENA78=chemokine | 0.34 | 0.25 | 0.75 |
| 660-661 | MNAT1 | menage a trois 1 (CAK assembly factor) | 1.24 | 0.93 | 0.75 |
| 548-550 | TCEB2 | Elongin B=RNA polymerase II transcription factor SIII p18 subunit | 0.98 | 0.73 | 0.74 |
| 792-793 | RBBP2 | retinoblastoma-binding protein 2 | 1.47 | 1.08 | 0.74 |
| 626-628 | MAP2K3 | Dual specificity mitogen-activated protein kinase kinase 3 | 1.06 | 0.78 | 0.74 |
| 712-713 | RALY | RNA-binding protein (autoantigenic) | 0.85 | 0.62 | 0.74 |
| 743-744 | P14L | similar to Bos taurus P14 protein | 0.87 | 0.64 | 0.73 |
| 731-732 | APMCF1 | APMCF1 protein | 0.95 | 0.7 | 0.73 |
| 674-675 | GNB2 | guanine nucleotide binding protein (G protein), beta polypeptide 2 | 0.99 | 0.73 | 0.73 |
| | | Lymphotoxin-Beta receptor precursor=Tumor necrosis factor receptor 2 related protein=Tumor necrosis factor C receptor | 1.28 | 0.93 | 0.73 |
| | | ESTs | 1.02 | 0.73 | 0.72 |
| 666-667 | MPI | mannose phosphate isomerase | 1.22 | 0.87 | 0.71 |
| 719-720 | PEF | PEF protein with a long N-terminal hydrophobic domain (peflin) | 1 | 0.71 | 0.71 |
| 651-652 | FDFT1 | farnesyl-diphosphate farnesyltransferase 1 | 1.09 | 0.77 | 0.71 |
| 739-740 | RAB3A | RAB3A, member RAS oncogene family | 0.8 | 0.57 | 0.71 |
| | | EST | 1.49 | 1.05 | 0.71 |
| 621-623 | PPP2R5A | phosphatase 2A B56-alpha (PP2A) | 0.89 | 0.63 | 0.71 |
| 600-602 | GART | Phosphoribosylglycinamide formyltransferase, phosphoribosylglycinamide synthetase, phosphoribosylaminoimidazole synthetase | 0.82 | 0.58 | 0.7 |
| 551-553 | NM23H1 | nm23-H1=NDP kinase A=Nucleoside dephophate kinase A | 0.71 | 0.49 | 0.7 |
| 655-656 | SECRET | secretagogin | 0.84 | 0.58 | 0.69 |

| | | | | | |
|---|---|---|---|---|---|
| | | Unknown | 0.8 | 0.55 | 0.69 |
| | | EST | 1.19 | 0.82 | 0.69 |
| 770-771 | FLJ22059 | hypothetical protein FLJ22059 | 0.7 | 0.49 | 0.69 |
| 659 | TUFM | Tu translation elongation factor, mitochondrial | 1.16 | 0.8 | 0.69 |
| 518-520 | RUNX1 | core binding factor alpha1b subunit=CBF alpha1=PEBP2aA1 transcription factor =AML1 Proto-oncogene=translocated in acute myeloid leukemia | 0.69 | 0.47 | 0.69 |
| 585-586 | HGF | Hepatocyte growth factor (hepapoietin A; scatter factor) | 0.88 | 0.6 | 0.68 |
| | | EST, Weakly similar to PRPP_HUMAN SALIVARY PROLINE-RICH PROTEIN II-1 [H.sapiens] | 0.98 | 0.67 | 0.68 |
| | | Unknown | 1.02 | 0.7 | 0.68 |
| | | Human mRNA for unknown product, partial cds | 0.57 | 0.39 | 0.68 |
| 618-620 | IL18R1 | IL-18 receptor 1=IL-1Rrp | 0.88 | 0.6 | 0.68 |
| 510-512 | UBL1 | ubiquitin-homology domain protein PIC1 | 1.49 | 1.01 | 0.68 |
| 703-704 | KIAA0218 | KIAA0218 gene product | 1.2 | 0.81 | 0.68 |
| 760-761 | MAPRE1 | microtubule-associated protein, RP/EB family, member 1 | 0.6 | 0.4 | 0.67 |
| 777 | SF3B4 | splicing factor 3b, subunit 4, 49kD | 1.17 | 0.78 | 0.67 |
| | | Unknown | 1.04 | 0.7 | 0.67 |
| | | ESTs | 0.42 | 0.28 | 0.66 |
| 533 | UBE1 | ubiquitin-activating enzyme E1 (A1S9T and BN75 temperature sensitivity complementing) | 1.54 | 1.01 | 0.66 |
| | | Unknown | 1.23 | 0.81 | 0.66 |
| 788-789 | COVA1 | cytosolic ovarian carcinoma antigen 1 | 0.57 | 0.37 | 0.64 |
| | | Unknown | 0.82 | 0.53 | 0.64 |
| 668-669 | TAGLN2 | transgelin 2 | 0.7 | 0.44 | 0.64 |
| 749-750 | PISD | phosphatidylserine decarboxylase | 0.8 | 0.5 | 0.62 |
| 775-776 | IL1B | interleukin 1, beta | 0.3 | 0.17 | 0.58 |
| 429-430 | CALU | calumenin | 0.7 | 0.39 | 0.56 |
| 597-599 | PPP1CB | PPP1CB=Protein phosphatase 1, catalytic subunit, beta isoform | 0.78 | 0.44 | 0.56 |
| 751-752 | | ESTs, Weakly similar to A Chain A, Cyclophilin A [H.sapiens] | 0.78 | 0.43 | 0.55 |
| 745-746 | KIAA0008 | KIAA0008 gene product | 0.49 | 0.27 | 0.55 |
| | | Unknown | 2 | 1.09 | 0.54 |
| 664- | EIF4A1 | eukaryotic translation initiation | 0.7 | 0.37 | 0.53 |

| 665 | | factor 4A, isoform 1 | | | |
|---|---|---|---|---|---|
| 559-561 | S100A4 | S100 calcium binding protein A4=Placental calcium binding protein=Calvasculin=mts1 PROTEIN=CAPL | 2.28 | 1.21 | 0.53 |
| 375 | PPIA | peptidylprolyl isomerase A (cyclophilin A) | 0.76 | 0.39 | 0.52 |
| | | EST | 2.56 | 1.26 | 0.49 |

**Table 10. Markers that can be used to Classify *BRCA1*-like from *BRCA2*-like Tumor Types using Compound Covariate Prediction Analysis.**

| SEQ ID NO: | Gene | Description | t-value | Average Log ratios in BRCA2 & BRCA2-like sporadics* | Midpoint of average log-ratios in each class | Average log ratios in BRCA1&BRCA1-like sporadic |
|---|---|---|---|---|---|---|
| 659 | TUFM | Tu translation elongation factor, mitochondrial | -10 | -0.09854 | -0.016 | 0.067443 |
| 749-750 | PISD | phosphatidylserine decarboxylase | -8.2305 | -0.28567 | -0.187 | -0.08778 |
| 745-746 | KIAA0008 | KIAA0008 gene product | -8.0421 | -0.56864 | -0.431 | -0.29414 |
| 703-704 | KIAA0218 | KIAA0218 gene product | 7.9288 | -0.08197 | -0.005 | 0.071882 |
| 751-752 | EST | ESTs, Weakly similar to A Chain A, Cyclophilin A [H.sapiens] | -7.6225 | -0.34775 | -0.225 | -0.10292 |
| 621-623 | PPP2R5A | phosphatase 2A B56-alpha (PP2A) | -7.469 | -0.20343 | -0.121 | -0.03763 |
| 733-734 | PPY2 | pancreatic polypeptide 2 | 7.3866 | 0.06558 | 0.113 | 0.160168 |
| 649 | EST | Unknown | -7.384 | -0.27327 | -0.183 | -0.09313 |
| 641 | EST | EST, Weakly similar to PRPP_HUMAN SALIVARY PROLINE-RICH PROTEIN II-1 [H.sapiens] | -7.3561 | -0.17457 | -0.095 | -0.01592 |
| 375 | PPIA | peptidylprolyl isomerase A (cyclophilin A) | 6.9946 | -0.38934 | -0.258 | -0.12668 |
| 770-771 | FLJ22059 | hypothetical protein FLJ22059 | 6.9726 | -0.31605 | -0.228 | -0.14026 |
| 739 | RAB3A | RAB3A, member RAS oncogene family | -6.9458 | -0.23582 | -0.167 | -0.098 |
| 655-656 | SECRET | secretagogin | 6.9307 | -0.23657 | -0.147 | -0.0575 |
| 629-631 | TNFR2RP | Lymphotoxin-Beta receptor precursor=Tumor necrosis factor receptor 2 related protein=Tumor necrosis factor C receptor | -6.9268 | -0.02733 | 0.038 | 0.103462 |
| 551-553 | NM23H1 | nm23-H1=NDP kinase A=Nucleoside dephophate kinase A | -6.8307 | -0.32239 | -0.242 | -0.16241 |
| 557-558 | PAK2 | hPAK65=SER/THR-protein kinase PAK-gamma =P21-activated kinase 3 | -6.7214 | -0.1152 | -0.05 | 0.01536 |
| 806 | APRT | adenine phosphoribosyltransferase | 6.6725 | 0.044932 | 0.085 | 0.125156 |
| 807-808 | PPP1R15A | protein phosphatase 1, regulatory (inhibitor) subunit 15A | -6.648 | -0.21681 | -0.144 | -0.0716 |
| 544 | SLC25A11 | solute carrier family 25 (mitochondrial carrier; oxoglutarate carrier), member 11 | -6.6083 | 0.003461 | 0.047 | 0.089905 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 719-720 | PEF | PEF protein with a long N-terminal hydrophobic domain (peflin) | -6.6034 | -0.16368 | -0.088 | -0.01144 |
| 747-748 | LOX | lysyl oxidase | -6.4441 | -0.12784 | -0.077 | -0.02641 |
| 775-776 | IL1B | interleukin 1, beta | -6.4272 | -0.75203 | -0.637 | -0.52288 |
| 809-810 | MPHOSPH10 | M-phase phosphoprotein 10 (U3 small nucleolar ribonucleoprotein) | -6.425 | -0.10347 | -0.048 | 0.007748 |
| 653-654 | NAGA | N-acetylgalactosaminidase, alpha- | -6.42 | -0.09205 | -0.034 | 0.024896 |
| 760-761 | MAPRE1 | microtubule-associated protein, RP/EB family, member 1 | -6.39 | -0.39254 | -0.296 | -0.19928 |
| 811-812 | ARD1 | N-acetyltransferase, homolog of S. cerevisiae ARD1 | -6.3833 | -0.1707 | -0.11 | -0.04915 |
| 813-814 | CDC6 | CDC6 (cell division cycle 6, S. cerevisiae) homolog | -6.371 | -0.25964 | -0.201 | -0.14327 |
| 643 | EST | EST | -6.3541 | 0.133858 | 0.253 | 0.371068 |
| 583-584 | IL17R | IL-17 receptor | -6.3499 | -0.08991 | -0.035 | 0.019532 |
| 803 | WNT5B | wingless-type MMTV integration site family, member 5B | -6.3391 | -0.06803 | -0.017 | 0.035029 |
| 651-652 | FDFT1 | farnesyl-diphosphate farnesyltransferase 1 | -6.3387 | -0.1152 | -0.038 | 0.039414 |
| 664-665 | EIF4A1 | eukaryotic translation initiation factor 4A, isoform 1 | -6.2705 | -0.39362 | -0.263 | -0.13253 |
| 650 | EST | Unknown | -6.2573 | -0.08355 | -0.002 | 0.079181 |
| 657-658 | SLC9A1 | solute carrier family 9 (sodium/hydrogen exchanger), isoform 1 (antiporter, Na+/H+, amiloride sensitive) | -6.2571 | -0.13608 | -0.077 | -0.01682 |
| 731-732 | APMCF1 | APMCF1 protein | -6.2387 | -0.15677 | -0.083 | -0.00922 |
| 503 | ZNF220 | zinc finger protein 220 | -6.2316 | -0.13549 | -0.072 | -0.00922 |
| 815-816 | PTPRCAP | LPAP=lymphoid-restricted phosphoprotein=CD45 phosphatase binding protein and putative substrate | -6.229 | -0.10182 | -0.059 | -0.01592 |
| 817 | POLD3 | polymerase (DNA directed), delta 3 | -6.223 | -0.29843 | -0.221 | -0.14327 |
| 788-789 | COVA1 | cytosolic ovarian carcinoma antigen 1 | -6.1802 | -0.42946 | -0.321 | -0.21325 |
| 701-702 | FLJ12442 | hypothetical protein FLJ12442 | -6.1607 | -0.07676 | -0.027 | 0.023252 |
| 818 | EST | Unknown | -6.1033 | -0.12494 | -0.057 | 0.011993 |
| 721-722 | EST | Human mRNA for unknown product, partial cds | -6.1032 | -0.40671 | -0.328 | -0.24949 |
| 662- | HARS | histidyl-tRNA synthetase | - | -0.24642 | -0.186 | -0.12552 |

| 663 | | | 6.0889 | | | |
|---|---|---|---|---|---|---|
| 819 | FLJ20746 | putative cyclin G1 interacting protein | 6.0827 | -0.04144 | 0.017 | 0.074451 |
| 820-821 | PLK | pLK=homologue of Drosophila polo serine/threonine kinase | 6.0725 | -0.32422 | -0.253 | -0.18177 |
| 784 | TNRC12 | trinucleotide repeat containing 12 | 6.0744 | 0.110253 | 0.062 | 0.01368 |
| 723-724 | SAST | syntrophin associated serine/threonine kinase | 6.0991 | 0.107549 | 0.065 | 0.022016 |
| 634-635 | EST | ESTs | 6.1178 | 0.048053 | -0.002 | -0.05306 |
| 695-696 | SMG1 | PI-3-kinase-related kinase SMG-1 | 6.1219 | 0.146438 | 0.087 | 0.028571 |
| 534-535 | LOC51760 | B/K protein | 6.1306 | 0.09691 | 0.048 | -0.00174 |
| 574-576 | IL7 | IL-7 | 6.1558 | 0.088845 | 0.043 | -0.00305 |
| 670-671 | PON1 | paraoxonase 1 | 6.3314 | 0.058046 | 0.014 | -0.03105 |
| 592-593 | ZFP161 | ZF5=POZ domain zinc finger protein | 6.3356 | 0.196176 | 0.101 | 0.006466 |
| 632-633 | EST | ESTs, Moderately similar to ALU4_HUMAN ALU SUBFAMILY SB2 SEQUENCE CONTAMINATION WARNING ENTRY [H.sapiens] | 6.3426 | 0.028978 | -0.029 | -0.08725 |
| 765 | | ESTs | 6.4363 | 0.026533 | -0.03 | -0.08619 |
| 822 | CCR6 | CCR6=STRL22=chemokine receptor for MIP-3 alpha/LARC/Exodus on activated B cells | 6.4897 | 0.116276 | 0.069 | 0.022016 |
| 679-681 | ARHGEF6 | KIAA0006 | 6.5098 | 0.105169 | 0.065 | 0.024075 |
| 759 | LOC51605 | CGI-09 protein | 6.662 | 0.0086 | -0.042 | -0.09205 |
| 762 | FLJ10701 | hypothetical protein FLJ10701 | 6.925 | 0.135133 | 0.075 | 0.0141 |
| 636 | EST | Unknown | 7.3197 | 0.050766 | 0.005 | -0.04144 |
| 647 | EST | EST | 7.5484 | 0.045714 | -0.012 | -0.07007 |
| 725-726 | EST | Unknown | 8.058 | 0.068557 | -0.006 | -0.07988 |

**Table 11. Results of Compound Covariate Predictor Analysis.**

| ExpId | Pre-specified class label | Correctly classified |
|---|---|---|
| B2-1 vs OSE B2-1 vs OSE 21083 | 1 | YES |
| B2-10 vs OSE B2-10 vs OSE 21085 | 1 | YES |
| B2-16 vs OSE B2-16 vs OSE 21180 | 1 | YES |
| B2-2 vs OSE B2-2 vs OSE 21090 | 1 | YES |
| B2-20 vs OSE B2-20 vs OSE | 1 | YES |

| | | |
|---|---|---|
| 21181 | | |
| B2-21 vs OSE B2-21 vs OSE 21182 | 1 | YES |
| B2-22 vs OSE B2-22 vs OSE 21183 | 1 | YES |
| B2-23 vs OSE B2-23 vs OSE 21091 | 1 | YES |
| B2-24 vs OSE B2-24 vs OSE 21092 | 1 | NO |
| B2-25 vs OSE B2-25 vs OSE 22038 | 1 | YES |
| B2-3 vs OSE B2-3 vs OSE 21093 | 1 | YES |
| B2-4 vs OSE B2-4 vs OSE 21094 | 1 | YES |
| B2-5 vs OSE B2-5 vs OSE 21095 | 1 | NO |
| B2-7 vs OSE B2-7 vs OSE 21096 | 1 | YES |
| B2-8 vs OSE B2-8 vs OSE 21097 | 1 | YES |
| B2-9 vs OSE B2-9 vs OSE 21098 | 1 | YES |
| C100 vs OSE C100 vs OSE 21167 | 1 | YES |
| C102 vs OSE C102 vs OSE 21168 | 1 | YES |
| C103 vs OSE C103 vs OSE 21169 | 1 | YES |
| C105 vs OSE C105 vs OSE 21178 | 1 | YES |
| C107vs OSE C107vs OSE 21099 | 1 | YES |
| C110 vs OSE C110 vs OSE 21101 | 1 | YES |
| C111 vs OSE C111 vs OSE 21102 | 1 | NO |
| C117 vs OSE C117 vs OSE 21105 | 1 | YES |
| C118 vs OSE C118 vs OSE 21106 | 1 | YES |
| C123 vs OSE C123 vs OSE 21107 | 1 | YES |
| C46 vs OSE C46 vs OSE 19741 | 1 | NO |
| C77 vs OSE C77 vs OSE 21108 | 1 | YES |
| C84 vs OSE C84 vs OSE 21368 | 1 | YES |
| C85 vs OSE C85 vs OSE 21179 | 1 | YES |
| C99 vs OSE C99 vs OSE 21370 | 1 | YES |
| B36 vs OSE B36 vs OSE 19680 | 2 | YES |
| B39 vs OSE B39 vs OSE 19682 | 2 | YES |
| B40 vs OSE B40 vs OSE 19683 | 2 | YES |
| B41 vs OSE B41 vs OSE 19684 | 2 | YES |
| B52-2 vs OSE B52-2 vs OSE 19771 | 2 | NO |
| B54 vs OSE B54 vs OSE 19687 | 2 | YES |
| B55 vs OSE B55 vs OSE 19688 | 2 | YES |
| B60 vs OSE B60 vs OSE 19690 | 2 | YES |
| B61 vs OSE B61 vs OSE 19695 | 2 | YES |
| B62 vs OSE B62 vs OSE 19701 | 2 | YES |

| | | |
|---|---|---|
| B63 vs OSE B63 vs OSE 19706 | 2 | YES |
| B64 vs OSE B64 vs OSE 19713 | 2 | YES |
| B70 vs OSE B70 vs OSE 19722 | 2 | YES |
| B74 vs OSE B74 vs OSE 19727 | 2 | YES |
| B77 vs OSE B77 vs OSE 19731 | 2 | YES |
| B78 vs OSE B78 vs OSE 21103 | 2 | YES |
| B79 vs OSE B79 vs OSE 19743 | 2 | YES |
| B80 vs OSE B80 vs OSE 21088 | 2 | YES |
| C114 vs OSE C114 vs OSE 21104 | 2 | YES |
| C15 vs OSE C15 vs OSE 19734 | 2 | YES |
| C16 vs OSE C16 vs OSE 19735 | 2 | YES |
| C17 vs OSE C17 vs OSE 19736 | 2 | YES |
| C1vs OSE C1vs OSE 19732 | 2 | YES |
| C20 vs OSE C20 vs OSE 19737 | 2 | YES |
| C41 vs OSE C41 vs OSE 19739 | 2 | YES |
| C42 vs OSE C42 vs OSE 19740 | 2 | YES |
| C49 vs OSE C49 vs OSE 19742 | 2 | YES |
| C79 vs OSE C79 vs OSE 21367 | 2 | YES |
| C87 vs OSE C87 vs OSE 19744 | 2 | YES |
| C95 vs OSE C95 vs OSE 21369 | 2 | YES |
| | Overall Success | 91.80% |