# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | CASE NO. 09-CV-4515 (RWS) <br><br> **MOTION TO ADMIT COUNSEL** <br> *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael R. Huttenlocher, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *Pro Hac Vice* of

> Andrew A. Kumamoto
> McDermott Will & Emery LLP
> 275 Middlefield Road, Suite 100
> Menlo Park, CA 94025
> Telephone: 650.815.7400
> Facsimile: 650.815.7401

Andrew A. Kumamoto is a member in good standing of the Bar of the State of California. There are no disciplinary proceedings against Andrew A. Kumamoto in any State or Federal Court.

Dated: February 2, 2010
New York, New York

McDERMOTT WILL & EMERY LLP

Respectfully submitted,

_____
Michael R. Huttenlocher
Obiamaka P. Madubuko
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
mhuttenlocher@mwe.com
omadubuko@mwe.com

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, et al., <br><br> Defendants. | CASE NO. 09-CV-4515 (RWS) |

## AFFIDAVIT OF MICHAEL R. HUTTENLOCHER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, MICHAEL R. HUTTENLOCHER, being duly sworn, hereby depose and say as follows:

1. I am a member of the law firm of McDermott Will & Emery LLP, attorneys herein for *Amici Curiae* BayBio, Celera, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of *Amici Curiae*'s motion to admit Andrew A. Kumamoto as counsel *pro hac vice* to represent the *Amici Curiae* in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice before that bar on June 20, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Dr. Kumamoto has been a member of the law firm of McDermott Will & Emery LLP since March 2005.

4. I have found Dr. Kumamoto to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Andrew A. Kumamoto *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Andrew A. Kumamoto *pro hac vice*. The proposed order is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Andrew A. Kumamoto *pro hac vice*, to represent the above-reference *Amici Curiae*, in this matter, be granted.

Dated: February 2, 2010
New York, New York

_____
Michael R. Huttenlocher

Sworn to before me this

____2nd____ day of February 2010.

_____
Notary Public

MONICA S ASHER
Notary Public State of New York
No. 02AS6213906
Qualified in New York County
Commission Expires Nov. 23, 2013

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al.,<br><br>Defendants. | CASE NO. 09-CV-4515 (RWS)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of Michael R. Huttenlocher, attorney for *Amici Curiae* BayBio, Celera, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew A. Kumamoto |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 275 Middlefield Road, Suite 100 |
| City/State/Zip: | Menlo Park, CA 94025 |
| Phone Number: | 650.815.7400 |
| Fax Number: | 650.815.7401 |
| Email Address: | akumamoto@mwe.com |

is admitted to practice *Pro Hac Vice* as counsel for *Amici Curiae* BayBio, Celera, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *Pro Hac Vice* fee to the Clerk of the Court.

Dated: February ___, 2010
New York, New York

_____
United States District Court Judge

THE STATE BAR  
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639      TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 13, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW AIZO KUMAMOTO, #178541 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine  
Custodian of Membership Records

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, February 2, 2010, I served upon each of the parties listed below a true and correct copy of the accompanying Motion to Admit Counsel Pro Hac Vice and Affidavit of Michael R. Huttenlocher in Support of Motion to Admit Counsel Pro Hac Vice by First Class U.S. Mail:

Christopher A. Hansen
Aden J. Fine
American Civil Liberties Union Foundation (NYC)
125 Broad Street
New York, New York 10004


Daniel B. Ravicher
Benjamin N. Cardozo School of Law
55 Fifth Avenue
New York, New York 10003


Lenora M. Lapidus
Sandra S. Park
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004


Sabrina Y. Hassan
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, New York 10022


Beth E. Goldman
Ross E. Morrison
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, New York 10007

Brian M. Poissant
Jones Day
222 East 41st Street
New York, New York 10017


Mark D. Shtilerman
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019


Amy L. Katz
Amy L. Katz, Esq.
145 Central Park West
New York, New York 10023


Susan B. Fogel
Pro-Choice Alliance for Responsible Research
5521 Murietta Avenue
Van Nuys, California 91401


Jennifer L. Rubin
Akerman Senterfitt, LLP
335 Madison Avenue
Suite 2600
New York, New York 10017


Laura P. Masurovsky
Finnegan Henderson Farabow Garrett
& Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001


Robert Allen Scher
Foley & Lardner, LLP
90 Park Avenue
New York, New York 10016

Lee Carl Bromberg
Sunstein Kann Murphy & Timbers, LLP
125 Summer Street
Boston, Massachusetts 02110


Lori J. Shyavitz
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110


Dated: New York, New York
February 2, 2010

_____
Amelia J. Crowley