IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al.,<br><br>Defendants. | CASE NO. 09-CV-4515 (RWS)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/3/10 |

Upon the motion of Michael R. Huttenlocher, attorney for *Amici Curiae* BayBio, Celera, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: William G. Gaede, III
Firm Name: McDermott Will & Emery LLP
Address: 275 Middlefield Road, Suite 100
City/State/Zip: Menlo Park, CA 94025
Phone Number: 650.815.7400
Fax Number: 650.815.7401
Email Address: wgaede@mwe.com

is admitted to practice *Pro Hac Vice* as counsel for *Amici Curiae* BayBio, Celera, The Coalition for 21st Century Medicine, Genomic Health, Inc., QIAGEN, N.V., Target Discovery, Inc. and XDx, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *Pro Hac Vice* fee to the Clerk of the Court.

Dated: February 5, 2010
New York, New York

_____
United States District Court Judge