UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ASSOCIATION FOR MOLECULAR             09 Civ 4515    RWS)
PATHOLOGY, ET AL., Plaintiffs

-against-                                              ECF

UNITED STATES PATENT AND
TRADEMARK OFFICE, ET AL. Defendants
-------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Lee Carl Bromberg

[X] Attorney

  [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: LB 3302 ; My State Bar Number is: 1206606

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

  From: Bromberg & Sunstein LLP

  To: McCarter & English, LLP

  [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[X] Address:        265 Franklin Street
                    Boston, MA  02110

[X] Telephone
    No.:            (617)449-6500

[X] Fax No.:        (617)607-9200

[X] E-Mail
    Address:        LBromberg@mccarter.com

Dated: February 19, 2010                  /s/ Lee Carl Bromberg
                                          ATTORNEY'S SIGNATURE