UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Assoc. for Molec. Path. et al

    Plaintiff,

09 C 4515 (RWS)

-against-

USPTO et al

    Defendant.
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Sabrina Y. Hassan

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: _____; My State Bar Number is: 4227830

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[x] Law Firm/Government Agency Association

    From: Latham & Watkins LLP

    To: Public Patent Foundation

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address: Benjamin N. Cardozo School of Law

    55 Fifth Ave, Ste 928, NY, NY 10003

[x] Telephone No.: (917) 693-9734

[x] Fax No.: (212) 591-6038

[ ] E-Mail Address:

Dated: February 24, 2010

_Sabrina Hassan_
ATTORNEY'S SIGNATURE