UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ASSOCIATION FOR MOLECULAR PATHOLOGY,
ET AL.,

                  Plaintiffs,         09 Civ. 4515 (RWS)

    -against-                        O R D E R

UNITED STATES PATENT AND TRADEMARK
OFFICE, ET AL.,

                  Defendants.

------------------------------------X

**Sweet, D.J.**

        To correct an inadvertent omission, the Opinion filed on March 29, 2010 is hereby amended by inserting the following paragraph at page 21:

        "Amicus curiae Genetic Alliance ("GA") is a not-for-profit, tax-exempt health advocacy organization founded in 1986 (as the Alliance for Genetic Support Groups). It brings together diverse stakeholders that create novel partnerships in advocacy. By integrating individual, family, and community perspectives to improve health systems, Genetic Alliance seeks to revolutionize access to information to enable translation of research into services and individualized decision-making. GA contends that the wholesale abolition of patents on isolated DNA molecules and

1

isolated purified natural substances is legally untenable and undesirable as public policy, because it would diminish the promise of genetic research for patients and negatively affect other areas of medicine."

The Amended Opinion will be filed forthwith.

It is so ordered.

**New York, NY**
**April 2/, 2010**

ROBERT W. SWEET
U.S.D.J.