UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN BAKER,<br><br>                          Plaintiffs,<br><br>            -against-<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,<br><br>                          Defendants. | 09 Civ. 4515 (RWS)<br>ECF Case<br><br>JUDGMENT<br><br> |

Plaintiffs Association for Molecular Pathology, American College of Medical Genetics, American Society for Clinical Pathology, College of American Pathologists, Haig Kazazian, MD, Arupa Ganguly, PhD, Wendy Chung, MD, Harry Ostrer, MD, David Ledbetter, PhD, Stephen Warren, PhD, Ellen Matloff, M.S., Elsa Reich, M.S., Breast Cancer Action, Boston Women's Health Book Collective, Lisbeth Ceriani, Runi Limary, Genae Girard, Patrice Fortune,

Vicky Thomason, and Kathleen Baker ("Plaintiffs") having moved for summary judgment pursuant to Fed. R. Civ. P. 56; and

Defendant United States Patent and Trademark Office ("Defendant USPTO") having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c); and

Defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young ("the Myriad Defendants") having moved for summary judgment pursuant to Fed. R. Civ. P. 56; and

The Court having issued its Amended Opinion on April 5, 2010, granting Plaintiffs' motion for summary judgment in part; and granting Defendant USPTO's motion for judgment on the pleadings; and denying the Myriad Defendants' motion for summary judgment, it is

ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Amended Opinion dated April 5, 2010:

Claims 1, 2, 5, 6, 7, and 20 of United States Patent 5,747,282 are invalid; and

Claims 1, 6, and 7 of United States Patent 5,837,492 are invalid; and

Claim 1 of United States Patent 5,693,473 is invalid; and

Claim 1 of United States Patent 5,709,999 is invalid; and

Claim 1 of United States Patent 5,710,001 is invalid; and

Claim 1 of United States Patent 5,753,441 is invalid; and

Claims 1 and 2 of United States Patent 6,033,857 are invalid; and

Plaintiffs' claims against Defendant USPTO are dismissed without prejudice.

Dated: New York, New York
April 19, 2010

## PARTIES ENTITLED TO BE
## NOTIFIED OF ENTRY OF JUDGMENT

Plaintiffs

(1)   Association for Molecular Pathology

(2)   American College of Medical Genetics

(3)   American Society for Clinical Pathology

(4)   College of American Pathologists

(5)   Haig Kazazian, MD

(6)   Arupa Ganguly, PhD

(7)   Wendy Chung, MD, PhD

(8)   Harry Ostrer, MD

(9)   David Ledbetter, PhD

(10)  Stephen Warren, PhD

(11)  Ellen Matloff, M.S.

(12)  Elsa Reich, M.S.

(13)  Breast Cancer Action

(14)  Boston Women's Health Book Collective

(15)  Lisbeth Ceriani

(16)  Runi Limary

(17)  Genae Girard

(18)  Patrice Fortune

(19)  Vicky Thomason

(20)  Kathleen Baker

      Counsel:    Christopher A. Hansen
                       Aden Fine
                       American Civil Liberties Union
                       125 Broad Street – 18th Floor
                       New York, New York 10004

                       Lenora M. Lapidus
                       Sandra S. Park
                       Women's Right Project
                       125 Broad Street – 18th Floor
                       New York, New York 10004

        Daniel B. Ravicher
        Public Patent Foundation
        Benjamin N. Cordozo School of Law
        55 Fifth Avenue, Suite 928
        New York, New York 10003

## Defendants

(1)   United States Patent and Trademark Office

      Counsel:   Preet Bharara
                   United States Attorney
                   86 Chambers Street, 3rd Floor
                   New York, New York 10007

                   Ross Morrison
                   Assistant United States Attorney
                   86 Chambers Street, 3rd Floor
                   New York, New York 10007

(2)   Myriad Genetics

(3)   Lorris Betz

(4)   Roger Boyer

(5)   Jack Brittain

(6)   Arnold B. Combe

(7)   Raymond Gesteland

(8)   James U. Jensen

(9)   John Kendall Morris

(10)  Thomas Parks

(11)  David W. Pershing

(12)  Michael K. Young

      Counsel:   Brian M. Poissant
                   Barry R. Satine
                   Laura A. Coruzzi
                   Eileen E. Falvey
                   Jones Day
                   222 East 41st Street
                   New York, New York 10017

Gregory A. Castanias
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

## CERTIFICATE OF SERVICE

This is to certify that on <u>APRIL 9</u>, 2010, a true and correct copy of the foregoing document has been served on all counsel of record via email and US mail.

_____
Barry R. Satine