UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION FOR MOLECULAR PATHOLOGY; AMERICAN COLLEGE OF MEDICAL GENETICS; AMERICAN SOCIETY FOR CLINICAL PATHOLOGY; COLLEGE OF AMERICAN PATHOLOGISTS; HAIG KAZAZIAN, MD; ARUPA GANGULY, PhD; WENDY CHUNG, MD, PhD; HARRY OSTRER, MD; DAVID LEDBETTER, PhD; STEPHEN WARREN, PhD; ELLEN MATLOFF, M.S.; ELSA REICH, M.S.; BREAST CANCER ACTION; BOSTON WOMEN'S HEALTH BOOK COLLECTIVE; LISBETH CERIANI; RUNI LIMARY; GENAE GIRARD; PATRICE FORTUNE; VICKY THOMASON; KATHLEEN RAKER,

Plaintiffs,

-against-

UNITED STATES PATENT AND TRADEMARK OFFICE; MYRIAD GENETICS; LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,

Defendants.

No. 09 Civ. 4515 (RWS)

ECF Case



FILED U.S. DC
JUN 16 2010
S.D. OF N.Y.

## MYRIAD DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that MYRIAD GENETICS; as well as LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS, THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation, defendants in the above-named case, hereby appeal to the United States Court of

Appeals for the Federal Circuit from the final judgment entered in this action on the 19th day of April, 2010.

Dated: New York, New York
June 16, 2010

JONES DAY

By /s/ Barry R. Satine
Brian M. Poissant
Barry R. Satine
Laura A. Coruzzi
Eileen E. Falvey
222 East 41st Street
New York, NY 10017
(212) 326-3939

—and—

Gregory A. Castanias (admitted *pro hac vice*)
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-3939

*Attorneys for Defendants Myriad Genetics, Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young*

TO:

Christopher A. Hansen
Aden Fine
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY 10004

Lenora M. Lapidus
Sandra S. Park
Women's Rights Project
125 Broad Street – 18th Floor
New York, NY 10004

Daniel B. Ravicher
Public Patent Foundation
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Suite 928
New York, NY 10003

*Attorneys for Plaintiffs*

Preet Bharara
Ross Morrison
Office of the United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

*Attorneys for Defendant United States
Patent and Trademark Office*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached Myriad Defendants' Notice of Appeal was served on June 16, 2010 by first class mail upon:

Christopher A. Hansen
Aden Fine
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, NY 10004

Lenora M. Lapidus
Sandra S. Park
Women's Rights Project
125 Broad Street – 18th Floor
New York, NY 10004

Daniel B. Ravicher
Public Patent Foundation
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Suite 928
New York, NY 10003

*Attorneys for Plaintiffs*

Preet Bharara
Ross Morrison
Office of the United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

*Attorneys for Defendant
United States Patent and Trademark Office*

Dated: June 16, 2010

Barry R. Satine