# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

RECEIVED
NOV 13 2012
JUDGE SWEET CHAMBERS

Direct Number: (212) 326-3838
bmpoissant@jonesday.com

62506 -999001

November 13, 2012

Via Fax (212) 805-7925

The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 11/15/12

Re:   Association for Molecular Pathology, et al. v. U.S. Patent and
Trademark Office, et al., Civil Action No. 09-4515 (RWS)

Dear Judge Sweet:

On September 17, 2012, Myriad Genetics and the other defendants in the above-named case filed a bill of costs with the Court, seeking costs awarded by the United States Court of Appeals for the Federal Circuit in its judgment issued August 16, 2012. Counsel for defendants were subsequently informed by the Clerk's Office that the filing was premature because the Federal Circuit has not yet issued its mandate. Accordingly, defendants requested that their bill of costs be temporarily held in abeyance until the mandate issued. This Court granted defendants' request on September 26, 2012. *See* Dkt. No. 268.

On November 9, 2012, defendants attempted to resubmit their bill of costs, given that the Federal Circuit had issued its mandate on October 12, 2012. Defendants also filed a consent request for a stay of the taxation of costs until plaintiffs' pending petition for certiorari is acted upon. *See* Dkt. No. 269. Counsel for defendants were informed, however, that the mandate has not yet been received by this Court or entered on its docket, and therefore defendants' bill of costs was again premature.

By this letter, and for the sake of clarity, defendants hereby inform the Court of these events and request that the time for submitting their bill of costs be extended until a reasonable period after the Court receives and enters on its docket the Federal Circuit's mandate—*i.e.*, within two weeks of the mandate's entry on this Court's docket. At that time, defendants will file their bill of costs and renew their consent request to stay the taxation of costs until plaintiffs' petition is decided.

*So ordered*
*Sweet T USDJ*
*11-14-12*

ALKHOBAR  •  ATLANTA  •  BEIJING  •  BOSTON  •  BRUSSELS  •  CHICAGO  •  CLEVELAND  •  COLUMBUS  •  DALLAS  •  DUBAI
FRANKFURT  •  HONG KONG  •  HOUSTON  •  IRVINE  •  JEDDAH  •  LONDON  •  LOS ANGELES  •  MADRID  •  MEXICO CITY
MILAN  •  MOSCOW  •  MUNICH  •  NEW DELHI  •  NEW YORK  •  PARIS  •  PITTSBURGH  •  RIYADH  •  SAN DIEGO
SAN FRANCISCO  •  SAO PAULO  •  SHANGHAI  •  SILICON VALLEY  •  SINGAPORE  •  SYDNEY  •  TAIPEI  •  TOKYO  •  WASHINGTON

JONES DAY

The Honorable Robert W. Sweet
November 13, 2012
Page 2

Respectfully,

Brian M. Poissant

cc (*via* e-mail):
  Plaintiffs' Counsel of Record