UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASSOCIATION FOR MOLECULAR PATHOLOGY ET AL.,

                    Plaintiffs,

-v-

UNITED STATES PATENT AND TRADEMARK OFFICE ET AL.,

                    Defendants.

09 Civ. 4515 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 13, 2013, the Supreme Court affirmed in part and reversed in part the decision of the Court of Appeals of the Federal Circuit as to the appeal of Judge Sweet's decision in this case. *See Ass'n for Molecular Pathology v. Myriad Genetics, Inc.*, 569 U.S. 576 (2013). The parties have not taken any action in this case since then.

Accordingly, the Court directs the parties to file, by August 25, 2023, a joint status update as to any outstanding issues in this case. If there are no outstanding issues, or the Court does not receive an update, the case will be closed.

SO ORDERED.

                                        *Paul A. Engelmayer*
                                        Paul A. Engelmayer
                                        United States District Judge

Dated: August 18, 2023
        New York, New York